# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P., and T.H., <br><br> Plaintiffs, <br><br> v. <br><br> RED ROOF INNS, INC., FMW RRI NC, LLC, RED ROOF FRANCHISING, LLC, RRI WEST MANAGEMENT, LLC, VARAHI HOTEL, LLC, WESTMONT HOSPITALITY GROUP, INC., and RRI III, LLC, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:20-cv-5263-MHC <br><br> JURY TRIAL DEMANDED <br><br> Pursuant to Fed. R. Civ. P. 38 |
| JANE DOE 1–4, <br><br> Plaintiffs, <br><br> v. <br><br> RED ROOF INNS, INC., et al. <br><br> Defendant, | CIVIL ACTION FILE <br><br> NO. 1:21-cv-04278-WMR <br><br> JURY TRIAL DEMANDED <br><br> Pursuant to Fed. R. Civ. P. 38 |

## CERTIFICATE OF SERVICE
## OF NOTICES OF DEPOSITION

I hereby certify that on April 20, 2022, I served a true and correct copy of the following:

1. **PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF RAKESH PATEL;**

#3356704v1

2. **PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF BHARAT PATEL;**
3. **PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF RITA PATEL; and**
4. **PLAINTIFFS' 30(B)(6) NOTICE OF DEPOSITIONS OF WESTMONT HOSPITALITY GROUP, INC., WESTMONT INVESTMENTS LLC, AND WRRH INVESTMENTS LP.**

This 20th day of April, 2022.

>  /s/ Tiana S. Mykkeltvedt
> John E. Floyd
> Georgia Bar No. 266413
> floyd@bmelaw.com
> Manoj S. Varghese
> Georgia Bar No. 734668
> varghese@bmelaw.com
> Tiana S. Mykkeltvedt
> Georgia Bar No. 533512
> mykkeltvedt@bmelaw.com
> Amanda Kay Seals
> Georgia Bar No. 502720
> seals@bmelaw.com
> Michael R. Baumrind
> Georgia Bar No. 960296
> baumrind@bmelaw.com
> Juliana Mesa
> Georgia Bar No. 585087
> mesa@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

> Jonathan S. Tonge
> jtonge@atclawfirm.com
> Georgia Bar No. 303999
> Patrick J. McDonough
> Georgia Bar No. 489855

#3356704v1

pmcdonough@atclawfirm.com

ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

*Attorneys for Plaintiffs*

#3356704v1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have filed a true and correct copy of the foregoing CERTIFICATE OF SERVICE OF NOTICES OF DEPOSITION using the CM/ECF filing system which will cause copies to be served on counsel of record.

This 20th day of April, 2022.

>*/s/ Tiana S. Mykkeltvedt*
>Tiana S. Mykkeltvedt
>Georgia Bar No. 533512

#3356704v1