IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P., and T.H.,<br><br>    Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., FMW RRI NC, LLC, RED ROOF FRANCHISING, LLC, RRI WEST MANAGEMENT, LLC, VARAHI HOTEL, LLC, WESTMONT HOSPITALITY GROUP, INC., and RRI III, LLC,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-5263-MHC<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |
| JANE DOE 1–4,<br><br>    Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., et al.<br><br>    Defendant, | CIVIL ACTION FILE<br><br>NO. 1:21-cv-04278-WMR<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |

**CERTIFICATE OF SERVICE OF DISCOVERY**

I hereby certify that on July 20, 2022, I served a true and correct copy of the following document in accordance with the certificate of service attached thereto:

#3402232v1

1

1. Plaintiffs' Fourth Requests for Production of Documents to Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC.

Respectfully submitted this 20th day of July, 2022.

*/s/ Michael R. Baumrind*
John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Manoj S. Varghese
Georgia Bar No. 734668
varghese@bmelaw.com
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykketlvedt@bmelaw.com
Amanda Kay Seals
Georgia Bar No. 502720
seals@bmelaw.com
Michael R. Baumrind
Georgia Bar No. 960296
baumrind@bmelaw.com
Juliana Mesa
Georgia Bar No. 585087
mesa@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

#3402232v1

                                      Jonathan S. Tonge
                                      jtonge@atclawfirm.com
                                      Georgia Bar No. 303999
                                      Patrick J. McDonough
                                      Georgia Bar No. 489855
                                      pmcdonough@atclawfirm.com

ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

                *Attorneys for Plaintiffs*

#3402232v1

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2022, I served a true and correct copy of the within and foregoing **CERTIFICATE OF SERVICE OF DISCOVERY** using the CM/ECF filing system which will cause copies to be served on counsel as follows:

| | |
|---|---|
| Charles K. Reed, Esq. | Warner S. Fox, Esq. |
| Adi Allushi, Esq. | C. Shane Keith, Esq. |
| Emma J. Fennelly, Esq. | Elliott C. Ream, Esq. |
| **Lewis Brisbois Bisgaard & Smith LLP** | **Hawkins Parnell & Young LLP** |
| Bank of America Plaza | 303 Peachtree Street, N.E. |
| 600 Peachtree Street, N.E. | Suite 4000 |
| Suite 4700 | Atlanta, Georgia 30308-3243 |
| Atlanta, Georgia 30308 | wfox@hpylaw.com |
| Chuck.Reed@lewisbrisbois.com | skeith@hpylaw.com |
| Michael.Freed@lewisbrisbois.com | eream@hpylaw.com |
| Adi.Allushi@lewisbrisbois.com | |
| Emma.Fennelly@lewisbrisbois.com | |

                                                    */s/ Michael R. Baumrind*