IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P., and T.H.,<br><br>Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., FMW RRI NC, LLC, RED ROOF FRANCHISING, LLC, RRI WEST MANAGEMENT, LLC, VARAHI HOTEL, LLC, WESTMONT HOSPITALITY GROUP, INC., and RRI III, LLC,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-5263-MHC<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |
| JANE DOE 1–4,<br><br>Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., et al.<br><br>Defendant, | CIVIL ACTION FILE<br><br>NO. 1:21-cv-04278-WMR<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2022, I served a true and correct copy of the following expert reports via email to all counsel of record:

#3424356v1

1. Expert Report of Melanie Bliss, Ph.D.;

2. Expert Report of Alan Tallis;

3. Expert Report of Anique Whitmore; and

4. Expert Reports of David Williamson, MD:
    a. Forensic Neuropsychiatric Evaluation of AF by David Williamson, MD;
    b. Forensic Neuropsychiatric Evaluation of Jane Doe 4 by David Williamson, MD;
    c. Forensic Neuropsychiatric Evaluation of EH by David Williamson, MD;
    d. Forensic Neuropsychiatric Evaluation of CA by David Williamson, MD;
    e. Forensic Neuropsychiatric Evaluation of DP by David Williamson, MD;
    f. Forensic Neuropsychiatric Evaluation of WK by David Williamson, MD;
    g. Forensic Neuropsychiatric Evaluation of KP by David Williamson, MD;
    h. Forensic Neuropsychiatric Evaluation of TH by David Williamson, MD;
    i. Forensic Neuropsychiatric Evaluation of RK by David Williamson, MD;
    j. Forensic Neuropsychiatric Evaluation of Jane Doe 3 by David Williamson, MD;
    k. Forensic Neuropsychiatric Evaluation of Jane Doe 2 by David Williamson, MD;
    l. Forensic Neuropsychiatric Evaluation of Jane Doe 1 by David Williamson, MD;
    m. Forensic Neuropsychiatric Evaluation of MM by David Williamson, MD;

  n. Forensic Neuropsychiatric Evaluation of MB by David Williamson, MD; and

  o. Forensic Neuropsychiatric Evaluation of RP by David Williamson, MD.

Respectfully submitted this 7th day of September, 2022.

           */s/ Michael R. Baumrind*
           John E. Floyd
           Georgia Bar No. 266413
           floyd@bmelaw.com
           Manoj S. Varghese
           Georgia Bar No. 734668
           varghese@bmelaw.com
           Tiana S. Mykkeltvedt
           Georgia Bar No. 533512
           mykketlvedt@bmelaw.com
           Amanda Kay Seals
           Georgia Bar No. 502720
           seals@bmelaw.com
           Michael R. Baumrind
           Georgia Bar No. 960296
           baumrind@bmelaw.com
           Juliana Mesa
           Georgia Bar No. 585087
           mesa@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

#3424356v1

                          Jonathan S. Tonge
                          jtonge@atclawfirm.com
                          Georgia Bar No. 303999
                          Patrick J. McDonough
                          Georgia Bar No. 489855
                          pmcdonough@atclawfirm.com

ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

            *Attorneys for Plaintiffs*

#3424356v1

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2022, I served a true and correct copy of the within and foregoing **CERTIFICATE OF SERVICE** using the CM/ECF filing system which will cause copies to be served on counsel as follows:

| | |
|---|---|
| Charles K. Reed, Esq.<br>Adi Allushi, Esq.<br>Emma J. Fennelly, Esq.<br>Lillian Henry, Esq.<br>Tameika Briscoe<br>**Lewis Brisbois Bisgaard & Smith LLP**<br>Bank of America Plaza<br>600 Peachtree Street, N.E.<br>Suite 4700<br>Atlanta, Georgia 30308<br>Chuck.Reed@lewisbrisbois.com<br>Adi.Allushi@lewisbrisbois.com<br>Emma.Fennelly@lewisbrisbois.com<br>Lillian.Henry@lewisbrisbois.com<br>Tameika.Briscoe@lewisbrisbois.com | Warner S. Fox, Esq.<br>C. Shane Keith, Esq.<br>Elliott C. Ream, Esq.<br>**Hawkins Parnell & Young LLP**<br>303 Peachtree Street, N.E.<br>Suite 4000<br>Atlanta, Georgia 30308-3243<br>wfox@hpylaw.com<br>skeith@hpylaw.com<br>eream@hpylaw.com |

                                                    */s/ Michael R. Baumrind*