# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOES 1-4, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. |
| v. ) | 1:21-cv-04278-WMR |
| ) | |
| RED ROOF INNS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on the 13th day of September, 2022 a true and correct of the following:

- Defendant Red Roof Inns, Inc.'s Second Interrogatories to All Plaintiffs;

- Defendant Red Roof Inns, Inc.'s Second Request for Production of Documents to All Plaintiffs;

- Defendant Red Roof Inns, Inc.'s First Request for Admission to Plaintiff Jane Doe 1;

- Defendant Red Roof Inns, Inc.'s First Request for Admission to Plaintiff Jane Doe 2;

- Defendant Red Roof Inns, Inc.'s First Request for Admission to Plaintiff Jane Doe 3;

- Defendant Red Roof Inns, Inc.'s First Request for Admission to Plaintiff Jane Doe 4;

were served via electronically on the following:

| | |
|---|---|
| John E. Floyd<br>Manoj S. Varghese<br>Tiana S. Mykkeltvedt<br>Amanda Kay Seals<br>Michael R. Baumrind<br>BONDURANT, MIXSON<br>   & ELMORE, LLP<br>1201 West Peachtree Street NW<br>Suite 3900<br>Atlanta, GA  30309<br>floyd@bmelaw.com<br>varghese@bmelaw.com<br>mykkeltvedt@bmelaw.com<br>seals@bmelaw.com<br>baumrind@bmelaw.com<br>*Attorneys for Plaintiffs* | Jonathan S. Tonge<br>Patrick J. McDonough<br>Trinity Hundredmark<br>ANDERSEN, TATE & CARR, P.C.<br>One Sugarloaf Centre<br>1960 Satellite Blvd., Suite 4000<br>Duluth, GA  30097<br>jtonge@atclawfirm.com<br>pmcdonough@atclawfirm.com<br>thundred@atclawfirm.com<br>*Attorneys for Plaintiffs* |
| Joseph Robb Cruser<br>Kristin L. Yoder<br>Glenn C. Tornillo<br>CRUSER MITCHELL LAW FIRM<br>Merician II, Suite 2000<br>275 Scientific Drive<br>Peachtree Corners, GA  30092<br>rcruser@cmlawfirm.com<br>kyoder@cmlawfirm.com<br>gtornillo@cmlawfirm.com<br><br>*Attorneys for Defendants<br>Kuzzins Buford, Inc.<br>CC&S Development, LLC* | Anthony L. Cochran<br>SMITH, GAMBRELL & RUSSELL, LLP<br>1105 West Peachtree St. NW<br>Suite 1000<br>Atlanta, GA  30309<br>acochran@sgrlaw.com<br><br>*Attorneys for Defendant Essex Hotel Management, LLC (misnamed as Essex, LLC)* |

| | |
|---|---|
| Sabrina L. Atkins<br>SWIFT, CURRIE, MCGHEE<br>  & HIERS, LLP<br>The Peachtree, Suite 300<br>1355 Peachtree Street, NE<br>Atlanta, GA  30309-3231<br>Sabrina.atkins@swiftcurrie.com<br><br>*Attorneys for Defendant HSI Chamblee, LLC* | Warner S. Fox Christopher Shane Keith Elliot Crawford Ream HAWKINS PARNELL & YOUNG, LLP 303 Peachtree Street NE, Suite 4000 Atlanta, GA 30308-3243 wfox@hpylaw.com<br>  skeith@hpylaw.com<br>  eream@hptylaw.com<br><br>*Attorneys for Defendant Varahi Hotel, LLC* |

Respectfully submitted this 13th   day of September, 2022.

LEWIS BRISBOIS BISGAARD  & SMITH LLP

*/s/  Emma J. Fennelly*
CHARLES K. REED
Georgia Bar No. 597597
ADI ALLUSHI
Georgia Bar No. 852810
EMMA J. FENNELLY
Georgia Bar No. 610587

Bank of America Plaza
600 Peachtree Street, NE
Suite 4700
Atlanta, GA  30308
(404) 348-8585
(404) 467-8845 Facsimile
Chuck.Reed@lewisbrisbois.com
Adi.Allushi@lewisbrisbois.com
Emma.Fennelly@lewisbrisbois.com

*Attorneys for Defendants RRI III, LLC, SUB-SU Hotel GP, LLC, WHG SU Atlanta, LLC, and WHG SU Atlanta LP*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 13th day of September, 2022 filed the within and foregoing ***Rule 5.4 Certificate of Service of Discovery*** via CM/ECF, which automatically sends an electronic copy to all counsel of records as follows:

| | |
|---|---|
| John E. Floyd | Jonathan S. Tonge |
| Manoj S. Varghese | Patrick J. McDonough |
| Tiana S. Mykkeltvedt | Trinity Hundredmark |
| Amanda Kay Seals | ANDERSEN, TATE & CARR, P.C. |
| Michael R. Baumrind | One Sugarloaf Centre |
| BONDURANT, MIXSON | 1960 Satellite Blvd., Suite 4000 |
|   & ELMORE, LLP | Duluth, GA  30097 |
| 1201 West Peachtree Street NW | jtonge@atclawfirm.com |
| Suite 3900 | pmcdonough@atclawfirm.com |
| Atlanta, GA  30309 | thundred@atclawfirm.com |
| floyd@bmelaw.com | *Attorneys for Plaintiffs* |
| varghese@bmelaw.com | |
| mykkeltvedt@bmelaw.com | |
| seals@bmelaw.com | |
| baumrind@bmelaw.com | |
| *Attorneys for Plaintiffs* | |
| | |
| Joseph Robb Cruser | Anthony L. Cochran |
| Kristin L. Yoder | SMITH, GAMBRELL & RUSSELL, LLP |
| Glenn C. Tornillo | 1105 West Peachtree St. NW |
| CRUSER MITCHELL LAW FIRM | Suite 1000 |
| Merician II, Suite 2000 | Atlanta, GA  30309 |
| 275 Scientific Drive | acochran@sgrlaw.com |
| Peachtree Corners, GA  30092 | *Attorneys for Defendant Essex Hotel* |
| rcruser@cmlawfirm.com | *Management, LLC (misnamed as* |
| kyoder@cmlawfirm.com | *Essex, LLC)* |
| gtornillo@cmlawfirm.com | |
| *Attorneys for Defendants* | |
| *Kuzzins Buford, Inc.* | |
| *CC&S Development, LLC* | |

| | |
|---|---|
| Sabrina L. Atkins<br>SWIFT, CURRIE, MCGHEE<br>   & HIERS, LLP<br>The Peachtree, Suite 300<br>1355 Peachtree Street, NE<br>Atlanta, GA  30309-3231<br>Sabrina.atkins@swiftcurrie.com<br>*Attorneys for Defendant*<br>*HSI Chamblee, LLC* | Warner S. Fox<br> Christopher Shane Keith<br> Elliot Crawford Ream<br> HAWKINS PARNELL & YOUNG, LLP 303 Peachtree Street NE, Suite 4000<br> Atlanta, GA 30308-3243<br>wfox@hpylaw.com<br> skeith@hpylaw.com<br> eream@hptylaw.com<br><br>*Attorneys for Defendant Varahi Hotel, LLC* |
| | LEWIS BRISBOIS BISGAARD & SMITH LLP<br><br>*/s/  Emma J. Fennelly*<br>CHARLES K. REED<br>Georgia Bar No. 597597<br>ADI ALLUSHI<br>Georgia Bar No. 852810<br>EMMA J. FENNELLY<br>Georgia Bar No. 610587 |
| Bank of America Plaza<br>600 Peachtree Street, NE<br>Suite 4700<br>Atlanta, GA  30308<br>(404) 348-8585<br>(404) 467-8845 Facsimile<br>Chuck.Reed@lewisbrisbois.com<br>Adi.Allushi@lewisbrisbois.com<br>Emma.Fennelly@lewisbrisbois.com | *Attorneys for Defendants*<br>*RRI III, LLC, SUB-SU Hotel GP, LLC,*<br>*WHG SU Atlanta, LLC, and*<br>*WHG SU Atlanta LP* |