IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOES 1-4, | |
| Plaintiffs, | CIVIL ACTION FILE NO. |
| v. | 1:21-cv-04278-WMR |
| RED ROOF INNS, INC., *et al.*, | |
| Defendants. | |

## ORDER

This matter is before the Court on the parties' Consent Motion to dismiss Plaintiff Jane Doe 4's claims against Defendant Varahi Hotel, LLC. While the parties previously filed a "Stipulation of Dismissal" as to these claims [Doc. 60], the parties and the Court agree that this "Stipulation" was invalid and did not effectuate the dismissal of Jane Doe 4's claims against Varahi. Therefore, the parties seek the dismissal of these claims pursuant to Fed. R. Civ. P. 21.

Having considered the Motion and it appearing that all parties consent hereto, it is **GRANTED**. Plaintiff Jane Doe 4's claims against Defendant Varahi Hotel, LLC are hereby dismissed *with prejudice*; no other claims are affected by this Order. Each party will bear its own costs.

**SO ORDERED**, this 1st day of February 2023.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

1