```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION

W.K., E.H., M.M., R.P., M.B.,  :
D.P., A.F., C.A., R.K., K.P.,  :
and T.H.,                      :
                               :
     Plaintiffs,               :
                               :
v.                             :  CIVIL ACTION NO.:
                               :  1:20-CV-05263-MHC
RED ROOF INNS, INC.,           :
et al.,                        :
                               :
     Defendants.               :
                               :
JANE DOE 1-4,                  :
                               :
     Plaintiffs,               :
                               :
v.                             :  CIVIL ACTION NO.:
                               :  1:21-CV-04278-WMR
RED ROOF INNS, INC.,           :
et al.,                        :
                               :
     Defendants.               :
```

**PL Sum. J. Ex. 002**

                  Deposition of:
                  ▆▆▆▆▆▆▆▆▆▆▆▆▆
         Taken on Behalf of the Defendant
                  June 10, 2022
                    Volume 2
--------------------------------------------------------

              VERITEXT LEGAL SOLUTIONS
              20 Mansell Ct., Ste. 300
                 Roswell, GA 30076
                  (800) 556-8974
         Reported by: Terry Kozakevich, RPR, LCR

1  A P P E A R A N C E S:
2
3   For the Plaintiff:    TIANA S. MYKKELTVEDT, ESQ.
                          MICHAEL BAUMRIND, ESQ.
                          BONDURANT MIXSON & ELMORE, LLP
4                         One Atlanta Center
                          1202 W. Peachtree St. NW, Ste 3900
5                         Atlanta, GA  30309
                          (404) 881-4100
6                         mykkeltvedt@bmelaw.com
7   For Defendant VARAHI HOTEL, LLC:
                          C. SHANE KEITH, ESQ.
8                         HAWKINS PARNELL & YOUNG, LLP
                          303 Peachtree St. NE, Ste. 4000
9                         Atlanta, GA  30308
                          (404) 614-7464
10                        skeith@hpylaw.com
11  For Defendants Red Roof Inns, Inc.; Red Roof
        Franchising, LLC; RRI West Management, LLC;
12      RRI III, LLC; FMW RRI NC, LLC; Westmont
        Hospitality Group, Inc.; WHG SU Atlanta, LLC:
13
14                        ADI ALLUSHI, ESQ.
15                        PEYTON E. PATTERSON, ESQ.
16                        LEWIS BRISBOIS
17                        600 Peachtree St. NE, Ste 4700
18                        Atlanta, GA  30308
19                        (404) 348-8585
20                        adi.allushi@lewisbrisbois.com
21
22
23
24
25  Also present:  Angie Poplin, Videographer

1    this?
2              MR. BAUMRIND:  Okay.  Thank you.
3    BY MR. ALLUSHI:
4         Q.   Ms. ████████   I want to go back a little
5    bit on the North Druid Hills property.  I know we
6    discussed Smyrna yesterday, and you were asked some
7    questions about the North Druid Hills property.
8              There was some mention yesterday that was
9    similar to what you alleged occurred in Smyrna with
10   the employees serving as lookouts and calling you to
11   warn you about police and doing such things.
12             There were similar occasions at the North
13   Druid Hills as well?  Is that your testimony?
14        A.   Yes.
15        Q.   Okay.  And you testified that you don't
16   know who the owners of the North Druid Hills were;
17   correct?
18        A.   Correct.
19        Q.   And who were the people at North Druid
20   Hills that were serving as -- or strike that.  Who
21   were the employees at North Druid Hills that were
22   serving as lookouts for your alleged traffickers?
23        A.   It was the front desk and the...
24        Q.   Housekeeping?
25        A.   Housekeeping, sorry.

```
 1        Q.    Okay.  So front desk agents and
 2   housekeeping?
 3        A.    Yes.
 4        Q.    Do you remember anybody in particular?
 5        A.    Not specifically.
 6        Q.    Do you remember any names?
 7        A.    No.
 8        Q.    Do you remember any descriptions of some of
 9   these employees?
10        A.    I know if there was a -- I can't.  I don't
11   feel comfortable saying.  I don't remember that well.
12        Q.    Okay.  Well, let me ask you this.  How many
13   separate employees were doing this?  Was it one front
14   desk agent and one housekeeping employee or more than
15   that?
16        A.    I don't know, because I wasn't the one that
17   was answering the phones.
18        Q.    And who was answering the phone?
19        A.    My pimp.
20        Q.    Okay.  And all of the ones we discussed
21   yesterday were also at North Druid Hills?
22        A.    Correct.
23        Q.    Does the name Michael Thomas, employee at
24   North Druid Hills, ring a bell?
25        A.    No.
```

1   Q. African-American, short, skinny gentleman?
2   Does that somehow help you recall?
3   A. I was never in the front office, so I don't
4   know what they looked like. I just know that we got
5   calls from them.
6   Q. Okay. And how do you know -- so these
7   employees were calling the pimps; right?
8   A. Correct.
9   Q. And they were on the phone; right?
10  A. Right.
11  Q. Was it on speakerphone?
12  A. Sometimes it was.
13  Q. Okay. So you could hear what they were
14  saying?
15  A. Yeah.
16  Q. Could you hear what they were saying even
17  when they weren't on the speakerphone or only when
18  they were on speakerphone?
19  A. Only when they were on speakerphone.
20  Q. So you heard at times when they were on
21  speakerphone these front desk agents warn the pimp
22  that the police were coming?
23  A. I don't know if it was just the front desk,
24  but, yes.
25  Q. Okay. Were the housekeepers also calling?

1    A.   I can't remember.  It was one of those two
2    days.
3    Q.   And then when you left St. Jude's, where
4    did you go?
5    A.   Back with my trafficker.
6    Q.   And why is that?
7    A.   I had just gotten put out of the facility.
8    I had nowhere else to go.  They were waiting for us to
9    get out anyways.  Because ▇▇▇▇ and I -- well, I
10   went.  I don't know if she was there at the time.
11   Q.   Could you not have called your mom and dad?
12   A.   They wouldn't have come and gotten me.
13   Q.   What about your brothers?
14   A.   They wouldn't have come and gotten me.
15   Q.   And why is that?
16   A.   Well, at that time, I mean, my pimps
17   controlled my mind, body, and soul.  They were
18   constantly telling me my family didn't love me, they
19   didn't want me anymore.
20        And so I believed them, so I didn't call
21   anymore.
22   Q.   So do you need a minute?
23   A.   No.  I'm okay.
24   Q.   So when you left St. Jude's, did you call
25   them to pick you up, or did you just go out over?

REPORTER'S CERTIFICATION

STATE OF TENNESSEE    )
COUNTY OF GREENE      )

    I, Terry L. Kozakevich, LCR #394, Licensed Court Reporter, Registered Professional Reporter, (and Notary Public), in and for the State of Tennessee, do hereby certify that the above deposition was reported by me and that the foregoing 382 pages of the transcript is a true and accurate record to the best of my knowledge, skills, and ability.

    I further certify that I am not related to nor an employee of counsel or any of the parties to the action, nor am I in any way financially interested in the outcome of this case.

    I further certify that I am duly licensed by the Tennessee Board of Court Reporting as a Licensed Court Reporter as evidenced by the LCR number and expiration date following my name below.

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 22nd day of June, 2022.

_____
Terry L. Kozakevich, LCR #394
Registered Professional Reporter
Expiration Date 9/30/2023
Notary Public Commission Expires 8/29/22