Case 1:21-cv-04278-WMR   Document 174-3   Filed 03/02/23   Page 1 of 53
Jane Doe 2 Volume 1                                    June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 1

1          IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
2                   ATLANTA DIVISION
3    W.K., E.H., M.M., R.P., M.B.,
     D.P., A.F., C.A., R.K. and K.P.,

**PL Sum. J. Ex. ___003**

4          Plaintiffs,

5                              CIVIL ACTION NO.:
     vs.                       1:20-CV-05263-MHC
6
     RED ROOF INNS, INC.; FMW RRI
7    NC, LLC; RED ROOF FRANCHISING,
     LLC; RRI WEST MANAGEMENT, LLC;
8    VAHARI HOTEL, LLC; WESTMONT
     HOSPITALITY GROUP, INC.;
9    and RRI III, LLC,
10         Defendants.
11
12                   VOLUME I
13
14      VIDEOTAPED DEPOSITION OF JANE DOE 2
15              June 16, 2022
16               9:42 a.m.
17       1960 Satellite Boulevard, Suite 4000
18               Duluth, Georgia
19     Carolyn M. Carboni, RPR, RMR, CCR-B-878
20         Leo Mileman, Videographer
21
22
23
24
25

Case 1:21-cv-04278-WMR   Document 174-3   Filed 03/02/23   Page 2 of 53
Jane Doe 2 Volume 1                    June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 2

1    APPEARANCES OF COUNSEL:

2    On behalf of the Plaintiffs in W.K., et al. v. Red

3    Roof Inns, et al. case:

4             JONATHAN TONGE, ESQUIRE

5             Andersen Tate & Carr, PC

6             1960 Satellite Boulevard

7             Suite 4000

8             Duluth, Georgia  30097

9             770.822.0900

10

11   On behalf of the Plaintiffs in Jane Doe, et al. v.

12   Westmont Hospitality Group, et al. case:

13            MICHAEL R. BAUMRIND, ESQUIRE (via Zoom)

14            Bondurant Mixson & Elmore LLP

15            One Atlantic Center

16            Suite 3900

17            1201 West Peachtree Street

18            Atlanta, Georgia  30309

19            404.881.4144

20

21

22

23

24

25

Jane Doe 2 Volume 1                                    June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 3

1    APPEARANCES (Continued):

2    On behalf of the Defendants Red Roof Inns, Inc.;

3    FMW RRI NC, LLC; Red Roof Franchising, LLC; RRI

4    West Management, LLC; Westmont Hospitality Group,

5    Inc.; and RRI III, LLC:

6              EMMA J. FENNELLY, ESQUIRE

7              ADI ALLUSHI, ESQUIRE

8              Lewis Brisbois Bisgaard & Smith LLP

9              600 Peachtree Street

10             Suite 4700

11             Atlanta, Georgia  30308

12             404.348.8585

13   On behalf of the Defendant Varahi Hotel, LLC:

14             C. SHANE KEITH, ESQUIRE

15             ELLIOTT REAM, ESQUIRE

16             Hawkins Parnell & Young, LLP

17             Suite 4000

18             303 Peachtree Street

19             Atlanta, Georgia  30308

20             404.614.7400

21   Also Present:

22             Jennifer Webster

23             Beth Richardson (via Zoom)

24

25

Case 1:21-cv-04278-WMR   Document 174-3   Filed 03/02/23   Page 4 of 53
Jane Doe 2 Volume 1                    June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 2

1    APPEARANCES OF COUNSEL:

2    On behalf of the Plaintiffs in W.K., et al. v. Red

3    Roof Inns, et al. case:

4             JONATHAN TONGE, ESQUIRE

5             Andersen Tate & Carr, PC

6             1960 Satellite Boulevard

7             Suite 4000

8             Duluth, Georgia  30097

9             770.822.0900

10

11   On behalf of the Plaintiffs in Jane Doe, et al. v.

12   Westmont Hospitality Group, et al. case:

13            MICHAEL R. BAUMRIND, ESQUIRE (via Zoom)

14            Bondurant Mixson & Elmore LLP

15            One Atlantic Center

16            Suite 3900

17            1201 West Peachtree Street

18            Atlanta, Georgia  30309

19            404.881.4144

20

21

22

23

24

25

Jane Doe 2 Volume 1                              June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

```
                                              Page 3

 1    APPEARANCES (Continued):

 2    On behalf of the Defendants Red Roof Inns, Inc.;

 3    FMW RRI NC, LLC; Red Roof Franchising, LLC; RRI

 4    West Management, LLC; Westmont Hospitality Group,

 5    Inc.; and RRI III, LLC:

 6              EMMA J. FENNELLY, ESQUIRE

 7              ADI ALLUSHI, ESQUIRE

 8              Lewis Brisbois Bisgaard & Smith LLP

 9              600 Peachtree Street

10              Suite 4700

11              Atlanta, Georgia  30308

12              404.348.8585

13    On behalf of the Defendant Varahi Hotel, LLC:

14              C. SHANE KEITH, ESQUIRE

15              ELLIOTT REAM, ESQUIRE

16              Hawkins Parnell & Young, LLP

17              Suite 4000

18              303 Peachtree Street

19              Atlanta, Georgia  30308

20              404.614.7400

21    Also Present:

22              Jennifer Webster

23              Beth Richardson (via Zoom)

24

25
```

Jane Doe 2 Volume 1                                  June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 12

1       A     Smitty.

2       Q     Smitty, S-m-i-t-t-y?

3       A     Uh-huh.

4       Q     Okay.  Did you use heroin in your hotel

5    room last night?

6       A     No.

7       Q     Okay.  So what -- you were allegedly

8    trafficked from 2011 to 2014, correct?

9       A     Yes, ma'am.

10      Q     In which hotels did that trafficking

11   occur?

12      A     So from 2011 to 2014 -- my trafficking

13   started in 2011, but the trafficking in Georgia

14   started from 2013 to 2014, so there's --

15      Q     So where was the first time, regardless of

16   in Georgia or not, where was the first time?

17      A      In California, in Sacramento, California,

18   and it wasn't in a hotel.  It was at a restaurant

19   where a guy had took me to meet a date.

20      Q     Okay.  And we're going to get into all of

21   this in more detail later.  I'm just trying to get

22   a, you know, general overview right now.

23      A     Sure.

24      Q     So what brought you to Atlanta in 2011?

25      A     My dad, he moved out here when I was

Jane Doe 2 Volume 1                      June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

                                          Page 13

1   younger.  My parents have been divorced since I was

2   six.  So I just wanted to live with my dad.

3        Q    How old were you in 2011?

4        A    Give or take, 20, 19, somewhere around

5   there.

6        Q    And who are your alleged traffickers?

7        A    All of them from California to now?

8        Q    Uh-huh.

9        A    A man named Xavier, and then there is a

10  man by the name of CB, a man by the name of Kwan,

11  another man by the name of Diablo, a girl that went

12  by the nickname Black, and another one named ███████

13  ███████, a gentleman named ███████████████, and ███████

14  ███████.

15       Q    Do you recall the first time you were at a

16  Red Roof Inns?

17       A    I'm sorry?

18       Q    Do you recall the first time you were at a

19  Red Roof hotel?

20       A    Do I remember?

21       Q    Uh-huh.

22       A    Yes.

23       Q    When was that?

24       A    Sometime around 2013.

25       Q    What did you do to prepare for this

Page 14

1    deposition today?

2        A    Looked over some binders of notes that my

3    lawyer had prepped for me, my other deposition,

4    interrogatory notes, stuff like that.

5        Q    Okay.  Other than your attorneys, did you

6    speak with anyone about this deposition today?

7        A    No.

8        Q    How many times did you meet with your

9    attorneys in preparation for this deposition?

10       A    All week this week.

11       Q    How long were those sessions generally?

12       A    Two, three hours.

13       Q    Do you know any of the other plaintiffs in

14   this case?

15       A    A couple.

16       Q    Who are they?

17       A    Jane Doe 2 is actually really close to me.

18   She's like a sister to me.  She was there basically

19   throughout the entire trafficking.

20       Q    What's her name?

21       A    █████████████████.

22       Q    Okay.  I believe that's Jane Doe 1.

23       A    Yes.

24       Q    You're Jane Doe 2, correct?

25       A    Yes.

Case 1:21-cv-04278-WMR   Document 174-3   Filed 03/02/23   Page 9 of 53
Jane Doe 2 Volume 1                                  June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 24

1    said, I don't know his real name.

2         Q    Okay.  Did you write this response,

3    Mr. Wright?

4         A    No.  My lawyers prepared this.

5         Q    Okay.  So Bagz was one of your

6    traffickers, correct?

7         A    Yes, ma'am.

8         Q    How did you first meet him?

9         A    So there was a group of these traffickers

10   that were in a group called PIVIP.  The guy that I

11   was first trafficked by, CB, was how I met all

12   of -- all of them.

13        Q    Okay.  So he was like a member of this

14   group PIVIP?

15        A    It would be Bagz, Big E was an associate

16   of CB who was not a full member, but he was there

17   all the time with them.  And he talked about it

18   promoted them because they did music and stuff like

19   that, Diablo, Tricky, Nitty and Kwan.

20        Q    Okay.  So this was -- could you explain

21   more what PIVIP is?

22        A    PIVIP stands for Pimps in Very Important

23   Places.  And Bagz, to my knowledge, actually has an

24   LLC under that name.

25        Q    Okay.  And they do music, you said?

Page 28

1    Sorry.

2        A    Her phone.

3        Q    Okay.  And when was the last time you

4    spoke with Black?

5        A    The last time that she actually and I

6    spoke was when Kwan had made me go with her for

7    about a week with her and her boyfriend that at the

8    time was Diablo, who was also a member of PIVIP.

9            She and I went to Greenville, South

10   Carolina, where she then had me at a hotel for

11   about a week and was making me do dates out of

12   there for her.  After that, when I got dropped off,

13   that was the last time I seen her.

14       Q    When was that --

15       A    Sometime --

16       Q    -- about?

17       A    -- between 2013 and 2014.  Like I said,

18   it's really hard for me to remember exact months

19   and dates.

20       Q    Yeah.

21       A    I can remember events and like, you know,

22   what happened with the events, but it's hard for me

23   to kind of put those in order.

24       Q    Sure.  The next one says Diablo that was

25   also one of your traffickers.  How did you -- how

Case 1:21-cv-04278-WMR   Document 174-3   Filed 03/02/23   Page 11 of 53
Jane Doe 2 Volume 1                                    June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 36

1      A    We walked down Metropolitan Parkway, and

2   the only person that we could think of to call was

3   our drug dealer because at the time, we were going

4   through severe heroin withdrawals, and that's all

5   we could think of was getting -- you know, to take

6   away our withdrawals.  So we called him to pick us

7   up.

8      Q    Did you go back into trafficking after you

9   left that rehab facility?

10     A    It did happen, yes, but it wasn't

11  something that I chose to happen.  It just -- the

12  guy that picked us up knew our traffickers and he

13  took us back to him.

14     Q    Okay.  The next one is ███████████████,

15  a/k/a Ant.

16     A    Yes.

17     Q    He was a sex trafficker as well, true?

18     A    Yes, ma'am.

19     Q    Was he yours or no?

20     A    That's a complicated question.  So ██████

21  ███████ was associated with Kwan.  He was there a

22  lot during the sex trafficking.  And then shortly

23  later, one of the girls that was trafficked with

24  us, her name is ███████████, that ended up

25  becoming his one and only, like, main girl that he

Page 37

1    had trafficked.  And there were times where Kwan

2    would drop me off to Ant and ███████ to work out of

3    their rooms because I couldn't go with him if he

4    had to maybe deal with some family stuff or

5    whatever.

6           And then basically I would have to give

7    half the money that I made to Ant for Kwan, and

8    then give the other money to Kwan, because I was

9    using their room to work out of.

10      Q    Okay.  So maybe indirectly he was a

11   trafficker of yours?

12      A    Yes, ma'am.

13      Q    Okay.  The next name -- when was the last

14   time you were in contact with ████████████████?

15      A    The last time I went to the Red Roof to

16   see him and ████████.

17      Q    When was that?

18      A    Sometime in 2014.

19      Q    And when was the last time you were in

20   contact with Ms. Bailey?  Sorry, I skipped that

21   question.

22      A    I talk to Ms. Kasey and Ms. Bailey as much

23   as possible.  Ms. Bailey and I haven't spoken since

24   a Christmas gathering last year at Ms. Kasey's

25   church in Conyers.

Jane Doe 2 Volume 1                           June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 38

1      Q    At Christmastime, you said?

2      A    Uh-huh.

3      Q    Is Ms. Bailey the one that kind of taught

4    you about the term "sex trafficking"?

5      A    Oh, no, ma'am.  I've known about the term

6    "sex trafficking" since I was a young girl.

7      Q    And how did you learn about what sex

8    trafficking was?

9      A    Documentaries, movies, hearing about it on

10   the news.

11     Q    Okay.  The next name is ████████████.

12   Oh, wait, I'm sorry, we just did that one.

13              ██████████████ is a victim of sex

14   trafficking.  How do you know ████████?

15     A    I met ██████████briefly a couple of times

16   when I was transferred from CB to Kwan to Bagz.

17   Basically, that group of PIVIP, they would pass the

18   girls around.  And so for about a week, I was

19   trafficked by Bagz.  And ████████ was one of his

20   main traffickers.  And it didn't really work out

21   with Bagz.  He didn't like, I guess, me or

22   something like that, so he sent me back to Kwan.

23     Q    Okay.  And ████████████ was with Bagz; is

24   that true?

25     A    Yes.

Page 44

1    treated really nice by him and that he -- she was

2    grateful for, you know, to stay with him because of

3    how terrible it was having to, you know, deal with

4    the sex trafficking, and he did not make her do

5    that.

6         Q    The next name is Forrest Castille.  How

7    did you meet Forrest?

8         A    He was an employee at the Red Roof Smyrna

9    Inn.  I first met him when I was staying with █████

10   ███████████ and ████████████████ during my stay there when

11   Kwan would drop me off.

12        Q    Did you speak with Mr. Castille?

13        A    I'm sorry.  Excuse me.

14        Q    That's okay.

15        A    Yes, I did.

16        Q    Okay.  What was that conversation?

17        A    I spoke to him and asked him if he -- if

18   he knew what was going on as far as the trafficking

19   goes, and if he had any knowledge that these girls

20   were actually not there willingly and against their

21   will.

22             And he kind of didn't really understand

23   what I -- what I meant by that.

24             So I kind of stepped aside when we were --

25   I went outside to go smoke a cigarette, and I

Page 45

1   pulled him aside where, you know, Ant and █████

2   couldn't hear me.  And I told him, I said, "Look,

3   we're not here willingly, and I know that you have

4   a lot of involvement in this.  You know, I've heard

5   your conversations with Ant and what's going on,

6   and I'm just -- I want to let you know you're a

7   little in over your head.  And I think if you

8   really knew what was going on, you wouldn't be

9   doing what you're doing.  But I'm just saying I

10  think you should be careful and maybe really kind

11  of look at things before you continue on because I

12  don't think you want to get involved in this."

13       Q    You said he was involved and you'd

14  overheard conversations.  What was his involvement?

15       A    To my knowledge, what they spoke about was

16  how he would organize different areas for the guys

17  that were trafficking or maybe drug dealing out of

18  the hotel, and he would put them into specific

19  locations, maybe like rival gangs, not close to

20  each other and, you know, so they weren't close to

21  each other and whatnot, to put the traffickers in

22  rooms where it would be easy not to be seen as

23  much.

24            I've even one time heard him say -- heard

25  that he gave them discounts on rooms and stuff like

Jane Doe 2 Volume 1                        June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 46

1    that.  And I have actually seen Ant and Forrest

2    exchange money for that.  And he also gave them

3    security awarement of law enforcement.

4             He would call Ant and say, "Hey, cops are

5    coming, lay low for a minute."  And then later on,

6    call back, "Okay, we're all good, you can continue

7    on."

8        Q    You said he was taking money from them,

9    from the traffickers?

10       A    Yes, ma'am.

11       Q    What was the money for?

12       A    For payment for security and basically

13   just help at that location.

14       Q    Did you see him do that, exchange money?

15       A    Yes, ma'am.

16       Q    When was that?  Where was that?

17       A    One of the few times that I stayed there

18   at the Red Roof with ████ and Ant, I witnessed it

19   about a good three times myself.

20       Q    Would that be, like, in the lobby, in a

21   room?

22       A    No, inside of Ant's room.

23       Q    Should he have called the police, you

24   think, when you were telling him, you know, we're

25   not here voluntarily?

Jane Doe 2 Volume 1                          June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 54

1  client.

2          MR. ALLUSHI:  She can still answer it if

3  it's not through your advice or through your

4  conversations, Jon, if she knows.

5          MR. TONGE:  I'm advising you not to answer

6  that question.

7          THE WITNESS:  Yes, sir.

8          MS. FENNELLY:  Okay.

9          MR. ALLUSHI:  You're going to instruct her

10 not to answer?

11         MR. TONGE:  Yes.

12         MR. ALLUSHI:  Okay.  Are you taking his

13 advice, ma'am?

14         THE WITNESS:  It's my lawyer.  Of course.

15 BY MS. FENNELLY:

16     Q    The next name is ████████  a/k/a CB,

17 which this was your first trafficker in Georgia,

18 correct?

19     A    Yes, ma'am.

20     Q    Tell me about the first time you met CB.

21     A    The first time I met CB I was at a

22 Microtel off of Buford Highway.  I'm waiting on a

23 drug dealer at the time to drop off something to

24 me, and I was sitting outside the hotel.

25          There was a girl there that we were

Page 55

1    sitting next to each other.  She was smoking a

2    cigarette.  And she asked me what I was there for.

3    I told her.  And I had been sitting out there for

4    quite some time, so she invited me up to her room.

5          When I walked with her up to her room and

6    walked in the door, she failed to tell me that she

7    had other people up there.  Well, when I walked in

8    the door, those two men were CB and Big E.  And

9    after walking in there and was kind of shocked

10   because I probably wouldn't have went up there

11   knowing there were other people up there, I thought

12   it was just her, CB had then pulled me aside into

13   the bathroom and began to explain to me about what

14   they were there doing.

15         He said that the girl was doing dinner

16   dates with men for money; that they didn't exchange

17   sex or anything like that.  Because I did ask him,

18   I said, "Well, this sounds like prostitution,

19   right?  I mean, it's like escorting, isn't it?"

20         And he said, "Oh, no, no, no.  Like they

21   don't -- they don't force you to do anything that

22   they don't want you to do, you know.  I'm basically

23   there just to make sure these guys don't get handsy

24   or anything like that.  And, you know, we make a

25   lot of money.  They're basically old men that maybe

Jane Doe 2 Volume 1                              June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 56

1   are lonely, lost wives or just want, you know, the
2   company of a pretty woman."
3            And he was like, "Would you be interested
4   in maybe meeting some of them, because they've
5   asked us if we have any other girls that we could
6   bring along."
7            And I told him -- I told him, I said,
8   "Well, I mean, that sounds like what it isn't.  You
9   know, like, I mean, are you sure this isn't like --
10  you know, somewhere I would be in a situation where
11  they're going to try to have sex with me?"
12           And he said, "Absolutely not.  That's why
13  I'm here.  I'm here to make sure that doesn't
14  happen.  So if you'd like to maybe accompany her on
15  a dinner date one night, you know, and see what
16  it's about, you know, we can take you."
17           He said, "Actually, the date she's
18  supposed to meet tomorrow asked if he could go on a
19  double date because he's going to bring his friend
20  and we can't find another girl to do it.  You know,
21  I could pay you like $100 or so to do it."
22           And I said, "Well, I mean, yeah, that
23  sounds -- that would be nice, if it's just dinner,
24  you know, I would be interested in that."
25           Later on that night, there was a phone

Jane Doe 2 Volume 1                                    June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 57

1   conversation between CB and someone that I
2   understood after just listening to be an
3   ex-boyfriend of the girl that was in the room with
4   him.  And they talked about how he, from my
5   understanding, was going to be sending money
6   through Western Union transfer to then buy the
7   girl's, I guess, freedom back from CB so she
8   wouldn't have to work for him anymore.
9           And when I overheard this, I was kind of
10  confused, you know.  So she then got really upset
11  and said that why should -- you know, she should
12  not have a say in it and that she doesn't want to
13  go, it should be her choice whether or not she
14  stays.  Excuse me.
15          And then CB told her that it was just
16  business and that to pack her things and she would
17  then be dropped off at her grandmother's.
18          Well, when that happened, and I heard that
19  he was getting ready to drop her off, I had been at
20  the hotel for quite some time, it was getting dark
21  now -- and when I left my house, I basically just
22  got on the bus and left to go meet my dealer.  I
23  didn't even tell my family I was leaving.  They
24  were away at work that day.
25          And I asked him if he would give me a ride

Page 58

1    home because I didn't have a car.  I didn't have

2    money to pay for a taxi or get back on the bus

3    again.

4              So he said, "Oh, yeah, no problem."

5              And I asked if he wouldn't mind dropping

6    me off first because I was closer to -- my

7    grandmother's -- my parents was closer than her

8    grandmother's were.

9              He said that was fine.

10             Well, when we got in the car and we drove,

11   we ended up driving to drop her off first.  And

12   when she got out of the car, I kind of sat there

13   and thought to myself, like, how did I get in this

14   situation?  Something doesn't feel right.

15             And I then spoke to CB, and I told him, I

16   said, "Well, you know, if she's not going to be

17   here to assist me on the dinner date tomorrow, I'm

18   not sure that I want to go because, you know, who

19   am I going to go with now?"

20             You know, I was really doing it because I

21   was -- I felt comfortable with her to go.

22             He then -- I didn't know that he even had

23   a gun -- pulled a pistol from his waistband, turned

24   around so fast that he whipped me in the head with

25   his pistol.  And all I can remember him saying is,

Page 59

1    "Bitch, you're not going anywhere."  And then I

2    later on that next morning woke up at the Suburban

3    Extended Stay hotel.

4              THE REPORTER:  At what hotel?

5              THE WITNESS:  The Suburban Extended Stay.

6    BY MS. FENNELLY:

7        Q    Okay.  Why were you at the hotel to begin

8    with where you first met them?

9        A    The Microtel that I mentioned?

10       Q    Where you said you were waiting for

11   someone and then you met the girl so --

12       A    Yeah, I was waiting on a drug dealer to

13   bring me some drugs.

14       Q    Okay.  And then why did you decide to go

15   to a hotel room with a stranger?

16       A    I didn't go with a stranger.  I was there

17   to meet my drug dealer who I knew personally for

18   quite some time.  I was sitting outside for three

19   hours waiting on him, and there was a girl smoking

20   a cigarette.

21            I make new friends all the time that are

22   strangers that become my friends.  And she invited

23   me up to her room.  I thought she was by herself

24   and didn't want to wait outside anymore, so I went

25   up there.  She failed to tell me that there were

Page 62

1    you hostage and get kidnapped.  That was not my

2    responsibility.  It was their responsibility to do

3    the right thing and to not kidnap me and not take

4    me home.

5        Q     But you got in the car with strangers at a

6    hotel in the middle of the night, correct?

7        A     Yes.

8        Q     Okay.  And then you said you were knocked

9    out with a pistol; is that correct?

10       A     Yes, ma'am.

11       Q     Did that, like, leave a bruise?

12       A     It did.

13       Q     How long were you asleep for?

14       A     I'm not sure.

15       Q     Okay.  We'll come back to this a little

16   more later, but I'm going to keep going down this

17   list.

18             The next name is -- actually, when was the

19   last time you saw CB?

20       A     When I was exchanged from CB to Kwan, that

21   was the last time I seen him.

22       Q     Which was 2013, 2014?

23       A     2013, 2014, yeah.

24       Q     The next name is ███████████ a/k/a

25   Kwan, who was also one of your traffickers.  When

Case 1:21-cv-04278-WMR   Document 174-3   Filed 03/02/23   Page 24 of 53
Jane Doe 2 Volume 1                           June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 63

1    was the first time you met Kwan?

2         A    So me and Jane Doe 1, ████████ , were

3    staying at the Comfort Inn on the Doraville side of

4    Buford Highway.  And there was a situation that day

5    where -- one of the ways that the traffickers would

6    take our vulnerability and just control us was with

7    our addiction.  And since we were addicted to

8    heroin, they used that to, you know, make us be

9    able to do things that they wanted.

10             When you don't have heroin, you go through

11   severe, severe withdrawal that make you basically

12   feel like you have the flu and that you're dying.

13   I mean, you can't die from it.  You can have

14   seizures, but it's not one of the drugs that you

15   can actually die from, like alcohol or something

16   like that.

17             I woke up that morning severely ill and

18   could not get out of bed.  And so I walked next

19   door to the room where Big E and CB were, just

20   knocked on the door to tell them that I needed

21   something so I could get ready for the day.

22             To my surprise, I didn't know that he was

23   gone, CB was gone.  Big E was there by himself.

24   And I asked him if I could get something, and he

25   said I had to call CB first.

Case 1:21-cv-04278-WMR   Document 174-3   Filed 03/02/23   Page 25 of 53
Jane Doe 2 Volume 1                                  June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 64

1      Q    I'm sorry.  I'm just going to interrupt

2   quickly.  When you say "get something," you're

3   referring to drugs, correct?

4      A    Yes, ma'am.

5      Q    Okay.

6      A    He made me call CB to then ask him if that

7   was okay because he didn't want to do it without

8   his permission.  And I called him and he told me

9   that I needed to just suck it up and wait till he

10  got back; that when he got back, he would give me

11  something to get well, and until then, just shower,

12  get ready, and be ready for dates when he got back.

13         I tried to explain to him that I was too

14  sick to do that and that I needed something now and

15  I could not wait.  And he told me the same thing

16  and then hung up on me.

17         So I then later just told Big E that he

18  said yes.  And I tried to take the smallest amount

19  that I didn't think he would even notice.  And when

20  he got back, he noticed, and then that was the

21  first time that he beat the living shit out of me.

22     Q    Okay.  Let's go back.  So you woke up in a

23  hotel room and you -- were you the only one in

24  there?

25     A    At that time, yes.  But when I'm at this

Jane Doe 2 Volume 1                                    June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 68

1    Pharma and overprescribing OxyContin to patients

2    with injuries.  I mean, I kind of blame that on

3    them.

4              MR. ALLUSHI:  Objection to responsiveness.

5    BY MS. FENNELLY:

6         Q    Do you take any responsibility?

7         A    Somewhat, yes, I do.

8         Q    Did you -- you mentioned that the

9    traffickers, you know, kind of manipulated you

10   maybe with your drug addiction; is that correct?

11        A    Yes, ma'am.

12        Q    Is it fair to say that you often stayed

13   with them because you needed the drugs?

14             MR. TONGE:  Objection.

15        A    No.  They used it to make me do what they

16   wanted.  If I didn't do it, I wouldn't get

17   anything.  And without getting anything, I could

18   not function.  I literately would be shitting,

19   throwing up on myself, on the floor, in the

20   bathroom, with a terrible headache, making my skin

21   crawl.  It felt like I just wanted to jump out of

22   my skin.  And I'm sure if you felt like that, too,

23   you would do the same thing if you were in a

24   situation like that.

25   BY MS. FENNELLY:

Case 1:21-cv-04278-WMR   Document 174-3   Filed 03/02/23   Page 27 of 53
Jane Doe 2 Volume 1                    June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 69

1      Q    Sure.  So you needed the drug?

2      A    I did.

3      Q    And you stayed with them so that -- and

4  did what they said so that you could get the drug,

5  correct?

6           MR. TONGE:  Objection.

7      A    No.  I did what they told me to do so I

8  could get the drug to feel okay.  I didn't stay

9  with them to just have the drugs.  I could have

10  gotten drugs anywhere anytime.

11  BY MS. FENNELLY:

12     Q    Well, then why didn't you?

13     A    Because if I tried to escape, they'd beat

14  the shit out of me.

15     Q    When was the last time you talked to CB?

16     A    The last time I had spoken to him was the

17  story that I was telling you a moment ago.  When he

18  got back to the hotel and he noticed that I had

19  tooken some of the heroin that he had in the

20  drawer -- he had always hit me before, but never

21  this bad.  So he saw that I had tooken some and

22  didn't listen to him and that I lied to him, this

23  was the first time that he beat me to where I

24  literally had two black eyes, a busted lip, my lip

25  was swollen like this big (indicating).  He pulled

Jane Doe 2 Volume 1                                    June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 70

1   my hair, threw me up against the wall several

2   times, and then said he was going to take me to

3   some guy's house that was a real junkie.

4            He said, "If you want to be a junkie, I'll

5   show you what a junkie is like.  Here, you want to

6   go live like one, I'm going to take you to this

7   guy's house, then you're going to really see what

8   it's like being like that."

9            He then began to tell me how this guy had

10  AIDS and all he does is shoot up all day.  He's

11  like, "If that's what you want to do, then here,

12  he'll shoot you up for you.  He'll give you the

13  drugs.  He'll let you -- he'll snort them for you.

14  He'll give you them to smoke, whatever you want to

15  do."

16           He was like, "I can't promise you he's

17  going to be as good to you as I am, but you want to

18  live like this, here, I'll take you right to him,

19  no problem."

20           And so he's like -- and the whole time

21  we're riding in the car, he's explaining to me how

22  crazy and how horrible this guy is going to be.

23  And I'm sitting there, I'm just like, oh, my God,

24  this is crazy.

25           And then the neighborhood we happened to

Page 71

1   pull into was a neighborhood that I remember

2   driving with him one time to go to his mother's

3   house where he then made me wait in the car.

4           So we pull in front of this random house,

5   and all of a sudden, he goes, "Okay, so I'm going

6   to ask you one last time, would you rather go in

7   there and get high all the time and you can just

8   get your drugs and you don't have to do what I'm

9   doing -- I don't know, he might tell you to have

10  sex with people, but he might not.  He might just

11  have sex with you himself and then give you the

12  drugs -- or would you rather stay here with me?

13  Because I'm going to let you now, you got it way

14  better with me than you would ever have it with

15  him."

16          And he scared me so bad, it was almost

17  like kind of putting reverse psychology on me.  And

18  so he -- I told him -- he was like, "So are you

19  going to apologize and are you never going to do

20  that again or do I need to just push you out of the

21  car and you can just go do what you want and live

22  like a junkie?"

23          And I was so scared at the time I didn't

24  know what to do.  I mean, I just -- I put my head

25  down and I told him that I'm sorry and it wouldn't

Page 72

1    happen again.  And then we drove off.

2          And then he -- he later began explaining

3    to me, he said, "Look, I wasn't really going to

4    drop you off somewhere.  That story was made up,

5    but I had to teach you a lesson.  I just needed you

6    to know that you need to start acting right.  And

7    when I tell you something, it goes.  So I'm sorry,

8    I didn't mean to scare you or anything, but, you

9    know, sometimes you got to do that to make you

10   realize how good you have it with me where you can

11   have it so much worse."

12         I mean, that's sickening.  It's like --

13     Q    When was this?

14     A    This was sometime between 2013 -- it

15   was -- I don't remember the exact --

16     Q    So my question was -- sorry.  My question

17   was, when did you see CB last?  By that story, he

18   apparently tried to let you go and you decided to

19   stay with him.

20         MR. TONGE:  Objection.

21     A    I was getting to there.

22   BY MS. FENNELLY:

23     Q    Okay.

24     A    So after that whole thing had happened, I

25   got back to the room, and ███████, who was there

Page 84

1   number, and he just says, "████████, what, you don't

2   want to talk to me?"

3            And I keep repeating, "How did you get

4   this number?"

5            He goes, "Oh, I paid someone for it."

6            And then I hung up the phone and blocked

7   it.  And then a week later -- or not, like, a week

8   later, but, like, a couple of days later, I changed

9   my number.

10      Q    He didn't force you to go with him after

11  you left CB, correct?  He said, "You can come with

12  me," and you chose to do that, true?

13           MR. TONGE:  Objection.

14      A    Yes, ma'am.  Yes, ma'am, I did.

15  BY MS. FENNELLY:

16      Q    So what makes that sex trafficking if you

17  chose to go with him?

18           MR. TONGE:  Objection.

19      A    Because I still did not want to have sex

20  with people for money.  He made me do it still and

21  he made me give him all the money.  And at any time

22  I wanted to leave, I was not allowed to.

23  BY MS. FENNELLY:

24      Q    So how did you get away from Kwan?

25      A    Through my mentor, Kasey, from 4Sarah.

Case 1:21-cv-04278-WMR  Document 174-3  Filed 03/02/23  Page 32 of 53
Jane Doe 2 Volume 1                    June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 85

1      Q     Through 4Sarah.  About when was that?

2      A     Sometime in 2014.

3            MR. REAM:  I'm sorry.  Could you say that

4      number one more time, that year?

5            THE WITNESS:  2014.

6      BY MS. FENNELLY:

7      Q     How were you able to get in contact with

8      Kasey?

9      A     I saved her number in my phone, called her

10     whenever I was by myself.  Kwan didn't have someone

11     like how CB did with Big E, so he would leave us

12     alone sometimes to go to the gas station.  It was

13     very, very, very rarely but...

14     Q     So you were able to go to the gas station

15     by yourself occasionally?

16     A     No.  I said he would go to the gas station

17     by himself and leave us at the room.

18     Q     So why didn't you try to escape then?

19     A     He wouldn't be gone but maybe just a few

20     minutes.  The gas station is right across the

21     street from the hotels.

22     Q     The next name is Justin -- I'm sorry, say

23     your last name for me one more time.

24     A     ███████.

25     Q     ███████.

Page 89

1       A     After the situation and everything that

2   happened, I told him what was going on during those

3   years that I was away.  And he said he felt bad.

4   He didn't know that -- when he got out of prison,

5   he wished he would have stayed more better in

6   contact with me, that he would have definitely

7   tried to help.  But at the time, he didn't know.

8   He was in prison.  I had no way of talking to him

9   or letting him know.  Plus there would have been

10  nothing he could do about it because he was in

11  prison at the time.

12      Q     You guys couldn't talk on the phone when

13  he was in prison?

14      A     It costs money to do that, and the

15  traffickers weren't going to give me money to pay

16  for it.

17      Q     When was the last time you spoke to your

18  ex-husband?

19      A     Three -- no, five years ago.

20      Q     What did you speak with him about?

21      A     A number of things.  I'm sorry.  This is a

22  touchy subject for me.

23      Q     That's okay.

24      A     When we got divorced, he filed for

25  divorce, and he didn't even tell me himself.  He

Page 121

1          MR. TONGE:  Other than the advice of your

2     counsel.

3     BY MS. FENNELLY:

4       Q    Other than the advice of your counsel, why

5     are you not suing other hotels?

6            I guess let me put it this way:  What did

7     they do differently to the defendants in this

8     lawsuit?

9       A    Some of the hotels I didn't ask for help

10    because a lot of the staff weren't really around.

11    The ones that I did see a lot, like staff members

12    that were constantly around or that I had outside,

13    like, you know, presence with, if I was able to get

14    outside and see one and I happened to approach them

15    and I asked, then that was the reason why we were

16    suing those ones.

17      Q    So you're suing the defendants in this

18    lawsuit because you sought help and that wasn't

19    given to you?

20      A    Right.

21           I'm sorry.  Can I add to that also?

22      Q    Sure.

23      A    Not only that, but the hotels that I

24    stayed at, there was just so much going on there to

25    where, like, we would be there, and the reason why

Page 122

1    we stayed there, because it was a comfortable spot

2    for our traffickers.

3              They knew they could get away with

4    committing those crimes there because there would

5    be other traffickers that we didn't know personally

6    that stayed there, other drug dealers.  The

7    activity out there was basically somewhere you

8    could do it and get away with it because they

9    either had connections there at that hotel or it

10   was just so wide open that they knew they wouldn't

11   get in trouble or they would be warned of police

12   enforcement first.

13             I mean, I would go into these hotels and

14   you would literally see, like, guys hanging over

15   the rails keeping an eye on girls that were walking

16   in and out of the rooms.  And then you would see,

17   like, customers coming in and out in, like, 15, 30

18   to hour intervals with other guys sitting in their

19   cars waiting to be next to go up.

20             And those kind of things are signs.  And,

21   like, if anybody, even a normal person on the

22   street, sees something like that, it looks like

23   what it is.  And for the hotel not to stop it,

24   that's not okay.

25             MR. ALLUSHI:  Objection to the response.

Page 160

1    Q    Santa Fe, you said?

2    A    San Jose, California.

3    Q    San Jose.  And were you primarily raised

4  in California?

5    A    Up until about nine years old when my dad

6  moved out there, and my grandmother primarily

7  raised me throughout my life until I moved out

8  there to go live with my dad.  It was only supposed

9  to be for like about a year, but after I moved

10  there, he decided to make it permanent.  And I was

11  living with my grandmother and him off and on.

12    Q    And so you lived in California from when

13  you were born to nine years old?

14    A    Yeah.

15    Q    Who took care of you primarily --

16    A    My mother.

17    Q    -- during those first nine years?

18    A    My mother.

19    Q    Was she using at that time?

20    A    Apparently, but I didn't really have any

21  idea about it.

22    Q    Do you remember her using in front of you

23  ever?

24    A    No.

25    Q    And then you moved to Georgia when you

Case 1:21-cv-04278-WMR   Document 174-3   Filed 03/02/23   Page 37 of 53
Jane Doe 2 Volume 1                          June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 161

1    were nine years old, correct?

2        A    Yes, in fifth grade.

3        Q    What do your parents do for work?

4        A    My mom is a caregiver to a lady who is,

5    like, basically about to be on hospice.  She helps

6    her with everything because she's got really bad

7    mobility skills, being able to, like, get around

8    and stuff like that.  So she cooks, cleans for her,

9    gives her medication, helps her in the shower so

10   she can take a bath, stuff like that.

11           Other than that, I don't know if she has

12   another job.  I think that's the only one she has

13   right now.

14       Q    What was her job when you were growing up

15   with her, from a baby to nine?

16       A    She worked for marketing firms.  She

17   worked as an admin, you know, administration

18   assistant at different companies.  She had a lot of

19   office jobs.

20       Q    Was she pretty well able to provide for

21   you financially with those jobs?

22       A    Oh, yeah.

23       Q    You didn't struggle with, like, money

24   growing up?

25       A    I mean, not any more than, you know, a

Case 1:21-cv-04278-WMR  Document 174-3  Filed 03/02/23  Page 38 of 53
Jane Doe 2 Volume 1                        June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 187

1    BY MS. FENNELLY:

2        Q    Okay.  So we were talking about when you

3    first were allegedly sex trafficked in Atlanta.

4        A    Correct.

5        Q    Which was around, I think, March of 2013;

6    is that right?

7        A    Correct, that's when it started, yeah.

8        Q    Okay.  When was the first time you stayed

9    at the Red Roof Smyrna?

10       A    That's really hard to narrow down the

11   month, but that's when -- the reason why I would go

12   there is because, like I said, Kwan would have

13   stuff to do with family, maybe appointments he had

14   to go to that I wasn't allowed to go with him and

15   accompany on.

16           So because he still wanted me to be making

17   money and working and stuff like that, he would

18   drop me off to ██████████ and ██████.  That was the

19   girl that he was trafficking out of the Red Roof

20   Smyrna.  And in order for me to be able to stay

21   there, whatever money I made, I had to give half to

22   Ant and then the other half to Kwan.  So there --

23           MR. ALLUSHI:  Objection.

24   Nonresponsiveness.

25       A    There was -- there wasn't, like, a whole,

Case 1:21-cv-04278-WMR  Document 174-3  Filed 03/02/23  Page 39 of 53
Jane Doe 2 Volume 1                           June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 188

1   whole, whole bunch of times.  But if you had to

2   say, like, the number of times that I was there,

3   maybe like 30 or more because I wasn't there as

4   often as I was at the Red Roof North Druid Hills.

5   That was one that I frequented the most.

6            MR. TONGE:  Could I just jump in to try

7   help something?

8            MS. FENNELLY:  Sure.

9            MR. TONGE:  Did you go to Smyrna with CB?

10           THE WITNESS:  No, just Kwan.

11           MR. TONGE:  How long were you with CB

12  before you were with Kwan?

13           THE WITNESS:  I was with CB for a good, I

14  would say, close to maybe eight months, maybe less.

15           MR. TONGE:  Okay.  So if you get with CB

16  and -- okay.  So maybe --

17  BY MS. FENNELLY:

18      Q    So this alleged trafficking started in

19  March of 2013, correct?

20      A    Correct.

21      Q    And that was with CB?

22      A    Yes, ma'am.

23      Q    And you were with CB for about eight

24  months?

25      A    Give or take, yes.

Jane Doe 2 Volume 1                     June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

                                              Page 189

1       Q    At which point, you never went to the RRI

2   Smyrna?

3       A    Not yet.

4       Q    Not yet.  So it would have been probably

5   in 2014 that you went to the RRI Smyrna for the

6   first time with Kwan?

7       A    Yes.

8       Q    Okay.  Did you ever stay at the RRI Smyrna

9   before December of 2012?

10      A    I don't think so, no.

11      Q    And you said you stayed there about 30

12  times maybe?

13      A    Yes.

14      Q    How many nights would you stay there each

15  time?

16      A    There was only a couple of times that I

17  stayed there overnight, but mainly he would drop me

18  off, like, early in the day and I'd stay, you know,

19  all day and then he'd pick me back up.

20      Q    Okay.  How many johns would you see each

21  day?

22      A    Well, considering the fact that me and

23  Megan were in the same room, I mean, if you're

24  asking just about me, I mean, it could be anywhere

25  from 10 or more, and then including the people

Page 190

1    she's seeing, and she's seeing way more people than

2    I did.

3        Q    Why was it that she saw more people than

4    you?

5        A    She did other -- she did things and dates

6    that I wouldn't do.  And I know girls offered

7    different things and stuff like that, so...

8        Q    Can you be more specific about that?

9        A    As far as like offering maybe anal sex, a

10   thing called GFE experience, which is like

11   girlfriend experience where, like, basically you

12   are kissing and all kinds of stuff like that, like

13   really acting more like a boyfriend/girlfriend

14   situation.

15       Q    I'm sorry.  What was the -- there was an

16   acronym.

17       A    GFE, it's called girlfriend experience.

18       Q    GFE?

19       A    Uh-huh.

20       Q    What was the highest number of johns that

21   you saw in one day at Smyrna?

22       A    Probably like maybe 15.

23       Q    And would that be every day or were there

24   days that were more busy than others?

25       A    Definitely.

Case 1:21-cv-04278-WMR  Document 174-3  Filed 03/02/23  Page 42 of 53
Jane Doe 2 Volume 1                    June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 192

1      Q    Okay.  So you didn't speak to any other

2   Red Roof employees about the trafficking?

3      A    Except for Forrest.

4      Q    Except for Forrest.  Who are the other

5   employees that you spoke to, do you know, just

6   generally spoke to?

7      A    I mean, I couldn't remember.  I don't -- I

8   don't -- I didn't get really anyone else's names.

9      Q    Why didn't you tell them that you were

10  allegedly being trafficked?

11     A    To be perfectly honest, I figured they

12  might have known about it because of Forrest doing

13  what he was doing.  I mean, if Forrest is doing

14  what he was doing, why wouldn't the other employees

15  know?

16     Q    Did you ask for help?

17     A    Not from them, but from Forrest, yeah.

18     Q    Why didn't you ask for help from them?

19     A    Because I've learned that asking for help

20  got me in a lot of trouble.  There had been a few

21  times that I did ask for help, and I got the living

22  crap beaten out of me for it.

23     Q    So you never asked a Red Roof employee for

24  help?

25     A    Not at the Smyrna location, no.

Page 195

1    multiple hours, obviously, the price went up from

2    there.

3         Q    What was the most you ever made from one

4    session?

5         A    An overnight for $1,000.

6         Q    Have you ever called Red Roof corporate to

7    report the things that you allege happened at the

8    Red Roof Smyrna?

9         A    No, ma'am.

10        Q    Okay.  Now I'm going to go through similar

11   questions, but now we're going to talk about the

12   North Druid Hills Red Roof.

13        A    Okay.

14        Q    When was the first time you were at the

15   North Druid Hills location?

16        A    I stayed there both with CB and Kwan.  So

17   it could have been anywhere, you know, in -- from

18   March to the end of it.  Like I said, I can't

19   really remember specific dates or stuff, but I did

20   use my own ID to check in there.

21        Q    So when you say "the end of it," you mean

22   towards the end of 2014?

23        A    Yes, ma'am.

24        Q    And you did -- you said you did use your

25   own ID to check in?

Jane Doe 2 Volume 1                    June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 196

1       A     Uh-huh.

2       Q     Did you tell the person at the front desk

3   that you were there against your will?

4       A     No, I did not.

5       Q     Why?

6       A     Like I said, I didn't know who was working

7   for my trafficker and who wasn't.  I learned very

8   early on that that wasn't the thing to do because

9   I've had guys that -- and women that I talked to

10  that I asked for help that would go back and tell

11  my trafficker, and I did not want to get beat up

12  again.  I was scared for my life.

13      Q     So you didn't tell any employees at the

14  North Druid Hills location that you were being

15  forced to engage in commercial sex?

16      A     No.  Because before staying there, the

17  ones that I did try to before at the other hotels

18  that I stayed at where I did ask for help, that's

19  what happened to me.  And so after that, I just --

20  I gave up on asking for help because I felt like it

21  wasn't going to even work.

22      Q     Which other hotels did you ask for help

23  at?

24      A     Suburban Extended Stay, I believe I asked

25  or have spoken to somebody about it at the

Jane Doe 2 Volume 1                          June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

                                                    Page 198

1        A    No, ma'am.

2        Q    Did you ever call Red Roof corporate to

3    report the things that happened at the North Druid

4    Hills location?

5        A    I've never called corporate at any of the

6    hotels.

7        Q    How many times did you stay at North Druid

8    Hills approximately?

9        A    I couldn't tell you approximately.  But if

10   you want to say the four that I'm suing now, I can

11   give you, like, the order of how many times I

12   stayed there, more at which ones, because there was

13   a circle of them that I stayed at the most.

14       Q    Sure.

15       A    So the Suburban Extended Stay was the one

16   I frequented the most, then it was the Microtel,

17   and then it was North Druid Hills and then Smyrna,

18   in that order.  Not including the other ones that

19   I'm not suing, but some of those might have been

20   more than those four, but just in this lawsuit,

21   that's the order of the -- how much I stayed at.

22       Q    So you said Smyrna was about maybe 30

23   times you stayed there?

24       A    Yeah.

25       Q    So North Druid Hills would be more than

Jane Doe 2 Volume 1                           June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 199

1   that?

2        A    Way more.

3        Q    Like 50 times?

4        A    Maybe even more than that.  You have to

5   think I was there for a whole year and I lived

6   in -- lived in hotels, you know, so...

7        Q    100 times?

8        A    Could be.

9        Q    How many days would you stay there each

10  time?

11       A    At least three days.  I don't think I

12  stayed there more than three days at a time.

13       Q    And how many johns would you see at the

14  North Druid Hills location each day?

15       A    It could be anywhere from 1 to 20, maybe

16  more.

17       Q    20 a day?

18       A    Yeah, sometimes it was like that.  You

19  have to think these guys would come, right, and

20  some of them might be seeing me for 15 minutes.

21  And you got guys calling you all day long.  And

22  literally what happens is, like, you're having a

23  date, and you book a certain time, and then you

24  also have to book the other guy, you tell him what

25  time.

Page 200

1          But there might be four or five guys in

2    the parking lot waiting for their turn.  And like

3    literally one guy is walking out, and the next guy

4    is walking in.  One guy is walking out, and the

5    next guy is walking in.  You literally don't even

6    get a break.  It's like literally back to back to

7    back to back.

8          So that's what I don't get is, like, how

9    people didn't know that this was going on.

10   Especially when the girls' rooms that these guys

11   were going in and out of, like, literally a couple

12   of doors down are these, you know, men that don't

13   look like they're just regular men because, you

14   know, a lot of guys that either sell drugs or are

15   pimps, they dress and look, you know, kind of a

16   certain way.  They have that kind of like thug look

17   to them, you know?

18         And so they're standing out there kind of

19   keeping an eye out on this room, making sure that

20   everything is going like, you know, like it's

21   supposed to.  Making sure the girls aren't getting

22   out of hand or maybe the, you know, the johns

23   aren't trying to rob them or do anything like that.

24   Make sure they're getting their money in.  So you

25   see them constantly looking.

Jane Doe 2 Volume 1                    June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

                                          Page 201

1        And then girls are coming out looking a

2    certain type of way.  And so, I mean, it would be

3    crazy not to notice that stuff.  And it was like

4    that a lot.  I mean, it was one of the reasons why

5    we stayed at the Red Roof because we knew we could

6    get away with it.

7        Q    When you were at either of the Red Roof

8    hotels, would you typically have the blinds open or

9    closed?

10       A    I mean, they were closed.  We might open

11   them when no one is in there, but definitely when

12   there are customers in there, they would be closed.

13       Q    Would you use the Do Not Disturb signs on

14   the door?

15       A    Of course.

16       Q    Did you hide from police officers when

17   they would come ever?

18       A    Only when the people that were working

19   there called and told us to.

20       Q    But you would try to flee the police?

21       A    No, we would stay inside the room.  Like,

22   for example, Forrest would call Ant and say, "Hey,

23   there's something going on over here in another

24   room.  Cops are about to show up.  Lay low for a

25   minute.  Don't have no customers come by."

Jane Doe 2 Volume 1                          June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 202

1           And then as soon as the altercation or

2     whatever was going on and the police left, he would

3     call and say, "Okay.  Everything is good.  Go ahead

4     and continue on."

5           Q    So you'd hide in your room when you knew

6     the police were coming?

7           A    Uh-huh.

8                MR. ALLUSHI:  Is that a yes?

9           A    Yes.  I'm sorry.

10    BY MS. FENNELLY:

11          Q    When you were outside of your room, what

12    were you wearing?

13          A    Regular clothes.  I didn't dress, like,

14    super skimpy or anything like that unless I was

15    inside the room, lingerie, something like that, but

16    I wouldn't walk out looking like that.  I was never

17    asked to, like, work outside or try to flag down

18    johns.  Like, I guess they would say working the

19    track is kind of the term they would use for girls

20    that walked down the streets to try to find guys.

21               So really I was not trying to draw too

22    much attention to myself, especially because our --

23    one major rule of having the girls and your pimps,

24    if you make any eye contact with another pimp,

25    basically that tells that pimp that they could take

Case 1:21-cv-04278-WMR   Document 174-3   Filed 03/02/23   Page 50 of 53
Jane Doe 2 Volume 1                    June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 203

1    you from your trafficker.  So we were always told

2    to keep our heads down and look straight at the

3    ground, because if we did that, we would either get

4    in major trouble for it, we could get beaten up, or

5    this guy could literally just snatch us up and take

6    us into his room and basically tell the other pimp,

7    like, oh, she's mine now, she chose up because she

8    looked at me.

9        Q    I want to go into more -- so from March of

10   2013 to the end of 2014, did you have commercial

11   sex every day?

12       A    Basically, yeah.

13       Q    Multiple times a day?

14       A    Well, of course, multiple times a day.

15       Q    With at least 15 people a day?

16       A    Or more.  It could be less.  Sometimes

17   there are days that were less, but it was always

18   multiples.  Very, very rarely would we ever maybe

19   just see one person.

20            But if I'm not seeing one person, there's

21   other girls.  You've got to think sometimes, we had

22   five girls in the room.  So I might -- I might see

23   two, but the other girls in there might have way

24   more than that.  So regardless if I'm seeing

25   multiples or not, the other girls are.  There was

Page 206

1  you charge twice a day in a row.  But like I said,

2  if you're on the right dosage, you should be able

3  to go 24 hours without getting sick, so...

4       Q    And are you usually able to go 24 hours

5  without being sick?  Is that -- is that tried and

6  true?

7       A    Oh, yeah, definitely.

8       Q    Okay.  And your family's bringing

9  medication right now for your migraine.  What's the

10  name of it?

11       A    Imitrex.

12       Q    Can you spell that or try to?

13            MR. KEITH:  I can.  I-m-i-t-r-i-x --

14  t-r-e-x.

15       A    Yeah, it basically just sounds how it's

16  spelled.

17  BY MS. FENNELLY:

18       Q    Imitrex, okay.

19            MR. KEITH:  Yeah, it's I-m-i-t-r-e-x.

20  BY MS. FENNELLY:

21       Q    Okay.  When were you first prescribed that

22  medication?  Is it a -- it's a prescription,

23  correct?

24       A    Yes.  I mean, I've suffered from migraines

25  my whole life.  I was diagnosed with them when I

Case 1:21-cv-04278-WMR Document 174-3 Filed 03/02/23 Page 52 of 53
Jane Doe 2 Volume 1                    June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 207

1  was 13.  And the first time I was ever prescribed
2  it, I think I was about 16 years old.  I had gone
3  through several medications to try to find what
4  worked, and that was the only one that really
5  stuck.  And it's just an as-needed thing.  I don't
6  take it every day.
7      Q    How often do you take it?
8      A    Let me see.  I probably get a migraine out
9  of the month a good 12 times.
10     Q    12 times out of the month?
11     A    Yeah.  It sucks.
12     Q    So almost half of the time you have a
13  migraine?
14     A    They're sometimes worse than other days.
15  I've been hospitalized for them a lot, too.
16     Q    You've been hospitalized for them?
17     A    Yeah.
18     Q    About how many times?
19     A    My whole lifetime, maybe like, give or
20  take, maybe 20 times.
21     Q    What dosage is your Imitrex?
22     A    I forget.  I know -- alls I know is
23  they're these little, like, oblong, rectangular
24  orange pills.  And I think the other ones are,
25  like, different colors as the milligrams goes on.

Case 1:21-cv-04278-WMR   Document 174-3   Filed 03/02/23   Page 53 of 53
Jane Doe 2 Volume 1                                    June 16, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 213

                              CERTIFICATE
1

2    STATE OF GEORGIA:

     COUNTY OF FULTON:

3

4            I hereby certify that the foregoing
     transcript was taken down, as stated in the
5    caption, and the colloquies, questions and answers
     were reduced to typewriting under my direction;
6    that the transcript is a true and correct record of
     the evidence given upon said proceeding.

7

8            I further certify that I am not a relative
     or employee or attorney of any party, nor am I
9    financially interested in the outcome of this
     action.

10

11           I have no relationship of interest in this
     matter which would disqualify me from maintaining
12   my obligation of impartiality in compliance with
     the Code of Professional Ethics.

13

14           I have no direct contract with any party
     in this action and my compensation is based solely
15   on the terms of my subcontractor agreement.

16

17           Nothing in the arrangements made for this
     proceeding impacts my absolute commitment to serve
18   all parties as an impartial officer of the court.

19

20                                                     .

21

22

23           _____

24           CAROLYN M. CARBONI, RPR, RMR, CCR-B-878

25