Page 211

1          IN THE UNITED STATES DISTRICT COURT

          FOR THE NORTHERN DISTRICT OF GEORGIA

2                 ATLANTA DIVISION

3

4    JANE DOE 1-4,

5          Plaintiffs,

                                CIVIL ACTION NO.:

6    vs.                        1:21-CV-04278-WMR

7    RED ROOF INNS, INC., et al.,

8          Defendants.

9

10

11          C O N F I D E N T I A L

12               VOLUME II

13     CONTINUATION OF THE VIDEO DEPOSITION OF

14               JANE DOE 2

15            August 29, 2022

16               9:12 a.m.

17       1960 Satellite Boulevard, Suite 4000

18               Duluth, Georgia

19     Carolyn M. Carboni, RPR, RMR, CCR-B-878

20          Leo Mileman, Videographer

21

22

23

24

25

**PL Sum. J. Ex. ___004___**

Page 212

1   APPEARANCES OF COUNSEL:

2   On behalf of Jane Doe 2 Plaintiff and Plaintiffs in

3   W.K., et al. v. Red Roof Inns, et al. case:

4           JONATHAN TONGE, ESQUIRE

5           Andersen Tate & Carr, PC

6           1960 Satellite Boulevard

7           Suite 4000

8           Duluth, Georgia  30097

9           770.822.0900

10  On behalf of the Defendants Red Roof Inns, Inc.;

11  FMW RRI NC, LLC; Red Roof Franchising, LLC; RRI

12  West Management, LLC; Westmont Hospitality Group,

13  Inc.; and RRI III, LLC:

14          EMMA J. FENNELLY, ESQUIRE

15          Lewis Brisbois Bisgaard & Smith LLP

16          600 Peachtree Street, Suite 4700

17          Atlanta, Georgia  30308

18          404.348.8585

19  On behalf of the Defendant Varahi Hotel, LLC:

20          ELLIOTT REAM, ESQUIRE

21          SHANE KEITH, ESQUIRE

22          Hawkins Parnell & Young, LLP

23          Suite 4000, 303 Peachtree Street

24          Atlanta, Georgia  30308

25          404.614.7400

Page 212

1    APPEARANCES OF COUNSEL:

2    On behalf of Jane Doe 2 Plaintiff and Plaintiffs in

3    W.K., et al. v. Red Roof Inns, et al. case:

4            JONATHAN TONGE, ESQUIRE

5            Andersen Tate & Carr, PC

6            1960 Satellite Boulevard

7            Suite 4000

8            Duluth, Georgia  30097

9            770.822.0900

10   On behalf of the Defendants Red Roof Inns, Inc.;

11   FMW RRI NC, LLC; Red Roof Franchising, LLC; RRI

12   West Management, LLC; Westmont Hospitality Group,

13   Inc.; and RRI III, LLC:

14           EMMA J. FENNELLY, ESQUIRE

15           Lewis Brisbois Bisgaard & Smith LLP

16           600 Peachtree Street, Suite 4700

17           Atlanta, Georgia  30308

18           404.348.8585

19   On behalf of the Defendant Varahi Hotel, LLC:

20           ELLIOTT REAM, ESQUIRE

21           SHANE KEITH, ESQUIRE

22           Hawkins Parnell & Young, LLP

23           Suite 4000, 303 Peachtree Street

24           Atlanta, Georgia  30308

25           404.614.7400

Page 267

1      A     High school friends.  I was also 17 in

2   that photograph.

3      Q     Okay.  So this was before any of your

4   alleged trafficking?

5      A     Yes, ma'am.

6      Q     All right.  And that's Bates number

7   JD2-3876.

8            Okay.  And then the next is also in 18,

9   that's JD2-3910.  Who's in this photo?

10     A     A couple of the girls that I worked with

11  at the strip club called Deja Vu in Sacramento.

12     Q     Okay.  And this was also before your

13  alleged trafficking?

14     A     Yes.

15     Q     And then this is the next photo, the Bates

16  number is cut off, but can you tell me what's going

17  on in this photograph?

18     A     Yes.  So CB had took us to the mall to get

19  these shirts made at a kiosk.  It was like his

20  little -- his group's, like, slogan or what have

21  you.  And he made me and the girls he had at the

22  time, I remember it being ████████, I think there

23  was another girl there, I don't really recall her

24  name at the time, but we all had to get shirts

25  made.  And he was taking a picture of the shirt to

Page 268

1   send to his guy friends.

2       Q     Okay.  Did you wear these shirts out?

3       A     When he wanted us to.

4       Q     The next photo, who's in this photograph?

5       A     One of the girls that CB had been

6   trafficking alongside me.  And she one day just

7   disappeared.  I don't know what happened to her.

8   She went with a customer and then never came back.

9       Q     She disappeared?

10      A     (Witness nods head.)

11      Q     This was another victim of sex

12  trafficking?

13      A     Yes, under CB.

14      Q     Do you remember her name?

15      A     No.

16      Q     How long was she with you guys?

17      A     Not that long, but also not a very short

18  moment.  I really don't remember, but I do remember

19  her being there.

20      Q     But just suddenly she was gone?

21      A     Yeah.  I just remember her going to one of

22  her calls, and she never came back from it.  And CB

23  was pissed.

24      Q     Did CB ever go after this woman?

25      A     I believe he tried to go to the address

Page 272

1      A    It's hard to pinpoint an exact time or

2  date.  I have -- I really don't have any

3  recollection of when that might have been.  But I

4  believe, to my knowledge, if I'm correct or not,

5  she was walking down in a really bad part of town,

6  in what they refer to as The Bluffs, and he had

7  asked her if she needed a ride.  She said yes.  She

8  hopped in the car, and that was it from there.

9      Q    Where is The Bluff?

10     A    Vine City.

11     Q    And you said this was earlier on in your

12  trafficking, so 2013 probably?

13     A    Definitely.

14     Q    Okay.  And I know I'm jumping around a

15  little bit, but Jane Doe 4 was the person that you

16  met outside of the hotel that first brought you to

17  CB, correct?

18     A    Correct.

19     Q    Did you ever see Jane Doe 4 after that?

20     A    Never again.

21     Q    This is the next photograph.  Who is this?

22     A    That was a girl that Kwan knew.  She would

23  sometimes come over and, like, help him with the

24  girls and get -- bring them dates, kind of like the

25  girl that I mentioned named Black, I forget her

CONF VOL II Jane Doe 2                         August 29, 2022
Doe, Jane 1-4 Vs. Red Roof Inns, Inc.

Page 279

1    the name.

2        Q    Okay.  Thank you for that.  And I just

3    wanted to clarify quickly, when we're talking about

4    Jane Doe 4 who you met outside the Microtel and

5    then never saw again, introduced you to CB, is that

6    ██████ or █████████?

7        A    █████████.

8        Q    Okay.  And then I'm going to mark this

9    Jane Doe 2-21.

10            (Exhibit JD2-21 marked.)

11   BY MS. FENNELLY:

12       Q    Have you seen this before?

13       A    Yes, at my last deposition.

14       Q    And what is it?

15       A    A record for one I attended, Gilgal.

16       Q    And what is that?  What is Gilgal?

17       A    It's a place you go to for, like, a sober

18   living residential place for women that are

19   homeless with addictions.

20       Q    And it says you were there for just one

21   day or like one overnight --

22       A    Correct.

23       Q    -- in October of 2013.

24            That was when you were allegedly

25   trafficked, correct?

Page 282

1    give you back to your traffickers again?

2         A    At the time, all I was thinking about was

3    getting my next fix.  I mean, I'm not going to --

4    I'm not going to lie, I wasn't even thinking about

5    any of that.  I just wanted to feel right again.

6              MS. FENNELLY:  Okay.  I think I'm almost

7    done, but if we could go off the record for a few

8    minutes.

9              THE VIDEOGRAPHER:  Off the video record at

10   10:44 a.m.

11             (Recess from 10:44 to 10:59 a.m.)

12             THE VIDEOGRAPHER:  Back on the video

13   record at 10:59 a.m.

14   BY MS. FENNELLY:

15        Q    I want to turn specifically to the

16   Buckhead Red Roof Inn.  Do you know what I'm

17   talking about when I say the Buckhead Red Roof Inn?

18        A    North Druid Hills?

19        Q    North Druid Hills, correct.

20             Can you describe that hotel generally for

21   me?

22        A    So when you get off of the North Druid

23   Hills exit and you're coming up to Buford Highway,

24   it sits on the top of a hill, kind of ish, like on

25   the right-hand corner of when you make a right on

Page 283

1    to Buford Highway from North Druid Hills.

2             When you first go into the parking lot, it

3    sits a little far -- a little ways back, and the

4    building, you come into the parking lot, it sits

5    this way (indicating).  The front office is about

6    right here in the corner, and you can go this way

7    and then around this parking like that

8    (indicating).

9         Q    Okay.  Were the rooms --

10        A    On the outside.

11        Q    They were on the outside, so you don't

12   have to go through the lobby to get to your room;

13   you can go through the parking lot, correct?

14        A    Correct.

15        Q    Is there a location you guys would

16   typically stay at that hotel?

17        A    No.

18        Q    It was kind of all over?

19        A    Yes.

20        Q    How many stories were there?

21        A    Three.

22        Q    And there wasn't, again, a particular

23   floor you guys would always stay on?

24        A    No.

25        Q    How many times do you think you stayed

Page 284

1   there?

2       A     I'm not sure.  I know I frequented there a

3   lot, though.

4       Q     If you had to give a ballpark estimate of

5   how many times?

6       A     I don't remember.

7       Q     More than five?

8       A     Definitely more than five.

9       Q     More than 10?

10      A     Yeah.  Less than 30, maybe a little more.

11  I'm not sure.  Probably -- I would say more like 50

12  or less because it was one of the ones we

13  frequently more.

14      Q     Do you remember the first time you were

15  ever there?

16      A     No, I don't.

17      Q     Okay.  How many nights would y'all stay

18  each time that you would stay there?

19      A     I'm not sure.  But I know that any hotel I

20  ever stayed at, normally, we would only stay, like,

21  at the most, three nights at the most.

22      Q     Okay.  Do you recall any specific --

23            MR. TONGE:  Try not to rock the chair.

24            THE WITNESS:  Oh, I'm sorry.

25            MR. TONGE:  Sorry.

Page 291

1    Q    -- was really going on?

2    A    He did.

3    Q    Why do you believe that?

4    A    Well, one, I straight up told him; and

5    two, like, there -- I said it before, there were

6    signs and girls that look a certain type of way,

7    and if he's there all the time and he's putting

8    rooms together for that many people on a consistent

9    basis, you're going to run into it, voluntary and

10   involuntary.  And if you don't know the difference,

11   I mean, and you want to sit there and say you

12   don't, then you're ignorant.

13   Q    What -- for someone that's not involved in

14   the -- in trafficking, what are the signs that an

15   outsider should notice that differentiate between

16   prostitution and sex trafficking?

17   A    No eye contact, you know, being able

18   to meet with anyone, especially other men, you

19   know, very low self-esteem, kind of walking

20   outside, always keeping their head down, very kept

21   to themselves.

22        A girl that is there that does not feel

23   like she's being trapped or has to, you know, watch

24   what she does and be careful because she, you know,

25   has to watch her every move because her, you know,

Page 292

1  her next beating might be five minutes away, will,

2  you know, just be bubbly and friendly and be like,

3  oh, you know, this is like -- this is what I like

4  to do.

5          Like, I've met girls that have been

6  prostitutes that enjoy doing it, you know, because

7  maybe they're sex addicts or whatever.  I don't

8  know.  But there's a big difference between a girl

9  that is there and likes doing that stuff and is

10 there and is scared and not wanting to be there and

11 doesn't know what to do because she feels trapped.

12     Q    And you've been in both of those

13 situations, correct, where you've been there

14 voluntarily and you've been there involuntarily?

15     A    I mean, not how I just described it,

16 because I did it more because of survival.  I felt

17 like it was the quickest way to make money.  It's

18 not something I definitely enjoy doing at all

19 whatsoever.  But yes, I have definitely been in

20 both of those situations.

21     Q    When was the last time you had commercial

22 sex, whether it was voluntary or involuntary?

23     A    Before I was pregnant with my son.

24     Q    Okay.  Which I think we said he was born

25 in 2016?

CONF VOL II Jane Doe 2                    August 29, 2022
Doe, Jane 1-4 Vs. Red Roof Inns, Inc.

Page 293

1      A     Yes.

2      Q     How many times do you think you stayed at

3   the Red Roof in Smyrna?

4      A     Not a lot.  Just like a handful of times.

5   There are times that I would go there to drop off

6   drugs to Ant and Megan and would stay for an hour

7   or two and then leave.  And there were times I

8   would stay there for the whole entire day and use

9   the room to work while Kwan had to go do things by

10  himself, so...

11     Q     And then would it be the same, about one

12  to three nights every time you would stay, more or

13  less?

14     A     Oh, no, no, no.  It would just be for the

15  day.

16     Q     For the day, okay.

17     A     Because I didn't have a room there.

18  Neither did Kwan.  He had to go take care of some

19  personal business and would drop me off to them.

20     Q     So you were staying in somebody else's

21  room; you never checked into that hotel?

22     A     Correct.

23     Q     Okay.  What about at the Red Roof in

24  Buckhead, would you check into that hotel?

25     A     Yes.

CONF VOL II Jane Doe 2                    August 29, 2022
Doe, Jane 1-4 Vs. Red Roof Inns, Inc.

Page 355

1       Q     The Days Inn was on Northside?

2       A     Uh-huh.

3       Q     Yes?

4       A     Yes.

5       Q     Okay.  Where did y'all go once you were

6    with Kwan?

7       A     I don't remember to be exact.  I assume a

8    hotel because that's where we stayed out of was

9    hotels.  I don't remember exactly which one.

10      Q     All right.  And you said this was in 2013.

11   And how long were you with Kwan before you were

12   with Masaba?

13      A     Give or take, six or eight months.

14      Q     All right.  When you were with Kwan, were

15   you ever subjected to sex trafficking at the Red

16   Roof Inn Smyrna?

17      A     He took me and dropped me off with Ant

18   Shivers and ████████ to work out of their room

19   whenever he had personal business privately he had

20   to take care where I couldn't accompany him on.

21      Q     Was that the only situations when you were

22   at the Red Roof Inn Smyrna when you were under

23   Kwan?

24      A     Unless we were dropping off drugs to them,

25   that's the only situation I was working out of

Page 361

1        Q    We know -- I think from your testimony
2    we've been able to, it seems, put a more definitive
3    time on when you were at the Microtel and first got
4    involved with CB in March of 2013, correct?
5        A    Correct.
6        Q    All right.  And tell me again, as best as
7    you can, the length of time period you were under
8    CB before you got away to the Days Inn?
9        A    Give or take, like six or eight months.
10       Q    In your mind, do you remember it being
11   about the same amount of time that you were under
12   CB that you were under Kwan?
13       A    No, I don't.  But I think that's about --
14   they shared the same amount of time, honestly,
15   because that's the only way it makes sense.  But in
16   my mind, it seemed extremely a lot longer than
17   that.
18       Q    Yeah.  Because I think you've told us that
19   based on the things that you've looked at in trying
20   to relive this, that what I -- I've heard this six
21   to eight months in reference to Kwan and in
22   reference to CB.
23       A    Correct.
24       Q    Do you agree with that?
25       A    Right.

Page 362

1      Q    Okay.  And understanding that you think it

2    feels different between those two men; is that

3    fair?

4      A    I mean, yeah.  They definitely both seemed

5    longer than they actually were.

6      Q    I see.  Okay.  All right.  And so if you

7    first met CB in March of 2013, and taking the

8    lesser amount of six months, it would be sometime

9    in the, you know, September, fall of 2013; you

10   agree with that math, right?

11     A    I'm not good at math, so sure, I guess.

12     Q    All right.  But from March, and six months

13   later, that's September, correct?

14     A    I think so.

15     Q    Okay.  And then if we take, you know,

16   eight months, that would be in November of 2013,

17   correct?

18     A    Uh-huh.

19     Q    Okay.  And so as best as you can remember

20   and if we -- now we're going to have to get some

21   real ranges.  All right.  So between six and eight

22   months with CB and six and eight months with Kwan,

23   correct?

24     A    Correct.

25     Q    And there was a period you told us when

Page 363

1    you were away from the both of them at the Days

2    Inn.  How long were you at the Days Inn?

3          A    No less than three, no more than five.

4          Q    Days?

5          A    Correct.

6          Q    Okay.  All right.  So there was a period

7    of between three and five days when you were with

8    neither, correct?

9          A    Correct.

10         Q    All right.  Tell me about what you can

11   remember of the times when you were dropped off at

12   the Red Roof Inn Smyrna while with Kwan, and

13   Anthony essentially babysat you while you were

14   seeing johns there.

15         A    I remember ███████ having her little dog,

16   Chihuahua, that lived there with her.  Like, they

17   stayed at the Red Roof a lot.  And to my knowledge,

18   I believe they stayed in the same room a lot, too.

19   I think they only changed, like, a handful of times

20   that I knew of.

21              I just remember the room always smelling

22   like dog, and it was really gross.  And I had had

23   actually lost a couple of clients because of that

24   one time.

25              And having to, like, just work around her

Page 374

1   really, like, kind of -- like, he was like one of

2   those kind of like -- kind of like nerdy kids that,

3   like, thought he felt really cool and, like, really

4   took a lot into that job and made him feel like he

5   was important, so to speak.  Like -- almost -- not

6   like a power trip per se, like, because he wasn't

7   super cocky or anything like that.  But you can

8   definitely -- you can definitely kind of see, like,

9   a ego thing going on there with the position and

10  the role he played within the whole hotel thing

11  and, you know, doing what he did for everybody.

12       Q    And you saw and determined all that from

13  the two times that you had seen him?

14       A    Yeah.  I consider myself a pretty good

15  judge of character, like, being able to see how

16  people are.  I mean, I don't know, that's just me.

17       Q    But not with boyfriends?

18       A    Definitely not.

19       Q    Okay.  Other be -- other than -- well, let

20  me put it this way:  Can you describe Forrest's

21  physical appearance at all?

22       A    Like I said, I only seen him twice, and it

23  was so long ago, I really don't remember.

24       Q    All right.  Other than being a kind of

25  nerdy kid and young and somebody who, I think as

Page 375

1  you said, seemed to have a little bit of an ego,

2  like he felt like his job was important or he

3  seemed to think it was, anything else you can

4  remember about him?

5       A    Huh-uh.

6       Q    No?

7       A    I think he had dark hair at that time, but

8  I'm not sure.

9       Q    How about race, height, weight?

10      A    He's white.

11      Q    Huh?

12      A    He's white.

13      Q    Okay.  Any tattoos or anything like that,

14  do you remember?

15      A    No.

16      Q    All right.  And do you remember -- in

17  terms of when you had, I think you described it in

18  your first deposition, like a heart to heart with

19  Forrest, do you remember saying that?

20      A    Yeah.  I mean, he might even be, like,

21  Italian, or he might even be, like, mixed or

22  something.  Kind of, like, how I'm white/Hispanic,

23  like, he's got something in him.  I'm just not sure

24  exactly what it is.

25      Q    Okay.  And I know you don't know when it

Page 376

1   was exactly, but in terms of the time period, the

2   six to eight months that you were with Kwan, do you

3   remember having this discussion with Forrest more

4   towards when you were first with Kwan or more

5   towards when you were leaving Kwan and then got to

6   Kentucky and then Masaba?

7        A    Like the middle-ish.

8        Q    Towards the middle?

9        A    (Witness nods head.)

10       Q    Okay.  What was the name of the place in

11   Kentucky that you went?

12       A    Oh, I don't remember.

13       Q    How was it -- do you remember where in the

14   state?

15       A    I believe Nicholasville.

16       Q    Okay.  And do you remember the buildings

17   being in, like, a horseshoe sort of shape

18   arrangement?

19       A    It was a house.

20       Q    It was just one house?

21       A    Yeah.

22       Q    Okay.

23       A    Like a two-story house.

24       Q    Okay.  And so we were talking about how it

25   is you went from Kwan to Masaba.  You mentioned you

CONF VOL II Jane Doe 2                    August 29, 2022
Doe, Jane 1-4 Vs. Red Roof Inns, Inc.

                                              Page 426

1    13. ████████  ex-boyfriend by the name of ████

2    also in 16.  I believe that ████████ is also

3    17, if I'm not mistaken.

4           (Exhibit JD2-31 marked.)

5    BY MR. REAM:

6       Q     All right.  Let me hand you an Exhibit 31.

7    This will be the last --

8       A     And I thought for a second that 5 was CB

9    because they look like the same person, but --

10      Q     Hang on, ████████.  I'm not asking you

11   a question at the moment.

12      A     That's actually Forrest.

13      Q     Number 31, do you see this notebook page?

14   Do you see it in front of you?

15      A     I'm looking at it, yes.

16      Q     Okay.  Do you recognize this?

17      A     No, I do not.

18      Q     Do you know where this is from?

19      A     It looks like a notebook.

20      Q     Do you know where it's from?

21      A     It looks like a notebook.

22      Q     Do you know who wrote this?

23      A     No, I do not.  I know it was my notebook,

24   and there's a couple of different people who have

25   wrote in this notebook before.

CONF VOL II Jane Doe 2                    August 29, 2022
Doe, Jane 1-4 Vs. Red Roof Inns, Inc.

Page 431

1                              CERTIFICATE
2     STATE OF GEORGIA:
      COUNTY OF FULTON:
3
4            I hereby certify that the foregoing
      transcript was taken down, as stated in the
5     caption, and the colloquies, questions and answers
      were reduced to typewriting under my direction;
6     that the transcript is a true and correct record of
      the evidence given upon said proceeding.
7
8            I further certify that I am not a relative
      or employee or attorney of any party, nor am I
9     financially interested in the outcome of this
      action.
10
11           I have no relationship of interest in this
      matter which would disqualify me from maintaining
12    my obligation of impartiality in compliance with
      the Code of Professional Ethics.
13
14           I have no direct contract with any party
      in this action and my compensation is based solely
15    on the terms of my subcontractor agreement.
16
17           Nothing in the arrangements made for this
      proceeding impacts my absolute commitment to serve
18    all parties as an impartial officer of the court.
      This the 3rd day of September, 2022.
19
20
21
22
23    _____
24    CAROLYN M. CARBONI, RPR, RMR, CCR-B-878
25