Case 1:21-cv-04278-WMR   Document 174-5   Filed 03/02/23   Page 1 of 48
April 13, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 1

```
1              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF GEORGIA
2                      ATLANTA DIVISION
3
       W.K., Et Al,
4
               Plaintiff,
5
       vs.                           CIVIL ACTION FILE
6
       RED ROOF INNS, INC.; FMW    NO. 1:19-cv-5263-MHC
7      RRI NC, LLC; RRI III,
       LLC; RED ROOF
8      FRANCHISING, LLC; RRI
       WEST MANAGEMENT, LLC;
9      WESTMONT HOSPITALITY
       GROUP, INC.; WHG SU
10     ATLANTA, LLC; EXTENDED
       STAY AMERICA, INC.; ESA
11     MANAGEMENT, LLC; ESA P
       PORTFOLIO, LLC; ESA P
12     PORTFOLIO OPERATING
       LESSEE, LLC; KUZZINS
13     BUFORD LLC; CC&S
       DEVELOPMENT, LLC; ESSEX,
14     LLC; and HVM, LLC,
15             Defendants.
16
                     VIDEO DEPOSITION OF
17                   ████████████████
18                   April 13, 2022
19                     10:44 a.m.
20                     Suite 3900
             1201 West Peachtree Street, N.W.
21                   Atlanta, Georgia
22
23       Tracy A. Williams, B-2168, RPR
24
25         Lionel Mileman, Videographer
```

**PL Sum. J.**
**Ex. ____ 005**

Page 5

1    APPEARANCES OF COUNSEL:

2    On behalf of the Plaintiff:

3            TIANA S. MYKKELTVEDT, ESQ.

4            MICHAEL R. BAUMRIND, ESQ.

5            Bondurant, Mixson & Elmore, LLP

6            Suite 3900

7            1201 West Peachtree Street, N.W.

8            Atlanta, Georgia  30309

9            (404) 881-4100

10   On behalf of the Defendants Red Roof Inns, Inc., FMW

11       RRI, NC, LLC; RRI III, LLC; RRI West Management,

12       LLC; Red Roof Franchising, LLC; Westmont

13       Hospitality Group, Inc.; and WHG SU Atlanta, LLC:

14           ADI ALLUSHI, ESQ.

15           PEYTON PATTERSON, ESQ.

16           Lewis, Brisbois, Bisgaard & Smith, LLP

17           Bank of America Plaza, Suite 4700

18           600 Peachtree Street, N.E.

19           Atlanta, Georgia  30308

20           (404) 348-8585

21

22

23

24

25

April 13, 2022

W.K., et al v. Red Roof Inns, Inc., et al

                                                    Page 6

1    On behalf of Defendant, Varahi Hotel:

2           MAHALIA HALL, ESQ.  (via Zoom)

3           Hawkins, Parnell & Young, LLP

4           Suite 4000, SunTrust Plaza

5           303 Peachtree Street, N.E.

6           Atlanta, Georgia  30308-3266

7           (404) 614-7400

8

9

10          (Pursuant to Article 10(B) of the Rules and

11   Regulations of the Georgia Board of Court Reporting,

12   a written disclosure statement was submitted by the

13   court reporter to all counsel present at the

14   proceeding.)

15

16

17

18

19

20

21

22

23

24

25

Page 5

```
 1   APPEARANCES OF COUNSEL:

 2   On behalf of the Plaintiff:

 3           TIANA S. MYKKELTVEDT, ESQ.

 4           MICHAEL R. BAUMRIND, ESQ.

 5           Bondurant, Mixson & Elmore, LLP

 6           Suite 3900

 7           1201 West Peachtree Street, N.W.

 8           Atlanta, Georgia  30309

 9           (404) 881-4100

10   On behalf of the Defendants Red Roof Inns, Inc., FMW

11      RRI, NC, LLC; RRI III, LLC; RRI West Management,

12      LLC; Red Roof Franchising, LLC; Westmont

13      Hospitality Group, Inc.; and WHG SU Atlanta, LLC:

14           ADI ALLUSHI, ESQ.

15           PEYTON PATTERSON, ESQ.

16           Lewis, Brisbois, Bisgaard & Smith, LLP

17           Bank of America Plaza, Suite 4700

18           600 Peachtree Street, N.E.

19           Atlanta, Georgia  30308

20           (404) 348-8585

21

22

23

24

25
```

April 13, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 6

```
 1   On behalf of Defendant, Varahi Hotel:

 2            MAHALIA HALL, ESQ.  (via Zoom)

 3            Hawkins, Parnell & Young, LLP

 4            Suite 4000, SunTrust Plaza

 5            303 Peachtree Street, N.E.

 6            Atlanta, Georgia  30308-3266

 7            (404) 614-7400

 8

 9

10            (Pursuant to Article 10(B) of the Rules and

11   Regulations of the Georgia Board of Court Reporting,

12   a written disclosure statement was submitted by the

13   court reporter to all counsel present at the

14   proceeding.)

15

16

17

18

19

20

21

22

23

24

25
```

Page 19

1      Q.  And -- and at the Red Roof Smyrna, you were

2   allegedly trafficked between 2010 and 2012, correct?

3      A.  Yes, sir.

4      Q.  Not in 2009?

5      A.  Not that I can recall.

6      Q.  And the same for the Red Roof Buckhead,

7   right?

8      A.  As far as I can recall.

9      Q.  Okay.  And I will go in a little more

10   detail a little on about that.  But I just want to

11   make sure I understand, you know, the knowledge these

12   people have.

13          So Black would have knowledge about just

14   generally what occurred.  Would she have knowledge

15   about the two Red Roof hotels?

16      A.  Yes.

17      Q.  Was she there at the Red Roof hotels?

18      A.  She would transport us to and from.

19      Q.  And there were two main alleged

20   traffickers, right?  There were two traffickers that

21   allegedly trafficked you, correct?

22          One is ████████████████████

23      A.  Correct.

24      Q.  And he's also known as "Bagz"?

25      A.  Correct.

W.K., et al v. Red Roof Inns, Inc., et al

1   you?

2       A.   Yeah.  She called me up one day, and I was

3   just going up to my job at RaceTrac.  It's a gas

4   station.  She said, "Hey, I've got this great

5   opportunity for us," and kind of explained it like I

6   was going to be s personal assistant to somebody and

7   be able to travel and do things.  And so I was

8   interested, and I wanted to meet him.

9       Q.   And you said you -- that's the RaceTrac you

10  were working at the time?

11      A.   Yes, sir.

12      Q.   Was that 2009?

13      A.   I believe so, yes, sir.

14      Q.   Was it about -- that was after you had been

15  trafficked by Chi?

16      A.   Correct.

17      Q.   And did she say anything about sex, money,

18  anything like that?

19      A.   Nothing.  No, sir.

20      Q.   You weren't suspicious at all after

21  everything that happened with Chi?

22      A.   No, sir.

23      Q.   She said that you would be Bagz' personal

24  assistant?

25      A.   Something along those lines, yes.

Page 50

1      Q.   And then you said you were interested, you

2  said?

3      A.   Yeah, yeah.

4      Q.   And what -- what -- what happened next?

5      A.   I met up with her and she took me over to

6  his house, and she introduced me to him.  And we

7  talked for a few minutes, but nothing was ever

8  discussed about sex.

9           And from there we went -- we went -- like,

10  we went out, like, just like a normal night out.  And

11  then it turned from there into trafficking.

12      Q.   Okay.  And I'll get into more details about

13  that in a minute, but let me just finish this list

14  here.

15           ████████████ a/k/a "Chi."  We talked about

16  that.  How did you meet ████████?

17      A.   I honestly don't recall.

18      Q.   And you would have met him 2008, 2009?

19      A.   Yeah, around that time.

20      Q.   And at that time, you were going to high

21  school in Alpharetta?

22      A.   Correct.

23      Q.   Were you living with your parents?

24      A.   I don't believe so, no, staying with some

25  friends.

1      A.  Correct.

2      Q.  Is that a home, also?

3      A.  Correct.

4      Q.  Did he also rent that?

5      A.  Correct.

6      Q.  And then the 2275 Plaster Road Northeast,

7   Apartment 11, Atlanta, Georgia 30345, is that an

8   apartment?  Is there a name for that apartment

9   complex?

10      A.  It was Sienna Ridge, I believe, at the

11   time.

12      Q.  Whose apartment was this?

13      A.  It was in my name.

14      Q.  And were you there the entire 2012?  Do you

15   know?

16      A.  I don't recall exactly the dates that I was

17   there from.

18      Q.  Was this at the same time you're allegedly

19   being trafficked?

20      A.  It was after.  It was when I met baby

21   daddy.

22      Q.  So you've alleged that in 2012, you were

23   still being trafficked, correct?

24      A.  The beginning, yes.

25      Q.  So what, about, month do you recall that

April 13, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 74

1    that trafficking ended?

2         A.   I believe it was February or March of 2012.

3         Q.   I don't think I asked you this, but have

4    you stayed at any other Red Roof Inn hotels during

5    the time you were alleged -- or did you stay at any

6    other Red Roof hotels during the time you were

7    allegedly being trafficked?

8         A.   As far as I can recall, no.

9         Q.   Okay.  So the 2275, you rented this

10   apartment sometime after February, March of 2012,

11   after you got out of the alleged trafficking, right?

12        A.   Correct.

13        Q.   And the 2488 Lakewood Avenue, Atlanta,

14   Georgia, it says 2009?

15        A.   Yes.

16        Q.   What is -- is that a home?

17        A.   It's a group home, I guess, homeless

18   shelter type thing.

19        Q.   And how long were you there?

20        A.   I do not recall exactly.  I know it was at

21   least a few months.

22        Q.   So between 2009 and 2012, you didn't have

23   any other addresses or any --

24        A.   Just the 490.

25        Q.   Your parents?

April 13, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 78

1   No. 6.  If you look at -- we'll just keep looking at

2   the amended response from last week so that we're the

3   most current.  But it starts on Page 27, I believe.

4           Under Page 28, it says that you were

5   allegedly trafficked at the RRI, or the Red Roof Inn,

6   Smyrna by Bagz about two to five times between 2010

7   and 2012; is that correct?

8       A.  Correct.

9       Q.  So let me just ask you:  In 2010, how many

10  times do you think you stayed at the Red Roof Inn

11  Smyrna?

12      A.  I don't know exactly.

13      Q.  Okay.  Would you know how many -- do you

14  know how many stays -- how many times you stayed at

15  the Red Roof Smyrna in 2011?

16      A.  No, sir.

17      Q.  What about 2012?

18      A.  No, sir.

19      Q.  So in 2012, you were -- you said that you

20  were only allegedly trafficked up to February?

21      A.  I believe so, yes, sir.

22      Q.  Do you still believe that you stayed

23  January or February of 2012 at the Red Roof Inn

24  Smyrna?

25      A.  I believe so, yes, sir.

April 13, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 79

1        Q.   And what about the Red Roof North Druid

2    Hills or Buckhead?  It says here you stayed there one

3    time.  If you look at Page 28, it says -- the last

4    paragraph on Page 28 says, "Jane Doe 3 was trafficked

5    at the Red Roof Atlanta once between 2010 and 2012."

6    Is that correct?

7        A.   Correct.

8        Q.   Do you recall if that one time you stayed

9    there was 2010, 2011, or 2012?

10       A.   I do not recall.

11       Q.   Do you recall if the two to five times you

12   stayed at the Red Roof Inn Smyrna, the room was under

13   your name?

14       A.   No.  I don't believe any of the Red Roof

15   rooms were under my name.

16       Q.   And, therefore, you wouldn't have gone and

17   checked in, right?

18       A.   Correct.

19       Q.   And the rooms at the Red Roof Inn Smyrna,

20   it's an outdoor courtyard hotel, right?  You don't

21   need to go to the front desk to go to your room?

22       A.   Correct.

23       Q.   And, in fact, did you go straight to your

24   room, or did you walk through the front desk?

25       A.   I did not walk through the front desk.

W.K., et al v. Red Roof Inns, Inc., et al

Page 126

 1          A.  Yes, sir -- not really.  I mean, it wasn't

 2     even a relationship at that point.  I was just -- I

 3     was just meeting him just to see, you know, so I

 4     definitely wouldn't call it a relationship at that

 5     point.  But that was -- that was the first time that

 6     we meet, yes.

 7          Q.  And which hotel was that?  Do you know?

 8          A.  I don't remember.  I think it was a Hampton

 9     Inn or something like that.

10          Q.  Was he staying there, or was that for the

11     night?

12          A.  I think it was for the night.

13          Q.  And what happened after that?

14          A.  He told me he was taking me somewhere and

15     drove me to -- I believe it was like an apartment

16     complex -- I'm not sure where -- and basically told

17     me I was going to go upstairs and have sex with this

18     guy and then come back down when I was done, and the

19     guy was going to give me money.

20               And as soon as I did what he said and when

21     I came back to the car, he made me give him the

22     money.  And from there, it was a wrap.

23          Q.  Okay.  So you're at the Hampton Inn.  You

24     have sex with him?

25          A.  Correct.

Page 127

```
 1        Q.  Did you all sleep overnight?

 2        A.  I don't think so.  I think we just had sex

 3   and then he took me to the outcall.

 4        Q.  It was that same night?

 5        A.  I believe so.

 6        Q.  Okay.  So as he was taking you there, did

 7   he tell you what was going on?

 8        A.  Not until we actually pulled up to the

 9   place.

10        Q.  And so you pulled up.  What was the place?

11   An apartment complex, you said?

12        A.  That's what I said, yes.

13        Q.  And when you pulled up, did he just say,

14   you're going to go upstairs and have sex with this

15   guy now?

16        A.  That's what I just said, yeah.

17        Q.  And did you say no?

18        A.  No, I did not because at that point, it

19   was -- I didn't know what it was.  He had already

20   been talking to me, and I guess after we had sex, he

21   had -- we had a couple of conversations, but it was

22   nothing to do with sex or working for sex.  It was --

23   it was like the relationship -- he was trying to

24   coerce me into a relationship with him.

25            And then once I had kind of agreed, you
```

W.K., et al v. Red Roof Inns, Inc., et al

Page 128

1    know, hey, we can do this, I would like to work with

2    you, and stuff like that -- under the pretense that

3    it was a personal assistant type of job, not sex

4    trafficking that I had agreed to -- then I don't

5    know, it just kind of happened from there.

6            And he took me to this place.  And as soon

7    as he explained it, I was like, I'm already there.  I

8    can't -- I have nowhere to go at this point because I

9    don't know where I'm at.  I'm in an unsafe

10   environment.  I don't -- you know, I don't know how

11   to explain it better than that.

12       Q.  Well, let me just dissect that a little

13   more.  So at the hotel after you all had sex, he

14   didn't tell you, we're going to now go to another

15   hotel and you will have sex for money with another

16   man, right?

17       A.  Right.

18       Q.  Did you -- and you obviously had come from

19   a -- an experience with Chi where this had happened,

20   right?

21           MS. MYKKELTVEDT:  Object to the form.

22           Go ahead.

23           THE WITNESS:  It was a complete -- no.  Chi

24   was a -- Chi was -- Chi was abusive.  He -- he forced

25   me to have sex by being raped.  It wasn't something

April 13, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 129

1   that I chose to do or something that I wanted to do.

2   He forcefully raped me and then continued to do so.

3   So it wasn't even like a pimp/ho situation, honestly.

4           Like, yeah, he made me have sex with

5   people.  And he may have collected money from it, but

6   I don't know.  I don't.  I don't know, you know.  So

7   I wasn't thinking, and plus I was homeless at that

8   time.  You know, I had just come back from being

9   homeless.  I was living with my parents, and I had

10  been in a vulnerable situation.  I wasn't in the

11  right frame of mind to even understand that that's

12  what was happening to me at that point.  You

13  understand what I'm saying?

14  BY MR. ALLUSHI:

15      Q.  With Chi?

16      A.  With Bagz.

17      Q.  With Bagz.

18      A.  Yeah.

19      Q.  So when y'all left the hotel and were in

20  the car going towards the outcall that you said, what

21  did you think was happening at that time?

22      A.  I had no idea.  Like said, I didn't know

23  until we actually pulled up and parked in a spot and

24  he told me, this is what I'm going to do, and as soon

25  as you're done, come back downstairs.

April 13, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 130

1       Q.  You didn't say no?

2       A.  No, because I didn't feel like I had a

3  choice at that point.

4       Q.  Were you scared of Bagz?

5       A.  Yeah.

6       Q.  And that was the first night that you had

7  met him, correct?

8       A.  Yeah.  I mean, even though it was the first

9  night that I met him and he seemed nice and kind and

10  everything like that, I still didn't know this man.

11  I didn't know anything about him.  So I didn't know

12  what he was capable of at that point.

13      Q.  Did he you threaten you in any way?

14      A.  I don't remember him threatening me that

15  night, but I can't recall exactly.

16      Q.  And did he brandish any weapons in the car?

17      A.  I can't remember.

18      Q.  Do you recall if he had a weapon at the

19  time?

20      A.  He had guns the whole time.

21      Q.  Did you see them that first night?

22      A.  I don't recall.

23      Q.  And so your perception was that you had no

24  choice?

25      A.  That's correct.

April 13, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 131

1    Q.  But you don't remember whether or not he

2    threatened you in any way?

3    A.  I don't -- I don't remember the whole -- I

4    don't remember that first day.  I don't remember

5    every single detail that happened.  I remember

6    meeting him, meeting him with ███, having sex with

7    him, going on an outcall.  That's all I really

8    remember.

9    Q.  And so you went and had sex for money with

10   the client, right, the john that night?

11        MS. MYKKELTVEDT:  Object to form.

12        THE WITNESS:  I was taken to an outcall to

13   provide sex for money that was then given to my pimp.

14   BY MR. ALLUSHI:

15   Q.  Okay.  And I'm trying to understand the

16   procedure, so to say.  So you go upstairs, right?

17   A.  I go upstairs, correct?

18   Q.  And then did he -- did Bagz stay in the

19   car?

20   A.  Bagz stayed in the car.

21   Q.  And did the person know you were coming?

22   He was expecting you?

23   A.  Correct.

24   Q.  And how much did he pay?

25   A.  I don't remember.

April 13, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 132

```
 1        Q.  Did he give you the money?

 2        A.  He gave me the money, correct.

 3        Q.  Was it -- how long was it?  An hour call?

 4        A.  I don't remember.

 5        Q.  It wasn't an all night, though?

 6        A.  No.

 7        Q.  And then you went back down?

 8        A.  Correct.

 9        Q.  And was Bagz still in the car?

10        A.  Correct.

11        Q.  Did he ask for the money?

12        A.  He did.

13        Q.  Did you give it to him?

14        A.  I did.

15        Q.  And what happened then?

16        A.  I don't remember.

17        Q.  Did you stay with Bagz that night, or did

18   you go home?

19        A.  I believe so.  I believe I stayed with him.

20        Q.  And do you remember where?

21        A.  No, sir.

22        Q.  And this would have been sometime in 2010?

23        A.  2009 or '10.  I can't recall the exact

24   date.  I mean, I was 19, almost 20, when I met him.

25        Q.  And how did -- and from that first night,
```

Page 133

1    then how did the next day and the next day and the

2    next day go?  Were you staying with Bagz?

3        A.  I don't remember.

4        Q.  Did you -- did you have a physical address

5    at the time, or were you living with Bagz hotel to

6    hotel at the time?

7        A.  Hotel to hotel.  I mean, he had a physical

8    address that we would go to when we weren't at the

9    hotel, but that's it.

10       Q.  Is his physical address in the address

11   lines here in the?

12       A.  I don't think so.  I don't remember the

13   address.

14       Q.  Did you ever live there?

15       A.  I mean, I stayed there when I wasn't at the

16   hotel, like I just said.

17       Q.  Who else lived at Bagz' house?

18       A.  All the other girls.  I don't know.  All

19   these pimps that are in this thing, they would come

20   and go.  I don't know who exactly was living there

21   because a lot of people stay there when they wanted

22   to.  It was kind of like an open house.

23       Q.  Where was the house?

24       A.  Near North River Tavern in Sandy Springs.

25       Q.  Was it a how many bedroom house?

April 13, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 134

1      A.   I think it was like a three-bedroom
2   townhouse or something.
3      Q.   When you stayed there, would you stay in
4   the same room with Bagz?
5      A.   It depended.  He wasn't always there.
6      Q.   Did you have a sexual relationship with
7   Bagz throughout the entire time?
8      A.   Yes.
9      Q.   And between 2009 and 2012, were you -- were
10   you allegedly being trafficked every day?
11      A.   Yes, sir.
12      Q.   So you -- you worked every day?
13      A.   Yes, sir.
14      Q.   Seven days a week?
15      A.   Yes, sir.
16      Q.   And how many people a day do you think that
17   you would see?
18      A.   Minimum of ten.
19      Q.   It was a minimum of ten?
20      A.   The majority of the time.
21      Q.   And was it always men, or was it men and
22   women?
23      A.   What do you mean?
24      Q.   The clients, johns, were they all men, or
25   would you --

April 13, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 137

1      Q.  So Bagz didn't force you to have

2   necessarily certain fetishes or anal sex?

3      A.  He didn't force us to have certain fetishes

4   that we -- no.  No, he did not, no.  We had to have

5   sex, and we had to make money to give to him.  How we

6   made the money, it didn't matter.

7      Q.  So it was seven times a day -- I'm sorry --

8   seven days a week, ten times a day you're saying,

9   right?

10      A.  At least.

11      Q.  So that's 70 times 52.  So that's 360 --

12   3,604 -- 3,640 times a year?

13      A.  If that's what you're calculating, sure.  I

14   never physically calculated how many johns I saw.  So

15   I'm not sure why that matters.

16      Q.  So in the three years, that would be about

17   10,920 men?

18      A.  I'm not sure.  There could be in excess

19   more.  There could be less.

20      Q.  And out of those 10,920 encounters, there

21   was -- ten of those would have happened at the Red

22   Roof North Druid Hills, correct?  So you were there

23   one time, correct?

24      A.  I was there a handful of times, between two

25   to five times at Red Roof.  I don't -- I've been to

Page 138

1   both Red Roofs in Smyrna a handful of times.  I don't

2   recall how many johns I saw at both locations.  All I

3   know is I had a quota of a thousand dollars per day

4   and to meet that thousand-dollar-a-day quota, I had

5   to see at least ten patients -- ten people at a

6   hundred dollars, and that's what I did.

7          Q.  I understand that, ███████.  I have to

8   ask these questions.

9          A.  I understand.

10         Q.  You have -- specifically you wrote in

11  here -- and I'll go back to No. 6 -- that you stayed

12  one time at the Red Roof North Druid Hills --

13         A.  Right, right.

14         Q.  -- and we went over that; is that correct?

15         A.  Yes, that's correct.

16         Q.  And one time -- you have had sex with ten

17  people that day, correct?

18         A.  Right.

19         Q.  So my question was:  Out of the 10,920 men

20  you were forced to have sex with that you allege --

21         A.  Allegedly, yes.

22         Q.  -- you only had sex with ten of those

23  people at the Red Roof North Druid Hills, my client,

24  correct?

25         A.  That sounds about right, yes.

Case 1:21-cv-04278-WMR   Document 174-5   Filed 03/02/23   Page 24 of 48
April 13, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 139

1      Q.  And you stayed two to five times at the

2   Smyrna, and that would make 50 encounters at the

3   Smyrna out of the 10,920, correct?

4      A.  Sounds about right.

5      Q.  So after the initial night, ███████████,

6   with Bagz, you learned what his true meaning -- what

7   his true intention was, correct?  After that first

8   encounter?

9      A.  No, sir.

10     Q.  When did you learn what his true

11   intentions -- meaning that you weren't going to be

12   his personal assistant -- when did you learn that?

13     A.  Over the next -- course of the next few

14   weeks and months.  He --

15     Q.  So -- go ahead.

16     A.  He had me doing stuff for him that was

17   still personal assistant-ish, but, yeah.

18     Q.  But so after the first night that he forced

19   you to have sex with the -- on the outcall for money,

20   you still felt you were going to be his personal

21   assistant?

22     A.  Yeah.

23     Q.  And you believed that was just a one-time,

24   or what?  How --

25     A.  Yeah.  I mean, I don't recall exactly.  I

W.K., et al v. Red Roof Inns, Inc., et al

Page 140

1    don't remember what I thought it was going to be.  I

2    just knew -- that's what happened.

3        Q.  Did you think you were voluntarily doing

4    that, or were you aware at the time that you were

5    being forced to do it?

6        A.  I don't know.

7        Q.  At what point did you think, I don't want

8    to -- I don't want to have sex with these guys for

9    money?

10            MS. MYKKELTVEDT:  Object to the form.

11            THE WITNESS:  I mean, obviously, pretty

12   quick into it.  I mean, it's not something that

13   anybody wants to do.  I don't know anybody that would

14   want to have sex for money and give all the money

15   away to somebody.

16   BY MR. ALLUSHI:

17       Q.  Would you want to keep the money for

18   yourself?

19       A.  I wouldn't want to do any of it period if I

20   had a choice.

21       Q.  Throughout the entire time from 2009

22   through 2012, did you ever keep any of the money from

23   the commercial sex?

24       A.  Not one penny.

25            MS. MYKKELTVEDT:  Do you need to take a

April 13, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 151

1      Q.  So you're saying you were more fearful in

2  2012 than 2011?

3      A.  Yes, sir.

4      Q.  And so how did that help you just say

5  you're done if you're more fearful?

6      A.  I can't really answer that.

7      Q.  So it would have been easier to leave in

8  2011, '10, because you had less fear, correct?

9      A.  No, no.  I was still being coerced and

10  brainwashed daily to think that what I was doing was

11  okay.

12      Q.  And what do you mean, "brainwashed"?

13      A.  I was being told that what I was doing was

14  okay, and that it was -- here's the thing.  Bagz --

15  when I met Bagz and he started talking to me, he

16  presented himself to me as a savior.  He would preach

17  to us from the Bible and spin everything to make it

18  seem like we were doing right by God.  We were being

19  virtuous women towards him and towards God.  So you

20  have to understand that what he did to my mind made

21  me not think like a normal person.

22      Q.  So did he make you think you were

23  voluntarily doing this?

24      A.  No, no.

25      Q.  You just -- he just made you think that you

April 13, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 152

1    were doing a virtuous thing by having commercial sex

2    for money that he kept?

3           A.   Can you ask me that question again?

4           Q.   Yeah, sure.  So he -- you were just

5    describing that he was reading the Bible and making

6    you -- or brainwashing you, right?

7           A.   Yes.

8           Q.   And by brainwashing, does the brainwashing

9    include you believing you're voluntarily doing the

10   things for him or no?

11          A.   I don't know how to answer that.  I

12   don't -- I can't answer that.  I don't -- I don't --

13   I don't know how to answer that.

14          Q.   Well, do you think you -- do you think --

15   did you --

16          A.   I never ever once thought I was doing

17   anything voluntarily.  Let's just get that

18   understood, okay?  I never once did anything by

19   choice.  Even if I thought it was the right thing to

20   do at that time, it was because it was still being

21   forced on me that I had to do that.

22          Q.   Okay.  What's the brainwashing?  That's

23   what I'm trying to understand.

24          A.   That is the brainwashing.  The telling me

25   that "I'm your savior.  I'm here to save you.  I'm

Page 153

1    here to help you.  I'm going to rescue from all these

2    things that you've had happen to you in your past

3    life or whatever."  It's like, it's not even that.

4    It's "I'm a savior.  I'm here to save you.  I'm going

5    to take care of you.  I'm going to support you in

6    everything that you do because what you're doing is

7    for me," and that's what it is.  I mean, I don't know

8    how else to explain brainwashing.

9            I mean, I'm still having issues getting

10   over the brainwashing.  Like, I still have -- I

11   don't -- I don't know.  I don't know what else you

12   want me to tell you.

13       Q.  And what saving did you think you needed at

14   the time?  From what?

15       A.  I was homeless.  I didn't have anywhere to

16   stay.  I didn't have anybody to love me, protect me,

17   guide me.  And he did all of those things.

18       Q.  What about your parents?

19       A.  They weren't in the picture at that time.

20       Q.  Why not?

21       A.  I don't know.  We hadn't spoken since I

22   emancipated myself.

23       Q.  Could you have called your parents and gone

24   and stayed with them?

25       A.  No, I don't think so.

April 13, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 160

1      A.  No, sir.

2      Q.  Did you buy any clothes during the time

3  that you were being trafficked?

4      A.  Yeah, I'm sure we did.

5      Q.  And where would that be?

6      A.  I'm not sure exactly.

7      Q.  And did you sue any of the stores that you

8  bought the clothes from?

9      A.  No, sir.  None of these places that you're

10  talking about would have any knowledge of any of that

11  going on that I would know of, so.

12      Q.  They all profited from your trafficking,

13  though, right?  They made money?

14      A.  They did, absolutely.

15      Q.  And why would the Red Roof have knowledge,

16  and they didn't have knowledge?

17      A.  Well, because it wasn't discrete over

18  there.  It was out in the open, and everybody could

19  see it.

20      Q.  Where was it out in the open?

21      A.  You could see girls hanging off the balcony

22  in their short clothes, pimps in their cars in the

23  parking lot on their phones, drug dealers walking

24  around, johns walking around, girls walking around

25  beating their feet with no clothes on, talking on

April 13, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 161

1   cell phones, meeting johns, taking them up to their

2   rooms.  You could see all of that.

3        Q.  And how would one know that somebody is a

4   pimp?

5        A.  I mean, I guess you wouldn't know just by

6   looking at them, but you could tell.  I mean, I know

7   I can spot a pimp from a mile away.  Most of them

8   have on a pinky ring, lots of flashy jewelry, drive

9   nice cars, and they always are surrounded by women.

10       Q.  But there are a lot of other people that do

11  the same, right, as --

12       A.  Not necessarily, no.

13       Q.  And how would you identify somebody that's

14  selling themselves for sex without talking to them?

15       A.  Most of the time they would just look like,

16  you know, very slutty, walking around with, like I

17  said, no clothes on and talking on phones, talking

18  with different guys, meeting different guys and

19  walking them up to their rooms and stuff.

20       Q.  And you're saying that that's different

21  from how, you know, a lot of other girls dress these

22  days?

23       A.  These days, no.  But ten years ago, yeah,

24  yeah.

25       Q.  And so it's your testimony here today that

W.K., et al v. Red Roof Inns, Inc., et al

Page 162

1    because there were girls that were dressed scantily

2    walking around, the hotel should have known that

3    there was sex trafficking?

4           MS. MYKKELTVEDT:  Objection to form.

5    BY MR. ALLUSHI:

6           Q.  You can answer.

7           A.  I mean, I don't think that they would --

8    can you repeat the question for me?

9           Q.  Yes.  So it's your testimony here today

10   that the Red Roof should have known -- because the

11   girls were dressed scantily that they should have

12   known they were being trafficked?

13          A.  That wouldn't be the only reason that they

14   should know.

15          Q.  Okay.  What else?

16          A.  The multiple requests for towels, the

17   condoms that are overflowing in the trash cans, like

18   I said, the pimps outside, the drug dealers outside,

19   the johns outside, the girls outside.

20          Q.  But you -- but you personally never told

21   anybody you were being trafficked, right?

22          A.  You mean --

23          Q.  At the hotel.  At the Red Roof, did you

24   tell anybody?

25          A.  No.  None of the employees, no.

Page 184

1    for approximate $33.  ████████  said that an -- that

2    the unauthorized charges for both of her cards took

3    place on January 30, 2011, at unknown times.  ████████

4    said that the representative canceled both cards for

5    her while he was speaking with her on the phone."

6              And so my question is:  In 2011, you were

7    with Bagz, correct?

8        A.  Yes, sir.

9        Q.  And you were being allegedly trafficked at

10   the time?

11       A.  Uh-huh.

12       Q.  And you had no money at that time, right?

13       A.  Yes, sir.

14       Q.  And do you know where this money that

15   allegedly is being taken from your bank account was

16   coming from?

17       A.  Bagz.

18       Q.  Okay.  So was Bagz giving you money to

19   deposit in your own bank?

20       A.  When he would give me money, I would either

21   use cash or put it in my bank and use it that way.

22       Q.  So it's fair to say he didn't keep all the

23   money.  He gave some of the money to you.

24       A.  No, no.  That's not fair to say.  He kept

25   all of the money.  We did not have any access to the

Case 1:21-cv-04278-WMR   Document 174-5   Filed 03/02/23   Page 33 of 48
April 13, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 185

1   money unless it was something that we absolutely

2   needed, and he would provide it for us.

3        Q.  So if it was something that you absolutely

4   needed, then he gave you money?

5        A.  Yes.

6        Q.  And that money came from the commercial

7   sex?

8        A.  Correct.

9            (Defendants' Exhibit JD3-8 was marked for

10  identification.)

11  BY MR. ALLUSHI:

12       Q.  ████████, I'm handing you over what I

13  just marked as Defendants' JD3-8.  And this is an

14  incident police report dated May 1st, 2011.

15           Have you seen this report before?

16       A.  No, sir.

17       Q.  And it says, "Victim 1, Marriott at

18  3405 Lenox Road, Atlanta, Georgia."

19           Do you recall staying at that Marriott?

20       A.  I do.

21       Q.  Were you there with Bagz?

22       A.  I was.

23       Q.  Were you there being allegedly trafficked?

24       A.  Yes, sir.

25       Q.  You have not sued the Marriott, correct?

W.K., et al v. Red Roof Inns, Inc., et al

Page 205

```
1    walking by?

2         A.  Yes, sir.

3         Q.  Because it says, "The first female, later

4    identified as ███████████, I observed standing

5    outside of the Yukon with a black male began to walk

6    towards me."

7              Is the black male Bagz?

8         A.  Correct.

9         Q.  And he describes here -- the way that the

10   transaction was occurring, he's saying that, early on

11   the phone and then later that he was expecting two

12   girls, right?  That -- that was what he had

13   requested?

14        A.  Apparently, yes.

15        Q.  Were you supposed to be the second girl?

16        A.  No, sir.

17        Q.  Who was the second girl?  Do you know?

18        A.  I believe it was ██████.

19        Q.  And then he describes that ███████ was

20   looking through the drawers for condoms, right?

21        A.  Correct.

22        Q.  And he made a comment on the number of

23   boxes.  There was a large number of condoms boxes.

24        A.  Correct.

25        Q.  And there would have been a large number of
```

April 13, 2022

Page 206

1    condoms in the trash?

2         A.   Correct.

3         Q.   And the Marriott knew or should have known

4    based on that that you all were being trafficked?

5         A.   I mean, we don't -- typically, when we stay

6    at the place, we don't let the maids in the rooms.

7    We leave the privacy notice on the door, so we'll --

8    the trash will stay there until we're gone.

9         Q.   Okay.  And did you do the same at the Red

10   Roof?

11        A.   As far as I can recall, yeah.

12        Q.   It was your practice.  You would have done

13   it everywhere?

14        A.   Correct.

15        Q.   And -- but -- so you were saying that after

16   you were gone, they knew or should have known based

17   on the condoms they found in the trash?

18        A.   Correct.

19        Q.   And so should have the Marriott?

20        A.   Correct.

21        Q.   And what were they supposed to do, call the

22   police or what?  You were gone.  How were they going

23   to save you?  How was the Marriott or Red Roof going

24   to save you?

25             MS. MYKKELTVEDT:  Object to the form.

Page 207

```
 1            THE WITNESS:  Yeah.  I never asked any of
 2   them to save me, so.
 3   BY MR. ALLUSHI:
 4       Q.  Do you just want money?  I mean, what --
 5   I'm confused.  What were they supposed to do?
 6       A.  What -- can you rephrase your question?
 7       Q.  Yeah.  What -- what was -- once you were
 8   gone, they should have seen all the condoms in the
 9   trash.  What were they supposed to do?
10       A.  I mean, any -- any responsible business, if
11   they see something like that, should report it.
12       Q.  Do you know if they called the police?
13       A.  I have no idea.
14       Q.  But you never called the police?
15       A.  No, I did not.
16       Q.  Was Bagz -- whenever you all had a problem
17   with -- with a john, did Bagz ever come up to the
18   room and try to, you know, make sure you all weren't
19   being hurt or, you know, they weren't being
20   aggressive, they weren't being violent with you, any
21   of that stuff?
22       A.  It depends on the situation.
23       Q.  Was one of the roles of Bagz to make sure
24   you all were protected?
25       A.  Absolutely.
```

April 13, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 208

1      Q.   And that's why he had guns, right?

2      A.   Correct.

3      Q.   And so if you felt like somebody could hurt

4   you, you would call Bagz?

5      A.   Absolutely.

6      Q.   In this instance here, it seems like

7   there's some aggression going on or some perception

8   of aggression by ███. And she does call Bagz,

9   right?

10     A.   Correct.

11     Q.   But he doesn't come. Was it because you

12  all were already -- the SWAT team had pulled up?

13     A.   I believe so.

14     Q.   Okay. So he couldn't come up? That's why?

15     A.   Yes, sir.

16     Q.   Throughout the times that you were

17  allegedly trafficked, did you ever know a girl that

18  did not have a pimp or was not being trafficked but

19  was selling sex for money?

20     A.   ███ would renegade every now and then.

21     Q.   Okay. ███?

22     A.   Yeah, but she would always come back. I

23  don't know if she still does it with him or not, but

24  she was doing it on her own for a long time.

25     Q.   And do you know why she would do it on her

Page 219

1          A.   Because he knew where my family lived, and

2     he's threatened my -- threatened me towards my family

3     before.

4          Q.   How did he threaten you towards your

5     family?

6          A.   He knew where they lived, and he told me he

7     would go kill them.

8          Q.   Who?  Kill who?

9          A.   My family; my parents, my sisters.

10         Q.   All of them?

11         A.   Yes.

12         Q.   Okay.  And when did he tell you that?

13         A.   I don't recall exactly.

14         Q.   Did he tell you that more than once?

15         A.   Yes.

16         Q.   Okay.  This one says, "Officer Harris,

17    Marinelli, and Giles were conducting a premise check

18    at 9995 Old Dogwood Road."  It says, "Atlanta Hotel."

19    Does that --

20         A.   I think that's what it was called at the

21    time.

22         Q.   "In reference to a possible sighting of the

23    known prostitute that we confronted the night

24    before."

25              He's not -- do you know who he's talking

Page 286

1    referring to us being pimps or anything like that.

2         Q.   Again, this is at the alleged time of you

3    being trafficked --

4         A.   Correct.

5         Q.   -- including the Red Roof Hotel.

6         A.   Correct.

7         Q.   And there's nothing here about, save me,

8    help me, anything like that, right?  Like, I'm being

9    forced into this?

10        A.   No, I don't see any of that on there, no.

11        Q.   Okay.  Page 4.  I just wanted to ask you

12   about these pictures.  I don't know if you recall

13   where -- where -- where they are or what's going on

14   here.  Do you know?

15        A.   So the first three pictures are at the

16   Marriott Residence Inn in North Carolina.  The second

17   two pictures, I believe that was when I went to

18   Chicago because I have a black eye, and I've got a

19   messed up lip.

20        Q.   And is the black eye from Bagz?

21        A.   It is.

22        Q.   And it's the -- your left eye, correct?

23        A.   Yes, that's correct.

24        Q.   And what do you mean "messed up lip"?

25        A.   You can't really tell in the picture, but

Page 287

1    my lip was busted up as well.

2         Q.   And what year was the Marriott Residence

3    Inn?

4         A.   I don't recall.

5         Q.   Was it during your alleged trafficking?

6         A.   Yeah, it was during my trafficking.  I

7    don't recall exactly what year it was, though.

8         Q.   Okay.  Next page, █████████, is April 2,

9    2011.  It says "Before I played it, you knew my hand.

10   You could turn a -- you could turn a free throw to a

11   goal" -- it's got the N-word -- "got the peephole to

12   my soul."

13             Do you know what that means?

14        A.   It's a song.

15        Q.   Oh.  What song is that?

16        A.   I don't remember what song it is, but it --

17   it is a song.

18        Q.   Okay.  Next is March 27 -- March 26, 2011.

19   And you -- you're posting "FML" and the black heart;

20   is that right?

21        A.   That's what it says, yep.

22        Q.   What's "FML" stand for?

23        A.   Fuck my life.

24        Q.   Do you remember why you're posting that?

25        A.   I do not.

Page 291

1    pronounce her last name -- says, "Where are you

2    working now, girl?"

3              Who is ████████?

4         A.   Somebody from high school, I think.  I

5    don't even -- I don't remember.  I don't remember

6    where I met her.

7         Q.   And this is the time you're being allegedly

8    trafficked, right?

9         A.   Yes.

10        Q.   So she's asking you "Where are you working

11   now, girl?"

12             And you say, "An entertainment company" or

13   "An ENT company."

14        A.   Correct.

15        Q.   You weren't working for an entertainment

16   company, though, were you?

17        A.   No.  PIVIP was the entertainment company.

18        Q.   So -- but you don't say here PIVIP or I'm

19   being trafficked or I'm -- correct?  Or I'm being

20   forced to have sex for money.

21        A.   Correct.  But if you look at the next

22   comment, you can see where that brainwashing comes

23   in, and I'm still telling her I'm a personal

24   assistant for the boss and a promotion model.

25        Q.   Okay.  But at that time, you knew you were

April 13, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 300

1   of ourself for ads, so I don't think they would be

2   for ads.

3        Q.   Now, in this picture here -- let's go back

4   to JD-234, the first picture, right?  You don't look

5   beat up here, right?  Do you?

6        A.   No.

7        Q.   Do you look like having malnutrition or

8   poorly fed or anything like that?

9        A.   I was really skinny there, yes.

10       Q.   So you would say that you look like you

11   were -- you had malnutrition here in this -- in this

12   photograph?

13       A.   I would say so.

14       Q.   Okay.  Do you look like you have poor

15   hygiene here?

16       A.   No.

17       Q.   Do you look like you have sleep deprivation

18   here?

19       A.   Kind of.

20       Q.   You do?

21       A.   I would say so.

22       Q.   Okay.  What about in 235?  Do you look like

23   you have sleep deprivation there?

24       A.   Yeah.  You can see the bags under my eyes.

25       Q.   Okay.  I have bags under my eyes.  You

April 13, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 301

```
 1  think I have sleep deprivation?

 2      A.  Yeah.

 3      Q.  Okay.

 4      A.  You didn't get your full eight hours last

 5  night.

 6      Q.  I was playing that game, car game.

 7          Do -- so on this 235 here, do you -- do you

 8  believe that you're showing poor hygiene here on 235?

 9      A.  I wouldn't say poor hygiene, no.

10      Q.  Do you -- do you -- do you -- do you have

11  any physical deterioration in 235?

12      A.  Besides my skinniness, no.

13      Q.  But a lot of people are skinny, right?

14      A.  I was never that skinny until I started

15  doing this.  And I lost -- I went down to a Size 0.

16  I was a hundred pounds, and I've never been that

17  weight except for that time.

18      Q.  But somebody that doesn't know you and you

19  show up that skinny, they don't know that that's not

20  your natural status, right?

21      A.  I mean, I guess for johns, yeah.  But, I

22  mean, I had people telling me in person that I looked

23  like I was on crack because I was so skinny.

24      Q.  Sure.  But a hotel person -- if a hotel

25  personnel saw you, they don't know what you normally
```

W.K., et al v. Red Roof Inns, Inc., et al

1    look like.  Skinny is not a trait that would make

2    somebody think, hey, this girl is being trafficked

3    because she's skinny.

4         A.  That's correct.

5         Q.  Right?

6         A.  Yeah, that's fair.

7         Q.  And you have no physical evidence of any

8    beating here, do you?

9         A.  Not that I know of.

10        Q.  And would you consider this dress scantily

11   or scandalous or?

12        A.  Yes.

13        Q.  So you -- if you walked around wearing

14   these shoes and this dress, you think somebody should

15   know that you were being trafficked?

16        A.  I can't tell you what other people are

17   thinking.

18        Q.  Well, that's what you said on the lawsuit.

19   You said on the lawsuit that because the way you guys

20   were dressed and the way you looked, the hotel knew

21   or should have known.

22        A.  Yeah, they should have because it wasn't

23   just the way that I was looking.  It was the activity

24   that was going on.  It's not just about the way you

25   look.  It's the activity and the things that go with

April 13, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 303

1    it.

2         Q.   But just by looking at you the way -- this

3    was during your alleged trafficking, right?

4         A.   It was, yes.

5         Q.   Are you saying just by looking at you and

6    these other girls, they should have known that you

7    were being trafficked?

8              MS. MYKKELTVEDT:   Object to the form.

9              THE WITNESS:   Yeah.   That's not what I'm

10   saying.   There was plenty other -- there were plenty

11   other things that made them -- that should have made

12   them realize that -- besides just our outward

13   appearance -- that should have made them realize that

14   we were being trafficked.

15   BY MR. ALLUSHI:

16        Q.   Which is what?

17        A.   The multiple men, the coming and going with

18   multiple men, the cell phones constantly, the paying

19   with cash every day, paying cash every day -- every

20   day when we're staying there for two weeks at a time,

21   having multiple rooms with multiple girls, having --

22   I mean, there's plenty of -- plenty of different

23   instances that would have made them know.

24             I mean, the maintenance man at this hotel,

25   he knew what was going on.   He was coming in our

W.K., et al v. Red Roof Inns, Inc., et al

1    rooms.  And as far as I can remember, you know, he

2    would take our trash for us when we wanted to.  He

3    would bring us new trash bags when we wanted to.  I

4    mean, there's plenty --

5         Q.  Which maintenance man?

6         A.  Huh?

7         Q.  Do you remember the name of the maintenance

8    man?

9         A.  I never knew his name, no.  I just knew he

10   was the maintenance man at that hotel.

11        Q.  Which hotel?

12        A.  The Extended Stay Baton Rouge, the one

13   we've been talking about.

14        Q.  Okay.  And so you think hotels are

15   responsible for observing and determining what people

16   are coming and going from their rooms, even though

17   there's outdoor courtyard rooms?

18        A.  Absolutely.

19        Q.  And they're -- they're responsible for

20   observing -- and they're responsible for knowing what

21   goes on inside a guest room?

22        A.  No, not necessarily.  But they're

23   responsible for -- ask me that question again.

24        Q.  They are responsible for observing and

25   knowing what goes on inside a guest room?

W.K., et al v. Red Roof Inns, Inc., et al

Page 314

```
 1    hotels the total time you were allegedly trafficked

 2    at the Red Roof hotels.

 3              And you want Red Roof to pay the entire

 4    amount of money you think you're entitled pursuant to

 5    your claims?

 6         A.   Like I said previously, Bagz was not the

 7    only -- the only pimp at those facilities.  There

 8    was -- a majority of the patrons at those facilities

 9    were pimps and their workers, and all the other pimps

10    were profiting off of it.  Then the amount of rooms

11    and business that Red Roof created from that --

12    that's Red Roof's responsibility.  I don't believe

13    that that falls on Bagz at all at this point.

14         Q.   ██████████, I understand what your claims

15    are.  I understand that you've claimed that it was

16    all pimps and it was all, you know, girls being

17    trafficked.

18              My question was:  You want Red Roof to pay

19    for the entire damages that you claim in this

20    lawsuit, although you were allegedly trafficked there

21    less than 0.01 percent of the time, correct?

22         A.   That is correct.

23         Q.   And you don't want Bagz to pay any of it?

24         A.   That is correct.  Again, my reasoning is

25    because had Red Roof thought of the signs and known
```

Case 1:21-cv-04278-WMR   Document 174-5   Filed 03/02/23   Page 48 of 48
April 13, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 321

```
 1                     CERTIFICATE
 2   STATE OF GEORGIA:
     COUNTY OF FULTON:
 3           I hereby certify that the foregoing
     transcript was taken down, as stated in the caption,
 4   and the colloquies, questions and answers were
     reduced to typewriting under my direction; that the
 5   transcript is a true and correct record of the
     evidence given upon said proceeding.
 6           I further certify that I am not a relative
     or employee or attorney of any party, nor am I
 7   financially interested in the outcome of this action.
             I have no relationship of interest in this
 8   matter which would disqualify me from maintaining my
     obligation of impartiality in compliance with the
 9   Code of Professional Ethics.
             I have no direct contract with any party in
10   this action and my compensation is based solely on
     the terms of my subcontractor agreement.
11           Nothing in the arrangements made for this
     proceeding impacts my absolute commitment to serve
12   all parties as an impartial officer of the court.
13           This the 2nd day of May, 2022.
14
15
16   _____
17
     Tracy A. Williams, CCR B-2168, RPR
18
19
20
21
22
23
24
25
```