Case 1:21-cv-04278-WMR   Document 174-6   Filed 03/02/23   Page 1 of 42
Jane Doe 4 ███████████                                June 24, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 1

1          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
2                  ATLANTA DIVISION
3    W.K., E.H., M.M., R.P., M.B.,
     D.P., A.F., C.A., R.K. and K.P.,

**PL Sum. J.**

**Ex.  006**

4          Plaintiffs,
5                                    CIVIL ACTION NO.:
     vs.                             1:20-CV-05263-MHC
6
     RED ROOF INNS, INC.; FMW RRI
7    NC, LLC; RED ROOF FRANCHISING,
     LLC; RRI WEST MANAGEMENT, LLC;
8    VAHARI HOTEL, LLC; WESTMONT
     HOSPITALITY GROUP, INC.;
9    and RRI III, LLC,
10         Defendants.
11
12
13
14      VIDEOTAPED DEPOSITION OF JANE DOE 4
15                June 24, 2022
16                 9:15 a.m.
17      1960 Satellite Boulevard, Suite 4000
18                Duluth, Georgia
19    Carolyn M. Carboni, RPR, RMR, CCR-B-878
20         Leo Mileman, Videographer
21
22
23
24
25

Case 1:21-cv-04278-WMR   Document 174-6   Filed 03/02/23   Page 2 of 42
Jane Doe 4 ███████████                    June 24, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 2

1    APPEARANCES OF COUNSEL:

2    On behalf of the Plaintiffs in Jane Doe, et al. v.

3    Westmont Hospitality Group, et al. case:

4            TIANA S. MYKKELTVEDT, ESQUIRE

5            MICHAEL R. BAUMRIND, ESQUIRE (via Zoom)

6            Bondurant Mixson & Elmore LLP

7            One Atlantic Center

8            Suite 3900

9            1201 West Peachtree Street

10           Atlanta, Georgia  30309

11           404.881.4144

12   On behalf of the Defendants Red Roof Inns, Inc.;

13   FMW RRI NC, LLC; Red Roof Franchising, LLC; RRI

14   West Management, LLC; Westmont Hospitality Group,

15   Inc.; and RRI III, LLC:

16           EMMA J. FENNELLY, ESQUIRE

17           PEYTON PATTERSON, ESQUIRE

18           Lewis Brisbois Bisgaard & Smith LLP

19           600 Peachtree Street

20           Suite 4700

21           Atlanta, Georgia  30308

22           404.348.8585

23

24

25

Jane Doe 4 ▮▮▮▮▮▮▮▮▮▮▮)                   June 24, 2022
W.K., et al v. Red Roof Inns, Inc., et al

                                                    Page 3

1   APPEARANCES (Continued):

2   On behalf of the Defendant Varahi Hotel, LLC:

3           ELLIOTT REAM, ESQUIRE

4           Hawkins Parnell & Young, LLP

5           Suite 4000

6           303 Peachtree Street

7           Atlanta, Georgia  30308

8           404.614.7400

9   Also Present:

10          Haryson Blair

11          Beth Richardson (via videoconference)

12

13                       -   -   -

14

15

16

17          (Pursuant to Article 10(B) of the Rules

18  and Regulations of the Georgia Board of Court

19  Reporting, a written disclosure statement was

20  submitted by the court reporter to all counsel

21  present at the proceeding.)

22

23

24

25

Page 2

1   APPEARANCES OF COUNSEL:

2   On behalf of the Plaintiffs in Jane Doe, et al. v.

3   Westmont Hospitality Group, et al. case:

4           TIANA S. MYKKELTVEDT, ESQUIRE

5           MICHAEL R. BAUMRIND, ESQUIRE (via Zoom)

6           Bondurant Mixson & Elmore LLP

7           One Atlantic Center

8           Suite 3900

9           1201 West Peachtree Street

10          Atlanta, Georgia  30309

11          404.881.4144

12  On behalf of the Defendants Red Roof Inns, Inc.;

13  FMW RRI NC, LLC; Red Roof Franchising, LLC; RRI

14  West Management, LLC; Westmont Hospitality Group,

15  Inc.; and RRI III, LLC:

16          EMMA J. FENNELLY, ESQUIRE

17          PEYTON PATTERSON, ESQUIRE

18          Lewis Brisbois Bisgaard & Smith LLP

19          600 Peachtree Street

20          Suite 4700

21          Atlanta, Georgia  30308

22          404.348.8585

23

24

25

                                                    Page 3

1    APPEARANCES (Continued):

2    On behalf of the Defendant Varahi Hotel, LLC:

3              ELLIOTT REAM, ESQUIRE

4              Hawkins Parnell & Young, LLP

5              Suite 4000

6              303 Peachtree Street

7              Atlanta, Georgia  30308

8              404.614.7400

9    Also Present:

10             Haryson Blair

11             Beth Richardson (via videoconference)

12

13                        -   -   -

14

15

16

17             (Pursuant to Article 10(B) of the Rules

18   and Regulations of the Georgia Board of Court

19   Reporting, a written disclosure statement was

20   submitted by the court reporter to all counsel

21   present at the proceeding.)

22

23

24

25

Page 11

1   the day.  But if you need a break for any reason,

2   just let me know.  You'll have to answer the last

3   question that was posed, but then we can take a

4   break whenever you need.

5        A    Yes, ma'am.

6        Q    Have you taken any medication or anything

7   that would affect your ability to testify

8   truthfully today?

9        A    No, ma'am.

10       Q    Okay.  So just as a general background,

11  you allege that the years you were trafficked were

12  2010 to 2012, as well as a few days in 2013; is

13  that correct?

14       A    Yeah.  It was either the end of 2010 into

15  2011 or -- yeah, and then it pretty much capped at,

16  like, 2012, like, after April, and for a moment in

17  2013, yes.

18       Q    Okay.

19       A    But there was a gap in between 2012 and

20  2013 --

21       Q    And 2013?

22       A    -- it happened.  Yes, ma'am.

23       Q    Okay.  And the hotels that you allege this

24  happened at as far as Red Roof are Smyrna and

25  Buckhead; is that correct?

Page 12

```
 1        A      Yeah, North Druid Hills and Smyrna.

 2        Q      North Druid Hills and Smyrna?

 3        A      Yes.

 4        Q      Okay.  And your alleged traffickers, there

 5   were two; is that right?

 6        A      Traffickers?

 7        Q      I believe Diablo and CB were the

 8   traffickers alleged.

 9        A      Yes, ma'am.

10        Q      And Diablo was from 2010 to 2012, that

11   first period?

12        A      Yes, ma'am.

13        Q      And then CB was later on in 2013?

14        A      Yes, ma'am.

15        Q      Okay.  And one thing I forgot to say, and

16   I'm really bad at this, too, I talk really quickly

17   normally.  But because she's taking everything

18   down, we have to go a little bit slower.  And when

19   I ask a question, just wait for me to finish it so

20   she can get the question down, and then you can

21   answer, and I'll wait for you to finish your

22   answer.  So just for her, we'll do that.

23               What did you do to prepare for this

24   deposition today?

25        A      Met with my lawyers.
```

Page 15

1   of your responses to these interrogatories, and

2   maybe that will refresh your recollection a little

3   bit.

4          So if you'll turn to -- it's going to say

5   interrogatory number 4, which starts on page 6.

6   Are you with me?

7          A    Yes, ma'am.

8          Q    So this asks for the name and contact

9   information of people that have knowledge related

10  to your claims.  And if you'll turn to the next

11  page -- excuse me, two pages over, it starts on

12  page 8, I just want to go through briefly this

13  chart of the people that you say have information

14  related to these claims and ask you a few

15  questions.

16         A    Yes, ma'am.

17         Q    The first name is Bagz, and I understand

18  he is an alleged trafficker associated with Mr. --

19  how do you -- is it ███████████?

20         A    ██████, I believe.

21         Q    Okay.  And is that Diablo?

22         A    Yes, ma'am.

23         Q    Is that Diablo?  Okay.

24         So he's an associate of Diablo and CB.

25  How did you meet Bagz?

Page 16

1      A     I met Bagz through Diablo.

2      Q     And when was that?

3      A     Roughly the end of 2010.

4      Q     Where did you meet him?

5      A     I met him at the condos in Winding River.

6  I don't know the specific number.

7      Q     That's okay.  When was the last time you

8  spoke to Bagz?

9      A     2012.

10      Q     The next name is Black.  It says you don't

11  know the real name.  This was an associate of your

12  alleged traffickers as well.  How do you know

13  Black?

14      A     Black was the girl they used to book

15  calls.  I never formally met her, but I would,

16  like, during my trafficking, I would receive a

17  phone call from her, like what my name was, what

18  the time was, and for how much it was to be for.

19      Q     She would call you and give you that

20  information?

21      A     Those three things, and then hang up.

22      Q     And when you say she would call and tell

23  you what your name was, I assume you mean what your

24  alias was for that --

25      A     Yes, ma'am.

Page 17

```
 1      Q    -- job?  Okay.

 2      A    It wasn't a job either.

 3      Q    When was the last time you spoke to Black?

 4      A    Not since the last phone call she gave me,

 5  I would say, which was, I'm going to say, early

 6  2012.

 7      Q    How often would you get calls from her?

 8      A    Any time I was trafficked in a hotel.

 9  This one is Red Roof specifically.  Every time I

10  was at the Red Roof Inn or if there was a -- I

11  mean, she was -- I didn't know I had anyone coming

12  until she gave me that information.

13      Q    Would she book calls at other hotels for

14  you as well?

15      A    She was -- she did all of them.

16      Q    So she did everywhere at --

17      A    Yes, ma'am.

18      Q    -- other hotels as well?

19      A    Yes, ma'am.

20      Q    The next name is Bless or Blessed.  This

21  was another alleged trafficker associated with your

22  alleged traffickers.  How do you know Bless?

23      A    Bless was just another trafficker that was

24  in the, I guess, the group of all of them.

25      Q    Was that group called Pimps in Very
```

Jane Doe 4 ███████████████)                    June 24, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 18

1    Important Places or PIVIP?  Are you familiar with

2    that?

3         A    Yes, ma'am.

4         Q    Okay.

5         A    But that wasn't instantly -- that's not

6    what they were always known for.

7         Q    Okay.  Can you explain that?  What do you

8    mean?

9         A    I guess PIVIP came along maybe, you know,

10   like, four or five months after I guess -- I didn't

11   meet them as that.  I didn't know any of that.  But

12   when they got the building at -- off of Northridge

13   Road or Drive, off exit 6 in Sandy Springs, that's

14   when I started seeing the PIVIP stuff.

15        Q    Okay.  And you say the building.  Was that

16   a music studio?

17        A    Yes, I believe that was it.

18        Q    When was the last time you spoke to Bless?

19        A    Oh, I don't know.  It's been a really long

20   time.  I want to say I only met him, like, a couple

21   of times because he was arrested, I believe, for

22   underaged.

23        Q    The next name is CB who was one of your

24   traffickers, so we'll talk about him more later.

25        A    Yes, ma'am.

Page 19

```
 1        Q    The next name is Fresh.  How do you know
 2   Fresh?
 3        A    Fresh was just another trafficker in the
 4   group of the other traffickers.
 5        Q    Kind of the same as Bless?
 6        A    Yes, ma'am.
 7        Q    Okay.  When was the last time you spoke to
 8   Fresh?
 9        A    Probably the end of -- or the beginning of
10   2012.
11        Q    The next name is -- is it Kukk?
12        A    Kukk.
13        Q    Kukk.  How do you -- is Kukk the same as
14   Fresh and Bless?
15        A    Yes, ma'am.
16        Q    And when was the last time you spoke to
17   Kukk?
18        A    Same time.
19        Q    Nitty, was Nitty the same as --
20        A    Yes, ma'am.
21        Q    -- the previous trafficker -- alleged
22   traffickers we've named?
23             What about Panama?
24        A    The same for Nitty and the others.
25        Q    Okay.  What about Kwan, was he the same as
```

Page 20

```
 1   Panama?
 2        A    Yes, ma'am.
 3        Q    And Tricky, was that the same situation?
 4        A    Yes, ma'am.
 5        Q    And these were all members of PIVIP?
 6        A    Yes, ma'am.
 7        Q    Or what became PIVIP?
 8        A    Yes, ma'am.
 9        Q    ▮▮▮▮▮▮▮▮▮▮▮▮▮, was he in PIVIP?
10        A    Yes, ma'am.
11        Q    And then -- when was the last time you
12   spoke to anyone from PIVIP?
13        A    Probably -- it was probably -- anybody
14   would be CB for those four days in 2013.  But prior
15   to that, I did not speak to anybody, I would say,
16   like, April of 2012, Diablo was arrested, and then
17   I guess I wasn't completely gone.
18        Q    What do you mean when you say you weren't
19   completely gone?  Do you mean you were still
20   somewhat associated with PIVIP after Diablo's
21   arrest; is that what you mean?
22        A    Yes, ma'am.  Because the orders given by
23   him were that I was to stay under their eye until
24   what was determined with the outcome of his arrest.
25             So I would say the last time I've talked
```

Page 21

1   to anyone else would -- I'd probably say by roughly

2   the middle of 2012 was -- I was -- I was done.

3        Q    And who was watching you after -- you said

4   kept an eye on you.  Who was doing that after

5   Diablo was arrested?

6        A    It went from Bagz to Kwan to being at the

7   studio at Northridge Drive to -- I guess just as

8   long as one of their sets were on me -- one of

9   their set of eyes were on me.

10       Q    But you haven't alleged that Bagz or Kwan

11  was a trafficker, correct, was one of your

12  traffickers, correct?

13       A    No, ma'am.

14       Q    Okay.  Why is that if they watched you

15  after Diablo was arrested?

16       A    I don't know their code.  I just did what

17  I was told.

18       Q    What do you mean "their code"?

19       A    I mean, like, I don't know why I -- why I

20  was watched by them.  I don't know.

21       Q    But you don't allege that they trafficked

22  you, correct?

23       A    No, ma'am.

24       Q    So after Diablo was arrested in two

25  thousand and -- April of 2012, you were no longer

Page 25

```
 1       Q    And so I'm just trying to figure out why
 2  you were still with Bagz and Kwan --
 3       A    That's why I was in the Red Roof Inn.
 4       Q    -- when Diablo -- if you'll let me ask my
 5  question, please.
 6            I'm trying to figure out why you were
 7  still with Bagz and Kwan after Diablo was arrested
 8  driving them around and at the hotels.
 9       A    Because I was instructed -- I guess Diablo
10  told Bagz what to do with me, and so that's what I
11  did.
12       Q    So Bagz was telling you what to do?
13       A    Yes, I guess.  You asked if he was telling
14  me what to do or if he's trafficking me.  So which
15  answer do you want?
16       Q    Was he telling -- we'll start -- we'll do
17  both.  Was he telling you what to do?
18       A    Yes, ma'am.
19       Q    And that wasn't trafficking you?
20       A    No.  That's not his money.  I'm not his
21  property.
22       Q    Who was getting the money?
23       A    He was in prison, so no one could make
24  money off of me.
25       Q    Were you engaging in sex for money after
```

Jane Doe 4 ███████████████)                    June 24, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 57

1    that I was at anywhere else.

2         Q    When you would go to these hotels, was the

3    room in your name?

4         A    No.  I mean, sometimes, if he wanted me

5    to, then I -- I mean, I had that ability to do so,

6    but that was only if told or instructed.  It

7    wasn't -- normally, he went up to, like -- I mean,

8    he would just tell them, like, I need a room for

9    her.  And he would pay cash or -- and, like, no

10   questions were asked.  No IDs or anything were

11   asked for or anything like that.  It was just like

12   the fee for the room.  And, like, no checkout after

13   15 minutes.

14        Q    Did you -- strike that.

15             Can you list all of the hotels, excluding

16   the Red Roof Smyrna and Red Roof Buckhead, that you

17   were trafficked at, any hotels at all?

18        A    I'd say it's the Smyrna and North Druid

19   Hills Red Roof Inn, the Microtel across from the

20   Pink Pony, Suburban Extended Stay, the La Quinta,

21   the Hampton Inn.  I know there's, like, more, but I

22   can't even -- I can't recall every one of them.

23        Q    Can you give me a ballpark number of the

24   number of hotels?

25        A    Like different?

Page 58

1      Q    Of different hotels, yeah.

2      A    It was probably like -- I would say it was

3   like five to seven or maybe like no more than

4   10, because it was kind of always the same ones.

5           Just those same ones were, like, played

6   off each other.  We'd be here for a day and then

7   we'd go over here for a day and then we'd come back

8   and then we'd go, yeah.

9      Q    So about 10 hotels total or less than 10,

10  you said?

11     A    I mean, if we're counting, like, out of

12  town --

13     Q    Sure, let's include out of town, too.

14     A    Yeah.  I would say less than 10 because

15  even if we were, like, farther out of the city or,

16  you know, more on the outskirts of Atlanta or

17  deeper into Georgia, it was -- it's always those

18  same kind of hotels.

19     Q    And have you sued -- other than the

20  defendants in this lawsuit, have you sued the other

21  hotels that you were trafficked at?

22     A    I believe this is the first, to my

23  knowledge.

24     Q    Okay.  And what is it that these

25  defendants did differently that you chose to sue

Jane Doe 4 ▮▮▮▮▮▮▮▮▮▮▮)                          June 24, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 59

 1   them and not the other hotels where you were

 2   trafficked?

 3       A    I think part of that is I kind of went off

 4   what my attorneys recommended as what was --

 5       Q    And you don't have to --

 6       A    -- in my best interests.

 7       Q    I'm going to stop you there.  Don't tell

 8   me anything your attorneys told you, but --

 9       A    I mean, I'm just saying, like, I don't --

10       Q    Yeah.

11       A    I'm not telling you anything specific.  I

12   would just, like --

13       Q    So did these defendants do something --

14       A    To my knowledge --

15       Q    -- just from a factual standpoint --

16       A    To my knowledge, it's happening to all.

17       Q    It's happening in all of these hotels?

18       A    To my knowledge, I believe.  I don't --

19       Q    When you say "it's happening," what do you

20   mean?

21       A    What was the question you originally asked

22   me?

23       Q    I asked you what it is about these

24   defendants that you've named in this lawsuit, what

25   did they do differently than these other hotels

Page 60

1    that you were trafficked at that you chose to sue

2    only these defendants.

3         A    I mean, personally, I guess Red Roof was

4    just one of the more ruthless ones.

5         Q    What do you mean when you say that?

6         A    That's where I was trafficked the most,

7    and it was the one that protected my trafficker the

8    most.

9         Q    Okay.  And we'll get into that more later,

10   but I want to go through some of these other hotels

11   that you listed.

12              The Microtel by Pink Pony, about how many

13   times do you think you stayed there during that

14   time period?

15        A    Probably, like, less than five.

16        Q    What about the La Quinta?

17        A    That was, like, once.

18        Q    Okay.  And the Hampton Inn, you mentioned?

19        A    Once, not even, like -- by once, neither

20   one of those were even a full, like, 24 hours.

21   They were -- I guess they noticed more than Red

22   Roof or Microtel or Suburban.

23        Q    Were you kicked out of those hotels?

24        A    Never.

25        Q    Of the La Quinta?

Page 87

```
 1              THE WITNESS:  Yeah, I know.  That's what
 2     I -- okay.
 3              MS. MYKKELTVEDT:  I think that makes you
 4     19.
 5       A    Okay.  Thank you.  I just didn't want to
 6     be like, yeah, I was 18, and I was definitely not.
 7     BY MS. FENNELLY:
 8       Q    Okay.  So you turned 20 in 2011 because
 9     you were born in 1991?
10       A    Yes, ma'am.
11       Q    Okay.  So how did you first meet Diablo?
12       A    I was getting off of work from Publix, and
13     I parked in the parking, like, thing, the cover --
14     the parking place at my Nana's.  And he was jumping
15     the fence from the other apartments beside us.
16              And he was just walking by, and then I
17     was, like, shutting the door and he, like, said
18     something to me.  And that's where it all began.
19       Q    So it was in the parking lot, you said,
20     outside Publix?
21       A    No, outside my grandmother's.
22       Q    Outside your grandmother's house?
23       A    Well, where I lived at the time as well.
24       Q    What did he say to you?  You said he said
25     something to you when he walked by.  Do you
```

Jane Doe 4 (█████████████)                    June 24, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 88

1    remember?

2        A    Oh, just like -- no, I don't remember

3    verbatim what the man said, but like some remark

4    to, like, get me, I guess, like flirting, like a

5    flirtatious remark or something.

6        Q    Do you know why he was at your

7    grandmother's apartment complex?

8        A    No, I don't know why he jumped the fence.

9        Q    He jumped the fence there?

10       A    No, he jumped -- yeah, jumped the fence

11   from the apartments that were, like, behind/beside

12   my grandmother's condos, townhomes, or whatever.  I

13   guess he -- I assume -- because I don't know where

14   this -- where he could have came from if he -- so

15   he jumped the fence and he was just --

16       Q    Did you see him jump the fence?

17       A    Yeah.

18       Q    Where was your grandmother?

19       A    I don't know.  At work or something.  I

20   don't know.  I don't remember.

21       Q    So how did your -- from you just meeting

22   him and kind of, I guess he was flirting with you

23   in the parking lot, when was the next time you saw

24   him?

25       A    Well, like, the next day.

Jane Doe 4 ▮▮▮▮▮▮▮▮▮▮▮▮)                    June 24, 2022
W.K., et al v. Red Roof Inns, Inc., et al

                                                    Page 103

1       A    I don't know.

2       Q    Do you know how many --

3       A    That day from Publix until he got

4  arrested?

5       Q    Uh-huh.

6       A    I survived.  So I don't know specific

7  dates.  I know you -- I mean, you can ask me, but

8  I'm just saying, I'm not going to, like, pinpoint

9  it because I don't know.

10      Q    Do you know where you went after you left

11 the Suburban Extended Stay that first time?

12      A    To another hotel.

13      Q    Was it a Red Roof hotel?

14      A    I believe so.

15      Q    How many nights had you been at the

16 Suburban Extended Stay?

17      A    It was just one.

18      Q    It was just one night?

19      A    Yes, ma'am.

20      Q    About -- I know you don't remember

21 specific dates, and that's okay, but about how many

22 times do you think total -- and it can be a

23 ballpark number -- did you stay at the Red Roof

24 Smyrna from that time at the Publix to when Diablo

25 got arrested?

Jane Doe 4 (▮▮▮▮▮▮▮▮▮▮)                        June 24, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 104

1     A     I'd say like five to seven.

2     Q     How many nights would you stay each time?

3     A     That just depended.  That was his call.

4     Q     What was it generally?

5     A     Probably no more than three or two.  But

6   Diablo normally liked to stay -- I think the most I

7   ever stayed was two, so, in a row.  But because he

8   also sold drugs, like, he would be outside in the

9   parking lot and I would be in the room.  So it was,

10  like, getting a double whammy from, I guess both,

11  like, both sides of what was wrong.

12    Q     How many people would be in the room you

13  were staying in when you stayed there?

14    A     I was his only trafficker -- traffic --

15  yeah, and so it was -- it would just be me in

16  there.

17    Q     So just you and Diablo at the hotel?

18    A     Yes.

19    Q     Would you ever go to the front desk to

20  check in?

21    A     Yeah, every time.

22    Q     So they saw you at the front desk?

23    A     Yeah.

24    Q     Do you recall the room numbers that you

25  stayed in?

Jane Doe 4 (                        )                    June 24, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 105

1        A    No, ma'am.  It was just they always -- the

2   Red Roof, they always put us at the back, like,

3   whichever -- by back, I mean whichever side is the

4   most that's not seen, I guess, whichever angle of

5   the hotel that was.

6             They saw me.  I mean, like I said earlier,

7   he would, you know, he'd be like, I need to get a

8   room for her, and they just asked for, you know,

9   it's this for the night.  And I'm present while

10  this is, you know, happening, but it's like, you

11  know, it was -- it was for me, but I didn't open my

12  mouth once.

13       Q    So did you ever talk to the employees that

14  were working there?

15       A    Yeah, when I -- like if I needed towels or

16  clean linens, sometimes they would bring the towels

17  to the room, other times I would take the dirty

18  towels down in exchange for clean towels, or vice

19  versa with the linens.

20       Q    Did you ever tell anyone working at the

21  hotel what was going on?

22       A    No, ma'am.  But I don't feel like I needed

23  to.

24       Q    Why not?

25       A    It was very obvious.  And it wasn't like

Jane Doe 4 ▓▓▓▓▓▓▓▓▓)                          June 24, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 106

1  it was me at the back.  It looked like --

2       Q    I'm sorry.  What was that?  It didn't --

3       A    It wasn't -- like, it wasn't just me back

4  there.

5       Q    Who else was back there?  I thought it was

6  just you and Diablo.

7       A    Oh, yeah, in the room.  When you asked if

8  we were in the room, yeah, it's me and him were

9  solely in my room and whoever he sent to my room.

10  But I'm talking about the whole back side of that

11  hotel.

12       Q    How many people were back there?

13       A    I mean, I mean, just about every room.  I

14  don't know the girls specifically.  I don't know

15  their name.  It's just all the same scenario.  But

16  the rooms conjoining to me, like the room right

17  beside my bed or against the TV wall on that side,

18  I mean, they're paper thin.

19       Q    How -- what were the signs that you were

20  able to tell that these other girls back there were

21  in the same scenario you said?

22       A    Their pimp sitting outside the door or

23  listening to them getting hit and raped or

24  trafficked, the Black guys that we had with the

25  bruised arms, when all they did was exchange the

Jane Doe 4 (⬛⬛⬛⬛⬛⬛⬛⬛)                    June 24, 2022
W.K., et al v. Red Roof Inns, Inc., et al

                                                    Page 107

1    bloody sheets for the clean sheets.

2        Q     Were the police ever present while you

3    were at the Red Roof Smyrna?

4        A     If they were ever present, the hotel staff

5    would call us and make us aware that they were

6    driving around, whether it was to my pimp's

7    specific line or if it was to the room to me.

8              MR. REAM:  Objection.

9    BY MS. FENNELLY:

10       Q     Who called you on the line and told you

11   that the police were coming?

12       A     Like, just the front office and, like, the

13   cops are driving around.

14       Q     Do you know who it was, like the name of

15   the person?

16       A     Whoever was working the day setting.

17       Q     And what did you do once you got a call

18   like that?

19       A     I mean, it wasn't for me to decide.

20       Q     Did y'all hide?  Did y'all run away?

21       A     It would be to whatever he said.

22   Normally, when it -- we were aware of the cops,

23   obviously, it was not to run to the car.  So my

24   trafficker just told me to stay in the room, and

25   you would obviously see that the calls ceased for a

Page 108

1    little bit.

2         Q    Did you ever say to one of these hotel

3    workers that you were not there prostituting

4    voluntarily, but you were instead there against

5    your will?

6         A    No.

7         Q    Okay.  Were you ever on the phone when

8    Diablo wasn't in the room?

9         A    No.

10        Q    Diablo was always in the room?

11        A    No.

12        Q    So --

13        A    Who did I have to call?

14        Q    The police, your grandmother, your family.

15        A    No.  My grandmother was who I was

16   protecting.  I wasn't going to piss him off and

17   then he shoot up her house, which was his threat to

18   me.  So I'm going to do whatever to protect the

19   only lady that matters truly to me, and that's what

20   I did.

21        Q    When you were staying at the hotel, did

22   you have the blinds open or closed generally while

23   you were in the room?

24        A    Closed.

25        Q    Did you use the Do Not Disturb sign?

Jane Doe 4 (⬛⬛⬛⬛⬛⬛)                          June 24, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 130

1          MR. REAM:   Calendar is 7.

2    BY MS. FENNELLY:

3          Q    Oh, on 4-7, and mark 4/28 as your -- you

4    can put "second pay."  Right there.  And that will

5    mean it was your second to last paycheck at Publix.

6          A    Wait.  You want me to do what?

7          Q    Mark it on this calendar, on the 28th,

8    write "second pay" and that will reflect it was

9    your second to last paycheck.  That's the 22nd.

10         A    I don't really understand what the heck

11   I'm doing.

12         Q    We're just establishing a timeline for the

13   record.  You testified earlier that your alleged

14   trafficking began around this time frame, so we're

15   trying to establish when that was.  So I just need

16   you to mark it on the calendar so we can do that.

17         A    Okay.  So you want me to write what on

18   what?

19         Q    Where it says the 28th on the calendar --

20         A    Okay.

21         Q    -- write "second pay."

22         A    Okay.

23         Q    And then if you'll turn to the last page

24   of this packet --

25         A    Now what?

Page 131

```
 1        Q    Are you on the last page?  It says,
 2   "Publix Super Markets, Inc.," at the top and then
 3   there's a box that says --
 4        A    Okay, yeah.
 5        Q    -- "Retail Resignation Form."
 6             And the subject line says, "Resignation
 7   for ████████  ██████"  I take it this is you,
 8   correct?
 9        A    Yes.
10        Q    And if you go to the bottom where it says,
11   "Detailed description of circumstances surrounding
12   resignation," it says, "██████ did not call or
13   show up for her scheduled shifts on 4/30, 5/1, 5/2
14   or 5/4.  I called her to see if she was okay, and
15   she told me she had gone back to Tennessee to be
16   with her mother who is sick and did not know when
17   she would return to Atlanta."
18             Do you remember that phone call?
19        A    No.  It was obviously a lie.
20        Q    Where were you on 4/30, 5/1, 5/2 and 5/4?
21        A    4/30 looks like the first day hell
22   started.
23        Q    Okay.  So April 30th, if you'll mark on
24   this calendar, we'll put "traffic began."
25             Okay.  When your previous employer at
```

Page 132

1    Publix called you and said -- asked why you hadn't

2    gone back to work, why didn't you say you needed

3    help?

4        A    Because the threats that were the reason

5    why I was in the room to begin with.

6        Q    The threats towards your grandmother?

7        A    Yes, ma'am.

8        Q    Did you ever tell your grandmother that

9    there had been these threats against her?

10       A    No, ma'am.

11       Q    Why?

12       A    Because it's not -- I wasn't willing to

13   play with my grandmother's life.

14       Q    Don't you think it might have been safer

15   for her if she had known?  She could have moved

16   somewhere else.

17       A    What is she going to do?  Call the cops?

18   What are they going to do?

19       Q    Help her.  You don't believe the police

20   could have helped?

21           MS. MYKKELTVEDT:  Object to the form.  You

22   can answer.

23       A    No.

24   BY MS. FENNELLY:

25       Q    Why don't you think the police could have

Jane Doe 4 ()                                  June 24, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 133

1  helped?

2      A    After, like, having a somewhat normal life

3  and then it abruptly changes, like a huge shift,

4  your faith in humanity or anything for the judicial

5  system or whatever, it's out the window.  You're

6  just trying to survive.

7      Q    You have faith in the judicial system now,

8  correct?

9      A    No, yeah, but I'm saying, like, back then,

10  I don't think anyone is going to save me.

11      Q    Why did you think that?

12      A    It wasn't even a thought.  It was me

13  saving my grandmother.  It wasn't a thought of how

14  can I be rescued, who is going to come save me.

15  No, it was -- it was just to protect her.  So I

16  didn't -- I wasn't going to play with her life and

17  find out if they did or if they didn't.  It's not

18  something I was willing to live with.

19      Q    So you -- instead of going to the police,

20  you chose to stay in the situation you were in to

21  protect your grandmother?

22          MS. MYKKELTVEDT:  Object to the form.

23      A    I didn't choose to stay in anything.  The

24  threats that were put against me forced me to stay.

25  BY MS. FENNELLY:

Jane Doe 4 (█████████████)                    June 24, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 165

1        A      Everyone kind of knows that a sex worker

2    is doing it or a prostitute is doing it, and no one

3    knew I was.  No one knew my name.  No one knew -- I

4    mean, it was like do it and, like, get a paycheck

5    for it and, like, everything like that, like.

6               And then mine was, I was held against my

7    will with threats and abuse, physical, emotional,

8    mental abuse.  And I guess out of fear, there's a

9    difference.  I mean, I don't -- I don't know --

10   like someone wants to do what I was forced to do.

11       Q      So to the naked eye, so to speak, if

12   someone that had no idea about sex trafficking or

13   prostitution, if they went to a hotel where, say,

14   both were going on, what would visibly be the

15   difference?

16       A      Rephrase the question, I guess.

17       Q      Sure.  To someone that doesn't know about

18   the threats or anything going on, to someone

19   outside of the situation, what would be the visible

20   signs that someone was being trafficked as opposed

21   to voluntarily prostituting themselves?

22       A      I don't know that there are any visible

23   signs other than if a -- like a bruise was on my

24   eye that day or something.  Like I don't know -- I

25   think it also depends on, like, where you're at,

Jane Doe 4 ▮▮▮▮▮▮▮▮▮▮▮)                                    June 24, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 166

1    like, if you're at church or at a restaurant, I

2    mean, it's -- there's no difference.  But if you're

3    at a hotel not speaking or you're looking down at

4    the ground and not showing your teeth and not

5    looking anyone in the eyes unless your name is

6    called on by your -- by your trafficker, then I

7    feel like those could be more obvious, but I'm not

8    everybody.

9         Q    Are you aware of any girls that were

10   voluntarily prostituting themselves during your

11   alleged trafficking?

12        A    No, ma'am.

13             (Defendants' Exhibit JD4-15 marked.)

14   BY MS. FENNELLY:

15        Q    I'm going to show you JD4-15.  And this

16   is -- was also in your production.  It's from your

17   time at Peachford that we talked about a little bit

18   earlier.

19        A    Okay.

20        Q    And this was again in your production.

21        A    So you want it on my calendar, Peachford?

22        Q    No.  We can just -- or yeah, let's do it

23   on the calendar.  So the admission date is 8/29/11,

24   so if you'll flip to August.

25        A    Okay.

Page 217

1       A     (Witness complies with request.)

2             Okay, and then what page?

3       Q     The next page on this bank statement.  And

4  there are a few more on 4/19 in North Carolina.

5  And then if you'll go down to the third from the

6  bottom, it says, CheckCard 419, Charlotte, North

7  Carolina, V-Nails and Spa for $80.

8             How often did you get your nails done

9  while you were being trafficked?

10      A     I guess whenever he wanted them done.

11      Q     So did Diablo pay for that?

12      A     I had no money.  I never saw a bit of the

13  money that was produced.

14      Q     So was Diablo with you then in North

15  Carolina?

16      A     Not that I recall.

17      Q     So how did you pay for things when Diablo

18  wasn't there if you didn't have any money?

19      A     No.  I'm saying, like, Diablo wouldn't

20  have gave me the money.

21      Q     He wouldn't have given you the money?

22      A     What did you say?

23      Q     I asked, how did you pay for your nails in

24  North Carolina?

25      A     No, before that.

Page 248

1      A    Okay.  Yes, ma'am, I'm on it.

2      Q    And these are several posts from 2011,

3   January of 2011, where you say, "Playing card games

4   with my babes.  Sick.  Stuck with my babes.  Eating

5   with baby."

6           Who are you talking about when you say

7   "baby" in these posts?

8      A    Probably Diablo.

9      Q    Where it says, "If I tell you" --

10     A    "If I tell you I love you, can I keep you

11  forever," that was probably just being -- I mean,

12  that was just like a -- that's just a quote like

13  comment.

14     Q    Right.  Did you ever tell Diablo --

15     A    I didn't write that.  Like that wasn't my

16  words.

17     Q    Did you ever tell Diablo that you loved

18  him?

19     A    Not that I can recall.  But I could

20  possibly see me saying it before he threw my ass in

21  the hotel room, beat my ass and sold it.

22     Q    So these posts are from January of 2011.

23  Do you now think that you knew Diablo that early in

24  January of 2011?

25     A    I know I knew him then because I met him

Page 249

1    at the end of 2010.  I just wasn't trafficked until

2    2011.  So yeah, this is when we -- I guess we were

3    playing boyfriend and girlfriend, but I didn't know

4    we were playing.

5        Q    But you testified earlier that you thought

6    you met him the first time at your grandmother's

7    house when you were leaving work from Publix; is

8    that correct?

9        A    I knew I had gotten off work.  Okay.

10   Then -- where is the damn Publix one?  Okay.  Here

11   we go.

12            MS. PATTERSON:  Last page.

13       A    Oh, that's ██████.

14   BY MS. FENNELLY:

15       Q    This is ██████ from Tennessee?

16       A    Yeah, yeah.

17       Q    Okay.  I gotcha.

18       A    Sorry.

19       Q    When did you and ██████ break up?

20       A    I don't know.  It was like once I moved to

21   Georgia, it was kind of like -- like I don't think

22   it had to be said, you know, but it was like a back

23   and forth thing.  He would come to Atlanta, I'd go

24   to Tennessee, you know, like stupid.

25       Q    Okay.  Now I want to talk a little bit

Page 250

1    about your time with CB in 2013.

2         A    Uh-huh.

3         Q    So that was when you had jury duty,

4    correct?

5         A    Yes.

6         Q    And you were coming back from jury duty to

7    go to the Smith's house?

8         A    To get back on -- I was -- I was walking

9    back from the -- what is it?  The -- you know, the

10   main building where you would go for jury duty.

11        Q    The courthouse?

12        A    Yes, ma'am.  And then I was walking

13   because it wasn't far from -- it's the train

14   station right across from what used to be the

15   underground mall, you know.  And I was just walking

16   to go get on the train.

17             Like, you know, you have to go down into

18   the entry and then you take levels down to

19   whichever one you go.  And he was sitting right

20   there, and he said, "Come here, ███████."  And I

21   was like, "Damn."

22        Q    So you just ran into him in downtown

23   Atlanta?

24        A    Like freaking coincidence.

25        Q    And so he said, "Come here, ███████."  And

Page 251

1    then what happened after that?

2         A    Game over.

3         Q    You went with him?

4         A    Because I -- my arm gripped and taken with

5    him, yes.

6         Q    Where did y'all go?

7         A    I don't know the play by play.

8         Q    Well, did you go back to the condo?  Was

9    it a hotel?

10        A    No, it was a hotel.

11        Q    Okay.  Do you know what hotel it was?

12        A    I know it was a Red Roof.  I just don't

13   know which one or if it was -- I don't even know

14   which Red Roof it was.

15        Q    And you stayed there the whole time,

16   correct?

17        A    Yes.

18        Q    For less than seven days?

19        A    Yes.

20        Q    Did you ever call the Smiths while you

21   were with CB?

22        A    Yeah.  He had me call them and tell them I

23   wasn't coming back.

24        Q    They didn't look for you?

25        A    No, it's not that they didn't look for me.

Page 252

1    I mean, I called them and told them that, like, I'm

2    not coming back.

3           And there were ground rules established

4    when they offered me their home and, you know, just

5    the opportunity, I guess.  And I knew if I crossed

6    the line, that it was over.

7           So once I called them and told them I

8    wasn't coming back and I'm fine and this is what I

9    choose, they took my stuff to my Nana's and that

10   was that.

11          They were disappointed.  They, you know,

12   gave me a Bible and wrote a message, but, you know,

13   there was nothing they could do.

14       Q     When you went there with CB, did he

15   already have a room or did you check into the

16   hotel?

17       A     I don't remember.

18       Q     Do you know if you talked to any hotel

19   workers while you were there?

20       A     I don't -- no, not that I know of.

21       Q     Okay.  I take it you didn't ask any hotel

22   employee for help?

23       A     No, ma'am.

24       Q     Do you recall -- I know you don't remember

25   the exact hotel, but it might help you, do you

Page 253

1    recall where the room was?

2        A    No.

3        Q    Was anyone else there?

4        A    Yes, there was another girl.  There was a

5    tall, dark-skinned man that I thought may have been

6    the one that I pointed out beside him in an

7    earlier -- like when y'all showed me the pictures,

8    I don't know which one to specify, but there was a

9    tall, dark dude, and he had a gun.

10            So I had never -- I'd never been, like --

11   like Diablo had a gun, but it wasn't -- that was

12   never the threat, but to my grandparents.

13            So like to have a big old dude with a gun,

14   and then you just got the trafficker right there,

15   it was just kind of like that was a dynamic I'd

16   never been around, so yeah.

17       Q    How did you get away from CB?

18       A    I didn't care if I died.

19       Q    You ran away, is that what that means?

20       A    Yeah.  I mean, like, I looked and I told

21   him, I said, "I'm not doing this.  You can kill

22   me."  I'm not -- I just...

23       Q    And then what happened?  He let you go

24   after that?

25       A    No, he beat my ass.  And then, yeah, he

Page 254

1    threw me out of the car, like, yeah.

2              No, I didn't say all this to him in the

3    room.  I knew I'd have been killed.  But yeah, I

4    said it to him in the car, "I'm not going back,"

5    and then he just like bop, bop, and then threw me

6    out of the car.

7        Q    You said -- you said you think you would

8    have been killed if you said that to him in the

9    hotel room?

10       A    Yeah.

11       Q    Was anyone else ever killed in a hotel

12   room?

13       A    No.  I just didn't know because I never

14   seen it -- that dynamic ever.  I knew we'd get hit

15   and stuff, but not like a gun to our head, just

16   like once, and that's just because I pissed him

17   off.

18       Q    Did CB know where your grandmother lived

19   or that was just Diablo?

20       A    That was just Diablo.

21       Q    Did you ever file a police report after

22   your time with CB?

23       A    For what?

24       Q    For trafficking you allegedly.

25       A    It wasn't alleged.  No, I did not.

Case 1:21-cv-04278-WMR   Document 174-6   Filed 03/02/23   Page 42 of 42
Jane Doe 4 (▮▮▮▮▮▮▮▮▮▮▮▮)                    June 24, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 265

1                          CERTIFICATE
2        STATE OF GEORGIA:
         COUNTY OF FULTON:
3
4            I hereby certify that the foregoing
         transcript was taken down, as stated in the
5        caption, and the colloquies, questions and answers
         were reduced to typewriting under my direction;
6        that the transcript is a true and correct record of
         the evidence given upon said proceeding.
7
8            I further certify that I am not a relative
         or employee or attorney of any party, nor am I
9        financially interested in the outcome of this
         action.
10
11           I have no relationship of interest in this
         matter which would disqualify me from maintaining
12       my obligation of impartiality in compliance with
         the Code of Professional Ethics.
13
14           I have no direct contract with any party
         in this action and my compensation is based solely
15       on the terms of my subcontractor agreement.
16
17           Nothing in the arrangements made for this
         proceeding impacts my absolute commitment to serve
18       all parties as an impartial officer of the court.
19
20                                              )22.
21
22
23       _____
24       CAROLYN M. CARBONI, RPR, RMR, CCR-B-878
25