Case 1:21-cv-04278-WMR Document 174-7 Filed 03/02/23 Page 1 of 41
D. P.                                                June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 1

1           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
2                   ATLANTA DIVISION

**PL Sum. J.**

**Ex. ___007**

3    W.K., E.H., M.M., R.P., M.B.,
     D.P., A.F., C.A., R.K. and K.P.,

4
          Plaintiffs,

5                              CIVIL ACTION NO.:
     vs.                        1:20-CV-05263-MHC
6
     RED ROOF INNS, INC.; FMW RRI
7    NC, LLC; RED ROOF FRANCHISING,
     LLC; RRI WEST MANAGEMENT, LLC;
8    VAHARI HOTEL, LLC; WESTMONT
     HOSPITALITY GROUP, INC.;
9    and RRI III, LLC,
10        Defendants.
11
12
13
14        VIDEOTAPED DEPOSITION OF D.P
15             June 30, 2022
16              9:12 a.m.
17     1201 West Peachtree Street, Suite 3200
18             Atlanta, Georgia
19    Carolyn M. Carboni, RPR, RMR, CCR-B-878
20         Leo Mileman, Videographer
21
22
23
24
25

D. P.                                    June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 2

1   APPEARANCES OF COUNSEL:

2   On behalf of the Plaintiffs in W.K., et al. v. Red

3   Roof Inns, et al. case:

4            JONATHAN TONGE, ESQUIRE

5            Andersen Tate & Carr, PC

6            1960 Satellite Boulevard

7            Suite 4000

8            Duluth, Georgia  30097

9            770.822.0900

10  On behalf of the Plaintiffs in Jane Doe, et al. v.

11  Westmont Hospitality Group, et al. case:

12            MICHAEL R. BAUMRIND, ESQUIRE (where noted)

13            Bondurant Mixson & Elmore LLP

14            One Atlantic Center

15            Suite 3200

16            1201 West Peachtree Street

17            Atlanta, Georgia  30309

18            404.881.4144

19

20

21

22

23

24

25

Page 3

1   APPEARANCES (Continued):

2   On behalf of the Defendants Red Roof Inns, Inc.;

3   FMW RRI NC, LLC; Red Roof Franchising, LLC; RRI

4   West Management, LLC; Westmont Hospitality Group,

5   Inc.; and RRI III, LLC:

6               ADI ALLUSHI, ESQUIRE

7               EMMA J. FENNELLY, ESQUIRE

8               Lewis Brisbois Bisgaard & Smith LLP

9               600 Peachtree Street, Suite 4700

10              Atlanta, Georgia  30308

11              404.348.8585

12  On behalf of the Defendant Varahi Hotel, LLC:

13              ELLIOTT REAM, ESQUIRE

14              C. SHANE KEITH, ESQUIRE

15              Hawkins Parnell & Young, LLP

16              Suite 4000, 303 Peachtree Street

17              Atlanta, Georgia  30308

18              404.614.7400

19  Also Present:

20              Cameron Ward (where noted)

21              Samantha Girschick (via Zoom)

22              Beth Richardson (via Zoom)

23                       -   -   -

24

25

D. P.                                    June 30, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 14

1    claim that you were subjected to sex trafficking in

2    January of 2017?

3         A    I believe it's through the whole year of

4    2017.

5         Q    January to December 2017, the whole year?

6         A    So I would have been out from January to

7    November or October.

8         Q    When you say "out," what do you mean?

9         A    I got locked up in October.

10        Q    All right.  So once you were arrested and

11   in jail of October of 2017, that's when the period

12   of alleged sex trafficking ended; is that correct?

13        A    No.

14        Q    Okay.  Where am I wrong in there?

15        A    After I got out of jail, I was back with

16   my trafficker.

17        Q    Okay.  Let me back up one second.

18             In 2017, when were you in jail in 2017?

19        A    There was multiple times that I was in

20   jail.

21        Q    Okay.  All right.  And so --

22             MR. BAUMRIND:  Maybe let's go off the

23   record real quick.

24             THE VIDEOGRAPHER:  Off the video record at

25   9:19 a.m.

Page 30

1      A    Several times within 2014.  And then they

2   finally repoed it in, I think, April of 2015.  I

3   don't really recall the exact because it was a

4   dumped car, so...

5      Q    It was a what?

6      A    I dumped it.

7      Q    You left it somewhere?

8      A    Yes.

9      Q    Okay.  Between around April 2015 or

10  whenever you left the vehicle, this Hyundai Sonata,

11  and when you were arrested in fall 2017, how did

12  you get around?

13     A    I was borrowing somebody -- well, Trap was

14  borrowing somebody else's car.

15     Q    When did you first meet Trap?

16     A    I met him in -- towards the end of 2016,

17  beginning of 2017.

18     Q    And Trap, what's his real name?

19     A    ██████████.

20     Q    ████████████████?

21     A    Yes.

22     Q    Same gentleman you told us about earlier?

23     A    Yes.

24     Q    Okay.  All right.  So you met Trap towards

25  the end of 2016, beginning of 2017.  Let me put it

Page 37

```
 1       Q    All right.  And actually, on page 4, the
 2   question that's asked asks you to identify persons
 3   involved in trafficking you in any form.  And on --
 4   beginning on page 5 and continuing to page 8, you
 5   see there's a bunch of names given, correct?
 6       A    Yes.
 7       Q    All right.  Let me just run through a
 8   couple of these with you briefly for a moment,
 9   okay?
10       A    Okay.
11       Q    The first person listed says, "Ms. Dee,"
12   correct?
13       A    Yes.
14       Q    Okay.  And the general description says,
15   "Ms. Dee is an African American woman who may have
16   worked as a housekeeper at the Smyrna Red Roof Inn.
17   D.P. is not certain of her full and/or legal name,
18   but recalls Mr. ████████ talking to Ms. Dee while
19   D.P and Mr. ████████ waited for rooms at the Smyrna
20   Red Roof Inn."
21            Did I read that correctly?
22       A    Yes.
23       Q    Okay.  Beyond that, what else can you tell
24   us about who Ms. Dee is?
25       A    I do not remember too much about her.
```

D. P.                                                    June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 38

1      Q    What do you remember about her?

2      A    The only thing I do remember about her is

3    that she would always be in the laundry room.

4      Q    You would see her in the laundry room?

5      A    We would stand in the breezeway by the

6    laundry room.

7      Q    Can you describe her at all, her

8    appearance?

9      A    She was just an African American woman.  I

10   don't really know details, like hair, height, I

11   don't know any of that.

12     Q    Do you know how old she is?

13     A    No, I do not.

14     Q    How old did she appear?

15     A    I do not know.

16     Q    Did she appear older than you, younger?

17     A    Yes, older.

18     Q    Did she have any tattoos, marks or scars

19   that you remember?

20     A    I do not remember.

21     Q    Do you remember how tall she was?

22     A    No.

23     Q    Taller than you or shorter than you?

24     A    I don't remember that.

25     Q    Do you have any --

D. P.                                          June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 39

1      A    It was brief.

2      Q    I'm sorry.

3      A    It was brief with me and her.

4      Q    How many times did you speak with Ms. Dee?

5      A    I never really spoke to her besides saying

6   hi.

7      Q    All right.  Second person ████ quotes,

8   Trap, quotes, ████████  That's Mr. ██ ████████

9   ████████  correct?

10     A    Yes.

11     Q    You've identified him as one of your

12  traffickers, correct?

13     A    Yes.

14     Q    All right.  And as far as his current

15  contact information, it says, "Unknown but may be

16  incarcerated in Cobb County."

17          Today, do you know where Mr. ████████

18  ████████ is?

19     A    I do not know where he is, but I do know

20  he's not in Cobb County anymore.

21     Q    You believe he's currently incarcerated?

22     A    He's not.

23     Q    Do you believe he's in Georgia?

24     A    I do not know.

25     Q    When is the last time you spoke to Mr. ██

D. P.                                                    June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

                                                        Page 40

1    ██████████████████?

2         A    I visited him in jail in 2019.

3         Q    And in 2019, was that the last time that

4    you spoke to him?

5         A    It's the last conversation I can remember

6    physically having with him.

7         Q    Have you talked to him on the phone since

8    2019?

9         A    Somebody called my phone and said it was

10   him trying to get ahold of me, but that's about it.

11   That was, like, early 2020.

12        Q    All right.  So the last time you saw and

13   spoke to Mr. ███████ was in 2019?

14        A    Yes.

15        Q    All right.  Third line or third row says,

16   "Security guard."  Who was this security guard?

17        A    I do not know his name, but he was the

18   security guard working at the Red Roof at the

19   current time that I was there.  He got basically in

20   my face after me and ███ got into a fight.  I went

21   to the vending machine, and he blocked me in and

22   basically told me that if we weren't quiet, he was

23   going to call the police because he knew what we

24   were doing.

25        Q    He knew y'all had been fighting?

D. P.                                          June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 41

1      A     Yes.

2      Q     Can you describe any physical

3   characteristics of this security guard to us?

4      A     He was really tall, African American.  He

5   had an African accent.  That's all I really know.

6      Q     Was he a slim, heavyset, average kind of

7   build?

8      A     I would say he's average.

9      Q     Do you remember anything about his hair?

10     A     No.

11     Q     How about his age?

12     A     No.

13     Q     When -- you said that you interacted with

14   this security guard near the vending machine at the

15   current time that you were at the Smyrna Red Roof

16   Inn, do you remember now when in 2017 that was?

17     A     I do not remember exactly when it was.

18     Q     How many times were you at the Smyrna Red

19   Roof Inn?

20     A     It was --

21           MR. BAUMRIND:  Objection.  Sorry.

22   Objection.

23           THE WITNESS:  You're fine.

24     A     It was just several times over the course

25   of me being with Trap.

D. P.                                                    June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 42

1    BY MR. REAM:

2         Q    How many is several?

3         A    It was probably more than five or six

4    individual days, sometimes weeks.  I do have a lot

5    of different times that I stayed there a long

6    period of time under other people's names.

7         Q    You told us earlier that this security

8    guard sort of got in your face and told you to be

9    quiet because he knew what you and Trap were doing,

10   right?

11        A    Yes.

12        Q    All right.  And you told me already you

13   said that he knew y'all were fighting, correct?

14        A    That night, yes.

15        Q    Okay.  Is it your belief that this

16   security guard knew that you were engaged in sex in

17   exchange for money at that time?

18        A    I believe he knew that because he also

19   knew Trap as well.

20        Q    How did he know Trap?

21        A    I don't know if they actually knew each

22   other, like, on the streets as friends, but he

23   would talk to the security guard a lot about

24   watching, where he could go, what rooms are good.

25   But that's -- that's really it.  I only had that

D. P.                                          June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 43

1    one interaction with the security guard myself.

2         Q    All right.  So you had one interaction

3    with this really tall security guard, correct?

4         A    Yes.

5         Q    All right.  And you're saying that Trap

6    would often talk to this security guard?

7         A    Yes.

8         Q    Okay.  Were you standing with Trap when he

9    would talk to this security guard?

10        A    Sometimes I was in the vicinity.

11   Sometimes I was in the room.

12        Q    Is there anything else you remember Trap

13   saying to this security guard or the security guard

14   saying to Trap?

15        A    No.

16        Q    All right.  The next several people on

17   this list are some plaintiffs who are also in the

18   W.K. lawsuit and the Jane Doe 1 to 4 lawsuits.

19             Let me ask you first:  Do you know any of

20   the plaintiffs in the -- let's just say the

21   lawsuits filed against Red Roof Inn and Varahi

22   Hotel?

23             MR. BAUMRIND:  Objection.

24        A    Can you rephrase that?

25   BY MR. REAM:

D. P.                                                                    June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 44

1      Q    Yeah.  Let me ask you this first:  Are you

2   aware there are other plaintiffs like yourself in

3   the lawsuit, case number ending 5263, who have also

4   sued Red Roof Inns, Inc., and others and Varahi

5   Hotel?

6      A    I do not know anybody in this case.

7      Q    Okay.  Let's just run through some of

8   these names then.  ██████████████, do you know who

9   that is?

10     A    No.

11     Q    ████████████████, do you know who that is?

12     A    No.

13     Q    ████████████████, do you know who she is?

14     A    No.

15     Q    ████████████████, do you know who she is?

16     A    No.

17     Q    ██████████████████, do you know who she is?

18     A    No.

19     Q    ████████████████, do you know who she is?

20     A    No.

21     Q    ████████████████, do you know who she is?

22     A    No.

23     Q    ████████████████████, do you know who she

24   is?

25     A    No.

D. P.                                          June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 48

1      A    And it was just known --

2      Q    I'm sorry.

3      A    It's just a known thing that if you see

4   somebody in the same predicament, you kind of know.

5      Q    What predicament?

6      A    We couldn't leave.  We had dudes following

7   us around all the time.  We'd have multiple people

8   coming in and out of rooms.

9      Q    Did you ever see ██████████ engage in

10  any sexual act?

11     A    No.

12     Q    All right.  Let's go back to a second.

13  Tell me the hotels that you were at where you also

14  saw ████████.

15     A    So there's the Motel 6 on Windy Hill and

16  Delk Road.

17     Q    Right.

18     A    The Hospitality.  There's the Country

19  Hearth.

20     Q    Is that one -- that's off 75 as well?

21     A    And Windy Hill.

22     Q    Right.

23     A    The Masters Inn off Windy Hill.  The Red

24  Roof on Windy Hill.

25     Q    Any others?

D. P.                                                    June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 50

1    of ████████████████, are there other people in

2    your life you believe subjected you to sex

3    trafficking?

4         A    Yes.

5         Q    How many other people?

6         A    Just one other.

7         Q    Who was that one other?

8         A    ████████████.

9         Q    Before he was your trafficker, was he your

10   boyfriend?

11        A    I believed he was.

12        Q    During what period of time -- when did

13   you -- let me strike that and start over.

14             When did you first engage in a sexual act

15   with someone where drugs, money or something of

16   value was exchanged for performing that sex act?

17        A    The earliest was when I was 17.

18        Q    Where did that happen?

19        A    Omaha, Nebraska.

20        Q    How did that come about that you engaged

21   in a sex act where something of value was exchanged

22   in Omaha, Nebraska?

23        A    I had ran away from my placement when I

24   was a teenager.  And I ran into some people who

25   took advantage of us.  And they basically said that

D. P.                                        June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 51

1   if we did anything that they told us to do, like
2   clean, see the guys, we would have a roof over our
3   head and they wouldn't call the police.
4       Q    You said you were 17 at the time?
5       A    Yes.
6       Q    So this would have been around 2004; is
7   that right?
8       A    Yes.
9       Q    You said you ran away from a placement.
10  What kind of placement?
11      A    I was in Boys Town.
12      Q    Tell us what Boys Town is, please.
13      A    Boys Town is a home for troubled children.
14  They help with, like, psychiatry and criminal
15  records.  So it's just a place for troubled kids to
16  go so they can be, I guess -- they call it
17  recorrected.
18      Q    Is it a group home?
19      A    Yes.
20      Q    When did you first go to Boys Town?
21      A    2003.
22      Q    And that was in Omaha?
23      A    Yes.
24      Q    And you ran away from the Boys Town group
25  home sometime in 2004?

D. P.                                          June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 52

1      A    Yes.
2      Q    And then you met, as you said, a group of
3  people who took advantage of you?
4      A    Yes.
5      Q    Do you know any of their names?
6      A    No.
7      Q    How many were there?
8      A    12.
9      Q    Were they adults?
10     A    Yes.
11     Q    Men, women, both?
12     A    Just men that I can recall.
13     Q    Let me be clear:  When you say 12 men,
14  were there 12 men who subjected you to performing
15  sex acts in exchange for something of value at 17?
16     A    Yes.  But that was also a course of a
17  week's period of time that it was 12 different
18  people.
19     Q    Were you forced to have sex with anyone
20  beyond that one-week period of time when you were
21  17?
22     A    No.
23     Q    How many different people were you forced
24  to have sex with when you were 17?
25     A    It was 12.

D. P.                                                      June 30, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 64

1     Q    Any others from 2017 that you were at only

2  one time?

3     A    No.

4     Q    Okay.  In 2017, what's the longest period

5  of a single stay that you had at any of those

6  hotels?

7     A    About a week.

8     Q    And where in 2017 did you stay about a

9  week?

10     A    The only time I stayed somewhere for a

11  long time was when I was at the Motel 6 on Delk

12  Road or the Red Roof.  And the Red Roof I would

13  switch rooms frequently during my stay.

14     Q    All right.  So when you were at the Red

15  Roof Inn Smyrna in 2017, you would switch rooms

16  frequently, correct?

17     A    Yes.

18     Q    All right.  And you believe that was one

19  of the two hotels in 2017 where you stayed about a

20  week?

21     A    Yes.

22     Q    As far as the longest period of time?

23     A    At a time, yes.

24     Q    How many different times or stays were you

25  at the Red Roof Inn Smyrna in 2017?  Whatever is

D. P.                                June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 65

1    the easiest way for you to think about it.

2        A    So it's about five times, four or five

3    times.

4        Q    All right.  So about four or five separate

5    visits to and stays at the Red Roof Inn Smyrna?

6        A    Yes.  Without checking out, yes.  Well, I

7    can't say that because we'd switch rooms.  That's

8    technically checking out.

9        Q    Well, let's -- let me ask it and put it --

10   let's think about it this way, okay?  I want to

11   know the number of times that you went to the Red

12   Roof Inn, and then when you finally left the Red

13   Roof Inn, let's call that one stay, correct?  Okay?

14       A    Okay.

15       Q    How many times did you come to the Red

16   Roof Inn, regardless of how long you were there and

17   then left, went somewhere else, and then eventually

18   came back to the Red Roof Inn, how many times did

19   that happen in 2017?

20       A    I would say more than five, but I can't

21   really -- because some days we would just stay one

22   day and leave.

23       Q    More than 10 separate times you think you

24   were at the Red Roof in Smyrna in 2017?

25       A    I really can't recall.  I just know it was

D. P.                                                    June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 66

1  more than the four or five times that I stayed

2  there for a long period of time.  We would go for,

3  like, one day and leave or we'd go get the room

4  for, like, a few hours and leave.  Sometimes I

5  would just honestly have a room there and stay at

6  another hotel.

7       Q    Sometimes you had a room at the Red Roof

8  Inn but you stayed at another hotel?

9       A    Like next door hotel.

10      Q    Like the Comfort or the Masters across the

11 street?

12      A    The Masters Inn.  But we would still have

13 a room at the Red Roof so that I wasn't seeing

14 people in the same bed that we were sleeping in.

15      Q    All right.  When you were seeing -- we've

16 heard -- let me just say this:  We've heard a lot

17 of different terms for the purchasers of commercial

18 sex; johns, tricks, dates, buyers, plays, things

19 like that.  What did you call those individuals?

20      A    Johns.

21      Q    Okay.  All right.  During the times that

22 you saw johns at the Red Roof Inn Smyrna in 2017,

23 were you staying and sleeping, and I mean literally

24 going to sleep, at other hotels?

25      A    Sometimes I would.

Page 67

1      Q    Sometimes, okay.  How many times in 2017

2  do you believe you stayed at the Red Roof Inn

3  Smyrna for about a week?

4      A    About four to five times.

5      Q    All right.  And so in total, you believe,

6  in terms of week-long stays at the Red Roof Inn

7  Smyrna in 2017, that you did that about four or

8  five times?

9      A    Yes.

10     Q    And I think you've told us there were

11 other times in 2017 you were at the Red Roof Inn

12 Smyrna for only a few hours, correct?

13     A    Yes.

14     Q    And there were times that you were at the

15 Red Roof Inn Smyrna for only a day; is that

16 correct?

17     A    Yes.

18     Q    All right.  Do you remember the first time

19 in 2017 you were at the Red Roof Inn Smyrna?

20     A    I don't recall the dates or times.  I know

21 it was probably around March or April, but I,

22 again, didn't stay in my own name.

23     Q    But you believe it was around March or

24 April of '17?

25     A    Yeah.

D. P.                                              June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 80

1      Q    What in general did she know?

2      A    She knew that ███ was making me have sex

3   with people for money so that he could buy drugs.

4   And she also knew that he was feeding them to me.

5      Q    Feeding drugs to you?

6      A    Yes.

7      Q    How does she know -- or how did she know

8   that ███ was making you have sex with people for

9   money so that he could buy drugs?

10     A    I told her.

11     Q    When did you tell her?

12     A    I don't recall exactly when I told her.

13     Q    In what year did you tell her?

14     A    I can't recall that.

15     Q    Was it sometime this year in 2022?

16     A    She -- I told her before when I was with

17   ███ but I can't remember if it was 2017 or '18.

18     Q    You told your mom that ███ was making you

19   have sex with people for money you believe sometime

20   in 2017 or '18?

21     A    Yes.

22     Q    And you said she cut you off?

23     A    She had cut me off while I was with ███

24     Q    Before you told her that he was forcing

25   you to have sex with people for money?

D. P.                                                           June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 81

1      A     Yes.

2      Q     When you say she cut you off before, what

3  did that mean or what did that look like?

4      A     She stopped helping me.  She stopped

5  giving me food.  She stopped giving me money.

6  Couldn't call.  See my son.  Couldn't do anything.

7      Q     And your mom took those actions before you

8  told her that you were being forced by ███ to have

9  sex with people for money?

10     A     Yes.

11     Q     Once you told your mom, whenever it was,

12  that ███ was forcing you to have sex for money,

13  what did your mother do?

14     A     At the time, she didn't do anything that I

15  recall.  Like, she didn't do anything.

16     Q     What did you tell her?

17     A     I didn't tell her exactly that he was

18  making me sell myself.  I told her that I was

19  having sex for money for him to provide drugs to

20  the community.

21     Q     That's what you told your mother, and you

22  said she didn't do anything or say anything?

23     A     I believe at the time, she didn't think

24  that she could do anything.  Because I was really

25  gone on drugs, and I was abused a lot by Trap as

D. P.

June 30, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 88

1    would you tell her?

2        A    I would just tell her about what was

3    happening in the rooms or at the house, that he was

4    beating on me.  I would just tell her, like, what

5    he was doing, like, how I was getting the drugs,

6    all types of things.

7        Q    Did you tell Ms. Musgrove, like you told

8    your mother, that ████ was forcing you to have sex

9    with people?

10       A    I can't recall those exact comments coming

11   out to her.

12       Q    You said you told Ms. Musgrove about what

13   was going on in the hotel rooms, right?

14       A    Between me and ████ yes.

15       Q    And what was going on between you and ████

16   in the hotel rooms?

17       A    ████ would beat me a lot.  He would pistol

18   whip me.  He would basically put me on the ground

19   with a gun to my head.  So I would tell her about

20   those incidences.  Many times I would have bruises

21   everywhere, and she just knew what happened.

22       Q    Do you know why Ms. Musgrove similarly

23   wasn't listed in your original responses?

24       A    I had further time to think about

25   different people who were aware of my past.

Page 146

1      A     Three.

2      Q     Okay.  What are those three?

3      A     First one was Highland Rivers, and then

4   the two at Mothers Making a Change.

5      Q     Where was the Highland Rivers facility

6   that you went to?

7      A     What's that city called?  Cedartown.

8      Q     Okay.  How long were you inpatient at

9   Highland Rivers?

10     A     A week possibly.  May have been a little

11  bit more than a week.

12     Q     Now, you told me that you have a

13  certification in, what did you say, medical

14  administration?

15     A     Yes.

16     Q     Okay.  Have you ever attended any kind of

17  nursing programs?

18     A     No.

19     Q     Any kind of med school physician training

20  programs?

21     A     No.

22     Q     Okay.  What's your understanding,

23  Ms. ███████  of what you were being treated for at

24  Highland Rivers?

25     A     I was sent to Highland Rivers on a 1013,

Page 147

1  which is suicide attempt.  I know that I was being

2  treated for psychiatric evaluations.  So at the

3  time they treated me for, I believe, PTSD and

4  bipolar disorder.

5       Q    And Highland Rivers, were you there -- I

6  know you told me a week -- in the summer of 2014;

7  does that sound right?

8       A    Yes.

9       Q    Okay.  And you said you were 1013'd there?

10      A    Yes.

11      Q    Do you remember if you were at a hospital

12 facility before being sent to Highland Rivers?

13      A    I was at Kennestone.

14      Q    All right.  And at Mothers Making the

15 Change, what's your understanding of the first time

16 that you were treated there what you were being

17 treated for?

18      A    I was being treated for drug abuse.

19      Q    At that time, which drugs were you

20 abusing?

21      A    Heroin, cocaine and marijuana.

22      Q    The second time that you were at Mothers

23 Making the Change program, what's your

24 understanding of what you were being treated for

25 there?

D. P.                                                      June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 148

1      A    The second time I went to Mothers Making a

2  Change was a precaution, so I did not relapse after

3  I had my baby.

4      Q    When you got together with Mr. ██████ in

5  '19, did you use any drugs then?

6      A    No.

7      Q    All right.  You mentioned just a little

8  bit earlier about treatments for PTSD and

9  treatments for bipolar.  Have you been diagnosed by

10 anybody with PTSD -- with having PTSD?

11     A    Highland Rivers was the first one to put

12 it on my record.

13     Q    And that was in 2014?

14     A    Yes.

15     Q    Have you received a diagnosis of bipolar

16 from any physician?

17     A    I have.

18     Q    When did that occur first?

19     A    In 2014.

20     Q    Okay.  Also from --

21     A    Well, honestly, I can't say that for sure

22 because my mom used to have me evaluated when I was

23 at Boys Town, and that's when the bipolar, I think,

24 first started coming up.

25     Q    When you were in the Boys Town program,

D. P.                                    June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 149

1    were you taking any medications that you understood

2    were designed to treat a bipolar condition?

3         A    I honestly don't remember taking medicine.

4         Q    All right.  Other than PTSD and bipolar,

5    to the best of your knowledge, have you ever

6    received a diagnosis for any other mental health

7    condition?

8         A    I was told that I had schizophrenia --

9         Q    Who told you that?

10        A    -- by another doctor.

11        Q    I'm sorry.

12        A    By another doctor.

13        Q    When were you told by a doctor that you

14   had schizophrenia?

15        A    When I was in jail.

16        Q    What time?

17        A    The August 2014.

18        Q    Do you believe you had schizophrenia in

19   August of 2014?

20        A    At the time, I had symptoms showing that I

21   had it.

22        Q    How did your symptoms present -- your

23   schizophrenia-related symptoms present at that time

24   in 2014?

25        A    I started hearing voices.

D. P.                                                           June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 195

1    location of in the parking lot.

2         Q    I gotcha.  Okay.  All right.  That's fine.

3              Okay.  When did it start in your mind that

4    Mr. ██████ was your boyfriend?

5         A    So right after that incident, I met ██

6    again on the street.

7         Q    Right after the broken TV incident?

8         A    Yes.

9         Q    Okay.

10        A    So me and him went back to my room and,

11   like, we were chilling for, like, probably about

12   two or three weeks, and we decided to work

13   together, I guess, be together.  At the time, I

14   thought he was trying to be my boyfriend.

15        Q    At that time, shortly after the broken TV

16   incident and you left ██████ and you saw ███ out on

17   the street, what hotel did you go back to and bring

18   him back to?

19        A    The Rodeway.

20        Q    And at that point in time, when you were

21   first with Mr. █████████ in early 2017, did you

22   have a plan to do, as you've described it earlier,

23   independent work and share that with Mr. ██████

24        A    I did share with him what I did for my

25   money at that time.

D. P.                                    June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 196

1      Q    And just to be clear, when you say you

2    shared with him, did you tell him or did you then

3    engage with sex for people -- sex with people for

4    money and then share some of the money with ███

5      A    So I told him that I was sleeping with

6    people for money or having sex with people for

7    money.  And that's when he came up with the idea to

8    just do it so we could keep the room and the drugs

9    coming in.

10     Q    To keep doing that, to keep having sex

11   with people for money?

12     A    Yeah, but give him the money so he could

13   take care of what we needed to take care of in his

14   eyes.

15     Q    And you went along with that?

16     A    I did.

17     Q    Okay.  How long did those activities go on

18   until in your mind you realized Mr. ████████ was

19   not your boyfriend?

20     A    Honestly, I was kind of really drugged out

21   at the time, so I really had this false image of

22   what love really was with him.  So in my eyes, I

23   continued to be just his girlfriend.

24          But now that I'm liking back on it today,

25   like, that's really not what happened.  But in my

D. P.                              June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 197

1   eyes back then, I would say that I felt like he

2   was.

3        Q    That first time in the beginning, early

4   2017, when you told Mr. ████████ that you had been

5   having sex with people for money, and y'all decided

6   that you would keep doing that but you would give

7   the money to ███ so that he could buy drugs and

8   things, did he threaten you at that time to keep

9   having sex with people and give him the money?

10       A    I can't recall how the whole thing went

11  down.

12       Q    Did he force you or beat you at that time?

13            MR. TONGE:  Objection.

14       A    I honestly do not remember how it started

15  with the whole -- I agreed to do it with him to get

16  money in, but then it came to the point where he

17  was taking everything.  And I don't remember if

18  that's when he started beating on me or not.

19  BY MR. REAM:

20       Q    Do you remember when it was, what time

21  period, that it changed to, as you've described, he

22  was taking everything?

23       A    So it was probably a few months after I

24  met him for the second time.

25       Q    And that second time occurred shortly

D. P.                                              June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 198

```
1    after the broken TV incident?

2         A    Yes.  So it would probably be around

3    April-ish or May of 2017.

4         Q    And I think that's what you told us

5    earlier today was that the period of sex

6    trafficking, as you've alleged, under Mr. ███████

7    occurred from around April, May of 2017, until

8    October, November of 2017; is that correct?

9         A    October, yes.

10        Q    All right.  I asked you earlier about the

11   Americas Best Value Inn.  Have you ever engaged in

12   sex in exchange for money or things of value there?

13        A    I don't remember.

14        Q    Do you know where the Americas Best Value

15   Inn is located?

16        A    Yes.

17        Q    Okay.  It's kind of near the Windy Hill

18   area?

19        A    Yes.

20        Q    At that point in time, in 2017, you had a

21   Facebook account, right?

22        A    Yes.

23        Q    Okay.  And you had a Facebook app or

24   access on your cellphone?

25        A    Yes.
```

D. P.                                       June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

                                                        Page 255

1           (Recess from 4:40 to 5:03 p.m.)

2           THE VIDEOGRAPHER:  Back on the video

3    record at 5:03 p.m.

4    BY MR. REAM:

5       Q    All right.  Ms. ███████  we were talking

6    just before we left or broke, took a break, about

7    the last time that you were at the Smyrna Red Roof

8    Inn and having sex with anybody in exchange for

9    money or something.  And to the best of your

10   knowledge, when did that last time occur?

11      A    It was in September.

12      Q    Of?

13      A    Of 2017.

14      Q    Okay.  We talked briefly at the very

15   beginning about sort of the length of stays that

16   you had at the Smyrna Red Roof Inn.  And correct me

17   if I'm wrong, but I believe you told us there were

18   some times that were only a few hours, there were

19   some times that were only a couple of days, and

20   there were some times that was about a week; is

21   that right?

22      A    Yes.

23      Q    Am I missing or did I leave out any

24   category of the length of stays that you had at the

25   Smyrna Red Roof Inn in 2017?

D. P.                                                    June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

                                                    Page 263

1      Q    Okay.  You said some people had you dress
2   up in -- dress up in what way?
3      A    Like, they would ask me to wear, like,
4   skimpy shorts or a skirt with just my bra on, act
5   like I'm their maid.
6      Q    Did you ever wear any maid outfits?
7      A    I never owned one, so I just tried to
8   improvise.
9      Q    Just acted it out?
10     A    Yeah.
11     Q    Minus the maid costume?
12     A    Yes.
13     Q    All right.  And the outfits and things in
14  terms of skimpy outfits or skirts and stuff, is
15  that what you would wear in the rooms when the
16  johns arrive?
17     A    Yes.
18     Q    Okay.  What about when you're outside the
19  hotel room, what would you wear then?
20     A    I would still be wearing the same clothes
21  most of the time.
22     Q    Did you walk around parking lots in skirt
23  and bra?
24     A    No.
25     Q    Did you ever -- excuse me.  Anybody ever

Page 264

1   have you wear lingerie?

2        A    Yes.

3        Q    Did you wear that inside the room for when

4   the johns got there?

5        A    Yes.

6        Q    Did you ever wear lingerie outside the

7   hotel room in the breezeways or in the parking lot?

8        A    No.

9        Q    Did you stay at any other hotels like the

10  ones -- we've gone through the lists earlier.  Did

11  you stay at any of those other hotels for about a

12  week at a time?

13       A    Yes, I did.

14       Q    Which ones did you have about a --

15       A    Mostly Masters Inn.

16       Q    Masters Inn Windy Hill?

17       A    Yes.

18       Q    Any others you remember staying for about

19  a week at a time?

20       A    The Motel 6.

21       Q    Which one?

22       A    Delk Road.

23       Q    Okay.

24       A    Oh, and Windy Hill.

25       Q    Any others?

D. P.                                    June 30, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 275

1   for the hotel or the Red Roof Inn brand and tell

2   them that you were forced to have sex for money at

3   that hotel?

4        A    No.

5        Q    Other than Ms. Dee, the

6   laundry/housekeeper person you told us about

7   earlier, was there anybody else, and the security

8   guard, the tall security guard, who you remember

9   interacting with at the Smyrna Red Roof Inn as far

10  as employees?

11       A    I would just interact with whoever came to

12  my door.  I don't recall names.  I didn't know the

13  staff too well.

14       Q    Did you ever ask any employee of the

15  Smyrna Red Roof Inn for any help --

16       A    No.

17       Q    -- from your trafficker?

18       A    No.

19       Q    Did you ever ask any employee to call the

20  police or a doctor or an ambulance or a family

21  member?

22       A    No.

23       Q    Did you see other people at the Smyrna Red

24  Roof Inn that you believed to be just regular hotel

25  customers in 2017?

D. P.                                             June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 285

1   you?

2        A    No.

3        Q    At the time in 2017, did you believe that

4   you were being subjected to sex trafficking by █████

5   ███████

6        A    At the time, no.

7        Q    At the time in 2017, did you believe then

8   that you were being raped by these johns?

9        A    I did not.

10       Q    When did you come to have that belief that

11  these johns raped you in 2017?

12       A    When I realized that it was not a wanted

13  situation --

14       Q    And when did that --

15       A    -- at that point.

16       Q    I'm sorry.

17       A    Sorry.

18       Q    When did that occur?

19       A    When I was locked up after my overdose.  I

20  had a lot of time to sit and think.

21       Q    That was in the later half of 2018?

22       A    Yes.

23       Q    And at that point in time, did you tell

24  anybody that you were raped by these people?

25       A    No.

Page 286

```
 1        Q    Did you see any doctors while you were
 2   incarcerated that time?
 3        A    Are you talking about after my overdose?
 4        Q    Yes, ma'am.  Sorry.  After June 2018?
 5        A    Yes.
 6        Q    Did you tell any of them that men had
 7   raped you or that you were subjected to sex
 8   trafficking?
 9        A    No.
10        Q    At the time in 2017, when you were at the
11   Red Roof Inn in Smyrna, you did not self-identify
12   as a victim of sex trafficking, true?
13        A    At the time.
14        Q    That's true?
15        A    Yes.
16        Q    And the realization that you were just
17   telling us about, that didn't happen for you until
18   after June of 2018 when you were in jail, as you
19   said, and had a lot of time to think; is that true?
20        A    That's true.
21        Q    Yeah, I think I asked you this.  I'm
22   sorry.
23             Have you filed any other lawsuit other
24   than this W.K. versus Red Roof Inns, Inc., ever?
25        A    No.
```

D. P.                                                          June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 296

1    clear whether you were there voluntarily or not?

2    You thought you were there voluntarily?

3        A    I thought I was there voluntarily.  The

4    whole turning him thing in was, like, anything.  It

5    could have been anything.  Like even the arguments,

6    the beatings, the being held in my room, the not

7    eating, all of it, like, I could not turn him in.

8        Q    In other words, even if you called

9    somebody, like the Red Roof corporate number, at

10   that time, you wouldn't have been able to say, "I'm

11   being forced into commercial sex," right, because

12   you didn't think at the time that that's what was

13   happening, right?

14       A    Right.

15       Q    Okay.  But you want the Red Roof --

16   because, you know you've sued Red Roof here, the

17   franchisor as well, right?  But you want Red Roof

18   to have known that you were being held against your

19   will and forced into sex when you didn't know about

20   it, correct?

21       A    Yes.

22       Q    Okay.  And why is that?

23       A    Just the signs behind what I looked like,

24   how I came out of my room, there's constant

25   fighting, we constantly switched rooms.  I had -- I

D. P.                                    June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 297

1    had a lot of traffic coming in and out of my room

2    at all times of day.

3        Q    And how was Red Roof corporate supposed to

4    know that?

5        A    Corporate, I don't know.

6        Q    Because you understand that there were no

7    employees of Red Roof corporate at that hotel,

8    correct?

9            MR. TONGE:  Objection.

10       A    I'm not aware of all the employees that

11   are there on the property.

12   BY MR. ALLUSHI:

13       Q    Did you ever see an employee of Red Roof

14   corporate at the hotel?

15           MR. TONGE:  Objection.

16       A    I wouldn't know what to look for.

17   BY MR. ALLUSHI:

18       Q    Okay.  Did you ever -- did anybody ever

19   come up to you and identify themselves as a Red

20   Roof corporate employee?

21       A    No.

22       Q    Did you ever speak to somebody that you

23   believed to be a Red Roof Inn corporate employee at

24   that time?

25       A    No.

D. P.                                                    June 30, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 317

                        CERTIFICATE
1
2    STATE OF GEORGIA:
     COUNTY OF FULTON:
3
4           I hereby certify that the foregoing
     transcript was taken down, as stated in the
5    caption, and the colloquies, questions and answers
     were reduced to typewriting under my direction;
6    that the transcript is a true and correct record of
     the evidence given upon said proceeding.
7
8           I further certify that I am not a relative
     or employee or attorney of any party, nor am I
9    financially interested in the outcome of this
     action.
10
11          I have no relationship of interest in this
     matter which would disqualify me from maintaining
12   my obligation of impartiality in compliance with
     the Code of Professional Ethics.
13
14          I have no direct contract with any party
     in this action and my compensation is based solely
15   on the terms of my subcontractor agreement.
16
17          Nothing in the arrangements made for this
     proceeding impacts my absolute commitment to serve
18   all parties as an impartial officer of the court.
19
20          This the 11th day of July, 2022.
21
22          *Carolyn M. Carboni*
23   _____
24          CAROLYN M. CARBONI, RPR, RMR, CCR-B-878
25