Case 1:21-cv-04278-WMR  Document 174-8  Filed 03/02/23  Page 1 of 68
CONF E.H. (■■■■■■■■)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
 2                    ATLANTA DIVISION
 3   W.K., E.H., M.M., R.P., M.B.,
     D.P., A.F., C.A., R.K. and K.P.,
 4
             Plaintiffs,
 5                                  CIVIL ACTION NO.:
     vs.                            1:20-CV-05263-VMC
 6
     RED ROOF INNS, INC.; FMW RRI
 7   NC, LLC; RED ROOF FRANCHISING,
     LLC; RRI WEST MANAGEMENT, LLC;
 8   VAHARI HOTEL, LLC; WESTMONT
     HOSPITALITY GROUP, INC.;
 9   and RRI III, LLC,
10           Defendants.
11
12             C O N F I D E N T I A L
13
14          VIDEO DEPOSITION OF E.H.
15             October 12, 2022
16                 9:20 a.m.
17      1201 West Peachtree Street, Suite 3200
18                Atlanta, Georgia
19      Carolyn M. Carboni, RPR, RMR, CCR-B-878
20            Leo Mileman, Videographer
21
22
23
24
25
```

**PL Sum. J.**
**Ex.  008**

Page 2

1    APPEARANCES OF COUNSEL:

2    On behalf of the Plaintiffs in Jane Doe, et al. v.

3    Westmont Hospitality Group, et al. case:

4            MICHAEL R. BAUMRIND, ESQUIRE

5            Bondurant Mixson & Elmore LLP

6            One Atlantic Center, Suite 3900

7            1201 West Peachtree Street

8            Atlanta, Georgia  30309

9            404.881.4144

10   On behalf of the Defendants Red Roof Inns, Inc.;

11   FMW RRI NC, LLC; Red Roof Franchising, LLC; RRI

12   West Management, LLC; Westmont Hospitality Group,

13   Inc.; and RRI III, LLC:

14           LILLIAN HENRY, ESQUIRE

15           EMMA J. FENNELLY, ESQUIRE

16           Lewis Brisbois Bisgaard & Smith LLP

17           600 Peachtree Street, Suite 4700

18           Atlanta, Georgia  30308

19           404.348.8585

20   On behalf of the Defendant Varahi Hotel, LLC:

21           ELLIOTT REAM, ESQUIRE

22           Hawkins Parnell & Young, LLP

23           303 Peachtree Street Suite 4000

24           Atlanta, Georgia  30308

25           404.614.7400

Case 1:21-cv-04278-WMR   Document 174-8   Filed 03/02/23   Page 3 of 68
CONF E.H. (████████████)                October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 3

1    APPEARANCES (Continued):

2    Also Present:

3            Beth Richardson (via Zoom)

4

5

6                    -   -   -

7

8

9            (Pursuant to Article 10(B) of the Rules

10   and Regulations of the Georgia Board of Court

11   Reporting, a written disclosure statement was

12   submitted by the court reporter to all counsel

13   present at the proceeding.)

14

15

16

17

18

19

20

21

22

23

24

25

CONF E.H. (█████████)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 11

1   to say you don't recall where your first trick
2   happened?
3       A    No, I don't.
4       Q    Okay.  All right.  And we'll drill into
5   this a little bit more, but you started telling me
6   about the first time that you, as you've alleged,
7   were subjected to sex trafficking at the Smyrna Red
8   Roof Inn, and that that occurred sometime in 2014?
9       A    Yes, sir.
10      Q    Okay.  And again, do you have any better
11  understanding or memory as to when in 2014 that
12  first time at the Smyrna Red Roof happened?
13      A    No, sir.
14      Q    Okay.  Do you know whether it was closer
15  to the, you know, beginning of the year, January,
16  end of the year December?
17      A    No, sir.
18      Q    No idea whatsoever?
19      A    I don't.
20      Q    Okay.  And when, Ms. █████  did your sex
21  trafficking end?
22      A    It was roughly the middle of September of
23  2018.
24      Q    Okay.  Do you recall your last trick?
25      A    No, I don't.

Case 1:21-cv-04278-WMR   Document 174-8   Filed 03/02/23   Page 5 of 68
CONF E.H. (████████████)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 12

1      Q      Do you remember where it happened?

2      A      It was at the Red Roof.

3      Q      At the Smyrna Red Roof?

4      A      Yes.

5      Q      And you said middle of September of 2018?

6      A      Yes, sir.

7      Q      Okay.  Is there something specific that

8    helps you remember it was the middle of September

9    of 2018?

10     A      My fiance as of right now, he and I -- our

11   anniversary is September 19th.  And we got back

12   together September 19th of 2018.  So that is kind

13   of like a anniversary marking.  And that much I do

14   know for sure.

15            But it was probably like a few days prior

16   to that.  I don't exactly remember which date, but

17   I do know that it was a few days prior to me and

18   him rekindling our relationship.

19     Q      And what is your fiance's name?

20     A      ████████████.

21     Q      All right.  So you and Mr. ████████ got back

22   together, which I guess implies y'all were together

23   sometime before September of 2018, right?

24     A      Yes, sir.

25     Q      Okay.  So y'all got back together in

CONF E.H. (██████████)                October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 13

1    September the 19th of 2018, and from then on, you

2    were no longer subjected to sex trafficking?

3         A    Yes, sir.

4         Q    Okay.  And, in fact, you believe it was, I

5    think you said, a few days prior to the 19th of

6    September?

7         A    Yes, sir.

8         Q    Okay.  And that's when it all ended?

9         A    Yes, sir.

10        Q    Okay.  All right.  Who was your

11   trafficker?

12        A    Can you clarify if I'm supposed to say, I

13   guess, his actual name or what I called him?

14        Q    That's fine.  Do you know his actual name,

15   his real name?

16        A    Yes, I do.

17        Q    What is it?

18        A    ██████████████.

19        Q    Can you spell his first name for us?

20        A    I think it's ████████████████.

21        Q    Do you know his middle name?

22        A    ███████

23        Q    I'm sorry?

24        A    ███████

25        Q    All right.  And did he go by other names

CONF E.H. (█████████████)                     October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 14

1    that you called him at times?

2         A    Yes.

3         Q    What other names did Mr. █████ go by?

4         A    T, Mr. ███████  ██████████ and Houston.

5         Q    Do you know why he went by Houston at

6    times?

7         A    That's where he was from.

8         Q    He's from Houston?

9         A    Yes, sir.

10        Q    Did you have any other trafficker during

11   this 2012 to September 2018 time frame?

12        A    No, sir.

13        Q    When things first started in, I think you

14   said, around the fall of 2012 in downtown Atlanta,

15   did that first trick happen at a hotel, at a

16   business, at a residence?

17        A    I don't remember.

18        Q    Do you remember what part of downtown?

19        A    I don't.

20        Q    Do you remember anything about the street

21   or the building?

22        A    Not really.

23        Q    Ms. ██████ do you know how many different

24   hotels you, as you've alleged, have been subjected

25   to sex trafficking at?

Page 37

```
1        A     Probably a little less than that.
2        Q     So is it fair to say that between 2012 and
3    2018, Mr. █████ subjected somewhere between 10 and
4    20 other women to sex trafficking?
5        A     Yes, sir.
6        Q     Were you ever subjected to sex trafficking
7    alongside more than one other woman at the hands of
8    Mr. ██████
9        A     Yes, sir.
10       Q     What's the largest number of women that
11   were ever subjected to sex trafficking together at
12   the same time at the hands of Mr. █████
13       A     Up to five.
14       Q     Okay.  Were there times when, during this
15   2012 to 2018 when you were subjected to sex
16   trafficking at the hands of Mr. █████ that there
17   were no other women besides yourself?
18       A     Yes, sir.
19       Q     Do you -- Ms. █████ do you know the names
20   of any of those other women?
21       A     Yes, sir.
22       Q     Tell me the ones that you do know.
23       A     ███████████.
24             MS. HENRY:  What was the first name?
25             THE WITNESS:  █████████.
```

CONF E.H. (███████████)                 October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 55

1      Q     Almost 18?

2      A     Yeah, yes, sir.

3      Q     Okay.  Any other police reports or records

4   you remember looking at?

5      A     There was one from Alabama where I had

6   some drug paraphernalia on me.  There was another,

7   I think, from Lawrenceville, I believe, from

8   Gwinnett.  It was like a aggravated assault or

9   something like that, but I think that one was the

10  one that led me to probation.  And that's really

11  all I can remember at the moment.

12     Q     Okay.  How about -- you said you looked at

13  pictures.  Tell me about the pictures you can

14  remember looking at.

15     A     One of them was of ███████  One of them

16  was the brand that's on my shoulder.

17     Q     When you say "brand," is it branded like

18  with something hot or is it like a tattoo brand?

19     A     It's a tattoo, but it might as well have

20  been burned into my skin because that's what it

21  looks like.

22     Q     What does it look -- what does it show?

23  What is it?

24     A     It's ██████████ business logo.

25     Q     I've seen some things that looked like --

CONF E.H. (░░░░░░░░░░░)          October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 56

1   I don't know if I saw it right, it looked like 1GG

2   or something, is that what it is?

3        A    Yes, sir.

4        Q    It's the number 1 and then a capital G and

5   a capital G?

6        A    Yes, sir.

7        Q    Okay.  And you have that on your -- the

8   back of your -- is it left shoulder?

9        A    Yes, sir.

10       Q    Okay.  All right.  What other pictures do

11  you remember?

12       A    I think there was one with the same tattoo

13  with, like, $5,000 around it.

14       Q    Around your shoulder?

15       A    Yeah, around the tattoo.

16       Q    Okay.

17       A    Which was from one trick.  That's all --

18  really all the pictures that I remember right off

19  the top of my head.

20       Q    You once had a trick who paid $5,000?

21       A    Yes, sir.

22       Q    What did he pay $5,000 for?

23       A    $5,000 was the down payment for two days

24  with me.

25       Q    Two full days?

Page 57

```
 1      A    He ended up giving us, like, another 15
 2   grand.
 3      Q    15,000?
 4      A    Yes, sir.
 5      Q    Is that a lot compared to your other
 6   tricks?
 7      A    Yes, sir.
 8      Q    Okay.  Was that kind of an outlier?
 9      A    I don't really understand what you mean by
10   that.
11      Q    Okay.  And a trick paying 5,000 and then
12   $15,000 for two days' time with you, did that
13   happen often?
14      A    No, it didn't.
15      Q    Did it happen more than one time?
16      A    Yes, it did.
17      Q    Okay.  Did it happen more than one time
18   with the same buyer?
19      A    Yes, it did.
20      Q    With the same john?
21      A    Yes, sir.
22      Q    Okay.  Where was he?
23      A    In Birmingham.  I was in Bessemer jail and
24   he sent ██████ $10,000 to help get me a lawyer,
25   and ██████ never did.  He just let me sit there.
```

Case 1:21-cv-04278-WMR   Document 174-8   Filed 03/02/23   Page 12 of 68
CONF E.H. (██████████)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 58

1       Q    What's his -- do you know his name?

2       A    I don't remember it, no, sir.

3       Q    Okay.  Any other pictures you remember

4    looking at before your deposition?

5       A    No, sir.

6       Q    This 1GG business name of █████████ --

7    first of all, is that how he would say it, 1GG?

8       A    Yes.

9       Q    Do you know, does that -- does that stand

10   for something or is that just the name?

11      A    It stands for 1 gone give.  So it was his

12   way, I guess, of saying you make anything out of

13   nothing, and that's pretty much how he explained

14   it.

15      Q    Okay.  And I'm sorry.  The first part of

16   what you said, I didn't quite catch.  Something?

17      A    You make something out of nothing.

18      Q    And then you said -- did you say 1 gone

19   give?

20      A    1 gone give, yeah.

21      Q    Like g-o-a-n, like gonna give?

22      A    G-o-n-e and then g-i-v-e.

23      Q    Okay.  Outside of -- outside of making

24   women have sex with people in exchange for money

25   and taking that money, did █████████ have any other

CONF E.H. (▮▮▮▮▮▮▮▮)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 69

1      A      No, sir.

2      Q      Did you ever have a photo of his birth

3  certificate?

4      A      Not from my recollection.

5      Q      Do you know either of his parents?

6      A      I'm sorry?

7      Q      Do you know either of his parents?

8      A      I met his mom before.

9      Q      Do you know her name?

10      A      Linda.

11      Q      Do you know if he was born in Louisiana?

12      A      Yes.

13      Q      And then, as far as you know, did he grow

14  up in Houston?

15      A      Yes.

16      Q      Can you describe Mr. ▮▮▮▮▮▮ to us?

17      A      He is a skinnier side of the spectrum,

18  mini tattoos everywhere except for the face, black,

19  African American, brown eyes, a little bit on the

20  taller side.  This is going to sound crazy, me

21  saying it, but a pretty smile, because he had a

22  pretty smile.  Always very flashy, always wearing

23  diamonds.

24      Q      How about facial hair?

25      A      Yes, he has facial hair.  It's like -- I

Page 83

```
 1        Q    Where does he practice?
 2        A    I'm not exactly sure of the firm that he
 3   works for right now.  But I know it's pretty big
 4   down in Miami.
 5        Q    It's in Miami?
 6        A    Yes, sir.
 7        Q    Okay.  And he's ▮▮▮▮  I guess, ▮▮▮▮▮
 8        A    Yes, sir.
 9        Q    Okay.  And are ▮▮▮▮  and ▮▮▮▮  ▮▮▮▮  and
10   ▮▮▮▮▮▮▮▮  biological parents?
11        A    Yes, sir.
12        Q    Okay.  You were telling us a minute ago
13   that you had a lawsuit offered to you or put in
14   front of you or you had an opportunity to
15   participate.  How did that come about?
16        A    I was -- I was talking about this one.
17        Q    And how did -- how did this opportunity
18   come about?
19        A    Oh, so I don't remember how far along
20   pregnant I was, but initially in 2018, my mom,
21   before she got really, really sick, was working
22   with a lady named Kimberly McDevitt.  She worked
23   with Out of Darkness and also with Sunrise
24   Ministries.  She pretty much helped, like, several
25   girls in a sense escape from the lifestyle.  And
```

CONF E.H. (████████████)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 84

1    sheltered them, gave them, you know, clothes, jobs,

2    stuff like that, at the ministry place.  And her

3    and my mother were good friends.

4            Well, one day when I was actually at that

5    Red Roof, Kimberly, my mom and a lady named Linda

6    Skolnitzky or Linda Caver, which is easier for me

7    to say it that way, they were --

8        Q    Linda -- I'm sorry, what was the last

9    name?

10       A    Linda Caver.  It might be like Skolnitzky

11   in y'all's paperwork, but her last name is Caver.

12       Q    C-a-v-e-r?

13       A    C-a-v-e-r, uh-huh.  But Linda, she was, I

14   guess, doing ministries with Kim and my mom that

15   day.  Kim and my mom were at the building to the

16   back of the place, and we were in the front.

17   ██████    was in the shower, and Linda knocked on my

18   door.

19           And at the time, I thought that it was

20   somebody else, and she pretty much told me that she

21   knew who I was.  And I didn't know who she was

22   and -- but a few months after that, sometime after

23   that, I eventually escaped from that.  But in that

24   same situation, that's also where I met Kim, who

25   was doing the ministries with my mom.

CONF E.H. (███████████)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 107

1   know, find an association or an associate of

2   ██████████ to post an ad, and that's what we did,

3   and essentially things went wrong.  ████████ and his

4   friend had left me there because, I guess,

5   ██████████ trust level with me had went up.  Had me

6   so scared I wasn't even going to leave.

7        Q    So he left you at the house with the john?

8        A    And with -- yeah, yeah.  He told me to do

9   my thing and run the house full of tricks, and I

10  did.  And one trick came in, and he tried to rob

11  me.  And he ended up -- he chained me up against

12  the bed that was in the basement, and he raped me

13  three times.  And when I tried to kick him off the

14  fourth time, he pulled out a small gun and shot it

15  by my head.  And then he said, "The next one is

16  going to go in your dome if I don't get what I

17  want."

18            And he took everything that I had that day

19  that I made, including a little bit of my sanity.

20       Q    Do you know who that john is?

21       A    No, I don't.

22       Q    And so at this house, before this

23  happened, ████████ -- you okay?

24       A    (Witness nods head.)

25       Q    Okay.  ████████ left you and said, "Do your

Page 108

1    thing," which to you meant service these multiple

2    johns who are going to come through today, correct?

3         A    Yeah.

4         Q    And did you, in fact, have sex with

5    multiple people that day?

6         A    Yes, I did.

7         Q    Okay.  And then they paid you money for

8    it?

9         A    Yes, sir.

10        Q    Okay.  And then later, this guy comes

11   along who first tried to rob you, but then tied you

12   up and then raped you and then did rob you?

13        A    Yes, sir.

14        Q    And he took the money that you had made

15   from the other johns earlier that day?

16        A    Yes, sir.

17        Q    Between 2012 and September of 2018, did

18   anybody else rape you?

19        A    Yes.

20        Q    How many other times did that happen?

21        A    Too many to count.  It was always

22   something wrong with either me or the vagina wasn't

23   good enough, so they wanted something extra, or,

24   you know, they wanted to have uncovered and knew I

25   wasn't a girlfriend experience type of girl.  And

Page 109

1   so they would just rape me raw instead.  And some

2   of them were just so big, you can't even fight them

3   off.  You do everything you can, and you just lose

4   power to fight, so you just sit there and let it

5   happen.

6        Q     And then those guys wouldn't leave any

7   money?

8        A     No.  They would take back what they left

9   on the counter and tell me that it was a waste of

10   their time so they're not paying for it.

11        Q     And where was ████████ during these times?

12        A     Always around, but never back in time.

13   And then I would get my ass whooped for it because

14   it was my fault because I didn't do something right

15   or I didn't give them what they wanted instead of

16   just going along with it.  It was damned if I do,

17   damned if I don't.  If I don't get extra for

18   whatever they want, then I get beat up.  If I don't

19   do it, then I get beat up.  It was always just

20   that.

21        Q     Did -- ████████ did he beat you after

22   every trick?

23        A     No.

24        Q     But multiple times?

25        A     Yes, sir.

CONF E.H. (&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;)                October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 111

1     wallet and his pants and run out of the room," you

2     know.  And Lord knows I tried that.  I tried that,

3     and never ended well at all for me, you know, or me

4     trying to, I guess you could call it an escape, me

5     trying to find attention or something a different

6     way.  I don't know really what it was I was looking

7     for.  But if I was talking to a high school guy

8     friend from Instagram or something, like, he would

9     be like, "Why are you talking to him," you know.

10    And like --

11         Q     &#9608;&#9608;&#9608;&#9608;&#9608;  would say that?

12         A     Yeah, like, just flip out.  And, like, you

13    know, tell me he would kill me, like, if I ever

14    left, and it was just always lies.  It was always

15    lies.  And he would tell you what -- he'd tell you

16    what you want to hear.  And he was so good at it,

17    you just believed it.  You believed it.  You

18    believed it and you were scared.

19         Q     Is it your belief, Ms. &#9608;&#9608;&#9608;&#9608;  or your

20    contention that every time you engaged in a sex act

21    for money between 2012 and 2018, that those were

22    all rape?

23         A     What do you mean?

24         Q     Well, you've told us that you were raped

25    too many times to count, I believe is what you

CONF E.H. (████████████)                 October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 113

1    Q    All right.  ████████████, we talked about

2    her earlier, similar circumstances as Ms.

3    ████████ correct?

4    A    Yes, sir.

5    Q    All right.  And again, she and the

6    nickname Brooklyn, that's the same person?

7    A    Yes, sir.

8    Q    All right.  So we could combine Ms. █████

9    and Brooklyn in this table?

10   A    Yes, sir.

11   Q    Okay.  All right.  And Cherry, it says,

12   "Cherry is a victim of sex trafficking who was

13   trafficked along with E.H. at some of the same

14   hotels.  She is deceased and may have died around

15   2017."

16        Are Cherry and Duck the same person?

17   A    No.  Cherry is different.  I do remember

18   Cherry, too.  Cherry was 17.

19   Q    When?

20   A    She was there during the time when we

21   first started going to the Red Roof.  One of

22   █████████ homeboys had brought her to him

23   essentially in a trade.  But when ██████ found out

24   that she was 17, he wanted nothing to do with her.

25   He didn't want to be -- you know, you're already

CONF E.H. (████████████)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 114

1    doing one crime, why do another one with a minor,

2    you only make it worse, right?  Apparently not.

3           But he told his friend pretty much that,

4    like, I don't want anything to do with this girl,

5    you need to get her away from me as far as

6    possible, as quickly as possible, and he did.  He

7    ended up trading her to a trafficker a few doors

8    down from us.  And every time that I would see her

9    come out of the room, whenever we were there or if

10   she was there, she would always have, like, bruises

11   on her.  You could tell she was always being

12   beaten.  She just was never really in good shape.

13       Q    Can you describe Cherry to us --

14       A    She was --

15       Q    -- physically?

16       A    She was very petite, very, very little.

17   Shorter than me.  She had cherry red hair is

18   probably the reason why we named her that.  Well,

19   not we, but that's what she said her name was.

20   Very high-pitched voice.  Caucasian.  I don't

21   remember if her eyes were blue or green.  But very

22   pretty.  Bad that she died so young.  But that's

23   really all I remember about her.

24       Q    Do you know who she was traded to?

25       A    No, I don't.  We were -- we weren't

CONF E.H. (██████████)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 125

1      Q    All right.  Let's go up a step.  There's

2   somebody listed with the identifier of

3   "Housekeeper," do you see that?

4      A    Uh-huh.

5      Q    And then in the description, it says,

6   "E.H. recalls interacting with a housekeeper who

7   was skinny and missing several teeth while being

8   trafficked at the Smyrna Red Roof Inn.  Ms. ████

9   recalls that the housekeeper would bring her stacks

10  of towels, on average three times per day, during

11  her trafficking."

12         Do you know who this housekeeper

13  description is referring to?

14     A    Yes, I do.

15     Q    Tell me about him or her.

16     A    So she was probably definitely on drugs.

17  She looked like a crack addict.  And probably still

18  on the pipe.  So if you ask me, she wasn't all the

19  way there.  She was very fidgety.  Very -- really

20  quick movement.

21         But when I saw her, she would always ask

22  me like, "Hey, do you need anything?"

23         And if I tell her no, then she would, you

24  know, leave me alone.  But if I was like, "Yeah, I

25  need some towels" or something like that, then she

Case 1:21-cv-04278-WMR   Document 174-8   Filed 03/02/23   Page 23 of 68
CONF E.H. (░░░░░░░░░)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 126

1    would bring me what I needed.

2           And, you know, she would just be like,

3    "Hey, just call me if you need anything else."

4           You know, she was very laid back.  Very

5    chill.  Didn't talk much.  And that was really it.

6    If we needed something cleaned up or something,

7    then she would -- she would do it.

8        Q    Can -- I'm sorry.  Were you finished?

9        A    No, I'm done, I'm done.

10       Q    Can you describe any more physically,

11   height, weight, race, appearance?

12       A    So she was African American.  She had

13   black hair, more on the stringy side.  If you call

14   it a ponytail, then sure, it looked more like a

15   twig.  Definitely the gapping teeth.  She was

16   missing a crap ton of teeth.  Like I said, I think

17   she was definitely either just off or still on

18   crack.

19       Q    How tall was she?

20       A    She wasn't much taller than me.  I'm

21   5'5 1/2".  She wasn't that much taller than me, but

22   she was very, very little, like it was crack.

23       Q    You've seen that before?

24       A    Yes.

25       Q    Okay.  And she would -- this housekeeper

Case 1:21-cv-04278-WMR  Document 174-8  Filed 03/02/23  Page 24 of 68
CONF E.H. (███████)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 127

1  would always be asking if you need anything, and if

2  you did, she would bring it to you?

3      A    Yes.

4      Q    I mean, it sounds to me like she was doing

5  her job; is that how you saw her?

6          MR. BAUMRIND:  Object to the form.

7  BY MR. REAM:

8      Q    Well, let me -- let me reask it.

9          When you asked her for towels, would she

10  bring them to you?

11      A    Yes.

12      Q    When she came by and asked if you needed

13  anything and you told her what you needed for the

14  room, would she bring those things?

15      A    Yes.

16      Q    Did you ever tell this housekeeper what

17  you were doing at the hotel or being forced to do?

18      A    No, but --

19      Q    Did you ever tell this housekeeper --

20          MR. BAUMRIND:  Let her finish.

21      A    No, but she would always ask -- well, not

22  even so much ask.  She would say, "You're making

23  some good money today, huh?"

24          And then she would walk around with a

25  smirk on her face after walking away.  So no, I

Page 128

1    don't think she was just doing her job because just

2    going your job at a hotel with towels is once a

3    day, not three to multiple times a day.

4    BY MR. REAM:

5         Q    Have you ever worked at a hotel?

6         A    Yes, I have.

7         Q    Which hotel?

8         A    Hilton.

9         Q    When was that?

10        A    This was 2019.

11        Q    Okay.  And you were at the Red Roof

12   Inn before 2019?

13        A    Yes.

14        Q    What did you do at the Hilton?

15        A    I was part of the restaurant crew.  I was

16   also part of the to-go room service.  If they

17   needed me to float and go help with laundry, I

18   helped with laundry.  If I needed to do a pick up,

19   I did a pick up.  I restocked the staff room.

20        Q    Hang on one second.  I'll let you keep

21   going.  What's a pick up?

22        A    So like old trays, dishes, to-go boxes

23   that have been put outside the rooms, any linen

24   towels, stuff like that, only gets picked up once a

25   day at the Hilton.  Just all like the simple

CONF E.H. (████████)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 130

1     A     Yes, sir.

2     Q     Did you ever tell any other -- or any

3   housekeepers at the Red Roof Inn Smyrna that you

4   were having sex in exchange for money or being

5   forced to have sex in exchange for money while

6   there?

7     A     No, sir.

8     Q     Did you ever tell anybody who worked at

9   the Red Roof Inn Smyrna that you were having sex in

10  exchange for money at the hotel or being forced to

11  have sex in exchange for money at the hotel?

12    A     Yes, sir.

13    Q     Who all did you tell?

14    A     So I didn't -- it wasn't that I was being

15  trafficked.  It was more so that my services were

16  available.  And there were two security guard

17  officers at the hotel, and I believe they're also

18  on this list.  One of them I did not -- do not know

19  his name, but he was on the night shift.  And the

20  other one was on the morning shift who at the time

21  I was understanding his name was Marcus.  And he

22  would always keep a lookout and, you know, come see

23  me.  He would come stop by for a quick fix, and

24  keep it -- keep it moving, both of them really.

25            But the one that was -- at the time, I

CONF E.H. (▓▓▓▓▓▓▓▓▓)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 131

1    thought his name was Marcus, he would always just

2    keep me very well-informed, especially at night,

3    especially when he was there just in general.

4    Like, you know, they're doing rounds or the police

5    are around the corner or, you know, you have

6    another group of girls coming in, like, people

7    would always just look out for those things and

8    always keep us posted.

9         Q    All right.  So I think what I asked you

10   was, did you ever tell anybody who worked at the

11   hotel that you were being forced to have sex in

12   exchange for money there, and you said no, but you

13   told two security guards that your services were

14   available?

15        A    My services -- yes, sir.

16        Q    Okay.  And what did you mean by that?

17        A    So I was open for business.

18        Q    Meaning what?

19        A    If they wanted to see me, they could, and

20   to tell their friends about me.

21        Q    And they would have to pay you?

22        A    Yes, sir.

23        Q    And you told that to two security guards

24   at the hotel?

25        A    Yes, sir.

Case 1:21-cv-04278-WMR   Document 174-8   Filed 03/02/23   Page 28 of 68
CONF E.H. (██████████)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 141

1    physique?

2         A     Huh-uh.

3         Q     No?

4         A     No.

5         Q     Okay.  And similar to what you told us

6    about your discussions or conversations with

7    Marcus/Jay, did you tell this other security guard

8    that you were open for business, as you said?

9         A     Initially, I did, and he shot me down.

10   But I believe that he had a conversation with

11   Marcus/Jay, and I guess that changed his mind.

12   After -- I saw them talking one day during a shift

13   change, and after that, he actually approached me

14   and he was like, "Hey, you still open," and we --

15   yeah.

16        Q     Going back for a second with Marcus a/k/a

17   Jay, those three or four times, where did y'all

18   have sex?

19        A     It was in a room at the Red Roof.

20        Q     Those three or four times, did it occur in

21   the same room at the Smyrna Red Roof or different

22   rooms?

23        A     It was different rooms.

24        Q     All right.  Coming back to this second

25   security guard, name unknown, did you ever engage

Page 142

1    in sex with him in exchange for money?

2        A    Twice.

3        Q    Okay.  Where did that occur?

4        A    It was in the room that I had at the time.

5        Q    And do you remember when?

6        A    I don't.

7        Q    Let me see how I can ask this.  Was it --

8    was the first time you had sex with the security

9    guard after the last time you had sex with Marcus?

10       A    I don't remember.

11       Q    Okay.  Do you believe it was around 2015

12   with this second security guard as well or some

13   time otherwise?

14       A    It might have been.  I don't really

15   remember.  I think --

16       Q    When you --

17       A    Sorry.  I think that's the moment where,

18   like, the time frame starts, like, colliding

19   together.  I just -- it's all like mush.

20       Q    When you saw this second security guard,

21   not Marcus, at the Red Roof Inn, was he similarly

22   in an all black uniform that said security?

23       A    Yes, sir.

24       Q    Did he also wear a hat?

25       A    I don't think he wore a ball cap, but I

Page 148

1    Q    That other one typically worked the day

2  shift?

3    A    Yes, sir.

4    Q    Okay.  Those security guards, were they

5  armed security guards or unarmed?

6    A    I don't remember.  I don't think I really

7  paid attention to that.

8    Q    Okay.  Next up on this list there's

9  somebody identified as, quote, husband of the

10 owner.  Do you see that?

11   A    Yes, sir.

12   Q    Do you know somebody as the, quote,

13 husband of the owner who knows about your

14 allegations of sex trafficking?

15   A    I don't know if he knows the allegations,

16 but I do remember discussing this person.

17   Q    Okay.  Who is this person?

18   A    The husband of the owner.

19   Q    And the owner of what?

20   A    The Red Roof.

21   Q    All right.  So this is a man?

22   A    Yes, sir.

23   Q    Okay.  Do you know his name?

24   A    No, I don't.

25   Q    Can you describe him?

CONF E.H. (⬛⬛⬛⬛⬛⬛)                October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 149

1      A    He was a bit taller, slightly lanky.

2  Usually seen him he had a button-down on, some form

3  of dress pants and dress shoes.  He was more of an

4  Indian descent.  Shorter, clean-cut hair.

5      Q    Light skinned, dark skinned, medium?

6      A    More on the lighter side.

7      Q    And you said a bit taller.  A bit taller

8  than what or who?

9      A    Shorter than you.

10      Q    Shorter than me, okay.

11      A    Yeah.

12      Q    A bit taller than you yourself?

13      A    Yeah.

14      Q    Okay.  Somewhere between your height and

15  my height?

16      A    Yeah.  Probably like in the middle.

17      Q    Okay.  How tall are you again?

18      A    5'5 1/2".

19      Q    Okay.  Anything else you can remember

20  about his appearance?

21      A    No.  He had a thick accent, but that was

22  honestly probably about it.  But other than that,

23  no.

24      Q    And you said slightly lanky?

25      A    Yeah.

Case 1:21-cv-04278-WMR   Document 174-8   Filed 03/02/23   Page 32 of 68
CONF E.H. (▮▮▮▮▮▮▮▮▮▮)            October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 150

```
 1      Q    So kind of tall and skinny?

 2      A    Yeah.

 3      Q    Kind of like me?

 4      A    Yeah.

 5      Q    Okay.  You can say it.

 6      A    Sorry.

 7      Q    Okay.  How about facial hair?

 8      A    I never saw him with any.

 9      Q    Clean shaven?

10      A    Yes, sir.

11      Q    Okay.  Any tattoos, scars, markings you

12  can remember?

13      A    Not that comes right away, no.

14      Q    Did he wear a hat or any kind of head

15  covering or turban or anything like that?

16      A    No, sir.

17      Q    Glasses, no glasses?

18      A    I never saw him with any.

19      Q    Tell me about your conversation or

20  conversations with this individual wherein you came

21  to know him as the husband of the owner.  How did

22  that come up?

23      A    So initially, ▮▮▮▮▮▮▮ would have gotten

24  the room initially with -- I believe he was at the

25  front desk.
```

Page 151

1      Q      "He" who?

2      A      The husband of the wife -- the husband of

3  the wife?  Of course.  The husband of the owner.

4  Sorry.

5      Q      Okay.

6      A      And I believe at one point ▮▮▮▮▮▮ had

7  either went downtown or I think he went to go take

8  one of the girls on a outcall.  And I had went to

9  Target, and I'm pretty sure I saw the husband of

10 the owner and another Indian guy out there talking.

11     Q      Outside of Target?

12     A      Outside of the Red Roof.

13     Q      Okay.

14     A      And when I was talking -- when they were

15 talking, I had walked by.  Well, I had a trick that

16 was outside.  And I'm pretty sure that the husband

17 of the owner had said something to the trick like

18 he couldn't be parked there, for whatever reason,

19 because he had never seen him before or something

20 like that.  He hadn't had a room key.  He was just

21 saying something to my trick basically.

22            And so I saw my trick.  Well, later on, I

23 was walking my dog who was Boss at the time, and

24 I'm pretty sure he was out there at that time and

25 was like, "You know, you can't really be walking

Page 152

1    the dog outside.  Like you need to make sure you

2    pick up the poop."  And so that was our first

3    actual, like, interaction.

4              The next morning, █████████ had to go help

5    █████ out with a few things, so I ended up having

6    to go pay for the room.  And I guess ████████ had

7    said something to him as well.  And he also at one

8    point pretty much called me, I guess, through one

9    of the lists, the websites that I had posted on in

10   between that.

11             And when I started paying for the room, he

12   would give me a key, and -- you know, with a room

13   number on it.  And I would get, like, instructions

14   to meet him at a room, and he would pay me like

15   $300 for that one visit.  And we would have our

16   visit.  And sometimes he would, you know, just talk

17   about the different conversations, like the

18   different problems in his areas of his life.

19             And when I asked him at one point, you

20   know, why he was having so many problems with his

21   wife, it was basically the conversation -- the

22   conversation was basically about that she was,

23   like, controlling the place a different way than he

24   wanted it to.

25             I mean, I really don't remember much after

CONF E.H. (▓▓▓▓▓▓▓▓)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 153

1   that.  I do know that most of the times we met, it

2   was always through a card similar to the security

3   officer.

4        Q    It was through a card?

5        A    Like the room key, like we would get the

6   room key -- I would get the room key, and we would

7   go to the room.

8        Q    Okay.

9        A    He would, like, tell me, like, either what

10  time or what day to come.

11       Q    Okay.  What I want to know is:  How did

12  you come to believe or learn that he was a husband

13  of the owner?

14       A    That's what he said.

15       Q    He said, "I'm the husband of the owner"?

16       A    Yeah.  But he -- I never saw really a

17  female working down in the front, so to me, that

18  also didn't really make sense.

19       Q    But that's what he told you?

20       A    Yes, sir.  It's kind of like the corporate

21  buyer.  I mean, they both say one thing, but you

22  really don't know.

23       Q    Well, I -- and I'm just wanting to know

24  what you know or believed at the time.  So I guess,

25  tell me -- I'm missing a step, I suppose, in

Case 1:21-cv-04278-WMR   Document 174-8   Filed 03/02/23   Page 36 of 68
CONF E.H. (███████████)          October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 157

1    whatever sex act he paid for?

2         A    Yes, sir.

3         Q    At the time, whenever it was between 2014

4    and 2018, that you were interacting with this man,

5    at that time, did you believe that he was a husband

6    of the owner of the hotel?

7         A    I don't know what I believed because I was

8    really just trying to get the money so that I could

9    get  ████████  off my back.

10        Q    How about now, do you sitting here now

11   believe that that man was a husband -- or the

12   husband of the owner of the Smyrna Red Roof Inn?

13        A    Probably not.

14        Q    And you said he mostly wore a button-down;

15   is that right?

16        A    Yes, sir.

17        Q    Did he wear anything that said Red Roof?

18        A    I don't remember.

19        Q    Did you ever -- did you ever see him

20   behind the desk in the front office?

21        A    Yes.

22        Q    Did you ever hand him money for a room at

23   the front office?

24        A    Yes.

25        Q    Did you ever hand him your ID in the front

Case 1:21-cv-04278-WMR   Document 174-8   Filed 03/02/23   Page 37 of 68
CONF E.H. (          )                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 162

1    individual more than once in a day?

2         A    No.

3         Q    Okay.  That being the case, how many total

4    days or interactions with this individual did you

5    have where you had sex with this individual?  Is it

6    between two and five?

7         A    Yeah.

8         Q    Okay.  Were there times when -- it goes on

9    into here in page 13 and says, under the general

10   description, "He would also warn E.H. if he

11   suspected a sting operation at the Smyrna Red Roof

12   Inn."

13             Do you see that?

14        A    He would call, call the room.

15        Q    Let's start with this.  Do you see it on

16   the page?

17        A    Oh, yes, sir.

18        Q    Okay.  All right.  Were there times when

19   this individual told you about his suspicions of a

20   sting operation?

21        A    Yes, sir.

22        Q    When did that happen?

23        A    So depending on when he was there, if

24   there was suspicions, we would get a call either

25   early in the morning or, like, middle of the

Case 1:21-cv-04278-WMR   Document 174-8   Filed 03/02/23   Page 38 of 68
CONF E.H. (⬛⬛⬛⬛⬛⬛)                      October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 163

1    afternoon.  If I wasn't the one to answer the

2    phone, then ⬛⬛⬛⬛⬛ was.

3        Q    Did this individual ever call you and say,

4    "Hey, I think," something to the effect of "I think

5    there's going to be a sting" or "I have suspicions

6    about a sting operation"?

7        A    I believe I got one call from him.

8        Q    One call?

9        A    Yes, sir.

10       Q    Okay.  What do you remember from that one

11   call?

12       A    I just remember somebody saying to watch

13   your back, and there was a dial tone.

14       Q    You say somebody said that.  Do you know

15   who it was?

16       A    It sounded like his voice, so I assumed it

17   was his.

18       Q    Okay.  And that somebody that you believed

19   was this man --

20       A    The husband of the owner.

21       Q    -- who called himself the husband of the

22   owner, he said, "Watch your back"?

23       A    Yes, sir.

24       Q    And then hung up?

25       A    Yes, sir.

CONF E.H. (████████████)                October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 200

1   we'll understand those were times when you had sex
2   with individuals in exchange for money or something
3   of value and not -- not while under the control of
4   any pimp or trafficker; is that fair?
5        A    Yes, sir.
6        Q    Okay.  When have you, Ms. ██████ engaged
7   in independent work?
8        A    There was a very short, short time frame.
9   I'm not exactly sure on exactly how long that time
10   frame was.  There was a moment where I got
11   arrested, and when I had gotten out, it was -- they
12   sentenced me with probation, so I got out, and I
13   didn't call ████████  So instead I ended up -- I
14   don't remember how I met her, but I ended up
15   meeting this girl, and me and her messed around a
16   few times and --
17        Q    Like you two slept together?
18        A    Yes, sir.
19        Q    Okay.
20        A    And on April 20th, we were at a hotel in
21   Lawrenceville, and we were smoking.  And eventually
22   the police pretty much knocked on our door, and we
23   went to jail that day.
24             And I had a bond.  With that bond, I
25   didn't know really who else to call.  I was too

CONF E.H. (████████████)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 201

1   ashamed to call my mother.  And to be quite frank,
2   I mean, mentally, I didn't want to go home.  I was
3   very addicted to cocaine at the time.
4           So what I did was I called ████████ and he
5   came and bonded me out.  Had a sack of cocaine with
6   him, and he gave it to me.  And when he, you know,
7   gave it to me, I went right back.  And so that
8   short time frame ended from my independent work.
9       Q    Okay.  And I know at one point you said
10  this was around April the 20th.  Do you know what
11  year?
12      A    I don't remember what year.  I know
13  there's a, I believe, arrest record that you guys
14  already have from April 20th, but that's -- it
15  should have, I guess, the year on it.
16      Q    And what were you charged with at that
17  time?
18      A    I think it was obstruction, possession of,
19  like, a straw or something, I think, with cocaine
20  residue on it.
21      Q    What about possession of marijuana?
22      A    I think I had that, too.
23      Q    It was 420, right?
24      A    Yes, sir.  It was -- it was -- yeah, the
25  date was actually 4/20.

CONF E.H. (█████████)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 202

1      Q    And who was that other woman?

2      A    ████████

3      Q    How do you spell it?

4      A    I think it's ████████.

5      Q    Do you know her last name?

6      A    K.  I'm not actually sure of the actual

7    last name.

8      Q    Have you ever heard the last name ████

█  ████████

10     A    Yeah, yeah.

11     Q    Do you believe that's her?

12     A    Yeah.

13     Q    Okay.  And so I guess you were telling me

14   about the short time frame in which you did some

15   independent work.  So -- and it sounds like it

16   happened when -- during a period when you bonded

17   out from jail, you didn't go back to ████████ you

18   met up with this girl, ████████ and the two of you

19   hooked up, but then did you also have sex with

20   other people and receive money?

21     A    It was just one day.  I did it for, like,

22   literally one day.

23     Q    Okay.  And during that one day, did you

24   have sex with other men and they paid you?

25     A    Yes, sir.

Page 234

```
 1      A    Yes, sir.

 2      Q    Okay.  And tell me what you remember about

 3   getting to and arriving at the Drury Inn.

 4      A    So we get there, and it's █████ or ████████

 5   whatever her name is, and I think, like, I think

 6   █████████ was there, too, and █████████ was there.  And

 7   they were like -- the girls were, like, doing their

 8   makeup and stuff.

 9      Q    In a room?

10      A    Yeah.

11      Q    In a guest room?

12      A    Yes, sir.

13      Q    Okay.

14      A    And then I think -- I believe that ████████

15   was constantly answering her phone, like it was

16   constantly ringing.  And every time it would ring,

17   she would be like, either walk out of the room or

18   she would walk into the bathroom, you know, just

19   somewhere secluded where she could clearly take her

20   conversation wherever she needed to, I guess.

21      Q    Right.

22      A    And so I had saw ██████████ and I met him,

23   and we, you know, introduced ourselves or whatever.

24   And so he gave me a dress.  And so I put the dress

25   on, and ████████ came out, she did my makeup, she did
```

Case 1:21-cv-04278-WMR   Document 174-8   Filed 03/02/23   Page 43 of 68
CONF E.H. (███████████)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 235

1    my hair.  And we took a few pictures and --

2         Q    In the guest room?

3         A    Yeah, in the -- in the room.  And, I mean,

4    to be completely honest, that's really all I, like,

5    remember.  All the rest of it is pretty much a

6    blur.

7              We took pictures.  And, I mean, I don't

8    really remember what happened the rest of that day.

9    I know we came back, me and ███████ we came back

10   when █████ was no longer there.  I think they had

11   went on a outcall or something like that.

12        Q    At some point, ██████ left?

13        A    Yeah, yes, sir.

14        Q    Okay.

15        A    I think -- I think me and her ended up

16   both having sex with ████████

17        Q    That first day?

18        A    Yeah, I believe we both had sex with him.

19        Q    How did that come about?

20        A    I don't remember.  I don't remember.

21   Like, I really don't remember.

22        Q    Were there any drugs that first day?

23        A    Alcohol, there was lots, lots of alcohol.

24        Q    Okay.

25        A    I was very stiff during the dress shoot.

CONF E.H. (█████████)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

                                                    Page 236

1    And █████ had given me some alcohol to, I guess,

2    help loosen me up and...

3         Q    And at some point, you believe that you

4    and █████ both had sex with ███████ at the Drury

5    Inn?

6         A    Yes, sir.

7         Q    Okay.  And then at some point that same

8    day, you and ███████ left?

9         A    Yes, sir.

10        Q    And you went back to your mom's house?

11        A    I honestly don't remember where I went

12   back to.  But I know we eventually went back when

13   ███████ was no longer there and had sex with him and

14   then we left.  I don't -- yeah, I don't literally

15   remember at all where I went to --

16        Q    Okay.

17        A    -- after that.

18        Q    How long after that first encounter with

19   Mr. █████ and then you left with ███████ did you

20   then see him again?

21        A    I think I did one more shoot with him.

22        Q    When?

23        A    I think it was like the next day or the

24   day after maybe.  I'm not sure 100 percent.

25        Q    That second encounter with Mr. ███████ did

CONF E.H. (▓▓▓▓▓▓▓)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 237

1    you have sex with him that second day -- or second
2    time?
3        A    Not initially.
4        Q    What does that mean?
5        A    I got drunk, and when I drink too much, I
6    get giddy.  And I thought that he was showing
7    interest, like sincere interest in me, I guess.  I
8    remember he was making me feel very pretty.  And
9    so, you know, we did end up having sex.
10       Q    That day that you saw him the second time?
11       A    Yes, sir.
12       Q    Okay.  When you said "not initially," you
13   just meant not the moment you first saw him on the
14   second time?
15       A    I mean, he -- it took him, like, a few
16   hours --
17       Q    I see.
18       A    -- for me to actually give in.  Like, I
19   felt out of place.  I didn't understand what was up
20   with the phone calls.  You know, everything was
21   very secretive.
22            And at the time, I -- you know, I wanted
23   an escape from home.  I wanted an escape from the
24   pain from, like, past me had already endured.  And
25   every time I was at Paula's house, that's all I

Page 238

1    saw.  So I didn't want to be there anymore.  So in

2    a sense, you could say that the one handsome person

3    that showed me affection, showed me attention, made

4    me feel good, I was the guinea pig and I fell for

5    it.

6           I -- you know, I keep on saying it, and

7    I'll just say it again, I was cracked like hell

8    when I went in to sex trafficking because of the

9    traumatic experiences I had as a child.  But being

10   trafficked broke me in ways that I will never be

11   able to, like, verbally explain all the way around.

12          But that moment, I saw the opportunity, I

13   saw the escape, I saw an option that maybe somebody

14   actually cares about me and maybe he'll actually

15   love me, and so I ran with the idea.  And next

16   thing I know, I'm making dates.

17   Q      Where did you see Mr. ████     the second

18   time?

19   A      It was the Drury Inn.

20   Q      The Drury Inn again?

21   A      (Witness nods head.)

22   Q      And how long after that second time were

23   you -- did you have a trick and a date?

24   A      Probably within a week.

25   Q      So tell me what happened in that probably

CONF E.H. (███████████)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 239

1    week or so when you went from just taking sexy

2    photos, I'm having some drinks, I'm having sex with

3    this guy who seems to be showing interest in me, to

4    now I'm going to be having sex with other people?

5        A    Can you -- can you rephrase that for me,

6    please?

7        Q    Sure.  What I'd like to know is what

8    happened or transpired in that week or so wherein

9    you went from seeing  ████████  at the Drury Inn and

10   you had sex with him and you told us you felt like

11   he was showing genuine affection towards you, and

12   you were responding to that, to then about a week

13   later, you're seeing a trick, you're going on a

14   date, you're having sex with somebody else for

15   money?  How did things evolve to that?

16       A    There was that small window, people were

17   buying my pictures on some website, I don't even

18   know what it was, like genuinely buying my photos

19   of just me, like, sitting in a chair.  And I had no

20   idea that's what he was doing at first.  You know,

21   we were just, like, hanging out, and we would smoke

22   a blunt.

23       Q    You didn't know he was selling the photos

24   he took of you?

25       A    No, I didn't.

CONF E.H. (███████████)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 240

```
 1        Q     When ███████ told you that she knew a way
 2   that you could have fun and make some money taking
 3   sexy photos --
 4        A     I thought --
 5        Q     Hang on.  Just what did you understand
 6   that to mean?
 7        A     I thought that he would take photos of me
 8   and pay me for them, not, you know, sell them to
 9   somebody else.  It's different if you're putting it
10   in a art gallery, you know, full of naked women,
11   but not just some random -- not -- you tell me; you
12   know, you don't hide it.
13        Q     So you thought you -- that just ████████
14   was going to pay you for the opportunity of taking
15   photos of you; is that fair?
16        A     Yes.
17        Q     Okay.  Not that he would then sell them,
18   other people would pay for them, and then that
19   would be how you got paid?
20        A     Right.
21        Q     Did you take any photographs on that
22   second encounter with Mr. ██████?
23        A     No, it was all sex.
24        Q     In the first encounter where you did take
25   photos with Mr. ██████ was he the one who took the
```

CONF E.H. (███████)          October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 241

1    photos?

2        A    Yes.

3        Q    Were there any other men there?

4        A    No, sir.

5        Q    Did you take any photos naked that first

6    time?

7        A    Yes, I did.

8        Q    Okay.  All right.  And so in that week or

9    so that you were telling me after the second

10   encounter with Mr. ██████ was he giving you money?

11       A    Yes, he was, but it wasn't a lot.

12       Q    But it wasn't, I'm sorry, what?

13       A    It wasn't a lot.

14       Q    It wasn't a lot, okay.  And he said that

15   that money was from people buying your photos?

16       A    Yes.

17       Q    From some website?

18       A    Yes.

19       Q    All right.  Let's keep going with the

20   story.  So how did it go from now he's paying you

21   some money and then how does that evolve into you

22   seeing tricks?

23       A     He -- after -- on that second day, we're

24   laying in the hotel room bed, and he says to me, he

25   says, "I know this big guy down in Birmingham, and

Case 1:21-cv-04278-WMR  Document 174-8  Filed 03/02/23  Page 50 of 68
CONF E.H. (⬛⬛⬛⬛⬛⬛)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 242

1   he's known really, really well."  He says, "If I

2   tell you to take a trip with me, would you do it?"

3            And I was like, "Yeah.  I mean, you know,

4   like, what am I getting out of it, you know what I

5   mean?  Like what -- I barely even know you, but I'm

6   like, what am I, you know..."

7            And he says, he says, "Don't worry, the

8   money will be worth it."

9            And so I was like, "Okay.  But it's still

10  so far away.  I was like, let me -- let me talk to

11  my mom and see what she thinks, right?"

12           And so I did.  I eventually talked to my

13  mom, but I told her it was a modeling thing

14  because, in a sense, that's what I thought it was.

15       Q    In another sense, did you not think that

16  she would approve of you going to Birmingham with

17  some guy you just met?

18       A    She probably would have disagreed.  But we

19  all have our demons.

20       Q    Yeah.  You were also an adult at that

21  time, right?

22           MR. BAUMRIND:  Object to the form.

23       A    My mom thought I was a very pretty girl.

24  So any opportunity to exploit that prettiness as an

25  adult, she would have wanted me to go for it.

CONF E.H. (███████████)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 245

1        A       Yes.

2        Q       -- all in the Hoover, Birmingham, area?

3        A       Yes.

4        Q       All right.  What happened next?

5        A       So he's gone.

6        Q       "He" being ███████████

7        A       Yeah, yes, sir.  We -- he had dropped me

8   off at the hotel.  He was like, look, I'll be back,

9   I got to go handle some business.  And I asked him,

10  like, you know, why couldn't I be in the room with

11  the other girls?

12              And he was like, "We'll talk about it

13  later."

14              And I was like, "Okay, that's really

15  suspicious.  You know, like, that doesn't really

16  make sense."

17              So I ended up calling my mom, you know,

18  and I was crying to her because I was like, dang,

19  like, I'm all the way out here, and I think -- now

20  I'm starting to think, like, it's kind of a scam.

21              And he comes back or whatever, probably

22  like an hour or two, and I had done finished my

23  conversation with my mom.  And, you know, he -- I'm

24  just going to say he seduced me because, I mean, in

25  a -- in a sense, he really -- no, he really did.

Case 1:21-cv-04278-WMR  Document 174-8  Filed 03/02/23  Page 52 of 68
CONF E.H. (⬛⬛⬛⬛⬛⬛⬛⬛)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 246

1   He comes back -- he comes back and what he called

2   it was made love, but that -- that wasn't love.

3   That wasn't love.

4          And he asked me, he says, "Hey, if I ask

5   you to do something, will you do it?"  It's always

6   how he got me, just every time, "Hey, if I ask

7   you -- if I ask you for something, will you do it?"

8   It was like his logo.

9          And I was like, "It depends on what it

10  is."

11     Q    Fair response.

12     A    And he was like, "So the big guy I told

13  you about wants to know if he paid you, would you

14  have sex with him?"

15         And I said, "I don't know about that.

16  That's a bit of a stretch.  Like, you know, you and

17  I having sex, like, that's weird, you know what I

18  mean?  Like I'm not, like, an everybody type of

19  girl."

20         And he was like, "You like me, right?"

21         And I was like, "Of course, I like you,

22  you know what I mean?  Like clearly I like you or

23  else I wouldn't be here."

24         He was like, "How much?"

25         And I was like, "A lot," you know.

Case 1:21-cv-04278-WMR   Document 174-8   Filed 03/02/23   Page 53 of 68
CONF E.H. (███████████)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 247

1          And so he goes and gets a bottle of
2   liquor.  He comes back.  We start taking shots.  We
3   have sex again.  And as he's holding me and kissing
4   me on the back of my neck, he says, "So how about
5   it?  You going to do it?"
6          And I said, "Yes."  I said, "Yes."
7          And the moment I did it, and I asked him
8   why he was asking me for the money, he beat me.  He
9   beat me so bad.  And then I knew exactly what I
10  signed up for.
11          MR. BAUMRIND:  Can we take a break?  Let's
12  take a break.
13          MR. REAM:  All right.  Let's take a quick
14  break, Ms. ███████.
15          THE VIDEOGRAPHER:  Off the video record at
16  4:58 p.m.
17          (Recess from 4:58 to 5:25 p.m.)
18          THE VIDEOGRAPHER:  Back on the video
19  record at 5:25 p.m.
20  BY MR. REAM:
21     Q    All right.  Ms. ███████ when we left off,
22  we were talking about the time in which your sex
23  trafficking started.  And it started in
24  Hoover/Birmingham, Alabama; is that right?
25     A    Yes, sir.

Page 249

 1      Q     Okay.

 2      A     I think it was a Hilton.

 3      Q     All right.  And ███████ said he wanted you

 4   to have sex with people for money?

 5      A     Yes.

 6      Q     And you eventually agreed to that?

 7      A     Yes, sir.

 8      Q     Okay.  And then you were telling us how he

 9   beat you up.  Did that happen before or after the

10   trick?

11      A     It was after the trick.  It was the big

12   boss guy from a modeling agency that he knew out in

13   Birmingham who wanted to pay to sleep with me.

14      Q     Was he, that big boss guy, actually part

15   of any modeling agency, as far as you know?

16      A     From my knowledge, yes.  But after he

17   slept with me, he didn't -- wanted nothing to do

18   with me adding to his modeling agency.

19      Q     So he slept with you just that one time?

20      A     Yes, sir.

21      Q     The very first trick you ever had?

22      A     Yes, sir.

23      Q     Or I guess the very first trick you ever

24   actually had sex with?

25      A     Yes, sir.

Page 250

```
1        Q    Not counting the one at the Motel 6 where

2    things were sort of set up, but you never actually

3    had sex with him because the police came, right?

4        A    Yes, sir.

5        Q    All right.  And so after you had sex with

6    this big boss guy in Alabama and -- do you remember

7    what he paid you?

8        A    I don't.

9        Q    Do you remember what sort of sex acts you

10   actually performed?

11       A    Not really.  I think it was just regular

12   intercourse.

13       Q    Okay.  And so did -- when you finished

14   with this big boss guy, did he hand you the money,

15   did he leave it on the table or nightstand or

16   something?

17       A    It was the bedside table.

18       Q    He left it on the bedside table, and then

19   that gentleman left?

20       A    Yes, sir.

21       Q    And did y'all have sex at that same hotel

22   where you were previously with Mr. ▮▮▮▮▮ the -- I

23   think you believed it was a Hilton?

24       A    Yes, sir.

25       Q    Okay.  Where did Mr. ▮▮▮▮▮ go, if you
```

Case 1:21-cv-04278-WMR   Document 174-8   Filed 03/02/23   Page 56 of 68
CONF E.H. (███████████)          October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 251

1    know, while you were with the big boss man?

2         A    I have no idea.

3         Q    He didn't stay in the room?

4         A    No.

5         Q    Okay.  How long after the big boss guy

6    left did ████████ come back?

7         A    He came back about 15 minutes after I

8    had -- he had texted -- told me prior to meeting

9    with him, that once we were finished, to just

10   either call or text him once I was done.  And to

11   make sure I had taken a shower and that I was clean

12   because he wanted me, too.  And so I would take the

13   shower, and he would come back up, and when he came

14   in, I had already put the money up and --

15        Q    Like in your purse or something?

16        A    Yeah.  I was like, you know, I just did

17   this, this is my tip.

18        Q    This is my money?

19        A    Excuse me.  Yeah.  And so when he comes

20   in, I see him, and I'm in -- I'm in a towel because

21   I'm like, okay, you know, he wanted me, too.  So,

22   you know, this is -- that's why I did it in general

23   because I want to make him happy type ordeal,

24   right?

25             And he -- instead of giving me a hug or a

Page 252

```
 1   kiss or some type of the normal affection that he

 2   had showed me previously, it was, "Where is my

 3   money?"

 4           And I just looked at him like, basically,

 5   like, what?  Like, you know, like, I was confused.

 6   I didn't understand what he was asking me.  And

 7   when I asked him that, he pretty much grabbed me

 8   and started hitting me in my abdomen asking me to

 9   give him his fucking money because I got put on by

10   him.  He put me on.

11           And so I -- after he was done beating me

12   up, I pretty much got up when he told me to get up

13   and he was done, and I got the money and I gave it

14   to him, and he walked out.  He took it from me and

15   he walked out, and probably didn't come back for,

16   like, another two hours.

17       Q    What did you do during that time?

18       A    I took another shower.  I sat in the tub

19   probably for about 45 minutes.  I sat there until

20   the water literally was ice cold running over my

21   back.  I was so confused.

22           And when I was pretty much getting out of

23   the shower, and I was about halfway dressed,

24   █████   walks back in.  And he has this look in his

25   face, like, his -- like his face is no longer
```

Page 253

1   hardened.  It's, like, sad, like a grief struck

2   face.  Like, you know, like, he saw me, it was like

3   damn, like, I hurt her type face.  I don't really

4   know how to explain that.  But, like, it was a look

5   like he felt bad, you know.

6        Q    Okay.

7        A    And he walks in, and he puts his arms

8   around me, and he grabs -- he grabs my chin, and he

9   makes me look at him, and he says, "I'm sorry," he

10  says, "can we try again?"

11            And I said, "Okay."  I said, "Okay."

12       Q    When you said okay to him asking, "Can we

13  try again," what did you understand him to mean at

14  that time?

15       A    I thought he was talking about us.  I

16  thought he was saying sorry for hurting me, but he

17  wasn't.  He definitely wasn't.

18       Q    Did you see other tricks that day in

19  Birmingham/Hoover?

20       A    No.

21       Q    Did you see any the next day?

22       A    I don't -- I don't even remember.

23       Q    Do you remember how long it was after that

24  first encounter with the big boss man, as you said,

25  that you then saw your next trick?

CONF E.H. (⬛⬛⬛⬛⬛⬛)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 254

1      A     I don't remember how soon after it was.

2    But I don't think it was that -- I don't think it

3    was that much longer afterward.

4      Q     And was it still in Birmingham/Hoover

5    area?

6      A     I think we had moved.  I think that's

7    one -- I thing we had moved to Tuscaloosa.  It was

8    another, you know, few days of laying up and, you

9    know, telling me how sorry he was.  And, like, he

10   was giving me hot baths and, like, putting ointment

11   on my bruises and, you know, like, trying to hurry

12   up and, like, heal me, I guess, so he could use me

13   again.  That's how I look at it now, you know.

14     Q     Sure.

15     A     At the moment -- the moment that I was

16   healed, I mean, you know, it was the same thing.

17   It was, "Hey, babe, I got somebody else, you know."

18   "Hey, babe, I got somebody else."  It was --

19     Q     And by that, he meant he had another trick

20   for you?

21     A     Yeah, yeah.  And, you know, at one point,

22   I guess he had fed me with enough lies and he had

23   me wrapped around his finger without a doubt.  I

24   did anything for him.  It didn't matter what it

25   was; I would do it.  I did, I did do it.

CONF E.H. (⬛⬛⬛⬛⬛⬛)                     October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 256

1      A     Yeah.  And I liked it a lot.  And, you

2   know, I tried to hide it from my mom, and she

3   eventually found out about it, but...

4      Q     Other than marijuana, did you ever use any

5   other drugs before your period of trafficking?

6      A     No.

7      Q     During your time period of trafficking,

8   were there drugs that you started taking -- we

9   talked briefly about cocaine, but were there other

10  drugs that you started taking besides marijuana?

11     A     No, just the cocaine.

12     Q     Just marijuana and cocaine?

13     A     Yes, sir.

14     Q     After your trafficking period ended, have

15  you used any other drugs?

16     A     I have occasionally smoked marijuana.  On

17  a daily, I smoke a Delta 10 pen.  You can buy them

18  at the corner store, so it's legal.  So in that

19  case, I guess it's not an illegal substance.

20          And to help me sleep at night and help

21  with my anxiety, I have a beer every night before I

22  go to sleep.  But I think the normal American

23  drinks a beer at least once every night.

24     Q     Other than marijuana and cocaine, did you

25  ever use any other drugs during your trafficking

Case 1:21-cv-04278-WMR   Document 174-8   Filed 03/02/23   Page 61 of 68
CONF E.H. (████████████)          October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 257

1   period?

2       A    Yes.

3       Q    Okay.  What others?

4       A    When I could not find cocaine, I tried

5   Molly.  I did Ecstasy.  I tried crystal meth.  I

6   took Percocets, pills.  I mean, the only drugs that

7   I have actually never done is probably heroin and

8   crack cocaine.

9       Q    Never had heroin and never had crack?

10      A    Never.  And I've never injected myself

11  with a needle.

12      Q    Okay.  You never injected any cocaine?

13      A    Never.

14      Q    Okay.  Let me bring you forward in time.

15  What -- let me start again.

16           In those first few days when you were with

17  Mr. ██████  in Birmingham and Hoover, and he started

18  making you have sex with people for money, did you

19  ever call your mom or call anybody for help?

20      A    No.

21      Q    During the period of your trafficking, did

22  you ever call any -- excuse me -- did you ever call

23  any 911 or police department for help?

24      A    No.

25      Q    Did you ever tell, during the period of

CONF E.H. (▓▓▓▓▓▓▓▓▓)          October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 258

1    your trafficking, any doctors or medical providers

2    what you were being forced to do or subjected to?

3         A    No.

4         Q    During any of your court appearances

5    during your period of trafficking, did you ever

6    tell any judges or judicial staff that you yourself

7    were a victim and being forced to have sex with

8    people for money?

9         A    No.

10        Q    Did you ever tell any of your POs?

11        A    No.

12        Q    And did you ever tell any -- did you ever

13   tell any hotel employee at any hotel that you were

14   at during your period of trafficking that you were

15   being held against your will?

16        A    No.

17        Q    Did you ever tell any hotel employee that

18   you were being forced or threatened or coerced into

19   having sex with people for money?

20        A    No.

21        Q    Did you ever tell any hotel employee

22   during your trafficking period that you needed help

23   to get away from somebody?

24        A    No.

25        Q    Tell me what you can -- well, I want to

Case 1:21-cv-04278-WMR   Document 174-8   Filed 03/02/23   Page 63 of 68
CONF E.H. (████████)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 259

1    talk about the Smyrna Red Roof Inn.  I think we've

2    got a sense of how things started and how things

3    ended.  And I know you told us earlier that in some

4    time in 2014 is when you were first at the Smyrna

5    Red Roof Inn and had sex with somebody for money;

6    is that right?

7         A    Yes.

8         Q    Having sat here for a little while today,

9    any more concrete memories about when in 2014 you

10   were first at the Red Roof Smyrna?

11        A    No, sir.

12        Q    Okay.  I want to ask you how many -- how

13   many times, how many different stays, have you had

14   at the Smyrna Red Roof Inn between whenever you

15   were first there in 2014 and the last time that you

16   were there under ████████ control in September of

17   2018?

18             MR. BAUMRIND:  Object to the form.

19             MR. REAM:  Basis?

20             MR. BAUMRIND:  Well, I don't know if the

21   definition of "stays" is clear.  I think you

22   defined it previously, and that would maybe be

23   helpful so that she's giving an answer --

24        A    Yeah.

25   BY MR. REAM:

CONF E.H. (███████████)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 261

1        Q    Were there times you were at the Smyrna

2   Red Roof Inn for just one day, and then the next

3   day you went somewhere else?

4        A    Yes.

5        Q    Were there times you were at the Smyrna

6   Red Roof Inn for more than one day?

7        A    Yes.

8        Q    And between 2014 and September of 2018,

9   what's the longest number of days, consecutive

10   days, that you stayed at the Smyrna Red Roof Inn?

11        A    Six.

12        Q    When did that happen?

13        A    Six, that was closer to 2018.  So when we

14   started going in 2014, the visits were shorter.  So

15   sometimes it would be a day; sometimes it would be

16   two days; and we'd come back two days later.

17             But then as time went by, and ████████ had

18   a bunch of different things going on, he started

19   kind of leaving me at the hotel more.  And I was

20   still scared, like, shitless to even attempt to try

21   and leave, you know.

22             So he would come back and get me and then,

23   you know, if things needed to die down, then we

24   would go somewhere for the night or for the week

25   and then come back.

CONF E.H. (█████████████)                     October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 262

1      Q     All right.  I want to ask you, Ms. ███████

2   about your stays at the Red Roof Inn.  And by that,

3   I mean, if it was for one day and you left, I would

4   consider that a stay.  If you slept overnight

5   consecutive days at the Red Roof Inn, I would

6   consider that one stay as well.

7      A     Okay.

8      Q     Do you know how many different stays you

9   had at the Red Roof Inn Smyrna from 2014 to 2018?

10     A     No, sir.

11     Q     Can you give me your best estimate on

12   that?

13     A     Maybe like 10 or 12.

14     Q     Maybe 10 or 12 stays?

15     A     Yeah.

16     Q     And that could be -- a stay could be one

17   day, it could be at most six days --

18     A     Six days.

19     Q     -- correct?

20     A     Yes, sir.

21     Q     Okay.  So I know this isn't the case, but

22   if we assume that you only had one-day stays at the

23   Red Roof Inn Smyrna, using your 10 to 12, that

24   would mean at most 12 days at the Red Roof Inn

25   Smyrna?  Do you follow me there?

Case 1:21-cv-04278-WMR  Document 174-8  Filed 03/02/23  Page 66 of 68
CONF E.H. (███████████)          October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 266

1    BY MR. REAM:

2         Q    Is that part of what you said people saw

3    of you online?

4         A    Yes.

5         Q    And part of what people did not see were,

6    like you said, the lies and manipulation that

7    ██████  told to you, right?

8         A    Yes.

9         Q    People did not see what happened behind

10   closed doors?

11        A    Yes.

12        Q    They did not see him beating you up behind

13   those closed doors, right?

14        A    Right.

15        Q    They did not see you -- well, they did not

16   see you having sex with these people behind those

17   closed doors, right?

18        A    Right.

19        Q    At the time between 2014 -- or even 2012

20   to September of 2018, at that time, Ms. ██████  did

21   you believe that you were a victim of sex

22   trafficking?

23        A    I'm sorry.  Can you repeat that for me?

24        Q    At the time of 2012 through September of

25   2018, your period of alleged sex trafficking, did

Case 1:21-cv-04278-WMR   Document 174-8   Filed 03/02/23   Page 67 of 68
CONF E.H. (███████████)                    October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 267

1    you at that time believe that you yourself were a

2    victim of sex trafficking?

3         A    No, I did not.

4         Q    Do you believe now that you were?

5         A    Yes, I do.

6         Q    When did you come to that realization or

7    belief?

8         A    Clearly, the day my daughter was born.

9         Q    And that was in October 2020, right?

10        A    Yeah.

11        Q    If somebody had identified you as a sex

12   trafficking victim between 2012 and September of

13   2018, given that you didn't think that you were,

14   would you have even believed them?

15             MR. BAUMRIND:  Objection.

16        A    I don't know what to believe from somebody

17   else.  I know it simply for myself.

18   BY MR. REAM:

19        Q    And for you yourself, you didn't view

20   yourself as a sex trafficking victim at that time?

21        A    No, I didn't.  I was very young and

22   gullible.  I was always looking for the easy way

23   out.  And I guess in a sense I thought it was with

24   him from the beginning.

25        Q    Ms. ███████ some people have called sex

CONF E.H. (▓▓▓▓▓▓▓▓)                          October 12, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 326

1                          CERTIFICATE
2     STATE OF GEORGIA:
      COUNTY OF FULTON:
3
4            I hereby certify that the foregoing
      transcript was taken down, as stated in the
5     caption, and the colloquies, questions and answers
      were reduced to typewriting under my direction;
6     that the transcript is a true and correct record of
      the evidence given upon said proceeding.
7
8            I further certify that I am not a relative
      or employee or attorney of any party, nor am I
9     financially interested in the outcome of this
      action.
10
11           I have no relationship of interest in this
      matter which would disqualify me from maintaining
12    my obligation of impartiality in compliance with
      the Code of Professional Ethics.
13
14           I have no direct contract with any party
      in this action and my compensation is based solely
15    on the terms of my subcontractor agreement.
16
17           Nothing in the arrangements made for this
      proceeding impacts my absolute commitment to serve
18    all parties as an impartial officer of the court.
19
20                                          2022.
21
22
23    _____
24    CAROLYN M. CARBONI, RPR, RMR, CCR-B-878
25