```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
 2                    ATLANTA DIVISION
 3    W.K., E.H., M.M., R.P., M.B.,
      D.P., A.F., C.A., R.K., K.P.
 4    and T.H.,
               Plaintiffs,
 5                                   CIVIL ACTION NO.:
      vs.                            1:20-CV-05263-MHC
 6
      RED ROOF INNS, INC.; FMW RRI
 7    NC, LLC; RED ROOF FRANCHISING,
      LLC; RRI WEST MANAGEMENT, LLC;
 8    VAHARI HOTEL, LLC; WESTMONT
      HOSPITALITY GROUP, INC.;
 9    and RRI III, LLC,
               Defendants.
10    ----------------------------------
11
12    JANE DOE 1-4
               Plaintiffs,
13                                   CIVIL ACTION NO.:
      vs.                            1:21-CV-04278-WMR
14    RED ROOF INNS, INC., et al.,
               Defendants.
15
16    ----------------------------------
17            VIDEOTAPED DEPOSITION OF M.K.
                    March 22, 2022
18                     9:49 a.m.
          1960 Satellite Boulevard, Suite 4000
19                  Duluth, Georgia
          Carolyn M. Carboni, RPR, RMR, CCR-B-878
20             Leo Mileman, Videographer
21
22
23
24
25
```

PL Sum. J.

Ex.  009

Page 2

```
 1   APPEARANCES OF COUNSEL:

 2   On behalf of the Plaintiffs in W.K., et al. v. Red

 3   Roof Inns, et al. case:

 4           PATRICK J. McDONOUGH, ESQUIRE

 5           JONATHAN TONGE, ESQUIRE

 6           Andersen Tate & Carr, PC

 7           1960 Satellite Boulevard

 8           Suite 4000

 9           Duluth, Georgia  30097

10           770.822.0900

11

12   On behalf of the Plaintiffs in Jane Doe, et al. v.

13   Westmont Hospitality Group, et al. case:

14           TIANA S. MYKKELTVEDT, ESQUIRE

15           MICHAEL R. BAUMRIND, ESQUIRE

16           JULIANA MESA, ESQUIRE (via Zoom)

17           Bondurant Mixson & Elmore LLP

18           One Atlantic Center

19           Suite 3900

20           1201 West Peachtree Street

21           Atlanta, Georgia  30309

22           404.881.4144

23

24

25
```

Page 3

```
 1   APPEARANCES (Continued):

 2   On behalf of the Defendants Red Roof Inns, Inc.;

 3   FMW RRI NC, LLC; Red Roof Franchising, LLC; RRI

 4   West Management, LLC; Westmont Hospitality Group,

 5   Inc.; and RRI III, LLC:

 6           ADI ALLUSHI, ESQUIRE

 7           PEYTON PATTERSON, ESQUIRE

 8           Lewis Brisbois Bisgaard & Smith LLP

 9           600 Peachtree Street

10           Suite 4700

11           Atlanta, Georgia  30308

12           404.348.8585

13   On behalf of Defendant Sai National Hospitality

14   Ventures in E.F. v. Red Roof Inns, et al. case:

15           C. SHANE KEITH, ESQUIRE

16           Hawkins Parnell & Young, LLP

17           Suite 4000

18           303 Peachtree Street

19           Atlanta, Georgia  30308

20           404.614.7400

21   Also Present:

22           Samantha Girschick (via Zoom)

23           Beth Richardson (via Zoom)

24                       -   -   -

25
```

M.B.  Vs. Redroof Inns

1      A     Yeah, because I remember when I was in

2    Atlanta, they were going through their divorce

3    process.

4      Q     Were you ever abused as a child?

5      A     Yes.

6      Q     By whom?

7      A     Well, what kind of abuse?

8      Q     Well, that was a big, open-ended question,

9    and you said yes.  So you tell me what kind of

10   abuse.

11     A     I would say I was verbally abused at

12   times, physically abused sometimes, and those times

13   when I was sexually abused.

14     Q     Okay.  Let's go through each one of those.

15   Who verbally abused you?

16     A     My aunts and my mother at times.

17     Q     Okay.  And when you say "verbal abuse,"

18   was that just -- was that yelling at you?  Was that

19   calling you names?  Was that bullying you?

20     A     Really just putting me down.

21     Q     Okay.  Bullying?

22     A     Yeah.

23     Q     Okay.  Physical abuse, who physically

24   abused you?

25     A     Well, physical --

March 22, 2022

M.B.  Vs. Redroof Inns

Page 39

1      Q     I'm separating that from sexual.

2      A     Yeah.  So let's take the physical out

3   because no one really, like, physically abused me.

4      Q     Nobody just beat you up?

5      A     Exactly.

6      Q     Okay.

7      A     It was just the sexual abuse that was --

8      Q     ███████████████████████



March 22, 2022

Page 60

```
 1      A      ████████

 2      Q      ████████  okay.  So ██████████  was

 3   driving?

 4      A      Yes.

 5      Q      Go ahead.

 6      A      So he was the one that was driving, and I

 7   don't know why I let him drive, but there was a

 8   police that just appeared behind us fast.  And he

 9   already had some warrants and stuff out for his

10   name.  So then that's when we switched quick, so I

11   took back the driving wheel and he sat in the

12   passenger's seat.

13      Q      While the car was moving?

14      A      Huh?

15      Q      While the car was moving?

16      A      No.  Once we stopped, we just swapped real

17   quick.

18      Q      Okay.

19      A      Yeah.  And I ended up getting arrested.

20      Q      Want to rethink that decision?

21      A      Huh?

22      Q      I said you probably want to rethink that

23   decision right there.

24      A      Yeah.

25      Q      Do you know why -- I mean, just -- it was
```

1    just a suspended license.  Do you know why they

2    arrested you?

3        A    I think the officer was just being -- and

4    it was only suspended for a day and a half.  It

5    was -- it was my tag, though.  Because the whole

6    situation, all of my car stuff was expired, like

7    everything needed to be updated.

8            And I was backed up financially because of

9    the whole back and forth with the jobs.  And so I

10   was just caught in a really bad time, and I guess

11   he just thought I was being irresponsible.

12           And then I think he was also upset that I

13   was with him.  You know, I guess he saw him as,

14   like, oh, you have all this going on and you're

15   with him, so I'm going to take you to jail, that's

16   what it seemed like, because he just took me.

17       Q    Okay.  I don't understand that, I will be

18   honest with you.  I do not understand what you mean

19   by he saw you with him.  I assume you mean --

20       A    Because he took information.

21       Q    Hold on second.  All right.  Hold on a

22   second.

23           When you say he saw you with him, I assume

24   what you're saying is the police officer saw you

25   with ████████

March 22, 2022

Page 64

1      A     Yeah.  I was upset about that.

2      Q     I imagine you were.  How long were you in

3  lockup?

4      A     Three days.

5      Q     Over on Memorial Drive at DeKalb PD?

6      A     I don't remember the address exactly, but

7  DeKalb County.

8      Q     DeKalb County lockup?

9      A     Yeah.

10     Q     Okay.  Had the trafficking started at this

11  point?

12     A     Right after -- after I got out of jail,

13  that's when things took a turn.

14     Q     Okay.  All right.  Well, let's go back.

15     A     Okay.

16     Q     Let's go back.  When did you start --

17  ████  was your boyfriend?

18     A     Yeah.

19     Q     For lack of a better term, you were

20  hanging out with him?

21     A     Yeah.

22     Q     Were y'all living together?

23     A     We just -- we literally just started

24  living together because something went wrong with

25  SafeLink.  They came back, they took all their

1   equipment.  They told us we only had until the end

2   of the week to stay in the hotel, and then that's

3   it.

4        Q    Okay.

5        A    And I got arrested -- yeah, literally,

6   like the next day or the next two days after that,

7   I got arrested.  So me coming out of jail, I didn't

8   have anywhere to stay.

9        Q    That was a bad week for you right there?

10       A    It was horrible.

11       Q    Okay.  So let's back up a little bit.  So

12   you're working at SafeLink?

13       A    Yeah.

14       Q    You're staying at a hotel on Candler?

15       A    Uh-huh.

16       Q    Do you remember what hotel it was?

17       A    I could picture it in my head, but I don't

18   remember the name.

19       Q    Is it off 20?

20       A    I don't know.

21       Q    Off the interstate?

22       A    There's interstates everywhere in Atlanta.

23       Q    That is true.

24       A    I don't -- honestly, I'm not sure.

25       Q    How would you -- how would you do your

March 22, 2022

M.B.  Vs. Redroof Inns

Page 87

1      Q    Okay.

2      A    Drae and Bless, between the both of them,

3  they would drive me.

4      Q    Was ████ ever a trafficker?

5      A    He ended up getting arrested towards the

6  beginning.  And his brother is the one that

7  basically took me -- or, like, brought me into the

8  trafficking world --

9      Q    Who is his brother?

10     A    -- after he got out of the way.

11     Q    I'm sorry.  Who was his brother?

12     A    His name -- I never knew his real name,

13  but he went by Red.

14     Q    Red?

15     A    Uh-huh.

16     Q    Did he have red hair?

17     A    No.  Because he's light skinned and they

18  were Bloods, so it was -- yeah.

19     Q    So ████ was a Blood?

20     A    Yeah.

21     Q    Okay.  And I saw they called you Jamaica.

22  Did you tell me why they called -- did I figure it

23  out myself, because you lived in Jamaica for a

24  while?

25     A    So when I got to the Eco Lodge, that's

1    where they all met me.  And as soon as I started

2    talking, they're like, oh, you have an accent, and

3    we're going to call you Jamaica, and then that's

4    how they just called me Jamaica.

5         Q    They thought you had an accent?

6         A    Yeah, I didn't -- I don't know how, but

7    they heard something, and they were like, oh, we'll

8    call you Jamaica, and that was it.

9         Q    Okay.  All right.  So let's back up.

10   You're in jail, and you told me that your

11   trafficking started right after you got out of

12   jail?

13        A    Uh-huh.

14        Q    How?  How do you -- how do you go from

15   being you to being trafficked in a matter of a

16   couple of days?

17        A    Yeah, a couple weeks, days, weeks, yeah.

18        Q    Tell me what happened.

19        A    So -- so once I got out of jail, I wanted

20   to go get my stuff, and I just moved in with █████

21        Q    Where was he living?

22        A    And he didn't like those girls either

23   because he kind of knew that they were going to be

24   up to no good.  And he was like, "Okay, come stay

25   with me because I'll protect you."  So I was like,

1      A      Yes.

2      Q      Okay.  So you've gotten out of jail.

3      A      Yeah.  Then I moved in with them.

4      Q      All right.

5      A      So from there, things kind of got -- so me

6  living with him, I kind of got to understand more

7  of who he is and more of who his brother was.

8  Because ██████ didn't really tell me exactly what

9  they did and, you know -- because I was just seeing

10  him.

11            But living with him, I saw a different

12  side.  And, like, I didn't even know that they were

13  affiliated with gangs or anything until I started

14  living with them.  And then I started to see what

15  they do, the kind of people that came by the house.

16  And so me living with them kind of opened my eyes

17  to who they're about, like what they're about and

18  what they do --

19      Q      Which is what?

20      A      -- for a living.

21            They're professional scammers.  They -- I

22  say professional because, like, they make a living

23  out of it.

24      Q      They're hustlers?

25      A      Yeah.

M.B.  Vs. Redroof Inns

Page 92

1      Q     Okay.

2      A     The brother, Red, he was more involved in

3  street activity than ██████ was.  So they had a lot

4  of guy friends, a lot of guys that come to the

5  house.  And I remember one of them got killed and,

6  oh, God, it was a mess.  So one of them got killed,

7  ██████ went crazy because that was like his brother.

8  So I don't --

9      Q     But it wasn't his brother?

10      A     No, no, it wasn't his blood brother.  But

11  he grew up with him, you know, like --

12      Q     It was his buddy?

13      A     Yeah.  So he was really, really sad, you

14  know, about that.  So I remember, like, going with

15  him to his mom's house, to the guy that passed

16  away, his mom's house.  And I was always with

17  ██████  And I don't know why or how he got his car,

18  but he ended up getting his brother that passed,

19  his car, and he would drive his car.

20          And the police ended up locking him up

21  because they were still using the car in the case

22  to figure out what happened, you know, the whole

23  murder case.  So he got arrested for grand auto

24  theft.  So he was out of the picture.

25          So from there --

March 22, 2022

M.B.  Vs. Redroof Inns

Page 93

1      Q      Okay.  Can we stop there?

2      A      Yes.

3      Q      Okay.  Let me unpack a little bit of that.

4      A      Okay.

5      Q      In relation to when you moved in with

6  ████   and Red and Tasha --

7      A      Yeah.

8      Q      -- when did this -- when did the -- when

9  did the -- I guess was he murdered; is that right?

10      A      Yeah.

11      Q      The other guy was shot and killed?

12      A      Yeah, yeah.

13      Q      When did this murder take place?

14      A      Not too long after I moved in.

15      Q      Days, weeks?

16      A      I would say, like, a good two weeks.  It

17  wasn't really long.  It was probably a good two

18  weeks.

19      Q      And is it during those two weeks' time

20  that you're figuring out that these guys are into

21  street activity?

22      A      Yeah, yeah.  Like the whole time -- like

23  as soon as I moved in, as soon as I moved in, like

24  from day to night, like just seeing what they do,

25  seeing the kind of people that came by the house,

1   just everything, I was like, oh, my God, and then

2   boom, someone get killed.  But I kind of seen that

3   coming, you know.

4        Q    Just because of what -- how they were?

5        A    Yeah, yeah.  I kind of seen it coming.  So

6   he ended up driving the car.  They were trying to

7   look for the guy that -- you know, what happened to

8   his brother.  So it was a whole drama thing, but

9   him getting arrested, ███████ got arrested.

10       Q    How soon after the murder did ██████ get

11  arrested?

12       A    Did ██████ get arrested?  Oh, like a couple

13  of days.

14       Q    Okay.  So this was all within, like, two

15  or three weeks of you moving in with him?

16       A    Yeah, yeah.  So from there -- so from

17  there -- so the whole time, Red, he would never

18  really talk to me too much unless I was by myself.

19  And he would always try to, like, figure me out.

20  And, you know, like he knew that I was kind of

21  depending on ██████ in a way, and I was just trying

22  to get back on my feet and sort out my stuff.

23            So he would always kind of like, you know,

24  like, "Oh, why don't you do this or, you know, I

25  can get you -- I can get you some cards to where

M.B.  Vs. Redroof Inns

Page 95

```
 1   you can make some quick money," da-da-da.  Like he
 2   was always trying to, like, to help me.
 3          So ████ being locked up, I'm still
 4   staying there, he told me, he was like, "Okay,
 5   look, I'm going to bring you to a spa."
 6      Q    Spa?
 7      A    Yeah.  And he told me, "It's a nice spa.
 8   You're a pretty girl.  Do some massages, and then
 9   I'm pretty sure I can get you money fast."
10          And he said how his friend worked there,
11   and his friend was Safari, and Safari was owner of
12   the spa in Buckhead.  So he was like, "I'm going to
13   take you over there and get you your money, get
14   yourself together," and that's it.
15          So I was like, "Okay."  Don't sound bad.
16   Went to the spa, talked to Safari, and it wasn't
17   what I thought it was.  Because, yeah, you do
18   massages, but then also, nine times out of ten, the
19   men wanted a happy ending.  So that was the case
20   with the spa.
21      Q    Okay.  So let's break there.  Let's go
22   back and then we --
23      A    Okay.
24      Q    If it's okay, when you get to a breaking
25   point, I'm going to unpack some stuff to -- okay?
```

Page 105

```
 1       A     Yes.

 2       Q     Both of them?

 3       A     Yes.

 4       Q     At the same time?

 5       A     Yes.

 6       Q     How many times?

 7       A     Just that one time.

 8       Q     Just one time.  A threesome with those two

 9   guys one time?

10       A     (Witness nods head.)

11       Q     Yes?

12       A     Yes.

13       Q     How much did they pay you?

14       A     So they were supposed to give me 500, but

15   the next day, they only gave me 100.  And they told

16   me that it was still early in the day, the girls

17   haven't made much money yet, da-da-da-da-da, so all

18   they had for me was 100.

19       Q     Did you continue to work at Safari?

20       A     No.  I was pissed off.  So from there, I

21   remember calling Red, I told him, "We'll have to

22   figure something else out because they played me.

23   I'm not getting paid.  I'm not getting any money."

24           And I told him my situation, and he said,

25   "Okay."  He sounded excited.  He was like, "I got
```

Page 107

1  in jail, you're talking about the 24th and the

2  25th.

3       A    Uh-huh.

4       Q    You stayed with Red -- you stayed with Red

5  and ███████ for two weeks.  That puts you the end of

6  August is one week?

7       A    Yeah.

8       Q    First week of September is the second

9  week, right?

10      A    Uh-huh.

11      Q    And then a couple of weeks into -- a

12  couple of weeks at Safari, right?

13      A    Yeah, yeah.

14      Q    So that's three weeks into September.  So

15  it's toward that last week of September that the

16  trafficking starts?

17      A    Basically, yeah.

18      Q    Okay.  All right.  So you call Red and he

19  seems excited?

20      A    Yeah.

21      Q    And is this where you met Bless and Drae?

22      A    So he came and picked me up.

23      Q    From Safari?

24      A    Yeah.  And I wanted him to do something to

25  them because I was really upset.  But he was like,

Page 108

1    "Look, I got something else for you, we can make

2    even more money."

3              So he didn't tell me too much.  We just

4    drove over to the hotel, the Eco Lounge and --

5         Q    Lodge.

6         A    Lodge.  When I walked in that room, Bless

7    was there and Drae was there, some other guys were

8    there, and Miami was there.

9              MR. McDONOUGH:  Shane, I don't want to

10   break your flow, but lunch is here whenever you

11   decide you're at a break.

12             MR. KEITH:  All right.

13   BY MR. KEITH:

14        Q    So Drae, Bless, Miami?

15        A    Uh-huh.

16        Q    What about Slim, Kwan or Cash?

17        A    I don't think Slim was there.  But Kwan

18   was there, and then some other guys.  There was

19   always a whole bunch of guys just there.

20        Q    Just hangers-on or what?  I mean --

21        A    Yeah.  I mean, they all do the same thing,

22   so...

23        Q    All right.  So we're now toward the end of

24   September and --

25        A    Uh-huh.

March 22, 2022

M.B.  Vs. Redroof Inns

Page 112

1       Q    But I have interrogatory responses which

2    tell me one story.

3       A    Okay.

4       Q    And then I have some psychological --

5    well, some notes from something called SafeWay

6    Psychological Services that tell me a different

7    story.

8       A    Okay.

9       Q    So why don't I just do it this way:  Tell

10   me what happened when Red took you to the Econo

11   Lodge --

12      A    The Eco Lodge?

13      Q    -- the Eco Lodge in Marietta.  You told me

14   that Drae was there.

15      A    Yeah.

16      Q    You told me that Bless was there, and some

17   other hangers-on were there --

18      A    Yes.

19      Q    -- and Miami?

20      A    Yeah, the girl, yeah.

21      Q    All right.  Walk me through it, and if

22   it's okay, I might stop you every once in a while

23   so that we don't get so far down.

24      A    Okay.

25      Q    So we can ask some -- maybe ask some

M.B.  Vs. Redroof Inns

Page 113

1    questions.

2        A    So right after leaving from Safari, I went

3    straight to the hotel.

4        Q    And that's the same day?

5        A    Yeah, same day.

6        Q    Okay.

7        A    I went right to the hotel thinking that I

8    was going to be put in a position to make more

9    money.  That's all he told me.

10           So once we got to the hotel, Bless --

11   Bless was like the main one.  Like he kind of was

12   like in charge of them for the most of it.  So I

13   could tell when I walked in, he was already

14   anticipating me and the other guys were

15   anticipating me coming.

16           And then Miami was just there in the --

17   because it's a twin bedroom, and she was just there

18   on the last bed, just there.

19       Q    Okay.

20       A    Yeah.  But just the way she looked, it was

21   obvious that she was being trafficked just by, you

22   know, by the room and how she looked and how they

23   were, like, anticipating me coming, it was just

24   obvious to me what was going on.

25       Q    Okay.  Describe Bless to me.

March 22, 2022

M.B.  Vs. Redroof Inns

Page 115

| | | |
|---|---|---|
| 1 | Q | Okay. |
| 2 | A | So like short then. |
| 3 | Q | Okay, short, okay. |
| 4 | A | Yeah.  So -- yeah, that's basically it. |
| 5 | Q | Okay.  Describe Drae to me. |

6          By the way, let me ask, when you say
7    medium height --
8          A    Yeah, like 5'8", 5'9".
9          Q    Okay.  About my height?
10         A    Yeah.
11         Q    Because I'm 5'9".
12         A    Yeah, because I remember I looked him in
13    the eye, yeah.
14         Q    All right.
15         A    Drae, about the same height.
16         Q    Okay.  Oh, how heavy was -- how heavy was
17    Bless?
18         A    He wasn't -- he wasn't heavy.  He was a
19    slim figure.
20              Drae, about the same height.  He didn't
21    have a whole bunch of tattoos.
22         Q    Black, White?
23         A    Yeah, Black.
24         Q    Okay.  Skin tone, what --
25         A    About our same --

Page 119

1      A    So I just -- I remember just being shocked

2   because I didn't expect to go into that setting.

3   I'm thinking -- oh, I didn't -- I didn't even know

4   what to think because he didn't even really tell me

5   exactly what the next step was going to be.  He

6   just told me that he was going to take care of me.

7           So once I walked in that room, looking at

8   Miami, looking at the little kid, I just -- I just

9   kind of froze because I didn't know what to think.

10  And Bless was the one that came to me and told me

11  to sit down.  And he just told me what I was going

12  to do.

13     Q    And what did he tell you you were going to

14  do?

15     A    He first introduced me to Miami.  And

16  she's from Miami.  She's actually from Ghoulz

17  (phonetic), which is really close to where I live.

18     Q    So two Miami girls.

19     A    So he tried to make that a thing.  I was

20  like, "Okay, what's your name?"  And that's when I

21  spoke.

22          And he was like, "Oh, you got a accent.

23  I'm going to call you Jamaica."

24          And then he was like, "Okay, from Miami,

25  all right."  Like he was just trying to get to know

1    me, Bless, and then he told me what Miami does.

2        Q     What did Miami do?

3        A     She's a prostitute.

4        Q     Well, what did he say?  He said, "She's a

5    prostitute" or did he say she's a --

6        A     She's a worker.  She's working.

7        Q     Worker.

8        A     So he told me what she does and how she

9    make her money.

10       Q     And how did he tell you she made her

11   money?

12       A     How she -- she sees dates.  And Bless

13   already knew what I was doing at the spa because he

14   was like, "Okay, I know you were at the spa.  So

15   you kind of -- you already know."  That's what he

16   told me, he was like, "You already know."

17             So I was like, "Okay."

18             And then he said, "Miami, she works, so

19   she sees dates."

20             So he told me that it was full-blown like

21   sex, like it's not this, that; it's the real deal.

22       Q     So he did -- he said, "It's not hand jobs

23   and oral, it's full-blown"?

24       A     Yeah, yeah.  So he explained that to me.

25   He asked me -- like he was like, "You have a

M.B.  Vs. Redroof Inns

Page 121

1   phone?"  You know, like things that I had.  I told

2   him I had my keys, and he was like, "Let me get

3   your keys."

4        Q     So you drove over there?

5        A     Huh?

6        Q     So your car had been driven over there?

7        A     Red was using my car.

8        Q     Okay.

9        A     Because he put -- what did he do?  He put

10   like a tag or something on it, because my stuff was

11   still out.  So -- yeah, we drove my car over there,

12   and he asked for my keys.  "Let me see your keys."

13        He took my keys.  And then he just

14   explained to me -- he just went down and just told

15   me exactly what I was going to do.

16        Q     And what did he tell you you were going to

17   do?

18        A     He told me I was going to see dates.  And

19   I was going to make my money seeing dates.

20        Q     Did he tell you what you were going to do

21   with those dates?

22        A     He didn't go too far into detail, but he

23   just said that, you know, I'm going to be doing

24   what I did at the spa.

25        Q     Well, that was just hand jobs.

March 22, 2022

M.B.  Vs. Redroof Inns

Page 122

1      A     Yeah.  But that's what he said, he was

2   like, "Miami, you know, she has -- she works with

3   us.  She sees her dates and everything.  So you're

4   going to be going like what Miami does.  You're

5   going to be seeing dates.  Just like how you did at

6   the spa, you're going to be seeing dates here,

7   too."

8            And then he was telling -- and then he

9   told me -- he told me, he was like, instead of

10  doing half, we're going to -- we're going to give

11  you the money that you need to take care of what

12  you have to take care of as you see your dates.

13  And I was like...

14     Q     Did you say okay?

15     A     I just -- I didn't really -- I don't

16  remember saying anything.  I was still just like

17  kind of like scared.

18     Q     Nobody had threatened you, had they?

19     A     They didn't.  But I already knew who Red

20  was, and I remember some faces from other events,

21  from ███████ brother getting killed, and I know the

22  guys that -- I know who they were.  And if they

23  wanted to do something to me, they would.  So I

24  kind of just listened.

25     Q     Okay.  Did you try to leave?

Page 123

1     A    I wanted to, but I know it wouldn't be

2   smart for me to try to leave.

3     Q    All right.  So you're -- okay.  So you're

4   there.

5     A    Yeah.

6     Q    Then what happens?

7     A    I remember just -- I stayed there all

8   night.  I saw one date that night, too, me and

9   Miami.  They made us do a threesome, and that was

10  our first -- well, my first experience that night

11  with them.

12    Q    So you had sex that night?

13    A    Yes.

14    Q    And it was with three?

15    A    It was a threesome, yeah.

16    Q    Two girls, one guy?

17    A    Yes.

18    Q    Did you see any money from that?

19    A    No.  So what they did, Bless took the

20  money from the door, from the guy, so I didn't see

21  anything.  And that's -- that was just the first

22  time.

23    Q    Okay.  Now that we've -- okay.  So I need

24  to ask some questions.  We're getting into the part

25  of the deposition where I have to ask --

Page 136

1      Q    Okay.  So this started then at the end of

2  September of 2015 and ended at the end of

3  April 2016?

4      A    Can you say that one more time?

5      Q    Sure.  We worked out, based upon the

6  arrest on 8/22, remember we worked that out?

7      A    Yeah.

8      Q    And we put you at the hotel around the end

9  of September of 2015?

10     A    Yes.

11     Q    So the first night at the hotel is the

12  first time you say that you had sex --

13     A    Yes.

14     Q    -- right?

15     A    Uh-huh.

16     Q    And then you're telling me that you were

17  able to go home at the end of April 2016, right?

18     A    Yes.

19     Q    So the time period that we're talking

20  about for trafficking, as you use that term, is the

21  end of September 2015 to the end of April 2016?

22     A    Yes.

23     Q    Okay.  So about seven, seven and a half

24  months?

25     A    Uh-huh.

Page 146

```
 1          THE VIDEOGRAPHER:  Oh, wait.  Thank you.
 2   BY MR. KEITH:
 3      Q    So either the first or the second night
 4   that you've gone to the Eco Lodge in Marietta with
 5   Red, you have to have a three-way with a date --
 6      A    With Miami.
 7      Q    -- and Miami?
 8      A    Yeah.
 9      Q    How much money did that cost the man?
10      A    I'm not sure.
11      Q    So who was your first trafficker?
12      A    It was -- well, Bless was the one that was
13   kind of in charge of the whole thing.
14      Q    Okay.
15      A    So he was the first one that trafficked
16   me.
17      Q    Well, the 'rogs pretty much state that it
18   was ███████
19      A    Yeah.  I'm not sure why it says it was
20   ███████   It was Bless.
21      Q    I mean, it flat out says, "At some point,
22   ███████ and M.B. broke off from the group, but ███████
23   continued to traffic M.B. at various hotels."
24      A    They put the wrong person.  That's
25   supposed to be Drae.
```

Page 153

1    ████  got arrested, and after that, the trafficker

2    named Drae began to traffic her at this and other

3    hotels.  Like ████ Drae would keep all money M.B.

4    collected."

5         A    I don't know why they still have ████

6    name there, but it should -- read it one more time.

7         Q    If you look at Exhibit 3, on page 21, the

8    first full paragraph there.

9              Have you had a chance to read that

10   paragraph?

11        A    Yeah.  It just sounds a little confusing.

12        Q    Well, I agree.  This question specifically

13   asks you to give a timeline of your trafficking at

14   the Red Roof Smyrna from 2015 to 2016, which were

15   the dates that were alleged in the complaint,

16   generally 2015 to 2016.

17             And your response was that you were

18   trafficked by Drae at the Smyrna Red Roof Inn from

19   about November 2015 through January or February of

20   2016.

21        A    Uh-huh.

22        Q    Right?

23        A    Yes.

24        Q    Is that true?  That's when -- is that --

25   is that the time that you were, to use your word,

Page 155

1        A     At Smyrna?

2        Q     Yes, ma'am.

3        A     Per day?

4        Q     No, no.  How many times -- how many times

5    did you go there?

6        A     About two to three times.

7        Q     Two or three?

8        A     Yeah.

9        Q     Over that November to January/February

10   time frame?

11       A     In the same time bracket, yeah.

12       Q     And how many stays -- so two or three

13   stays.  How long did each stay last?

14       A     About three to four days.

15       Q     So we're looking at somewhere between

16   8 and 12 days total?

17       A     Yeah, I would say that.

18       Q     Well, actually, 6 to 12.  Two times at

19   three days would be six times, three times at four

20   days would be 12 times, so 6 to 12 days, right?

21       A     In that range.

22       Q     Okay.  So you were trafficked consistently

23   from the end of September to the end of April?

24       A     Yes.

25       Q     Okay.

Page 156

1      A    He got arrested, yeah, towards the

2  beginning of April.  And then I got myself together

3  to leave, so yeah.

4      Q    So for October, November, December,

5  January, February, March, that's six months, right?

6      A    Uh-huh.

7      Q    And then you have a week at the end of

8  September?

9      A    Uh-huh.

10      Q    And then you have maybe a week at the

11  beginning of April, right?

12      A    About -- yeah, about two weeks, yes.

13      Q    Six and a half months?

14      A    Yeah.

15      Q    So of the six and half months that you

16  were trafficked by Bless and Drae, 6 to 12 of those

17  days were at the Red Roof Smyrna?

18      A    Yes.

19      Q    Okay.  Okay.  How many men did you have

20  sex with during your stays?  Well, let me ask this.

21  I should take that back.

22           Did you ever have any female dates?

23      A    No.

24      Q    Okay.  So they were all men?

25      A    Uh-huh.

Page 159

1    in a minute.

2            So at Red Roof, you only had vaginal

3    intercourse and a man or two performed oral sex on

4    you?

5        A    Yes.

6        Q    Now, you were very quick to say that you

7    didn't perform oral sex on men.  You just didn't --

8    that was just not part of the thing you did?

9        A    Yeah.  I just didn't want to do that.

10       Q    Okay.  And you were free not to do that?

11           MR. BAUMRIND:  Objection.

12       A    Yeah.

13   BY MR. KEITH:

14       Q    Okay.

15       A    As long as they -- well, Bless told me --

16   because I had a goal per day.  So he didn't care

17   what I did as long as I reached the goal.

18       Q    But nobody was telling you, you've got to

19   give blowjobs, right?

20       A    Yeah.  No one forced me to do that.

21       Q    Nobody was telling you, you've got to have

22   anal sex, right?

23       A    No.

24       Q    Nobody was telling you, you've got to have

25   sex with 20 men a day, right?

Page 161

```
 1   wasn't a trafficker.

 2        A    He wasn't.  But he still was the one that

 3   hit me, though.

 4        Q    Was this before -- okay.  Let me back up.

 5   So --

 6        A    Well, I don't want to confuse the --

 7        Q    Yeah, let's back up and --

 8        A    -- line, the story line.

 9        Q    Yeah.

10        A    Because his brother always been trying to

11   get me into the spa, and ████ was the one that I

12   always kind of pushed back with me going.  So I

13   guess for the fact that I was interested in

14   checking out the spa, he didn't like that, and

15   that's why he hit me.

16        Q    So this was before he ever went to jail?

17        A    Yeah.

18        Q    So ████ didn't want you getting into the

19   business?

20        A    He -- obviously, looking at it from today,

21   obviously, he knew more than what I did.  So he

22   just was trying to avoid me going that route.

23        Q    None of the traffickers that you've listed

24   here hit you?

25        A    No one else -- no one else touched me.
```

Page 162

1       Q    Did any of them make you have sex with

2   them?

3       A    No.

4       Q    Okay.  Do you -- what price -- what prices

5   did -- were charged for you for -- was it charged

6   by the hour or was it charged by the act?  Was

7   it --

8       A    Most of it was 30 minutes and then an hour

9   sessions.

10      Q    Okay.  So what was 30 minutes?

11      A    I don't remember exactly.  I think it was

12  either 80 to 100.

13      Q    For 30?

14      A    Yeah.

15      Q    Okay.  And then for an hour?

16      A    Between, like, 200 and -- 200 and 250.

17      Q    And during that time, the person could ask

18  for whatever they wanted to?

19      A    Except for what I didn't want to do.

20      Q    Well, what you didn't want to -- they

21  could ask for whatever they wanted to, but you were

22  going to do what you were going to do, right?

23      A    Yeah, but I wasn't going to do certain

24  things.

25      Q    Was it -- do you know, would it have been

March 22, 2022

M.B.  Vs. Redroof Inns

Page 168

1    Yeah, I had two phones.

2         Q     So why did you have a trap phone?

3         A     Huh?

4         Q     Why did you have a trap phone?

5         A     Why did I have a trap phone?

6         Q     Uh-huh.

7         A     Just to be more organized.

8         Q     And not to have your name associated with

9    the --

10        A     Yeah.

11        Q     -- with the number?

12        A     Basically, yeah.  Well, yeah, just to

13   separate -- like just so I know -- just so -- yeah,

14   like I knew that this phone was just for that.

15        Q     Just for --

16        A     And then they also accessed the phone,

17   too.  You know, it was just -- just that phone,

18   like that's where everything took place on this

19   phone.

20        Q     That was the business phone?

21        A     Yeah, basically.

22        Q     And you had your own phone?

23        A     Yes.

24        Q     And that never got cut off?

25        A     No.

M.B.  Vs. Redroof Inns

Page 170

1      Q    What did the ad say --

2      A    I saw them.

3      Q    -- typically?  Because I didn't see any

4    ads for you.

5      A    What would they say?  Like hot Caribbean

6    girl.  I don't remember exactly what they said.

7      Q    Did they ever just come right out and say,

8    "Come to the hotel, and for 30 minutes for $100,

9    you can have sex with Remy"?

10      A    No.

11      Q    Okay.

12      A    We -- not we, because it was them that put

13    the ads together, but the way they put the ads up

14    is to say flowers.

15      Q    Oh, so they had to pay flowers?

16      A    Yeah.

17      Q    Right?

18      A    They said flowers -- and they explained to

19    me to say flowers because they don't want the SWAT

20    to come.

21      Q    You had to keep it a secret, right?

22      A    Yeah.

23      Q    Because this is illegal, right?

24      A    Yeah.

25      Q    When you were being trafficked, you didn't

Page 175

1   of me.

2        Q    Okay.  So when was it that you realized

3   that this whole time you were being trafficked and

4   that you didn't have this option that you thought

5   you had?

6        A    Basically, that first night.

7             MR. KEITH:  If I -- let me read back what

8   I just wrote.

9             (Off-the-record discussion.)

10  BY MR. KEITH:

11       Q    Okay.  So what you just said was, "I

12  couldn't believe I was enlaced in this situation.

13  So at first, I didn't believe I was a trafficker

14  because it always seemed like I had an option, but

15  at the same time, they were in control of me."

16       A    Yeah.

17       Q    That's what you said.  Okay.  So at some

18  point in time, it seemed to you that you had an

19  option?

20       A    Yeah, the way they would word things to

21  me.

22       Q    Right.  So at that time, you weren't even

23  self-identifying as a trafficking victim; is that

24  fair?

25             MR. BAUMRIND:  Objection.

Page 176

```
 1      A    Ask it one more time.
 2  BY MR. KEITH:
 3      Q    Sure.  You weren't even -- at this time,
 4  when you thought you had an option based upon what
 5  they were telling you, you weren't even
 6  self-identifying as a trafficking victim, right?
 7           MR. BAUMRIND:  Objection.
 8      A    Oh, that's a tricky question because I --
 9  before this experience, I never really understood
10  what trafficking really was --
11  BY MR. KEITH:
12      Q    Okay.
13      A    -- until I was in the situation of being
14  trafficked.
15      Q    Okay.
16      A    And the whole time from Safari to the
17  hotel room, I noticed that I was being prepped
18  without even knowing.  I was being prepped to
19  traffic, to be a traffic -- to be a victim of
20  trafficking without knowing.  Because I'm here
21  thinking, okay, I'm just trying to take care of
22  myself.  But all along, they already had their eye
23  on me and had a plan.
24      Q    Okay.  So you didn't even realize that you
25  were being groomed to be a trafficking victim,
```

Page 177

1   right?

2       A     Yeah, yeah.

3       Q     And while you were -- and while you were

4   in the midst of it all, you thought you had

5   options, right?

6       A     Yeah.

7       Q     And so it wasn't until you got out of it

8   and could look back on it with clear eyes that you

9   realized this whole time you were being groomed and

10  you were a victim the whole time, you didn't really

11  have a choice at all, right?

12      A     Uh-huh.  Well, after -- once Bless came to

13  me and just the way he spoke to me, like he made it

14  sound like they were going to take care of me.

15      Q     Okay.

16      A     Like, it was like, oh, all of us, us guys,

17  we're going to take care of you.  We're going to

18  handle the money.  We're going to make sure your

19  bills get paid.  We know about your car situation.

20  We're going to make sure all that gets taken care

21  of.  We're going to take care of you.

22            That's how they made it seem.

23      Q     If you just had sex with them, right --

24  for them?

25      A     I didn't have sex with them.

March 22, 2022

M.B.  Vs. Redroof Inns

Page 181

```
 1      Q    Cash?

 2      A    Yeah.

 3      Q    To who?

 4      A    What do you mean to who?

 5      Q    How would the -- how would the payment go

 6  down?

 7      A    So they'd just bring cash to me.

 8      Q    To you?

 9      A    Yeah.

10      Q    Okay.  And then what would you do with the

11  money?

12      A    I gave it to them.

13      Q    To who?

14      A    To Bless or Drae.

15      Q    Okay.  So they trusted you to take the

16  money?

17      A    Yeah, because they knew exactly how --

18  they were the one that put the ad up, so they knew

19  how much money that I'm going to get.

20      Q    Did you get the money up front; is that

21  how it works?

22      A    Yeah.

23      Q    Okay.  Which persons trafficked you, to

24  use your term, at the Red Roof?  Was that Drae and

25  Bless?
```

Page 182

1       A    At first, the first time, yeah, Bless was

2    there.

3       Q    And then it was --

4       A    And then once we broke off, it was only me

5    and Drae.

6       Q    Let's talk about the break off.

7       A    Yeah.

8       Q    When did y'all break-off?

9       A    That was so random.  It happened, I would

10   say, maybe like a month and a half, two months in.

11   Because Drae -- yeah, I mean, it was kind of funny

12   because even after we broke off, Bless came back

13   and then he left again.  But the initial break-off,

14   I would say like a month, a month and a half, of us

15   all being together, then we separated.

16      Q    Let me see if I can help with this.

17      A    Okay.

18      Q    So you've testified that you think the

19   first time that you were at the Red Roof, Bless was

20   there, right?

21      A    Uh-huh.

22      Q    And you've testified that you think that

23   was in November of 2015?

24      A    Yes.

25      Q    So if you started at the end of September,

Page 184

1     Q    Okay.

2     A    And then Slim came.  Like, it wasn't just

3  me and Drae the whole time.  It was other

4  traffickers that was involved, too, that came and

5  left.  But Drae was the one that was consistent

6  with me.

7     Q    Who was running the show?  That's what I'm

8  trying to figure out.

9     A    So Bless is the one up here.

10     Q    Okay.

11     A    He's the one that's controlling Marietta

12  altogether.  So it doesn't matter if Slim comes in,

13  Kwan, everyone have to answer to Bless.

14          So that's why Bless, he was able to kind

15  of come in and out because he was the one that was

16  controlling stuff in the street.  So the

17  trafficking was just a part of what's going on.

18  It's just a fraction of, you know, of what he

19  controls.

20     Q    It sounds like organized crime, like a

21  mob.

22     A    Well, they definitely tricked me.

23     Q    Was it a gang?  Is this what it was?  Was

24  it a gang?

25     A    Basically, yeah.

Page 187

1   Slim would show up and also traffic you?

2       A    Well, they had girls, too.

3       Q    Okay.

4       A    It's like everyone had their girl to keep

5   their eye on.

6       Q    Okay.  That's what I'm trying to figure

7   out when you said they would just show up.  They

8   weren't controlling you; they were just alongside

9   you?

10      A    Well, if they're there, automatically,

11  they're kind of in that authority, you know,

12  like --

13      Q    Were you paying them?

14      A    They would handle the money.  Drae would

15  always handle the money.  But, like, if Drae had to

16  go somewhere or get some cigarettes or whatever, it

17  would be Slim.  And Slim would have to be honest

18  and tell him, "Yeah, I got the money."  Like if he

19  were to go and I had a date coming, Slim was the

20  one in charge.

21      Q    Did Slim ever try to screw Drae out of any

22  money?

23      A    He was really shady because he gave -- so

24  he gave Drae a jammed gun one time because -- a lot

25  of it, I didn't know exactly what happened, with

Page 189

1      A     Yeah, yeah.  He was being fake just to be

2  around us.

3      Q     Now, were the rooms at the Red Roof, when

4  you were there with Bless and then later with Drae,

5  were they ever under your name?

6      A     I don't remember checking in when I was at

7  Smyrna.

8      Q     It's almost like you have my questions

9  over here.  Did you ever go to the front desk to

10  pay for the rooms?

11     A     No.  I don't remember checking in there,

12  no.

13     Q     Okay.

14     A     I remember checking in at, like, Extended

15  Stay, yeah.

16     Q     Do you -- so you -- well, there's a

17  difference.  Okay.  And I got that you don't

18  remember checking in there.

19            Do you recall ever going to the front desk

20  to pay for a room?

21     A     I probably did.  I probably did.

22     Q     And how did you pay?

23     A     Cash.  It was always cash.

24     Q     Were reservations made or was it walk-ups?

25     A     If we decided to stay, walk-ups.

Page 190

1      Q    Okay.  But you don't remember checking in,

2  so that would have been either --

3      A    Yeah, I don't remember checking in,

4  though.

5      Q    Did you stay in different rooms or was it

6  always --

7      A    So the first time when Bless and the whole

8  gang was involved, the guys stayed upstairs and it

9  was me and ███████ and ██████ was Slim's girl.

10     Q    Okay.

11     A    We stayed downstairs working.  So they

12 were above us and we were underneath.

13     Q    Which building?

14     A    The last one.

15     Q    The one in the back?

16     A    Uh-huh.

17     Q    And were y'all --

18     A    The one close to the bushes.

19     Q    Right.  And were y'all on the back side of

20 the back building?

21     A    Yeah, facing the bushes.

22     Q    All right.  Facing that parking lot that

23 faces the fence there?

24     A    Yeah.  So we're here and literally -- now

25 it's a building.

Page 191

1      Q    Right.

2      A    But yeah.

3      Q    It's not the one facing the other

4  building?

5      A    No, no, no.  We're facing bushes.

6      Q    Gotcha.  And did you stay in different

7  rooms the two or three times that you were there or

8  was it always the same room?

9      A    So every time -- it was usually towards

10  that back.

11      Q    Okay.  Now, as we sit here now, now that

12  we're talking about it, how many different rooms do

13  you remember staying in?

14      A    In Smyrna?

15      Q    At the Red Roof in Smyrna.

16      A    How many rooms on the different occasions

17  or just in general?

18      Q    Okay.  So you've told me that you think

19  you were there two to three times?

20      A    Uh-huh.

21      Q    Right?

22      A    Yeah.

23      Q    Now I'm trying to see if we can get it

24  whether it's two or three.

25      A    Okay.

March 22, 2022

M.B.  Vs. Redroof Inns

Page 194

```
 1       A    Yes.
 2       Q    And were you with a client then?
 3       A    No.  That client was actually supposed to
 4   be coming.
 5       Q    Okay.  All right.  So in those times that
 6   you were -- those two or three times that you were
 7   there, were you ever in the room alone?
 8       A    With a client or...
 9       Q    No, no.  Just were you --
10       A    Just by myself?
11       Q    Yes.
12       A    No.
13       Q    Okay.
14       A    And even if I was physically in the room
15   by myself, they would be outside smoking or on the
16   phone.  So I was never really just by myself.
17       Q    Okay.  Did you ever call the front desk?
18       A    No.
19       Q    Okay.  So you never called for
20   housekeeping?  If you never called the front desk,
21   you never called for housekeeping, right?
22       A    Housekeeping automatically came in the
23   morning.
24       Q    Right.  But I'm asking you:  Did you call
25   for housekeeping?
```

Page 195

1      A     I didn't call.

2      Q     Okay.  Did you ever turn away

3   housekeeping?

4      A     No.

5      Q     Okay.  So you let them -- when

6   housekeeping would come, would you let them --

7      A     I always needed them.

8      Q     Say again.

9      A     I always needed for them to come when they

10  came.

11     Q     So you never turned them away?

12     A     No.

13     Q     Did you ever call for more towels?

14     A     Always.

15     Q     So you did call for housekeeping?

16     A     Oh, I thought -- I thought you meant call

17  the front desk to ask them something.

18     Q     Okay.  So did you ever call --

19     A     I did call for towels a lot, though.

20     Q     Okay.  Do you ever -- if you called the

21  front desk and asked for something, what did you

22  call and ask for?

23     A     It was always more towels or rags.

24     Q     Okay.  Did you ever tell them you needed

25  help?

Page 196

```
 1      A    No.

 2      Q    Okay.  Did you ever walk up to the front

 3   desk during your stay -- stays?

 4      A    I probably did to get the towels, yeah.

 5      Q    Okay.  Did you ever talk to any hotel

 6   employees while you were staying at the Red Roof?

 7      A    No.

 8      Q    Did you ever tell any hotel employee that

 9   you were being held against your will?

10      A    No.

11      Q    Did you ever tell any hotel employee that

12   you were being trafficked?

13      A    No.

14      Q    Did you ever ask a hotel employee for

15   help?

16      A    I didn't verbally ask, but housekeeping

17   was the only hotel employee that I interacted

18   with --

19      Q    Okay.

20      A    -- on a regular basis.  And she was the

21   one that was always in my room.  After the night of

22   the fight, even -- so that -- so we -- the night

23   the fight happened and then there was also another

24   occasion where Slim beat ███ up in the bathroom.

25           So we had two occasions with bloody towels
```

Page 197

 1   and sheets.  And I remember, you know, just telling

 2   her, you know, like, there's a lot going on.  But I

 3   was kind of timid to tell her straight up because I

 4   felt like she probably wouldn't be able to help me,

 5   and I didn't want to put myself in a position to be

 6   harmed.

 7        Q    Okay.  You -- so there -- was the time

 8   that Slim beat up ███ the same time that the door

 9   got broken down?

10        A    No.

11        Q    Okay.  So was there -- so that's two times

12   we know about?

13        A    Yeah.

14        Q    Was there another time that you were

15   there?

16        A    I feel like there was because it was so

17   easy for us to go there.

18        Q    Okay.  So the first time you were there,

19   nothing different happened, nothing like somebody

20   got beat up?

21        A    Yeah, that's why I think -- yeah, that's

22   why I'm saying it's three times because it was two

23   separate occasions, one where ███ got beat up in

24   the bathroom, second Bless came in.

25        Q    Right.  And y'all left the day after Bless

```
 1   came in, right?

 2        A    Exactly, yeah.

 3        Q    And the day that ███████ got beat up, y'all

 4   left the next day?

 5        A    Yeah.

 6        Q    Okay.  So the first time you were there,

 7   was there anything out of the ordinary?

 8        A    Okay.  So no.

 9        Q    Okay.  The second time you said over the

10   course of that stay, Slim beat up ██████

11        A    Yeah.

12        Q    Okay.  But then y'all left the next day?

13        A    Honestly, I'm not sure with ██████ if we

14   left the same day because I remember they had a

15   second room.  So no, they got another room the next

16   day.  It was for -- when they came in, the last

17   time I was there, that's when we left the day

18   after.

19        Q    Did you ever show any physical signs of

20   being trafficked while you were there?

21        A    Physical signs?  I didn't have any

22   bruises.

23        Q    All right.  You weren't using needles,

24   right?

25        A    No.
```

Page 199

| | |
|---|---|
| 1 | Q    All right. |
| 2 | A    I was a little jittery. |
| 3 | Q    Okay. |
| 4 | A    But if you're not really paying attention |
| 5 | to me, I don't think you would notice. |
| 6 | Q    And that's what -- what is it about your |
| 7 | stays at the Red Roof that you believe should have |
| 8 | alerted folks at the hotel that you were being |
| 9 | trafficked? |
| 10 | A    Housekeeping, because housekeeping is the |
| 11 | only person -- the only employee that I actually |
| 12 | interacted with on a consistent basis. |
| 13 | Q    So what is it about your interactions |
| 14 | with -- what is it about your interactions with |
| 15 | housekeeping that should have told housekeeping |
| 16 | that you were being trafficked? |
| 17 | A    Well, the same night ██████ got beat up, I |
| 18 | was worried about myself because I never seen a |
| 19 | girl get beat like that. |
| 20 | Q    Okay. |
| 21 | A    So I didn't want to come straight up and |
| 22 | tell her because I didn't want to put myself in |
| 23 | harm, but I remember -- I remember, like, just the |
| 24 | way I would give the things to the housekeeping |
| 25 | lady, like I made sure, like, everything -- that |

Page 200

1   you can see everything for what it is.

2           Because they come and take the trash and

3   everything, I made sure the condoms were on the top

4   because before they would try to cover up

5   everything.  And I'm like, no, I want for them to

6   wonder because I don't want to tell her anything

7   direct.  I don't -- I know if Slim knew that I told

8   them, they would have beat me up.  I know they

9   would have.

10      Q    So have you --

11      A    So what I did, when I handed her the

12  towels, I told her, I said, "We had a really rough

13  night last night."

14          And she was like, "Okay, sweetie, okay."

15          And I'm like, God, but it's like it

16  never -- everything kind of went over her head.

17      Q    Describe this woman to me.

18      A    She was, like, a older Black lady.

19      Q    So you showed her -- so you showed her a

20  garbage can that had some condoms in it?

21      A    Yeah.  And I gave her the towels.

22      Q    Okay.  Let's -- but hold on.  Stay with me

23  here.  So you show -- you gave her -- you gave her

24  a garbage bag that -- or a garbage can that had

25  condoms in it?

1      A     Uh-huh.

2      Q     How many condoms?

3      A     It's a lot.

4      Q     How many is a lot?

5      A     A whole bunch of gold packs of condoms.

6  It looks like someone bought like a 36 pack of

7  condoms and just opened them up and then just threw

8  them in the garbage can.

9      Q     You had 36 condoms in a -- 36 condom

10 wrappers --

11     A     Not literally 36 condoms.

12     Q     Well, I'm asking you --

13     A     Just a visual for how it looked like,

14 because me and ████ were using the bottom room.

15     Q     Okay.

16     A     So between both of us, at least 16 to 18

17 guys in a day.  So the next day, that's what she's

18 receiving.

19     Q     Okay.

20     A     Yeah.

21     Q     And then you said to her, "We had a rough

22 night last night"?

23     A     Uh-huh.

24     Q     You didn't say, "We had a rough night last

25 night, help me," right?

Page 202

1      A     No.

2      Q     Okay.  So you -- so based upon some

3   condoms in a garbage can, you think that --

4      A     And then the bloody towels.

5      Q     Hold on.  Based on some condoms in a

6   garbage can, you think this should have alerted her

7   to something?

8          MR. BAUMRIND:  Objection.

9      A     Yes.

10  BY MR. KEITH:

11     Q     Okay.  And then you add the -- what should

12  it have alerted her to?

13     A     The fact that maybe the front desk should

14  keep an eye on the cameras, because there's

15  obviously a lot of sexual activity going on, for it

16  only to be -- and ███████ she looked more battered

17  than I was.  Obviously, she just got beat up.  So

18  she physically had the wounds, but it was obvious

19  that there was something going on.

20          So my whole thing was trying to hint to

21  her because the way I see it is if you work in a

22  hotel, there should be some kind of protocol to

23  know if there's activity like that going on.

24     Q     So that's --

25          MR. BAUMRIND:  Let her finish.  Are you

Page 203

```
 1   finished?
 2           THE WITNESS:  Yeah.
 3           MR. BAUMRIND:  Okay.
 4   BY MR. KEITH:
 5       Q    So that's your opinion, is that -- have
 6   you ever worked in a hotel?
 7       A    Yeah, I worked at Fontainebleau.
 8       Q    Okay.  And then --
 9       A    And that was the protocol.
10       Q    Okay.
11       A    We had to be alert and be mindful of the
12   people coming in and out, and it was a very
13   high-end hotel, so we have to be extra keen.
14           So this hotel, I mean, the camera -- from
15   what I can remember, the camera was right at the
16   corner of the building.  Bless, Slim, Drae, were
17   the consistent three men stationed there with us.
18   So they would either be in the car, upstairs
19   watching, downstairs.  Like it was obvious that
20   something was going on.
21       Q    But they were trying to keep it on the
22   down low, though, too, weren't they?
23       A    Yeah.
24           MR. BAUMRIND:  Objection.
25   BY MR. KEITH:
```

M.B.  Vs. Redroof Inns

Page 218

```
 1      A     No.  Because ████████ the undercover police
 2  went to go see her and had sex with her, and then
 3  came back around with a team of officers and took
 4  her in and convicted her for prostitution.
 5      Q     Well, that's not what we're talking about
 6  here.
 7      A     So...
 8      Q     We're talking about you at the doctor's
 9  office.  They didn't have sex with you.
10      A     I know.  I know.  But I'm just looking at
11  it as far as involving the police.  Because after
12  that happening and then also the way I got
13  arrested, just the way the police dealt with me in
14  general, I didn't trust them.
15      Q     Because you knew what you were doing was
16  illegal, right?
17            MR. McDONOUGH:  Objection.
18      A     That's not what it was.  Because I was
19  still being controlled, so I was still a victim
20  because it's still against what I wanted.  But at
21  the same time, I wanted to free myself and not have
22  the police try to pin me down as being a prostitute
23  because that's not what it was.
24  BY MR. KEITH:
25      Q     Okay.  I know you don't think you were a
```

Page 222

1   were operating under, right?

2       A     That's what I saw.  That's what it was.

3       Q     Okay.  But you didn't personally involve

4   the police to try to help you to see if they would

5   help you?

6       A     I already saw the interaction with the

7   police.

8       Q     Okay.

9       A     And they weren't -- they weren't going to

10  help us.  They wanted to lock people up.

11      Q     Okay.

12            MR. BAUMRIND:  Can we take a restroom

13  break in a little bit?

14            MR. KEITH:  Yeah, in just a minute.

15  BY MR. KEITH:

16      Q     Tell me about the -- tell me about the

17  final stay at -- okay.  Well, let me go back.

18            We've talked about the first one.  We've

19  talked about the second one.  The final one is the

20  one where the door got knocked down?

21      A     Yeah.

22      Q     Okay.  Tell me about that one.

23      A     So that time, that was our last time

24  staying there.  That was when we officially broke

25  from Bless.  So it was me and Drae.  And that

Page 223

```
 1   night, it was like around -- in between like 10:00
 2   11:00.  It wasn't too late in the night.
 3           But all I remember was the door -- just
 4   pow, and the door just came in.  So right there, I
 5   thought it was either the police, the SWAT team, or
 6   some thugs looking for revenge.  But either way, I
 7   thought I was going to die.  That's what I felt
 8   right away when that door came down.
 9           So it was Bless, Cash and Kwan.
10   Q     Hold on.  Okay.
11   A     Yeah, it was Bless, Cash and Kwan.  And
12   they were -- they just charged at Drae.  So Cash
13   and Kwan just charged at Drae.  They were just
14   beating him up all the way to the bathroom.
15           And then Bless came over to me and he told
16   me that -- he was just mad at me.  He was telling
17   me I'm stupid for leaving with him.  That he stole
18   money from him.  That he's lying.  That he's trying
19   to --
20   Q     "Him" being Drae?
21   A     Drae, yeah.
22   Q     Use the name if you can.
23   A     Okay, okay, okay.  Yeah, he told me that
24   I'm stupid for leaving with Drae because he could
25   have had me killed.  That he stole from him before
```

March 22, 2022

M.B.  Vs. Redroof Inns

Page 228

1      A      Excuse me.  Depending on how much money

2   they wanted me to make.

3   BY MR. KEITH:

4      Q      Did you have a daily quota?

5      A      It was like between -- it had to be at

6   least 500 a day.

7      Q      Okay.  And the prices were 100 -- 80 to

8   100 for a half hour or two to 250 for an hour?

9      A      Yeah.

10     Q      So if you had two two-hours, you could be

11  done with that 500 in --

12     A      Well, they wouldn't just make me stop,

13  though.  They would make me keep going.

14     Q      They made you?

15     A      Yeah.

16     Q      How did they make you?

17     A      Because if -- like if I had two, three

18  dates that were all an hour, they would say, okay,

19  well, keep working for days that may be slow

20  because there was days that were -- you know, like

21  if -- if they see, like, some police activity or,

22  you know, anything like that, automatically,

23  they'll stop.

24     Q      So some days you didn't do any?

25     A      It was rare unless it was, like, if we're

March 22, 2022

M.B.  Vs. Redroof Inns

Page 229

1   on the go, if we're moving from hotel to hotel, it

2   just depends.  But every day I had to do something.

3       Q    The time period that you've told me that

4   your three -- two or three trips to the Red Roof

5   includes November 2015 to February of 2016?

6       A    Yes.

7       Q    And in November is Thanksgiving, and in

8   December is Christmas, and then January is New

9   Year's Day.  Did you have to work on Christmas day?

10      A    Honestly, I don't even remember that.

11      Q    Did you work on Thanksgiving?

12      A    I don't -- I was -- I don't remember.

13      Q    You were pretty coked up during this whole

14   time?

15      A    Uh-huh.

16      Q    Yes?

17      A    Yes.

18      Q    So when you tell me it was average seven

19   people a day, that's what you remember based

20   upon --

21      A    Yeah, because that was like a everyday

22   thing.

23      Q    But you don't remember some days at all,

24   right?

25      A    Some days were a fog, yeah, yes.

Page 230

1      Q    So when we say seven, that's just a best

2  average that you can say?

3      A    Uh-huh, yes.

4      Q    Yes?

5      A    Yes.

6      Q    Okay.  How many days a week did you work?

7      A    Every day, seven days a week.

8      Q    How often did you get a day off?

9      A    Unless we're, like, moving from motel to

10  hotel, and even still, I would have to, like, see

11  at least -- at least two.  I never had a day where

12  it was just do nothing.

13      Q    So in those -- in that time period, from

14  August -- end of August until the beginning of

15  April, it's your testimony you never had a day off?

16          MR. BAUMRIND:  Asked and answered.

17      A    No.  There wasn't a day where it's like,

18  okay, Jamaica, you can do whatever you want to do.

19  BY MR. KEITH:

20      Q    So if -- so October, November, December,

21  January, February, March, that's 152 days, okay?  I

22  just figured that up.  So of those 152 days, you

23  think it's fair to say that you averaged seven men

24  a day over that entire time?

25      A    Well, it wasn't consistent every single

Page 231

1  day.

2      Q    It was actually -- I'm sorry, that's

3  wrong.  It's 182 days.

4      A    But that was the goal.

5      Q    It's 182 days.  I'm sorry.  So let me ask

6  that again and get it clean.

7           October to March is 182 days?

8      A    Okay.

9      Q    Do you believe you averaged seven men a

10  day over that time?

11     A    Yes.

12     Q    That's 1,274.  If you add -- if you

13  multiply 182 by 7, that's 1,274, okay?

14     A    Uh-huh.

15     Q    You think you had sex or some type of

16  sexual relation 1,274 times while you were

17  trafficked over that six-month period?

18     A    Yes.

19     Q    You say that you stayed at the hotel, the

20  Red Roof hotel in Smyrna, two or three times for

21  three or four times -- three or four days at a

22  time, right?

23     A    Yeah.

24     Q    And you think you averaged seven sexual

25  encounters during all those?

Page 232

1      A     For sure at Smyrna, yes.

2      Q     Even that one where the door got kicked in

3   and you had to --

4      A     That night was different because of that.

5   That really shook me up, so -- and then even I

6   think Drae didn't let me see anyone because he

7   didn't want to cause any more attention.  I'm not

8   sure.  But I didn't see anyone else that night.

9      Q     Well, if we average -- if we go ahead and

10  use your average, that would be 84 sexual

11  encounters over the max -- that would be four --

12  three trips for four days at a time, times seven,

13  that's 84, okay?  Agree with that math?

14     A     Yes.

15     Q     That would mean that over the six months,

16  that somewhere around 6.5 percent of the sexual

17  encounters that you had while you claim you were

18  trafficked were at the Red Roof Inn, okay?

19     A     Yes.  6.5 percent?

20     Q     Yeah.

21     A     Just at?

22     Q     Just at the Red Roof.

23     A     Yes.

24     Q     Okay.  Now, that means that there are

25  ninety what, 3 and a half, 93 and a half percent of

Page 233

```
1    the time that you were being trafficked, you were

2    having sex somewhere else, right?

3         A    At a different hotel, yes.

4         Q    Right.  Have you got any other lawsuits

5    going?

6         A    No.

7         Q    Have you sued any other hotels?

8         A    No.

9         Q    No?  Have you sued any other hotels on

10   this 93.4 percent?

11        A    No.

12        Q    Why?

13             MR. McDONOUGH:  Objection.  I'm going to

14   direct her -- that goes into attorney-client

15   privilege who she decides to sue.

16   BY MR. KEITH:

17        Q    When did -- when did you decide you wanted

18   to file a lawsuit?

19        A    When Nichole reached out to me because she

20   already started her lawsuit and she had me as a

21   witness.

22        Q    So Nichole reached out to you --

23        A    Uh-huh.

24        Q    -- and talked you into filing a lawsuit or

25   what?
```

Page 234

1      A    She talked to me about it, and she said

2  that she had me as one of her top witnesses,

3  because I was a part of it with her.  So she told

4  me to talk to her attorney so I'd feel more

5  comfortable about the whole situation, see how I

6  feel about it.

7      Q    Okay.  Do you -- and is that Attorney Pat?

8      A    Yes.

9      Q    And Jon?

10     A    Just Pat.  At the time --

11     Q    Just Pat?

12     A    -- it was just Pat.

13     Q    Okay.  And when was that?

14     A    2019.  Maybe 2018 or '19.

15     Q    Okay.

16     A    Yeah.

17     Q    And you decided that you wanted to join a

18 lawsuit against Red Roof?

19     A    Yes.

20     Q    Do you think -- so you think -- well, let

21 me ask you:  Why are you suing Red Roof?

22     A    I almost got killed there out of all the

23 other hotels, the door busted in, nobody from the

24 hotel came to see me.  It's like nobody was working

25 there and nobody cared.

Page 282

```
 1        Q    And you don't know if the housekeeping
 2   employee, or whoever was at the front desk, you
 3   don't know what legal entity they worked for,
 4   right?  You don't know whether they worked for Red
 5   Roofs, Inc., correct?
 6        A    Yeah, I'm not sure.
 7        Q    You don't know if they worked for FMW RRI
 8   NC, LLC, correct?
 9        A    Yeah.
10        Q    You don't know if they worked for Red Roof
11   Franchising, LLC, correct?
12        A    (Witness shakes head.)
13        Q    You don't know if they worked for RRI West
14   Management, LLC, correct?
15        A    Yes.
16        Q    You don't know if they worked for Varahi
17   Hotel, LLC, correct?
18        A    Yes.
19        Q    You don't know if they worked for Westmont
20   Hospitality Group, Incorporated, correct?
21        A    Yes.
22        Q    You know you testified earlier about the
23   first encounter, Ms. ██████ with Safari and the
24   Safari Spa, correct?
25        A    Yes.
```

M.B.  Vs. Redroof Inns

Page 292

```
 1   cameras, doing tours around the hotel to see what
 2   was going on, anything.
 3        Q    The stuff that y'all were doing to --
 4   y'all were doing this on secret, right?
 5             MR. BAUMRIND:  Objection.
 6        A    It was a secret because it's illegal.  But
 7   if there's three men, and it's obvious that they're
 8   not going for a regular 9:00 to 5:00 job, they're
 9   in their car, they're upstairs, they're walking
10   around the hotel checking out the place to make
11   sure no police are coming in or making sure -- like
12   they were being the security for the hotel, not the
13   hotel.
14   BY MR. KEITH:
15        Q    So three men just being there -- what are
16   they supposed to do?  Three men walking around, not
17   causing any problems.  What are they supposed to
18   do?
19             MR. BAUMRIND:  Objection.
20        A    It's enough for the manager of the hotel
21   to ask some questions.  They would be questioning
22   in any other circumstance.
23   BY MR. KEITH:
24        Q    How do you know?
25        A    Three Black men that looked like they're
```

Page 293

1    in gang activity walking around a hotel all day?

2    If they were anywhere else, they would be

3    questioned.

4         Q    So let me make sure I got this right.

5    Because three Black men are walking around a hotel,

6    you want the owners to stop them?

7              MR. BAUMRIND:  Objection.

8         A    It's enough for it to bring attention

9    because it would have brought attention any other

10   place.

11   BY MR. KEITH:

12        Q    I want to make sure I got this right.

13   Because there were three Black men who looked, as

14   you said, like gang members, that should have

15   brought the weight of the hotel down on them?

16             MR. BAUMRIND:  Objection.

17        A    It would be enough -- because it wasn't

18   just them, it was other people also at the hotel

19   actively doing trafficking.

20   BY MR. KEITH:

21        Q    Were they Black?

22        A    Yes.

23        Q    So because they're Black, is that what I'm

24   hearing?  What if they were White people, what if

25   there were three White guys hanging out, would you

March 22, 2022

M.B.  Vs. Redroof Inns

Page 305

```
 1                      CERTIFICATE
 2   STATE OF GEORGIA:
     COUNTY OF FULTON:
 3
 4          I hereby certify that the foregoing
     transcript was taken down, as stated in the
 5   caption, and the colloquies, questions and answers
     were reduced to typewriting under my direction;
 6   that the transcript is a true and correct record of
     the evidence given upon said proceeding.
 7
 8          I further certify that I am not a relative
     or employee or attorney of any party, nor am I
 9   financially interested in the outcome of this
     action.
10
11          I have no relationship of interest in this
     matter which would disqualify me from maintaining
12   my obligation of impartiality in compliance with
     the Code of Professional Ethics.
13
14          I have no direct contract with any party
     in this action and my compensation is based solely
15   on the terms of my subcontractor agreement.
16
17          Nothing in the arrangements made for this
     proceeding impacts my absolute commitment to serve
18   all parties as an impartial officer of the court.
19
20                                       )22.
21
22
23   _____
24   CAROLYN M. CARBONI, RPR, RMR, CCR-B-878
25
```