Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
 2                  ATLANTA DIVISION
 3
 4    W.K., E.H., M.M, R.P., M.B.,
      D.P., A.F., C.A., R.K., K.P.,
 5    and T.H.,
              Plaintiffs,
 6                                    CIVIL ACTION NO.:
      vs.                             1:20-CV-05263-MHC
 7
      RED ROOF INNS, INC., et al.,
 8            Defendants.
 9    _____
10    JANE DOE 1-4,
              Plaintiffs,
11                                    CIVIL ACTION NO.:
      vs.                             1:20-CV-04278-WMR
12    RED ROOF INNS, INC., et al.,
              Defendants.
13
14
15
16           VIDEOTAPED DEPOSITION OF R.P.
17                  April 14, 2022
                      9:45 a.m.
18       1960 Satellite Boulevard, Suite 4000
                    Duluth, Georgia
19      Carolyn M. Carboni, RPR, RMR, CCR-B-878
               Leo Mileman, Videographer
20
21
22
23
24
25
```

**PL Sum. J.**

**Ex.  010**

R. P.                                                   April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 2

1   APPEARANCES OF COUNSEL:

2   On behalf of the Plaintiffs in W.K., et al. v. Red

3   Roof Inns, et al. case:

4           PATRICK J. McDONOUGH, ESQUIRE

5           Andersen Tate & Carr, PC

6           1960 Satellite Boulevard

7           Suite 4000

8           Duluth, Georgia  30097

9           770.822.0900

10  On behalf of the Plaintiffs in Jane Doe, et al. v.

11  Westmont Hospitality Group, et al. case:

12          TIANA S. MYKKELTVEDT, ESQUIRE

13          MICHAEL R. BAUMRIND, ESQUIRE (via Zoom)

14          JULIANA MESA, ESQUIRE (Via Zoom)

15          AMANDA KAY SEALS, ESQUIRE (Via Zoom)

16          Bondurant Mixson & Elmore LLP

17          One Atlantic Center

18          Suite 3900

19          1201 West Peachtree Street

20          Atlanta, Georgia  30309

21          404.881.4144

22

23

24

25

R. P.                                                      April 14, 2022
W.K Vs. Red Roof Inns, Inc.

                                                          Page  3

1   APPEARANCES (Continued):

2   On behalf of the Defendants Red Roof Inns, Inc.;

3   FMW RRI NC, LLC; Red Roof Franchising, LLC; RRI

4   West Management, LLC; Westmont Hospitality Group,

5   Inc.; and RRI III, LLC:

6             ADI ALLUSHI, ESQUIRE

7             PEYTON PATTERSON, ESQUIRE

8             600 Peachtree Street

9             Suite 4700

10            Atlanta, Georgia  30308

11            404.348.8585

12  On behalf of the Defendant Varahi Hotel, LLC:

13            C. SHANE KEITH, ESQUIRE

14            ELLIOTT REAM, ESQUIRE

15            Hawkins Parnell & Young, LLP

16            Suite 4000

17            303 Peachtree Street

18            Atlanta, Georgia  30308

19            404.614.7400

20  Also Present:

21            Samantha Girschick (via Zoom)

22

23

24

25

R. P.                                                April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 42

1    now, but...

2         Q    Were you diagnosed with any type of

3    psychological or mental disorders before you --

4         A    Yes, sir.

5         Q    -- started being trafficked?

6         A    Yes, sir.

7         Q    What was that?

8         A    Bipolar, bipolar 1.

9         Q    Bipolar 1?

10        A    Yes, sir.

11        Q    And how long would your manic episodes

12   last?

13        A    They weren't as bad then.  Like when I was

14   younger, they weren't as bad as when I got older.

15   So I didn't really have -- I just -- I didn't

16   really have many manic episodes, but when I turned

17   18, I had a lot, like, after that.  From 18, I've

18   had a lot of problems.

19        Q    Now, the mania -- what's worse, the manic

20   or the depressive for you?

21        A    The depressive one.

22        Q    Okay.  And which one lasts longer?

23        A    The manic one.

24        Q    And how long does -- how long does your

25   mania last?

R. P.                                        April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 43

1      A     Well, I've gone through an episode where

2    it lasted three months one time.  Like when I was

3    in the mental hospital, a couple -- it was in

4    2021 -- I mean, 2021.  I said 2000.  2021.  I was

5    in the hospital, and I really literally -- I wasn't

6    even on drugs.  I stayed up for -- it made me stay

7    up for like maybe one or two months, like, whole,

8    like, I really didn't get any rest and I was just

9    manic.  And I was just going crazy, doing crazy

10   things, thinking my past was going to come up.

11   Like I literally thought someone was out to get me.

12   It was -- it was crazy.

13      Q     How old were you when you were diagnosed

14   with BP 1?

15      A     I was -- I was 14, 15, when I got

16   diagnosed with bipolar.

17      Q     When you were diagnosed back in your early

18   teenage years, were you put on medicine?

19      A     Yes, sir.

20      Q     Which one?

21      A     I think they put me on Lamictal then --

22   no.  Something like that, I think it was called

23   Lamictal, some kind of pill like that.  But I

24   didn't want to take them because they made me

25   feel -- and Geodon -- because they made me feel

R. P.                                              April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 47

1   down or --

2        A    Yes, I wrote it down.

3        Q    So it says --

4             MR. KEITH:  What number are we up to,

5   Elliott?

6             (Defendants' RP-6 marked.)

7   BY MR. KEITH:

8        Q    All right.  I'll mark this as 6.  When did

9   you write this down?

10       A    Yesterday.

11       Q    In what context?  Were you --

12       A    I was just writing little notes because

13  that's how long -- I was trying to remember the

14  days and which trafficker was which one.

15       Q    So you wrote this -- you wrote this down

16  so that you could remember the dates and the times

17  for the hotels --

18       A    Yes.

19       Q    -- so that you could testify based on

20  this?

21       A    Yes, yes, sir.

22       Q    Okay.  And was this while you were meeting

23  with Pat?

24       A    Yes, sir.

25       Q    Okay.  So it says Smyrna, and then it has

Page 48

1   the number 19?

2       A    That's how old I was.

3       Q    Okay.  Then it says -- is that

4   approximately, those little squiggly signals?

5       A    Yeah.  2012 through 2016, I worked there.

6   And then --

7       Q    And what is this, 8, 20, 21 -- 18, 20 and

8   21?

9       A    I worked there from 18 -- well, I worked

10  there when I was 18, 19, 20 and 21.  And then at

11  North Druid Hills, I worked there from 18 to 23.

12      Q    Oh, I get it.  So that 19 is actually part

13  of this right here?

14      A    Yes, yeah.

15      Q    When did you start -- do you remember what

16  time of the year you started in 2012, at Smyrna?

17      A    Yes, it was the day after we -- the month

18  I turned 18.  It was ███████, two thousand -- no,

19  I'm sorry.  That's my birthday.  It was -- it was

20  right after my birthday, like a week after my

21  birthday.

22      Q    So March of 2012?

23      A    Yes.

24      Q    Okay.  So March of 2012 through when in

25  2016 for Smyrna?

R. P.                                                          April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 49

```
 1      A     I wouldn't know the exact month.

 2      Q     Well, what time of year?

 3      A     I'm not sure of that either.

 4      Q     Well, you went to jail, right?

 5      A     Yes, yes, sir.

 6      Q     So was it before or after jail?

 7      A     It was in the middle.  Like I can't even

 8   remember -- like I would have -- I couldn't know

 9   the exact month, but I was there at that hotel.

10   Like I can't remember the exact month.  I just know

11   I worked there a bunch.

12      Q     You were arrested on April 12th of 2016

13   with a ████████████████, at the Quality Inn in

14   Gwinnett County --

15      A     Yes.

16      Q     -- for prostitution?

17      A     Yes.

18      Q     And I think you pled guilty to that?

19      A     I did, and he caught a pimping charge.

20      Q     Okay.  And I'm going to talk about that in

21   a minute.  If you remember that -- I'm trying to

22   give you a date to work off of.  So when you were

23   arrested in April of 2016 at the Quality Inn in

24   Gwinnett, does that help you figure out when in

25   2016 you stopped working at the Smyrna Red Roof?
```

R. P.                                          April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 50

1      A     Not -- I just know I worked there on and

2     off, like between when I was 18 and from 2016, but

3     I didn't go back there really after that, the

4     Smyrna one.  But I always went back to the North

5     Druid Hills one.

6      Q     Ma'am, we'll talk about --

7      A     I even have a picture of when I was in the

8     room and everything.

9      Q     Okay.  And I need to -- I'm trying to keep

10    these separate for the time being.

11     A     Okay.

12     Q     So if I've got this right, after you

13    caught the charge in 2016, April 12th, 2016, with

14    ██████████████, at the Quality Inn in Gwinnett

15    County, you don't recall working out of Smyrna

16    again; is that fair?

17     A     Yes.

18     Q     Okay.  But you do think that you worked

19    out of --

20     A     Yes.

21     Q     -- Druid Hills until sometime in 2018?

22     A     Yes, sir.

23     Q     All right.  We'll get to -- we'll get to

24    2018 in a little bit.

25           All right.  So we are talking about March

R. P.
April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 51

1    of 2012 to sometime before April of 2016, right?

2        A    Yes.

3        Q    Okay.  And was ██████ a/k/a AK -- I was

4    just going to say AK, but I get messed up.  Was AK

5    the only trafficker that trafficked you during the

6    time that you were at the Red Roof in Smyrna?

7        A    Yes.

8        Q    Okay.

9        A    In Smyrna.

10       Q    ██████████ is listed as a trafficker.

11       A    Wait.

12       Q    Where did he traffic you?

13       A    Well, he might have taken me to Smyrna,

14   too, but he really -- he took me to the North Druid

15   Hills one more, the one up on the hill.

16       Q    Uh-huh.

17       A    Yes.

18       Q    Okay.  Did you have multiple traffickers

19   at one time?

20       A    No.

21       Q    Okay.  So --

22       A    Well, they were in a gang.  AK was in a

23   gang, like, on the east side.

24       Q    The Bloods?

25       A    Yes.

R. P.                                                      April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 52

```
 1       Q    Okay.  And then were you a member of that?

 2       A    Yes.

 3       Q    Okay.  Because we've got a lot of pictures

 4   of you wearing red and...

 5       A    (Witness nods head.)

 6       Q    How did you get initiated into the gang?

 7       A    When I was 17, he -- when I was 18, they

 8   brought me in a room and they all did something to

 9   me, and all his friends and everybody, when I was

10   18.

11       Q    Did they beat you in or did they sex you

12   in?

13       A    They just sexed me in at that time, but...

14       Q    And how many guys?

15       A    It was -- it was probably about three or

16   four, three or four or five people.

17       Q    And what did they do to you?

18       A    They just like -- they raped me.  He told

19   them they could.  They raped me and everything.  He

20   said, "These are my friends.  You have to do

21   something with them."  And that was when I was 18.

22   And I really didn't -- I didn't know anything about

23   prostitution really until I was 18.

24       Q    Okay.  So you got -- was that before you

25   got -- was that before you started being
```

Page 72

1      A    No.  The cop put his hands on me, went

2   like this (indicating).  He put the -- this is the

3   first time it ever happened.  He put the money on

4   the table, and they usually just come in, you know,

5   raid the room and come in after they put the money.

6           But he didn't.  He went like this

7   (indicating), and he threw a false imprisonment

8   charge on me, a felony, because I blocked the door

9   for him and told him that he can't leave my room

10  because he did that.

11          And he was like, "Yes, I can, yes, I can."

12   So he put a false imprisonment charge on me that

13  got dropped.  It got dropped because --

14     Q    That was after 2018, right?

15     A    Yeah, that would have been 2018.  Those

16  charges got dropped.  I told him I was going to

17  take it to trial, but it got dropped because it

18  wasn't a real -- it wasn't really a real charge.

19  That one wasn't.

20     Q    The other ones were real, though?

21     A    Yeah, I said -- yeah, I pleaded guilty to

22  prostitution, yes.

23     Q    Because you were prostituting, right?

24     A    Yes.

25     Q    Okay.  So how long did █████████ traffic

Page 73

1    you?

2         A    All the way up until, like, 2014, '15.

3         Q    Do you need this?

4         A    And then I had met ██████████

5         Q    Do you need this exhibit?

6         A    No.  That's the one -- that's when I was

7    at the Red Roof in Smyrna and the North Druid

8    Hills.

9         Q    Okay.  All right.  All right.

10             MR. KEITH:  We've been going an hour.  I

11   need to take a quick restroom break if we can do

12   that.  So we're going to take a break.  If you need

13   to take a break, you let us know.  Don't stand up

14   before you take this off.

15             THE WITNESS:  Oh, yeah.

16             THE VIDEOGRAPHER:  Off the video record at

17   10:49 a.m.

18             (Recess from 10:49 to 11:07 a.m.)

19             THE VIDEOGRAPHER:  Back on the video

20   record at 11:07 a.m. in the deposition of ████████

██   ██████████

22             MR. KEITH:  Thank you.

23   BY MR. KEITH:

24        Q    What's your aunt's name that you're --

25   that you are living with or using her address right

R. P.                                                     April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 74

1   now?

2        A        ██████████████.

3        Q        ██████

4        A     Yes, sir.  Ju -- I mean, ██████, and then

5   ██████████

6        Q     Okay.  And whose sister is that?

7        A     My mom's sister.

8        Q     Okay.  And your grandfather, what was his

9   name?

10       A        █████████████.

11       Q     And your grandmother?

12       A        █████████████.

13       Q        ██████████

14       A     Yes, sir.

15       Q     Okay.  Who is ████████████████?

16       A     That was somebody that I was -- that

17  caught the pimping charge with me in 2016.

18       Q     Is he related to you?

19       A     No.  He just has the same last name as my

20  family.

21       Q     So yesterday we get the supplemental

22  discovery responses for the Varahi and the Red Roof

23  interrogatories.  And on page 10 of Exhibit 2, you

24  have listed a ████████████████ and a person named

25  Cap, C-a-p, as traffickers.

R. P.                                                    April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 75

1          These are new names that were not on the

2    ones that we got in the interrogatory responses we

3    got back last year.  Why were these two traffickers

4    added to the list of folks who trafficked you the

5    night before your deposition?  Why did you not

6    remember them back the first time?

7          A    Oh, because I thought he was -- I thought

8    █████████ was kind of like my boyfriend, but he

9    really wasn't.  He was just taking my money and

10   beating me in the room.  He bruised both my eyes

11   and hit me if I didn't make any money.  Like he

12   would tell me to wake up and make some money.  That

13   was ████████

14          And then Cap, he was my -- he was the one

15   that -- he bonded me out in two thousand -- for

16   that charge, the first degree forgery charge.

17          Q    The what, the forgery charge?

18          A    Yeah.  He bonded me out of that.

19          Q    So when you answered these questions back

20   in June of 2021, you thought ████████ was your

21   boyfriend; is that right?

22          A    Yeah, but he really wasn't.

23          Q    And then sometime between June of 2021 and

24   last night or yesterday afternoon, you came to the

25   revelation that ████████ was actually a trafficker?

R. P.                                     April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 76

1        A     No.   I came to the revelation, like, just
2    as I got older, I realized that that was what he
3    was.
4        Q     But that happened --
5        A     He caught a pimping charge for me.  It's
6    in the record.
7        Q     Well, so sometime between June 29th of
8    2021 and April 13th of 2022, you came to the
9    revelation that ████████████ was a trafficker
10   and not your boyfriend; is that right?
11       A     Yes.
12       Q     Okay.  What made you come to that
13   realization that ██████ was not your boyfriend and
14   was instead a trafficker?
15       A     Because I just realized that he was just
16   taking money from me, too.  He wasn't -- he was
17   taking all my money.  He wouldn't give me any of
18   it.  And if I didn't give it to him, he would beat
19   me up.
20       Q     And what about Cap?  You didn't list him
21   as a trafficker back in June of 2021, but you
22   listed him yesterday as a trafficker.
23       A     I guess because I didn't want to snitch.
24       Q     How are you snitching if you just give me
25   the name Cap?

R. P.                                          April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 81

1    he told me that's what he wanted me to do, a dance

2    for him.  And then the cops knocked on the door,

3    but he let me get naked and everything.  And

4    usually, they don't let me do that.  Usually, they

5    just put the money on the table and leave, like,

6    put the money on the table, and then open the door,

7    like, raid the room.

8        Q    And you were pretty familiar with that,

9    right?

10       A    Yes, sir.

11       Q    Because that had happened to you a fair

12   number of times, right?

13       A    Yes, sir.

14       Q    All right.  Did you ever think that

15   ██████████  was your boyfriend?

16       A    I thought I was -- I thought I loved him

17   for a minute, but he wasn't really that.  He had

18   other girls.  And we never dated.  Like he never

19   told me we were together.

20       Q    Right.

21       A    I just gave him my money.

22       Q    You thought you loved him, though?

23       A    Yeah, for a minute.

24       Q    Because he saved you?

25       A    He saved --

R. P.                                                    April 14, 2022
W.K Vs. Red Roof Inns, Inc.

                                                        Page 82

1        Q    Got you out of a bad home life?

2        A    That's what I thought, yeah.  You know, I

3   didn't...

4        Q    And how long were you with him?

5        A    From about 2012, like on and off 2012

6   from -- to 2015 -- 2015.

7        Q    Okay.  And then when did ███████ come in?

8        A    2015.

9        Q    And then ███████

10       A    2016.

11       Q    And Cap?

12       A    2018.

13       Q    Who would you have for 2017?

14       A    What happened in 2017?

15       Q    Or were you in jail?

16       A    I might have been in jail.  But I was

17   on -- out on and off.

18            No, it was Cap.  It was Cap 2017.

19       Q    So who was your trafficker when you were

20   working out of Smyrna?

21            MR. ALLUSHI:  Ms. ███████ can you please

22   speak up a little bit so we can hear on this side

23   of the table?

24            THE WITNESS:  Yes.

25            MR. ALLUSHI:  Thank you.

R. P.
April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 83

1      A    At the Smyrna Red Roof, I had both AK and

2    ███████  bring me there.

3   BY MR. KEITH:

4      Q    So --

5      A    And I also had Cap bring me there.  Cap

6   brought me to the -- like he brought me to the

7   North Druid and he brought me to -- I don't think

8   he brought me to the Smyrna one, but he brought me

9   to North Druid Hills.  AK brought me to North Druid

10  Hills.  ████████████  brought me to North Druid

11  Hills.  And he also -- ████████  also brought me to

12  Smyrna.  And Cap --

13     Q    Okay.  Time out.  Time out.  Let's talk

14  about Smyrna.

15     A    Okay.

16     Q    All right.  And then we'll go to North

17  Druid Hills.

18     A    Okay.

19     Q    Who took you -- who were you working for

20  when you were working out of Smyrna, just Smyrna,

21  okay?

22     A    AK.

23     Q    Okay.  That's ████████

24     A    Yes.

25     Q    Okay, AK.  What about ████████

R. P.
April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 84

```
 1      A    I worked there a couple of times with
 2  ███████████████ , too.
 3      Q    But not █████████ and not Cap?
 4      A    No, not at the Smyrna one.
 5      Q    Okay.  Now, let's talk about -- okay.  So
 6  Smyrna is AK and █████████  All right.  And North
 7  Druid Hills, if I heard you correctly, was all four
 8  of them?
 9      A    Yes, sir.
10      Q    Okay.  Let's just go ahead and get those
11  dates down.  The dates you wrote down on Exhibit 6
12  are 2012 to 2018 for North Druid Hills.  So that
13  would mean that AK and █████████ were -- you were
14  working for them from 2012 to 2015-ish, █████████ for
15  2016, and Cap for 2017 and 2018?
16      A    Yes.
17      Q    Okay.  What's █████████ look like?
18      A    He's 6'5".  He's a Black guy.  He's
19  actually out here in Gwinnett.  I don't know.  I
20  haven't -- I haven't talked to him in a long time.
21      Q    What about Cap?
22      A    I don't even know what happened to him.
23      Q    What did he look like?
24      A    He had glasses and he had -- he had a
25  front tooth missing.  He had glasses.  He's more
```

R. P.
April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 111

1   me, like he said, "No, you're not doing this

2   right."

3           And I know he's in a wheelchair, but

4   there's really not much he could do to me without

5   his friends being around, you know, so --

6       Q    Except there were no friends around then,

7   right?

8       A    No, not then, no, no, not that day.  It

9   was just me and him.  And then from then on, he --

10  I don't know.  He just was my pimp from then on.

11      Q    Okay.  So when did he tell you or did he

12  ever tell you these guys are going to call you and

13  you're going to have sex with them and they're

14  going to give you money?  When did --

15      A    The first day I met him, like when he took

16  me to the room.  After he bought me the outfit, he

17  took me to the room after that.

18      Q    And what did he say?  Do you remember it?

19      A    Not really, no.  I just remember that

20  he -- yeah, he gave me the phone, he said, "We're

21  about -- you just posted an ad.  You're going to

22  make plays."  And that's what he called it.  He

23  said, "You're going to make plays.  You're going to

24  use this phone.  You're going to answer the phone,

25  answer all these people on your phone, just answer

R. P.

W.K Vs. Red Roof Inns, Inc.

April 14, 2022

Page 112

1  them and tell them a price."

2          And I just remember I talk funny like

3  this, you know, like I talk weird.  And then he was

4  like, "No, that's not how you talk," and then he

5  hit me.  "That's not how you talk on the phone with

6  them."

7          So after that, I don't know, I was a

8  little weirded out, but I still stayed and I

9  worked.  It was the first day.  And then I worked

10 for him -- I don't know.  I guess I was connected

11 to him after that.

12     Q    Okay.  I just -- I just don't understand

13 this.  So he tells you to go talk to somebody on

14 the phone, and then he slaps you; is that right?

15     A    Yes, sir.

16     Q    Did it hurt?

17     A    Yes, sir.

18     Q    Did he only slap you once?

19     A    Yes, sir.  That's the only time he ever --

20 yeah.

21     Q    That's the only time he ever slapped you?

22     A    That's the only time he ever did.  When

23 he, like, when he gang raped us, me and everything,

24 or the other girls, he would bring all the guys in

25 there with us and just gang rape us.  That's how --

R. P.                                                    April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 113

1   like one time when I was at the Red Roof, and this

2   was there, it was North Druid Hills, we were there,

3   and I just wanted $20.  I wanted $20 so I could

4   eat.

5        Q    You wanted or won $20?

6        A    Yeah, I wanted to keep -- I wanted to keep

7   $20, so I kept $20 on me.  He saw it in the drawer

8   or one of the other girls -- like I can't remember.

9   One of the other girls had told him or told on me

10  that I kept the money.  And he came in there, and

11  that's when they all came in there and raped me and

12  everything like that again.  Like he did -- they've

13  done it multiple times, you know, just to show

14  their dominance, I guess.  I don't know.

15       Q    That was at the -- that was at North Druid

16  Hills?

17       A    Yes.

18       Q    Okay.

19       A    That was the Red Roof.

20       Q    Okay.  So let's -- let me go back to

21  Masters Inn.  So this -- how many guys did you have

22  sex with the first night?

23       A    A lot.  Like probably over 10 or 15 that

24  night.

25       Q    Starting at 8:00?

R. P.

April 14, 2022

W.K Vs. Red Roof Inns, Inc.

Page 125

1      A    I thought it was going to be -- we were

2   going to get a -- like I thought we were going to

3   do more with it, like, but no.  Like I thought that

4   I would be able to keep some of it sometimes, but

5   no, that's not how it works.

6      Q    What did you think you were going to get

7   to do with it?

8      A    I don't know.  I thought we were going to

9   get a place or, you know, get a car, like get

10  stuff, get things, like move out.  But no, you just

11  sit in an outfit in a room and make money for

12  people.

13     Q    So when you got into it, you thought that

14  you were going to earn the money and you were going

15  to keep some of it and it was going to better you,

16  right?

17     A    Yes, yes, sir.

18     Q    And it turned out that was not what you

19  actually got, right?

20     A    Yes, sir.

21     Q    Now, how often, when you were with AK, did

22  you go to the Red Roof in Smyrna?

23     A    A lot.

24     Q    What does "a lot" mean?

25     A    Not like -- he would -- he would take me

R. P.                                                      April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 126

1   all over, like all over.  So he took me there a

2   couple of times, but most of the time, I was at

3   North Druid Hills.

4        Q    Okay.  We'll talk about that.  I'm trying

5   to -- I'm trying to -- let's make it -- let me ask

6   an easier question.

7        A    All right.

8        Q    As between the two Red Roof hotels, were

9   you at the -- were you at the Druid Hills more than

10  the Smyrna?

11       A    Yes.

12       Q    Okay.  So take -- in your mind, I want you

13  to take out the Smyrna -- take out the Red Roof up

14  on the hill, okay?

15       A    Okay.

16       Q    And I want you to think about the Smyrna

17  one.

18       A    Okay.

19       Q    All right.  And I want you to think about

20  AK, all right?  How many times -- and I think you

21  said a couple, but I want to make sure we got this

22  right.  How many times do you recall AK taking you

23  to the Smyrna Red Roof for you to work?

24       A    Oh, like three to four times.

25       Q    Okay.

R. P.                                                          April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 127

1     A    He didn't take me there much.

2     Q    All right.

3     A    He didn't take me to the Smyrna one much.

4     Q    I'm going to put this up here so it

5   doesn't get in my pile and get away.

6     A    He took me there on and off, but not too

7   much.

8     Q    Okay.  So I'm just going to write this

9   down.  Smyrna with AK three to four times, right?

10    A    Yeah, or maybe more.  Like I'm not sure,

11  but it was just, like, over the years, he took me

12  there on and off.  But yes, that's right.  That's

13  right.

14    Q    So does three to four sound right?

15    A    I'm going to say yes.

16    Q    Okay.  All right.  Now let's talk about

17  with CG.  How many times did he take you to Smyrna?

18    A    Twice maybe.

19    Q    Twice.  What's the other one's name that

20  I'm missing?  ██████████

21    A    Once.  No, I'm sorry.  ████████ never took

22  me to Smyrna.

23    Q    Zero?

24    A    Zero.

25    Q    And our last one was Cap?

Page 128

1      A     Yes, sir.

2      Q     And he never took you there, right?

3      A     No.

4      Q     Okay.  Let's go through Druid Hills and

5   then we'll take a break, okay?

6      A     (Witness nods head.)

7      Q     So North Druid, AK, how many times did he

8   take you there?

9      A     Way too many.  Like, I'm serious, I'm

10  thinking like over 20.  It had to be over 20, 30

11  times over the years.

12     Q     So over 30 times?

13     A     Yes, I think, yes.

14     Q     Okay.

15     A     Yes.

16     Q     What about CG?

17     A     Pretty much like the same, but he -- I

18  mean, he just took me to the nicer hotels, so 10 or

19  15.

20     Q     Okay.  ███████

21     A     Once.

22     Q     One time?

23     A     No -- yeah, once, once with him.

24     Q     Okay.  And Cap?

25     A     To be honest, I'm not sure if Cap -- I

Page 129

1   can't really remember if Cap took us to that hotel

2   or not.

3       Q    Say zero then?

4       A    Yes, just say I can't remember.

5       Q    Now, these three to four times that AK

6   took you to Smyrna, how long were the stays?

7       A    Two to three days at a time.

8       Q    Two to three days?

9       A    And one time, I stayed there for a whole

10  month.

11      Q    At Smyrna?

12      A    Yes, sir.  That was where I met Star.  And

13  I saw the younger girls working in the other room.

14  They were like 14 years old.

15      Q    All right.  CG, how long -- the two times

16  that he took you there, how long were those stays?

17      A    Two to three days at a time.

18      Q    All right.  Now, when AK took you to North

19  Druid, over the 30 times that you said, how long

20  were those stays?

21      A    Two to three days.  Maybe a week at a time

22  maybe.

23      Q    Two to three to a week?

24      A    Yes.

25      Q    Okay.  CG, the 10 to 15 times that he took

R. P.                                                    April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 130

1   you to North Druid, how long?

2       A    Same, two to three days at a time.

3   Maybe -- maybe a week.

4       Q    And █████████  the one time, how long was

5   that?

6       A    Yeah.  Just one, one day with him.

7       Q    One day.  The month that you stayed --

8   that you stayed at the Red Roof Smyrna with AK,

9   when was that?

10      A    That was in two -- when I was 19 years

11  old.

12      Q    So 2013?

13      A    Yes, 2013.

14      Q    Do you remember what month it was?

15      A    No, sir.

16      Q    Do you remember what time of the year it

17  was?

18      A    Not sure, but I'm -- I'm not sure.

19      Q    All right.

20      A    I just know the year.

21      Q    Okay.

22           MR. KEITH:  That's a good breaking point.

23           THE VIDEOGRAPHER:  Off the video record at

24  12:02 p.m. in the deposition of ████████████ .

25           (Lunch from 12:02 to 1:10 p.m.)

R. P.
April 14, 2022

W.K Vs. Red Roof Inns, Inc.

Page 142

1    times and something always -- something bad always

2    happened to you, and you got back into it?

3         A    Yeah.

4         Q    Is that fair?

5         A    Yes, it is.

6         Q    So there were plenty of times that you got

7    out and said, "I'm done; I don't want to do this

8    anymore," and then the next thing I see is you're

9    back at it?

10        A    Yes.

11        Q    Is that fair?

12        A    Yes, that's true.  Correct.

13        Q    And if I'm hearing you right, you wanted

14   to get out at times?

15        A    Yes.

16        Q    But then money got tight, right?  On some

17   instances, money got tight?

18        A    I don't know if it was really money,

19   because I always made -- it was more of, I guess, a

20   love thing.  It was more for the love than the

21   money.  So I think I just thought someone loved me,

22   cared about me, I guess, which is stupid, like,

23   thinking they actually cared about me making me

24   work for them.

25        Q    You were looking for a human connection;

Page 147

1      Q    -- big boy prison?

2      A    Yes.  They finally told me because of that

3   charge they were going to put me in prison if I

4   didn't go to rehab.  So that totally made me

5   realize, okay, I really got to wake up because I

6   really didn't want to go to prison.

7      Q    That literally got you right with the Lord

8   right there, right?

9      A    Yeah.

10     Q    Okay.  All right.  Let's go back to 2012.

11  You got into this thinking that you were going to

12  make some money and that you were going to keep

13  some money and that you were going to get to better

14  your life, right?

15     A    Yes.

16     Q    And it turns out that you were -- it turns

17  out that the way that this was going to happen was

18  you were going to be a sex worker, right?

19     A    Yes, sir.

20     Q    And how many men were you -- you told me

21  the first night you had sex with a lot of men.  But

22  can you tell me on an average in -- over the course

23  of your prostitution and sex work, how many men you

24  were having sex with a day?

25     A    Like 10 people a day.

R. P.                                                    April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 148

1      Q     10 a day?

2      A     Yes.

3      Q     Was that all -- was that all manner of

4   sexual activities or was that -- tell me what that

5   means.  What do you mean?

6      A     Just -- I don't know.  Just -- I don't

7   know how to really -- I don't know.  Just -- I

8   don't know.

9      Q     Were you having sex with 10 men a day?

10      A     Yes, yes, yes.

11      Q     How many days a week were you working?

12      A     Seven days a week.

13      Q     Did you get any -- and this sounds weird,

14   but did you get any holidays or vacation?

15      A     I mean, I could take a day off where I

16   want to, but I usually just worked.  I don't know.

17   They -- like when I was with CG and AK, they didn't

18   let me take a day off.  They made me work.  They

19   said we got to work.

20      Q     I didn't understand you.  I'm sorry.  I

21   just didn't --

22      A     When I was working for CG and AK, they

23   were like, you got to work.  Like they just put me

24   in the room and say you got to work.

25      Q     Were they beating you?

R. P.

April 14, 2022

W.K Vs. Red Roof Inns, Inc.

Page 149

1      A     Yes, multiple.

2      Q     How were they beating you?

3      A     AK had slapped me that one time.  That was

4   the only time he ever did that other than the gang

5   rape stuff.  But he's in a wheelchair, so...

6            But CG, he hit me one time because we

7   got -- we actually got kicked out of the room that

8   day because he hit me and, like, he made me -- I

9   got mad at him because I was giving him all my

10  money.  And it was just -- I was feeling some type

11  of way.  He was just coming to pick it up and then

12  leaving, coming to pick it up and then leaving, and

13  I guess we -- we got in a fight and he hit me.

14     Q     So he hit you once?

15     A     Yeah, just once.

16     Q     AK hit you once?

17     A     Just once with him.

18     Q     You said the gang rape.

19     A     Yeah, they --

20     Q     So tell me -- tell me - and I know this --

21     A     That was his friends.

22     Q     Oh, right.  Because -- and that was only

23  AK's friends, right?

24     A     Yeah.

25     Q     All right.  I know this is going to be

Page 150

1   difficult, but did that happen more than once?

2       A    Yes.

3       Q    How many times did that happen?

4       A    It happened about twice.

5       Q    I know the one time they sexed you in --

6       A    Yes.

7       Q    -- right?

8            And then you said it happened one time at

9   Druid Hills?

10      A    Yes, Druid Hills, yes, that's right.

11      Q    Okay.  Never happened at Smyrna?

12      A    No.

13      Q    Okay.  Have you ever been married?

14      A    Never.  I accidentally put this on.

15      Q    Do what?

16      A    I accidentally put this on my finger, but

17  I'm not married.

18      Q    No, no.  I'm just saying -- it's on my

19  list.  It wasn't your ring.  Have you ever been

20  engaged?

21      A    Never.

22      Q    Okay.  I asked you earlier had -- did you

23  ask your momma for help.  Did you ever ask your

24  sisters or your brother for help while you were in

25  the life?

R. P.
April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 215

1      A     Yes, I do.

2      Q     Do you recall having sex with anybody that

3  worked at the Druid Hills Red Roof?

4      A     Yes, I do, because my trafficker, they

5  would ask him if we could see -- they would ask him

6  if he could see the girls that we are seeing over

7  there.

8      Q     Okay.  I'm going to go back one question,

9  okay?  What you just described about North Druid

10  Hills, that never happened at Smyrna, right?

11      A     No.

12      Q     Correct?

13      A     Yes.

14      Q     Okay.  All right.

15      A     Only at the North Druid.

16      Q     Okay.  Did that happen at any other hotels

17  other than Red Roofs?

18      A     Yes, it did.

19      Q     Was that a somewhat regular occurrence

20  that the workers at the hotels would have sex with

21  you?

22      A     Yes, yes, yes, it was.

23      Q     And what were they -- and were they having

24  sex with you in exchange for the rooms or were they

25  just having sex because they wanted to have sex

R. P.                                      April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 218

1      Q    And when you say "hot," what does that

2   mean?

3      A    I mean, like everything goes on there.

4   Like everybody works there.  There's girls in every

5   single room it seems like.  There's pimps

6   everywhere.

7           I mean, it's the same as Norcross Extended

8   Stay, I would say.  But this had to be the worst

9   ones, the Red Roof Inn North Druid Hills and the

10  Norcross Extended Stay on Pelican Drive would have

11  to be the worst hotels, that the most things go

12  down.  But you don't ever get in trouble there.

13  They don't call the police over there.

14     Q    At those two hotels you were just talking

15  about?

16     A    No, they don't.  No, no one ever gets in

17  trouble at the Red Roof.

18     Q    Druid Hills?

19     A    No, yeah, they never get in trouble there,

20  no.

21     Q    And when you were --

22     A    Or Smyrna, they don't get in trouble there

23  either.

24     Q    Did you ever see the police driving

25  through in Smyrna?

R. P.                                    April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 219

1       A    They do drive through, yes, yes.

2       Q    What about at Druid Hills?

3       A    Yes.  They drive through less at Smyrna,

4  but yes, I've seen them drive through, I have.

5       Q    They drove through somewhat regularly at

6  both hotels, didn't they?

7       A    Uh-huh.

8       Q    Yes?

9       A    Yes, sir, they did.

10      Q    I'm not trying to be rude.

11      A    I know I didn't answer.  I'm sorry.

12      Q    That's okay.  You're doing good.

13      A    I'm sorry.

14      Q    Hopefully, it's -- we're getting there.

15           Other than AK, ██████████████████

██      ████████ and Cap, did you ever have any other pimps?

17      A    No, never.  I'm sorry, that was not true.

18  But I had a bunch over in Norcross, but they

19  weren't -- I don't -- it was -- I don't know.  It

20  was when I went through like eight different people

21  or eight pimps at one time.  They were all beating

22  me up over there, but that was different.

23      Q    What hotel was that?

24      A    That was over in Gwinnett, over in the --

25  close to the Norcross Extended Stay and the Intown

Page 220

1    Suites, over in that area.  I can't remember the

2    name of the hotel, but that was over there.

3        Q    So you were at a hotel where you had

4    multiple pimps?

5        A    Oh, yeah, that one actually kept me in a

6    room and didn't let me go.  I can't even -- I never

7    knew his name, but that wasn't at the -- that

8    wasn't the Red Roof.  This is a different hotel.

9        Q    How do you go about changing pimps?

10       A    I don't know.

11       Q    How did you go from changing pimps?

12       A    I didn't really much.

13       Q    Yeah, but you did.  So how did you do it?

14   How did you go from -- how did you go from AK being

15   your pimp to CG?

16       A    They met me on -- they met me on Backpage.

17   They send me a message on Backpage.  All of them

18   did, except for AK, he met me on Facebook.  And

19   then Cap, he met me when I was walking outside my

20   room.  And then ███████ he met me from sending me a

21   message on Backpage.  And then he was really a coke

22   dealer and wanted --

23       Q    He was what?

24       A    He was really a cocaine dealer but...

25       Q    Okay.  So let's back up for a minute.  All

R. P.

W.K Vs. Red Roof Inns, Inc.

April 14, 2022

Page 235

1      A     No, I was just working.

2      Q     Right.  Were you out flaunting yourself

3   half naked running around the property?

4      A     Yes.

5      Q     Okay.  Why?

6      A     I don't know.  Sometimes I was.  Like

7   sometimes -- I mean, I would wear little shorts out

8   there and everything and just walk around.

9      Q     But were you trying --

10     A     Sometimes.  Most of the time I stayed in

11  the room because I didn't want anybody to see me.

12  So other times I'd walk around, yeah.

13     Q     You weren't trying to pick up tricks out

14  in the parking lot, were you?

15     A     No.  I was on Backpage.  But I have picked

16  up tricks in the parking lot before, yes, I have.

17     Q     In Smyrna?

18     A     Yes.  I've picked them up in Smyrna and on

19  Delk Road, too.  I've picked -- because I've met

20  people that were in different rooms there, because

21  I lived there for a month, so I met them there,

22  that's why I seen them.  And then I would just see

23  them -- I would walk outside and maybe see a trick,

24  you know, someone would see me walking outside and

25  they'd come up to me.

R. P.                                    April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 247

1    I don't -- I still think the other hotels are bad,

2    too.  I just think the Red Roof is just -- no one

3    gets in trouble there.  Who's gotten in trouble?

4    No one.  No one really gets in trouble there.  Like

5    the police don't care to come and stop it there

6    like they did -- they stopped me at every other

7    one.

8        Q    Well, but you jumped right back in the

9    game every time you got in trouble?

10       A    Yes.

11       Q    So it doesn't seem to matter if you got in

12   trouble, you were back in it?

13       A    Yeah.

14       Q    So in actuality, there's no difference

15   between these hotels and any of the other ones, are

16   there?

17       A    I think there's a difference.

18       Q    Well, what is the difference?

19       A    It's just hot there.  Like it's -- we used

20   to call it the hot Red Roof.  Like everyone said

21   that.

22       Q    And which one are you talking about?

23       A    Like everybody on the streets called it

24   the hot -- the hot Red Roof because everyone just

25   stands outside the rooms and they don't really do

R. P.

W.K Vs. Red Roof Inns, Inc.

April 14, 2022

Page 248

1   that much.  They don't do that much.  Like at the

2   Horizon, nobody really does that that much.  Even

3   at the Norcross, they do, I will say that about

4   Norcross, and I will say that about the Red Roof

5   Inn in North Druid Hills.  And Smyrna, I'm going to

6   have to say is not as bad as North Druid Hills.

7       Q    But when it comes down to it, you were

8   able to peddle your wares at 15 different hotels

9   and some apartments that you've identified today,

10  right?  You were able to -- yes?

11      A    Wait, hold on.  What did you say?  You

12  said --

13      Q    You were able to perform sex acts for

14  money at 15 different hotels that you've identified

15  today as well as at least one apartment complex,

16  right?

17      A    Yes, sir.

18      Q    You were only arrested at a handful --

19  well, not even a handful of those, just three or

20  four of those, right?

21      A    Yes, sir.

22      Q    You were able to have sex for money at all

23  of the hotels that you've identified, correct?

24      A    Yes.

25      Q    And not a single one of them stopped you

Case 1:21-cv-04278-WMR   Document 174-10   Filed 03/02/23   Page 42 of 54
R. P.
April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 249

1   from doing it for any period of time, correct?

2       A     Only the ones that I got arrested for, I

3   guess.

4       Q     And then you jumped right back in the

5   game?

6       A     I guess it's just by chance, to be honest,

7   but I don't know.  I know I got -- I don't know.  I

8   don't know to answer right now.

9       Q     Not a single hotel stopped you from doing

10  it for any length of time because even the ones you

11  got arrested at --

12      A     No, they did.  They kicked me out.  That's

13  what I told you, they kicked me out.

14      Q     To go somewhere else to do it?

15      A     What do you mean?

16      Q     Not a single one of them got you out of

17  the life?

18      A     No, no, no.

19      Q     Only you could get you out of the life?

20      A     Yes.

21      Q     Correct?

22      A     Yes.

23      Q     So even the ones where you got arrested

24  and you spent some time in jail, within months

25  after getting out of jail, you were back at it with

R. P.
April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 250

1   a pimp doing the same things that you had been

2   doing that got you put in jail, right?

3       A    Yes, yes.

4       Q    And those were decisions that you made --

5       A    Yes.

6       Q    -- right?

7       A    Yes.

8       Q    Those were bad decisions that you made,

9   right?

10      A    Yes.

11      Q    They were terrible decisions that you

12  made?

13      A    Yes.

14      Q    But they were yours alone to make?

15      A    I don't know how to answer that question.

16      Q    Well, you always went back, didn't you?

17      A    Yes.

18      Q    You had a momma that had a house, right?

19      A    Yes.

20      Q    You had apparently a sister that had a

21  house, right?

22      A    Yes.

23      Q    You had an uncle that had a house?

24      A    Yes.

25      Q    And instead of staying with any of them,

Page 294

1      A    But I did -- they did do something to me

2   at the Red Roof when I took $20.

3      Q    And I'm going to get to that.  Which hotel

4   was the first gang rape for initiation into the

5   Bloods?

6      A    I think it was over at the Masters Inn.

7      Q    And so -- and then so you testified that

8   then there was a -- I think it was a gang rape

9   where you wanted to keep $20, I believe, and

10  then --

11     A    Yes.

12     Q    -- AK got mad at you and that's what

13  happened?

14     A    Yes.

15     Q    And was that at the North Druid Hills?

16     A    Yes.

17     Q    And what year was that?

18     A    That was in two thousand -- I think 2013.

19     Q    And do you recall how long you had been

20  staying at the Red Roof Inn North Druid Hills at

21  that time?

22     A    Probably for like two to three days at a

23  time.

24     Q    Is that what your usual -- I know you

25  testified earlier you stayed a month at the Smyrna.

R. P.                                    April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 295

1   Is the North Druid Hills two to three days at a

2   time?

3       A    Yeah.  North Druid Hills was two to three

4   days at a time, maybe a week.

5       Q    And I know you said -- you said earlier it

6   was hot, hot.  Is it hot like there's a lot of

7   police or is it hot that there's like --

8       A    There's a lot of stuff going on there.

9   There's like a lot of people working there.  A lot

10  of girls that I've seen in the rooms.  And I've,

11  you know, seen some girls there that worked there.

12  And there's a lot of people, you know, selling

13  drugs there and so forth.

14      Q    Now, when this gang rape happened in 2013,

15  was it inside the room that --

16      A    Yes.

17      Q    -- the rape happened?

18      A    Yes.

19      Q    Was it also inside the room that the

20  incident with the $20 happened?

21      A    Yes, that was the same incident.

22      Q    And was any hotel employees around to

23  witness that?

24      A    No, I don't think so.

25      Q    Okay.  Did you -- did you call the police

R. P.
April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 297

1      Q    And how many times would you stay -- would
2  you say you stayed at the Red Roof North Druid
3  Hills in 2012?
4      A    Let me think.  I'm going to have to say
5  like 14, 15.
6      Q    14, 15 times?
7      A    Yeah, or maybe a little more.
8      Q    In 2012?
9      A    Yes.
10     Q    What about in 2013?
11     A    Same amount of time, like same amount.
12     Q    Okay.  What about --
13     A    We'd just go there like every month, like
14  on and off, like we would switch and go back every
15  other month, every other month.
16     Q    And what about 2014, same?
17     A    Yeah, same.
18     Q    Is it the same every year?
19     A    Yeah, like just switching it off over the,
20  like, over the years, switching hotels.
21     Q    So it was 14 to 15 times each year three
22  times -- three nights average?
23     A    Yes.
24     Q    And so how many you think occurrences
25  where you had sex with workers throughout those six

R. P.                                               April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 298

1    years?

2         A    Probably two, three, maybe four times that

3    I had sex with, like, the Indian people that worked

4    there.

5         Q    Two to four times --

6         A    Yes.

7         Q    -- with Indian people that worked there?

8         A    Yes, or the cleaning people that worked

9    there.  They would come in the room, and they would

10   offer my pimp to see us.  I mean, they would ask

11   and then he would get the money and we would see

12   them.

13        Q    Okay.  And so it's two to four people,

14   correct?

15        A    Yes.

16        Q    And can you describe each of these people

17   to me, please?

18        A    The Indian people, like, there was just --

19   one of them was -- I remember one time, he was

20   bald, and he was just a front desk worker.  And

21   when I went -- when I went up there, like, with

22   him, he tried to talk to me.  And we did.  We ended

23   up -- he ended up seeing me.

24        Q    Okay.  First guy, was this the first

25   guy --

Page 302

1   used?

2        A     Huh-uh, don't even know that.

3        Q     Let me ask you this:  I want to confirm

4   the testimony you gave us earlier for North Druid

5   Hills because it was unclear to me.  But you allege

6   that you were there with AK, correct?

7        A     Yeah.

8        Q     About 30 times maybe?

9        A     Yes.

10        Q     And then you said that you were there with

11   CG, which is ████████████████, correct?

12        A     Yeah.

13        Q     About 15 times?

14        A     Yes.

15        Q     And then you said that you were there with

16   ████████ one time?

17        A     Yes.

18        Q     But you've never been there with Cap,

19   right?

20        A     No.

21        Q     Okay.  Now, this guy, ████████████████, this

22   is the guy you said earlier he's a baseball coach

23   for kids, right?

24        A     Yes.

25        Q     I mean -- and you knew that at the time?

1       A      Yes.

2       Q      Did you ever think, like, this guy's

3   terrible, I should call the police, he shouldn't be

4   allowed to be teaching kids?

5       A      Yes, I think that, too.  And he has a

6   whole life.  Nobody even knows about his other

7   life.

8       Q      But you knew at the time this guy is a

9   pimp and he's -- you testified he was beating you,

10  mistreating you, correct?

11      A      Yes.

12      Q      And then he was going during the day and

13  teaching people's kids, right?

14      A      Yes.

15      Q      And you never thought, hey, let me just

16  call the police and make sure that this guy never

17  gets near kids with what he's doing?

18      A      Now I did, and that's why I'm --

19      Q      And why --

20      A      I never gave their names till now.  I

21  never -- I never snitched on anybody until I

22  realized -- until I came into the other life and

23  realized all of it is wrong.

24      Q      So at the time, you didn't think it was

25  wrong that this guy is teaching kids?

R. P.
April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 304

1        A    No, I did think it was wrong then.  I've
2    always thought it was weird that he did all that.
3    Like he had a good life.  Like he lived in a
4    mansion.  He was teaching kids baseball.  He's -- I
5    don't know.
6        Q    Yeah.  And so my question is:  Why didn't
7    you call the police or somebody to warn them that
8    this guy is a pimp, violent, a trafficker, and he
9    shouldn't be allowed near kids?
10       A    I don't know, because I guess I was -- had
11   a connection then.
12       Q    Were you in love with this guy?
13       A    I don't think in love, just like -- we
14   never dated.  Like he never said we were dating.
15       Q    Did you have sex with him?
16       A    Yes.
17       Q    And that was consensual?
18       A    Yes.
19       Q    Aside from the four Indian guys, did you
20   have sex with any other employees at the Red Roof
21   North Druid Hills?
22       A    I don't think so, but...
23       Q    Okay.  And then you also said -- testified
24   earlier, Ms. ██████ that there were people,
25   workers, that served as lookouts at the North Druid

R. P.                                    April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 305

1    Hills.

2         A     Yes.  Like they would tell us -- they

3    would call the room and let us know if the police

4    were coming, or they would call my trafficker and

5    let them know, or my pimp and let him know, either

6    one, they let them know that they're coming to the

7    room.

8         Q     And how many of these workers did that?

9         A     Only one like or two -- one, I think it

10   was one at that time.

11        Q     So it was one -- one where --

12        A     That I can remember of, yes.

13        Q     Okay.

14        A     But it was --

15        Q     Go ahead.

16        A     -- a bunch of times.  It happened a couple

17   of times.

18        Q     Okay.  One worker at North Druid Hills a

19   few times --

20        A     Yes, yes.

21        Q     -- alerted you or alerted --

22        A     The person, the pimp, like he would make

23   friends with them.

24        Q     Which was who at the time?

25        A     AK and ██████ both.  They both made

R. P.                                                April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 306

1    friends with them.  That's just what a lot of them

2    did, the pimps.

3        Q    And do you recall this person's name, the

4    worker's name?

5        A    No.

6        Q    What did he -- what did he look like?

7        A    I can't recall any names or what they

8    looked like at this -- right now.

9        Q    Okay.

10       A    Because everybody looked the same to me

11   after a while.

12       Q    And how do you know that he alerted AK or

13   CG?

14       A    Because he had told me about it.  He said,

15   "Don't work right now."  He -- they said --

16       Q    "He" who?

17       A    AK and ███████ they both looked at me,

18   "Don't work right now."  They said, "There's about

19   to be a sting up at the front office."  Like they

20   would call their phones and let them know.

21       Q    But you directly did not talk to this

22   worker, right?  You just -- you just have this

23   secondhand knowledge from --

24       A    Yes, yes.

25       Q    -- AK and ███████ that said that, hey,

R. P.                                    April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 313

1   Roof Inn Smyrna at times?

2        A    Yes, yes.

3        Q    What about the Red Roof North Druid Hills,

4   did you go to the front desk?

5        A    Yes, picking up towels, like so why they

6   didn't ever come to the room, yeah.

7        Q    And would you go to the front desk -- you

8   said you don't recall ever having the room in your

9   name, so what would you have gone to the front desk

10  for?

11       A    To get towels, just, like, so if I run out

12  of toilet paper or something like that, just -- I

13  would get that.

14       Q    And they wouldn't deliver that to your

15  room?  You couldn't call?

16       A    They could, but sometimes I would run out

17  more because I was seeing so many people, I had to

18  switch towels a lot.

19       Q    And when you check in, and now I'm talking

20  about both hotels, the Smyrna and the North Druid

21  Hills, when you would check -- when you would --

22  when you would go into the hotel, right, these

23  hotels were outdoor courtyard hotels, correct?

24       A    Which one?

25       Q    The Smyrna and the North Druid Hills, they

R. P.                                   April 14, 2022
W.K Vs. Red Roof Inns, Inc.

Page 321

1                          CERTIFICATE
2       STATE OF GEORGIA:
        COUNTY OF FULTON:
3
4              I hereby certify that the foregoing
        transcript was taken down, as stated in the
5       caption, and the colloquies, questions and answers
        were reduced to typewriting under my direction;
6       that the transcript is a true and correct record of
        the evidence given upon said proceeding.
7
8              I further certify that I am not a relative
        or employee or attorney of any party, nor am I
9       financially interested in the outcome of this
        action.
10
11             I have no relationship of interest in this
        matter which would disqualify me from maintaining
12      my obligation of impartiality in compliance with
        the Code of Professional Ethics.
13
14             I have no direct contract with any party
        in this action and my compensation is based solely
15      on the terms of my subcontractor agreement.
16
17             Nothing in the arrangements made for this
        proceeding impacts my absolute commitment to serve
18      all parties as an impartial officer of the court.
19
20             This the 26th day of April, 2022.
21
22
23
24             CAROLYN M. CARBONI, RPR, RMR, CCR-B-878
25