

**PL Sum. J.**

**Ex.** __011__

Deposition of:

# W.K.

*November 4, 2021*

In the Matter of:

# W.K., et al v. Red Roof Inns, Inc., et al

## Veritext Legal Solutions

800.808.4958 | calendar-atl@veritext.com | 770.343.9696

Case 1:21-cv-04278-WMR   Document 174-11   Filed 03/02/23   Page 2 of 52
W.K.                                     November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 1

1          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
2                    ATLANTA DIVISION
3    W.K., E.H., M.M., R.P., M.B.,
     D.P., A.F., C.A., R.K. and K.P.,
4
             Plaintiffs,
5                                        CIVIL ACTION NO.:
     vs.                                 1:20-CV-05263-MHC
6
     RED ROOF INNS, INC.; FMW RRI
7    NC, LLC; RED ROOF FRANCHISING,
     LLC; RRI WEST MANAGEMENT, LLC;
8    VAHARI HOTEL, LLC; WESTMONT
     HOSPITALITY GROUP, INC.;
9    and RRI III, LLC,
10           Defendants.
11
12
13
14        VIDEOTAPED DEPOSITION OF W.K.
15              November 4, 2021
16                 10:20 a.m.
17       1960 Satellite Boulevard, Suite 4000
18                Duluth, Georgia
19     Carolyn M. Carboni, RPR, RMR, CCR-B-878
20           Eric Lucas, Videographer
21
22
23
24
25

W.K.                                    November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

                                              Page 2

1    APPEARANCES OF COUNSEL:

2    On behalf of the Plaintiffs in W.K., et al. v. Red

3    Roof Inns, et al. case:

4            PATRICK J. McDONOUGH, ESQUIRE

5            JONATHAN TONGE, ESQUIRE

6            Andersen Tate & Carr, PC

7            1960 Satellite Boulevard

8            Suite 4000

9            Duluth, Georgia  30097

10           770.822.0900

11   On behalf of the Plaintiffs in Jane Doe, et al. v.

12   Westmont Hospitality Group, et al. case:

13           TIANA S. MYKKELTVEDT, ESQUIRE

14           JOHN E. FLOYD, ESQUIRE (via Zoom)

15           MICHAEL R. BAUMRIND, ESQUIRE (via Zoom)

16           Bondurant Mixson & Elmore LLP

17           One Atlantic Center

18           Suite 3900

19           1201 West Peachtree Street

20           Atlanta, Georgia  30309

21           404.881.4144

22

23

24

25

Page 3

1   APPEARANCES (Continued):

2   On behalf of the Plaintiff in J.A. v. Red Roof

3   Inns, et al. case:

4            DENISE D. HOYING, ESQUIRE (via Zoom)

5            Law & Moran

6            563 Spring Street

7            Atlanta, Georgia  30308

8            844.317.5460

9   On behalf of the Defendants Red Roof Inns, Inc.;

10  FMW RRI NC, LLC; Red Roof Franchising, LLC; RRI

11  West Management, LLC; Westmont Hospitality Group,

12  Inc.; and RRI III, LLC:

13           ADI ALLUSHI, ESQUIRE

14           LILLIAN HENRY, ESQUIRE

15           CHARLES K. REED, ESQUIRE (via Zoom)

16           Lewis Brisbois Bisgaard & Smith LLP

17           600 Peachtree Street

18           Suite 4700

19           Atlanta, Georgia  30308

20           404.348.8585

21

22

23

24

25

W.K.                                       November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

                                                    Page 4

1    APPEARANCES (Continued):

2    On behalf of the Defendant Varahi Hotel, LLC:

3            WARNER S. FOX, ESQUIRE

4            ELLIOTT REAM, ESQUIRE (via Zoom)

5            Hawkins Parnell & Young, LLP

6            Suite 4000

7            303 Peachtree Street

8            Atlanta, Georgia  30308

9            404.614.7400

10   On behalf of Defendant HJA Enterprises in E.F. v.

11   Red Roof Inns, et al. case:

12           LEAH F. PARKER, ESQUIRE (via Zoom)

13           Swift Currie McGhee & Hiers, LLP

14           1355 Peachtree Street

15           Suite 300

16           Atlanta, Georgia  30309

17           404.874.8800

18   On behalf of Defendant Sai National Hospitality

19   Ventures in E.F. v. Red Roof Inns, et al. case:

20           C. SHANE KEITH, ESQUIRE (via Zoom)

21           Hawkins Parnell & Young, LLP

22           Suite 4000

23           303 Peachtree Street

24           Atlanta, Georgia  30308

25           404.614.7400

W.K.                                                    November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

                                                            Page 5

1    APPEARANCES (Continued):

2    Also Present:

3            Samantha Girschick (via Zoom)

4            Paul Neidich (via Zoom)

5

6

7

8

9            (Pursuant to Article 10(B) of the Rules

10   and Regulations of the Georgia Board of Court

11   Reporting, a written disclosure statement was

12   submitted by the court reporter to all counsel

13   present at the proceeding.)

14

15

16

17

18

19

20

21

22

23

24

25

Page 62

1    actually got into an argument about that.  So the

2    relationship is just not -- it's not there, and I

3    don't think it will ever be repaired honestly.

4         Q    You mentioned, like, that she allowed her

5    husband to molest you.  Which husband are we

6    talking about?

7         A    ███████████.

8         Q    Is she still married to ████████?

9         A    She is.

10        Q    And when did ███████ start molesting you?

11        A    Around the age of 12 years old.

12        Q    Was there sexual intercourse?

13        A    No.

14        Q    Was it similar to the other molestation?

15        A    Yeah.

16        Q    And did you tell your mother at the time

17   he was doing that?

18        A    No, I didn't.  I didn't say anything

19   because I felt like it would hurt my two younger

20   siblings.  It would hurt her marriage.  It would,

21   like, do a whole lot, so I never said anything.

22             But I ended up telling her when I was 16.

23   And she told me that basically you were promiscuous

24   as a child, so it's your fault if anything

25   happened.

Page 63

1      Q    Do you need a quick break?

2      A    Huh-uh, I'm fine.

3      Q    Do you know what she meant by that you

4  were promiscuous as a child?  Did you confront her

5  about that?

6      A    I did confront her and I almost --

7      Q    What did she say?

8      A    I just -- I told her basically, like, how

9  can you blame somebody who knows no better.  Like

10 how can you say that a child knows what she's doing

11 sexually with another man.  It just didn't make

12 sense to me of why she keep saying that I should

13 have known, I should have knew better, that I was

14 promiscuous as a child.  I just -- I don't

15 understand it because children don't -- they get

16 that from somewhere.

17           And I was always scared also because my

18 grandmother never believed me.  So it was like I

19 can say something, but it's like, of course, it

20 backfires on me every time, so there's no point.  I

21 might as well stay silent.

22     Q    Was your mother abusing drugs during this

23 time?

24     A    Yes.

25     Q    Did she ever give you any drugs?

W.K.                    November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 64

1        A     Not as a child, no.  Her -- ████████

2    actually introduced me to cocaine around the time

3    that he started molesting me.

4        Q     And that would have been around 12 years

5    old?

6        A     Yes.

7        Q     Any other drugs he gave you?

8        A     No.

9        Q     So at 12 years old, you were living with

10   your mother and ████████  is that correct?

11       A     Kind of like back and forth between my mom

12   and my grandmother.  Like it's always been kind of

13   like bouncing around because we always had DFCS

14   involved and stuff, so...

15       Q     And did you at some point just run away?

16       A     I did end up -- I ran away a few times.

17   Yeah, I did run away a few times.

18       Q     And did that -- when did that start?

19       A     I think I ran away for the first time --

20   actually, after he started molesting me, I actually

21   packed a bag, and I grabbed my little brother, and

22   I tried to walk across the bridge to Savannah,

23   Georgia, from South Carolina.

24             So I ended up getting a ride -- we ended

25   up getting a ride to one of my friends that I knew,

W.K.                                        November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 65

1    and the police found us.

2         Q    How old were you at the time?

3         A    I honestly don't remember.  Had to have

4    been around age 12, 13.

5         Q    And y'all were in South Carolina you said

6    at the time?

7         A    Yes, Hardeeville, right on the border of

8    the Savannah bridge.

9         Q    And what were -- what were you y'all doing

10   there?

11        A    That is where my mom lived at the time.  I

12   don't remember the address there.  I just know it

13   was in Hardeeville, South Carolina.

14        Q    Was she working there or...

15        A    I believe she was, like, a nurse then or

16   something like that.

17        Q    What does your mother do for a living now?

18        A    My mother does nothing for a living.

19        Q    How does she support herself?

20        A    Begging or -- you know, since the

21   pandemic, they can't kick her out, so it's like

22   she's just using that time, I guess, to do whatever

23   she does.

24        Q    And does ██████ work?

25        A    I don't know anything about ██████.  I

1   that you were trafficked at 12 or 13 years old?

2   This is an incorrect statement is what I'm asking?

3       A    Yes, I don't recall saying that.

4       Q    Let me ask you this:  When was the first

5   time -- how old were you the first time that you

6   were sold to men for sex?

7       A    I want to say like 14.  I want to say

8   about 14.

9       Q    And then tell me how that came about.  How

10  did that occur?

11      A    I met somebody named Loso --

12      Q    Can you speak a little louder?

13      A    I met somebody named Loso around that age.

14      Q    Lothor?

15      A    Loso, L-o-s-o, Loso.

16      Q    Where did you meet Loso?

17      A    Hospitality on Delk Road.

18      Q    Hospitality?

19      A    Yes.

20      Q    Is that a hotel?

21      A    Yes.  Hospitality Inn on Delk Road.  It's

22  next to a gas station.

23      Q    And what were you doing there?

24      A    I was working for Loso at one point.

25      Q    What were you -- where did you meet Loso

W.K.                                    November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 100

1    first?

2         A    At the Hospitality Inn.

3         Q    And what were you doing there when you met

4    him?

5         A    I was working for him.

6         Q    Okay.  Maybe I'm not -- my question is not

7    making sense.  You met -- how did you connect with

8    him then is the question?

9         A    He was very well-known around.  He sold

10   drugs.  I did drugs.  I bought drugs from him

11   before.

12        Q    And did you -- did you connect with him by

13   just walking up to him in the hotel or did you

14   connect through a telephone or a message or how did

15   you connect with Loso?

16        A    Basically, just going over there looking

17   for drugs.

18        Q    And what do you mean when you say you

19   worked for Loso?  What did you do?

20        A    He was my pimp.

21        Q    Was it voluntary?

22        A    I mean, he didn't put a gun to my head and

23   force me to come in there, so, I mean, yes,

24   voluntary.

25        Q    So you approached him to be your pimp?

W.K.                                November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 101

1      A    No, no.  I didn't ask him, like, can you

2   be my pimp.  It just kind of ended up that way.

3   Because of my dealings at home, it just kind of

4   ended up that way.

5      Q    So originally you -- did you originally

6   get in touch with Loso to buy drugs?

7      A    Yes.

8      Q    And what were you buying from him?

9      A    Cocaine.

10      Q    And you said you started using cocaine

11   because your stepfather --

12      A    Yes.

13      Q    -- gave it to you?  And did you get

14   addicted to cocaine?

15      A    Yes, I was for a while.

16      Q    And that led you to meet Loso and seek

17   more cocaine from him?

18      A    Yes.

19      Q    And then how did the prostitution subject

20   come up?

21      A    I don't remember the conversation between

22   us about how it actually happened or -- I don't

23   recall, like, really how I really got into that.  I

24   just know I was going through stuff at home, and at

25   that point, I was not staying anywhere, so it was

Page 102

```
 1   like -- you know, that's how that kind of happened.

 2        Q    So had you -- was that one of the times

 3   you ran away from home?

 4        A    Yes.

 5        Q    And was -- were you -- the proceeds from

 6   working with Loso, were you splitting those or were

 7   you keeping them or was he keeping them?

 8        A    He kept the money.

 9        Q    He kept all the money?

10        A    Yes.

11        Q    And how many men would you say you would

12   sleep with in a day?

13        A    I don't recall.

14        Q    Is it more than five?

15        A    I guess five.  I guess five or more.

16        Q    Was that the first time you actually

17   had -- when was the first time you actually had

18   sexual intercourse?

19        A    When I was like 11.

20        Q    And who was that with?

21        A    My brother's best friend.

22        Q    And how old was he?

23        A    Let's see.  Him and ██████ was the same age,

24   two years older than me.  So he was probably

25   like --
```

W.K.                          November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

1  because I really didn't mention that.  That's

2  probably why it's not in there, because I really

3  didn't mention it.

4      Q    The -- this would have occurred sometime

5  in 2013?

6      A    Yes.

7      Q    And you said -- did Red himself held the

8  gun to your head?

9      A    Red did have a gun.  The girl that was

10  with him had a gun.  And there was also other

11  unidentified people in the room.

12      Q    And you said they were under the bed?

13      A    Under the bed, holding a gun up on my

14  backside, yes.

15      Q    Was that while you were, like, having

16  actual sexual intercourse with other people, or no?

17      A    No.  Just while I was on the bed just

18  sitting there, like, out of it.  They had guns

19  under the bed.  There was two people -- it had to

20  have been like two people because there was one

21  under this bed and there's one under the other bed.

22  I could feel the gun sitting on my back.  You could

23  hear the other guns in the bathroom, like...

24          But no, I was never held at gunpoint while

25  with a client, no.

W.K.                                    November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 110

1      Q    So did they basically say you either, you

2    know, work for us being a prostitute or we're going

3    to kill you?  Is that how it happened or I'm just

4    trying to --

5      A    Honestly, they said nothing.  Like it was

6    a very uncomfortable situation.  I was assuming

7    that they were holding me like that because I ended

8    up -- I think I ended up telling the old -- the

9    girl that was with him my real age, and then that's

10   kind of when everything was like just weird and

11   stuff, so...

12     Q    So was it your understanding that you

13   couldn't leave the room -- what was the purpose of

14   the guns?  Was it a veiled threat?

15     A    Honestly, I don't know.  Like I said,

16   nobody was saying anything.  Nobody explained to me

17   anything that was going on.  Like I did not know

18   what the hell was going on.

19     Q    But you perceived a threat there?

20     A    Yes.

21     Q    And you were afraid to leave?

22     A    Yes.

23     Q    And how long was the episode with the

24   guns?  How long were you in the room with --

25     A    I couldn't give you an exact time.  Like I

W.K.                    November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 111

1    said, I was pretty much out of it.  I had already

2    been up for days at that point.

3        Q    Were you --

4        A    Yeah, I had already been up for days at

5    that point, and I was also on amphetamines, so my

6    body was trying to crash out on me.  So I was kind

7    of like nodding in and out the whole time.

8        Q    Were you under the influence of drugs

9    pretty much the entire day during those times or

10   was it sporadic during -- you would take some and

11   you -- I'm just trying to understand the mindset.

12       A    Well, you don't really need to constantly

13   do it -- methamphetamines throughout the day.  You

14   can do it one time and be up for days.  But I would

15   frequently probably, like, snort it throughout the

16   day, something like that.

17       Q    And would Red provide that?

18       A    Yes.

19       Q    Did you have to actually pay for the drugs

20   or --

21       A    Came out of the money that I made, so...

22       Q    And it came out of the money that you

23   made.  Was Red giving you a percentage of the --

24       A    Basically, like, he gave -- I wouldn't --

25   I don't want to say that it came out of it because

W.K.                                           November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 112

1    I never had any money.  So basically he gave me the

2    drugs to keep me working, if that makes sense.

3         Q    As a form of payment?

4         A    Right.

5         Q    And then it says here in your -- in your

6    statement that ████████ purchased you from Red; is

7    that correct?

8         A    Yes.

9         Q    And how did that happen?  Were you present

10   when that happened?

11        A    No, I was not.  I did not hear their

12   conversation.

13        Q    Well, how do you know that he -- first of

14   all, do you know the amount he paid or...

15        A    I'm sorry.  That statement is actually

16   incorrect.  I'm sorry.  That statement is

17   incorrect.

18            I actually met ████████ on my own looking

19   for drugs.  Every time I met one of these people,

20   it was me looking for drugs, and that's the honest

21   truth.  So no, I was not sold to ████████ .

22        Q    Okay.  So that statement is also

23   incorrect?

24        A    Yes.  I actually did not see that in here,

25   but...

Case 1:21-cv-04278-WMR   Document 174-11   Filed 03/02/23   Page 19 of 52
W.K.                          November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 115

1      Q     Did you ask ████████ to work as a
2    prostitute or did he ask you?
3      A     He asked me to join his team.
4      Q     And what did he mean join my team?
5      A     Make money for him.
6      Q     Did you understand that to be voluntary
7    prostitution at the time?
8      A     Yeah.  Now I understand that that was
9    obviously, I guess, voluntary.
10     Q     But at the time, you did not -- you didn't
11   think it was voluntary?
12     A     I just -- I wasn't the type of person to
13   really say no, like, to anybody.
14     Q     It says here that at first you found
15   ████████ cute and charming.  Does it mean you were
16   attracted to him?
17     A     Yes, I was at one point.
18     Q     Did you have a sexual relationship with
19   him?
20     A     Yes.  He had a sexual relationship with
21   all of his women, though, so...
22     Q     Was that the first day you met?
23     A     The first day we met, I don't recall if we
24   had sex the first day we met.
25     Q     But shortly thereafter?

W.K.                                November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 116

1      A    Yes.

2      Q    Did you understand this to be a

3  boyfriend/girlfriend relationship?

4      A    It was -- I probably seen it that way at

5  one point, but in the back of my mind, I knew

6  that's not what it was.

7      Q    And you said he asked you to join his

8  team.  Who were the other team members?

9      A    It was the -- like I said, the white girl

10 that was with him, I don't know her name, she was

11 tall and had brown hair, but I don't know her name.

12 And then it -- yeah, it was just her actually.

13 When I met ████████, it was just her.

14     Q    And was she a prostitute?

15     A    Yes.

16     Q    And he was her pimp?

17     A    Yes.

18     Q    And then you also became a prostitute for

19 him?

20     A    Yes.

21     Q    And he was your pimp?

22     A    Yes.

23     Q    So it was only you, ████████ and the

24 lady -- the white lady with the brown hair?

25     A    Yes.

W.K.                    November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 117

1       Q    And that was still in 2013 summer?

2       A    Yes, somewhere around that time, yes.

3       Q    And how long were you at the Super 8 on

4   Franklin Road with ███████ and the lady with the

5   white -- the white lady with the brown hair?

6       A    We only stayed -- we only stayed at each

7   hotel for like a couple of days.  So I don't know

8   how long they had been there prior to me going

9   there, but I was probably there for like two days

10  before we ended up moving.

11      Q    Two days?

12      A    Yeah.

13      Q    And where did you go next?

14      A    Hospitality.  Then we went back to --

15  there's a -- it's another hotel right next to the

16  Super 8 on Franklin, and then it's a QT.  We went

17  to the hotel next to the Super 8.  Went to Motel 6.

18  We went to what is now the Economy.  It was the

19  Marietta Hotel.  We went to North Druid Hills and

20  Red Roof.  We been to Masters Inn next to the Red

21  Roof.  Those are the hotels that I recall us being

22  at.

23      Q    Okay.  Let me -- let me just -- so you

24  said aside -- did you ever go with ███████ at the

25  Super 8 at Jimmy Carter?

Page 120

1    fight with a pimp about.

2       Q    Can you -- can you tell me more what basic

3    stuff, what that means, basic stuff?  Were you

4    upset that -- about the splitting of the money or

5    the amount of drugs?  Just tell me, like, why, why

6    did you get into fights?

7       A    Well, he would get upset because I did too

8    much of the drugs.  And he would get upset when I

9    wouldn't meet a certain quota.

10      Q    What was the quota?

11      A    His quota was, I want to say, about like

12   12, 1500 a night.  That's what he wanted every

13   night.

14      Q    And how many clients would that be?

15      A    It just depends on what they're paying or

16   what him -- what ███████ and they work out, it just

17   depends on that.

18      Q    I think you -- well, you wrote in your

19   responses here that they were paying about $200?

20      A    Yeah.  That's if they want to stay an

21   hour, it's 200.

22      Q    Okay.  So it varied on how long they were

23   staying and what --

24      A    Right.

25      Q    -- services were you performing, I

W.K.                                    November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 121

1    suppose?

2         A     Yes.

3         Q     And what was the average men per day

4    during the time that ████████ was your pimp?

5         A     Like I said, I exaggerated the number

6    before.  I want to say maybe like 10, 10 or more.

7    No more than 15.

8         Q     Between 10 and 15?

9         A     Yeah.

10        Q     A day?

11        A     (No response.)

12        Q     And you said about a month later, you

13   started fighting with ████████ about money and the

14   drugs and the quota.  And at what -- at what point

15   did you think you didn't have a choice anymore?

16        A     Basically, when he kept telling me, like,

17   you belong to me and you will die, like, if you

18   leave.  I mean, that's clear as day.

19        Q     And when did he start saying that?  Was

20   that about the one month after?

21        A     I mean, he had only said it to me really

22   like once or twice.  So it wasn't like every day

23   consistently telling me that, no, but he did say it

24   once or twice.

25        Q     And do you recall where you were when this

W.K.                                    November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 122

1    event occurred where you felt like you weren't

2    voluntarily there anymore?

3         A     Marietta Hotel, which is now Economy.

4         Q     And when he first -- when he first told

5    you that and you realized that you were not there

6    on your own free will, did you think about calling

7    the police?

8         A     Honestly, no.  I don't think I ever

9    thought about calling the police.

10        Q     And why not?

11        A     Honestly, I couldn't tell you why.  I

12   just -- I just never did.  Probably more of me,

13   like, being afraid of him.  I want to say I just

14   never really thought to, like, call the police on

15   him.

16        Q     And were you -- at the time that you

17   started to fight about a month later and you

18   believed to no longer be there on your own free

19   will, were you still under the belief that he was

20   your boyfriend, you were in a boyfriend/girlfriend

21   relationship?

22        A     No.

23        Q     When did that stop?

24        A     After the first fight that we had.

25        Q     So up to that day, about a month into it,

W.K.                        November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 124

1  about the incident on December 6, 2014.  But let me

2  ask you this:  Between 2013 and 2014, how many

3  times would you say you stayed at the Smyrna Red

4  Roof Inn?

5      A    Probably like four, maybe five times.

6      Q    Now, you testified just earlier that you

7  stayed at Hospitality Inn on -- how many times

8  would you say you stayed at the Hospitality Inn?

9      A    I mean, I've been there a couple of times,

10 so --

11     Q    And then --

12     A    Probably about the same, like I've been

13 there like four or five times.

14     Q    Is it fair to say that you stayed four or

15 five times in each of these hotels and then changed

16 to another hotel?

17     A    Like I've been to these hotels about four

18 or five times, different times.  But the days that

19 I stayed there was only like two or three days at a

20 time.

21     Q    So you would stay -- let's go back to the

22 Smyrna one.  You believe you stayed there four or

23 five times between 2013 and 2014, and you stayed

24 two or three days at a time?

25     A    Yes.

Page 125

1        Q     And would it be the same for the

2    Hospitality Inn?

3        A     Yes.

4        Q     And would it be the same for the Motel 6?

5        A     Yes.

6        Q     And would it be the same for the Marietta

7    Hotel?

8        A     Yes.

9        Q     And would it be the same for the Masters

10   Inn?

11       A     Yes.

12       Q     Why were you moving so much?

13       A     To keep, I guess, law enforcement away or,

14   you know, things of that nature.  That's why I'm

15   assuming that we would move multiple times.  Go to

16   different areas.  Try to make different money even

17   though it wasn't really a different area.  In some

18   hotels, you just had clients that did not want to

19   come there, so...

20       Q     And I want to just discuss a little bit

21   the -- let me ask you, before we get into the

22   specifics about the Red Roof Smyrna, you had two

23   telephone numbers during that time that you have

24   disclosed in these responses.  And let me see what

25   number that was, but...

W.K.                                    November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

                                                Page 129

1   really took that phone with me anywhere.  I always

2   left it at home so she couldn't call me or

3   anything.

4        Q    Did you ever use any prepaid phones?

5        A    No.

6        Q    Were you in possession of the cellphones

7   the entire time between 2013 and 2014?

8        A    I would have the phone, but it would be

9   monitored by ███████ for, like, clients and other

10  things, making sure I wasn't trying to escape and

11  stuff like that.

12       Q    And what do you mean "monitored"?  How was

13  he monitoring it?

14       A    Like he would go through my messages.  He

15  would listen in sometimes on my conversations with

16  clients.  I was very limited in access to, like,

17  Facebook and stuff like that.  So it was monitored

18  basically like he was my parent.

19       Q    But he would just basically check your

20  phone?  He didn't have any spyware or anything like

21  that there?

22       A    No, no.

23            MR. FOX:  Can someone let Shane back in?

24            (Off the stenographic record.)

25            THE VIDEOGRAPHER:  The time is 2:09.  We

W.K.                                        November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 131

1        A     I think I had only been there -- I have

2    been there once in the beginning, before we started

3    going back and forth.

4        Q     Okay.  So you were at the Red Roof Smyrna

5    once voluntarily with --

6        A     Yes, voluntarily, yes, I was there with

7    him once.

8        Q     -- with ████████?

9              And that would be -- would that -- would

10   that have been sometime in the summer of 2013?

11       A     I don't recall the actual weather or

12   anything like that.

13       Q     Do you recall whether it was -- so we know

14   from the police report that the incident with the

15   bathtub is on December 6th, 2014.

16       A     Okay.  So then it had to have been in the

17   summertime or in the springtime.

18       Q     Of 2014 or 2013?

19       A     2013.  I mean, 2014.  I'm sorry.

20       Q     Did you ever visit the Red Roof Smyrna in

21   2013?

22       A     Not that I recall.

23       Q     Okay.  So it is incorrect both in the --

24   in this statement here as well as in the lawsuit

25   that you were trafficked at the Red Roof Smyrna in

W.K.                          November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 132

1   2013, correct?

2       A     Correct.

3       Q     And so in 2014, you would have gone to the

4   Smyrna Red Roof sometime -- a few months before the

5   December incident and you were voluntarily there

6   with him?

7       A     Yes.

8       Q     Was there another time in between the

9   voluntary time at the Smyrna Red Roof and the

10  December 6 incident that you went there?

11      A     Yes.  We had been there a few more times

12  after that.

13          MR. FOX:  Will you say that again?  I'm

14  sorry.

15          THE WITNESS:  Oh, we had been there a few

16  more times after that.

17  BY MR. ALLUSHI:

18      Q     And you testified earlier that you did --

19  it was your modus operandi or your procedure to

20  stay four or five times at a hotel and two or three

21  times a day, right?

22      A     I'm sorry?

23      Q     I'm sorry.  You would stay at each of

24  these hotels we discussed earlier two or three

25  times -- two or three days and four or five times?

Page 133

```
 1       A    Right.
 2       Q    And you would have stayed at the Red Roof
 3   Smyrna four or five times between the summer of
 4   2014 and December of 2014?
 5       A    Right.
 6       Q    And do you recall -- do you recall the
 7   room numbers?
 8       A    No, I do not recall room numbers.
 9       Q    Whenever you'd go to the Red Roof Smyrna,
10   did you go in to check in at the front desk?
11       A    No.
12       Q    You never walked into the actual lobby of
13   the hotel?
14       A    Exactly, no.
15       Q    Would you stay in the car?
16       A    Yes.
17       Q    And would ██████ go in and check in?
18       A    I honestly don't know if ██████ used his
19   ID or if he used a fake ID or if he had somebody
20   else check in.  That, I would not have knowledge
21   of.
22       Q    But so you would pull up to the hotel with
23   ██████ in the car?
24       A    Yes.
25       Q    And would -- how would ██████ get -- how
```

W.K.                                    November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 134

1   would ████████ get the room key?  Would he walk into

2   the hotel?  Do you recall that?

3        A    I know there was one time that he did walk

4   in there, so I'm assuming -- I mean, he had a

5   warrant, so he couldn't have -- I don't think he

6   was using his actual ID.  Like I said, I don't know

7   what -- how he checked into the rooms.

8        Q    Okay.  But you personally never walked

9   into the hotel?

10       A    Exactly.

11       Q    And the hotel rooms were outdoor hallways,

12  and you didn't have to walk through the hotel to go

13  to your room, correct?

14       A    Right.

15       Q    In other words, you were not visible to

16  the hotel employees when you're walking to the

17  room, were you?

18       A    I guess -- I mean, of course, people see

19  us go to the room, but...

20       Q    Sure.  Well, let me ask you this:  Was --

21       A    I don't know if staff -- let me see.  I

22  don't know if a staff member seen us going into the

23  rooms.

24       Q    Was the rooms you were going to visible

25  from the front desk?

W.K.                                    November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 138

```
 1    there on your free will?
 2         A    No.  I didn't really talk to them, like I
 3    said.
 4         Q    Did you stay in the same room, do you
 5    recall that, all the four times or five times that
 6    you stayed at the Smyrna?
 7         A    Yes, we all stayed in the same room.
 8    There was a couple of times that ███████ had bought
 9    like two rooms, but most of the time, we were all
10    in one room.
11         Q    Did you sleep in the same bed or separate
12    beds?
13         A    Sometimes the same, sometimes separate.
14         Q    And did you stay in the same room number
15    all four or five times or would they be different
16    room numbers?
17         A    It was different.
18         Q    Was it in the same location of the hotel
19    or was it different locations within the hotel
20    where the room was located?
21         A    I'm sorry.  Can you ask me that again?
22         Q    Yeah.  Sometimes it's a little confusing.
23              Was the room located in the same area of
24    the hotel every time or was it in different areas
25    of the hotel?
```

W.K.                                November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

                                                    Page 139

1        A     I'm sorry.  I'm --

2        Q     Yeah.  So, for example, you know, some

3    rooms are at the front of the hotel, some are at

4    the back of the hotel, some are on the first floor,

5    some are on the second floor.  Was -- the four

6    times or five times you stayed at Smyrna, was the

7    room always located in the same area, like first

8    floor, back right?

9        A     It was always the back side, and it was

10   always, like, upstairs.

11       Q     Okay.  All four or five times you stayed,

12   it was always --

13       A     Right, but different rooms on that floor.

14       Q     I know we discussed this earlier during

15   Red and maybe Loso, but with ██████, did the

16   clients or the people engaged -- the people engaged

17   into the sexual acts, did they pay you through your

18   Cash App?

19       A     Well, there wasn't Cash App around that

20   time, so no, we didn't use Cash App.  Most of the

21   time, ██████ would get the money before the client

22   even came in, which to this day, I could not tell

23   you how he knew these people or whatever he did

24   because it's still confusing to me because we would

25   do the phone calls.  So I don't know how he would

W.K.                                           November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

                                                    Page 146

 1      A    I mean, he had a mother and a brother that
 2   I knew about.  I had been to his mom's house one
 3   time, but -- and his brother is a pimp and a drug
 4   dealer, so he stays in the areas in the hotels.
 5      Q    How old was ▆▆▆▆at the time?
 6      A    Honestly, I don't know.  I think he was
 7   like 27, maybe 30.  I don't -- I don't know.
 8      Q    You never asked him?
 9      A    No.
10      Q    Did you have any bank accounts at the
11   time, 2013, 2014?  2014.  I'm sorry.
12      A    No.
13      Q    Did you have any credit cards at the time?
14      A    No.
15      Q    You said the cellphone bill at that time
16   was in your name, correct?
17      A    (Witness nods head.)
18      Q    Did they run your credit to give you the
19   cellphone, do you recall that?
20      A    I mean, you don't have to -- your credit
21   doesn't have to be ran for you to just go and buy a
22   phone.  You can really just walk in there and tell
23   them you want to purchase a phone, and they'll put
24   it in your name and that's just it.  You get your
25   phone and pay your bill, so...

W.K.                                    November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 147

1     Q    But the monthly bill would be on a
2   revolving credit?
3     A    I'm sorry.  You mean like a --
4     Q    So basically they would -- you'd have a
5   monthly bill that they would send you after you
6   accumulated those charges, right, and then you pay
7   it?
8     A    I honestly don't remember how I paid for
9   my phone bill.
10    Q    How did you pay for it?
11    A    Either █████████ paid the bill -- it was in
12  my name, but either █████████ would pay the bill or I
13  believe there is a few times we actually went to
14  the place to pay the bill.
15    Q    Did you pay cash?
16    A    Yes.
17    Q    Do you know if, when █████████ paid, do you
18  know if he used a credit card?
19    A    Yeah, he used a card.  I don't know if it
20  was in his name, though.  That, I'm not sure of.
21    Q    Did you ever sell drugs to your clients?
22    A    No.
23    Q    Did █████████ sell them drugs?
24    A    Not to my knowledge.
25    Q    You discuss a incident here prior to the

W.K.                                                November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 148

1    December 6, 2014.  It's in page 20, ████████, of
2    the same Defendants' Exhibit 10.
3         A    I'm sorry, which page?
4         Q    Page 20.  And it's in the middle of the
5    second paragraph where you talk about "W.K. recalls
6    that, while in a hallway at this hotel, ██████
7    choked her in full view of anyone in the vicinity.
8    W.K. noticed that an Indian man was nearby and made
9    eye contact with him, but he did not do anything to
10   help.  W.K. believes this man was an employee at
11   the hotel."
12              Is that correct, that statement?
13        A    Yes, that statement is correct.
14        Q    And this would have been not the first
15   time you stayed, right, because that was the
16   voluntary time?  Would that have been the second or
17   third time you stayed?
18        A    This was the same day that the incident
19   happened.
20        Q    The same day that the bathroom incident
21   happened?
22        A    Yes.
23        Q    So this was December 6th of 2014?
24        A    Yes.
25        Q    And I want to discuss the December 6 very

Case 1:21-cv-04278-WMR  Document 174-11  Filed 03/02/23  Page 37 of 52
W.K.                          November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 149

1    shortly, but I know that that occurred later in the

2    evening.  Do you know what time of the day this

3    was?

4        A    This was in the middle of that whole

5    situation, you know, so...

6        Q    So that is part of the --

7        A    Yeah, this is part of the whole incident.

8        Q    Well, then let me just ask you this about

9    this:  You say that you notice an Indian man that

10   was nearby.  Where were you when he was choking

11   you?

12       A    I was in the stairwell.

13       Q    Were you -- were you up on the first or --

14   were you up on the second floor or the first floor?

15       A    We were up on the top of the stairs.

16       Q    Were you near the room?

17       A    I mean, the room was around the corner, so

18   yeah, we were near the room.

19       Q    And you say you made eye contact with an

20   Indian man, and you believed the man to be an

21   employee of the hotel.  Did he have a uniform on?

22       A    It was just a button-down.  I'm not going

23   to say that I recall the colors that he was

24   wearing.  It was a man of Indian descent, and yes,

25   he was pushing -- he was pushing a cart.  That's

Page 150

1   why I believed him to be a hotel employee.

2        Q    And what was in the cart?

3        A    I don't know.  I was being choked.

4        Q    Do you recall if it was like linens or

5   towels or anything?  I mean, that's something that

6   would stick out, right, or no?

7        A    I mean, it's a cart.  I mean, I can't see

8   what's inside of the cart.  I mean, it's a linen

9   cart.  I mean, it's the carts that they use at the

10  hotel to put linen in.  So there could have been

11  something in there, but I did not see what was in

12  there.

13       Q    Was he wearing a name tag?

14       A    Not that I recall.

15       Q    Was he wearing the Red Roof logo shirt?

16       A    No.

17       Q    How far was he from you?

18       A    Maybe like a couple of feet.  He passed

19  right by us.  Walked right by us.

20       Q    As you were being choked?

21       A    Yes.

22       Q    Did you scream?

23       A    No.  How am I going to scream when I'm

24  being choked?

25       Q    Okay.

W.K.                        November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 151

1        A     I need to take a break.

2        Q     Okay.

3              THE VIDEOGRAPHER:  The time is 2:57.  We

4   are going off the video record.

5              (Recess from 2:57 to 3:07 p.m.)

6              THE VIDEOGRAPHER:  Back on the video

7   record.  The time is 3:07.

8   BY MR. ALLUSHI:

9        Q     Prior to the December 6, 2014, incident,

10  ███████████, was █████████ found with you at the Red

11  Roof Smyrna any other time?

12       A     Not that I recall, no.

13       Q     I'm sorry?

14       A     Not that I recall, no.

15       Q     So tell me about -- on December 6th, 2014,

16  you were staying at the Red Roof in Smyrna with

17  ████████ and ███████ and Juicy?

18       A     Yes.

19       Q     And how long had you been there?

20       A     Probably a few days.  Probably like one or

21  two days.

22       Q     And do you know what day of the week it

23  was?

24       A     No, I do not.

25       Q     Do you recall the room number you were

W.K.                          November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 152

1    staying at?

2         A    No, I do not.

3         Q    So you were discussing earlier the

4    incident in the hallway.  Tell me how the incident

5    started.

6         A    Me and ██████got into a argument.  I

7    honestly don't recall what the argument was about.

8    It -- I know it had something to do with, like, I

9    didn't like the fact that ██████ and Juicy, like,

10   really kind of never acknowledged me or whatever,

11   and I kind of did not want them there, you know

12   what I'm saying, but that wasn't my choice.

13        So me and him had ended up getting into

14   like a verbal altercation at first which led from

15   inside the room to outside to the hallway.  That is

16   when the choking incident happened, and the Indian

17   guy had passed by us.

18        From the hallway, it ended up back into

19   the room.  And when we ended up back into the room,

20   he grabbed me by my hair and dragged me into the

21   bathroom.  He grabbed me by my hair, and he dragged

22   me into the bathroom.  He put me in the tub, and he

23   turned the water on, and he forced my head under

24   the water.  And he kept pushing my head under the

25   water and said, "I'm going to kill you, stupid

Page 153

1  bitch."

2          And I kept saying like, "Stop, stop, like

3  please stop."

4          And he just kept pushing my head farther

5  and farther into the water and eventually he let

6  go.  And when he let go, I got up.  Like I just --

7  I kind of, like, sat there for a second, and then I

8  got up and I just took off.

9          After he grabbed Juicy and went into the

10  bathroom with her, I just took off.  I ran down the

11  street.  A guy in a car had seen me running and he

12  stopped.  He asked me was I okay.  And I told him

13  no.  He drove me to my grandmother's house, which I

14  knocked on her door, nobody answered.  So nobody

15  answered.  I ran down to the RaceTrac on Delk, and

16  I called 911, and I told them everything that

17  happened.

18          They ended up taking me back to my

19  grandmother's house.  And I just remember when she

20  opened the door, I just fell out and I started

21  telling her everything.  And that was the end of

22  that incident.  They did end up taking me to some

23  place to question me or whatever.  And that's all

24  from that night.

25          I need a break.

W.K.                              November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 165

1    ██████████    was involved in prostitution.  She

2    said she approached  ████████████  and asked him if

3    she could prostitute for him and he helped her."

4            Is that correct?

5        A    I do -- I do recall having a conversation

6    with him about my brother, that I wanted to help

7    him get out of the situation that he was in.  But

8    in all honesty, I went to  ███████  for drugs, and

9    that's just honesty.

10       Q    So I know you testified earlier that he

11   solicited you for prostitution.  But over here on

12   this statement, you say that you solicited him for

13   prostitution.  Is the truth that you solicited him

14   for prostitution or that he solicited you for

15   prostitution?

16           MR. McDONOUGH:  I'm going to object.

17   BY MR. ALLUSHI:

18       Q    You can answer that.

19       A    I mean, I guess back then, I looked at it

20   as me voluntarily doing it.  But, I mean, as I get

21   older and do my research, I mean, it's trafficking.

22   I'm a child.  It's trafficking period, regardless

23   of how you want to put it.

24       Q    Okay.  My question was --

25           MR. KEITH:  Object to the --

W.K.                                    November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 174

1   was his child because I had unprotected sex with

2   multiple people, so, you know...

3            (Exhibit 17 marked.)

4   BY MR. ALLUSHI:

5        Q    I'm handing you over what I've marked as

6   Defendants' Exhibit 17, ███████████.  And this is

7   a -- this is a statement of one of the other two

8   girls, ████████, from that same morning in the

9   same -- at the same police station following the

10  incident.  And I just want to ask you, you

11  obviously have not seen this before, correct?

12       A    No.

13       Q    And this is basically what ███████ said

14  occurred.  And I just want to ask you -- if you

15  want to just read that, I'll just ask you some

16  questions.

17            MR. TONGE:  Adi, are the highlights

18  original or are those y'all's?

19            MR. ALLUSHI:  No.  I mean, I know I should

20  have printed new copies.  Actually, Lillian did

21  those yesterday and then I was like --

22            MR. TONGE:  All right.

23            MR. ALLUSHI:  It's work product, but we'll

24  give it to you guys.  We'll make it easy on Ms.

25  ████████ to --

Page 175

```
 1            MR. TONGE:  Did we produce it that way?
 2            MS. HENRY:  No, no, there were no
 3    highlights.
 4            MR. ALLUSHI:  No, no, you guys produced
 5    them clear, but...
 6    BY MR. ALLUSHI:
 7       Q    I think before I get into it -- did you
 8    finish?
 9       A    Yeah, I did.
10       Q    Before I get into it, I will ask you --
11    because I don't think we mentioned this before, but
12    ██████  goes by the nickname Chino as well,
13    correct?
14       A    Yes.
15       Q    Or went by the nickname Chino at that
16    time?
17       A    Yes.
18       Q    Did he go by any other names?
19       A    No.
20       Q    How would you call him?
21       A    Chino.
22       Q    So this statement is a version of the
23    events according to ██████.  And she starts by
24    saying that she's 14 years old and lives with her
25    mother, ████████.  Do you know if her last
```

W.K.                                    November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 176

1   name was ████████████ based on that or it doesn't

2   ring -- I'm just trying to figure out if it jogs

3   your memory.

4       A      ███████ does ring a bell now, it does.

5   Yes, that was her last name.  It rings a bell.

6       Q      So it was ████████████████?

7       A      Yes.

8       Q      So ████████ is saying that -- and I've sort

9   of highlighted kind of the areas I wanted to talk

10  to you about.  But first of all, she's sort of

11  saying that she's just over there chilling with

12  Juicy, and she denied knowing anything about

13  Backpage.com.  And then she states further down,

14  "She continued to deny any sexual activity and

15  stated that she just finished her period."

16          So do you know whether or not she was --

17  you testified earlier she was involved in

18  prostitution.  She obviously -- was she lying in

19  this statement?

20      A      Yes, she was.  Probably maybe because they

21  thought they were going to go to jail.  I don't

22  know.  I mean, prostitution is illegal, so...

23      Q      Right.  And then further down on the

24  bottom paragraph, she says, "She stated that they

25  do fight," and your name is missing there "but had

Page 177

1    thrown a conditioner bottle at Chino and cut his

2    hand."

3              Did you throw a bottle of conditioner at

4    Chino that night to cut his hand?

5        A    I don't ever recall throwing anything at

6    him honestly.

7        Q    And then she says, "I didn't see any

8    violence towards" -- and your name is again W.K.

9    missing there -- "by Chino.  And did not see Chino

10   try to drown, but she knew that they were in the

11   bathroom together."

12             Is she lying about this as well?

13       A    Yes, she is.

14       Q    And then the second page, she has a final

15   sentence where he says, "I concluded the interview

16   by asking ███████ again if she had sexual

17   intercourse at the Red Roof Inn.  She stated that

18   she did not."

19       A    That is not true.

20       Q    She's lying about that?

21       A    Yes.

22             (Exhibit 18 marked.)

23   BY MR. ALLUSHI:

24       Q    At the time of this incident, you were 16

25   years old, correct?

W.K.                                    November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 178

1      A    Yes.

2      Q    I'm handing you over what I just marked as

3   Defendants' Exhibit 18.  And this is a similar

4   witness statement by Juicy.  Just take a few

5   moments to review.

6      A    I'm done.

7      Q    So ███████, this is a statement by

8   Juicy, and I just want to ask you -- obviously,

9   it's similar to the interview you gave and the

10  interview that ██████ gave as well.  I don't have

11  another name here to really figure out what her

12  name was.  And you say -- you testified earlier you

13  don't know her real name, correct?

14     A    No, I do not.

15     Q    But she says that she's 17 years old and

16  she lives with her mother in Riverdale, Georgia.

17          And then down there, the highlighted part

18  says that she doesn't know anything about what

19  happened other than arguing.

20          And then she states that she did not have

21  sex with people for money.  Is that a lie?

22     A    I think that is a lie.

23     Q    And then she said that people would pay

24  her to chill with them.  She said that she was

25  allowed to keep all the money from the things she

Page 184

1        A      Yes, there was.

2        Q      --  ████████?  I'm sorry?

3        A      Yes, there was.

4        Q      And why were you sending him those

5  messages?

6        A      Because I was scared for my life.

7        Q      Okay.  Did you tell that to the police?

8        A      Of course, I told that to them.

9        Q      Did you tell them that those messages are

10  there because you were scared for your life?

11       A      They never asked me about those messages.

12       Q      Do you know why Detective Waldorf's

13  assessment is that you may have fabricated the

14  story of the attack?

15              MR. McDONOUGH:  Object.

16  BY MR. ALLUSHI:

17       Q      You can answer.

18       A      Honestly, I was a minor.  I was scared.  I

19  knew I could go to jail for prostitution, for

20  drugs, for everything that I was doing.  You can

21  get charged with that type of stuff.

22              So yes, my story may have been a little

23  bit fabricated, yes, but the attack, none of that

24  was fabricated.  I'm not going to fabricate

25  something that happened to me.  I'm not going to do

W.K.                                November 4, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 195

1    question yet.

2            MR. McDONOUGH:  Well, it was a compounded,

3    long -- I wasn't sure it was a question, but I

4    think you misstated what she said.  So I just want

5    that objection noted.

6            MR. ALLUSHI:  Okay.

7    BY MR. ALLUSHI:

8        Q    When you stayed at the hotel, ████████,

9    did you ever go to the front desk?

10       A    No.

11       Q    Did you ever speak to an employee at the

12   hotel?

13       A    No.

14       Q    Did you ever -- was there a telephone in

15   the room?

16       A    Not that I recall.  Those hotels usually

17   don't have phones in the rooms.

18       Q    Did you ever -- did you ever call

19   housekeeping somehow?

20       A    No.

21       Q    Did you ever ask for extra towels?

22       A    No.  ██████ got the towels and stuff for

23   us.

24       Q    Did you ever ask for extra linens?

25       A    No.  That was also gotten by █████.

Page 196

1    Q    And do you know how he got those?

2    A    Either when housekeeping came to the door,

3  he would crack the door, he would put what he had

4  out, and they would trade it out, and that's how

5  that happened.

6    Q    Was that in the normal course of the day,

7  meaning he didn't go to the housekeeping and ask

8  for extra, they would come by to do the daily

9  rituals and he would do it?

10    A    Right.  And then he would -- of course,

11  after housekeeping left, he would have to keep

12  going down and asking for towels and stuff like

13  that.

14    Q    So would he go to housekeeping?

15    A    I'm not sure if he went to housekeeping.

16  Housekeeping usually leaves around 3:00, so...

17    Q    So you don't know where he got the towels

18  basically?

19    A    Right.

20    Q    You just know that he brought extra

21  towels?

22    A    Right.  If housekeeping came by, then I

23  would see him get towels.  But after housekeeping

24  was gone for the day, I don't -- I'm assuming he

25  just went down to the office and got his towels.

Page 200

1    you stayed there in 2014.

2           Would that have been -- I know we talked

3    about Smyrna was between the summer and December of

4    2014.  Would that have been at the same time frame,

5    ███████████?

6       A    Yes, it would have been around the same

7    time frame.  And we only stayed there one time.

8    And it was like two or three days that we stayed

9    there.

10      Q    So you stayed there one time for about

11   three days?

12      A    Yes.

13      Q    And do you recall whether it was closer to

14   the December one or closer to the summer one?

15      A    I'm sorry.  Can you --

16      Q    Was it closer to the December incident

17   when you stayed in Buckhead or was it closer to the

18   early beginning summer?

19      A    I want to say it was kind of like before

20   the incident at the other Red Roof.  So I would say

21   it was a little bit before that.

22      Q    Was it at the time -- was it at the first

23   month when you were voluntarily with him or was it

24   after that?

25      A    It was after that.

```
 1                    CERTIFICATE
 2   STATE OF GEORGIA:
     COUNTY OF FULTON:
 3
 4          I hereby certify that the foregoing
     transcript was taken down, as stated in the
 5   caption, and the colloquies, questions and answers
     were reduced to typewriting under my direction;
 6   that the transcript is a true and correct record of
     the evidence given upon said proceeding.
 7
 8          I further certify that I am not a relative
     or employee or attorney of any party, nor am I
 9   financially interested in the outcome of this
     action.
10
11          I have no relationship of interest in this
     matter which would disqualify me from maintaining
12   my obligation of impartiality in compliance with
     the Code of Professional Ethics.
13
14          I have no direct contract with any party
     in this action and my compensation is based solely
15   on the terms of my subcontractor agreement.
16
17          Nothing in the arrangements made for this
     proceeding impacts my absolute commitment to serve
18   all parties as an impartial officer of the court.
19
20          This the 16th day of November, 2021.
21
22          Carolyn M. Carboni
23   _____
24   CAROLYN M. CARBONI, RPR, RMR, CCR-B-878
25
```