**PL Sum. J. Ex. 012**



# Transcript of **Bharatkumar Patel**

Friday, September 30, 2022

*W.K. v. Red Roof Inns, Inc*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 120994

```
 1           IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF GEORGIA
 2                     ATLANTA DIVISION

 3
    W.K., E.H, M.M, R.P.,
 4  M.B. D.P. A.F. C.A., R.K.,
    K.P., and T.H.,
 5
              Plaintiffs,
 6

 7       vs.                    CIVIL ACTION
                                FILE NO. 1:20-CV-5263-MHC
 8
    RED ROOF INNS, INC.,
 9  FMW RRI NC, LLC, RED ROOF
    FRANCHISING LLC, RRI
10  WEST MANAGEMENT LLC,
    VARAHI HOTEL, LLC, WESTMONT
11  HOSPITALITY GROUP, INC. and
    RRI III, LLC,
12
              Defendants.
13
                          - - -
14  JANE DOE 1-4,

15           Plaintiffs,    CIVIL ACTION
                            FILE NO 1:21-CV-04278-WMR
16
         vs.
17
    RED ROOF INNS, LLC, et al,
18
              Defendants.
19
                          - - -
20
              Videotaped Deposition of
21                BHARATKUMAR PATEL,

22

23

24

25
```

```
 1              Before Sharon R. Overman,
                Certified Court Reporter,
 2
                At the Law Offices of
 3          Hawkins Parnell & Young LLP,
                   Atlanta, Georgia,
 4
            On Friday, September 30, 2022,
 5     Beginning at 9:15 a.m. & ending at 4:33 p.m.

 6                         - - -

 7        AccuTran, Inc., a Trustpoint Company
               3200 Cobb Galleria Parkway
 8                    Suite 200
                  Atlanta, GA 30339
 9                  855.669.1205
                   accutrancr.com
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1   APPEARANCES OF COUNSEL

 2   For the Plaintiffs:

 3              MANOJ S. VARGHESE
                Bondurant, Mixson & Elmore, LLP
 4              Suite 3900
                1201 West Peachtree Street
 5              Atlanta, GA 30309
                404.881.4100
 6              varghese@bmelaw.com

 7   For Defendants Red Roof Inn, FMW RRI NC, LLC,
        Red Roof Franchising, LLC, RI West Management,
 8      LLC, RRI III, LLC, and
        Westmont Hospitality Group Inc.:
 9
                ADI ALLUSHI
10              LILLIAN K. HENRY
                Lewis, Brisbois,
11                 Bisgaard & Smith, LLP
                Suite 2900
12              1180 Peachtree Street, N.E.
                Atlanta, GA 30309
13              404.348.8585
                adi.allushi@lewisbrisbois.com
14
     For Defendant Varahi Hotel:
15
                C. SHANE KEITH
16              ELLIOTT C. REAM
                Hawkins Parnell & Young, LLP
17              Suite 4000
                303 Peachtree Street, N.E.
18              Atlanta, GA 30308
                404.614.7400
19                skeith@hpylaw.com
                  eream@hpylaw.com
20

21   ALSO PRESENT:

22              Austin King, the videographer

23              Salima Bandali, Gujarati
                   interpreter
24              404.388.6980

25
```

```
 1              (Whereupon Plaintiff's Exhibit 333 was
 2         identified from a previous deposition.)
 3         Q    Mr. Patel, I'm going to hand you
 4   what's been previously marked as 333 in this
 5   case.  Mr. Patel, this is the franchise agreement
 6   between Red Roof Franchising, LLC, and Varahi
 7   Hotel, LLC; correct?
 8         A    Yes.
 9         Q    And if you turn to the page marked
10   page one, this agreement was entered into on
11   December the 14th, 2012; correct?
12         A    Yes.
13         Q    And Mr. Patel, this agreement relates
14   to the Red Roof Inn location at 2200 Corporate
15   Plaza, Smyrna, Georgia; correct?
16         A    Yes.
17         Q    Mr. Patel, how much did Vahari Hotel,
18   LLC, pay to purchase the Red Roof Inn Smyrna?
19         A    I don't remember the exact amount,
20   but I think approximately it was 2.6 million.  It
21   could be 2.4 million or 2.6.
22         Q    Thanks.  The next thing I'd like you
23   to look at is Exhibit B, which is the page with
24   the Bates ending 1466.
25              THE INTERPRETER:  Which part?
```

```
 1                THE INTERPRETER:  Vicki Lam.
 2       A     She used to come and give
 3  instruction, say about how what the laundry
 4  person should do and how the housekeeping should
 5  take place.
 6       Q     Did this occur after you began
 7  managing the hotel?
 8       A     Yes.  She came after started
 9  managing.
10       Q     And do you recall when this training
11  first began?
12       A     I don't recall the date.
13                MR. VARGHESE:  Why don't we take a
14  break here.
15                THE VIDEOGRAPHER:  Going off the
16  record at 10:26 a.m.
17          (Deposition in recess, 10:26 a.m.
18          to 10:41 a.m.)
19                THE VIDEOGRAPHER:  We're back on
20  record at 10:41 a.m.
21  BY MR. VARGHESE:
22       Q     Mr. Patel, if you'll take a look at
23  page four of the Varahi Franchise Agreement
24  that's Exhibit 333.  Do you see section four,
25  ███████████████?
```



```
 1      A     Yes.
 2      Q     ████████████████████████████████████
 3  ████████████████████████████████████
 4  ████████████████████
 5      A     ███
 6      Q     ██████████████████████████████████;
 7  correct?
 8      A     ███
 9      Q     ███████████████████████████████████
10  ████████████████████████████████████
11      A     ███
12  █   █   ███████████████████████████████
13  ████████████████████████████
14      A     ███
15      Q     ███████████████████████████████████
16  ██████████████████████████████████████;
17      ████████
18  █   █   ███
19  █   █   █████████████████████████████████
██  ██████████████████████████████████
██  ██████████████████████████████████
██  ████████
██  █   █   ███.
24      (Whereupon a document was identified as
25      Plaintiff's Exhibit 354.)
```

```
 1              CERTIFICATE OF COURT REPORTER
 2   STATE OF GEORGIA
 3   COUNTY OF COBB
 4              I hereby certify that the foregoing
 5   deposition was reported as stated in the caption,
 6   and the questions and answers thereto were
 7   reduced to writing by me;
 8              That the witness's right to read and
 9   sign the deposition was waived;
10              That the foregoing pages 1 through 152
11   represent a true, correct, and complete
12   transcript of the evidence given on the
13   above-referenced date by the witness, BHARATKUMAR
14   PATEL, who was first duly sworn by me;
15              That I am not of kin or counsel to any
16   of the attorneys or parties in this case.
17              I do hereby disclose pursuant to Article
18   10.B. of the Rules and Regulations of the Board
19   of Court Reporting of the Judicial Council of
20   Georgia that I am a Georgia Certified Court
21   Reporter; that AccuTran, Inc., A Trustpoint
22   Company, was contacted by the attorney taking the
23   deposition to provide court reporting services
24   for this deposition; that I am not taking this
25   deposition under any contract that is prohibited
```



1  by OCGA 15-14-37(a) and (b) or Article 7.C. of
2  the Rules and Regulations of the Board; and I am
3  not disqualified for a relationship of interest
4  under OCGA 9-11-28(c).
5       There is no contract to provide
6  reporting services between myself or any person
7  with whom I have a principal and agency
8  relationship nor any attorney at law in this
9  action, party to this action, party having a
10 financial interest in this action, or agent for
11 an attorney at law in this action, party to this
12 action, or party having a financial interest in
13 this action.  Any and all financial arrangements
14 beyond my usual and customary rates have been
15 disclosed and offered to all parties.
16      This 19th day of October, 2022.
17
18
19
20       *Sharon Overman*
      SHARON R. OVERMAN, CCR B-2363
21       Certified Court Reporter
22
23
24
25

