Plaintiffs' Summary Judgment Ex. 13
Intentionally Left Blank