Case 1:21-cv-04278-WMR   Document 174-16   Filed 03/02/23   Page 1 of 19
July 14, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

W.K., E.H., M.M., R.P., M.B.,
D.P., A.F., C.A., R.K. and K.P.,

**PL Sum. J. Ex. 016**

Plaintiffs,

CIVIL ACTION NO.:
vs.                                    1:20-CV-05263-MHC

RED ROOF INNS, INC.; FMW RRI
NC, LLC; RED ROOF FRANCHISING,
LLC; RRI WEST MANAGEMENT, LLC;
VAHARI HOTEL, LLC; WESTMONT
HOSPITALITY GROUP, INC.;
and RRI III, LLC,
          Defendants.


VIDEOTAPED DEPOSITION OF K.P.
July 14, 2022
9:13 a.m.
1201 West Peachtree Street, Suite 3900
Atlanta, Georgia
Carolyn M. Carboni, RPR, RMR, CCR-B-878
Leo Mileman, Videographer

```
 1   APPEARANCES OF COUNSEL:
 2   On behalf of the Plaintiffs in Jane Doe, et al. v.
 3   Westmont Hospitality Group, et al. case:
 4           TIANA S. MYKKELTVEDT, ESQUIRE
 5           Bondurant Mixson & Elmore LLP
 6           One Atlantic Center
 7           Suite 3900
 8           1201 West Peachtree Street
 9           Atlanta, Georgia  30309
10           404.881.4144
11   On behalf of the Defendants Red Roof Inns, Inc.;
12   FMW RRI NC, LLC; Red Roof Franchising, LLC; RRI
13   West Management, LLC; Westmont Hospitality Group,
14   Inc.; and RRI III, LLC:
15           ADI ALLUSHI, ESQUIRE
16           LILLIAN HENRY, ESQUIRE
17           Lewis Brisbois Bisgaard & Smith LLP
18           600 Peachtree Street
19           Suite 4700
20           Atlanta, Georgia  30308
21           404.348.8585
22
23
24
25
```

Case 1:21-cv-04278-WMR   Document 174-16   Filed 03/02/23   Page 3 of 19
July 14, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 3

1  APPEARANCES (Continued):
2  On behalf of the Defendant Varahi Hotel, LLC:
3          ELLIOTT REAM, ESQUIRE
4          Hawkins Parnell & Young, LLP
5          Suite 4000
6          303 Peachtree Street
7          Atlanta, Georgia  30308
8          404.614.7400
9  Also Present:
10         Tyler Greek
11         Michael R. Baumrind, Esquire (via Zoom)
12         Breanna Stovall (via Zoom)
13         Beth Richardson (via Zoom)
14         Cameron Ward (via Zoom)
15
16
17
18         (Pursuant to Article 10(B) of the Rules
19  and Regulations of the Georgia Board of Court
20  Reporting, a written disclosure statement was
21  submitted by the court reporter to all counsel
22  present at the proceeding.)
23
24
25

```
 1   we'll take a break.  I just ask that you answer the
 2   question that I've posed and then you can take a
 3   break, okay?
 4        A    Yes.
 5        Q    Have you taken any medications that may
 6   affect your ability to testify here today?
 7        A    No.
 8        Q    Have you taken any drugs that may affect
 9   your ability to testify today?
10        A    No.
11        Q    Do you have any medical conditions that
12   may affect your ability to testify here today?
13        A    No.
14        Q    You claim in your lawsuit, ▇▇▇▇▇▇▇▇,
15   that you were trafficked at different hotels
16   between 2010 and 2016; is that correct?
17        A    Yes.
18        Q    And you claim in your lawsuit that you
19   were trafficked at the Red Roof at 1960 North Druid
20   Hills Road, Atlanta, Georgia, between 2011 and
21   2014; is that correct?
22        A    Yes.
23        Q    Okay.  And we'll go through the timeline
24   in a little bit more detail later on and show you
25   some documents.  But if I refer to this hotel as
```

```
 1        A    I have no idea.
 2        Q    And when was the last time you spoke to
 3   ▇▇▇▇▇▇▇▇▇▇▇?
 4        A    Honestly, I talked to him as little as
 5   possible so --
 6        Q    It's fair to say you haven't --
 7        A    -- I have no idea.  I have no idea.  I
 8   avoided him.
 9        Q    And fair to say you haven't spoken to him
10   since at least 2016?
11        A    Oh, yeah, yes.
12        Q    And when you say you avoided him, was
13   there something in particular about him that you --
14        A    I avoided all of these people.
15        Q    And when you say you avoided all of these
16   people, was this at the time of the alleged
17   trafficking or later?
18        A    I -- yes, later, I definitely avoided
19   them.  But during trafficking, I was instructed not
20   to engage with these people unless I was instructed
21   to engage with them.  So avoided them for my own
22   safety and at the instruction of my trafficker.
23        Q    And when you say at the instruction of
24   your trafficker, you're referring to Tricky?
25        A    Yes.
```

1  Q    And why not?
2  A    Because it was a client.  If you tell
3  clients that you have an overseer of some sort,
4  they are less likely to engage.
5  Q    And when you say "less likely to engage,"
6  you mean less likely to have sex and pay?
7  A    No.  I mean, engage at all in anything.
8  Whether that is talking, developing a, you know,
9  some kind of mutual agreement or whatever you'd
10 like to classify as that, yeah, you don't -- you
11 did not disclose that information.  It would not
12 fare well for business.
13 Q    And business was commercial sex, right?
14 A    I was sex trafficked.
15 Q    I understand that, ma'am.
16 A    So it was not commercial sex.
17 Q    I understand that.  And I don't want to,
18 you know, argue with you on the definition.  But
19 whether you kept the money or not -- I understand
20 that your testimony is that you gave all the money
21 to T, correct?
22 A    Yes.
23 Q    You never kept it.  So my question was,
24 you know, the business -- you just said "business."
25 The business was you were having sex and people

| | |
|---|---|
| 1 | the other plaintiffs we've discussed? |
| 2 | A    Sorry for interrupting.  I think her and I |
| 3 | were fairly decent friends.  But when you're being |
| 4 | trafficked, there's lots of extenuating |
| 5 | circumstances.  And so traffickers will often pit |
| 6 | you against one another.  And so I don't know if we |
| 7 | didn't remain friends because of something that was |
| 8 | said or some kind of barrier that was put in |
| 9 | between us because of other people or if we just |
| 10 | lost closeness.  I mean... |
| 11 | Q    You don't -- as you sit here today, you |
| 12 | don't recall any specifics of whether they pit you |
| 13 | against each other, as you just mentioned? |
| 14 | A    When are you talking about and with who? |
| 15 | Are you talking about specifically with ▓▓▓▓ -- |
| 16 | Q    Right, right.  We're talking about ▓▓▓▓ |
| 17 | ▓▓▓▓. |
| 18 | A    -- or during trafficking? |
| 19 | I don't -- I was not privy to what was |
| 20 | being used or said to pit us against each other, so |
| 21 | I have no idea if something was said to ▓▓▓▓. |
| 22 | I didn't have anything that was said to me |
| 23 | about me remaining friends with her, but on her |
| 24 | end, I don't know, and I wouldn't know, you know, |
| 25 | how that would have happened. |

Page 60

1  Q   And you also said there is extenuating
2  circumstances, what do you mean by that?
3          THE WITNESS:  So can you repeat what I
4  said, please?
5          MR. ALLUSHI:  That's fine.
6          (The record was read by the court reporter
7  as follows:
8          Answer:  "I think her and I were fairly
9  decent friends.  But when you're being trafficked,
10 there's lots of extenuating circumstances.")
11         MR. ALLUSHI:  That's good.
12   A   Yes.  So the extenuating circumstances
13 were there were many, many, many, many things that
14 were out of my control.  And I -- there were many
15 moving parts to this situation that were happening.
16 I -- there were just lots of things happening, many
17 moving parts.  I can't account for all of them,
18 but...
19 BY MR. ALLUSHI:
20   Q   Can you give me one of them?
21   A   That's such a broad question, I guess.  I
22 don't -- are you asking -- well...
23         MR. ALLUSHI:  Yeah.  Objection.
24 Nonresponsive.
25 BY MR. ALLUSHI:

1     Q    You said extenuating circumstances, and my
2    question was:  What are those extenuating
3    circumstances, ma'am?
4     A    I guess I just don't really understand
5    what you mean.  I mean, I don't follow at all.
6     Q    Sure.  I was asking you about your
7    relationship with this ▓▓▓▓▓▓▓▓.
8     A    Sure.
9     Q    You said during your alleged trafficking,
10   there was extenuating circumstances that affected
11   the relationship.
12        My question is very simple:  What are
13   those extenuating circumstances?
14    A    Well, there were people controlling our
15   ability to maintain what I would consider a normal
16   friendship.
17    Q    How so?
18    A    There are people -- traffickers are very
19   manipulative.  So one of the tactics that was often
20   used was to pit women against each other because if
21   we're squabbling, we're not as concerned with or
22   aware of what is actually happening.  I mean, our
23   traffickers muddied the waters.
24    Q    In relation to ▓▓▓▓▓▓▓▓, though, they
25   weren't able to do that, right?

1    A    Oh, they tried.
2    Q    They didn't succeed?
3    A    No, not really.
4    Q    And what was so different with ▓▓▓▓▓▓
5   then?
6    A    ▓▓▓▓▓▓ and I didn't spend as much
7   time together.
8    Q    The next person listed here is ▓▓▓▓▓▓,
9   and you say ▓▓▓▓▓▓ was a victim of sex
10  trafficking.  Do you know if ▓▓▓▓▓▓ stayed at the
11  Buckhead Red Roof with you?
12   A    No.  I don't recall her being there with
13  me, but I have no idea.
14   Q    Do you recall ▓▓▓▓▓▓ last name?
15   A    No idea.
16   Q    Can you describe ▓▓▓▓▓▓, please?
17   A    She was taller than me, thinner, very
18  thin, I think.  I remember her having bright red
19  hair.  And she was white and very wild-eyed.
20   Q    Were you friends with ▓▓▓▓▓▓?
21   A    No.
22   Q    Did you ever -- do you recall
23  communicating with ▓▓▓▓▓▓ via social media?
24   A    No.
25   Q    And when was the last time you believe you

Case 1:21-cv-04278-WMR   Document 174-16   Filed 03/02/23   Page 11 of 19
July 14, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 104

1  mother.
2      Q   Okay.  And you said -- you said 2012 --
3  did you stay -- did you spend the entire 2012 at
4  this house here or part of it, do you recall?
5      A   I don't.  I don't.
6      Q   What was your relationship like with
7  ███████ parents?
8      A   It was cordial.
9      Q   Did you ever tell them that their son was
10 forcing you to get paid for your time, as you call
11 it?
12     A   No.
13     Q   Why not?
14     A   I was scared to tell anyone.
15     Q   Scared of who?
16     A   My trafficker and the police.
17     Q   Okay.  So your testimony here under oath
18 is that you were scared of ███████?
19     A   Yes.
20     Q   Okay.  Did he ever threaten you?
21     A   Yes.
22     Q   Said what?
23     A   There were multiple threats of different
24 things.  For example, he threatened to tell my
25 parents -- or my mother what was happening, so...

1    Q    Okay.  Any other threats?
2    A    Yeah.  Like, he's going to beat me up or
3  kill me or whatever.  I mean, very violent threats
4  about, you know, harming me or outing me in some
5  way, like, to my job, et cetera.
6    Q    Did he ever beat you?
7    A    Yes.
8    Q    How many times?
9    A    I couldn't give you a number.  It was a
10 lot.
11   Q    More than five?
12   A    Yes.
13   Q    More than 10?
14   A    Yes, for sure.
15   Q    More than 20?
16   A    I couldn't give you a number.  I mean...
17   Q    Did you ever press charges for the
18 beating?
19   A    No.
20   Q    Why not?
21   A    Because as I stated before, I felt like he
22 was my baby's father.  I felt, you know...
23   Q    Did you love him?
24   A    Yes.
25   Q    Do you still love him?

| | |
|---|---|
| 1 | being a person's body not properly cared for, my |
| 2 | body was not properly cared for.  But was I |
| 3 | underweight?  No. |
| 4 | Q    And you said you were in poor physical |
| 5 | state, right? |
| 6 | A    Yes. |
| 7 | Q    What does that mean? |
| 8 | A    So if you look at pictures of me from that |
| 9 | time, I often had extremely dark circles under my |
| 10 | eyes to the point where my -- I just looked |
| 11 | incredibly pale and sleep deprived.  I did not feel |
| 12 | physically fit. |
| 13 | Q    The physical state that you appeared to |
| 14 | Mr. Schatten would have been the same physical |
| 15 | state you appeared at the Red Roof hotel, right? |
| 16 | A    My physical body wasn't different, but the |
| 17 | way that I presented myself to Mr. Schatten and the |
| 18 | way that I would have appeared at the Red Roof |
| 19 | would have been different. |
| 20 | Q    You're talking about clothing or you're |
| 21 | just talking about -- |
| 22 | A    Sure. |
| 23 | Q    -- physical appearance? |
| 24 | A    Yes.  Clothing, demeanor, any of those |
| 25 | types of things, yes, hair, makeup, et cetera. |

Page 220

```
 1      A    He tried to get me to engage in sex
 2   trafficking.
 3      Q    Well, it says here, "Diablo tried to talk
 4   K.P.," which is you, "into working for him as a
 5   commercial sex worker."
 6           That's the words you used, right?
 7      A    Okay.  He -- my answer does not change
 8   from this --
 9      Q    Right.
10      A    -- this packet, so yes.
11      Q    And you said no to him?
12      A    Yes.
13      Q    Okay.  And how did you meet          ?
14      A    Through mutual friends of Diablo's and
15         .
16      Q    And who were those mutual friends?
17      A    Kwan's mother,     .
18      Q    And it states here that she was watching
19   your son at times?
20      A    Yes, she did.
21      Q    And was Diablo and          friends?
22      A    I don't think that they were friends, but
23   they were associates.
24      Q    And what do you mean "associates"?  Were
25   they in the business of sex trafficking?
```

1    A    He was a part of PIVIP as was ▇▇▇.
2    Q    And do you recall specifically who
3    introduced you to ▇▇▇?  Was it ▇▇▇ or was it
4    Kwan or...
5    A    I believe it would have been ▇▇▇ --
6    yeah, ▇▇▇.
7    Q    What was ▇▇▇ last name?
8    A    I assume it was R▇▇▇, but I cannot be
9    100 percent certain of that.
10   Q    Do you remember meeting ▇▇▇ the first
11   time?
12   A    No.
13   Q    What's the first recollection you have of
14   ▇▇▇?
15   A    He was with ▇▇▇, and that may have
16   been the first time we met.  I think maybe it was.
17   But I, you know, may have met him in passing prior
18   to then.  But that first real recollection I have
19   of him is when he was with ▇▇▇.
20   Q    And where were they?
21   A    I picked them up somewhere.  I don't
22   really remember where.
23   Q    And where did you all go?
24   A    I don't remember.
25   Q    Did you think ▇▇▇ was his girlfriend

1      ▇▇▇▇▇▇▇?
2      A     Well, he lived with me, so I felt like it
3   was more -- he lived with me, and I was willing for
4   him to live with me.  So maybe by the end of 2010.
5             THE WITNESS:  Can I have some mints?
6             MS. MYKKELTVEDT:  Yes.
7             THE WITNESS:  Thank you.
8   BY MR. ALLUSHI:
9      Q     And at what point did he start asking you
10  to engage in commercial sex?
11     A     Well, ▇▇▇▇▇▇▇ did not ask me outright
12  to -- when I was ready to be trafficked.  He --
13     Q     Okay.  When did he -- did he tell you?
14     A     That isn't how it worked.
15     Q     Tell me how it worked.
16     A     So I was exposed to this lifestyle, and I
17  was brought around girls who were being -- or women
18  who were being trafficked, and I was what I would
19  refer to as groomed for several months prior to
20  when I began actually being trafficked and seeing
21  clients.
22     Q     And what do you mean by you were being
23  groomed?
24     A     So there was a lot of background
25  manipulation that occurred; for example, the

```
 1   exposure to other girls, making this lifestyle seem
 2   enticing in some way.  I was manipulated.
 3        Q    How did they make it sound -- how did they
 4   make it appear enticing, the lifestyle?
 5        A    Everyone is beautiful.  And when you
 6   first -- when you first come in, everyone appears
 7   to be happy and jovial, and they look good.  They
 8   smell good.  They dress nicely.  They, you know,
 9   are around people with money.  It is -- it almost
10   seemed glamorous.
11        Q    How long was the grooming period,
12   ███████████?
13        A    I would estimate probably like six months,
14   but I also should include that my exposure to
15   Diablo may need to be included in that time frame.
16   So probably almost a year if we're including the
17   time with Diablo as well because, obviously, he
18   introduced me to these people, so...
19        Q    Did you see any client -- did you see any
20   clients in 2010?  Did you actually have money for
21   sex in 2010?  Were you forced into trafficking in
22   2010, whichever way you want to call it?
23        A    So I don't know.  I can't recall when the
24   first instance occurred, and, you know...
25        Q    So the first time that you were forced to
```

Page 244

| | | |
|---|---|---|
| 1 | A | I never told any employee of any hotel |
| 2 | that I was being sex trafficked. | |
| 3 | Q | During the trips that we talked about in |
| 4 | Florida, North Carolina and Baltimore, was ▮▮▮ | |
| 5 | with you? | |
| 6 | A | Yes. |
| 7 | Q | All trips? |
| 8 | A | Yes. |
| 9 | Q | During the entire time that you allege you |
| 10 | were trafficked between 2010 and 2016, did you ever | |
| 11 | keep the money from the time, as you call it, with | |
| 12 | your client? | |
| 13 | A | No. |
| 14 | Q | You always gave that money to ▮▮▮? |
| 15 | A | Yes.  It was an obligation. |
| 16 | Q | But during the -- during the stays at the |
| 17 | Red Roof Buckhead, was ▮▮▮ with you there? | |
| 18 | A | He would have been at some points. |
| 19 | Q | And where was your son? |
| 20 | A | He may have been with my mother because he |
| 21 | at some point went to live with my mom.  But he may | |
| 22 | have also been at a nanny or ▮▮▮. | |
| 23 | Q | Did he ever stay home with ▮▮▮? |
| 24 | A | Yes. |
| 25 | Q | Was there a time when you were seeing |

```
 1                        CERTIFICATE
 2     STATE OF GEORGIA:
       COUNTY OF FULTON:
 3
 4             I hereby certify that the foregoing
       transcript was taken down, as stated in the
 5     caption, and the colloquies, questions and answers
       were reduced to typewriting under my direction;
 6     that the transcript is a true and correct record of
       the evidence given upon said proceeding.
 7
 8             I further certify that I am not a relative
       or employee or attorney of any party, nor am I
 9     financially interested in the outcome of this
       action.
10
11             I have no relationship of interest in this
       matter which would disqualify me from maintaining
12     my obligation of impartiality in compliance with
       the Code of Professional Ethics.
13
14             I have no direct contract with any party
       in this action and my compensation is based solely
15     on the terms of my subcontractor agreement.
16
17             Nothing in the arrangements made for this
       proceeding impacts my absolute commitment to serve
18     all parties as an impartial officer of the court.
19
20                                              22.
21       [signature: Carolyn M. Carboni]
22
23     _____
24         CAROLYN M. CARBONI, RPR, RMR, CCR-B-878
25
```