PL Sum. J.

Ex. __017__



# Transcript of **Bharat Patel**

Wednesday, May 25, 2022

*W.K. v. Red Roof Inns, Inc*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 115849

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF GEORGIA
 2                         ATLANTA DIVISION

 3
    W.K., E.H., M.M., R.P.,
 4  M.B., D.P., A.F., C.A.,
    K.K., K.P., and T.H.,
 5         Plaintiffs,

 6      vs.                       CASE NO. 1:20-cv-5263-MHC

 7  RED ROOF INNS, INC., FMW
    RRI NC, LLC, RED ROOF
 8  FRANCHISING, LLC, RRI WEST
    MANAGEMENT, LLC, VARAHI HOTEL, LLC,
 9  WESTMONT HOSPITALITY GROUP,
    INC., and RRI, III, LLC,
10         Defendants.

11  _____

    JANE DOE 1-4,
12         Plaintiff,

13      Vs.                       CASE NO: 1:21-cv-04278-WMR

14  RED ROOF INNS, INC., et al,
           Defendant.
15  _____

16  J.A.,
           Plaintiff,
17
        Vs.                       CASE NO:  1:21-cv-03655-TWT
18
    RED ROOF INSS, INC.,
19  RED ROOF FRANCHISING, LLC,
    And VARAHI HOTEL, LLC,
20         Defendants.

21
                              - - -
22
          Videotaped deposition of BHARAT PATEL,
23
                 Taken by Denise Hoying,
24
                 Before Amanda F. Rogers,
25               Certified Court Reporter,
```

1        At the Law Offices of Hawkins & Parnell,
                    Atlanta, Georgia,
2
              On Wednesday, May 25, 2022,
3    Beginning at 9:17 a.m. and ending at 6:59 p.m.

4                         - - -

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Trustpoint.One  Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1   APPEARANCES OF COUNSEL

 2   For the Plaintiffs:

 3            MANOJ S. VARGHESE, ESQUIRE
              Bondurant, Mixson, & Elmore, LLP
 4            1201 West Peachtree Street, N.W.
              Suite 3900
 5            Atlanta, GA 30309
              404.881.4100
 6
              DENISE D. HOYING, ESQUIRE
 7            Law & Moran
              563 Spring Street, N.W.
 8            Atlanta, GA 30308
              404.814.3700
 9            Denise@lawmoran.com

10
              PAT MCDONOUGH, ESQUIRE
11            1960 Satellite Blvd.
              Suite 4000
12            Duluth, GA 30097
              770.822.0900
13            Pmcdonough@atclawfirm.com

14   For the Defendant, Varahi Hotel, LLC:

15            SHANE KEITH, ESQUIRE
              ELLIOTT REAM, ESQUIRE
16            Hawkins, Parnell & Young LLP
              303 Peachtree Street, N.E., Suite 4000
17            Atlanta, GA 30308
              Skieth@hpylaw.com
18            Eream@hpylaw.com

19   For the Defendants, Red Roof Inns, Inc., FMW RRI
     NC, LLC, Red Roof Franchising, LLC, RRI West
20   Managements, LLC:

21            ADI ALLUSHI, ESQUIRE
              LILLIAN HENRY, ESQUIRE
22            Lewis Brisbois
              1180 Peachtree Street, Suite 2900
23            Atlanta, GA 30909
              404.348.8585
24            Adi.allushi@lewisbrisbois.com

25
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1    ALSO PRESENT:

 2            Carlos Rodfri, Videographer
              Salina Bandali, Interpreter
 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1  it says, "Skin still crawling"?
 2       A    Yes.
 3       Q    Can you read the first sentence
 4  underneath, "Skin still crawling," please?
 5       A    (Witness in English)  "This place is
 6  disgusting.  Unfortunately, I didn't realize how
 7  bad it was until the morning.  I was checking
 8  out."
 9       Q    Okay.  And if you could go down to the
10  second to last line of the review.  It talks
11  about a "no refund after 15 minutes sign at the
12  front desk."  Do you see that?
13       A    (Witness in English)  "No refunds
14  after 15 minute sign on the front desk."
15       Q    Did you put that sign at the front
16  desk?
17       A    Yes.
18       Q    Why did you put that sign at the front
19  desk?
20       A    Because, we have this policy when the
21  guests check in the rooms that we would ask them,
22  call them and the front desk would call and ask
23  them if they were situated if they are satisfied
24  because if they are not at that point, be then,
25  you know, we would cancel the reservation and
```

Trustpoint.One Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
1      Q      ███████████████████████████████
2   ████████████████
3      A      Yes.
4      Q      ████████████████████████████ █
5   ████████████████████████████████████
6   ████████████████████████████████████
7   ████████████████████████████████████
8   ████████   Did I read that correctly?
9              THE INTERPRETER:  Is this something
10  that you want me to translate, because it is a
11  legal document?
12  BY MR. VARGHESE:
13     Q      I'm just asking if I read these words
14  correctly.
15     A      I think that we have to pay a royalty
16  fee to the franchisor because my corporation
17  would pay a franchise fee to the franchise.
18     Q      So let me ask that question, Varahi
19  Hotel pays a monthly franchise fee to Red Roof
20  Franchising, correct?
21     A      Yes.
22     Q      And Varahi Hotel has paid that fee
23  every month from December 2012 to the present,
24  correct?
25     A      Yes.
```

Trustpoint.One Alderson.  
www.trustpoint.one  
www.aldersonreporting.com  
800.FOR.DEPO  
(800.367.3376)

```
 1      Q    And that monthly royalty fee is a
 2 percent of your gross room revenues, correct?
 3           MR. ALLUSHI:  Objection.
 4           THE WITNESS:  Yes.  It is based on
 5 that fact.
 6 BY MR. VARGHESE:
 7      Q    And the fee you receive from renting
 8 each and every hotel room is part of the gross
 9 room revenues, correct?
10      A    Well, they would do it -- once it is
11 charged, then they would tell us whatever the fee
12 is.  Then whatever we have to send them.
13      Q    Do you understand that the fee you
14 paid to Red Roof Franchising is based on the
15 total amount of room revenues that the location
16 generates?
17      A    Yes.
18      ■    ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
19 ■■■■■■■■■■■■■■■    ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
20 ■■■■■■■■■■■■■■■■■■■■■■■■■■
21      ■    ■■■■■
22      ■    ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
23 ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
24 ■■■■■■■■■■■■
25      ■    ■■■■■
```

```
 1                C E R T I F I C A T E

 2   GEORGIA

 3   FULTON COUNTY

 4              I hereby certify that the above and

 5         foregoing pages 1 through 234 are a true,

 6         complete, correct, and exact transcript

 7         of my shorthand notes taken in the

 8         above-referenced matter;

 9              That same constitutes a true,

10         complete, correct, and exact record of the

11         above-referenced matter;

12              That same was transcribed through

13         computer-assisted transcription;

14              That I am not of kin or counsel to

15         any of the attorneys or parties, nor am I

16         in the regular employ of any of the

17         attorneys or parties;

18              This 9th day of June, 2022.

19

20

21
                        /s/ Amanda Rogers
22

23         _____

           Amanda F. Rogers, CCR B-2274
24         Certified Court Reporter

25
```