Case 1:21-cv-04278-WMR   Document 174-20   Filed 03/02/23   Page 1 of 18
C.A.                                                                March 3, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
 2                   ATLANTA DIVISION
 3   W.K., E.H., M.M., R.P., M.B.,
     D.P., A.F., C.A., R.K. and K.P.,
 4
              Plaintiffs,
 5                                       CIVIL ACTION NO.:
     vs.                                 1:20-CV-05263-MHC
 6
 7   RED ROOF INNS, INC.; FMW RRI
     NC, LLC; RED ROOF FRANCHISING,
 8   LLC; RRI WEST MANAGEMENT, LLC;
     VAHARI HOTEL, LLC; WESTMONT
 9   HOSPITALITY GROUP, INC.;
     and RRI III, LLC,
10
              Defendants.
11
12                      VOLUME I
13
14       VIDEOTAPED DEPOSITION OF C.A.
15              March 3, 2022
16                12:40 p.m.
17    1960 Satellite Boulevard, Suite 4000
18              Duluth, Georgia
19   Carolyn M. Carboni, RPR, RMR, CCR-B-878
20         Leo Mileman, Videographer
21
22
23
24
25
```

**PL Sum. J. Ex. 020**

Case 1:21-cv-04278-WMR   Document 174-20   Filed 03/02/23   Page 2 of 18
C.A.                                                            March 3, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 2

1   APPEARANCES OF COUNSEL:
2   On behalf of the Plaintiffs in Jane Doe, et al. v.
3   Westmont Hospitality Group, et al. case:
4           TIANA S. MYKKELTVEDT, ESQUIRE
5           MICHAEL BAUMRIND, ESQUIRE
6           Bondurant Mixson & Elmore LLP
7           One Atlantic Center
8           Suite 3900
9           1201 West Peachtree Street
10          Atlanta, Georgia   30309
11          404.881.4144
12  On behalf of the Plaintiffs in W.K., et al. v. Red
13  Roof Inns, et al. case:
14          PATRICK J. McDONOUGH, ESQUIRE
15          JONATHAN TONGE, ESQUIRE (via Zoom)
16          Andersen Tate & Carr, PC
17          1960 Satellite Boulevard
18          Suite 4000
19          Duluth, Georgia   30097
20          770.822.0900
21
22
23
24
25

Case 1:21-cv-04278-WMR   Document 174-20   Filed 03/02/23   Page 3 of 18
C.A.  March 3, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 3

```
 1   APPEARANCES (Continued):
 2   On behalf of the Defendants Red Roof Inns, Inc.;
 3   FMW RRI NC, LLC; Red Roof Franchising, LLC; RRI
 4   West Management, LLC; Westmont Hospitality Group,
 5   Inc.; and RRI III, LLC:
 6            ADI ALLUSHI, ESQUIRE
 7            LILLIAN HENRY, ESQUIRE
 8            CHRISTIAN NOVAY, ESQUIRE (via Zoom)
 9              (Chicago office)
10            EMMA J. FENNELLY, ESQUIRE (via Zoom)
11            Lewis Brisbois Bisgaard & Smith LLP
12            600 Peachtree Street
13            Suite 4700
14            Atlanta, Georgia  30308
15            404.348.8585
16   On behalf of Defendant Sai National Hospitality
17   Ventures in E.F. v. Red Roof Inns, et al. case:
18            C. SHANE KEITH, ESQUIRE
19            Hawkins Parnell & Young, LLP
20            Suite 4000
21            303 Peachtree Street
22            Atlanta, Georgia  30308
23            404.614.7400
24
25
```

Case 1:21-cv-04278-WMR   Document 174-20   Filed 03/02/23   Page 4 of 18
C.A.
March 3, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 4

1  APPEARANCES (Continued):

2  Also Present Via Zoom:

3          Beth Richardson

4          Adi Giorgio

5          B. Webb

6          Samantha Girschick

7

8                      -  -  -

9

10

11          (Pursuant to Article 10(B) of the Rules

12  and Regulations of the Georgia Board of Court

13  Reporting, a written disclosure statement was

14  submitted by the court reporter to all counsel

15  present at the proceeding.)

16

17

18

19

20

21

22

23

24

25

```
 1      A    Yeah.  I mean -- yeah.
 2      Q    Well, let me ask you this, and I want to
 3   continue, but you allege from 2009 to 2014, you
 4   were allegedly trafficked at the Red Roof in North
 5   Druid Hills, which I may refer to --
 6           MR. ALLUSHI:  Can you get that address so
 7   I can have it on the record, what the address is?
 8   BY MR. ALLUSHI:
 9      Q    I will refer to it throughout the
10   deposition as either Red Roof North Druid Hills or
11   Red Roof Buckhead.
12           How many times between 2009 and 2014 you
13   stayed at the Red Roof Inn?
14      A    To my account, anywhere from 30, 50.  I
15   even believe it could possibly be more than that
16   actually.
17      Q    Okay.  Well, let's take it by year because
18   I know -- I know you have -- you have -- okay.  And
19   then just for the record, the Red Roof -- the
20   subject property we're talking about here today,
21   Ms. ▇▇▇▇▇▇ is the Red Roof North Druid Hills at
22   sixty -- at 1960 North Druid Hills Road, Northeast,
23   Atlanta, Georgia 30329.  And that's the -- is that
24   the hotel you allegedly -- that you stayed and were
25   trafficked?
```

Case 1:21-cv-04278-WMR   Document 174-20   Filed 03/02/23   Page 6 of 18
C.A.
March 3, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 35

1    A    Yes.
2    Q    And we're going to refer to that as either
3    the Red Roof North Druid Hills or Red Roof
4    Buckhead.
5    A    That's fine.
6    Q    And I know in the -- and we can go and
7    look at those specifically, but in these responses,
8    you've said that in 2010, you allegedly stayed at
9    the Red Roof North Druid Hills 10 times.  Does that
10   sound right?
11   A    Yes, yes, it does.
12   Q    And what about in 2009, how many times
13   would you say?
14   A    A few to -- I mean -- so in 2009, it was
15   the end of the year, so -- and that was a very long
16   time ago, so...
17   Q    Sure.
18   A    I also blocked a lot of things out.  So, I
19   mean, a handful of times to be --
20   Q    Less than 10?
21   A    I mean, that would be fair.
22   Q    And what about 2011?
23   A    2011, a lot of times.  Also, the Red Roof
24   Inn, lots more.  2011, probably also like 10 times,
25   about 10 times.

Case 1:21-cv-04278-WMR   Document 174-20   Filed 03/02/23   Page 7 of 18
C.A.                                                                    March 3, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 36

1      Q    And 2012?
2      A    2012, not as many.  It was a little bit
3   less.
4      Q    Less than five?
5      A    Five is good.
6      Q    And what about 2013?
7      A    Definitely, like at least -- I mean, are
8   we -- so just to --
9      Q    Just approximate, yeah.
10     A    Just to be specific, are we talking about
11  how many times like actually going in and checking
12  in or are we talking about nights or stays?
13     Q    I'm specifically asking how many times you
14  stayed the entire stay at that hotel, whether
15  you --
16     A    I have --
17     Q    Whether you checked in or, you know, the
18  room was on somebody else's name.
19     A    Right.
20     Q    I'm just -- you know, where you were
21  physically at the Red Roof Inn.
22     A    How many stays, not how many nights?
23     Q    How many -- yeah, how many times you were
24  physically at the Red Roof Inn Buckhead.
25     A    Right.  But I could have gone 15 stays and

Page 37

1  it could have been 30 nights, you know what I mean?
2       Q    Sure, yeah.  By stay is what I'm saying,
3  correct.
4       A    Okay.  2013, 2012?
5       Q    Yeah, we're in 2013.
6       A    Okay.  So 2013, it was at least --
7  definitely at least 10 times, and also, we can go
8  ahead and jump to '14, too.
9       Q    10 times?
10      A    Yeah, at least.
11      Q    And I guess the full op question is:  How
12 long were your stays?  Did they vary?
13      A    Right, yes, they did.
14      Q    And was there a, like, was there an
15 average?
16      A    So an average would be like two or three
17 nights.  But in 2014, there was -- I stayed for
18 weeks.
19      Q    In 2013, you stayed for --
20      A    2014 --
21      Q    '14?
22      A    -- I believe, yeah.
23      Q    You stayed for?
24      A    Weeks.
25      Q    Weeks?

```
 1       A    Uh-huh.
 2       Q    How many weeks you think?
 3       A    Might have actually been 2013.  I get
 4  confused with the summer.  At least three.  It was
 5  about three.
 6       Q    Okay.
 7       A    At a time.
 8       Q    And out of all these stays, was the room
 9  in your name or somebody else's name?
10       A    It was in my name I know sometimes, but
11  I'm not sure exactly which time or...
12       Q    And out of all of these stays, do you have
13  any room folios or receipts showing that you stayed
14  at these hotels -- at this hotel, at the Red Roof
15  Inn North Druid Hills?
16       A    I believe I do, yes.
17       Q    Okay.  You have the receipts?
18       A    I believe that my lawyers do.
19       Q    Okay.  I don't believe I've seen any
20  receipts or folios of room stays, but if you do
21  have those, I ask that you -- and we'll look to
22  make sure that maybe we haven't missed anything,
23  but I don't believe any receipts have been
24  produced.  So if you do have them, I ask that you
25  give them to your lawyer, or if you have given
```

Page 39

1   them, then I'll ask your lawyer to produce those
2   for the record.
3           So going down the list here, Ms. ▮▮▮▮▮
4   the next person is ▮▮▮▮▮▮▮▮▮▮ or Kwan?
5       A   Yes, Kwan.
6       Q   And Kwan was also one of the alleged
7   traffickers associated with this group, the PIVIP?
8       A   Yes.
9       Q   Did also Kwan specifically traffic you
10  allegedly?
11      A   Yes.
12      Q   Was that at the Red Roof Inn?
13      A   Yes.
14      Q   And what years was that?
15      A   2009 and '10.
16      Q   And have you spoken to Kwan since 2009 and
17  '10?
18      A   No.  Oh, since 2009 and '10?
19      Q   Yes.
20      A   Yes, because he was -- I mean, yes, I
21  have, because he was always with my -- with my
22  trafficker, so...
23      Q   Okay.
24      A   Yeah.
25      Q   And after 2014, have you spoken to Kwan?

Case 1:21-cv-04278-WMR   Document 174-20   Filed 03/02/23   Page 11 of 18
C.A.
W.K., et al v. Red Roof Inns, Inc., et al
March 3, 2022

Page 81

```
 1      A    Like, yeah, six months.
 2      Q    August -- well, let's say August two
 3   thousand --
 4      A    Sorry.  It was a while ago, so my memory
 5   is --
 6      Q    Sure.
 7      A    It's a lot of details.
 8      Q    So August 2010 through sometime in March
 9   of 2011, you were at the sober living facilities?
10      A    Correct.
11      Q    And it's fair to say you weren't being
12   trafficked during those times, correct?
13      A    It's fair to say that, correct.
14      Q    And you weren't under the control of Bagz
15   or Fresh while you were in these facilities,
16   correct?
17      A    It's somewhat fair to say that.
18      Q    Why is it somewhat fair?  Can you explain?
19      A    I mean, to the best of my ability, I can
20   explain.  I mean, I was -- not much longer, and,
21   you know, Fresh was in Florida and I was being
22   trafficked again.
23      Q    Well, my question was:  During the time
24   that you were in these facilities, you were not
25   under the control or influence of Fresh or Bagz,
```

Case 1:21-cv-04278-WMR   Document 174-20   Filed 03/02/23   Page 12 of 18
C.A.
March 3, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 82

1   correct?
2   A   I was under somewhat of an influence, yes.
3   Q   How?
4   A   I mean, it's like a cult. It's
5   brainwashing. I mean, manipulation. I mean, there
6   was still an aspect of control there because I was
7   still in fear and I still -- you know, mental
8   control -- I'm not -- I'm trying to explain it to
9   the best of my ability.
10  Q   Sure. Did you speak to them while you
11  were at the Sober Living?
12  A   To Fresh, yes.
13  Q   How?
14  A   On the phone.
15  Q   Did you have your -- go ahead.
16  A   And he drove -- I think he came twice
17  while I was there and even met the people that I --
18  that were in charge.
19  Q   And so your mother had told them that you
20  were allegedly being trafficked, but then the
21  alleged trafficker comes and visits you there?
22  A   Well, this is a different one. So I was
23  at the Beachcomber, that's who she told. This was
24  the Sober Living where he came to, which was the
25  halfway house.

Case 1:21-cv-04278-WMR   Document 174-20   Filed 03/02/23   Page 13 of 18
C.A.
March 3, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 88

1    A    No.
2    Q    But at the Pink Pony, you received tips
3  for dancing?
4    A    Yes.
5    Q    And that would be naked dancing?
6    A    Yes.  And --
7    Q    Would -- go ahead.
8    A    No, you go.
9    Q    No, please.
10   A    I'll add later if I need to.
11   Q    Okay.  And the money you received from the
12 dancing at the Pink Pony, did you keep that money?
13   A    No.
14   Q    Where did that money go?
15   A    To Bagz.
16   Q    Did you perform any other sexual acts like
17 hand jobs, blow jobs or any other sexual acts while
18 you were at the Pink Pony?
19   A    No.
20   Q    You've never been married, Ms. ▮▮▮▮▮▮
21   A    No.
22   Q    I know you've been arrested a few times,
23 so I want to ask you specifically, instead of just
24 going by memory, I have your responses here on
25 page 11 if you'd like to refer back, Ms. ▮▮▮▮▮▮

Case 1:21-cv-04278-WMR   Document 174-20   Filed 03/02/23   Page 14 of 18
C.A.
March 3, 2022
W.K., et al v. Red Roof Inns, Inc., et al

Page 110

1   manipulated and brainwashed you, right?
2       A    They groomed -- I mean, I was being
3   brainwashed.  They didn't -- yeah, I was being
4   brainwashed, but they definitely were grooming me
5   while, you know, this whole time, six months before
6   I ever -- you know, the first night it happened.
7   But yeah.
8       Q    So how -- tell me how -- what happened
9   during those six months that convinced you that you
10  were going to have sex for money?
11      A    I mean, they sold -- they sold the dream,
12  you know.  I mean, they made everything look
13  glamorous and they -- you know, it was nothing like
14  I expected.  I thought I would be, like, retired in
15  six months and, you know, living this glamorous
16  life.
17           And, you know, I ended up out of school,
18  you know, dropping out of college, losing custody
19  of my kid, and all the other things that, you know,
20  happened.  But it definitely wasn't like something
21  I planned.
22      Q    So when you say sold --
23      A    Or there's not just like one thing --
24      Q    Oh, sorry.
25      A    -- that happened.  It was, like,

1   calculated.  I -- you know, it was very well
2   thought out and manipulated on their end.  And I
3   was, like, very vulnerable and then easy, like,
4   candidate at the time, especially I was younger.
5       Q   So when you say that they sold you the
6   dream and you'd get rich in six months, were you
7   thinking that you were going to keep all the money
8   and it was sort of like a business deal?  Like, how
9   did that --
10      A   Yeah, I mean, I thought that -- I
11  didn't -- I had no idea, like, what I was in for.
12  I mean, again, like, who chooses that?  You know, I
13  didn't know I was going to be like -- sorry.
14          I just didn't know I was going to be,
15  like, in it for six years and not being able to,
16  like, get out.  I didn't know I was going to be
17  brainwashed and, like, beat up and, you know -- I
18  had no idea.
19      Q   And you thought this would be just a
20  business venture where you would keep the money and
21  they would get a percentage of it because -- was it
22  voluntarily at the beginning?
23      A   I mean, I thought --
24          MS. MYKKELTVEDT:  Object to the form.
25  BY MR. ALLUSHI:

1      A     (Witness nods head.)

2      Q     Do you recall what year that was?

3      A     Two thousand -- I'm like which split face
4   now?  2014.

5      Q     So how long after the alleged trafficking
6   or the sex for money, how long after that did Fresh
7   and Bagz become violent?

8      A     Oh, I'm sorry.  Could you say that one
9   more time?

10     Q     So you started having sex for money in
11  2009, correct?

12     A     Right.

13     Q     And then were they violent immediately
14  when you met Fresh and Bagz or did that occur later
15  on, physical violence?

16     A     It occurred slowly, like, but within the
17  first, you know, few months, yeah.  But the
18  violence got worse and more normalized.

19     Q     And then this incident with the split face
20  you describe in your interrogatory responses
21  occurred in 2014?

22     A     I believe so.

23     Q     And did you go to the hospital?

24     A     I don't think so that time.  I
25  didn't very -- I didn't go to the hospital ever

```
 1   really.  There was only, like, one time I ever went
 2   to the hospital.
 3       Q   One time you went to the hospital because
 4   of a beating?
 5       A   Yeah.
 6       Q   And when was that?
 7       A   2013 maybe.
 8       Q   And did you tell them that Fresh or Bagz
 9   beat you?
10       A   No.  I actually blamed it on my daughter.
11       Q   You blamed it on your daughter?
12       A   (Witness nods head.)
13           I said she threw a remote.
14       Q   And why did you do that?
15       A   I was scared.  I was scared to tell the
16   police and -- I was -- I was scared.
17       Q   And do you have any photographs of the
18   actual --
19       A   I believe so, yeah.
20       Q   And I'll show you a photograph later on
21   that you have produced and ask you which of these
22   incidents that is.
23           And on the incident that you went to the
24   hospital in 2013, you also did not call the police
25   about that, correct?
```

CERTIFICATE

STATE OF GEORGIA:
COUNTY OF FULTON:

I hereby certify that the foregoing transcript was taken down, as stated in the caption, and the colloquies, questions and answers were reduced to typewriting under my direction; that the transcript is a true and correct record of the evidence given upon said proceeding.

I further certify that I am not a relative or employee or attorney of any party, nor am I financially interested in the outcome of this action.

I have no relationship of interest in this matter which would disqualify me from maintaining my obligation of impartiality in compliance with the Code of Professional Ethics.

I have no direct contract with any party in this action and my compensation is based solely on the terms of my subcontractor agreement.

Nothing in the arrangements made for this proceeding impacts my absolute commitment to serve all parties as an impartial officer of the court.

This the 9th day of March, 2022.

*Carolyn M. Carboni*

_____
CAROLYN M. CARBONI, RPR, RMR, CCR-B-878