```
 1           IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION
 3
       W.K., E.H., M.M., R.P., M.B.,
 4     D.P., A.F., C.A., R.K., and K.P.,
 5              Plaintiffs,
                                          Civil Action No.
 6         vs.
                                          1:20-cv-05263-VMC
 7     RED ROOF INNS, INC., et al.,
 8                                        VOLUME II
 9              Defendants.
10
11
12
13
14
15           VIDEOTAPED DEPOSITION OF C.A.
16
17           August 12, 2022 - 10:10 a.m.
18
19           1201 West Peachtree Street, NW
20
21                   Suite 3900
22
23                  Atlanta, Georgia
24
25           J. David Brown, B-1401
```

**PL Sum. J. Ex. 021**

Page 240

```
 1   APPEARANCES OF COUNSEL:
 2   On behalf of the Plaintiffs:
 3           TIANA S. MYKKELTVEDT, ESQ.
             Bondurant Mixson & Elmore LLP
 4           1201 West Peachtree Street, NW
             Suite 3900
 5           Atlanta, Georgia 30309
             404.881.4100
 6
     On behalf of Red Roof Inns, Inc.; FMW RRI NC, LLC;
 7   Red Roof Franchising, LLC; RRI West Management, LLC;
     Westmont Hospitality Group, Inc.; and RRI III, LLC:
 8
             LILLIAN K. HENRY, ESQ.
 9           ADI ALLUSHI, ESQ.
             Lewis Brisbois Bisgaard & Smith LLP
10           600 Peachtree Street NE
             Suite 4700
11           Atlanta, Georgia 30308
             404.348.8585
12
     On behalf of Varahi Hotel, LLC:
13
             C. SHANE KEITH, ESQ.
14           Hawkins Parnell & Young LLP
             303 Peachtree Street, NE
15           Suite 4000
             Atlanta, Georgia 30308
16           404.614.7400
17   Also Present:
18           LEO MILEMAN, Videographer
19
20
21
22
23
24
25
```

```
 1   do you mean when you say that my team is not the
 2   same as every other team?
 3        A    I'm not really sure what I mean in this
 4   paragraph.  But I think I would have been referring
 5   to like comparing Bagz and Fresh possibly.  Because
 6   when I was with Fresh, it was more like a
 7   girlfriend/boyfriend kind of a thing, at least I
 8   thought that.  Whereas with Bagz it was a little
 9   bit more strict I guess.
10        Q    So you considered Fresh your boyfriend?
11        A    No, not necessarily my boyfriend.  But I
12   thought of him that way I guess maybe.
13        Q    Did you want him to be your boyfriend?
14        A    Yeah.
15        Q    I mean at this time he was living with
16   you, right?
17             And around this time you wanted him to be
18   your boyfriend or you kind of thought of him in
19   that way.  Was he -- were you also allegedly being
20   sex trafficked?
21        A    Yes.
22        Q    During the time that you thought that he
23   was your boyfriend?
24        A    Yes.  So when this happened, this
25   situation, I had just been in the hospital -- I had
```

Page 262

```
 1   been in the hospital because I had seen a text
 2   message from Shayna to Fresh on the phone and he
 3   broke my nose.  So -- and even going like through
 4   the phone, I was doing that because I was wanting
 5   him, you know, to be -- the relationship with him
 6   was more that's why I say boyfriend/girlfriend.
 7   Whereas that was something that I would have never
 8   done with Bagz, you know, because --
 9        Q    I'm sorry -- you can finish your answer.
10        A    No, that's it.
11        Q    Well, what would you have never done with
12   Bagz?
13        A    Go through the phone.
14        Q    Oh, okay.  You were going through Fresh's
15   phone?
16        A    Right.
17        Q    And you saw a text from      ?
18        A    Right.
19        Q    And you got upset?
20        A    Yeah.  I felt like I was being worked
21   more and I felt like it was -- I mean at the time.
22   And now looking back, obviously it is different.
23   But at the time I felt like I was being or that she
24   was being like favored or something like that.
25        Q    And so at this time did you think, you
```

```
 1   and commented on your atlbunny account --
 2        A    Yeah.
 3        Q    -- to tag him, right?
 4        A    It looks like it.
 5        Q    So did you connect this sentiment with
 6   Bagz, the sentiment that intimacy is not purely
 7   physical?
 8        A    Sure.  Yes, I did.
 9        Q    And that so did you consider that your
10   relationship with Bagz was not purely physical but
11   that you had a deep connection with him that you
12   could like as it says in the post?
13        A    I mean I thought I was in love with him,
14   so in a sense yes.  I mean yeah.
15        Q    So at the time you thought you or you
16   felt like you could see into each other's souls?
17        A    I mean I wouldn't take it -- I wouldn't
18   take the post -- no, I wouldn't say I would take
19   that post literally like that.
20        Q    But did you post this just as a loving
21   symbol to Bagz?
22             MS. MYKKELTVEDT:  Object to the form.
23        A    No, I wouldn't say as a loving symbol.
24   As a deeper symbol I guess.  I guess I wanted to --
25   I felt like -- what's the word I'm looking for -- I
```

1      Q    All right.  So were you scared when you
2  reached out to them then?
3      A    I mean there's a little bit of like, you
4  know, fear in that.  But at the same time I, you
5  know, I'm being honest and I had reached out, you
6  know, for money.  I feel like, you know, I felt
7  like that they -- I guess I felt like that they not
8  like owe me but like, you know --
9      Q    Were --
10     A    -- because of the children.
11     Q    Sorry.
12     A    No, that's it.
13     Q    Were Bagz or Fresh ever physically
14  violent with other people besides the girls or
15  women that worked for them?
16          MS. MYKKELTVEDT:  Object to the form.
17     A    Yeah.  I mean I know about like an
18  incident or two that Bagz was physical with other
19  people, yeah, that weren't just his girls.
20  BY MS. HENRY:
21     Q    Do you think I would be in physical
22  danger if I was in a room with Bagz or Fresh?
23          MS. MYKKELTVEDT:  Object to the form.
24     A    I mean under what circumstances?
25

```
 1   BY MS. HENRY:
 2        Q    In a setting like this.
 3        A    I mean yeah.  I mean you could be, yeah.
 4        Q    Why do you think that?
 5        A    You're a female and I mean especially if
 6   they have a reason to be upset with you or
 7   something.
 8             (Exhibit 41 marked)
 9   BY MS. HENRY:
10        Q    I'm going to hand you Exhibit 41.  And
11   this is another document that you produced to us.
12   Do you recognize this?
13        A    It is an email that I wrote to my family.
14   I mean I'm going to read it to jog my memory
15   but ...
16        Q    Yeah, you can take a second.
17        A    Oh, it is that email that I was
18   explaining to my family that I was having a baby.
19        Q    And so are you finished reading it?
20        A    No.  But that's okay.  You can go on.
21        Q    No.  I'll let you finish reading the
22   whole thing.  You can just tell me when you're
23   done.
24        A    Okay.
25        Q    And so you wrote this on December 7th,
```

Page 356

1                        CERTIFICATE
2     STATE OF GEORGIA:
      COUNTY OF FULTON:
3
4          I hereby certify that the foregoing transcript
      was taken down to the best of my ability, as stated
5     in the caption, and the colloquies, questions and
      answers were reduced to typewriting under my
6     direction; that the transcript is a true and
      correct record of the evidence given upon said
7     proceeding.
           I further certify that I am not a relative or
8     employee or attorney of any party, nor am I
      financially interested in the outcome of this
9     action.
           I have no relationship of interest in this
10    matter which would disqualify me from maintaining
      my obligation of impartiality in compliance with
11    the Code of Professional Ethics.
           I have no direct contract with any party in
12    this action and my compensation is based solely on
      the terms of my subcontractor agreement.
13         Nothing in the arrangements made for this
      proceeding impacts my absolute commitment to serve
14    all parties as an impartial officer of the court.
15
16         This the 20th day of August, 2022.
17
18                    [signature: J. David Brown]
19                    _____
                      J. DAVID BROWN, CCR-B-1401
20
21
22
23
24
25