Case 1:21-cv-04278-WMR   Document 174-23   Filed 03/02/23   Page 1 of 52
May 5, 2022
W.K., et al v. Red Roof Inns, Inc., et al

```
                                                    Page 1

  1            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
  2                   ATLANTA DIVISION
  3    W.K., E.H., M.M., R.P., M.B.,)
       D.P., A.F., C.A., R.K., K.P.,)
  4    and T.H.,                    )
                Plaintiffs,         )
  5                                 )CIVIL ACTION NO:
       V.                           )1:20-CV-05263-VMC
  6                                 )
       RED ROOF INNS, INC., et al., )
  7             Defendants.         )
  8    *  *  *  *  *  *  *  *  *  *
  9    JANE DOE 1-4,                )
                Plaintiffs,         )
 10                                 )CIVIL ACTION NO.
       V.                           )1:21-CV-04278-WMR
 11                                 )
       RED ROOF INNS, INC., et al., )
 12             Defendants.         )
       *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 13
 14            VIDEOTAPED ORAL DEPOSITION OF
                      ████████████
 15               Volume 1 of 1
                 Taken May 5, 2022
 16
 17    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 18      VIDEOTAPED ORAL DEPOSITION OF ███████████,
       produced as a witness at the instance of the
 19    Defendant Red Roof Inns, and duly sworn, taken in
       the above-styled and numbered cause on May 5, 2022,
 20    from 9:13 a.m. to 6:23 p.m., before Julie Greene,
       CSR No. 2847, in and for the State of Texas,
 21    reported by machine shorthand method at the offices
       of The Turley Law Firm, 6440 N. Central Expressway,
 22    10th Floor, Dallas, Texas, pursuant to the Federal
       Rules of Civil Procedure.
 23
 24
 25    Job Number: 5213652
```

**PL Sum. J.**
**Ex. 023**

May 5, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 2

```
 1                A P P E A R A N C E S
 2   FOR THE PLAINTIFFS:
             Patrick J. McDonough, Esq.
 3           ANDERSEN TATE CARR
             1960 Satellite Blvd., Suite 4000
 4           Duluth, Georgia 30097
             770-822-0900
 5           pmcdonough@atclawfirm.com
             -and-
 6           Tiana S. Mykkeltvedt, Esq.
             BONDURANT, MIXSON & ELMORE
 7           1201 West Peachtree St. NW, Suite 3900
             Atlanta, Georgia 30309
 8           404-881-4144
             mykkeltvedt@bmelaw.com
 9
     FOR DEFENDANT RED ROOF INNS:
10           Adi Allushi, Esq.
             -and-
11           Lillian Henry, Esq.
             LEWIS, BRISBOIS, BISGAARD & SMITH
12           600 Peachtree Street NE, Suite 4700
             Atlanta, Georgia 30308
13           404-348-8585
             Adi.Allushi@lewisbrisbois.com
14           Lillian.Henry@lewisbrisbois.com
15   FOR DEFENDANT VARAHI HOTEL, LLC:
             C. Shane Keith, Esq.
16           HAWKINS, PARNELL & YOUNG
             303 Peachtree Street NE, Suite 4000
17           Atlanta, Georgia 30308
             404-614-7400
18           skeith@hpylaw.com
19   ALSO PRESENT (via Zoom):
             Ms. Juliana Mesa
20           Mr. Elliott Ream
21   THE INTERPRETER:
             Mr. Randy Johnson
22
23
24
25
```

May 5, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 14

1    A.   Yes.

2    Q.   Do you understand that?

3    A.   Yes.

4    Q.   Okay.  What is sex trafficking to you?

5    A.   Someone who's being manipulated and

6    controlled.  Someone who is being manipulated and

7    controlled and forced to have sex for money in

8    order to eat, in order to not be beat, in order to

9    have a roof over their head.

10   Q.   You said manipulated and controlled and

11   forced.  Those were the three verbs you used.

12   A.   Yes.

13   Q.   In your mind, is any one of those enough

14   to constitute sex trafficking, or does it need to

15   be manipulation and control and force?

16          MR. MCDONOUGH:  Objection.

17   Q.   (By Mr. Keith)  He might object sometimes.

18   Unless he tells you not to answer --

19          MR. MCDONOUGH:  You can answer.

20   Q.   (By Mr. Keith)  -- you can answer.

21   A.   I think they can all play a role in that.

22   Q.   I guess what I'm saying is when you -- Let

23   me ask you this way.  What do you mean by

24   "manipulation"?

25   A.   I was manipulated.  I was lied to.  I

1    wasn't told I would be going there to have sex with

2    men repeatedly on a daily basis and to make a

3    certain amount of money just so I can eat and to

4    not be beat.  I wasn't told that was going to

5    happen.  I was told I would have an opportunity in

6    modeling career, music videos, possibly dancing.  I

7    had no idea that's what I was getting into.  So he

8    lied to me and he manipulated me, and I was forced

9    to do that when I got there.

10        Q.   All right.  We'll go into the specifics of

11   each one, but that -- When you say "manipulated,"

12   what you just told me is specifically what happened

13   to you, and that's what you mean when you use the

14   word "manipulation;" is that right?

15        A.   Yes.

16        Q.   Okay.  Do you know what prostitution is in

17   Georgia?

18        A.   I don't know if it's the same in Georgia.

19   I have an idea of what prostitution is.

20        Q.   Let me read you the legal definition, and

21   tell me if that's what you understand it to be,

22   okay?

23        A.   Okay.

24        Q.   "A person commits the offense of

25   prostitution when he or she performs or offers or

May 5, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 18

1    Q.   Okay.

2    A.   I got it confused with Extended Stay.

3    Q.   Sure.  Okay.  So let me -- I want to just

4  try to clean up a few things today.  So to be

5  clear, the Red Roof on North Druid Hills Road is

6  the only Red Roof hotel that you claim to have been

7  trafficked out of either by Bless or Bagz, correct?

8    A.   Correct.

9    Q.   And Bless and Bagz were the only two

10  traffickers that you've identified, and they were

11  your only two traffickers, right?

12    A.   Yes.

13    Q.   Okay.  So setting aside the other hotels

14  for a second, okay?  If I use the term "Red Roof"

15  or "Red Roof hotel," will you understand it to be

16  the one on North Druid Hills Road?

17    A.   Yes.

18    Q.   So I don't have to keep saying "the Red

19  Roof on North Druid Hills Road"?

20    A.   No, sir.

21    Q.   All right.  Good.  Okay.  Tell me your

22  birthday, please, ma'am.

23    A.   3/5/93.

24    Q.   And I know my mom told me not to ask this,

25  but I have to ask it for the record.  How old does

May 5, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 19

1    that make you?

2        A.    29.

3        Q.    29.  Okay.  And how old were you when

4    you -- Let me ask this:  Do you -- Do you -- Do you

5    allege and is it your contention that your

6    trafficking started when you came to Atlanta to

7    meet Bless?

8        A.    Yes.

9        Q.    So you do not claim that you were

10   trafficked at any time before the flight to Atlanta

11   and meeting Bless, correct?

12       A.    Correct.

13       Q.    Tell me how old you were when you met

14   Bless.

15       A.    16.  Maybe 17.

16       Q.    That's a big difference, okay?  So I need

17   to -- I --

18              (Sotto voce discussion.)

19       Q.   (By Mr. Keith)  Okay.  Your complaint

20   alleges that from approximately 2009 through 2011

21   that you were trafficked at the Atlanta Red Roof

22   hotel.  Are those -- Those years I don't think

23   match up with what you actually put in your

24   interrogatory responses.  So what I'm trying to

25   figure out is do you know when it was that you

1   actually went to Atlanta?  And I tell you that

2   because I've shown you Exhibit 2, which is your

3   interrogatories, if you want to look on page 18.

4   And I'm going to reach over and point.  So do you

5   see right here where it says "T.H. was trafficked"?

6   You understood -- And by the way, you understand

7   throughout here when it says "T.H." that's you,

8   right?

9        A.   Yes.

10       Q.   So it says "T.H. was trafficked from about

11  spring of 2010 through late 2011 or early 2012 at

12  various hotels, and then it goes on to list hotels,

13  okay?

14       A.   Uh-huh.

15       Q.   So I need to know.  Are you alleging that

16  it was from approximately -- that it was from 2009,

17  or was it from the spring of 2010?

18       A.    In the beginning, there was a little

19  confusion if it was at the end of 2009, but we've

20  confirmed that it was spring 2010 when I first went

21  to meet Bless.

22       Q.   Okay.  So that would have put you at 17

23  then, right?

24       A.   If I did the math.

25       Q.   Well, your birthday's -- your birthday's

1    --

2        A.    '93.

3        Q.    -- in the first week of March, right?

4        A.    Yes.

5        Q.    So spring would be March, April, May,

6    right?

7        A.    Okay.

8        Q.    So '93 to 2010, assuming that it wasn't in

9    the first four days of March, that would make you

10   17, right?

11       A.    Okay.

12       Q.    You agree with that?

13       A.    I agree.

14       Q.    All right.  So is it fair to say that you

15   started the ordeal that we're here to talk about

16   when you were 17?

17       A.    Yes.

18       Q.    And what hotel was that initial

19   trafficking out of?

20       A.    Extended Stay.

21       Q.    And I know that in there there was a

22   little confusion in the interrogatory responses.

23   It says it could have been at the one on Leland

24   Avenue in, I think that's Marietta, or it could

25   have been this one on West Interstate North.  It's

1   back home -- or you came back to Texas, and you

2   spent a month or so in Texas, right?

3       A.   Yes.

4       Q.   So then -- So let's go Bagz part one, all

5   right?  You go back in 2010 to Bagz, stay the rest

6   of 2010, and you escape in early 2011; is that

7   right?

8       A.   Yes.

9       Q.   So do you know how many months you were

10  in, excuse me, how many months you were in Atlanta

11  in 2010?

12      A.   The first time?

13      Q.   No, no, with Bagz.  Yes.  With Bagz the

14  first time.

15      A.   Okay.  Maybe six to eight months.  Six to

16  eight months.

17      Q.   Six to eight months.  So that would have

18  been from May to the end of the year or June to the

19  end of the year, something like that?

20      A.   Something around May -- May, June.  Yeah.

21  Till the end of the year, plus -- plus some.

22      Q.   Right.  I know you were into the next

23  year.  I'm just trying to figure out --

24      A.   Yeah.

25      Q.   And then when in 2011 did you leave?

Page 69

```
 1    Winter?
 2         A.    The first time?
 3         Q.    Uh-huh.  Yes.
 4         A.    It could have still been winter.
 5         Q.    Okay.  So you were here and then -- You
 6    were here in Texas for a couple of months, and then
 7    you went back up in 2011 where you stayed for a
 8    month.  Do you know what time of the year that was,
 9    your second go-round with Bagz in Atlanta?
10         A.    I don't remember.
11         Q.    And then part three when you went to
12    Florida, and then he took you back to Atlanta for
13    the week, do you know when that was?  Was that 2011
14    or 2012?
15         A.    2011.
16         Q.    So you were done by 2011?  You were over
17    there for a week?
18         A.    Yeah.  I was done before 2012.
19         Q.    Okay.  So -- Okay.  Good.  So we now know
20    we can narrow this down.  It was spring of 2010
21    through 2011, not 2012?
22         A.    Correct.
23         Q.    Gotcha.  Okay.
24               MR. KEITH:  Y'all want to take break?
25               MR. MCDONOUGH:  Sure.
```

May 5, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 83

1   psychiatric hospital for drug abuse, right?

2       A.   No.  I wanted to go.  I told my mom to

3   bring me.

4       Q.   We'll go through that.

5       A.   I was -- I didn't know how to handle the

6   loss of a parent, and it consumed me, so I asked

7   for help.

8       Q.   So you claim the trafficking started with

9   Bless while you were 17, right?

10      A.   Yes.

11      Q.   And we can agree that you would have been

12  17 between ███████ of 2010, and ███████ of

13  2011, right?

14      A.   Say that again.

15      Q.   Sure.  Your birthday's ████████, right?

16      A.   ████

17      Q.   █████████  Okay.  So you would have been

18  17 between -- on ██████████ 2010?

19      A.   Yes.

20      Q.   And you would have been 18 on ██████████,

21  2011, right?

22      A.   Yes.

23      Q.   So between ████████, 2010, and ████████,

24  2011, you were 17?

25      A.   Yes.

W.K., et al v. Red Roof Inns, Inc., et al

```
 1   distinct traffickers, right?  Bless and Bagz,

 2   right?

 3        A.   Yes.

 4        Q.   When you were with these guys, what did

 5   you call them?

 6        A.   I don't remember what I called Bless, but

 7   sometimes I called Bagz Daddy.

 8        Q.   Did you ever call them by their real

 9   names?

10        A.   I don't remember.  We were -- No.  I may

11   have called Bagz Bagz a few times, but generally,

12   we referred to him as Daddy.

13        Q.   Who's "we"?

14        A.   The girls.

15        Q.   And who were the girls?

16        A.   ███████ or any other girl that he had.

17        Q.   How many girls did he have during the time

18   that you were with him for that year or so time

19   period?

20        A.   The first time, it was primarily me and

21   ███████ --

22        Q.   Okay.

23        A.   -- that I can remember.  The second time

24   when I went back with ███████ it was ███████

25        Q.   ███████?
```

Page 120

1    leave.

2         Q.   But did he kidnap you?

3         A.   I think through fear and manipulation and

4    previously me seeing him put his hands on the

5    girls, specifically ███████ I went with him.

6         Q.   Did he put hands on you?

7         A.   Yes.

8         Q.   When?

9         A.   In a hotel room.  I fell asleep when I

10   wasn't supposed to be sleeping.  And he was

11   knocking on the door, and I didn't hear him because

12   I was sleeping.  And when I opened the door, he put

13   his hands around my throat and choked me out and

14   put me on the bed and was choking me out, so I

15   almost blacked out.  And I -- Since then, I

16   never -- I didn't try nothing with him.

17        Q.   That wasn't at the Red Roof, though, was

18   it?

19        A.   I don't remember.  I just have a memory of

20   that happening.

21        Q.   So you can't state one way or the other if

22   that assault on you happened at the Red Roof?

23        A.   I can't.

24        Q.   What hotels were you at the most with

25   Bagz?

May 5, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 130

1   2, you claim that those were all Bagz, and the

2   Leland Drive one was also Bless, right?

3       A.   Correct.

4       Q.   Okay.  When you were with him, you claim

5   to have been trafficked out of or at the Red Roof?

6       A.   With Bagz.

7       Q.   Correct.  Yes or no?

8       A.   Oh, with Bagz.  Yes.

9       Q.   Okay.  Do you know how many times?

10      A.   Probably stayed there for three to five

11  days, sometimes a week once a month, so maybe six

12  to eight months if we were still in that area,

13  because he would travel around for a weekend here

14  and there.  But that was one of the hotels that was

15  in rotation that he seemed the most comfortable at.

16      Q.   So three to five days once a month during

17  the whole time you were with him?

18      A.   Yes.

19      Q.   Okay.  Who's Fresh?

20      A.   If I can remember correctly, that was

21  another pimp that he traveled with.  They generally

22  traveled in groups.

23      Q.   And that's what -- You think of Bagz as a

24  pimp?

25      A.   Yes.

May 5, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 133

1    he's really good at that.  At the beginning, that's

2    all it is is mental and emotional manipulation.

3    And then I have seen him physically -- Like, Bless

4    would be -- hit ███ in the same room as us.  He

5    doesn't necessarily have to -- if you see someone

6    getting beat up in front of you really bad --

7        Q.    Did you say Bless would beat ███

8        A.    Bless beat ███ the first time I got to

9    the hotel.

10       Q.    Okay.  I'm not talking about Bless.

11       A.    Right.  Sorry.  It was a memory that

12   popped up.

13       Q.    Okay.  I got confused.

14       A.    Yeah.  I'm getting a little confused.

15       Q.    Do you want to take a break?

16       A.    No, not yet.

17       Q.    Not yet?

18            MR. MCDONOUGH:  I don't know where you

19   are, but I need to take break in the near future to

20   the restroom.

21            MR. KEITH:  No.

22       Q.    (By Mr. Keith)  Okay.  So let's talk about

23   this.  So it says -- So you knew Ms. ███ -- You

24   knew Ms. ███ from high school?

25       A.    Yes.

Page 134

1          Q.   Right?  So she was not in that life, the

2     life that you and ████████ were in before you took

3     her to Florida to try to save ████████ and Bagz

4     convinced her to join him; is that right?

5          A.   Innocent.  I didn't bring her.  She went

6     with me.  I didn't force her to go.  She -- Me and

7     her wanted to go get ████████ together.

8          Q.   I'm not suggesting you kidnapped her.

9     Y'all went together.

10         A.   Yeah.

11         Q.   She joined you on your trip to Florida to

12    see ████████

13         A.   Yes.  It was our trip.  Yes.

14         Q.   And at which time she met Bagz?

15         A.   Bagz had shown up.  Yes.

16         Q.   Bagz convinced her to join his crew,

17    right?

18         A.   You know, we all came from generally

19    broken families, and, you know, coming from a

20    underage girl, doesn't really have anything, and

21    he's promising, you know, like I said again,

22    modeling and all this stuff.  He completely

23    manipulated her, and she ended up -- Yes.  We both

24    ended up going back with them.

25         Q.   Was she -- Was she underage at that time?

W.K., et al v. Red Roof Inns, Inc., et al

Page 138

1      A.   Yes.

2      Q.   Were there other -- Were there other women

3  that were in different rooms in the same hotel that

4  were working for Bagz when you two were there?

5      A.   I have memory of being at the same hotels

6  where there's multiple pimps there, and they have

7  multiple girls.

8      Q.   Okay.

9      A.   But as far as Bagz, my memories are with

10  me and ████████  in the same room.

11     Q.   So then --

12     A.   If there was a lot more girls, I'm sure

13  there'd be another room.

14     Q.   Or another hotel?

15     A.   I don't -- I don't know.  I can't say yes.

16  I don't -- I don't know.

17     Q.   Where was ██████ during the time that

18  you -- This last go-round, where was ███████

19     A.   ██████ was at the -- When we -- When I

20  went, all I remember is going back to an apartment,

21  and there was multiple girls there, and it was just

22  too much going on.  And I -- I'd have to say I was

23  there for maybe a few days to a week, and I was

24  able to get away.

25     Q.   At the hotel -- I mean, at the apartment?

Page 149

1   during the time period that you were involved with

2   Bagz.  Is that fair?

3       A.   Yes.

4       Q.   Okay.

5       A.   In 2011.  Yes.

6       Q.   Okay.  So let me ask you this:  Did -- So

7   now we're on to Bagz.  Did Bagz have a quota?

8       A.   Yes.

9       Q.   And what was his quota?

10      A.   A thousand dollars a day.

11      Q.   Okay.  And did he charge the same prices

12  that Bless did?

13      A.   Between a hundred to 200.

14      Q.   Okay.  So it was still -- So it was still

15  going to be between five and ten men?

16      A.   Yes.  Sometimes it'd go 15.  A thousand

17  was the minimum.  To eat, we had to make a thousand

18  dollars.

19      Q.   So could you give me an average?

20      A.   I'm just going to say a thousand, then.

21      Q.   No, and that's fine, but could you give me

22  an average of how many men a day you saw while you

23  were staying at this Extended Stay on Interstate

24  North during the time that you were with Bagz?

25      A.   Five to ten minimum.  If there was more

May 5, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 150

1   calls -- We weren't allowed to sleep at night, so

2   we were at posts in the morning and lunch,

3   dinnertime, midnight, middle of the night.

4       Q.   When did you sleep?

5       A.   I don't even -- We slept when we could.

6       Q.   Were you on drugs during this time?

7       A.   I may have smoked marijuana a few times

8   and some alcohol.  But generally, Bagz wanted us

9   sober to be focused on the clientele and to make

10  him money.

11      Q.   You weren't doing anything -- any uppers

12  to keep you awake?

13      A.   No.  I remember surviving off of Snickers

14  bars and Red Bulls.

15      Q.   That's not a very healthy diet.

16      A.   No.  We generally ate at the vending

17  machines when we were hungry.

18      Q.   Okay.  So if we're looking at -- If you're

19  saying it's average between five and ten, can we

20  say that the -- if we had to put a number for

21  averages, seven and a half men?  Because you're

22  seeing at least five men a day, right, if they're

23  paying 200?  If you got five 200s, you'd meet your

24  minimum, right?

25      A.   I'm going to do closer to ten, because

Page 151

1    there was times -- multiple times where we made

2    more than a thousand, and there's times where --

3    You see, me and ▇▇▇▇▇ always shared a room.  So

4    when her customer would come over, I'd either be in

5    the bathroom, or sometimes we'd be so tired that we

6    would ask them if I could join in, because she was

7    so exhausted, and we just wanted it to get over

8    with quicker.

9         Q.   So y'all had --

10        A.   So sometimes we shared customers.

11        Q.   Did that cost them extra?

12        A.   Yeah.

13        Q.   So you -- I was going to ask later, but

14   you did have group sex during your time with Bagz?

15        A.   With customers.

16        Q.   Right.  ▇▇▇▇▇ and customers, right?

17        A.   Me, ▇▇▇▇▇ and -- Yeah, ▇▇▇▇▇ and me,

18   yeah.

19        Q.   Did you ever have sex with Bagz?

20        A.   I never had sex with Bagz.

21        Q.   Did you ever have sex with Bless?

22        A.   No.  Bagz did force me to perform oral on

23   him on multiple occasions, I guess to remind me

24   that I was his.

25        Q.   I'm sorry, did you say Bless or Bagz?

1  hotel room, not picking them up.

2      Q.   Is it fair to say that the damages, the

3  impact that this has had on you is primarily

4  emotional and mental?

5      A.   I think it's physical too.

6      Q.   Well, how so?  You've told me about the

7  choke -- the one choking incident.

8      A.   Yes.

9      Q.   Were you ever hurt other than that one

10  incident you describe where you were asleep?

11      A.   Through Bagz, no.  I -- I've seen him

12  literally punch my friend ███████ in the face

13  multiple times till she was black and blue and

14  swollen, and I never wanted to try anything with

15  Bagz.

16      Q.   So whatever that effect had on you, that's

17  mental, because he wasn't beating you up like that,

18  right?

19      A.   Okay.

20      Q.   Okay.  So I'm just asking you.  Did Bless

21  beat you up at all?

22      A.   No.

23      Q.   Okay.  We talked about the one time with

24  Bagz where he laid hands on you and choked you.

25      A.   Yes.

Page 161

1        Q.    Did any john beat you up?

2        A.    No.  I've witnessed them -- I've witnessed

3    two of them do that to ███████ in front of me,

4    though.

5        Q.    What did they do?

6        A.    I was -- I was in the -- One of them

7    pulled a gun on her and made her perform oral sex

8    on him and took the money back and left.  And then

9    Bagz beat her up for, I guess, allowing that to

10   happen, which is not her fault.  And one of them

11   didn't like the service me and her did and punched

12   her and grabbed the money and ran out.  I was very

13   fortunate those things -- I was very fortunate that

14   that didn't physically happen to me.  But

15   unfortunately, I got -- that happened to my friend,

16   and I had to witness that.

17       Q.    You saw that, and you were scared?

18       A.    Absolutely.

19       Q.    Okay.  The Microtel, since it was in the

20   rotation, was it the same three to five days once a

21   month?

22       A.    Yes.

23       Q.    Average ten men there too?

24       A.    Yes.

25       Q.    If I'm -- If I'm doing this right, the

May 5, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 162

1   three that are in the rotation are the Extended

2   Stay on Interstate North, the Microtel on Corporate

3   Boulevard, and the North Druid Hills Red Roof,

4   right?

5        A.   Please repeat that.

6        Q.   Sure.  Why don't you tell me.  What are

7   the ones that are in the rotation?

8        A.   The Red Roof Inn, the Microtel, and the

9   Extended Stay off of 35.

10       Q.   When you say off 35?

11       A.   I'm sorry, I said 35.  West Interstate

12   North Parkway.

13       Q.   Okay.  And when y'all were in town and

14   when you were with Bagz, not those times that you

15   were in Texas, clearly, you were staying basically

16   one week or five days at the -- five days at one

17   hotel, five days at another hotel, five days at

18   another hotel of those three, right?

19       A.   Yes.

20       Q.   And then the other days of that month --

21   of the month that you were not traveling would have

22   been these other hotels we've talked about?

23       A.   Yes.  Wait, repeat -- repeat the question.

24       Q.   Let me ask you this:  We now have --

25   Basically, we have 15 days of the month covered.

May 5, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 163

1   Where was the rest of the time that you spent when

2   you were in Atlanta?

3               MR. MCDONOUGH:  Objection.

4       Q.  (By Mr. Keith)  Correct.  We have

5   between -- We have between nine and 15 days

6   covered?

7               MR. MCDONOUGH:  Objection.

8       Q.  (By Mr. Keith)  Where were you spending

9   the rest of the time?

10      A.   I said three to five days, but it would

11  probably be more five to seven.

12      Q.   Okay.  Then we've got three weeks out of

13  the month.  Where were you spending the rest of the

14  time?

15      A.   To my memory, I was at those hotels.  If

16  we happened to take a trip that month, then out of

17  state.  But to my memory, we'd either be at those

18  hotels or out-of-state trip or -- I don't know.

19      Q.   Those three hotels you saw -- you spent

20  about the same amount of time and saw about the

21  same amount of men at; is that right?

22      A.   Yes.

23      Q.   Okay.  Have you sued Microtel?

24      A.   No.

25      Q.   Other than advice from your counsel, why

Page 177

1   trauma when I ███████████ , I had a pretty decent

2   upbringing.  Besides that and the confusion with my

3   birth mother and father's suicide, there was --

4   Besides all the trauma-related stuff, I had the

5   same roof over my head.  I had stability, you know.

6   And once that all just fell apart, I mean, you're

7   looking at, what, a year and a half after my whole

8   life falling apart, of -- I've had no guidance, no

9   direction since I was 16.

10      Q.   Is that why you listened to somebody

11  telling you to come to Atlanta with the dream of

12  becoming a model?

13      A.   It wasn't even -- Yeah, becoming a model

14  or -- It's not even about becoming a model.  It was

15  just about trying to -- He said we were family.

16      Q.   Who said that?

17      A.   Bagz.  He said we were family.

18      Q.   When did he tell you that?

19      A.   When I was with him.  He just messed with

20  my mind so much.

21      Q.   Well, I'm not even talking about Bagz now.

22  I'm talking about Bless, the first one you went up

23  there for.  You're 16 years old, excuse me, 17

24  years old.  Why in the world are you getting on an

25  airplane to go meet a man that you don't know that

Page 200

1      Q.   (By Mr. Keith)  Bagz part three was a

2  rescue attempt by you and ███ of █████ where

3  y'all met in Florida, correct?

4      A.   Yes.

5      Q.   And during that time, with his powers of

6  persuasion or manipulation, Bagz brought ███ into

7  his fold, correct?

8      A.   Yes.

9      Q.   And during that time, he also convinced

10  you to go back to Atlanta, correct?

11      A.   Yes.

12      Q.   And you went back and stayed about a week

13  in his apartment after that, right?

14      A.   Yes.

15      Q.   And you escaped or left and never to be

16  seen by Bagz again, right, after that, correct?

17      A.   Yes.

18      Q.   So if those pictures are taken in April of

19  2011, in April of 2011, your time with Bagz was

20  done in April of 2011, right?

21      A.   I guess so.

22      Q.   Okay.  So now we've lopped off all of

23  2012, and we've now lopped off 20 -- most of 2011,

24  right?  How long were you really with Bagz?

25      A.   I don't know.

Page 222

1          (Off record 3:33 - 3:48)

2          THE VIDEOGRAPHER:  We're on the record

3    at 3:48.

4      Q.  (By Mr. Keith)  All right, ma'am.  Took a

5    break.  Talk about your deposition during the

6    break?

7      A.  No.

8      Q.  Talk about your testimony during the

9    break?

10     A.  No.

11     Q.  Did you talk to anybody during the break?

12     A.  Yes.

13     Q.  Who did you talk to?

14     A.  My attorneys.

15     Q.  What did you talk about?

16     A.  The weather.

17     Q.  All right.  Were you ever involved in

18   having sex in exchange for drugs, money, or

19   anything else of value before you met Bless?

20     A.  Please repeat the question.

21     Q.  Were you ever involved in having sex for

22   money, drugs, or anything of value before you

23   met -- before you met Bless?

24     A.  No.

25     Q.  Please explain to me how you came to be

1   trafficked by Bless.

2        A.   Me and ▆▆▆▆ spoke to Bless on the

3   phone.  He was promising an opportunity in music

4   videos, modeling, dancing.

5        Q.   Who met Bless first?

6        A.   I think ▆▆▆▆ met Bless on Facebook.

7        Q.   Just out of the blue?

8        A.   Yes.

9        Q.   She friended him or he friended her?

10       A.   I don't know.

11       Q.   Were you friends with him on Facebook?

12       A.   No.

13       Q.   Did you have a Facebook account back then?

14       A.   I don't know.

15       Q.   If you did, would it have been the ▆▆▆▆

16   ▆▆▆▆ one that we just saw?

17       A.   Yes.

18       Q.   When did you -- When did you lose access

19   to that account?

20       A.   I don't know.  It's been many years, many,

21   many years.  My personal access, I was able to

22   access it through my mother's phone.

23       Q.   When you and ▆▆▆▆ started talking to

24   Bless, did you know that ▆▆▆▆ was already

25   involved in the commercial sex industry?

1      A.   He did beat her up, because she had

2  bruises on her after she came out of the bathroom.

3      Q.   How long did that -- How long did that

4  beating up, to use your words, take?

5      A.   I don't know.  I feel like it was fairly

6  quick.

7      Q.   So there was --

8      A.   It happened so fast.

9      Q.   Okay.  So there was a time that you and

10  ████████  were alone in the room that he had taken

11  ██████  into the bathroom and was beating her where

12  you could hear it, and y'all didn't run?

13      A.   We froze.

14      Q.   Okay.  You didn't think to yourself, man,

15  we should get out of here?

16      A.   Of course I did.

17      Q.   So why didn't you get out of there?

18      A.   I'm in another state in a hotel room, and

19  he just beat a girl basically in front of us.  I

20  didn't know where I was supposed to go.  We just

21  froze.

22      Q.   And then he gave you a hundred bucks and

23  put you in a taxicab to go get some underwear, and

24  you did that and came back?

25      A.   He must have done it before the ██████

May 5, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 241

1      Q.   And low and behold, you hook up on

2  Facebook and -- Did I understand that correctly

3  from your interrogatory responses?

4      A.   We connected with each other some way,

5  possibly Facebook.

6      Q.   Would that have been under the ████████

7  ████████  Facebook account --

8      A.   I don't know.

9      Q.   -- that we can't access now?

10     A.   I don't know.  I don't know how we got

11  back in contact with each other.  I was assuming

12  that way.  But somehow we got in touch with each

13  other.

14     Q.   How did she convince you to come back to

15  Atlanta?

16     A.   Well, she didn't.  Bagz did.

17     Q.   So a guy who -- So now we're on guy number

18  two who you've never met, you're talking to on the

19  phone now, right?

20     A.   Yes.

21     Q.   What's he telling you?

22     A.   Basically, they promised -- The same

23  story, basically.  They each have their own way of

24  telling it.

25     Q.   Right.  And you believed it the second

1    time too?

2        A.   Yeah.  I think he -- I think he, like,

3    sent me money.  I think he -- I think he sent me

4    money to get on a plane.

5        Q.   So you went voluntarily to meet him,

6    right?

7        A.   Yes.

8        Q.   And you stated in your interrogatories

9    that he manipulated you into having commercial sex.

10   And you explained that to me that he told you he

11   was going to get you stuff, get you into movies, I

12   mean, into modeling and into music videos and a lot

13   of the same stuff that Bless already had told you?

14       A.   Yeah.  He was kind of actually backing up,

15   though.  He actually had a music studio and music

16   getting done.  He had photographer friends, and it

17   seemed believable.

18       Q.   Was he producing anybody or -- You say a

19   music studio.  What do you mean?

20       A.   I don't know.  He just had a music studio.

21       Q.   PIVIP?

22       A.   No.  I think that came after -- after my

23   time with him.  I don't know.

24       Q.   When you got up to Atlanta -- So you flew

25   up to Atlanta by yourself, right?

May 5, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 243

1    A.   Yes.

2    Q.   And your interrogatory responses say that

3    he was buying you nice stuff and being -- putting

4    you up in nice places and being really sweet to

5    you; is that right?

6    A.   Yeah.  He picked me up, and I think he

7    bought me a nice outfit and took me out to eat at a

8    nice restaurant, put me in a nice hotel.  It was

9    very convincing at first.

10   Q.   How long did this convincing last?

11   A.   Well, that night he tried to have sex with

12   me.  I declined, and he forced me to perform oral

13   on him.

14   Q.   So that didn't really last very long,

15   then, did it?

16   A.   No.

17   Q.   So this whole thing about him buying you

18   nice stuff and all that, it lasted about as long as

19   it took you to get to the nice hotel room, right?

20   A.   Yeah.

21   Q.   Why didn't you -- Why didn't you decline

22   the oral sex?

23   A.   I did.

24   Q.   He forced you?

25   A.   Yes.

Page 254

1     Q.   Now, sex trafficking has been referred to

2  in some papers around this case as modern-day

3  slavery.  Have you ever heard that?

4     A.   No.

5     Q.   Do you agree with that?

6     A.   Yes.

7     Q.   How many times were you trafficked at the

8  North Druid Hills Red Roof before your 18th

9  birthday?

10    A.   I'm going to say six to eight times we

11 were there, all within three to five days each

12 visit, sometimes seven.

13    Q.   So how many times before 18, before you

14 turned 18 were you trafficked there?  That was your

15 total numbers.

16    A.   I don't know, but six to eight times, and

17 each time it was three to five days.

18    Q.   You told me over the whole time that you

19 were with Bless, excuse me, that you were with Bagz

20 that you were there six to eight times.  And I'm

21 asking you before you turned 18, how many of those

22 six to eight times were you there?

23    A.   I don't know.

24    Q.   There was a note in here about Bagz not

25 wanting you to see black men.

Page 261

1      A.   I think they were just called disposable

2   because you can just buy them.

3      Q.   Why were you using those types of phones

4   instead of ones that were connected to somebody's

5   name and account?

6      A.   I don't know.  That's the phones that Bagz

7   just told us to use.

8      Q.   When you were being trafficked, did you

9   use your real name with any client?

10      A.   No.

11      Q.   Why not?

12      A.   I don't know.

13      Q.   Did you ever tell any client that you were

14   being held against your will?

15      A.   One moment.  Let me think.  Yes.

16      Q.   Who?

17      A.   Yes, I did.  I don't remember.  I don't

18   know his name.

19      Q.   What came of that?

20      A.   I think it was when ███████ -- when me and

21   ███████ went with Bagz back to Georgia.  I think the

22   way that I left that one time, I told a customer --

23   customer, I guess that's what you call them -- he

24   was really kind.  He brought me -- He brought me to

25   the bus station, and he said -- told me to say the

Page 262

1    Father's prayer.  It's funny.  It's ironic, given

2    how we met.  But yeah.  He brought me to the bus

3    station and paid for my bus ticket.

4         Q.   So the first time that you left Bagz, how

5    did you get away?

6         A.   I think it was -- One moment.  Please give

7    me time to answer.

8         Q.   Take all the time you need.

9         A.   The first time I left Bagz, there was a

10   raid at the Extended Stay.  All the pimps were

11   there.  They were raided, looking for Bless.  When

12   the police got there, all the pimps jumped out

13   their windows, and I saw that as an opportunity to

14   get away.

15        Q.   They were there looking for Bless?

16        A.   Yes.  Bless had a warrant out for his

17   arrest, I think.

18        Q.   So I'm just -- I'm confused.  When you

19   escaped Bagz, Bless was still at the ESA?

20        A.   When I escaped Bagz, I was at the ESA, and

21   there was multiple pimps there.

22        Q.   Uh-huh.

23        A.   There was a raid.  They were there to look

24   for Bless.

25        Q.   Okay.  Your former trafficker?

W.K., et al v. Red Roof Inns, Inc., et al

1      A.    Yes.

2      Q.    Okay.  Was he mad that you were working

3  for somebody else at this juncture?

4      A.    I don't know.

5      Q.    Okay.  So they -- So all the pimps, you

6  said, jumped out the window?

7      A.    Yeah.

8      Q.    Okay.  And you saw that as a way to

9  escape?

10      A.    Yes.

11      Q.    And what did you do?

12      A.    I grabbed my bag.  I opened the hotel room

13  door.  There was an officer standing to my left.  I

14  turned to the right.  He stopped me and asked me

15  where I was going, and I said "I have a taxi

16  waiting for me.  I have a bus to catch."  He let me

17  go.  I went to the stairs on the right and went

18  down to the second floor and waited for the taxi,

19  got in the taxi, and left to the bus station.

20      Q.    So you had called a taxi?

21      A.    Yes.

22      Q.    From the hotel room?

23      A.    Yes.

24      Q.    And then you got in the taxi, went to the

25  Greyhound station, and left Atlanta?

Page 264

1      A.   Yes.

2      Q.   So we know that that's got to be somewhere

3  in December, right?  Around December, because you

4  were --

5      A.   Yes.

6      Q.   -- ticketed?

7      A.   Yes.

8      Q.   Now, let me ask you this:  Could you have

9  been posting those photographs on December 12th

10  while you were already in Texas?

11     A.   I don't know.

12     Q.   You don't know yes or no, correct?

13     A.   Yeah.  I don't -- I don't know.  I don't

14  know if I could have been.

15     Q.   All right.  Well, let me ask you this:

16  Once you were out that first time, did you think

17  I'm out, I'm done, I'm not going back?

18     A.   Yes.

19     Q.   You made up your mind you weren't going

20  back, correct?

21     A.   Yes.

22     Q.   And yet you did?

23     A.   Yes.

24     Q.   Not just once; twice?

25     A.   Yes.

W.K., et al v. Red Roof Inns, Inc., et al

Page 272

```
 1    your name?
 2         A.    No.
 3         Q.    Whose name were they under?
 4         A.    They would have to be under Bagz's name.
 5         Q.    Okay.  Did you ever go to the front desk
 6    to pay for rooms?
 7         A.    Repeat the question, please.
 8         Q.    Did you ever go to the front desk to pay
 9    for rooms?
10         A.    Yes.
11         Q.    How did you pay?
12         A.    Bagz would put the room in his name, and
13    we just -- He'd pay for a night.  The next day room
14    service would come and knock on the door and ask if
15    we were staying another night, and then me and
16    ██████   would generally walk together and pay cash
17    for that next night at the front desk.
18         Q.    Did you ever actually do the checking in
19    to the hotel?
20         A.    Not that I remember.
21         Q.    How many rooms did he rent at a time when
22    you were at the Red Roof?
23         A.    Generally one, sometimes two if he --
24    Wherever we went, sometimes there would be a second
25    room.  He would make us work out of one room, and
```

Page 268

```
 1        A.    No.  But I've seen him multiple occasions

 2   flash his gun around.  I've seen him physically

 3   beat people in front of me.  I don't think you have

 4   to -- I think that's just enough for someone to be

 5   a little scared of what happens if you do say no.

 6               MR. KEITH:   Objection.

 7        Q.   (By Mr. Keith)  Did he threaten you --

 8               MR. ALLUSHI:   Same objection.

 9        Q.   (By Mr. Keith)  Did he threaten you with

10   force or violence --

11        A.    No.

12        Q.    -- to go back to Atlanta with him?

13        A.    No.

14        Q.    How did you escape from him the second

15   time?

16        A.    I think that's the memory where I have

17   where I had a customer bring me to the bus station.

18        Q.    So the first time was the pimps jump out

19   the window and you called a cab and got out?

20        A.    Yes.

21        Q.    The second time was the guy -- the

22   customer who was kind and took you to the bus

23   station and you got away?

24        A.    Yes.

25        Q.    How long were -- How long was that second
```

May 5, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 269

1    when you went back with ███████   How long were

2    y'all there?

3         A.    Probably a couple weeks.

4         Q.    Okay.  And then you went back to Texas

5    after the guy took you to the bus station, right?

6         A.    Yes.

7         Q.    And then how long were you in Texas before

8    you and ████████ decided to go save ██████████

9         A.    Probably a couple weeks, couple months.

10        Q.    Couple of weeks, couple of months?

11        A.    Maybe.  I don't know.

12        Q.    That's a big difference.

13        A.    I don't know.

14        Q.    Tell me how he convinced you to come back

15   to Atlanta when he showed up in Florida.

16        A.    He just had that power over me.

17        Q.    Well, he didn't flash a gun at you, did

18   he?

19        A.    Don't have to.

20        Q.    You've got to answer my questions, please.

21   He didn't flash a gun at you, did he?

22        A.    No.

23        Q.    He didn't kidnap you and force you into a

24   car, did he?

25        A.    No.

W.K., et al v. Red Roof Inns, Inc., et al

1  he would have another room for his personal room.

2      Q.   So he was -- When he was running, he would

3  stay at the hotel?

4      A.   What was that?

5      Q.   When he was running y'all, he was staying

6  at the hotel with y'all?

7      A.   He'd have his own room, yes, sometimes.

8      Q.   Sometimes he wouldn't stay at the hotel?

9      A.   Majority of the time he'd stay where we

10  stayed.  Sometimes he'd disappear for a few -- He'd

11  say he's going to disappear for an hour or so, but

12  sometimes it'd turn into a day, but we never knew.

13  He always kept us kind of on the edge, don't really

14  know when he's going to leave or show up.

15      Q.   So did you have to stay in the room,

16  basically?

17      A.   We worked out of the room.  We worked out

18  of the room, but there's plenty of times where we'd

19  go on the -- I specifically would go on the balcony

20  and smoke outside.  Sometimes I'd see other girls

21  working, girls smoking outside.

22      Q.   And how would you dress when you were

23  going out there to smoke?

24      A.   We always dressed to impress.  We

25  always -- We had to present a specific image.  We

Page 274

1   had to uphold that image.

2       Q.   Were you scantily dressed looking like

3   prostitutes?

4       A.   We were dressed like -- Yes.  We had to

5   wear heels.  We had to wear dresses.  We had to

6   dress provocative.

7       Q.   But you weren't half naked, right?

8       A.   No.

9       Q.   You weren't scantily clad, correct?  You

10  were dressed up?

11      A.   We were dressed up.  I mean, sometimes our

12  ass would hang out or we'd have a lot of cleavage

13  showing.  But if we were visible, like there could

14  be potential customers outside, so --

15      Q.   You were dressed sexy?

16      A.   As sexy as a young lady could look, I

17  guess.

18      Q.   Did you ever call the front desk when you

19  were at the Red Roof?

20      A.   I don't know.  All I know is that we'd go

21  to the front desk, and we'd pay cash.  If we got

22  hungry, we'd go to the vending machines and get

23  food.

24      Q.   Did you ever call for housekeeping to come

25  to your room?

1      A.   They showed up every night, because we

2  only would pay for one night.  I'm sorry.  They

3  showed up every morning because we'd only pay for

4  one day.

5      Q.   And did you let them in?

6      A.   Yes.  They often cleaned our room, give

7  us -- We asked for linens and towels every day.

8      Q.   Did you ask for a lot of towels?  Did you

9  ask --

10     A.   Yes.

11     Q.   How many towels were you asking for?

12     A.   I don't have a specific number.  I just

13  know that we needed a lot of towels, because we'd

14  have to clean up the customers afterwards.

15     Q.   Okay.  But were these big -- Were those

16  the full towels or the hand towels?

17     A.   Both.

18     Q.   Did you ever turn away housekeeping?

19     A.   No, not that I remember.  I don't think

20  so, because we always needed new linens and towels

21  and our trash taken out, because there was

22  oftentimes a lot of used condoms in there.

23     Q.   How many is a lot?

24     A.   Five to ten for me, five to ten for

25  another girl.  Sometimes 20-plus condoms a day in

Page 276

1    there.

2         Q.   You always used condoms?

3         A.   Yes.  There'd be lube and boxes of condoms

4    in the room, and it was clearly a working room.

5         Q.   If you were aware of what that meant,

6    right?

7         A.   I think if you see two young girls and you

8    see 20-plus customers coming to their room within a

9    24-hour period day in, day out, and they're asking

10   for excessive amount of towels and -- I think it's

11   pretty obvious what's going on.

12        Q.   Do you know that the hotel knew, though?

13        A.   I don't know.

14        Q.   Okay.

15        A.   It was in your face.  I don't see how they

16   couldn't have known.

17        Q.   Well, do you know if they knew?

18        A.   I don't know that.

19        Q.   Did you ever tell anybody at the hotel

20   that you were being held against your will?

21        A.   No.

22        Q.   Did you ever ask any hotel employee for

23   help?

24        A.   No.

25        Q.   Did you ever tell any employee of the

May 5, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 277

1    hotel that you were being trafficked?

2        A.   No.

3        Q.   Did you ever see any employee of the hotel

4    having sex with ████████

5        A.   No.

6        Q.   Did any employee of the hotel ever have

7    sex with you?

8        A.   No.

9        Q.   Did you ever ask an employee to call a

10   doctor, an ambulance, or get you any type of help?

11       A.   No.

12       Q.   Did you ask any employee to ever call a

13   family member or a friend or anybody to get you

14   help?

15       A.   No.

16       Q.   Did you see other customers and guests at

17   the hotel?

18       A.   What?

19       Q.   Did you see other customers and guests at

20   the hotel?

21       A.   Did I see -- Did I see other customers?

22   What?

23       Q.   I'm not talking about your customers.  I'm

24   talking about customers of the hotel.

25       A.   Did I see customers of the hotel?

May 5, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 278

1    Q.   Uh-huh.

2    A.   I don't know.

3    Q.   Did you see people staying at the hotel?

4    A.   I don't know.

5    Q.   I'm not saying did you see them as

6  customers.  Did you physically with your eyes see

7  people who were staying at that hotel?

8    A.   Oh, did I -- Did I see customers of the

9  Red Roof Inn, like physically did I see them?

10    Q.   Other guests of the hotel.  Did you see

11  them?

12    A.   Yes.

13    Q.   Did you interact with any of them?

14    A.   I don't know.

15    Q.   Did anybody ever call the police after

16  seeing you to report you as being either a

17  prostitute or a trafficking victim?

18    A.   I don't know.  Bagz seemed really

19  comfortable there.  All the pimps would hang out

20  there.  I mean, there's multiple occasions where

21  I'd be -- where ████████ would be in the room, I'd

22  go to the car, smoke with Bagz while she's seeing a

23  customer, and the multiple pimps hung out there.

24  They'd often blare music outside, smoke together.

25  They'd have their girls there.  I just feel like

Page 279

1    what was going on there was right in front of your

2    face.  So I don't know if they knew what was going

3    on there or not.

4                    MR. KEITH:  Objection.

5                    MR. ALLUSHI:  Same objection.

6                    MR. KEITH:  I can't even remember the

7    question I asked, so -- Can you -- Ma'am, could you

8    read my question back for me, please.

9                    (Question read back.)

10                   THE WITNESS:  Not to my knowledge.

11       Q.   (By Mr. Keith)  Did the police ever show

12   up to try to save you?

13       A.   No.

14       Q.   Did you ever show signs of being

15   physically beaten while you were at the Red Roof?

16       A.   I don't know.

17       Q.   Well, you weren't physically beaten --

18       A.   No, I meant not me.  Maybe ███████

19       Q.   I didn't ask about ███████   I asked about

20   you.

21       A.   Okay.  Okay.  Sorry.

22       Q.   So you never showed signs of being

23   physically beaten, correct?

24       A.   No.

25       Q.   That's correct?

May 5, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 282

1      A.    No.  We didn't have enough time.  If we

2   did shower or sleep, it'd be in the middle --

3   middle of the night, way middle of the night, early

4   a.m. hours when it's a bit slower.

5      Q.    So the money would come to you, and then

6   where would the money go?

7      A.    To Bagz.

8      Q.    How?

9      A.    What was the question?

10     Q.    How?  How did the money get to Bagz?

11     A.    We'd give it to him.  He'd ask for it.

12     Q.    During the time that you were being

13  trafficked, did you ever go out to eat?

14     A.    Not often.  We generally survived off

15  vending machine or gas station food.

16     Q.    Were you taken to restaurants, though?

17     A.    Maybe for a special occasion.  If we made

18  a certain amount of money in a certain amount of

19  time, he'd reward us that way and kept our minds

20  thinking we were getting something out of this.  He

21  did just enough so we couldn't say, you know, he

22  wasn't doing anything.

23     Q.    While you were present at the Red Roof,

24  it's your contention that you were always there as

25  a trafficking victim, right?

Page 286

1    mind, how can you separate what you say happened to

2    you at the Red Roof from what happened to you at

3    every other hotel where you claim that Bagz made

4    you have sex for money?

5        A.   How can I separate them?

6        Q.   Uh-huh.

7        A.   I don't think I can except for the fact of

8    I just know that those three hotels were on the

9    rotation.

10       Q.   Okay.

11       A.   He was the most comfortable there for some

12   reason.  He didn't seem like he was scared.  He'd

13   just flaunt it.

14       Q.   Okay.

15       A.   It's almost as if he wanted people to

16   know.

17            MR. KEITH:  All right.  I'm not sure

18   what that last part has to do with my question, so

19   I'm going to object to the last part.

20            THE WITNESS:  Okay.

21       Q.   (By Mr. Keith)  I'm not being mean.  I'm

22   just making my record.  We're almost done, okay?

23       A.   Okay.

24       Q.   At least for my part.  I don't want you to

25   think -- I don't think I've been mean today, and

May 5, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 334

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION
 3  W.K., E.H., M.M., R.P., M.B.,)
    D.P., A.F., C.A., R.K., K.P.,)
 4  and T.H.,                    )
             Plaintiffs,         )
 5                               )CIVIL ACTION NO:
    V.                           )1:20-CV-05263-VMC
 6                               )
    RED ROOF INNS, INC., et al., )
 7           Defendants.         )
 8  *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
 9  JANE DOE 1-4,                )
             Plaintiffs,         )
10                               )CIVIL ACTION NO.
    V.                           )1:21-CV-04278-WMR
11                               )
    RED ROOF INNS, INC., et al., )
12           Defendants.         )
    *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
13
                   REPORTER'S CERTIFICATION
14       VIDEOTAPED ORAL DEPOSITION OF ████   ████
                        May 5, 2022
15
         I, Julie W. Greene, Certified Shorthand
16  Reporter in the State of Texas, do hereby certify
    to the following:
17       That the witness, ████████████, was duly
    sworn by the officer and that the transcript of the
18  oral deposition is a true record of the testimony
    given by the witness;
19       I further certify that pursuant to FRCP Rule
    30(e)(1) that the signature of the deponent was
20  requested by the deponent or a party before the
    completion of the deposition; that the deposition
21  transcript was submitted on _____ to the
    witness or to the attorney for witness for
22  examination, signature, and return to Veritext
    Legal Solutions by _____;
23       That the amount of time used by each party at
    the deposition is as follows:
24       C. SHANE KEITH:   6 hours, 22 minutes
         ADI ALLUSHI:      0 hours, 33 minutes
25       PAT MCDONOUGH:    0 hours, 00 minutes
```

May 5, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 335

```
 1       That pursuant to information given to the
      deposition officer at the time said testimony was
 2    taken, the following includes counsel for all
      parties of record:
 3    FOR THE PLAINTIFFS:
              Patrick J. McDonough, Esq.
 4            ANDERSEN TATE CARR
              1960 Satellite Blvd., Suite 4000
 5            Duluth, Georgia 30097
              770-822-0900
 6            pmcdonough@atclawfirm.com
              -and-
 7            Tiana S. Mykkeltvedt, Esq.
              BONDURANT, MIXSON & ELMORE
 8            1201 West Peachtree St. NW, Suite 3900
              Atlanta, Georgia 30309
 9            404-881-4144
              mykkeltvedt@bmelaw.com
10    FOR DEFENDANT RED ROOF INNS:
              Adi Allushi, Esq.
11            -and-
              Lillian Henry, Esq.
12            LEWIS, BRISBOIS, BISGAARD & SMITH
              600 Peachtree Street NE, Suite 4700
13            Atlanta, Georgia 30308
              404-348-8585
14            Adi.Allushi@lewisbrisbois.com
              Lillian.Henry@lewisbrisbois.com
15    FOR DEFENDANT VARAHI HOTEL, LLC:
              C. Shane Keith, Esq.
16            HAWKINS, PARNELL & YOUNG
              303 Peachtree Street NE, Suite 4000
17            Atlanta, Georgia 30308
              404-614-7400
18            skeith@hpylaw.com
          I further certify that I am neither counsel
19    for, related to, nor employed by any of the parties
      in the action in which this proceeding was taken,
20    and further, that I am not financially or otherwise
      interested in the outcome of the action.
21        Certif
22
23        _____
              Julie W. Greene, CSR #2847
24            Expiration Date: 07/31/23
              Veritext Legal Solutions
25            Veritext Firm Registration No. 571
```

May 5, 2022

W.K., et al v. Red Roof Inns, Inc., et al

Page 336

```
1              300 Throckmorton Street, Suite 1600
               Fort Worth, Texas  76102
2              817-336-3042  1-800-336-4000
3   Job No. 5213652
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```