M. M.                                      November 11, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 1

1            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
2                   ATLANTA DIVISION
3    W.K., E.H., M.M., R.P., M.B.,
     D.P., A.F., C.A., R.K. and K.P.,
4
             Plaintiffs,
5                                     CIVIL ACTION NO.:
     vs.                              1:20-CV-05263-MHC
6
     RED ROOF INNS, INC.; FMW RRI
7    NC, LLC; RED ROOF FRANCHISING,
     LLC; RRI WEST MANAGEMENT, LLC;
8    VAHARI HOTEL, LLC; WESTMONT
     HOSPITALITY GROUP, INC.;
9    and RRI III, LLC,
10           Defendants.
11
12
13
14       VIDEOTAPED DEPOSITION OF M.M.
15            November 11, 2021
16               10:30 a.m.
17       1960 Satellite Boulevard, Suite 4000
18               Duluth, Georgia
19    Carolyn M. Carboni, RPR, RMR, CCR-B-878
20          Eric Lucas, Videographer
21
22
23
24
25

**PL Sum. J.
Ex. 025**

Case 1:21-cv-04278-WMR  Document 174-25  Filed 03/02/23  Page 2 of 48
M. M.                                    November 11, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 2

1    APPEARANCES OF COUNSEL:

2    On behalf of the Plaintiffs in W.K., et al. v. Red

3    Roof Inns, et al. case:

4            PATRICK J. McDONOUGH, ESQUIRE

5            JONATHAN TONGE, ESQUIRE

6            Andersen Tate & Carr, PC

7            1960 Satellite Boulevard

8            Suite 4000

9            Duluth, Georgia  30097

10           770.822.0900

11   On behalf of the Plaintiffs in Jane Doe, et al. v.

12   Westmont Hospitality Group, et al. case:

13           TIANA S. MYKKELTVEDT, ESQUIRE (as noted)

14           MICHAEL R. BAUMRIND, ESQUIRE (via Zoom and

15              as noted in person)

16           Bondurant Mixson & Elmore LLP

17           One Atlantic Center

18           Suite 3900

19           1201 West Peachtree Street

20           Atlanta, Georgia  30309

21           404.881.4144

22

23

24

25

                                                    Page 3

1    APPEARANCES (Continued):

2    On behalf of the Plaintiff in J.A. v. Red Roof

3    Inns, et al. case:

4            DENISE D. HOYING, ESQUIRE (via Zoom)

5            Law & Moran

6            563 Spring Street

7            Atlanta, Georgia  30308

8            844.317.5460

9    On behalf of the Defendants Red Roof Inns, Inc.;

10   FMW RRI NC, LLC; Red Roof Franchising, LLC; RRI

11   West Management, LLC; Westmont Hospitality Group,

12   Inc.; and RRI III, LLC:

13            ADI ALLUSHI, ESQUIRE

14            EMMA J. FENNELLY, ESQUIRE

15            CHARLES K. REED, ESQUIRE (via Zoom)

16            CHRISTIAN NOVAY, ESQUIRE (via Zoom,

17               Chicago office)

18            Lewis Brisbois Bisgaard & Smith LLP

19            600 Peachtree Street

20            Suite 4700

21            Atlanta, Georgia  30308

22            404.348.8585

23

24

25

M. M.                                    November 11, 2021
W.K., et al v. Red Roof Inns, Inc., et al

                                                Page 4

1    APPEARANCES (Continued):

2    On behalf of the Defendant Varahi Hotel, LLC:

3            ELLIOTT REAM, ESQUIRE (via Zoom)

4            Hawkins Parnell & Young, LLP

5            Suite 4000

6            303 Peachtree Street

7            Atlanta, Georgia  30308

8            404.614.7400

9    On behalf of Defendant HJA Enterprises in E.F. v.

10   Red Roof Inns, et al. case:

11           LEAH F. PARKER, ESQUIRE (via Zoom, as

12              noted)

13           ASHLEY ALFONSO, ESQUIRE (via Zoom, as

14              noted)

15           Swift Currie McGhee & Hiers, LLP

16           1355 Peachtree Street

17           Suite 300

18           Atlanta, Georgia  30309

19           404.874.8800

20

21

22

23

24

25

M. M.                                               November 11, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 5

1    APPEARANCES (Continued):

2    On behalf of Defendant Sai National Hospitality

3    Ventures in E.F. v. Red Roof Inns, et al. case:

4            C. SHANE KEITH, ESQUIRE

5            Hawkins Parnell & Young, LLP

6            Suite 4000

7            303 Peachtree Street

8            Atlanta, Georgia  30308

9            404.614.7400

10   Also Present:

11           Rebecca Webb, Paralegal

12

13

14

15

16           (Pursuant to Article 10(B) of the Rules

17   and Regulations of the Georgia Board of Court

18   Reporting, a written disclosure statement was

19   submitted by the court reporter to all counsel

20   present at the proceeding.)

21

22

23

24

25

Page 21

1    disclosed.  And we'll discuss some of them in more

2    detail later on, but I just want to make sure we

3    have a full list of everybody you believe has

4    information about your allegations and the claims

5    in this lawsuit.

6            And the first one is ███████, and it

7    says ██████ was one of your traffickers; is that

8    correct?

9        A    Yes, sir.

10       Q    And then the second one is Forrest

11   Castille.  And it says, "Forrest Castille is a

12   Smyrna Red Roof Inn employee that interacted with

13   you over 20 times and informed you about the Smyrna

14   Red Roof Inns do not rent list."

15           It says, "Mr. Castille served as a lookout

16   for ██████, calling to inform him when police

17   were present, and looked after M.M. and other

18   victims of sex trafficking in the hotel.  ██████

19   paid Mr. Castille for the services."

20           Is that correct?

21       A    Yes, sir.

22       Q    And I'll go into more details about Mr. --

23   the over 20 times and the conversations, we'll

24   discuss those a little bit later.  But have you

25   been informed that Mr. Castille gave a deposition

M. M.                                        November 11, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 22

1    under oath?  Do you know about that?

2         A    Yes, sir.

3         Q    Okay.  Did they tell you what he said?

4         A    No, not exactly, sir.

5         Q    They just told you that he was deposed?

6         A    Yes, sir.

7         Q    And then the next page, there's a -- the

8    name of -- the person listed there under name is

9    Barry.  You don't know Barry's last name, correct?

10        A    No, sir, I don't.

11        Q    And Barry was also a Red Roof -- Smyrna

12   Red Roof employee that interacted with you over 10

13   times; is that correct?

14        A    Yes, sir.

15        Q    And you also allege that Barry was a

16   lookout and received money from your traffickers;

17   is that correct?

18        A    Yes, sir.

19        Q    Okay.  Next you have security guard, and

20   it says, contact information, "Unknown.  M.M.

21   recalls frequently interacting with a security

22   guard at the Smyrna Red Roof Inn."

23             You don't recall the name as we sit here

24   today?

25        A    No, sir, I do not.

Page 55

```
 1      Q    And we'll talk about that in a moment.
 2   But the allegations in the -- in your complaint --
 3   and I really want to understand where you were
 4   living between 2011 and 2017.  You allege that you
 5   stayed at the Smyrna Red Roof Inn between 2011 and
 6   2017; is that correct?
 7      A    2010 and two thousand and -- I was with
 8   different people, so approximately maybe 2010 to
 9   2012, I was at the Red Roof Inn quite a bit with
10   ██████████.  And again, later in two
11   thousand and -- approximately maybe give or take
12   '17, with T and his working girlfriend supposed to
13   be █████.
14      Q    Okay.  So let's --
15           MR. KEITH:  I'm sorry.  What year was that
16   again?
17           MR. ALLUSHI:  '17.
18   BY MR. ALLUSHI:
19      Q    Let me just direct your attention -- and
20   we'll come back to these addresses.  But let me
21   just direct your attention to your response -- your
22   response to interrogatory number 12.
23      A    What page is that, sir?
24      Q    Go to page 24, please.  It says here under
25   the last paragraph, "Her," meaning you,
```

Page 56

1    "trafficking at the Smyrna Red Roof Inn likely

2    began in or about 2011, after her first child was

3    born and adopted out.  She recalled being at this

4    hotel through 2012, and off and on until 2017."

5             So you're saying this is incorrect?

6             MR. TONGE:  Objection.

7    BY MR. ALLUSHI:

8        Q    You can answer.  Is this incorrect,

9    ██████████?

10       A    I don't really know.  Some of that time is

11   a blur to me.

12       Q    Well, it's important.  Are you alleging

13   that you were at the Red Roof Inn in 2010 or not?

14       A    Yes, I was in the Red Roof Inn in 2010.

15       Q    So then this is incorrect, and 2010 is the

16   right year that you allege you started staying at

17   the Smyrna?

18             MR. TONGE:  Objection.

19   BY MR. ALLUSHI:

20       Q    Correct?

21       A    I'm not understanding what you're saying,

22   sir.

23       Q    ████████████, in the complaint, as well this

24   I just read, you have alleged you started staying

25   at the Smyrna hotel in 2011.  I'm simply asking:

Page 57

1    Is 2011 or 2010 the right year?

2              MR. TONGE:  Objection.

3        A    About, I said about.  It could be at the

4    end; it could be at the beginning; somewhere about

5    around that time.

6    BY MR. ALLUSHI:

7        Q    Okay.  So it could be at the end or the

8    beginning of 2011, but you don't say 2010 here?

9              MR. McDONOUGH:  Objection.

10             MS. MYKKELTVEDT:  Objection.  She's

11   answered the question.

12   BY MR. ALLUSHI:

13       Q    So you believe you stayed at the hotel in

14   2010; is that correct?  I'm just trying to

15   understand if you stayed at the hotel in 2010.

16       A    About in the beginning, towards the end of

17   2010, beginning of 2011.

18       Q    Okay.  Between 2017 and 2018, immediately

19   the next -- we're back at page 8, back to your

20   residences.  You have an address here from 2017 to

21   2018, that 2401 Windy Hill Road, Marietta, Georgia.

22   What is that address?

23       A    I can't recall.

24       Q    Okay.  Is that a hotel or a home, do you

25   know?

M. M.                                         November 11, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 205

1    after losing my third child.

2         Q    And why that area is my question?  Why not

3    downtown Atlanta?  Why not Buckhead?  Why not Inman

4    Park?  Like why not -- why the Red Roof Inn in

5    Smyrna?  Did you know somebody there?  Had you been

6    there before?

7         A    I don't remember to be very honest with

8    you, sir.  I don't remember.

9         Q    And so you voluntarily went to the Red

10   Roof Inn Smyrna and checked in?

11        A    Yes.

12        Q    And this was 2010?

13        A    Somewhere after having my third child,

14   yes, sir.

15        Q    And how long were you at the Red Roof

16   Smyrna when you moved in, do you recall?

17        A    I do not recall how long I stayed there,

18   sir.

19        Q    Were you prostituting yourself when you

20   moved back to Georgia and started living at the

21   Smyrna Red Roof Inn in 2010?

22        A    No, sir, I was not.

23        Q    Did you get a job?

24        A    I don't even recall, sir.

25        Q    Was ███████████        your first pimp here

M. M.                                       November 11, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 206

1   in Georgia in 2010 following the 2010 return?

2       A    Yes.  ████████  was the first person

3   that -- that -- yes, he was the first person.

4       Q    How did you meet ██████?

5       A    I met █████  in the streets, somewhere in

6   Windy Hill.  I can't -- I do not recall exactly

7   when, exactly where.  We had crossed paths.  And he

8   had made it aware to me that he sold drugs.

9       Q    So you were trying to buy drugs on the

10  streets, and that's how you met ██████?

11      A    I was looking for drugs, yes, and came

12  across ██████.

13      Q    And with drugs, what you mean is crack

14  cocaine?

15      A    Crack cocaine or weed, sir.

16      Q    And did you, in fact, buy initially drugs

17  from ██████?

18      A    I don't remember, like, the specific day,

19  sir, that I bought drugs from ██████.  When I first

20  met ██████ he gave me some free drugs, and I

21  probably bought some drugs from him, sir.

22      Q    Did you have sex with him?

23      A    No, sir, not when I first met him, I did

24  not.  My thought of ██████was that he was a --

25  though he was a drug dealer, he might have been a

Page 209

1    was staying at the Masters Inn right on the other

2    side.  And when ████ officially broke me in, which

3    is pretty much, you now do what he says, by his

4    rules, when he says or else.

5          Q    Okay.  Let me just step back here for a

6    moment.  You said when you were staying at the Red

7    Roof Inn, you gave your debit card to someone?

8          A    Yeah.

9          Q    And why?

10         A    Because I was too high and I was paranoid

11   to go to the Wells Fargo across the street.

12         Q    You needed cash?

13         A    Yes.

14         Q    To buy drugs?

15         A    Yes.

16         Q    Crack cocaine?

17         A    Yes.

18         Q    And did you know this person?

19         A    Not really.

20         Q    And did this person steal your money?

21         A    No, they had my pin number.  They took off

22   with my bank card and everything.

23         Q    They did steal your money?

24         A    Yeah.  Well, they stole the bank card.  I

25   don't know.  I'm sure they -- I can only assume

Page 210

1    that they had my pin, sir, and that they went to

2    the account and withdrew money.

3         Q    Well, did you look at the account

4    afterwards?

5         A    No, I didn't.

6         Q    To this day, do you know if that guy took

7    the money?

8         A    I know nothing.  I just kind of let it go

9    and called it -- and chucked it a loss because...

10        Q    Did you have online access to the bank?

11        A    Probably not.  I don't know for sure, sir.

12        Q    How much money was in the bank?

13        A    Somewhere possibly close to 15 to 200,

14   maybe.  Maybe less, maybe -- maybe a little bit

15   more.  I don't recall exactly how much, sir.

16        Q    50 to 200, you're saying?

17        A    1500 to possibly 2,000.

18        Q    2,000?

19        A    Maybe a little less; maybe a little more.

20   I don't -- I'm not -- I can't say for sure, sir.

21        Q    So you never went to the -- did you never

22   go to the bank to check if the money was still

23   there?

24        A    I don't ever recall going to the bank.

25        Q    That's a lot of money, right, 1500 to

M. M.                                November 11, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 211

1    2,000?

2         A     Yes, sir.

3         Q     Why didn't you go to the bank to see if

4    you still had the money?

5         A     I was highly depressed after giving up my

6    kid, and I just called it a loss for a bad decision

7    on my part.

8         Q     So then you had --

9         A     I had a little bit of cash -- I'm sorry.

10   Go ahead, sir.

11        Q     Go ahead.  Please, please.

12        A     I apologize.

13        Q     No, no.  Go ahead.

14        A     I had maybe a little bit of cash left on

15   me, enough to get a new hotel room after the police

16   searched my room that night.  And I was like, oh,

17   I'm getting the hell up out of here, like the cops

18   just came in and flipped my bed up under -- like

19   lifted my whole bed looking for drugs and didn't

20   find anything and walked out of my room.

21             And I was like, oh, no, I'm not going back

22   to that, I'm not, huh-uh, I'm not staying here any

23   longer.  I didn't feel like that was a good move.

24        Q     Why?  Are you worried about the police?

25        A     Yeah, I was worried about the cops.

Page 217

1   of my money.  And ███, because I had been buying

2   drugs from him, like I said before, sir, had given

3   me some drugs while I was at the Magnuson.  And,

4   you know, with a little bit of money I might have

5   had on me, you know, I bought some drugs from him.

6          One day -- do you want me to continue,

7   sir?

8       Q    Yes, please.

9       A    Okay.  One day, sir, while ███ was gone,

10  he said he had to go reup.  That means he has to go

11  back to his plug, whoever his gets his dope from,

12  his crack from, and buy another batch because he

13  had no more.

14               ███ was gone almost all day, and I

15  wanted to get high.  And I had -- I think I had met

16  somebody else in the hotel or in the area, I don't

17  remember where, who, when, but I did buy drugs from

18  somebody else.

19               ███ -- somehow we reconnected.  Like

20  maybe he called me, maybe he texted me, he was

21  back.  Maybe he knew where I was staying at the

22  Magnuson.  You know, maybe he came and knocked on

23  my door.  I don't remember exactly how that

24  transpired, sir.

25               He came in from the back side, if I

M. M.                                    November 11, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 218

1   remember correctly, and he came in to let me
2   supposedly try his new batch of crack that he had
3   just picked up.  And ███ confronted me and asked
4   me, he said, "So I heard you bought drugs from
5   somebody else today."
6         And I said, yeah, casually, like yeah,
7   like you weren't here, you were gone for like six
8   hours, like, you know, like it wasn't a problem.
9   Like, "Yeah, why, what's up?"
10        ███ proceeded to -- ███ walked into my
11  bathroom staring at himself in the mirror.  He
12  pulled out his bomb of crack, which is just the
13  quantity of crack he had in a large amount.  He put
14  it on the counter.  He pulled his cigarettes out of
15  his pocket, and he lit the filter of his cigarette
16  and he burnt me on my chest.  And he said, "Bitch,
17  you're not going anywhere.  You belong to me now."
18        And I looked at him in shock, scared, and
19  I said, "You're a real ATL pimp.  I don't think I'm
20  ready for this."
21        But he pretty much told me I had no
22  choice.  The honeymoon phase with ███ lasted a
23  little while.  I was able to keep my room.  ███
24  said he was going to teach me how to make some
25  money so I could pay for my room, and he would do

Case 1:21-cv-04278-WMR   Document 174-25   Filed 03/02/23   Page 18 of 48
M. M.                                November 11, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 219

1   like 50/50 with me, you know, so I could pay for my

2   room and I could still support my habit.

3          That didn't last very long, though.  That

4   honeymoon phase was soon over.  I had to -- he said

5   he was going to, like, help me pay my room, like if

6   I pay half of it with the money I have, he'll help

7   me pay half, you know, like, but I still had to

8   give him 50 percent of what I made because ███████

9   was putting all my posts up for me in the

10  beginning.  He was posting because I had no idea

11  about Backpage.  I had no idea about anything.  I

12  didn't know about this stuff.  I mean, I had

13  experienced it from when that girl did it, but I

14  had never put up my own posts.  So he put them up

15  for me.

16         And shortly after, maybe not even a week

17  later, I had to move out of my room.  He said he

18  didn't have the money to help me pay for my room,

19  but he was still periodically here and there giving

20  me free drugs.  And soon that honeymoon period was

21  over.

22         I think I went to ██████ -- ended up

23  going to ██████ room at the Masters for maybe a

24  night.  There was no dates turned, like no tricks,

25  whatever you guys would like to call them, done at

Case 1:21-cv-04278-WMR   Document 174-25   Filed 03/02/23   Page 19 of 48
M. M.                              November 11, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 228

1      Q    And how long were you at the Red Roof Inn?

2      A    I was at the Red Roof Inn numerous times

3   for a week, maybe two weeks, maybe a little more,

4   maybe a little less.  But I was there numerous

5   times.

6      Q    And you allege that ███████ was your pimp

7   and he forced you to do the -- to do this between

8   2010 and 2012, correct?

9      A    Those dates might be a little jumbled as

10  I've forgotten situations that I have been through

11  that I've probably tried to block out.  But I have

12  been at the Red Roof Inn numerous times with ████

13  ████

14     Q    And numerous times you mean more than

15  five?

16     A    Probably.

17     Q    Less than 10?

18     A    I can't really say.  I don't really know.

19  I was there numerous times.

20     Q    What other hotels did you stay with ████

21  aside from the Magnuson Inn and the Masters Inn?

22     A    The Country Hearth Inn.

23     Q    Country Hearth Inn?

24     A    Yes, sir.  And the Days Inn.

25     Q    Which Days Inn?

Page 229

1     A     Off of Windy Hill behind the -- is that a

2   Drury Inn?  I don't know what it is.  It's on the

3   same road now that the SunTrust stadium is off of,

4   sir.  I don't know what that road is.  Kind of

5   close to McDonald's across from some apartments

6   over there not far from the parking area for the

7   SunTrust stadium.

8     Q     So the -- any other hotels?

9     A     Not in -- in Marietta, not that I can

10  remember.  But I've stayed in numerous hotels in

11  numerous places throughout Georgia with ████.

12    Q     Okay.  I'd like -- I'd like you to tell me

13  all the hotels that you stayed with ████, I don't

14  care where in the state of Georgia, where you were

15  allegedly forced to have sex against your will for

16  money.  You said -- we've already discussed --

17    A     I didn't --

18    Q     Let me finish the question.  We've already

19  discussed the Magnuson Inn.  We've discussed the

20  Red Roof in Smyrna.  You said the Country Hearth

21  Inn.  You said the Days Inn off Windy Hill.  What

22  else have we got?

23    A     A hotel -- I don't know if it's an Econo

24  Lodge or what it was in College Park by the

25  airport.  Maybe it was Virginia Avenue.  I don't

M. M.                           November 11, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 230

1  know.  The Best Western, I think, on Virginia

2  Avenue.

3          He took me to Columbus, Georgia.  I don't

4  know what it is.  It's next to a Days Inn in

5  Columbus, Georgia.  I don't remember the name of

6  the hotel.  He took me to, like, some type of

7  Travelers Lodge, trucking, where a lot of truckers

8  were towards Savannah.  These hotels we never

9  stayed at long, but many times we went back to the

10  Red Roof because that's where ████ felt the

11  safest.

12          The majority of the time after we came

13  from out of town, came from Columbus, came from

14  Savannah, we'd go back to the Red Roof Inn because

15  that's where ████ knew he was safe.

16      Q    We'll get to that.  I understand.  I'm

17  trying to under -- to get a list of all the hotels

18  you stayed in, ma'am.

19      A    I am explaining them to you, sir, but I'm

20  letting you know that Red Roof was always home base

21  to go back to because that's where he was safe at

22  or he felt he was safe.

23      Q    Okay.  So any other hotels?

24      A    There's a hotel by Turner Field.  I don't

25  know what the name of it is.  It's close, very

Page 231

1    close to the highway.  I don't know the name of it.

2           And I have -- and ███ had taken me to

3    Alabama once and...

4      Q    Do you recall the name of the hotel you

5    stayed in Alabama?

6      A    I do not.  I think we stayed in maybe two

7    different hotels, and it was like a night here and

8    then a night there.  But there's an incident that

9    happened and we left and came back.

10     Q    What incident happened?

11     A    The client wanted two girls.  He had

12   already seen one girl.  Had already done his -- had

13   already ejaculated, and then decided he wanted the

14   two girls -- he wanted two girls.  And he could not

15   perform and ejaculate within the time that he was

16   given.  And the guy spazzed out and was, like, chop

17   on deck, which is apparently a big gun.  And we --

18   after he left, ███ packed our shit -- oh, sorry,

19   packed our stuff and we came back to Georgia.

20     Q    And was there another girl involved in

21   this incident?

22     A    There was another girl that he had met in

23   Alabama.  I don't know who she was, but ███ and I

24   packed our stuff and came back.

25     Q    How many hotels would you -- I mean, I

M. M.                                November 11, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 232

```
 1   think you've named one, two, three, four, five,
 2   six, seven, eight -- you've named nine either
 3   hotels by name or, you know, you don't recall their
 4   names.  How many hotels, aside from the Red Roof
 5   Inn Smyrna, would you say that you stayed with
 6   █████  from 2010 to 2012 and you were held against
 7   your will?
 8        A    He didn't hold a gun to my head, sir.  I
 9   clearly stated before that from the first time that
10   he burned me with that cigarette, I was terrified.
11   And I figured my best bet is to just go along with
12   what he's doing.  To go along, out of fear, because
13   I now knew at this point that he did carry a gun on
14   him.  If I would have tried to run, for example, at
15   the Red Roof, sir, everybody knew me, apparently
16   because I was with him, and somebody would have
17   told him.  So there's no telling what would have
18   happened with his rage and his anger and his own
19   issues of drug abuse.
20        Q    Between 2010 and 2012, did he ever
21   threaten with a gun -- threaten you with a gun if
22   you left?
23        A    No.  It was more by acts of threats.  Not
24   to say he hadn't physically harmed me, pushed me,
25   hit me, slapped me, knocked me down.
```

M. M.                                           November 11, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 238

```
 1    BY MR. ALLUSHI:

 2         Q    ████████, we were discussing the time

 3    that ██████ was your pimp between 2010 and 2012.

 4    While you stayed at the Red Roof Inn with ████,

 5    did you -- did you ever call the front desk?

 6         A    I may have.

 7         Q    Did you ever tell the front desk you were

 8    being held against your will?

 9         A    No.  I pretty much assumed they had

10    already known because ████ felt so safe there to

11    go back as many times as we did.

12         Q    But you never told them you were being

13    held against your will?

14              MR. BAUMRIND:  Objection.

15    BY MR. ALLUSHI:

16         Q    Correct?

17              MR. BAUMRIND:  You can answer that,

18    ████████

19    BY MR. ALLUSHI:

20         Q    You can answer that.

21         A    No, I did not.

22         Q    Did you call any other departments at the

23    hotel while you stayed there with ████?

24         A    Please explain "departments."

25         Q    Housekeeping, any other --
```

Page 239

1      A     You have to call the front desk to get

2   housekeeping stuff.

3      Q     Did you ever tell any employees at the Red

4   Roof Inn Smyrna between 2010 and 2012 you were

5   being held against your will?

6      A     I didn't tell them I was being held

7   against my will, but they knew what I was doing

8   because I had told them and they pretty much

9   already knew what I was doing there with ████.

10           MR. KEITH:  Objection.

11   BY MR. ALLUSHI:

12      Q     I'd like you to answer with a yes or no.

13   Did you tell any of the employees you were being

14   held against your will?

15      A     No.

16           MR. TONGE:  Objection.

17   BY MR. ALLUSHI:

18      Q     Did you tell any of the employees that you

19   were forced to have sex with men for money against

20   your will at the Smyrna hotel?

21           MR. TONGE:  Objection.

22      A     No.

23   BY MR. ALLUSHI:

24      Q     Did you ever call Red Roof corporate to

25   report what was occurring?

M. M.                                      November 11, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 240

1      A      No.

2      Q      And between 2010 and 2012, you say that

3    you were the entire time scared of ████ , that's

4    why you never ran, correct?

5      A      Yes, sir.

6      Q      What about in 2011, when you went to

7    Florida, the incident we just described where you

8    were prostituting yourself there, how did you get

9    away then?

10     A      The lady that -████████ , the arrestee,

11   she was taken to jail that night.  She went to

12   jail, so I was -- I no longer had to be with her.

13     Q      Maybe I'm misunderstanding here.

14     A      She went to jail.  It says arrestee.  That

15   means she got arrested.  She went to jail that

16   night.

17     Q      Well, you said she wasn't your pimp,

18   right?  You testified earlier she wasn't your pimp

19   and you voluntarily went to Florida and prostituted

20   yourself.  That was the testimony earlier.

21     A      Yes, she went to jail that night.

22     Q      So between 2010 and -- my question,

23   ████████ , let me -- allow me to repeat it again,

24   was between 2010 and 2012, while staying at the --

25   partially staying at the Red Roof Inn Smyrna, you

Page 241

```
1   say you were under the control of ████ and could

2   not leave, correct?

3        A    Yes.

4        Q    But then you left in 2011 to go to Florida

5   with ██████, correct?

6        A    Yes.

7        Q    And so you could leave, you weren't under

8   the control of █████, were you?

9             MR. BAUMRIND:  Objection.

10            MR. TONGE:  Objection.

11       A    I don't even understand what you're saying

12  when you're asking that, sir.  I'm confused.

13  BY MR. ALLUSHI:

14       Q    In 2011, you left to go to Florida with

15  ██████?

16       A    Yes, sir.

17       Q    Where was ██████?

18       A    I don't know.  I don't know that I had run

19  across █████ at that time yet.  Maybe.  I don't --

20  like I said, sir, a lot has happened in the 37

21  years I've been on this earth.

22       Q    You testified, ████████, that between

23  2010 and 2012 -- I asked you several times, and you

24  said between 2010 and 2012, you were scared to

25  leave ██████?
```

Page 242

```
 1              MR. TONGE:  Objection.
 2    BY MR. ALLUSHI:
 3         Q    Correct?
 4         A    Yes.
 5         Q    And in 2011, and specifically, in
 6    April 28th of 2011, you were in Florida with
 7    ████████    prostituting yourself?
 8         A    Okay.  Yes, sir.
 9         Q    And so my question is:  How did you get
10    away from ██████?
11         A    I may have not ran across ██████ exactly at
12    that point.  I don't -- things are a little bit
13    blurry.  Like it's...
14         Q    Well, ████████████, you're alleging that at
15    the Red Roof Inn Smyrna in 2011, you were being
16    held against your will and forced into sex
17    trafficking.  And here it is in 2011 a police
18    report showing that you were in Florida
19    prostituting yourself.  Can you explain that to us?
20         A    I'm going to need you to say that again,
21    please, sir.
22         Q    You allege in your complaint, in your
23    lawsuit against my clients, you allege that in
24    2011, that entire year in 2011, you were being held
25    against your will and forced into sex at the Smyrna
```

Page 243

```
 1   hotel, Red Roof Inn.

 2            MR. TONGE:  Objection.

 3   BY MR. ALLUSHI:

 4      Q    But here's a police report you're in

 5   Florida prostituting yourself in 2011.  Can you

 6   explain that?

 7            MR. TONGE:  Objection.

 8            MR. BAUMRIND:  Objection.

 9      A    I said between 2010 and 2012, sir.  2010

10   and 2012.  My understanding is that that gives me

11   some type of gap.  It might not have been

12   exactly -- I don't -- I can't -- I don't know --

13   BY MR. ALLUSHI:

14      Q    So you were free to leave ██████ and go to

15   Florida and prostitute yourself?

16            MR. TONGE:  Objection.

17            MR. BAUMRIND:  Objection.

18      A    No, I was not free to leave ██████

19   BY MR. ALLUSHI:

20      Q    Well, you met ██████ in 2010.  You

21   testified that you met ██████ in 2010, correct?

22      A    Yes.

23      Q    And then shortly thereafter, you testified

24   you were scared to leave because of the cigarette

25   incident, correct?
```

Case 1:21-cv-04278-WMR   Document 174-25   Filed 03/02/23   Page 30 of 48
M. M.                                     November 11, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 244

1        A     Yes.

2        Q     And that was only 2010.  We discussed that

3    on the record.  And then in 2011, you drive down to

4    Florida with ████ and prostitute yourself.  How

5    did you get away from ████ is the question?

6        A     There was -- as I stated earlier, that I

7    was in Columbus, Georgia, at a hotel next to the

8    Days Inn with ████.  ████ had pressured me and

9    forced me to do a certain date with a client.  It

10   was an out call.  And it was at somewhere like -- I

11   don't know, is there, like, a Phoenix, Georgia,

12   somewhere close to Columbus maybe?

13           MR. KEITH:  Phenix City, Alabama?

14           THE WITNESS:  I don't think it was

15   Alabama.  We weren't even --

16           MR. KEITH:  It's right across from

17   Columbus.

18       A     Oh, maybe.  I didn't know that.  I didn't

19   even know I was in Alabama.

20            And so this client had sent pictures of

21   all the money, his house and things that he had.

22   When the -- when the guy had hit the phone, I tried

23   to show ████, like, this is probably not real.

24   You know, somebody that's going to show all this

25   flashy stuff, you know, is probably not the real

Case 1:21-cv-04278-WMR   Document 174-25   Filed 03/02/23   Page 31 of 48
M. M.                                          November 11, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 245

1   thing.

2           He said he was going to pay -- I don't

3   remember the allotted amount.  He said he was going

4   to pay whatever the amount was.  I got to the

5   place, this house.  It was on a street, there was

6   houses on both sides, in Phenix City.  And the guy

7   meets me there.  We go up to the top of the house,

8   like an attic or something.  We do our -- we

9   handled business.  I handled business.  But before

10  I handled business, I asked the gentleman for the

11  gift, the donation, in other words, for the money

12  without saying it.

13          The guy tells me that he is going to give

14  it to me after we are done.  I informed █████, and

15  I let █████ know that he was not willing to give it

16  up until we were done.  █████ told me, with clear

17  instructions, "You better do that date and make

18  sure you come back with that money."

19          I went ahead and did the date without

20  getting the money first.  When we were done, the

21  guy said that "I'm going to run out" -- it was --

22  it might have been a little bit cold out.  I don't

23  really remember when exactly it was.  The guy said,

24  "I'm going to go downstairs.  I'm going to go and

25  get the car and pull the car around."

Case 1:21-cv-04278-WMR   Document 174-25   Filed 03/02/23   Page 32 of 48
M. M.                                          November 11, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 246

1       He never came back.  He never showed back

2   up.

3           There was a cop sitting across the street,

4   and I made up a story that I was over here with

5   some friends of some friends, and that everybody

6   got drunk and I got left behind.  I told him where

7   I was staying.  I had even called ███ so he could

8   hear that I had gotten a random cop in Phenix City

9   to drop me back off at the hotel.  The cop didn't

10  come up to the room with me.  Didn't do nothing.

11          I got back up to the room, and ███ tore

12  through all my stuff saying that I had the money,

13  and I didn't.  ███ left me in Columbus, Georgia,

14  at the hotel that night.  I had met an older

15  gentleman who was in the military at the hotel.  I

16  told him that my boyfriend and I had gotten into an

17  argument, and that he took off and left me.  That

18  gentleman kindly let me sleep on the little

19  pull-out bed in his room at the hotel, and the next

20  morning, he put me on a shuttle back to Atlanta.

21          From the -- from the airport back to the

22  hotel, I don't really remember -- from the hotel

23  back -- from the airport back to Marietta, I do not

24  remember clearly how I got back.  I think I had --

25  my friend Mimi had known this -- a guy who was a

Page 247

1    friend of hers, he happened to be staying at the --

2    at a hotel, and that was when I met ████.  What

3    hotel it was, I do not remember.

4         I ended up going down to Florida with this

5    woman, being that I had no money at this time.

6    ████ had taken -- was collecting all of my money

7    that I had been making.  I went down to Florida

8    with this -- with this girl in hopes to make some

9    money, get on my feet, and try and figure something

10   back out when I could go back -- when I went back

11   home.  Well, not even home.  Back to Marietta.

12        I don't even remember how I got home from

13   Florida.  At some point when I returned back, I ran

14   into ████ again.  And just seeing ████ for the

15   first time after being gone for a little while, I

16   was again paralyzed in fear.  He saw me.  He knew I

17   was back in Marietta by Windy Hill.  Like no hotel

18   that I went to could I really hide from him.  I

19   obviously couldn't go to the Red Roof because, you

20   know, at that moment, they probably would have told

21   him I was there.

22        And at some point, ████ had convinced me

23   and talked me into going back with him, and I did

24   it out of fear.  And the same cycle started.  He

25   fed me dope.  I worked.  He kept me high.

Case 1:21-cv-04278-WMR   Document 174-25   Filed 03/02/23   Page 34 of 48
M. M.                          November 11, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 248

1              Now, mind you, though, if I didn't -- if
2    my phone wasn't ringing, I was pushed to the street
3    to walk Windy Hill, which was known back then as a
4    track.  A track is a strip of road that is known
5    for women to walk to make -- to catch dates.
6    BY MR. ALLUSHI:
7         Q     Let me understand this right, ██████████.
8    ████████abandons you at some time in the middle of
9    the alleged trafficking.  You go down with ████████
10   you go down to Florida.  You're down there for some
11   time.  Then you decide to come back to Georgia on
12   your free will and hang out in the same area where
13   you were hanging out with ███████ before, did I get
14   that right?
15              MR. BAUMRIND:  Objection.
16        A     I knew no other place.  I knew --
17   BY MR. ALLUSHI:
18        Q     Why did you come back to Georgia?
19        A     Because this is where I -- this is where I
20   was merely living, existing, whatever you want to
21   call it.  This is where I was.  Like even -- even
22   though I wasn't close to my -- even though I
23   couldn't have this with my brother at this point,
24   it still made me feel good at some point to be
25   close to family.  God forbid something change and

Page 249

1    they decide to invite me back into their lives.

2        Q    Why didn't you get a job in Florida if you

3    were so scared of ███ and everything that he had

4    done to you?  Why didn't you stay in Florida and

5    get a job?

6        A    Who am I going to stay with in Florida,

7    sir?  I had nobody in Florida.  I had nobody in

8    Florida where I was, that I knew anybody.  Not to

9    mention, sir, Florida is way too expensive.

10            After coming out of that situation with

11   ███ and then thinking -- my best thought was that

12   I could make some fast money and get on my feet and

13   find a -- and that ███ probably would have just

14   moved on, but ███ lingered in that area, and I

15   ended up running across him again.

16       Q    What did you do with the money you made

17   with ███?

18       A    I had a few dollars left over.  And part

19   of the reason -- part of what I -- to the best of

20   my knowledge, sir, when the officers arrested her

21   that night, they said, "You can give her back the

22   money in which she has given you and which she has

23   made, otherwise, we are taking you to jail."

24            And Ms. ███ chose to go to jail.  And

25   then started saying, "I'll give you my dope boys, I

M. M.                                    November 11, 2021
W.K., et al v. Red Roof Inns, Inc., et al

                                              Page 250

1  will give you my drug dealers," trying to get out

2  of it.

3      Q    Did you think about calling your brother

4  when -- before coming back to Georgia or on the way

5  back and saying -- asking for help?

6      A    No, not at all.  For my brother to say no

7  to me, for my dad to say the same thing, you got

8  yourself into this, you figure your way out of it,

9  that's the way my family is.  You get yourself into

10 some crap, you better figure out your own way.

11          My best thought was to go to Florida, make

12 some money, come back and try and figure out -- get

13 a job, do something different.  I was in a

14 completely vicious cycle that I had -- my best

15 thinking I couldn't get my way out of.

16     Q    But you voluntarily came back to Georgia

17 and you voluntarily came back to the same Windy

18 Hill area, correct?

19     A    Yeah.  Yes, sir, I did.

20     Q    Where you knew ▮▮▮▮ would likely be?

21          MR. TONGE:  Objection.

22     A    No, I did not know ▮▮▮▮ would likely be

23 there.  Being that we had traveled so much

24 throughout Georgia, I figured that ▮▮▮▮ would go

25 somewhere else and find another girl.

Page 251

```
 1   BY MR. ALLUSHI:

 2       Q    And when you got back, you said you ran

 3   into  ████   again.  Where?

 4       A    At the BP on Windy Hill.

 5       Q    And what happened?

 6       A    He said, "Hey, Gummy," short for my

 7   nickname of Gumdrop.  You know, I tried to be like

 8   almost cordial like and not make a big scene.  And

 9   somehow I just got scared when I saw him.  I just

10   got terrified.

11            And I figured I -- at that point, I knew I

12   probably shouldn't have went back to Windy Hill.  I

13   probably shouldn't have done -- you know, went

14   back.  But that was, like, the only place I knew

15   that I could kind of maneuver and maybe figure

16   something out.

17       Q    You said earlier that  ████   home base

18   was the Red Roof Inn Smyrna.  If that was his home

19   base and that's where he was feeling the safest, as

20   you called it earlier, why wouldn't he be there

21   when you got back?

22            MR. BAUMRIND:  Objection.

23       A    I don't know where he was, but he was at

24   the BP gas station is where I saw him.

25   BY MR. ALLUSHI:
```

Page 252

1    Q    No, no, my question, ███████, was:  You

2  said you thought ████ wouldn't be at the Smyrna

3  area when you got back from Florida.  My question

4  was:  Earlier you testified that that's -- that was

5  ██████  home base.  That's where he felt the safest

6  allegedly at the Smyrna -- at the Smyrna Red Roof

7  Inn.  So when you were coming back, why would

8  you -- why would you think he wouldn't be there if

9  that's where he felt the safest?

10    A    Because he had other places he went.  Like

11  he had family in Stockbridge.  He had people that

12  he knew on Cleveland Avenue.  He had a multitude of

13  places that he could go.

14         But as far as pimping a girl, the Red Roof

15  was his safest because the employees knew ████.

16  ████ had given them weed before.  ████ had sold

17  weed to them before.  ████ knew them.  ████ --

18  those were like not ██████ friends but ██████

19  friends.  Like they were familiar with ██████

20  ████ was familiar with them.  He knew that if --

21  that if -- while he was at the room at any time, if

22  police were on property, they were going to call

23  the room and say:  Hey, look, the cops are here.

24  Chill out for a minute.  Whatever.  Put your stuff

25  away.  Whatever it was.  Don't come outside.  Spray

Page 253

1    your room down.  Whatever it was.  They let him

2    know everything.

3         Q    So why wouldn't he be there when you got

4    back if they did all that for him?

5              MR. BAUMRIND:  Objection.

6         A    I have absolutely no idea why ███████

7    wouldn't be there because I'm not █████, but he was

8    on Windy Hill at that gas station.  I didn't ask --

9    I did not ask ██████, where are you staying?  I

10   didn't even do that.

11   BY MR. ALLUSHI:

12        Q    ███████████, I'm asking you why did you

13   believe he wouldn't be there if all of these facts

14   you allege are true?

15             MR. BAUMRIND:  Objection.  Are you

16   saying --

17   BY MR. ALLUSHI:

18        Q    Why wouldn't he be there?

19             MR. BAUMRIND:  When you say "there," what

20   do you mean?

21             MR. ALLUSHI:  At the Red Roof Inn Smyrna.

22             MR. BAUMRIND:  Okay.  She said she saw him

23   at the BP in Windy Hill.  I just want to make sure

24   the record is clear.

25             MR. ALLUSHI:  I understand, Michael.  I

Page 261

1    to the Red Roof numerous times.  I did not count,

2    sir.  I did not mark it off a calendar.  I did not

3    do any of that.

4        Q    So the -- once you got back with Forrest,

5    you were with him until the end of --

6        A    Forrest?

7        Q    I'm sorry.  With ████.  Once you got back

8    with ████ in 2012 -- in 2011, returning from

9    Florida at the BP, how long did that last?

10       A    I don't know.  It may have been -- may

11   have been up till 2012.  It may have been -- you

12   know, a little bit longer.  But I was with ████

13   for --

14       Q    Well, in paragraph 12 of your affidavit --

15   let's see if we can fast track this a little bit --

16   you say, "I escaped from ████ at some point, but

17   then was trafficked in Georgia by ████████

18   during approximately 2012 and 2014."

19            So aside from the Florida time where you

20   had either abandoned or left ████, ████ left you,

21   then you escaped again from ████ following that?

22       A    Correction, sir.  I was in Columbus,

23   Georgia, not in Florida with ████.

24       Q    Aside from the Florida travel episode we

25   discussed --

Case 1:21-cv-04278-WMR   Document 174-25   Filed 03/02/23   Page 41 of 48
M. M.                                      November 11, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 269

1      A    I did.  I told him I would help him, and I

2    felt personally obligated to help him as he had put

3    a roof over my head.

4           Later down the line is when he became

5    violent if I wasn't making enough money or if I

6    wasn't trying or if I was eating too much food in

7    his house and not doing enough for him.

8           You know, when Jimmy got fired from the --

9    from -- when Jimmy got fired from the Masters Inn,

10   excuse me, and the other hotel he was working at,

11   but primarily the Masters Inn, I felt somewhat

12   comfortable at the Masters Inn knowing that I knew

13   the person at the front desk.  But I felt like I

14   fit in because it was the same thing that I had

15   seen at the Red Roof.  There was pimps.  There was

16   girls in short tops and bootie shorts and heels

17   roaming around the property.  Girls walking all

18   around the property hotel.  People setting -- you

19   could smell weed.  Like it was the same exact

20   atmosphere as the Red Roof Inn.  But I felt safe

21   this time because I wasn't with ███.  I knew

22   somebody at the front desk.  But it was the exact

23   same atmosphere, so I felt like I could blend in.

24      Q    So the Masters --

25      A    Unlike I could -- I'm sorry, go ahead.

M. M.                                    November 11, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 270

1      Q    Go ahead.

2      A    Unlike I could at the Red Roof.  I

3  couldn't really blend in at the Red Roof because

4  all the people at the front office knew ████, knew

5  that I was working for ████, and that he had me

6  there.  Like I had conversations with Forrest and

7  stuff.  I had brought Forrest down weed before.

8  Like I said, he had bought some, he had -- but it

9  was the same exact atmosphere as the Red Roof, so I

10 could figure -- I figured I could blend in.

11          Now I had somebody at the front desk who

12 was not going to accept money from guys or say,

13 hey, I'm looking for this girl, where is she?  I

14 felt like I had somebody to protect me because I

15 had told Jimmy about ████.

16     Q    So he was in the hospital, you went back

17 to prostitution to help him out voluntarily; is

18 that correct?

19     A    I stayed with him in the hospital, and

20 when he got home is when we really began -- when he

21 really began to need me to work.  And as I began to

22 work and he began to give me crack because I

23 explained to him that I would -- that I did not --

24 that smoking crack came along with me prostituting

25 or having sex for money or being with men or

Case 1:21-cv-04278-WMR   Document 174-25   Filed 03/02/23   Page 43 of 48
M. M.                                    November 11, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 309

1    the ground.  Bitch, get on the ground."  And what

2    he wants you to do is he wants you to get on your

3    hands and knees and shuffle up that money and pick

4    up all that money as fast as you can."

5              After the things that I've been through --

6        Q    You dropped your mic.

7        A    Yeah, I'm about to plug myself back in.

8    Sorry, guys.

9        Q    You ought to see it when you walk away and

10   you've got it on a necktie.  You get --

11       A    As I was saying, some of the things that

12   I've been through, like with ███, ███ my first

13   introduction to him being a pimp, burning me with a

14   cigarette, that's traumatizing for me.  Like I --

15   you know, I stay out of fear with things.

16             So ███ tells me to get on the ground, get

17   on the ground, and I am too scared at this point to

18   get on the ground because I'm -- I don't know what

19   he's going to do to me.  He takes me in the

20   bathroom at the Red Roof, in his room, he shuts off

21   some of the lights and goes in the bathroom and

22   shuts the door.  And he's standing against the wall

23   with the pillow still on his head leaning up

24   against the wall.  So the pillow is a little bit

25   folded and tucked to the wall, but he still has it

Page 310

1    over his head.  I'm sitting on the toilet, and he

2    yells, "Bitch, get on the ground.  Bitch, get on

3    the ground."

4             And I'm trying to say like -- I'm already

5    high myself on crack cocaine.  He's high.  I'm

6    sitting on the toilet.  I'm like, "███, it's okay,

7    calm down.  Like calm down.  It's okay.  Like just

8    don't do more -- don't smoke no more.  Just chill

9    out for a minute like."

10            So he gets out of the bathroom, he goes

11   and he sits on the bed.  He wants me to start

12   touching him, but as he -- he wants me to start

13   touching him sexually with my hands, you know --

14        Q    Fondling him?

15        A    Yes, thank you.  Fondling him.  He starts

16   to hit the crack again.  And I'm --

17        Q    Okay.  Is this a one-bedroom or

18   two-bedroom?

19        A    Two bed.

20        Q    Okay.

21        A    So I periodically am sitting on the other

22   bed trying to be calm, but I'm really, like,

23   freaked the --

24        Q    You can say it.  I know.

25        A    I'm freaked the fuck out.

Page 311

1      Q    Right.

2      A    Let's say this square right here is about

3  the quantity that some dope boys, crack dealers,

4  will give you for a $20 rock.  This whole thing,

5  ▮ is putting it in the whole entire pipe.  In the

6  tip of his pipe, he is crushing this whole thing

7  and putting it in there.  He's not taking little

8  hits of crack.  He's taking hits of crack that

9  could definitely explode his heart.

10         Me, I'm not doing the same thing because

11  I'm already scared of him.  So he's sitting on the

12  bed, I start to fondle him.  He goes to hit it

13  again, and he starts to freak out again.

14         I can't do it, but I'm going to kind of

15  enact it for you guys so you guys can get a visual.

16  Why can't I get a blackboard?

17         Okay.  Art is not my thing.  Bear with me.

18  Let's say this is ▮ room.  Okay?  He's sitting

19  on this bed, I'm sitting on this bed.  I'm halfway

20  dressed, but right now, I'm trying to slowly, while

21  he's getting high, like slip on one piece of

22  clothing because I'm starting to feel really

23  unsafe.  Okay?

24         He's sitting here, I'm sitting here

25  (indicating).  These are ▮ curtains, these

Page 312

1   squiggly lines are ███ curtains.  This is his

2   front door with the little peephole, okay, and this

3   is his light switch.  Okay?

4          He runs up to these blinds and he rips

5   them open.  And now the window is wide the hell

6   open and everybody can see that he's naked in the

7   room.

8          The next thing he goes for is the front

9   door.  He goes to just rip the front door open, and

10  when he does, the latch is still on, but he screams

11  when it's open, "She's trying to kill me."  I

12  totally wigged the fuck out.  He starts tripping.

13  I've got my -- I'm putting on my clothes real fast.

14          And when he went -- he went -- I don't

15  know if he went back to the bathroom for a minute

16  or he turned his back, I bolted and I took off.

17  When I took off, I left ███ room --

18      Q    Uh-huh.

19      A    -- from this side, and I went the side

20  closest to the dumpster to the back of the Target.

21      Q    To the back, yeah.

22      A    And I hid behind a car on the front side.

23  From what I was told by employees that I had known,

24  Forrest, Barry, I don't remember which one, and

25  that ███ had also heard, he ran to the room butt

Page 313

1    naked with no fucking clothes on.  And they gave

2    him -- look what they gave him, a washcloth to

3    cover himself.

4        Q    He ran to the office?

5        A    He went to the front desk at the office at

6    the Red Roof Inn.  ████ had stayed there for a

7    while.  I'm sure people figured out what he was

8    doing, but he had never had an episode like this.

9        Q    Okay.  That was when you were working for

10   Barry -- I mean, for ████?

11       A    ████, yes, sir.

12       Q    Okay.  So you're back -- we kind of took a

13   detour here.

14       A    That's fine.

15       Q    No, that's fine.  So you're back, and you

16   go and you see ████, as you said, to kind of

17   show off?

18       A    Like I'm clean, I'm doing good.

19       Q    Okay.  How does it turn into you -- how

20   does it turn into a situation where you're, you

21   know, working for him or getting trafficked by him

22   or whatever the words you want to use?  How does

23   it -- how does it go from, hey, I'm doing good

24   to --

25       A    That night -- that night I saw

M. M.                                    November 11, 2021
W.K., et al v. Red Roof Inns, Inc., et al

Page 366

1                          CERTIFICATE
2      STATE OF GEORGIA:
       COUNTY OF FULTON:
3
4              I hereby certify that the foregoing
       transcript was taken down, as stated in the
5      caption, and the colloquies, questions and answers
       were reduced to typewriting under my direction;
6      that the transcript is a true and correct record of
       the evidence given upon said proceeding.
7
8              I further certify that I am not a relative
       or employee or attorney of any party, nor am I
9      financially interested in the outcome of this
       action.
10
11             I have no relationship of interest in this
       matter which would disqualify me from maintaining
12     my obligation of impartiality in compliance with
       the Code of Professional Ethics.
13
14             I have no direct contract with any party
       in this action and my compensation is based solely
15     on the terms of my subcontractor agreement.
16
17             Nothing in the arrangements made for this
       proceeding impacts my absolute commitment to serve
18     all parties as an impartial officer of the court.
19
20             This the 21st day of November, 2021.
21
22
23     _____
24     CAROLYN M. CARBONI, RPR, RMR, CCR-B-878
25

Veritext Legal Solutions
800.808.4958                                 770.343.9696