Plaintiffs' Summary Judgment Ex. 27
Intentionally Left Blank