PL Sum. J. Ex. 028



# Transcript of **Gregory E. Stocker**

Wednesday, May 11, 2022

*W.K. v. Red Roof Inns, Inc*

www.trustpoint.one  
www.aldersonreporting.com  
800.FOR.DEPO (800.367.3376)  
Scheduling@Trustpoint.One

Reference Number: 115458

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
 2                       ATLANTA DIVISION

 3                            - - -

 4   W.K., E.H., M.M., R.P.,       :
     M.B., D.P., A.F., C.A.,       :
 5   R.K., AND K.P.,                :
                                    :
 6        Plaintiffs,               :
                                    :
 7        vs.                       :   Case No.
                                    :   1:20-CV-05263-MHC
 8   RED ROOF INNS, INC.;           :
     FMW RRI NC, LLC; RED ROOF      :
 9   FRANCHISING, LLC; RRI WEST     :
     MANAGEMENT, LLC; VARAHI        :
10   HOTEL, LLC; WESTMONT           :
     HOSPITALITY GROUP, INC.;       :
11   AND RRI III, LLC,              :
                                    :
12        Defendants.               :

13

14                            - - -

15       VIDEOTAPED DEPOSITION OF GREGORY E. STOCKER

16                            - - -

17
                         May 11, 2022
18                       9:32 a.m.
                         BAILEY CAVALIERI
19                       10 West Broad Street
                         Suite 2100
20                       Columbus, OH 43215

21                            - - -

22            Reported by:  Tracy J. Schell

23                            - - -

24

25
```

```
 1                       APPEARANCES

 2   ON BEHALF OF THE PLAINTIFFS:

 3        Manoj "Sachin" Varghese
          Amanda Kay Seals
 4        Tiana S. Mykkeltvedt (Via Zoom)
          BONDURANT MIXSON & ELMORE, LLP
 5        One Atlantic Center
          1201 West Peachtree Street NW
 6        Suite 3900
          Atlanta, GA 30309
 7        varghese@bmelaw.com
          seals@bmelaw.com
 8        mykkeltvedt@bmelaw.com
          404.881.4100
 9


10   ON BEHALF OF PLAINTIFFS:   (Via Zoom)

11        Jonathan S. Tonge
          Anderson Tate Carr, P.C.
12        One Sugarloaf Centre
          1960 Satellite Boulevard
13        Suite 4000
          Duluth, GA 30097
14        jtonge@atclawfirm.com
          770.822.0900
15
     ON BEHALF OF THE DEFENDANTS RED ROOF INNS, INC.; FMW
16   RRI NC, LLC; RED ROOF FRANCHISING, LLC; RRI WEST
     MANAGEMENT, LLC; WESTMONT HOSPITALITY GROUP, INC., AND
17   RRI III, LLC:

18        Adi Allushi
          LEWIS BRISBOIS
19        600 Peachtree Street NE
          Suite 4700
20        Atlanta, GA 30308
          adi.allushi@lewisbrisbois.com
21        404.991.2173


22


23


24


25
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1                APPEARANCES (CONTINUED)

 2   ON BEHALF OF THE DEFENDANT VARAHI HOTEL, LLC:

 3        C. Shane Keith
          HAWKINS PARNELL & YOUNG, LLP
 4        303 Peachtree Street, NE
          Suite 4000
 5        Atlanta, GA 30308
          skeith@hpylaw.com
 6        404.614.7464

 7                         - - -

 8   ALSO PRESENT:

 9        Bruce Sandy, Videographer
          Christian Novay, Esq.
10

11                         - - -

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1   Q.   Do you have any sense of what percentage were
2   franchised at that time?
3   A.   Maybe 75 to 80 percent.
4   Q.   So your understanding is from May 2017 to the
5   present, the remaining 20 to 25 percent of locations
6   went from Red Roof corporately managed locations to
7   franchisee managed locations?
8   A.   Correct.
9   Q.   I apologize if I asked this earlier.
10       From May 27 [sic] to the present, has there
11  been anyone other than you in the safety and security
12  department at Red Roof?
13  A.   No.
14  Q.   During your time as director of safety and
15  security, are you responsible for the safety and
16  security budget of Red Roof?
17  A.   Yes.
18  Q.   And approximately how large was that budget
19  in 2017?
20  A.   I'm not sure.
21  Q.   Do you know how large it is today?
22  A.   I do.
23  Q.   And how large is it today?
24  A.   $20,000 a year.
25  Q.   And how is that $20,000 a year spent?

Trustpoint.One  Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1  police department.  It could be in regards to red flags
2  of prostitution.  It could be in regards to red flags
3  of drug activity.  It could be in regards to physical
4  security of the property itself.  It could be in
5  regards to OSHA safety issues.  It could be in regards
6  to just overall general safety on the property.
7      Q.   You mentioned prostitution.
8           Has it also related to sex trafficking?
9      A.   Yes.
10     Q.   So when you're providing subject matter
11 expert consultation and recommendation related to
12 prostitution, what advice do you provide?
13     A.   It depends on the circumstance, but typically
14 it would be, you know, consultation to help with the
15 awareness of the employees on the property in terms of
16 the red flags that would be associated potentially with
17 that alleged activity.  How to, you know, report it
18 when they see it.
19     Q.   Do you provide any advice on how to defer
20 that activity from occurring on the property?
21     A.   Yes.
22     Q.   And what type of advice do you provide in
23 that area or what is the advice you provide in that
24 area?
25     A.   It varies.  It's not an all-inclusive list

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1  obviously.  It depends on, you know, the issue,
2  potential issue.
3           Like I said, I think it's -- you know, it's
4  certainly providing information around red flags.  And
5  then most importantly how to effectively and
6  efficiently report that alleged or suspected activity
7  immediately.
8       Q.   Red flags exist when the potential illegal
9  conduct is taking place on the property, right?
10           MR. ALLUSHI:  Objection.
11      A.   Potentially.
12      Q.   And reporting occurs after someone on the
13 property observes those red flags, correct?
14           MR. ALLUSHI:  Objection.
15      A.   Not necessarily.  And the reason I say that
16 is because just because a red flag is observed does not
17 conclusively indicate that that activity is occurring.
18      Q.   And you stated earlier that, you know, you
19 might see one or two red flags and that doesn't mean
20 the activity is occurring, right?
21      A.   Correct.
22      Q.   What if there are three red flags?
23           MR. KEITH:  Objection.
24      A.   The same.  I mean, it doesn't necessarily
25 conclusively say that that's occurring.  It's really a

Trustpoint.One | Alderson.   www.trustpoint.one
www.aldersonreporting.com   800.FOR.DEPO
(800.367.3376)

```
 1   totality of the particular circumstances and facts.
 2        Q.   So if there are several men going in and out
 3   of a room, women displaying physical abuse and women
 4   who are scantily clad, would those be the type of red
 5   flags that should result in reporting?
 6        A.   Yes.  If -- if -- if I could qual- -- if all
 7   three of those flags, certainly, yes.
 8        Q.   And what are proactive -- do you advise Red
 9   Roof locations on proactive steps they can take to try
10   and prevent prostitution at their property?
11        A.   Yes.
12        Q.   And what are those steps?
13        A.   Again, not all-inclusive.  Obviously it's
14   executing to the company policy in terms of the
15   check-in procedure.  Obviously adhering to the company
16   policy of reporting suspected illegal activity.
17   Obviously having a good relationship and cooperation
18   with the local police department.  Obviously training
19   and awareness and education of the staff on illegal
20   activities including prostitution.
21        Q.   When you refer to the check-in procedure,
22   what are you referring to?
23        A.   Primarily acquiring identification, photo
24   identification that matches the individual checking in
25   as well as being aware and alert of potential red flags
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1   with anybody that may accompany that person at the
2   check-in counter that may be exhibiting red flags of
3   any illegal activities or potential illegal activities.
4       Q.   What else can a Red Roof location proactively
5   do at check-in to try to prevent illegal activity on
6   the property?
7       A.   I can't answer that question.  I mean,
8   there -- there's other things, but I can't provide you
9   an all-inclusive list.
10      Q.   Can you identify any of the other things?
11      A.   If you could repeat the question again.
12      Q.   Sure.  So we talked about the check-in
13  procedure, and you said one thing --
14      A.   Sure.
15      Q.   -- that Red Roof -- strike that -- employees
16  at Red Roof locations should do is acquire photo ID and
17  make sure it matches the person checking in, right?
18      A.   Correct.
19      Q.   And another would be to observe any other
20  individuals accompanying the person checking in,
21  correct?
22      A.   Correct.
23      Q.   What other steps -- or are there other steps
24  that can occur at check-in to try and prevent illegal
25  activity on the property?

## CERTIFICATE

STATE OF OHIO:
                    SS:
COUNTY OF DELAWARE:

I, Tracy J. Schell, a Notary Public in and for the State of Ohio, duly commissioned and qualified, do hereby certify that the within-named GREGORY E. STOCKER was first duly sworn to testify to the truth, the whole truth, and nothing but the truth in the cause aforesaid; that the testimony then given was reduced to stenotypy in the presence of said witness, afterwards transcribed; that the foregoing is a true and correct transcript of the testimony; that this deposition was taken at the time and place in the foregoing caption specified.

I do further certify that I am not a relative, employee or attorney of any of the parties hereto; that I am not a relative or employee of any attorney or counsel employed by the parties hereto; that I am not financially interested in the action; and further, I am not, nor is the court reporting firm with which I am affiliated, under contract as defined in Civil Rule 28(D).

In witness whereof, I have hereunto set my hand and affixed my seal of office at Lewis Center, Ohio, on this 19th day of May, 2022.

_____
Tracy J. Schell
Notary Public, State of Ohio.

My commission expires: November 5, 2023