**In The Matter Of:**
*W.K., et al v.*
*Red Roof Inns, et al*

**PL Sum. J. Ex. ___** 029

*Michele Sarkisian*
*October 20, 2021*

*D'Amico & Associates, Inc.*
*Court Reporters & Videoconferencing*
*5855 Sandy Springs Circle #140, Atlanta, GA 30328*
*(770) 645-6111 or toll-free (888) 355-6111*



Min-U-Script® with Word Index

```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION


W.K., E.H., M.M., R.P.,         )
M.B., D.P., A.F., C.A.,         )
R.K., K.P., and T.H.,           )
                                )
        Plaintiffs,             )  CIVIL ACTION FILE
                                )
vs.                             )  NO.:  1:20-cv-5263-MHC
                                )
RED ROOF INNS, INC., FMW        )
RRI NC, LLC, RED ROOF           )
FRANCHISING, LLC, RRI WEST      )
MANAGEMENT, LLC, VARAHI         )
HOTEL, LLC, WESTMONT            )
HOSPITALITY GROUP, INC.,        )
and RRI III, LLC,               )
                                )
        Defendants.             )
_____)
                                )
J.A.                            )
                                )
        Plaintiff,              )  CIVIL ACTION FILE
                                )
vs.                             )  NO.:  1:21-cv-03655-TWT
                                )
RED ROOF INNS, INC., RED        )
ROOF FRANCHISING, LLC, and      )
VARAHI HOTEL, LLC,              )
                                )
        Defendants.             )
_____)




                CONTAINS CONFIDENTIAL PORTION

          VIDEOTAPED DEPOSITION OF MICHELE SARKISIAN

                      October 20, 2021


                                                              1
```

D'Amico & Associates, Inc.
www.DamicoAssociates.com

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, and JANE DOE 4, | |
| Plaintiffs, | CIVIL ACTION FILE |
| vs. | NO.: 1:21-cv-04278-WMR |
| WESTMONT HOSPITALITY GROUP, INC., RED ROOF INNS, INC., FMW RRI NC, LLC, RED ROOF FRANCHISING, LLC, RRI WEST MANAGEMENT, LLC, VARAHI HOTEL, LLC, | |
| Defendants. | |
| E.F. | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO.: 1:20-cv-04373-SDG |
| RED ROOF INNS, INC., RED ROOF FRANCHISING, LLC, HJA ENTERPRISES, INC., SAI NATIONAL HOSPITALITY VENTURES, LLC, | |
| Defendants. | |

CONTAINS CONFIDENTIAL PORTION

VIDEOTAPED DEPOSITION OF MICHELE SARKISIAN

October 20, 2021

2

```
 1
 2
 3            Videotaped deposition of MICHELE
 4       SARKISIAN, taken on behalf of the
 5       Plaintiffs, pursuant to the stipulations
 6       contained herein, reading and signing of
 7       the deposition being reserved, in
 8       accordance with the Federal Rules of Civil
 9       Procedure, before Charna S. Perloe,
10       Certified Court Reporter, at 1201 West
11       Peachtree Street, Suite 3900, Atlanta,
12       Georgia, on October 20, 2021, commencing
13       at 1:09 p.m.
14
15
16
17
18
19
20             D'AMICO & ASSOCIATES, INC.
21          Court Reporters & Videoconferencing
22         5855 Sandy Springs Circle, Suite 140
23                Atlanta, Georgia 30328
24                   (770) 645-6111
25               www.DamicoAssociates.com
```

3

```
 1    APPEARANCES:

 2

 3    On behalf of Plaintiffs W.K., E.H., M.M., R.P., M.B.,
      D.P., A.F., C.A., R.K., K.P., and T.H.; Plaintiff J.A.;
 4    Plaintiffs Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe
      4; and Plaintiff E.F.:
 5
          PATRICK J. MCDONOUGH,
 6        JONATHAN S. TONGE,
          Attorneys at Law
 7        Andersen Tate & Carr, P.C.
          1960 Satellite Boulevard
 8        Suite 4000
          Duluth, Georgia 30097
 9        (770) 820-0900
          pmcdonough@atclawfirm.com
10        jtonge@atclawfirm.com

11

12    On behalf of Plaintiffs W.K., E.H., M.M., R.P., M.B.,
      D.P., A.F., C.A., R.K., K.P. and T.H.; Plaintiffs Jane
13    Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4:

14        MICHAEL R. BAUMRIND,
          Attorney at Law
15        Bondurant Mixson & Elmore, LLP
          One Atlantic Center
16        Atlanta, Georgia 30309
          (404) 881-4100
17        baumrind@bmelaw.com

18

19    On behalf of Plaintiff J.A.:

20        E. MICHAEL MORAN,
          Attorney At Law
21        Law & Moran
          563 Spring Street, NW
22        Atlanta, Georgia  30308
          (404) 814-3700
23        mike@lawmoran.com

24

25
                                                               8
```

```
 1    APPEARANCES (Continued):

 2
      On behalf of Plaintiff E.F.:
 3
          DAVID HOLMES BOUCHARD,  (via videoconference)
 4        Attorney at Law
          Finch McCranie, LLP
 5        225 Peachtree Street, NE
          1700 South Tower
 6        Atlanta, Georgia 30303
          (404) 658-9070
 7        david@finchmccranie.com

 8

 9    On behalf of Defendants Red Roof Inns, Inc.,
      FMW RRI NC, LLC, Red Roof Franchising, LLC,
10    RRI West Management, LLC, RRI III, LLC, and
      Westmont Hospitality Group, Inc.:
11
          ADMIR "ADI" ALLUSHI,
12        CHARLES K. REED,
          Attorneys at Law
13        Lewis Brisbois Bisgaard & Smith, LLP
          600 Peachtree Street
14        Suite 4700
          Atlanta, Georgia 30308
15        (404) 348-8585
          chuck.reed@lewisbrisbois.com
16        adi.allushi@lewisbrisbois.com

17

18    On behalf of Defendant Varahi Hotel, LLC, and
      Defendant SAI National Hospitality Ventures, LLC:
19
          ELLIOTT C. REAM,
20        Attorney at Law
          Hawkins Parnell & Young, LLP
21        4000 SunTrust Plaza
          303 Peachtree Street, NE
22        Atlanta, Georgia 30308
          (404) 614-7400
23        eream@hpylaw.com

24

25
                                                         9
```

```
 1    APPEARANCES (Continued):

 2

 3    On behalf of Defendant HJA Enterprises, Inc.:

 4        LEAH FOX PARKER,  (via videoconference)
          Attorney at Law
 5        Swift Currie McGhee & Hiers, LLP
          Suite 300, The Peachtree
 6        1355 Peachtree Street, N.E.
          Atlanta, Georgia 30309
 7        (404) 874-8800
          leah.parker@swiftcurrie.com
 8

 9    Videographer:

10        Doneilea Williams

11
      Also Present:
12
          Kristina Iakounina   (via videoconference)
13        Samantha Girschick   (via videoconference)
          Beth Richardson      (via videoconference)
14

15

16

17

18

19

20

21

22

23

24

25
                                                    10
```

1   just like your grandkids and look just like your kids.
2   It's pretty hard not to -- for your heart not to break
3   over what you know is going on.
4           And hospitality ties because it's the primary
5   venue where trafficking takes place.  So through my
6   relationship in hospitality, I learned of ECPAT and
7   asked to go through their training, and Carol Smolenski
8   asked me if I wanted to be on their board because I was
9   so well connected in the industry with the C-level
10  leaders.  And at the time, early days, there was only
11  one major brand that had signed The Code.
12          Am I telling you too much?
13      Q   No.  That's fine.
14      A   Okay -- one major brand that signed The Code,
15  and that was Carlson Rezidor Hotels with Marilyn
16  Carlson Nelson.  And I was so fascinated with her as
17  the senior female leader in the industry, number one,
18  and being such a bold leader about trafficking, and
19  even though her board said they didn't recommend
20  getting that involved in that because of the franchise
21  relationships, she said, "I'm doing it anyway."
22          And then everybody else fell into line.
23  Hilton and Wyndham and, you know, the other brands fell
24  into line, signed The Code and got involved.
25          So that's probably more than you asked.  But,

19

```
 1   that's going on in their hotels because it's a complex
 2   industry.
 3            So I didn't want to go to the franchisee.  I
 4   didn't want to go, you know -- I wanted to go directly
 5   to the top.  And so I asked a friend of mine who was
 6   the chairman of the board, I think, at the time of
 7   American Hotel and Lodging Association, Jim Abramson --
 8   I asked him, because he's a friend, did he know Andrew
 9   Alexander at Red Roof.  He said, "I do."
10            And I said, "Well, I have an issue I would
11   like to talk with him about.  Would you mind connecting
12   me?"  And he said, "Sure," because I didn't think
13   Andrew Alexander would take my call without a warm
14   introduction.  So I asked for a warm introduction.
15            And so I got -- I had no problem getting to
16   him.  And I called him, and I shared with him what I
17   had seen on ATLtrafficking.com regarding trafficking
18   that was going on, Anthony Shivers, who is just an
19   incredibly well known trafficker, particularly in the
20   Southeast.  So I told Mr. Alexander about that.
21            And so he took the information, didn't know
22   that it was going on and asked me where I got the
23   information, and I told him it really didn't matter;
24   now it's his; and, you know, please do something about
25   it.  I told him I'm a brand fan.  I told him that's why
```

24

```
 1              Did you ever get a call or a response back
 2     from Red Roof, and, if so, who --
 3          A    Not from him.
 4          Q    Okay.
 5          A    It was from George Limbert.
 6          Q    Okay.  So tell us about that.
 7          A    I think it was the 8th or so.  It was just a
 8     few days after I spoke with Andy that his CFO called,
 9     and he asked -- his only interest appeared to be where
10     do I get the information.
11          Q    Okay.
12          A    So he asked about that.  I wasn't going to
13     reveal anything more than ATLtrafficking.com.  I mean,
14     he had everything.
15          Q    Okay.  And did you talk to him about it, or he
16     was just asking about the --
17          A    He just asked where I got the information.
18          Q    Okay.
19               (Reporter clarification.)
20     BY MR. MCDONOUGH:
21          Q    Okay.  I want to show you now what's marked as
22     Exhibit 7.
23               (Exhibit E-7 was marked.)
24     BY MR. MCDONOUGH:
25          Q    If you can look at Exhibit 7, and it's got two
```

32

```
                    C E R T I F I C A T E
 1
 2
 3           I hereby certify that the foregoing
      transcript was reported, as stated in the
 4    caption; that the witness was duly sworn
      and elected not to reserve signature in
 5    this matter; that the colloquies, questions
      and answers were reduced to typewriting
 6    under my direction; and that the foregoing
      pages 1 through page 94 represent a true,
 7    correct, and complete record of the
      evidence given.
 8           I further certify that I am not
      disqualified for a relationship of interest
 9    under O.C.G.A. 9-11-28(c); that I am a
      Georgia Certified Court Reporter here as a
10    representative of D'Amico & Associates,
      Inc.; that D'Amico & Associates was
11    contacted by the party taking the
      deposition to provide court reporting
12    services for this deposition; that I will
      not be taking this deposition under any
13    contract that is prohibited by O.C.G.A.
      15-14-37(a) and (b) or Article 7C of the
14    Rules and Regulations of the Board; and by
      the attached disclosure forms I confirm
15    that I/D'Amico & Associates is not a party
      to a contract prohibited by O.C.G.A.
16    15-14-37 or Article 7C of the Rules and
      Regulations of the Board.
17           The above certification is expressly
      withdrawn and denied upon the disassembly
18    or photocopying of the foregoing
      transcript, unless said disassembly or
19    photocopying is done under the auspices of
      D'Amico & Associates, Inc., and the
20    signature and original seal is attached
      thereto.
21           This, the 3rd day of November, 2021.
22
23                         [signature]
24           _____
             CHARNA S. PERLOE
25           Certified Court Reporter A-457.
                                                      94
```