PL Sum. J.

Ex. 030



# Transcript of **Andrew Alexander**

Monday, June 27, 2022

*W.K. v. Red Roof Inns, Inc*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 115938

```
 1
                    IN THE UNTIED STATES DISTRICT COURT
 2                FOR THE NORTHERN DISTRICT OF GEORGIA
                             ATLANTA DIVISION
 3

 4                              CASE NO.:  1:20-cv-5263-MHC

 5   W.K., E.H., M.M., R.P.,
     M.B., D.P., A.F., C.A.,
 6   R.K., K.P., and T.H.,

 7        Plaintiffs,

 8   vs.

 9   RED ROOF INNS, INC., FMW RRI NC,
     LLC, RED ROOF FRANCHISING, LLC,
10   RRI WEST MANAGEMENT, LLC,
     VARAHI HOTEL, LLC, WESTMONT
11   HOSPITALITY GROUP, INC., and RRI
     III, LLC,
12
          Defendants.
13   _____/
14
     VIDEOTAPED
15   DEPOSITION OF:    ANDREW ALEXANDER

16   DATE:             MONDAY, JUNE 27, 2022

17   TIME:             9:53 A.M. - 6:00 P.M.

18   PLACE:            LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
                       401 EAST JACKSON STREET, SUITE 3400
19                     TAMPA, FLORIDA

20   STENOGRAPHICALLY
     REPORTED BY:      LINDY ROMANOFF, COURT REPORTER
21

22

23

24

25
```

```
 1                  A P P E A R A N C E S:

 2   DENISE HOYING
     OF: Law & Moran, Attorneys at Law
 3       563 Spring Street NW
         Atlanta, GA 30308
 4       (844)317-5460
         APPEARING ON BEHALF OF THE PLAINTIFFS
 5
     TIANA S. MYKKELTVEDT
 6   OF: BONDURANT, MIXSON & ELMORE, LLP
         1201 West Peachtree Street N.W., Suite 3900
 7       Atlanta, Georgia 30309
         (404)881-4100 FAX-(404)881-4111
 8       mykkeltvedt@bmelaw.com
         APPEARING ON BEHALF OF THE PLAINTIFFS
 9
     JONATHAN S. TONGE
10   OF: ANDERSEN, TATE, AND CARR, P.C.
         One Sugarloaf Centre
11       1960 Satellite Boulevard, Suite 4000
         Duluth, Georgia 30097
12       (770)822-0900 FAX-(770)822-9680
         jtonge@atclawfirm.com
13       APPEARING ON BEHALF OF THE PLAINTIFFS

14   ADI ALLUSHI
     OF: Lewis Brisbois Bisgaard & Smith, LLP
15       600 Peachtree Street NE, Suite 4700
         Atlanta, GA 30308
16       (404)991-2173 FAX-(404)467-8845
         adi.allushi@lewisbrisbois.com
17       APPEARING ON BEHALF OF THE DEFENDANTS

18   CHRISTIAN NOVAY
     OF: Lewis Brisbois Bisgaard & Smith, LLP
19       550 West Adams Street, Suite 300
         Chicago, IL 60661
20       (312)463-3428 FAX-(312)345-1778
         christian.Novay@lewisbrisbois.com
21       APPEARING ON BEHALF OF DEFENDANTS

22   C. SHANE KEITH, ESQUIRE
     OF: Hawkins Parnell & Young, LLP
23       303 Peachtree Street NE, Suite 4000
         Atlanta, GA, 30308
24       404.614.7464 Fax: 404.614.7500
         skeith@hpylaw.com
25       APPEARING ON BEHALF OF DEFENDANTS
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1    ALSO PRESENT:
 2        Matt Staley, videographer
 3        Nicholas Coletious
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Trustpoint.One | Alderson.    www.trustpoint.one
www.aldersonreporting.com    800.FOR.DEPO
(800.367.3376)

1  for names, but who were the titles of the people who
2  were your direct reports as president of Red Roof Inn?
3      A.   Obviously, that varied over time.  Are you
4  looking for a particular --
5      Q.   No.  Just kind of generally, who are the folks
6  that reported up to you?  Is it --
7      A.   Chief -- chief financial officer, chief
8  marketing officer, and then executive assistant, HR --
9  the vice president -- head of HR, whatever title that
10 was at the time.  Legal, general counsel, our corporate
11 counsel would report to me.  Perhaps the chief -- chief
12 information officer.  I guess that's what we were
13 calling him.  Chief information officer.
14     Q.   Chief operations officer?
15     A.   Chief operations officer; although, they
16 weren't called that.  They were called either executive
17 or senior vice president of operations.
18     Q.   Is that about it?
19     A.   That's about it.
20     Q.   Okay. And I saw an article that talked about
21 that Red Roof had defaulted on its loans back in May of
22 2009 about the time you became president.  So part of --
23 is it fair to say part of your rules and
24 responsibilities as president included sort of managing
25 that turnaround?

```
 1      Q.   And so you have stayed at the Buckhead
 2   property?
 3      A.   Yes.
 4      Q.   Okay.  How many times have you stayed overnight
 5   at Buckhead?  All six of those?
 6      A.   I don't know all six of those were overnight
 7   stays.  I would say four or five, probably.
 8      Q.   And would those stays just have been one-night
 9   overnights?
10      A.   I -- I don't recall if they were all one night
11   but...
12      Q.   Okay.  And we've learned throughout the course
13   of this case that Red Roof has sort of two buckets of
14   hotels.  One are franchise hotels and one are
15   corporately owned or managed hotels; is that correct?
16      A.   Okay.  Yes.
17      Q.   Is that now how you refer to them?
18      A.   Well, I mean, yes, that's true, but there's --
19   even within -- you know, there's -- there's many ways
20   you could segment the hotels that we -- that were
21   franchised or managed, but that's a way to do it.
22      Q.   Okay.
23      A.   Yes.
24      Q.   So we've got -- is one of the reasons that you
25   visited Buckhead more than Smyrna that -- is because
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1     A.    I do.

2     Q.    And if we go to the back of this, it looks like
3  a Google alert that was sent to Dorraine Lallani about
4  the Woburn Red Roof Inn.  Do you recall this?

5     A.    I don't recall this specifically, no.

6     Q.    Okay.  Who is Dorraine Lallani?

7     A.    Dorraine Lallani was asset managemer -- asset
8  manager.  Sorry.

9           MR. NOVAY:  It's getting late.

10 BY MS. MYKKELVEDT:

11    Q.    What assets did she manage?

12    A.    She managed the -- the Red Roof corporately
13 managed assets for the ownership group.

14          MS. HOYING:  I'm sorry.  You said the
15    corporately managed assets?

16          THE WITNESS:  Corporately managed hotels.  Is
17    that helpful?

18          MS. HOYING:  Yeah.  No.  I -- I just didn't --
19    I didn't hear you.

20          THE WITNESS:  Yeah.

21          MS. HOYING:  Okay.  Sorry.

22 BY MS. MYKKELVEDT:

23    Q.    Okay.  And who is the ownership group?

24          MR. ALLUSHI:  Objection.

25          THE WITNESS:  These hotels had different

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1  require them to replace their mattresses.  There's a
2  variety of things that could happen.
3       Q.   Who did you report to when you were president
4  of Red Roof?
5            MR. ALLUSHI:  Objection.  Asked and answered.
6            THE WITNESS:  Mohamed Thowfeek.
7  BY MS. MYKKELVEDT:
8       Q.   How often did you communicate with
9  Mr. Thowfeek?
10      A.   Every couple weeks on the phone.  Email as
11 needed.
12      Q.   Is that because Mr. Thowfeek's office was not
13 in Ohio?
14      A.   Correct.
15      Q.   Was his office at --
16           MR. NOVAY:  Felipe in Houston.
17 BY MS. MYKKELVEDT:
18      Q.   At 5847 San Felipe in Houston?
19      A.   It was on San Felipe in Houston.  Whether
20 that's the exact address, I've lost that recollection.
21 It sounds correct.
22      Q.   Okay.  What was your understanding of -- of --
23 were you reporting to Mr. Thowfeek as a member of Red
24 Roof Inns, Inc.'s board of directors?
25      A.   Oh, in his role?

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1   A.   At least, yes.  Sometimes two days.

2   Q.   Did Mr. Thowfeek also attend these meetings?

3   A.   Rarely.  Sometimes by phone.

4   Q.   I notice that Ms. Lallani's email address is

5   Dorraine.lallani@WHG.com?

6   A.   Uh-huh.

7   Q.   Do you know what the WHG.com stands for?

8   A.   Westmont Hotel Group.

9   Q.   What is Westmont Hotel Group?

10  A.   Westmont Hotel Group is a conglomerate -- a

11  conglomerate that has multiple companies and

12  partnerships primarily related to hotel ownership and

13  operations.

14  Q.   Did you ever work for any company with the name

15  Westmont in it?

16  A.   Well, other than the fact that it's called RRI

17  West Management, no.

18  Q.   Okay.  What is the relationship between RRI

19  West Management and the Westmont Hotel Group?

20       MR. ALLUSHI:  Objection.

21       THE WITNESS:  Relationship.  Well, RRI West

22   Management managed hotels in which they were in a

23   partnership that included them asset managing those

24   same hotels, so the -- the hotels that were managed

25   by RRI West Management were also owned -- they were

Trustpoint.One Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1                MR. ALLUSHI:  Objection.
 2    BY MS. MYKKELVEDT:
 3        Q.   -- correct?
 4        A.   She's -- she's operating in this instance as an
 5    authorized signer.  I wouldn't -- and I'm not sure
 6    that's exactly the same thing.  She, especially in 2011,
 7    was very much on -- you know, had the ability to sign,
 8    because she was not traveling as much as others and was,
 9    you know, available to -- to execute documents of this
10    type.
11        Q.   And so it would be common for her to have done
12    that at that time period?
13        A.   Yes.  For -- you know, in the -- on the
14    financing documents, for example, you would see her sign
15    many of the financing documents because she was --
16        Q.   Okay.
17        A.   -- in town an available.
18        Q.   In town in Ohio?
19        A.   In Houston.
20        Q.   Okay.
21        A.   In Houston.
22        Q.   Did that change over time?
23        A.   Where she was?  No.  She was --
24        Q.   Or her availability to sign contracts?
25        A.   No.
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

 1                    CERTIFICATE OF OATH

 2

 3    STATE OF FLORIDA:

 4    COUNTY OF MANATEE:

 5

 6        I, Lindy Romanoff, Notary Public, State of Florida,

 7    do hereby certify that ANDREW ALEXANDER remotely

 8    appeared before me on June 27, 2022 and was duly sworn

 9    and produced Florida driver's license as identification.

10        Signed this 13th day of July, 2022.

                    _____
                    Lindy Romanoff, Court Reporter

                    Notary Public, State of Florida
                    My Commission No.: HH 000061
                    Expires:  August 14, 2024

Trustpoint.One | Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1                CERTIFICATE OF REPORTER
 2   STATE OF FLORIDA:
 3   COUNTY OF MANATEE:
 4
 5       I, Lindy Romanoff, Notary Public, State of Florida,
 6   certify that I was authorized to and did
 7   stenographically report the deposition of ANDREW
 8   ALEXANDER; that a review of the transcript was
 9   requested; and that the foregoing transcript, pages 5
10   through 243, is a true and accurate record of my
11   stenographic notes.
12       I further certify that I am not a relative,
13   employee, or attorney, or counsel of any of the parties,
14   nor am I a relative or employee of any of the parties'
15   attorneys or counsel connected with the action, nor am I
16   financially interested in the action.
17
18       DATED this 13th day of July, 2022.
19
20
21
22   _____
     Lindy Romanoff, Court Reporter
23
24
25
```