Plaintiffs' Summary Judgment Ex. 32
Intentionally Left Blank