```
 1              IN THE UNITED STATES DISTRICT COURT

 2    FOR THE NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

 3

 4    IN RE MATTER OF:                    )
                                          ) CIVIL ACTION FILE
 5    W.K., E.H., M.M., R.P., M.B.,       ) NO. 1:20-cv-5263-MHC
      D.P., A.F., C.A., R.K., K.P.,       )
 6    and T.H.,                           )
                                          )
 7              Plaintiffs,               )
                                          ) VIDEOTAPED DEPOSITION OF
 8         vs.                            ) WESTMONT HOSPITALITY
                                          ) GROUP, INC., PMK -
 9    RED ROOF INNS, INC., FMW RRI        ) BRIANNE AUSTIN
      NC, LLC, RED ROOF FRANCHISING,)
10    LLC, RRI WEST MANAGEMENT, LLC,)
      VARAHI HOTEL, LLC, WESTMONT         ) SAN DIEGO, CALIFORNIA
11    HOSPITALITY GROUP, INC., and        )
      RRI III, LLC,                       ) TUESDAY, MAY 17, 2022
12                                        )
                Defendants.               )
13    _____)
                                          )
14    JANE DOE 1-4,                       )
                                          ) CIVIL ACTION FILE
15              Plaintiffs,               ) NO. 1:21-cv-4278-WMR
                                          )
16         vs.                            )
                                          )
17    RED ROOF INNS, INC., et al.,        )
                                          )
18              Defendants.               )
      _____)
19

20    Stenographically Reported by:

21    HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR
      Realtime Systems Administrator
22    California CSR License #11600
      Oregon CSR License #21-0005
23    Washington License #21009491
      Nevada CCR License #980
24    Texas CSR License #10725

25    Job No.:  115845
```

**PL Sum. J. Ex. 033**

Trustpoint.One Alderson.  
www.trustpoint.one  
www.aldersonreporting.com  
800.FOR.DEPO  
(800.367.3376)

```
 1                IN THE UNITED STATES DISTRICT COURT

 2   FOR THE NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

 3   IN RE MATTER OF:                 )
                                      ) CIVIL ACTION FILE
 4   W.K., E.H., M.M., R.P., M.B.,    ) NO. 1:20-cv-5263-MHC
     D.P., A.F., C.A., R.K., K.P.,    )
 5   and T.H.,                        )
                                      )
 6            Plaintiffs,             )
                                      ) VIDEOTAPED DEPOSITION OF
 7        vs.                         ) WESTMONT HOSPITALITY
                                      ) GROUP, INC., PMK -
 8   RED ROOF INNS, INC., FMW RRI     ) BRIANNE AUSTIN
     NC, LLC, RED ROOF FRANCHISING,   )
 9   LLC, RRI WEST MANAGEMENT, LLC,   )
     VARAHI HOTEL, LLC, WESTMONT      ) SAN DIEGO, CALIFORNIA
10   HOSPITALITY GROUP, INC., and     )
     RRI III, LLC,                    ) TUESDAY, MAY 17, 2022
11                                    )
              Defendants.             )
12   _____)
                                      )
13   JANE DOE 1-4,                    )
                                      ) CIVIL ACTION FILE
14            Plaintiffs,             ) NO. 1:21-cv-4278-WMR
                                      )
15        vs.                         )
                                      )
16   RED ROOF INNS, INC., et al.,     )
                                      )
17            Defendant.              )
     _____)
18

19           VIDEOTAPED DEPOSITION of WESTMONT HOSPITALITY

20   GROUP, INC., PMK - BRIANNE AUSTIN, taken before Heather

21   J. Bautista, CSR No. 11600, a Certified Shorthand

22   Reporter for the state of California, with principal

23   office in the county of Santa Clara, commencing on

24   Tuesday, May 17, 2022, 9:09 a.m., at 550 W. C Street,

25   Suite 1700, San Diego, California 92101.
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1    APPEARANCES OF COUNSEL:

 2         For Plaintiffs:

 3              Bondurant Mixson & Elmore LLP
                BY:  TIANA S. MYKKELTVEDT, ESQ.
 4                   AMANDA KAY SEALS, ESQ.
                One Atlantic Center
 5              1201 West Peachtree Street NW, Suite 3900
                Atlanta, Georgia 30309
 6              Phone:  (404) 881-4144 / Fax:  (404) 881-4111
                mykkeltvedt@bmelaw.com
 7              seals@bmelaw.com

 8
           For Defendants RED ROOF INNS, INC.; WESTMONT
 9    HOSPITALITY GROUP, INC.; FMW RRI NC, LLC; RRI, LLC; RRI
      WEST MANAGEMENT, LLC; and RED ROOF FRANCHISING, LLC:
10
                Lewis Brisbois Bisgaard & Smith LLP
11               BY:  ADI ALLUSHI, ESQ.
                     LILLIAN HENRY, ESQ. (Remote)
12              Bank of America Plaza
                600 Peachtree Street NE, Suite 4700
13              Atlanta, Georgia 30308
                Phone:  (404) 348-8585 / Fax:  (404) 467-8845
14              adi.allushi@lewisbrisbois.com
                lillian.henry@lewisbrisbois.com
15
                Lewis Brisbois Bisgaard & Smith LLP
16              BY:  CHRISTIAN NOVAY, ESQ.
                550 West Adams Street, Suite 300
17              Chicago, Illinois 60661
                Phone:  (312) 463-3428 / Fax:  (312) 345-1778
18              christian.novay@lewisbrisbois.com


19         For Defendant VARAHI HOTEL:

20              Hawkins Parnell & Young LLP
                BY:  C. SHANE KEITH, ESQ. (Remote)
21              303 Peachtree Street NE, Suite 4000
                Atlanta, Georgia 30308-3243
22              Phone:  (404) 614-7464 / Fax:  (404) 614-7500
                skeith@hpylaw.com
23


24    ALSO PRESENT:  Robert Wallace, Videographer
                     Beth Richardson, Paralegal (Remote)
25
```

1  partnership from," and then it goes on.

2     A.    Um-hum.

3     Q.    Do you see that?

4     A.    I do.

5     Q.    And did you want to take a minute to look
6  through that?

7     A.    No.  Go ahead.

8     Q.    Okay.

9           And then if you turn the page to Westmont 2512,
10 could you read the definition titled "Westmont
11 Hospitality Group," please.

12          MR. ALLUSHI:  Objection.

13          THE WITNESS:  "Westmont Hospitality Group means
14 the group of entities that are owned or controlled
15 directly or indirectly by one or more of Majid Mangalji,
16 Fereed Mangalji, and Moez Mangalji."

17    Q.    (By Ms. Mykkeltvedt)  Thank you.

18          And let's turn a little further back.  It's
19 section -- it says "Page 60" at the bottom,
20 Westmont 2561.  And do you see where -- it's a section
21 about sending notices and consents, and it says:  "If to
22 the general partner, WRRH GEN-PAR, LLC, Care Of Westmont
23 Hospitality Group, 5847 San Felipe, Suite 4650, Houston,
24 Texas 77057."

25          Did I read that correctly?

Trustpoint.One Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1      A.    Yes.
 2      Q.    And is that the same Houston, Texas, address
 3   that we discussed earlier?
 4      A.    It is.
 5      Q.    Okay.
 6            And that's where you went for the Christmas
 7   party; correct?
 8      A.    It is.
 9      Q.    Okay.
10            MR. ALLUSHI:  Objection.
11      Q.    (By Ms. Mykkeltvedt)  If you flip the page to
12   Page 61 where it says:  "If to Westbridge, WRRH Holding,
13   LP, Care Of Westmont Hospitality, 5847 San Felipe, Suite
14   4650, Houston, Texas 77057," is that also the same
15   Houston, Texas, address?
16            MR. ALLUSHI:  Objection.
17            THE WITNESS:  It is.
18      Q.    (By Ms. Mykkeltvedt)  Okay.
19            Let's flip to Page Westmont 2573.  It's a
20   little further back.  I'm sorry.  I wish I could give
21   you more specific direction.  Oh.  You found it.
22            On the left-hand side, on Page Westmont 2572 --
23   oh, no.  Scratch that.
24            Let's flip back to 2569.  Sorry.  I'm all over
25   the place.
```

Trustpoint.One | Alderson.  
www.trustpoint.one  
www.aldersonreporting.com  
800.FOR.DEPO  
(800.367.3376)

1    I, HEATHER J. BAUTISTA, CSR No. 11600, Certified
2    Shorthand Reporter, certify:
3        That the foregoing proceedings were taken before
4    me at the time and place therein set forth, at which
5    time the witness declared under penalty of perjury; that
6    the testimony of the witness and all objections made at
7    the time of the examination were recorded
8    stenographically by me and were thereafter transcribed
9    under my direction and supervision;
10       That the foregoing is a full, true, and correct
11   transcript of my shorthand notes so taken and of the
12   testimony so given;
13       (  ) Reading and signing was requested/offered.
14       (XX) Reading and signing was not requested/offered.
15       (  ) Reading and signing was waived.
16       I further certify that I am not financially
17   interested in the action, and I am not a relative or
18   employee of any attorney of the parties, nor of any of
19   the parties.
20       I declare under penalty of perjury under the laws
21   of California that the foregoing is true and correct.
22
23       Dated:  May 30, 2022
24
25   _____
     HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR 143