PL Sum. J.

Ex. ___034___



# Transcript of **John Park 30(b)(6)**

Thursday, August 25, 2022

*W.K. v. Red Roof Inns, Inc*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 119767

```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE NORTHERN DISTRICT OF GEORGIA
 3                        ATLANTA DIVISION
 4   W.K., E.H., M.M., R.P.,      )
 5   M.B., D.P., A.F., C.A.,      )
 6   R.K., K.P., and T.H. ,       )
 7            Plaintiffs,         )   Civil Action File No.
 8         vs.                    )   1:20-cv-5263-MHC
 9   RED ROOF INNS, INC.,         )   JURY TRIAL DEMANDED
10   FMW RRI NC, LLC, RED ROOF    )   Pursuant to Fed. R.
11   FRANCHISING, LLC, RRI WEST   )   Civ. P. 38
12   MANAGEMENT, LLC, VARAHI      )
13   HOTEL, LLC, WESTMONT         )
14   HOSPITALITY GROUP, INC.,     )
15   and RRI III, LLC,            )
16            Defendants.         )
17   JANE DOE 1-4,                )   Civil Action File No.
18            Plaintiffs,         )   1:21-cv-04278-WMR
19         vs.                    )   JURY TRIAL DEMANDED
20   RED ROOF INNS, INC., et al,)     Pursuant to Fed. R.
21            Defendants.         )   Civ. P. 38
22         ZOOM 30(b)(6) VIDEOCONFERENCE DEPOSITION OF
23                       FMW RRI NC, LLC
24                             BY
25                         JOHN PARK
```

```
 1
 2
 3         ZOOM 30(b)(6) VIDEOCONFERENCE DEPOSITION OF
 4                      FMW RRI NC, LLC
 5                            BY
 6                        JOHN PARK
 7                   (Taken by Plaintiffs)
 8
 9
10                     August 25, 2022
11                        9:04 a.m.
12
13
14
15
16
17      Deposition held via Zoom Videoconference
18
19
20
21
22
23   Reported by:
24   F. Renee Finkley, RPR, RMR, CRR, CLR, CCR-B-2289
25   (Via Videoconference)
```

```
 1   APPEARANCES:
 2
 3   On behalf of the Plaintiffs in the WK matter and the
 4   Jane Doe 1 through 4 matters:
 5        MANOJ S. "SACHIN" VARGHESE, Esq.
 6            (Via Videoconference)
 7        Bondurant, Mixson & Elmore, LLP
 8        1201 West Peachtree Street, N.W.
 9        Suite 3900
10        Atlanta, Georgia 30309
11        (404) 881-4100
12        varghese@bmelaw.com
13
14   On behalf of the defendants Red Roof Inns, Inc., FMW
15   RRI NC, LLC, RRI III, LLC, RRI West Management, LLC
16   and Westmont Hospitality Group, Inc. in the Jane
17   Doe 1 through 4 cases and any cases that Ms. Hoying
18   is appearing on:
19        ADI ALLUSHI, Esq. (Via Videoconference)
20        Lewis Brisbois
21        600 Peachtree Street, N.E.
22        Suite 4700
23        Atlanta, Georgia 30308
24        (404) 991-2173
25        adi.allushi@lewisbrisbois.com
```

```
 1   APPEARANCES (continued):
 2
 3   On behalf of the defendants Red Roof Inns, Inc., FMW
 4   RRI NC, LLC, RRI III, LLC, RRI West Management, LLC
 5   and Westmont Hospitality Group, Inc. in the Jane
 6   Doe 1 through 4 cases and any cases that Ms. Hoying
 7   is appearing on and the WK case:
 8        CHRISTIAN NOVAY, Esq. (Via Videoconference)
 9        Lewis Brisbois
10        600 Peachtree Street, N.E.
11        Suite 4700
12        Atlanta, Georgia 30308
13        (404) 991-2173
14
15   On behalf of Varahi Hotel in the WK, Jane Doe 1
16   through 4, and JA matters:
17        C. SHANE KEITH, Esq. (Via Videoconference)
18        Hawkins Parnell & Young, LLP
19        303 Peachtree Street, NE, Suite 4000
20        Atlanta, GA 30308
21        (404) 614-7464
22        skeith@hpylaw.com
23
24
25
```

```
 1   APPEARANCES (continued):

 2

 3   On behalf of the Plaintiffs in the JA, CP and WR

 4   cases:

 5        DENISE D. HOYING, Esq. (Via Videoconference)

 6        Law & Moran

 7        563 Spring Street, NW

 8        Atlanta, Georgia 30308

 9        (404) 814-3700

10        denise@lawmoran.com

11

12   Also Present:

13        AMY LAGALA (Via Videoconference)

14        Videographer

15

16        NICHOLAS KOLITSOS (Via Videoconference)

17        Corporate counsel for Red Roof Inn

18

19        BETH RICHARDSON (Via Videoconference)

20        Senior Paralegal

21        Bondurant Mixson & Elmore LLP

22

23

24

25
```

```
 1    joint venture between Dune Real Estate Partners and
 2    Westmont, correct?
 3             MR. ALLUSHI:  Objection to form.
 4             THE WITNESS:  Yes.
 5        Q.   (By Mr. Varghese)  And RRI III, LLC owns
 6    the Red Roof Inns location based on Druid Hills Road
 7    in Atlanta, Georgia, correct?
 8             MR. ALLUSHI:  Objection to form.  Are you
 9        asking now?
10        Q.   (By Mr. Varghese)  Mr. Park, has RRI III,
11    LLC owned the Red Roof Inn location located on North
12    Druid Hills Road in Atlanta, Georgia?
13        A.   Again, clarify.  Are you saying owned
14    prior, during the 2010 to 2018?
15        Q.   That's right.  That's the time period I'm
16    interested in.
17        A.   Yes.
18        Q.   Okay.  So from 2010 to 2018, the Red Roof
19    Inn location on North Druid Hills Road was owned by
20    RRI III, LLC?
21        A.   Yes.
22        Q.   And RRI III, LLC leased that hotel
23    location to RRI Opco, LLC, correct?
24        A.   Yes.
25        Q.   Staying with Exhibit 330, Mr. Park,
```



```
 1   ████████████████████████████████████████████
 2   ████████████████████████████████?
 3              MR. ALLUSHI:  Objection to form.
 4              THE WITNESS:  Yes.
 5        Q.    (By Mr. Varghese)  Mr. Park, does Westmont
 6   Investments, LLC control RRI West Management, LLC?
 7              MR. ALLUSHI:  Same, objection to the form.
 8              MR. VARGHESE:  What's the basis for the
 9        objection?
10              MR. ALLUSHI:  I -- I don't know what
11        control is.
12        Q.    (By Mr. Varghese)  Mr. Park, will you
13   describe for me the relationship between Westmont
14   Investments, LLC and RRI West Management, LLC?
15        A.    RRI West Management, LLC is wholly-owned
16   by Westmont Investments, LLC.
17        Q.    Is it controlled by Westmont Investments,
18   LLC?
19              MR. ALLUSHI:  Objection to form and
20        objection to beyond the scope.
21        Q.    (By Mr. Varghese)  Mr. Park, you're the
22   corporate representative today for RRI West
23   Management, LLC, correct?
24        A.    Yes.
25              MR. ALLUSHI:  Objection.  He's not the
```

```
 1      A.    Yes.
 2      Q.    The next document I'd like to look at is
 3  in envelope number 36, and this will be Exhibit 332.
 4            (Exhibit 332 was marked for
 5      identification.)
 6      Q.    (By Mr. Varghese)  Mr. Park, will you
 7  please describe it Exhibit 332 for me?
 8      A.    This is a property management agreement
 9  between Atlanta Druid Hills, which, again, between
10  RRI Opco, LLC and RRI West Management, LLC.
11      Q.    And as we discussed earlier, RRI III, LLC
12  leased the Druid Hills Red Roof location to RRI Opco,
13  correct?
14      A.    Correct.
15      Q.    And then RRI Opco entered into this
16  management agreement with RRI West Management,
17  correct?
18      A.    Correct.
19      Q.    And the agreement is for the management of
20  the Red Roof Inn location on North Druid Hills Road,
21  correct?
22      A.    Yes.
23      Q.    ███████████████████████████████████████
24  ████████████████████████████████████████████████
25  ████████████████████████████████████████████████
```

```
 1              MR. ALLUSHI:  And Sachin, again, I -- I
 2       don't want to interrupt you, but, I mean, we
 3       will stipulate that these documents state
 4       exactly what you're saying.  In the interest of
 5       saving time, if you want us to stipulate that
 6       these documents say that these are officers of
 7       these companies, we -- we would stipulate to
 8       that.
 9              MR. VARGHESE:  Thanks, Adi.  I'm going to
10       ask my questions, but I appreciate it.
11       Q.     (By Mr. Varghese)  Mohamed Thowfeek is an
12   officer of Red Roof Franchising, correct?
13       A.     Yes.
14       Q.     And Dorraine Lallani as well?
15       A.     Yes.
16       Q.     And George Limbert?
17       A.     For LL -- Franchising LLC?
18       Q.     Correct.
19       A.     Yes.
20              MR. ALLUSHI:  I'm going to object to the
21       form there, but go ahead.
22       Q.     (By Mr. Varghese)  Mr. Park, during the
23   period from 2010 to 2018, who are the directors for
24   RRI West Management, LLC?
25       A.     I will need the minutes.  I mean, I will
```

```
 1   need the minutes.
 2        Q.   I -- I would need those, too, and I could
 3   tell you and show you, but I -- I don't think I have
 4   them.  And so I'm asking you as the corporate
 5   representative whether you know who the directors
 6   were during 2010 to 2018?
 7        A.   Again, I don't want to be inaccurate, so
 8   I -- I can't by memory.  I -- I would need to look at
 9   a document.
10        Q.   And you have no document that you prepared
11   for this deposition to assist you with the answer to
12   that question, correct?
13        A.   Yes.
14        Q.   Can you tell me who any of the officers of
15   RRI West Management, LLC are during the relevant time
16   period?
17        A.   Again, I -- I don't want to make a
18   mistake, so -- again, I -- I don't want to presume,
19   Sachin.
20        Q.   No, I -- I understand what you're saying.
21   And -- and to be clear, as the corporate
22   representative for RRI West Management, you're not
23   prepared today to testify as to who any of the
24   officers of the corporation are during the time
25   period, correct?
```



```
 1                MR. NOVAY:  Objection, form.
 2        Mischaracterizes his testimony.
 3        Q.   (By Mr. Varghese)  Mr. Park, will you
 4   identify for me any of the officers of RRI West
 5   Management, LLC from 2010 to 2018?
 6                MR. NOVAY:  He -- I believe he just
 7        testified he would have to refer to documents to
 8        refresh his recollection so he would not make a
 9        mistake.  Isn't that what he just said?
10        Q.   (By Mr. Varghese)  You can answer the
11   question, Mr. Park.
12        A.   That's exactly what I said.  As I said, I
13   cannot -- I don't want to make a mistake.  Hence, I
14   need the documents to answer that question.
15        Q.   Which documents are you referencing?
16        A.   I will need the minutes.
17        Q.   Are those documents you reviewed in
18   preparation for today's deposition?
19        A.   I -- I did -- I can't remember.  Like I
20   said, I've been through a lot of documents, so I
21   do -- I do not know if I've actually reviewed it or
22   not.
23        Q.   I mean, I've never -- I've never seen
24   them, so I'm curious if you have.
25                MR. ALLUSHI:  Well, for the record, we --
```

1    we've produced everything we have, Sachin.  So I
2    mean, you know, obviously he said he doesn't
3    remember if he recalls.  I mean, you know, I
4    know you're not trying to just trap him into
5    saying something; but, I mean, we've produced
6    everything we have.  To the extent that they --
7    we don't have them, we don't have them so --
8         Q.    (By Mr. Varghese)  Does RRI West
9   Management maintain minutes of its corporate
10  meetings, Mr. Park?
11            MR. ALLUSHI:  Objection, beyond the scope.
12       You can answer if you know.
13       Q.    (By Mr. Varghese)  Those are the documents
14  you said you would need to reference to be able to
15  identify for me who the directors and officers are,
16  correct?
17       A.    Yes.
18       Q.    Are there any other documents you can
19  reference to identify the directors and officers of
20  RRI West Management?
21       A.    Not that I -- not that I can think of.
22       Q.    And without a specific document in front
23  of you, you can't identify any officer of RRI West
24  Management, correct?
25            MR. NOVAY:  Objection, form.  You can

```
 1          answer.
 2              THE WITNESS:  Again, I do not want to
 3          guess.
 4     Q.    (By Mr. Varghese)  And so the answer is,
 5   yeah, you will not identify a single officer for RRI
 6   West Management, correct?
 7              MR. NOVAY:  Objection, form.  You can
 8          answer.
 9              THE WITNESS:  Yes.
10     Q.    (By Mr. Varghese)  And you will not
11   identify a single director of RRI West Management,
12   correct?
13     A.    Yes.
14     Q.    You're also here today, Mr. Park, as the
15   corporate representative for FMW RRI NC, LLC,
16   correct?
17     A.    Yes.
18     Q.    Who served as its directors from 2010 to
19   2018, or during that period?
20     A.    Do we have the -- do we have the
21   agreement?
22     Q.    Which agreement are you referencing?
23     A.    I'm talking about the minutes.
24     Q.    I don't have any minutes, but I don't know
25   if -- if you have them.
```



1   Franchising, correct?
2       A.   Yes.
3       Q.   Does Red Roof Inns, Incorporated obtain
4   any revenue derived from those fees?
5       A.   Ultimately, yes.
6       Q.   Franchise locations that are managed by
7   RRI West Management pay a management fee to RRI West,
8   correct?
9       A.   Yes.
10      Q.   And that management fee is derived as a
11  percentage of gross room revenues, correct?
12      A.   Yes.  The calculation is derived by using
13  gross room revenue.
14      Q.   So let's start with -- I won't yell,
15  Varahi, to scare Shane, but let's start with Varahi.
16  Document number 57, which I believe we looked at
17  previously -- I'm sorry, I don't know that we have.
18           MR. ALLUSHI:  Are you looking for the
19      franchise agreement?
20           MR. VARGHESE:  I -- I am, and I don't --
21           MR. ALLUSHI:  333, Sachin.
22           MR. VARGHESE:  Thank you.
23      Q.   (By Mr. Varghese)  And Mr. Park, this is
24  the franchise agreement between Red Roof Franchising
25  and Varahi Hotel, correct?



```
 1      A.    Yes.
 2      Q.    And if you turn to Section 4 of this
 3 agreement, which begins on the page ending in Bates
 4 428.
 5      A.    Yes.
 6      Q.    ████████████████████████████████████
 7 ███████████████████████████████████████
 8      A.    Correct.
 9      Q.    ████████████████████████████████████
10 ████ correct?
11      A.    Yes.
12      Q.    ██████████████
13      A.    Yes.
14      Q.    ████████████████████████████████
15      A.    Yes.
16      Q.    ████████████████████████████████
17      A.    Yes.
18      Q.    ████████████████████
19      A.    Yes.
20      Q.    ████████████████████████████████████
21 ██████████████████████████████████
22 █████████████████████████████████████████████ as
23 ██████████████████████████████████
24      A.    ████████████████████████████████████████
25 ██████████████
```

```
 1           total companies.  That's all that this shows.
 2           Q.    (By Mr. Varghese)  Will you take a look at
 3   the document in envelope number 61, please?  And this
 4   will be Exhibit 339.
 5                 (Exhibit 339 was marked for
 6           identification.)
 7           Q.    (By Mr. Varghese)  Exhibit 339 is a
 8   December 2014 Red Roof Inn franchise operations
 9   executive summary, correct?
10           A.    Correct.
11           Q.    If you turn to the page ending in Bate
12   083, ███████████████████████████████████████
13   ███████████████████████████████
14                 MR. ALLUSHI:  What page did you say,
15           Sachin?
16                 MR. VARGHESE:  083.
17                 THE WITNESS:  ████████████████████████
18   █████████████████████████████████████████████
19   ██████████████
20           Q.    (By Mr. Varghese)  ██████████████████
21   ███████████████████████████████████████████████
22   ███████████████████████████████████████████████
23   ████████████████
24                 MR. ALLUSHI:  Objection, form.
25                 THE WITNESS:  ████████████████████████
```

1      █████████████

2      Q.   (By Mr. Varghese) ████████████████

3 ████████████████████████████████████,

4 c██████

5      A.   ██████████████████████████████.

6      Q.   How much total revenue did Red Roof

7 Franchising obtain from the Smyrna location in FY

8 2012?

9      A.   Are you talking about royalty per se,

10 royalty?

11     Q.   No.  I'm asking about total revenue from

12 all fees.

13     A.   I -- I don't have that information in

14 front of me.  I would need to -- I would need

15 documents.

16     Q.   But that's a report that you could create

17 and produce to the plaintiffs in this case, correct?

18     A.   I -- I would have to look into it.

19     Q.   Red Roof -- does Red Roof Franchising

20 track the payments it receives from each of its

21 franchisees?

22     A.   Yes.

23     Q.   So sitting here today, you're not in a

24 position to identify the total revenue obtained by

25 Red Roof Franchising from either the Smyrna location

```
 1                    D I S C L O S U R E
 2
     STATE OF GEORGIA     )      DEPOSITION OF
 3
     HENRY COUNTY         )      JOHN PARK
 4
 5
            Pursuant to Article 10.B of the Rules and
 6   Regulations of the Board of Court Reporting of the
     Judicial Council of Georgia, I make the following
 7   disclosure:
 8         I am a Georgia Certified Court Reporter.  I am
     here as a representative of TrustPoint Reporting.
 9
            TrustPoint Reporting was contacted by the
10   offices of Bondurant, Mixson & Elmore, LLP to provide
     court reporting services for this deposition.
11   TrustPoint Reporting will not be taking this
     deposition under any contract that is prohibited by
12   O.C.G.A. 9-11-28 (c).
13         TrustPoint Reporting has no contract or
     agreement to provide court reporting services with
14   any party to the case, or any reporter or reporting
     agency from whom a referral might have been made to
15   cover the deposition.
16         TrustPoint Reporting will charge its usual and
     customary rates to all parties in the case, and a
17   financial discount will not be given to any party in
     this litigation.
18
19
20
21
                  F. Renee Finkley, RPR, CRR, CLR
                  Georgia CCR-B-2289
22
23
24
25
```

```
 1                    C E R T I F I C A T E
 2   STATE OF GEORGIA:
     COUNTY OF HENRY:
 3
 4             I, F. Renee Finkley, a Certified Court
     Reporter in and for the State of Georgia, do hereby
 5   Certify:
 6             That prior to being examined, the witness
     named in the foregoing deposition was by me duly
 7   sworn to testify to the truth, the whole truth, and
     nothing but the truth.
 8             That said deposition was taken before me
     at the time and place set forth and was taken down by
 9   me in shorthand and thereafter reduced to
     computerized transcription under my direction and
10   supervision, and I hereby certify the foregoing
     deposition is a full, true and correct transcript of
11   my shorthand notes so taken.
               I further certify that I am not of kin or
12   counsel to the parties in the case, and I am not in
     the regular employ of counsel for any of the said
13   parties, nor am I in any way financially interested
     in the result of said case.
14             IN WITNESS WHEREOF, I have hereunto
     subscribed my name this 25th day of August, 2022.
15
16
17
18
19
                         F. Renee Finkley, RPR, CRR, CLR
20                       Georgia CCR-B-2289
21
22
23
24
25
```