**PL Sum. J. Ex. 035**



# Transcript of **Nha Luan "Vickie" Lam**

Friday, March 11, 2022

*W.K. v. Red Roof Inns, Inc*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 113729

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT Of GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WK, EH, MM, RP, MB, DP, AF, CA, RK, KP, TH, ) ) ) | |
| Plaintiffs, ) | Civil Action No. )1:20-CV-5263-MHC |
| vs. ) ) | |
| RED ROOF INNS, INC., et al. ) ) | |
| Defendants. ) ) | |
| JANE DOES 1-4 ) ) | |
| Plaintiffs, ) | Civil Action No. )1:21-CV-04278-WMR |
| vs. ) ) | |
| RED ROOF INNS, INC., ET AL. ) ) | |
| Defendants. ) | |
| E.F., ) ) | |
| Plaintiff, ) | Civil Action No. )1:20-CV-04373-SDG |
| vs. ) ) | |
| RED ROOF INNS, INC., RED ROOF FRANCHISING, LLC, HJA ENTERPRISES INC., and SAI NATIONAL HOSPITALITY VENTURES, LLC, ) ) ) ) ) ) | |
| Defendants. ) | |
| J.A., ) ) | |
| Plaintiff, ) | Civil Action No. )1:20-CV-03655-TWT |
| vs. ) ) | |
| RED ROOF INNS, INC., RED ROOF FRANCHISING, LLC, and VARAHI HOTEL, LLC, ) ) ) ) | |
| Defendants. ) | |

Trustpoint.One | Alderson  
www.trustpoint.one  
www.aldersonreporting.com  
800.FOR.DEPO  
(800.367.3376)

```
 1
 2        THE VIDEO DEPOSITION UPON ORAL EXAMINATION OF
 3                  NHA LUAN "VICKIE" LAM,
 4   the deponent produced and sworn before me,
 5   Lindsay N. Bola, Notary Public in and for
 6   the County of Hamilton, State of Indiana, taken
 7   on behalf of the plaintiffs, at the office of
 8   Lewis Brisbois Bisgaard & Smith, 50 East 91st
 9   Street, Suite 104, Indianapolis, Marion County,
10   Indiana, on the 11th day of March 2022, commencing
11   at approximately 9:00 a.m., pursuant to the Federal
12   Rules of Civil Procedure and the Georgia Civil
13   Practice Act with written notice as to the time and
14   place.
15
16
17
18
19
20
21
22
23
24
25
```

```
 1

 2                    A P P E A R A N C E S

 3
     ON BEHALF OF THE PLAINTIFFS WK, EH, MM, RP, MB,
 4   DP, AF, CA, RK, KP, TH, JANE DOES 1-4:

 5         Amanda Kay Seals, Esq.
           Juliana Mesa, Esq.
 6         Tiana S. Mykkeltvedt, Esq.
           BONDURANT MIXSON & ELMORE, LLP
 7         1201 West Peachtree Street
           Suite 3900
 8         Atlanta, GA 30309
           seals@bmelaw.com
 9         jmesa@bmelaw.com
           mykkeltved@bmelaw.com
10

11   ON BEHALF OF THE PLAINTIFF J.A.:
     (Appearing via Zoom)
12
           Patrick McDonough, Esq.
13         Jonathan S. Tonge, Esq.
           ANDERSEN TATE & CARR, P.C.
14         1960 Satellite Boulevard
           Suite 4000
15         Duluth, GA 30097
           pmcdonough@atclawfirm.com
16         jtonge@atclawfirm.com

17

18   ON BEHALF OF THE PLAINTIFF E.F.:
     (Appearing via Zoom)
19
           Richard Hendrix, Esq.
20         FINCH MCCRANIE, LLP
           1700 South Tower
21         Atlanta, GA 30303
           rhendrix@finchmccranie.com
22

23

24

25
```

Trustpoint.One | Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1   ON BEHALF OF THE DEFENDANTS RED ROOF INNS, INC.,
     AND RED ROOF FRANCHISING, LLC:
 2
          Adi Allushi, Esq.
 3        LEWIS BRISBOIS BISGAARD @ SMITH
          600 Peachtree Street, NE
 4        Suite 4700
          Atlanta, GA 30308
 5        adi.allushi@lewisbrisbois.com

 6        Christian Novay, Esq.
          LEWIS BRISBOIS BISGAARD & SMITH
 7        550 West Adams Street
          Suite 300
 8        Chicago, IL 60661
          christian.novay@lewisbrisbois.com
 9


10
     ON BEHALF OF THE DEFENDANT SAI NATIONAL HOSPITALITY
11   VENTURES, LLC:

12        Warner S. Fox, Esq.
          Elliott C. Ream, Esq. (appearing via zoom)
13        HAWKINS PARNELL & YOUNG, LLP
          303 Peachtree Street, N.E.
14        Suite 4000
          Atlanta, GA 30308
15        wfox@hyplaw.com
          eream@hpylaw.com
16


17
     ON BEHALF OF THE DEFENDANT HJA ENTERPRISES, INC.
18   d/b/a RED ROOF PLUS & SUITES:
     (Appearing via Zoom)
19
          Ashley D. Alfonso, Esq.
20        SWIFT CURRIE MCGHEE & HIERS, LLP
          1355 Peachtree Street, NE
21        Suite 300
          Atlanta, GA 30309
22        ashley.alfonso@swiftcurrie.com


23


24   ALSO PRESENT:

25        Kelly Haering
```

```
 1      made part of the exhibit.  But rather than
 2      having the witness try to look at an Excel
 3      spreadsheet, we've made the excerpt for her.
 4              MR. ALLUSHI:  Is there anything else
 5      on that drive?
 6              MS. SEALS;  There is, yes.
 7              MR. NOVAY:  That's not the full, but
 8      the --
 9              MR. ALLUSHI:  No.  I'm asking if
10      there's any other exhibits.
11              MS. SEALS:  There are other exhibits
12      that we may introduce as well.
13              MR. ALLUSHI:  Okay.
14              MS. SEALS:  But we'll make that clear
15      for the record.  And to extent there are
16      additional files on that flash drive that we
17      may not introduce as part of the record, in
18      which case we'll ask that you delete those
19      files before we leave today so that the only
20      files that are on the flash drive are files
21      that we have introduced in this deposition.
22  CONTINUED BY MS. SEALS:
23  Q.  So the title of this email, and by that I'm
24      referring to the subject line, I suppose, is
25      "September Mid Month NR."  What do you
```

1      understand that to mean?
2   A. During the time period in September we were
3      requested to respond back to our supervisors,
4      who was Edward Mirza, my supervisor at the
5      time, an update of our poor-performing
6      locations and respond back to our role of what
7      we are -- what were recommendation -- our
8      recommendations.
9   Q. It looks like, and this is for clarity's sake,
10     from September 2016. Were these midmonth NR
11     emails generated every month for some period
12     of time or for any period of time?
13  A. Our vice president of quality sent out
14     midmonth reports of where inns were at the
15     middle of month to send awareness to those
16     that had responsibility over locations to make
17     sure that we wanted to finish the month
18     positive.
19  Q. So to whom would those reports be sent?
20  A. At least, from my knowledge, to the operations
21     directors.
22  Q. So if we look at 18646, the first email in
23     this chain, just from September 16, 2016, it's
24     an email from Edward Mirza, and you testified
25     that he was your supervisor; correct?

Trustpoint.One Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1  A.  Yes.

2  Q.  And he is sending this email to a group of

3      employees that includes you?

4  A.  Uh-huh.

5  Q.  Looking at that group, what do you understand

6      that group of people to be?

7  A.  Those are all team members that reported to

8      Mr. Edward Mirza.

9  Q.  ████████████████████████████████████████

10     ████████████████████████████████████████

11     ████████████████████████████████████████

12     r███████

13 A.  ████████████████████████████████████████

   ████████████████████████████  ████████

   ████████████████████████████████

   ████████████████████████████████

   ████████████  ████████████████████

   ████████████████████████████████

   ████████████████

20 ██ ██████  ████████████████████████  ████

   ████████████████████████████████

   ████████████████████████████████

   ████████████████████  ██████████████

   ████████████████████████████████

   ████████████  ████████████████████

```
 1      ████████████████████████████████████████
 ■      ████████████████████████████████████████
 ■      ████████████████████████████████████████
 ■      █████████████████████████████████████████
 ■         ██████████████████████████████████
 ■      ██████████████████████████████  ███████
 ■      ████████████████████████████████████████
 ■      ███████████████████████████████████
 ■      ██████████████████████████
10   A.  I don't recall this format.  I will recall
11       that the category of "Z - One-Call Resolution"
12       is exactly the reason why I was not as instant
13       to tell you about the $75 fee.
14   Q.  Of course.
15   A.  Because now I'm recalling that there was a
16       time that we instituted where we wanted to
17       respond back to the customer, and that's why
18       that says "One-call resolution."
19   Q.  Tell me about that.  When you say "we," do you
20       mean -- who are you referring to?
21   A.  The guest relations department.  They would
22       respond back to the customer.  If the inns
23       reached a certain threshold of those
24       complaints, they then fell within the one-call
25       resolution list where the guest relations
```

```
 1        would respond on behalf of the franchisee.
 2        They no longer have the opportunity to
 3        respond.
 4            So the customer who experienced the poor
 5        experience was going to get a response back
 6        because that franchisee -- sorry; the customer
 7        doesn't know they stayed at a franchise hotel,
 8        they stayed at a Red Roof, and our brand name
 9        itself was -- that's the reputation.
10   Q.   So I just want to make sure I'm understanding
11        how this all worked.  There was a certain
12        threshold of what?  I mean, how did a
13        franchisee get to a place where they were put
14        in this one-call resolution category?
15   A.   It was number of complaints per 10,000 rooms
16        sold.
17   Q.   Okay.  Complaints as measured how?
18   A.   Through negative responses, through negative
19        complaints, NRs.
20   Q.   NRs to either the guest services email or the
21        guest services 1-800 number?
22   A.   Correct.
23   Q.   Would that include complaints that were
24        submitted other places like Tripadvisor or
25        Google reviews or other things of that nature?
```

1  A.   Towards the end of my time at Red Roof, there
2       was other measurements that were used, were
3       Tripadvisor scores, I believe Google alerts
4       scores, but I cannot confirm for sure. Those
5       were all put into a -- what do you call it --
6       a percentage category. And, I apologize, I
7       just lost my train of thought.
8            The category of guest complaints,
9       Tripadvisor reviews, perhaps another category
10      was used to determine the hotel's performance.
11      So there was an evolution in the 12 years in
12      franchising.
13 Q.   Of course. And so the variables that made up
14      that sort of performance score changed over
15      time?
16 A.   Yes.
17 Q.   But if a franchise fell below a certain score,
18      you're saying that they got placed into this
19      one-call resolution category; is that correct?
20 A.   I'm going to clarify. If they were above the
21      number of complaints, they would fall into the
22      category.
23 Q.   Okay. And so here we have a guest complaint.
24      Would you say that it appears based on the
25      description that it sounds like this was a

Trustpoint.One  Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1         phone call to a Red Roof customer service
 2         line?
 3    A.   I can only believe it to be a phone call
 4         because it says, "The guest stated."  If they
 5         were to write a letter, they would not have
 6         wrote it like that.
 7    Q.   Sure.  This NR report, it was, obviously,
 8         generated midmonthly for some period of time.
 9         Was there also a monthly report?
10    A.   Yes.
11    Q.   And would those monthly reports have been
12         distributed to the same group of people,
13         presumably?
14    A.   At least, yes.
15    Q.   Was there an annual version of the report; do
16         you know?
17    A.   There was a quarterly version of some type,
18         and to assume then the fourth quarter would be
19         the annual report because it would show year
20         to date.
21    Q.   Understood.  So this report, the one that is
22         excerpted and that appeared on Row 453 of the
23         "Negative" tab in this spreadsheet, would it
24         be fair to say that -- I'm reading from the
25         text of the description, "Guest stated that
```

Trustpoint.One Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1   A.   Phil Hugh is our chief development officer,
 2        Dorraine Lallani was our asset -- was the
 3        asset manager.
 4   Q.   The asset manager for whom?
 5   A.   For Red Roof, from my understanding.
 6   Q.   Okay.  And Andy, is that a reference to Andy
 7        Alexander?
 8   A.   Andy Alexander, the president of Red Roof.
 9   Q.   ███████████████████████████████████████
     ███████████████████████████████████████
     ███████████████████████████████████████
     ███████████████████████████████████████
     ███████████████████████████████████████
     ███████████████████████████████████████
16   A.   I believe --
17             MR. ALLUSHI:  Objection.
18   A.   ███████████████████████████████████████
     ███████████████████████████████████████
     ███████████████████████████████████████
     ███████████████████████████████████████
     ███████████████████████████████████████
23   CONTINUED BY MS. SEALS:
24   ███████████████████████████████████████
     ███████████████████████████████████████
```

Trustpoint.One | Alderson.  
www.trustpoint.one  
www.aldersonreporting.com  
800.FOR.DEPO  
(800.367.3376)

```
 1        6:30, 7:00 because it was an end of the day
 2        driving by from another location
 3   Q.   So you mean 8:00 a.m.?
 4   A.   A.m.
 5   Q.   As early as 8:00 a.m. and as late as --
 6   A.   6:30, 7:00.
 7   Q.   Okay.  Did you typically, if you were doing a
 8        visit, stay overnight at a location?
 9   A.   If I was doing a visit, I typically stayed
10        overnight at a location -- at a Red Roof Inn,
11        it may not be particular at that location.
12   Q.   Did you ever stay overnight at the Smyrna
13        location?
14   A.   I never stayed overnight at the Smyrna
15        location.
16   Q.   Why not?
17   A.   Cleanliness, quality.
18   Q.   Do you ever recall seeing at the Smyrna
19        location a sign at the front desk referencing
20        that there were no refunds after 15 minutes?
21   A.   Yes.
22   Q.   What did you understand that to mean?
23             MR. FOX:  Object to form.
24   A.   The front desk wanted a customer to go into
25        the room, take a look, inspect, see if they
```

Trustpoint.One Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1        wanted the room to avoid having to refund the
 2        room.  Some customers stay at hotels, not
 3        particularly specifically to Smyrna, but
 4        hotels that I've overseen, perhaps, take a
 5        shower, change clothes for a party or an
 6        event, and then check out.  They just needed
 7        space.
 8   CONTINUED BY MS. SEALS:
 9   Q.   When you were at the property -- and, granted,
10        it sounds like -- strike that.
11             Did you ever visit the Smyrna property
12        later than eight p.m.?
13   A.   I do not recall later than eight p.m.
14   Q.   When you visited the Smyrna property, did you
15        see -- do you recall ever seeing women
16        loitering at the location?
17   A.   I've never seen women loitering in a location.
18   Q.   Would you say that security needs are
19        different in different locations?
20   A.   Yes.
21   Q.   Would you say that there's a need for greater
22        security where crime is higher?
23             MR. ALLUSHI:  Objection.
24   A.   It depends.
25   CONTINUED BY MS. SEALS:
```

Trustpoint.One Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
1        STATE OF INDIANA      )
                                )   SS:
2        COUNTY OF HAMILTON     )

3

4        I, Lindsay N. Bola, Notary Public in Hamilton
   County, Indiana, do hereby certify that the deponent
5  was by me sworn to tell the truth in the aforementioned
   matter;
6        That the video deposition was taken on behalf of
   the plaintiffs at the time and place heretofore
7  mentioned with counsel present as noted;
         That the video deposition was taken down by means
8  of Stenograph notes, reduced to typewriting under my
   direction and is a true record of the testimony given
9  by said deponent and was thereafter presented to the
   deponent for signature.
10       I do further certify that I am a disinterested
   person in this cause of action; that I am not a
11 relative or attorney of any of the parties  or
   otherwise interested in the event of this action and am
12 not in the employ of the attorneys for the respective
   parties.
13

14       IN WITNESS WHEREOF, I have hereunto set my hand and
   affixed my notarial seal this 28th day of March 2022.
15

16                                    [signature]

17                         _____
                           Lindsay N. Bola, Notary Public
18

19       County of Residence:  Hamilton

20       My Commission Expires:  March 16, 2024

21

22

23

24

25
```