Plaintiffs' Summary Judgment Ex. 37
Intentionally Left Blank