Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
 2                     DISTRICT OF GEORGIA
 3                       ATLANTA DIVISION
 4   C.A., K.P., R.K., AND T.H.,     )
                                     )
 5        Plaintiffs,                )
                                     ) CIVIL ACTION NO.
 6   vs.                             ) 1:21-cv-00957-SDG
                                     )
 7   EXTENDED STAY AMERICA, INC.;    )
     ESA MANAGEMENT, LLC; and HVM,   )
 8   L.L.C.,                         )
                                     )
 9        Defendants.                )
10
11
12       VIDEOTAPED VIDEO TELE-CONFERENCE DEPOSITION OF
13                            C.A.
14                     November 10, 2022
15                        10:25 a.m.
16          Bondurant, Mixson & Elmore, LLP
17              3200 One Atlantic Center
18            1201 West Peachtree Street
19                   Atlanta, Georgia
20       Robin K. Ferrill, CCR-B-1936, RPR
21
22
23
24
25
```

**PL Sum. J. Ex. 039**

Page 2

```
 1               APPEARANCES OF COUNSEL
 2   On behalf of the Plaintiffs
     TIANA S. MYKKELTVEDT, Esquire
 3   MICHAEL R. BAUMRIND, Esquire
     BETH RICHARDSON, Paralegal   (Via Zoom)
 4        BONDURANT, MIXSON & ELMORE, LLP
          1201 West Peachtree Street NW
 5        Suite 3900
          Atlanta, Georgia 30309
 6
 7
     On behalf of the Defendants
 8   PATRICK B. MOORE, Esquire
     SARAH J. UNATIN, Esquire
 9        Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
          3344 Peachtree Road NE
10        Suite 2400
          Atlanta, Georgia 30326
11        404.876.2700
          pmoore@wwhgd.com
12        sunatin@wwhgd.com
13
14   ALSO PRESENT:
15        David Ramirez, Videographer
16
17
18
19
20
21
22
23
24
25
```

1   mom had evicted me and Lenny, Lenora, and took ▓▓▓▓
2   in May.
3             So then I got custody of ▓▓▓▓ every
4   weekend June, July, and here we are in August, and he
5   gets arrested.  And when I knew he wasn't going to
6   get out soon and I knew that my child had been taken
7   from me and I knew that I had my mom right here and
8   my child right here and that was my freeing moment
9   because I knew he wasn't going to get out soon.  So
10  there was no way he could get -- it was just that
11  moment of my -- like I'm out.  My life is changed.
12  My life is different.
13            I think that when you see these messages
14  and everything, I understand it's all -- of course, I
15  wanted -- I wanted it to be what it was.  I wanted
16  it -- I wanted to be the bottom bitch.  I wanted the
17  validation.  I wanted the -- you know.  And it wasn't
18  that.  I was in a very frickin' dark place, and I
19  almost died because he almost killed me because I was
20  paying him with his own money.
21            I mean, my broken nose from Fresh.  Fresh
22  threw me in the wall when I was pregnant, into the
23  wall and I'm nine months pregnant.
24            I mean, I just felt very stuck.  So anyway,
25  my point is when Bagz got arrested and my child was

| | |
|---|---|
| 1 | Bagz didn't do anything to you, did he? |
| 2 |     A.    When I went and did what? |
| 3 |     Q.    When you quit Bagz and went to work with |
| 4 | somebody else, Bagz didn't come after you? |
| 5 |     A.    That's why I usually quit, though, is |
| 6 | because he did something to me. |
| 7 |     Q.    But when you quit, he didn't do anything to |
| 8 | you, correct? |
| 9 |     A.    That's not true. |
| 10 |     Q.    What did he do when you quit the first |
| 11 | time? |
| 12 |     A.    The first time?  I mean, we are going |
| 13 | back -- I can't answer that.  You are going to have |
| 14 | to give me -- let me go back to 2009 because I ran |
| 15 | from him the first time in 2009 and left all my |
| 16 | stuff.  I mean, I had to hide from his girl that was |
| 17 | trying to come pick me up at the college.  I was -- I |
| 18 | had to like hide in the bushes to get away from them. |
| 19 | That was the first time.  I mean, he's always been |
| 20 | abusive.  He made Becca frickin' wipe shit off from |
| 21 | his ass in front of all of us.  I have had a broken |
| 22 | nose.  I've had a broken eardrum.  I have scars right |
| 23 | here that you can see. |
| 24 |     Q.    I thought the nose was from Fresh? |
| 25 |     A.    It was.  But I'm saying it was constantly |

1   being beat up.  And I especially got the worst end of
2   it because for some reason, I wasn't the favored one,
3   or whatever the fuck, ever, you know.
4        Q.   You were constantly getting beat up, is
5   that what you said?
6        A.   I got beat up a lot, yes.
7        Q.   And all the pictures and posts on social
8   media, you never once posted anything about how this
9   life I'm living is also hard and it's dangerous and
10  all that?
11       A.   No, that wasn't trending yet to show the
12  real side of life.
13       Q.   The only thing you ever posted was stacks
14  of money and pictures of you out at restaurants and
15  on rooftop pools; correct?
16       A.   Staged pictures.
17       Q.   Right?
18       A.   Yes, staged pictures that he told me to
19  post with wads of money that he gave me, yes.
20       Q.   And pictures of you out at hotels and
21  restaurants, nightclubs?
22       A.   Anything to make it look good, absolutely.
23       Q.   Well, you went to those places?
24       A.   Of course, I did, in those short dresses
25  and the high heels, and I stayed in that outfit for

Page 311

1       C E R T I F I C A T E

2   STATE OF GEORGIA    )

3                       ) ss.:

4   FULTON COUNTY       )

5

6       I, Robin Ferrill, Certified Court Reporter

7   within the State of Georgia, do hereby certify:

8           That C.A. the witness whose deposition is

9   hereinbefore set forth, was duly sworn by me and that

10  such deposition is a true record of the testimony

11  given by such witness.

12          I further certify that I am not related to

13  any of the parties to this action by blood or

14  marriage; and that I am in no way interested in the

15  outcome of this matter.

16          IN WITNESS WHEREOF, I have hereunto set

17  my hand this 2nd day of December, 2021.

18

19  _____

        *[Signature: Robin Ferrill]*

20          ROBIN K. FERRILL, RPR