PL Sum. J.

Ex. 042



# Transcript of **Michelle Wehrle 30(b)(6)**

Tuesday, August 9, 2022

*W.K. v. Red Roof Inns, Inc*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 119555

```
 1            IN THE UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTRICT OF GEORGIA

 3                      ATLANTA DIVISION

 4    ------------------------------------x

 5    W.K., E.H., M.M., R.P., M.B., D.P., :

 6    A.F., C.A., R.K., K.P., and T.H.,   :

 7              Plaintiffs,               : CIVIL ACTION

 8        vs.                             : FILE NO.

 9    RED ROOF INNS, INC., FMW RRI,       : 1:20-CV-

10    NC, LLC, RED ROOF FRANCHISING, LLC, : 5263-MHC

11    RRI WEST MANAGEMENT, LLC, VARAHI    :

12    HOTEL, LLC, WESTMONT HOSPITALITY,   :

13    ET AL.,                             :

14              Defendants.               :

15    ------------------------------------x

16    JANE DOE 1-4,                       : CIVIL ACTION

17              Plaintiffs,               : FILE NO.:

18        vs.                             : 1:20-CV-

19    RED ROOF INNS, INC., et al.,        : 04278-WMR

20              Defendants.               :

21    ------------------------------------x

22

23    30(b)(6) VIDEOTAPED DEPOSITION OF MICHELLE WEHRLE

24              Tuesday, August 9, 2022

25                      9:05 a.m.
```

1  
2      Videotaped deposition of MICHELLE  
3  WEHRLE, was held remotely via Zoom  
4  videoconference, commencing at 9:05 a.m., on  
5  Tuesday, August 9, 2022, and taken down  
6  stenographically by Elizabeth Mingione, Certified  
7  and Registered Professional Reporter for the State  
8  of Georgia.  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  Job No.:   119557  
24  Pages:   1 - 170  
25

```
 1  A P P E A R A N C E S   O F   C O U N S E L:
 2  ON BEHALF OF PLAINTIFFS:
 3       BONDURANT MIXSON & ELMORE, LLP
 4       BY:  MANOJ S. VARGHESE, ESQUIRE
 5            AMANDA KAY SEALS, ESQUIRE
 6       1201 West Peachtree Street, NW
 7       Suite 3900
 8       Atlanta, Georgia 30309
 9       (404) 881-4102
10       Varghese@bmelaw.com
11       Seals@bmelaw.com
12                    AND
13  ON BEHALF OF PLAINTIFFS, C.P., J.A., and W.R.:
14       LAW & MORAN
15       BY:  DENISE D. HOYING, ESQUIRE
16       563 Spring Street, Northwest
17       Atlanta, Georgia 30308
18       (404) 814-3700
19       Www.LawMoran.com
20
21  ON BEHALF OF DEFENDANTS:
22        LEWIS BRISBOIS BISGAARD & SMITH, LLP
23        BY:  ADI ALLUSHI, ESQUIRE
24        600 Peachtree Street, Northeast
25        Suite 4700
```

```
 1              Atlanta, Georgia 30308
 2              (404) 991-2173
 3              Adi.Allushi@lewisbrisbois.com
 4                    AND
 5  LEWIS BRISBOIS BISGAARD & SMITH, LLP
 6         BY:  CHRISTIAN NOVAY, ESQUIRE
 7         550 West Adams Street, Suite 300
 8         Chicago, Illinois 60661
 9         (312) 463-3428
10         Christian.Novay@lewisbrisbois.com
11                    AND
12  ON BEHALF OF DEFENDANT VARAHI HOTEL, LLC
13         HAWKINS PARNELL & YOUNG LLP
14         BY:  C. SHANE KEITH, ESQUIRE
15         303 Peachtree Street, Northeast
16         Suite 4000
17         Atlanta, Georgia 30308
18         (404) 614-7464
19         Skeith@hpylaw.com
20
21        A L S O   P R E S E N T
22         Nicholas Kolitsos, Esquire
23          Amy LaGala, Videographer
24          Beth Richards, Paralegal
25
```

1    Q.    So you reviewed another entity's
2    training.  Did you actually attend or partake in
3    any training on preventing human trafficking or
4    sex trafficking?
5    A.    Nothing other than the training from
6    American Hotel and Lodging.
7    Q.    And, Ms. Wehrle, do you have any
8    background or experience in preventing human
9    trafficking or sex trafficking?
10   A.    No, I do not.
11   Q.    Are you aware of anyone else at Red
12   Roof at this time that had background or
13   experience in preventing human trafficking or sex
14   trafficking?
15   A.    No, I do not.
16   Q.    I believe you testified earlier that
17   this training presentation was first offered to
18   managers around August of 2014, correct?
19   A.    Yes.
20   Q.    And that was just the managers of
21   corporate locations, correct?
22   A.    It was mandatory for the corporate
23   managers to take this training.  And it was
24   offered as optional for franchise properties to
25   take.

```
 1      Q.   And when was this offered as optional
 2   training to franchise locations?
 3      A.   The same time, August of 2014.
 4      Q.   And then around January of 2015 this
 5   training was offered to employees at corporate
 6   locations, correct?
 7      A.   Yes.
 8      Q.   And was it mandatory for employees at
 9   corporate locations?
10      A.   Yes.
11      Q.   At that time was it also offered to
12   employees of franchise locations?
13      A.   No, it was not.
14      Q.   In August 2014 you said this training
15   was mandatory for managers of all corporate
16   locations.  What steps did Red Roof take to ensure
17   that all managers underwent this training?
18      A.   When the training was given, we would
19   keep track of attendance, and I cross-referenced
20   the attendance list with a list of managers at the
21   company locations.  And if a manager did not
22   attend from a company location, I contacted the
23   vice president of operations, informing them that
24   John Doe from Property One, as an example, did not
25   attend this training.
```



```
 1   learning.
 2       Q.    And who was that?
 3       A.    Her name was Vicky Houston.
 4       Q.    Was this training mandatory for
 5   managers at corporate locations?
 6       A.    Yes.
 7       Q.    Was this training mandatory for
 8   employees at corporate locations?
 9       A.    Yes.
10       Q.    If you'll scroll down to the next page,
11   please.  The first paragraph there says:  This is
12   an extremely important topic that owners, in-level
13   management and employees need to receive training
14   on, correct?
15       A.    Yes.
16       Q.    But this was not mandated for franchise
17   location owners, managers or employees, correct?
18             MR. ALLUSHI:  Objection.
19             MR. NOVAY:  Objection.  Asked and
20   answered.
21       A.    Yes.
22       Q.    And the next sentence says this -- the
23   videos will not be translated into Spanish,
24   correct?
25       A.    Correct.
```



```
 1      Q.    And Red Roof knew that it had staff
 2   members whose primary language was Spanish,
 3   correct?
 4            MR. ALLUSHI:  Objection.
 5            MR. NOVAY:  Objection.
 6      A.    Yes.
 7      Q.    Was this material translated into
 8   Spanish for employees at corporate location?
 9      A.    No.
10      Q.    Did Red Roof track whether owners --
11   strike that.
12            Did Red Roof track whether in-level
13   management reviewed this material with employees
14   that do not understand the English language?
15      A.    I do not know.
16            MR. ALLUSHI:  Objection.
17      A.    I do not know.
18      Q.    Thank you.  How did this training
19   differ from the training presentation that was
20   being utilized prior to this time?
21      A.    In this particular training, there was
22   video of individuals who actually were being
23   trafficked.  So it was providing a real-life
24   example of what they went through, what they were
25   feeling, and how they escaped or left that
```

```
1    UNITED STATES OF AMERICA    )
2                                ss:
3    STATE OF GEORGIA            )
4              I, ELIZABETH MINGIONE, a Certified
5    Court Reporter in and for the State of Georgia, do
6    hereby certify:
7              That the witness whose deposition is
8    hereinbefore set forth was duly sworn, and that
9    the within transcript is a true record of the
10   testimony given by such witness.
11             That said deposition was taken before
12   me at the time and place set forth and was taken
13   down by me in shorthand and thereafter reduced to
14   typewritten transcription under my direction and
15   supervision.
16             I further certify that I am not related
17   to any of the parties to this action by blood or
18   marriage, and that I am in no way interested in
19   the outcome of this matter, financially or
20   otherwise.
21             IN WITNESS WHEREOF, I have hereunto set
22   my hand this 22nd of August, 2022.
23                    _____
24                    Elizabeth Mingione, RPR
25                    Georgia CCR No. 5086-2568-4162-1504
```