PL Sum. J.

Ex. 043



## Transcript of **Vincent Vittatoe**

Tuesday, May 3, 2022

*W.K. v. Red Roof Inns, Inc*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 115457

```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF GEORGIA
                              ATLANTA DIVISION

   WK, EH, MM, RP, MB, DP,     )
   AF, CA, RK, KP, TH,         )
                               )
      Plaintiffs,              )
                               ) CIVIL ACTION FILE
   VS.                         ) NO.: 1:20-CV-05263-MHC
                               )
   RED ROOF INNS, et al.,      )
                               )
      Defendants,              )
                               )
   AND                         )
                               )
   JANE DOES 1-4               )
                               )
      Plaintiffs,              )
                               ) CIVIL ACTION FILE
   VS.                         ) NO.: 1:21-CV-04278-WMR
                               )
   RED ROOF INNS, INC., et     )
   al.,                        )
                               )
      Defendants.              )
```

_____
ORAL AND VIDEOTAPED DEPOSITION OF
VINCENT VITTATOE
MAY 3, 2022
_____

ORAL AND VIDEOTAPED DEPOSITION OF VINCENT VITTATOE, produced as a witness at the instance of the PLAINTIFF, and duly sworn, was taken in the above-styled and numbered cause on the 3rd of May, 2022 from 9:12 a.m. to 2:49 p.m., before STEFANIE ANDREWS, CSR in and for the State of Texas, reported by machine shorthand, at the law offices of Lewis, Brisbois, Bisgaard & Smith, LLP, 2100 Ross Avenue, Suite 2000, Dallas, Texas 75202.

Trustpoint.One | Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1                    A P P E A R A N C E S

 2   FOR THE PLAINTIFFS:

 3        Mr. Manoj S. "Sachin" Varghese
          Ms. Amanda Kay Seals
 4        BONDURANT MIXSON & ELMORE, LLP
          1201 West Peachtree Street NW, Suite 3900
 5        Atlanta, Georgia 30309
          Phone:  (404) 881-4174
 6        E-mail:  Varghese@bmelaw.com
          E-mail:  Seals@bmelaw.com
 7


 8   FOR THE PLAINTIFF JA:

 9        Mr. Jonathan S. Tonge (Via Zoom)
          ANDERSEN TATE & CARR, P.C.
10        1960 Satellite Boulevard, Suite 4000
          Duluth, Georgia 30097
11        E-mail:  Jtonge@atclawfirm.com


12   FOR THE DEFENDANT RED ROOF INNS:

13        Mr. Adi Allushi
          LEWIS BRISBOIS BISGAARD & SMITH
14        600 Peachtree Street, NE, Suite 4700
          Atlanta, Georgia 30308
15        E-mail:  Adi.allushi@lewisbrisbois.com


16        Mr. Christian Novay
          LEWIS BRISBOIS BISGAARD & SMITH
17        550 West Adams Street, Suite 300
          Chicago, Illinois 60661
18        E-mail:  Christian.novay@lewisbrisbois.com


19   FOR THE DEFENDANT SAI NATIONAL HOSPITALITY VENTURES,
     LLC:
20
          Mr. C. Shane Keith
21        HAWKINS PARNELL & YOUNG, LLP
          303 Peachtree Street, NE, Suite 4000
22        Atlanta, Georgia 30308
          Phone:  (404) 614-7464
23        E-mail:  Skeith@hpylaw.com


24   ALSO PRESENT:
          Colin Coughenour, Videographer
25        Beth Richardson, Juliana Mesa
```

Trustpoint.One  Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1    A.   I wasn't aware, but you can find out that
2  there were incidents that had occurred at the
3  properties, yes.
4    Q.   You testified previously that Accor North
5  America was the corporate owner of Motel 6, correct?
6    A.   At the time, yes.
7    Q.   And while you were the security -- the
8  director of security and safety Accor also owned Red
9  Roof Inns, correct?
10           MR. ALLUSHI:  Objection.
11   A.   At which point in time?  They came in at a
12  certain point in time.
13   Q.   Sure.  Accor acquired Red Roof Inns in 1999,
14  correct?
15   A.   Yes, I believe that's correct.  Yes, sir.
16   Q.   And you joined -- or you became the director
17  in 1998, correct?
18   A.   Yes.  No.  1999.
19   Q.   Thank you.
20           So pretty close in time?
21   A.   Yes.
22   Q.   When you became the director, Accor also owned
23  Red Roof Inns?
24           COURT REPORTER:  I'm sorry.  What was the
25  answer?

Trustpoint.One | Alderson.  
www.trustpoint.one  
www.aldersonreporting.com  
800.FOR.DEPO  
(800.367.3376)

```
 1   should be observing and reporting as well, correct?
 2        A.   You -- yes, you would think that he would.
 3        Q.   And then if you'll turn to page 10, item (p)
 4   says ████████████████████████████████████████████████
 5   ███████████████████████████████████████████████?
 6        A.   Yes, sir.
 7        Q.   ████████████████████████████████████████████
 8   ██████████████████████████████████████████?
 9        A.   Yes, sir.
10        Q.   What steps did you take to ensure that a
11   security contractor was upholding its obligations in a
12   services agreement with Red Roof?
13        A.   A lot of the time it was based on conversation
14   with the property in regards to how the security was
15   working out, RDO conversation, or the dialogue with
16   security guard company, and again, if I go to a property
17   and look at the incident reports and see that they don't
18   meet my expectations, then I would have conversation
19   with the security guard companies.
20        Q.   Is it fair to say that to identify issues with
21   security services being provided to Red Roof, Red Roof
22   employees at the location would have to bring that to
23   your attention?
24        A.   Repeat the question.  I'm sorry.
25        Q.   Sure.  Would it -- would it be fair to say
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1  me.
2      Q.   Let me rephrase.  Exhibit 196 is a
3  November 29th, 2010, e-mail, correct?
4      A.   November 29th, 2010, yes.
5      Q.   And attached to that e-mail is a safety and
6  security presentation you prepared, correct?
7           MR. ALLUSHI:  Objection to form.
8      A.   It's a presentation that has my name on it.
9  Again, I've seen differences in this document, so I
10 cannot say that this is the same presentation I put
11 together.
12     Q.   Did you alter your presentation in any way
13 during the three-year period you worked for Red Roof?
14          MR. ALLUSHI:  Objection.
15     A.   I don't remember.
16     Q.   You don't remember making changes?
17     A.   I don't remember -- I don't remember, but I
18 just know as I look through this document here that you
19 just gave me, there's some differences.
20     Q.   When did you stop working for Red Roof Inns?
21     A.   November 19th, before Thanksgiving that year,
22 so I want to say it was the 19th of November.
23     Q.   Okay.  When you stopped working for Red Roof
24 Inns, who assumed your position?
25     A.   I don't know that.  I wasn't there.

Trustpoint.One Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

Page 156

1  STATE OF TEXAS      )

2      I, STEFANIE ANDREWS, Certified Shorthand Reporter

3  in and for the State of Texas, hereby certify to the

4  following:

5      That the witness, VINCENT VITTATOE, was duly sworn

6  by the officer and that the transcript of the oral

7  deposition is a true record of the testimony given by

8  the witness;

9      That the time used by counsel for the parties is as

10  follows:

11      Mr. Manoj S. Varghese - 04 Hours:09 Minutes
        Mr. Adi Allushi - 00 Hours:06 Minutes
12      Mr. C. Shane Keith - 00 Hours:00 Minutes
        Mr. Jonathan S. Tonge - 00 Hours:05 Minutes
13

14      Further, I am not a relative or employee of any

15  attorney of record in this cause, nor am I financially

16  or otherwise interested in the outcome of the action.

17      CERTIFIED by me on this the 16th day of May, 2022.

18

19      _____
        STEFANIE ANDREWS, Texas CSR 5354
20      Expiration Date:  4/30/24

21      Trustpoint Alderson Reporting