**PL Sum. J.**
**Ex.** 044

W.K.

vs.

RED ROOF INNS, INC., FMW RRI NC, LLC, RED ROOF FRANCHISING, LLC, RRI WE

Deposition of:

Tom Mcelroy

July 06, 2022

*Vol 01*



PHIPPS REPORTING

*Raising the Bar!*

```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
_____

W.K., E.H., M.M., R.P., M.B.,
D.P., A.F., C.A., R.K., K.P.,
and T.H.,

         Plaintiffs,

vs.                                NO. 1:20-cv-5263-MHC


RED ROOF INNS, INC., FMW RRI NC,
LLC, RED ROOF FRANCHISING, LLC,
RRI WEST MANAGEMENT, LLC,
VARAHI HOTEL, LLC, WESTMONT
HOSPITALITY GROUP, INC., and
RRI III, LLC,

         Defendants.
_____

JANE DOE 1 - 4,

         Plaintiffs,

vs.                                NO. 1:21-cv-04278-WMR

RED ROOF INNS, INC., et al.

         Defendants.
_____

             VIDEO-RECORDED DEPOSITION OF
                     TOM MCELROY
             Volume 1 - Pages 1 thru 155
               Wednesday, July 6, 2022
                9:07 a.m. - 12:49 p.m.

         Hilton Garden Inn Panama City Airport
            5625 Venture Crossings Boulevard
               Panama City, Florida 32409

               STENOGRAPHICALLY REPORTED BY:
    MICHELLE SMITH, RDR, FPR, LCR, CCR, CLR, CLVS, CDVS
```

```
 1    APPEARANCES:

 2


 3
      ON BEHALF OF THE PLAINTIFFS WK, EH, MM, RP, MB, DP,
 4    AF, CA, RK, KP, TH, JANE DOES 1-4:

 5    BONDURANT, MIXSON & ELMORE, LLP
      1201 West Peachtree Street, N.W., Suite 3900
 6    Atlanta, Georgia 30309
      (404)881-4100
 7    Manoj S. "Sachin" Varghese
      Varghese@bmelaw.com
 8    Amanda Kay Seals, Esq., Via Zoom
      Seals@bmelaw.com
 9


10


11
      ON BEHALF OF THE PLAINTIFF J.A.:
12
      ANDERSEN, TATE & CARR, P.C.
13    One Sugarloaf Centre
      1960 Satellite Boulevard, Suite 4000
14    Duluth, Georgia 30097
      (770)1822-0900
15    Patrick J. McDonough
      Pmcdonough@atclawfirm.com
16    Jonathan S. Tonge, Via Zoom
      Jtonge@atclawfirm.com
17


18


19    ON BEHALF OF THE PLAINTIFF J.A.:

20    LAW & MORAN
      536 Spring Street, NW
21    Atlanta, GA 30308
      404-814-3700
22    Denise D. Hoying, Esq.
      Denise@lawmoran.com
23


24


25
```

Page 3

1  ON BEHALF OF THE DEFENDANTS RED ROOF INNS, INC.;
   FMW RRI NC, LLC; RED ROOF FRANCHISING, LLC; RRI WEST
2  MANAGEMENT, LLC; WESTMONT HOSPITALITY GROUP, INC.,
   AND RRI III, LLC:
3
   LEWIS BRISBOIS BISGAARD & SMITH LLP
4  Bank of America Plaza
   600 Peachtree Street, N.E., Suite 4700
5  Atlanta, Georgia 30308
   (404)348-8585
6  Adi Allushi, Esq.
   Adi.Allushi@lewisbrisbois.com
7  Emma J. Fennelly, Esq.
   Emma.Fennelly@lewisbrisbois.com
8  Christian Novay, Esq.
   Christian.Novay@lewisbrisbois.com
9

10
   ON BEHALF OF THE DEFENDANT SAI NATIONAL HOSPITALITY
11 VENTURES, LLC:
   HAWKINS PARNELL & YOUNG LLP
12 303 Peachtree Street, N.E., Suite 4000
   Atlanta, Georgia 30308-3243
13 (404)614-7400
   C. Shane Keith, Esq.
14 Skeith@hpylaw.com

15
   Also present:
16
   Nicholas Kramer, Legal Videographer
17 Nick Kolitsos, Esq.
   Beth Richardson
18

19

20

21

22

23

24

25

Tom Mcelroy
July 06, 2022

Page 17

```
 1   just said this, when did you begin working for
 2   Red Roof Inns?
 3        A.   December of 2012.
 4        Q.   Thank you.  And you were the director of
 5   safety and security?
 6        A.   Yes, sir.
 7        Q.   And how long were you in that role?
 8        A.   For that period of time from December of
 9   2012 through December of 2013.
10        Q.   Where were you physically located while
11   you were in that role?
12        A.   I worked remote the majority of the time
13   from my home or from the road at various motels.
14   I would go to Red Roof Inns in Columbus, Ohio
15   monthly.
16        Q.   And is that where they were -- the
17   headquarters was?
18        A.   That's correct.
19        Q.   During your time as director of safety
20   and security for Red Roof Inns, was there anyone else
21   that worked in that department?
22        A.   No, sir.
23        Q.   Who did you report to in that role?
24        A.   Initially my direct report was
25   Danielle Willis, who was the vice president of human
```

1  locations?
2       A.  I was.
3       Q.  Did that occur at multiple locations?
4       A.  It did.
5       Q.  Based on your observations in visiting
6  Red Roof locations, did you believe prostitution was
7  widespread across Red Roof Inn hotels?
8           MR. ALLUSHI:  Objection.
9       A.  It was problematic.  Whether it was
10 systemic or not, I don't know because we -- again, I
11 used the location comparison of Druid Hills and
12 Michigan City, Indiana, small little sleepy town
13 located on Lake Michigan, did they have problems,
14 yes, but was it related to prostitution, I don't
15 know, where it was evident in places like Druid Hills
16 or Mobile, Alabama or Houston, Texas or Seattle
17 Sea-Tac Airport, those, you saw it there, you knew
18 what it was.
19 BY MR. VARGHESE:
20      Q.  Would you say you visited multiple
21 Red Roof locations where you thought prostitution was
22 prevalent?
23      A.  Yes.
24      Q.  Are there particular signs that a hotel
25 manager or employee could look for, that you looked

```
 1   for that might indicate prostitution was taking
 2   place?
 3           A.   Sure, yes.
 4           Q.   And what are those signs?
 5           A.   You know, it was checking in, paying by
 6   cash, you would see one man and multiple females,
 7   they would request rooms on the opposite end from the
 8   front desk of the motel.  They would like to have
 9   first-level rooms where the access, they didn't have
10   to go up the stairs or corridors or ride an elevator,
11   those types of things, easy in, easy out.
12           Q.   Are those also potential signs of sex
13   trafficking taking place?
14                MR. ALLUSHI:  Objection.
15           A.   It's a multitude of crimes.  Could be
16   narcotics trafficking, could be sex trafficking, it
17   could be fencing operations.  You just, you know,
18   when you see people standing outside of a guest room
19   for lengthy periods of time, other people coming and
20   going, you know something illegal is taking place
21   there.  What it was, it's anybody's guess.
22   BY MR. VARGHESE:
23           Q.   When signs of prostitution are present,
24   could that indicate that sex trafficking is also
25   taking place?
```

Tom Mcelroy
July 06, 2022

Page 28

```
 1                  MR. KEITH:  Objection.
 2                  MR. ALLUSHI:  Same.
 3            A.    Sure.  I mean that's -- I mean, so what's
 4    the definition of sex trafficking, what's the
 5    definition of prostitution, is it forced, is it
 6    voluntary, is -- you know, I mean it's -- it wasn't
 7    me for to determine if it was sex trafficking or
 8    if it was prostitution, it wasn't -- wasn't my
 9    position.
10    BY MR. VARGHESE:
11            Q.    I'm going to show you what we'll mark as
12    Plaintiff's Exhibit 316.
13                  (Exhibit Number 316 was marked for
14            identification.)
15    BY MR. VARGHESE:
16            Q.    Please review the document and just let
17    me know when you're ready to discuss it.
18                  MR. KEITH:  What was the number?
19                  MR. VARGHESE:  Sixteen.
20                  MR. KEITH:  Sixteen?
21                  MR. VARGHESE:  Uh-huh.
22            A.    Yes, sir.
23    BY MR. VARGHESE:
24            Q.    I would like to start with the e-mail at
25    the bottom of the first page in Exhibit 316, is this
```

1      Q.  You mentioned earlier that you recall two
2   specific responses, and you described one, can you
3   describe the other?
4      A.  Sure, the other was on one of my visits
5   to Columbus I stayed at the Red Roof Inn Columbus
6   East, the general manager made the statement to
7   me, "Tom, you're the only corporate guy who has ever
8   stayed at my hotel."  Why --
9          MR. ALLUSHI:  Objection.
10     A.  -- is that, because of the crime and the
11  issues going on around here.
12  BY MR. VARGHESE:
13     Q.  You testified to this earlier, but in
14  loss prevention while you were at Hilton, there were
15  multiple individuals; is that right?
16     A.  Yes, sir.
17     Q.  And at Red Roof you were a one-man show?
18     A.  That's correct.
19     Q.  What was your budget as safety and
20  security director at Red Roof?
21     A.  I had none, no budget.  All of my travel
22  for instance, was billed back to the individual hotel
23  or end code, was part of their travel expense report
24  procedure.
25     Q.  Are you familiar with what some Red Roof

1   responsible for your lost belongings.
2           My argument is, you can't put a value on the
3   reputation of the operation.  If somebody is parking
4   their vehicle and their vehicle is broken into and
5   they lose their tools or their luggage or whatever
6   the case may be, even though you're not going to
7   write them a check to replace that stuff, you still
8   have the reputation issue.
9   BY MR. VARGHESE:
10          **Q.  Based on your experience, do you believe**
11  **that Red Roof Inns prioritized revenue over safety**
12  **and security?**
13          MR. ALLUSHI:  Objection.
14          A.  Yes.
15  BY MR. VARGHESE:
16          **Q.  From your experience in interacting with**
17  **Mr. Moyer, do you believe he prioritized revenue over**
18  **safety and security?**
19          MR. ALLUSHI:  Objection.
20          A.  Yes.
21  BY MR. VARGHESE:
22          **Q.  Mr. McElroy, why did you leave Red Roof**
23  **Inns in 2013?**
24          MR. ALLUSHI:  Objection.
25          A.  I was asked to leave.

Page 136

1  in one of these documents that I visited 90 hotels,
2  so.
3       Q.   Do you remember when in December of 2012
4  you took the position with Red Roof?
5       A.   When?
6       Q.   The date?
7       A.   Early on, yeah, I'm going to refer to one
8  of these documents it said December 3rd, I think.
9       Q.   Okay.
10      A.   So.
11      Q.   I will just tell you that Varahi is the
12  franchisee that now owns the Smyrna Red Roof.
13      A.   Now owns it.
14      Q.   Now owns it.
15      A.   Yes, sir.
16      Q.   They bought it on December 12th of
17  2012.
18      A.   Okay.
19      Q.   Given that you believe that you started
20  maybe December 3rd, and so December 12th being the
21  cut-off date, do you think that it's likely that you
22  visited?
23      A.   No, it's not likely, no.
24      Q.   And as you said, you had no oversight
25  over franchise -- franchise operations; correct?

| | | |
|---|---|---|
| 1 | A. | That's correct. |
| 2 | Q. | So any reporting that you did would have |
| 3 | been on the company owned side; correct? | |
| 4 | A. | Correct. |
| 5 | Q. | Anybody you reported to would have been |
| 6 | on the company owned side? | |
| 7 | A. | That's correct. |
| 8 | Q. | Any recommendations that you made would |
| 9 | have been on the company owned side? | |
| 10 | A. | That's correct. |
| 11 | Q. | With regard to the franchise operations, |
| 12 | do you know anything about what was mandated top down | |
| 13 | for them for any type of prostitution prevention | |
| 14 | issues? | |
| 15 | A. | No, sir. |
| 16 | Q. | Okay.  I think that you said that the -- |
| 17 | ultimately the responsibility falls to the police to | |
| 18 | determine if it's prostitution or sex trafficking; is | |
| 19 | that right? | |
| 20 | A. | The police or the prosecutors, yes, sir. |
| 21 | Q. | Law enforcement? |
| 22 | A. | Law enforcement. |
| 23 | Q. | Do you believe that there is anything |
| 24 | that equips a front desk worker at a hotel to make | |
| 25 | that determination? | |

Page 153

1          CERTIFICATE OF OATH

2

3   STATE OF FLORIDA      )

4   COUNTY OF BAY         )

5

6       I, Michelle Smith, Notary Public for
    the State of Florida, do hereby certify that
7
    TOM MCELROY personally appeared before me on
8
    July 6, 2022 and was duly sworn.
9
        Witness my hand and seal this 11th day of
10
    July, 2022.
11
        Witness provided driver's license for
12
    identification.
13

14

15
                *Michelle Smith*
16   _____
    Michelle Smith, RDR, FPR, LCR, CCR, CLR, CLVS, CDVS
17  Notary Public, State of Florida
    My Commission No. HH 176065
18  Expires:  09/16/25

19

20

21

22

23

24

25

Page 154

1                    CERTIFICATE OF REPORTER

2     STATE OF FLORIDA          )

3     COUNTY OF BAY             )

4
              I, R. Michelle Smith, Florida Professional
5
      Reporter, Registered Diplomate Reporter, do
6
      hereby certify that I was authorized to and did
7
      stenographically report the video-recorded
8
      deposition of TOM MCELROY; that a review of the
9
      transcript was requested; and that the foregoing
10
      pages, 1 through 152, are a true and complete record
11
      of my stenographic notes.
12
               I FURTHER CERTIFY that I am not a
13
      relative, employee, or attorney, or counsel of any
14
      of the parties, nor am I a relative or employee of
15
      any of the parties' attorney or counsel connected
16
      with the action, nor am I financially interested
17
      in the action.
18
              DATED this 9TH day of July 2022, at
19
      Panama City, Bay County, Florida.
20

21

22
                   *Michelle Smith*
23
      _____
24    Michelle Smith, RDR, FPR, LCR, CCR, CLR, CLVS, CDVS

25    Please attach to the July 6, 2022 deposition of
      TOM MCELROY in the case of W.K. vs. Red Roof Inns,