Plaintiffs' Summary Judgment Ex. 45
Intentionally Left Blank