Plaintiffs' Summary Judgment Ex. 46 Intentionally Left Blank