Plaintiffs' Summary Judgment Ex. 47 Intentionally Left Blank