|  | Count I | Count II | Count III | Count IV | Count V | Count VI | Count VII | Count VIII | Count IX | Count X | Count XI | Count XII |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Georgia RICO, OCGA 16-14-4(a) | Georgia RICO Conspiracy, OCGA 16-14-4(c) | TVPRA, 18 USC 1595 | Negligence | Georgia RICO, OCGA 16-14-4(a) | Georgia RICO Conspiracy, OCGA 16-14-4(c) | TVPRA, 18 USC 1595 | Negligence | Georgia RICO, OCGA 16-14-4(a) | Georgia RICO Conspiracy, OCGA 16-14-4(c) | TVPRA, 18 USC 1595 | Negligence |
|  | Smyrna | Smyrna | Smyrna | Smyrna | Buckhead | Buckhead | Buckhead | Buckhead | Buckhead | Buckhead | Buckhead | Buckhead |
|  | RRI, RRF, Varahi | RRI, RRF, Varahi | Westmont, RRI, FMW, RRF, RRI West, Varahi | Westmont, RRI, FMW, RRF, RRI West, Varahi | Westmont, RRI, RRI III, RRI West, RRF | Westmont, RRI, RRI III, RRI West, RRF | Westmont, RRI, RRI III, RRI West, RRF | Westmont, RRI, RRI III, RRI West, RRF | Westmont, RRI, RRI III, RRI West, RRF | Westmont, RRI, RRI III, RRI West, RRF | Westmont, RRI, RRI III, RRI West, RRF | Westmont, RRI, RRI III, RRI West, RRF |
| WK | X | X | X | X | X | X | X | X |  |  |  |  |
| EH | X | X | X | X |  |  |  |  |  |  |  |  |
| MM | X | X | X | X |  |  |  |  |  |  |  |  |
| RP | X | X | X | X | X | X | X | X |  |  |  |  |
| DP | X | X | X | X |  |  |  |  |  |  |  |  |
| AF |  | X |  |  |  |  |  |  |  |  |  |  |
| CA |  |  |  |  | X | X | X | X |  |  |  |  |
| RK |  |  |  |  | X | X | X | X |  |  |  |  |
| KP |  |  |  |  | X | X | X | X |  |  |  |  |
| TH |  |  |  |  |  |  |  |  | X | X | X | X |
| MB |  | X | X | X |  |  |  |  |  |  |  |  |

**PL Sum. J. Ex. 48**

|  |  | Count I | Count II | Count III | Count IV | Count V | Count VI | Count VII | Count VIII |
|---|---|---|---|---|---|---|---|---|---|
|  |  | Georgia RICO Conspiracy, OCGA 16-14-4(c) | Georgia RICO, OCGA 16-14-4(a) | TVPRA, 18 USC 1595 | Negligence | Georgia RICO, OCGA 16-14-4(c) | Georgia RICO Conspiracy, OCGA 16-14-4(a) | TVPRA, 18 USC 1595 | Negligence |
|  |  | Smyrna | Smyrna | Smryna | Smyrna | Buckhead | Buckhead | Buckhead | Buckhead |
|  |  | Westmont, RRI, Varahi, FMW, RRF, RRI West | Westmont, RRI, Varahi, FMW, RRF, RRI West | Westmont, RRI, FMW, RRF, RRI West, Varahi | Westmont, RRI, FMW, RRF, RRI West, Varahi | Westmont, RRI, RRI III, RRI West, RRF | Westmont, RRI, RRI III, RRI West, RRF | Westmont, RRI, RRI III, RRI West, RRF | Westmont, RRI, RRI III, RRI West, RRF |
| Jane Doe 1 |  | X | X | X | X | X | X | X | X |
| Jane Doe 2 |  | X | X | X | X | X | X | X | X |
| Jane Doe 3 |  | X | X | X | X | X | X | X | X |
| Jane Doe 4 |  | X | X | X | X |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |