**Plaintiffs' Trafficking – Location and Years**
Green = Smyrna; Blue = Buckhead
**Bold** indicates victim was trafficked at both locations.

PL Sum. J. Ex. __49__

| Plaintiff | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| **JD1 (Both, late 2012–Jan. 2017)**[1] | | | | 🟩🟦 | 🟩🟦 | 🟩🟦 | 🟩🟦 | 🟩🟦 | 🟩🟦 | |
| **JD2 (Both Mar. 2013–mid 2014)**[2] | | | | | 🟦 | 🟩🟦 | | | | |
| **JD3 (Both, 2010–early 2012)**[3] | | 🟩🟦 | 🟩🟦 | 🟩🟦 | | | | | | |
| JD4 (Smyrna, Apr. 2011–Apr. 2012)[4] | | | 🟩 | 🟩 | | | | | | |
| RK (Buckhead, 2010–2013)[5] | | 🟦 | 🟦 | 🟦 | 🟦 | | | | | |
| TH (Buckhead, 2010–2011)[6] | | 🟦 | 🟦 | | | | | | | |
| KP (Buckhead, 2011–2014)[7] | | | 🟦 | 🟦 | 🟦 | 🟦 | | | | |
| CA (Buckhead, 2009–2014)[8] | 🟦 | 🟦 | 🟦 | 🟦 | 🟦 | 🟦 | | | | |
| MM (Smyrna, 2010–2012)[9] | | 🟩 | 🟩 | 🟩 | | | | | | |
| EH (Smyrna, 2014–2018)[10] | | | | | | 🟩 | 🟩 | 🟩 | 🟩 | 🟩 |
| MB (Smyrna, 2015–2016)[11] | | | | | | | 🟩 | 🟩 | | |
| DP (Smyrna, 2017)[12] | | | | | | | | | 🟩 | |
| **WK (Both, Summer to Dec. 2014)**[13] | | | | | | 🟩🟦 | | | | |
| **RP (Both, 2012–2016)**[14] | | | | 🟩🟦 | 🟩🟦 | 🟩🟦 | 🟩🟦 | 🟩🟦 | | |
| AF (Smyrna, Nov. 2010–end 2011)[15] | | 🟩 | 🟩 | | | | | | | |

---

[1] JD1 Dep. Vol. 1 (Ex. 1) 9:4–10, 9:24–10:4, 14:6–9, 40:22–41:13.

[2] JD2 Dep. Vol. 1 (Ex. 3) 84:24–85:5, 187:2–7, 187:7–189:10, 195:14–23.

[3] JD3 Dep. (Ex. 5) 73:22–74:2, 78:4–8 (Smyrna), 79:1–7 (Buckhead).

[4] JD4 Dep. (Ex. 6) 11:14–17, 12:10–14, 20:13–17, 25:1–11, 103–104, 130–131.

[5] RK Dep. (Ex. 22) 237:7-14, 258:6–13.

[6] TH Dep. (Ex. 23) 20:15–21, 68:4–8; 130:4–18.

[7] KP Dep. (Ex. 16) 9:14–22, 204:6–15.

[8] CA Dep. Vol. 1 (Ex. 20) 35:6-38:10.

[9] MM Dep. (Ex. 25) 55:7–57:17.

[10] EH Dep. (Ex. 8) 258:25–259:7, 261:8–262:15.

[11] MB Dep. (Ex. 9) 136:19–22, 153:17–23.

[12] DP Dep. (Ex. 7) 14:3–7, 64:8–67:24.

[13] WK Dep. (Ex. 11) 124:2–5, 131:18–132:12, 133:2–5.

[14] RP Dep. (Ex. 10) 47:25–50:17 (Smyrna 2012 to April 12, 2016), 84:5–9 (2012 to 2016), 82:7–10, 302:15–20.

[15] AF Dep. (Ex. 24) 236:25–237:5, 180:21–181:2, 226:14–17.