**PL Sum. J. Ex. __50__**

## Cast of Characters

| Name | Title | Hotel | Employer | Dates |
|---|---|---|---|---|
| Alexander, Andrew[1] | General Counsel, President | Corporate | RRI West Management, LLC | August/September 2007 to 2020 (General Counsel)<br><br>May 2009 to 2020 (President) |
| Castille, Forrest[2] | Front desk Representative | Smyrna | Red Roof Inns, Inc. 2008 to 2012<br><br>Varahi, LLC 2012 to 2016 | 2008 to 2016 |
| Cole, Vanessa[3] | Acting General Manager | Corporate<br><br>Smyrna July 2011 to December 2012<br><br>Buckhead 2011 to 2012, floated as general manager | Red Roof Inns, Inc. | September 2009 to January 2016 |
| Connor, Brenda[4] | Housekeeper | Smyrna | Red Roof Inns, Inc. | 2013 to 2016<br><br>2019 for a few months |

---

[1] Alexander Dep. (Ex. 30) 13:5-17:1, 19:9-15.

[2] Castille Dep. (Ex. 19) 17:17–18, 19:20–21, 18:6–25; *see also* Limbert Vol. 1 Dep. (Ex. 31) 143:4–8 (testifying that employees at locations owned and managed by corporate affiliates were Red Roof Inns, Inc. employees); Castille Dep. (Ex. 19) 19:1–12.

[3] Cole Affidavit (Ex. 65) ¶ 4 (Pltf-RRI0005117); Cole Dep. (Ex. 15) 15:21-16:7, 17:25-18:11, 28:10, 31:1.

[4] Connor Dep. (Ex. 40) 10:21-24, 11:6-11, 11:23-12:1, 12:2-6, 12:7-21, 13:13-16.

| Name | Title | Hotel | Employer | Dates |
|---|---|---|---|---|
| Hamilton, Monica Nash[5] | Security Guard | Buckhead | BEST Security | February 2013 to May/June 2016 |
| Lallani, Dorraine | Asset Manager, Westmont Hospitality Management, LLC<br><br>Director, Red Roof Inns, Inc.<br><br>RRI West Management, LLC, Agent (Buckhead) | Corporate<br><br>Buckhead | Westmont Hospitality Management, LLC<br><br>Red Roof Inns, Inc.<br><br>RRI West Management, LLC | |
| Lam, Vickie Lam[6] | Franchise Field Trainer (2008-2009/2010)<br><br>Franchise Operations Director (2010-2012)<br><br>Regional Vice President (2012-2013/2014)<br><br>Vice President of Operations<br><br>Vice President of Franchise Performance | Corporate<br><br>Buckhead (?) | Red Roof Franchising, LLC | 2004 to 2020 |
| Limbert, George[7] | General Counsel, President | Corporate | RRI West Management, LLC (initially) | February 2014 to Present |

---

[5] Hamilton Dep. (Ex. 41) 25:18-26:4, 18: 11-19.

[6] Lam Dep. (Ex. 35) 15:9-20:1, 20:2-16, 25:1-10, 29:7-21.

[7] Limbert Dep. Vol. 1 (Ex. 31) 18:2–22, 25:21–26:12; Limbert Dep. Vol. 2 (Ex. 32) 9:3–5.

| Name | Title | Hotel | Employer | Dates |
|---|---|---|---|---|
|  |  |  | Red Roof Franchising, LLC 2016 to Present |  |
| McElroy, Tom[8] | Security Director | Corporate | Red Roof Inns, Inc. | December 2012-December 2013 |
| Moyer, Jay[9] | Regional Vice President of Operations<br><br>Vice President of Smyrna until it became a franchise in December 2012<br><br>Vice President of Buckhead during relevant time | Corporate<br><br>Smyrna<br><br>Buckhead | Red Roof Inns, Inc. | 2010 to 2020 |
| MacDonald, Marina[10] | Chief Marketing Officer | Corporate | Red Roof Franchising, LLC | Worked for the brand since 2010.<br><br>CMO since 2013 |
| Patel, Bharat "Bob"[11] | Partner/Owner General Manager | Smyrna | Varahi, LLC | 2012 to present |
| Patel, Rita[12] | Head Housekeeper | Smyrna |  | 2012 to present |

---

[8] McElroy Dep. (Ex. 44) 136:24–137:4.

[9] Moyer Dep. (Ex. 18) 19:17-23:1, 22:4–23:1, 26:4-9, 30:10–18, 45:15–22.

[10] MacDonald Dep. Individual (Ex. 36) 13, 30, 57, 59; MacDonald 30(b)(6) Dep. (Ex. 45) 24:7–10.

[11] B. Patel Dep. (Ex. 17) 18:9-19:7, 23:16-24:20, 18:24-19:2, 182:24-183:22.

[12] *See* B. Patel Dep. (Ex. 17) 41:3-8; R. Patel Dep. (Ex. 13) 18:3-5, 22:7-24:17.

| Name | Title | Hotel | Employer | Dates |
|---|---|---|---|---|
| Patel, Rakesh | Family member who assisted at hotel | Smyrna | Global Hotel Group | 2012 to 2014 |
| Stocker, Greg[13] | Director of Safety and Security | Corporate | RRI West Management, LLC (initially) Red Roof Franchising, LLC | May 2017 to present |
| Thomas, Michael[14] | Housekeeping Front Desk Agent Night Audit | Buckhead | Red Roof Inns, Inc. | 2012 |
| Vittatoe, Vince[15] | Security Director | Corporate | Red Roof Inns, Inc. | September 2007 to November 2010 |

---

[13] Stocker Indiv. Dep. (Ex. 28) 19:1–4, 21:4-14.

[14] Thomas Dep. (Ex. 14) 15:22-24; *Id.* 16:8-17:9.

[15] Vittatoe Dep. (Ex. 43) 49:22-50:8, 96:25–97:6, 109:13–20.