# DEFENDANTS' ROLES

PL Sum. J. Ex. __51__

|  | Owner | Manager | Employer of hotel employees | Franchisor |
|---|---|---|---|---|
| **Smyrna** *before* December 14, 2012 | FMW RRI NC, LLC | RRI West Management, LLC | Red Roof Inns, Inc. | Red Roof Franchising, LLC |
| **Smyrna** *after* December 14, 2012 | Varahi, LLC | Varahi, LLC | Varahi, LLC | Red Roof Franchising, LLC |
| **Buckhead** | RRI III, LLC | RRI West Management, LLC | Red Roof Inns, Inc. | Red Roof Franchising, LLC |