# Plaintiffs' Summary Judgment Ex. 52-RRI-FMC Structure Chart

# Provisionally Filed Under Seal