Plaintiffs' Summary Judgment Ex. 53- Red Roof Inns, Inc. Structure Chart

Provisionally Filed Under Seal