# Plaintiffs' Summary Judgment Ex. 54- RRI Dune Structure Chart

# Provisionally Filed Under Seal