# DEKALB COUNTY POLICE DEPARTMENT
## GA0440200
### INCIDENT REPORT

Case #: 13-049572

## EVENT

| Incident Type | Counts | Incident Code | Offense Jurisdiction | Arrest Jurisdiction |
|---|---|---|---|---|
| 16-6-9 (4004) PROSTITUTION 16-6-9 | 1 | 4004 | COUNTY | COUNTY |
| 16-6-10 (4001) KEEPING A PLACE OF PROSTITUTION 16-6-10 | 1 | 4001 | COUNTY | COUNTY |
| 16-6-11 (4002) PIMPING 16-6-11 | 1 | 4002 | COUNTY | COUNTY |

Premise Type: Red Roof Inn
Weapon Type:
Forcible: N
Stranger To Stranger: Y
Hate Motivated: ☐
Loc Code: 191

Date Report: 5/8/2013 7:54:00 PM
Incident Start: 5/8/2013 7:54:00 PM
Incident End: 5/8/2013 8:10:00 PM
Incident Location: 1960 North Druid Hills RD Atlanta GA

## VICTIM

Name (Last, First Middle):
Moniker:
DOB:
Age:
Sex:
Race:
Ethnicity:

Address:
Home #:
Work #:
Cell #:
Email:

SSN:
Resident Status:
HGT:
WGT:
Hair Color:
Hair Style:
Hair Length:
Eye Color:
OLN #:
State:

Occupation:
Employer:
Address:
Employer Phone:

Victim Type:
Student: Yes ☐ No ☐
If Yes, Name of Victim's School:
LEOKA Activity Type:
LEOKA Assignment Type:

Injuries: ☐ None ☐ Minor ☐ Internal ☐ Teeth ☐ Unconscious ☐ Lacerations ☐ Bones ☐ Other
Used: ☐ Drugs ☐ Alcohol ☐ Computer

SMTs:

Relationship To Offenders: (1) (2) (3) (4) (5) (6) (7) (8) (9) (10)

Offenses Involved: (1) (2) (3) (4) (5) (6) (7) (8) (9) (10)

## OFFENDER

Name: Thompson, Mary Denise
Moniker: Michelle
DOB: [redacted]/1994
Age: 18
Sex: F
Race: B
Ethnicity: N

Address: 4545 Greenspring RD College Park GA 30337-
Home Phone: [redacted]
Work Phone:
Cell Phone:
Email:

SSN: [redacted]
Resident Status: RESIDENT
HGT: 505
WGT: 130
Hair Color: BLACK
Hair Style: STRAIGHT
Hair Length: SHORT
Eye Color: BROWN
OLN #:
State:

Occupation: UNKNOWN OR NOT STAT
Employer:
Address:
Employer Phone:

SMTs:

Offenses Involved:
(1) 16-6-10 (4001) KEEPING A PLACE OF PROSTITUTI  4001
(2) 16-6-11 (4002) PIMPING 16-6-11  4002
(3) 16-6-9 (4004) PROSTITUTION 16-6-9  4004
(4)
(5) (6) (7) (8) (9) (10)

WANTED: ☐
WARRANT: ☐
ARREST: ☒
SUSPECT ARMED: U
WEAPON:
Used: ☐ Drugs ☐ Alcohol ☐ Computer

TOTAL NUMBER ARRESTED: 2
ARREST AT OR NEAR OFFENSE SCENE: Yes ☒ No ☐

## PROPERTY

| | STOLEN | RECOVERED |
|---|---|---|
| VEHICLES | $0.00 | $0.00 |
| CURRENCY, NOTES, ETC | $0.00 | $0.00 |
| JEWELRY, PREC. METALS | $0.00 | $0.00 |
| FURS | $0.00 | $0.00 |
| CLOTHING | $0.00 | $0.00 |
| OFFICE EQUIP. | $0.00 | $0.00 |
| TV, RADIO, ETC | $0.00 | $0.00 |
| HOUSEHOLD GOODS | $0.00 | $0.00 |
| FIREARMS | $0.00 | $0.00 |
| CONSUMABLE GOODS | $0.00 | $0.00 |
| LIVESTOCK | $0.00 | $0.00 |
| OTHER | $0.00 | $0.00 |
| TOTAL | $0.00 | $0.00 |

## ADM

GCIC ENTRY: ☐ WARRANT ☐ MISSING PERSONS ☐ VEHICLE ☐ ARTICLE ☐ BOAT ☐ GUN ☐ SECURITIES

## DRUG

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER:
☐ YES ☒ NO
☐ 1 - Amphetamine  ☐ 2 - Barbiturate  ☐ 3 - Cocaine  ☐ 4 - Hallucinogen  ☐ 5 - Heroin
☐ 6 - Marijuana  ☐ 7 - Methamphetamine  ☐ 8 - Opium  ☐ 9 - Synthetic Narcotic  ☐ U - Unknown

## CLEAR

REQUIRED DATA FIELDS FOR CLEARANCE REPORT:
☒ CLEARED BY ARREST  ☐ EXCEPTIONALLY CLEARED  ☐ UNFOUNDED
DATE OF CLEARANCE: 05-08-2013
☒ ADULT  ☐ JUVENILE

REPORTING OFFICER: E MCCOWN
NUMBER: 2722
APPROVING OFFICER:
NUMBER:

PL Sum. J. Ex. 55

Pltf. -RRI0006326

| DEKALB COUNTY POLICE DEPARTMENT<br>GA0440200<br>ADDITIONAL OFFENDERS | | Case #:<br>13-049572 |
|---|---|---|

| Name: Adams, Takeria | Moniker: Ki-Ki | DOB: -1994 | Age: 18 | Sex: F | Race: B | Ethnicity: N |
|---|---|---|---|---|---|---|

Address: 137-90 Northwest 5th AVE Miami FL 33008-
Home Phone: | Work Phone: | Cell Phone: | Email:

| SSN: | Resident Status: RESIDENT | HGT: 504 | WGT: 170 | Hair Color: BLACK | Hair Style: STRAIGHT | Hair Length: SHORT | Eye Color: BROWN | OLN #: | State: |
|---|---|---|---|---|---|---|---|---|---|

Occupation: UNKNOWN OR NOT STATED | Employer: | Address: | Employer Phone:

SMTs:

Offenses Involved:
(1) 16-6-9 (4004) PROSTITUTION 16-6-9     4004     (2)
(3)     (4)
(5)     (6)
(7)     (8)
(9)     (10)

WANTED: [ ]   WARRANT: [ ]   ARREST: [X]   SUSPECT ARMED: U   WEAPON:     Used: [ ] Drugs [ ] Alcohol [ ] Computer

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER
[ ] YES [ ] NO
[ ] 1 - Amphetamine  [ ] 2 - Barbiturate  [ ] 3 - Cocaine  [ ] 4 - Hallucinogen  [ ] 5 - Heroin
[ ] 6 - Marijuana  [ ] 7 - Methamphetamine  [ ] 8 - Opium  [ ] 9 - Synthetic Narcotic  [ ] U - Unknown

---

Name: | Moniker: | DOB: | Age: | Sex: | Race: | Ethnicity:
Address: | Home Phone: | Work Phone: | Cell Phone: | Email:
SSN: | Resident Status: | HGT: | WGT: | Hair Color: | Hair Style: | Hair Length: | Eye Color: | OLN #: | State:
Occupation: | Employer: | Address: | Employer Phone:
SMTs:

Offenses Involved:
(1)     (2)
(3)     (4)
(5)     (6)
(7)     (8)
(9)     (10)

WANTED: [ ]   WARRANT: [ ]   ARREST: [ ]   SUSPECT ARMED:   WEAPON:     Used: [ ] Drugs [ ] Alcohol [ ] Computer

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER
[ ] YES [ ] NO
[ ] 1 - Amphetamine  [ ] 2 - Barbiturate  [X] 3 - Cocaine  [ ] 4 - Hallucinogen  [ ] 5 - Heroin
[ ] 6 - Marijuana  [ ] 7 - Methamphetamine  [ ] 8 - Opium  [ ] 9 - Synthetic Narcotic  [ ] U - Unknown

---

Name: | Moniker: | DOB: | Age: | Sex: | Race: | Ethnicity:
Address: | Home Phone: | Work Phone: | Cell Phone: | Email:
SSN: | Resident Status: | HGT: | WGT: | Hair Color: | Hair Style: | Hair Length: | Eye Color: | OLN #: | State:
Occupation: | Employer: | Address: | Employer Phone:
SMTs:

Offenses Involved:
(1)     (2)
(3)     (4)
(5)     (6)
(7)     (8)
(9)     (10)

WANTED: [ ]   WARRANT: [ ]   ARREST: [ ]   SUSPECT ARMED:   WEAPON:     Used: [ ] Drugs [ ] Alcohol [ ] Computer

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER
[ ] YES [ ] NO
[ ] 1 - Amphetamine  [ ] 2 - Barbiturate  [ ] 3 - Cocaine  [ ] 4 - Hallucinogen  [ ] 5 - Heroin
[ ] 6 - Marijuana  [ ] 7 - Methamphetamine  [ ] 8 - Opium  [ ] 9 - Synthetic Narcotic  [ ] U - Unknown

| DEKALB COUNTY POLICE DEPARTMENT<br>GA0440200<br>NARRATIVE | Case #:<br>13-049572 |
|---|---|
| Officer ID/Name:          Date:          Approving Officer ID/Name: | Date: |

Title:     INITIAL REPORT

On May 8, 2013, at approximately 7:54 p.m., the DeKalb County Police Department's Vice Unit conducted a police operation targeting prostitutes that operate via the internet.

At approximately 6:39 p.m., I called a phone number that was listed on an advertisement on backpage.com. The advertisement was listed in the escort section of the backpage.com. (Prostitutes commonly post advertisements in this section of backpage.com advertising their services.) The advertisement had the title "Your Ultimate Chocolate Fantasy". The female who wrote the ad stated, "I am very fun, sensual, and sinfully sweet!!" The name that was listed on the advertisement was Michelle.

I called "Michelle", later identified to be Ms. Mary Denise Thompson, and asked her if she was available in the upcoming hour. She said that she was. She asked me how long did I want to stay for, and I said an hour. Ms. Thompson responded that an hour of her time would cost one hundred and fifty dollars. I told her that the price was okay with me, and asked her where on North Druid Hills was she located. (Her ad listed her location as North Druid Hills Road and Buford Highway.) She told me that she would text me her address.

Approximately two minutes later, Ms. Thompson text me the address, "1960 North Druid Hills Road". The address that she text me was the address of the Red Roof Inn on North Druid Hills Road.

At 7:45 p.m. I called Ms. Thompson and left her a voice mail message. She called me back and asked me where I was. I told her that I was at the Chevron Gas Station on Buford Highway and North Druid Hills Road. She told me to drive to the back of the Red Roof Inn, and that she was in Room 306. She asked me to call her when I got out of the car.

I parked in the back parking lot of the Red Roof Inn and called Ms. Thompson as I exited the vehicle. I told Ms. Thompson that I was walking up to her room and she said okay.

Ms. Thompson met me at the door, and I hugged her. As I walked in the room, I observed an extra value box of Trojan ENZ condoms. Ms. Thompson asked me if I wanted her thirty minutes or an hour. I asked her, "Do I get 'everything' with an hour?" She said, "Yes, everything except bareback and anal, but full service otherwise." (Ms. Thompson meant that she did not have sex without a condom, and that she did not have anal sex.) I said, "Okay, so head and pussy?" ("Head" is slang terminology for oral sex.) She said, "Yes."

I asked Ms. Thompson, "Do you do anal?" She said, "No, well yes, but it is two hundred dollars, on top of the price for an hour. I have another girl that does anal for one hundred dollars. Do you want me to call her?" I asked her if she was far away, and Ms. Thompson said that she was close. I said, "Call her!"

Ms. Thompson called her friend, and approximately three minutes after her phone call, a black female who went by the alias of "Ki-Ki" appeared. (Ki-Ki was later identified to be Ms. Takenia Adams.)

I told Ms. Adams, "Your friend said that you have a special." Ms. Thompson then said, that I wanted to have anal sex with her for one hundred dollars. Ms. Adams said that she changed the price of her anal sex special to one hundred and twenty dollars. I then asked Ms. Thompson how much she charged for thirty minutes of sex and she said eighty dollars.

I said, "Okay, so two hundred dollars for anal sex with you (nodding at Ms. Adams), and head and pussy with you (nodding at Ms. Thompson). They all agreed, and I gave two hundred dollars from the Official DeKalb County Investigative Fund to Ms. Thompson. ($100 - Serial Number KJ23757274A, $50 - Serial Number JG30274259A, $50 - Serial Number ED28490157A, $50 - Serial Number JF21007503A.)

As I handed the money to Ms. Thompson, I looked at Ms. Adams and nodded, in a non-verbal gesture asking if I could give her money to Ms. Thompson. She nodded her head in the affirmative.

Ms. Thompson put the two hundred dollars in her wallet and took off all of her clothes. Ms. Adams said, "I have to tinkle" and walked into the bathroom. As Ms. Adams went to the bathroom, I asked Ms. Thompson if they could play with each other for a little extra. She said that they would do that for forty dollars extra. I gave Ms. Thompson a fifty dollar bill from the Official DeKalb County Investigative Fund and she put it in her wallet. (Serial Number GA13505808A.)

Ms. Adams came out of the bathroom and took off all of her clothes. Ms. Thompson told Ms. Adams that I wanted them to play with each other and they got on the bed closest to the bathroom. I told them to dance on each other, and they started to dance on each other. Shortly after they started dancing on each other, Vice Detectives came into the room and took them into custody.

It was discovered that the hotel room was rented by Ms. Thompson. Because Ms. Thompson offered to procure a prostitute, Ms. Adams, for me, she was charged with pimping. Ms. Thompson was arrested for prostitution, keeping a place of prostitution, and pimping. (See warrant numbers 13-W-029392, 13-W-029393, and 13-W-029394.) Ms. Adams was arrested for prostitution. (See warrant number 13-W-029395.)