# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Brookhaven Police Department
**ORI:** GA 0447200
**Case#:** 13-001065
**Date / Time Reported:** 09/20/2013  01:16  Fri
**Last Known Secure:** 09/20/2013  01:16  Fri
**At Found:** 09/20/2013  01:16  Fri

## INCIDENT DATA

**Location of Incident:** 1960 N DRUID HILLS RD Apt. 232, Brookhaven GA
**Premise Type:** Hotel/motel/etc.
**Zone/Tract:** B10

**#1 Crime Incident(s):** Information For Officer  (Com)  108
**#2 Crime Incident:**
**#3 Crime Incident:**

## VICTIM

**# of Victims:** 0    **Type:**    **Injury:**    **Domestic:** N

**V1** Victim/Business Name (Last, First, Middle):

## OTHERS INVOLVED

CODES:  V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**Type:** INDIVIDUAL( NON LE)   **Injury:** Possible Internal Injury

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | SHIVERS, ANTHONY D | | /1970  Age 43 | B | M | | Non-Resident | |

**Home Address:** 2355 BAYROSE CIR  EAST POINT, GA 30344

## PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

**PL Sum. J. Ex. 56**

**Officer/ID#:** VARGAS, M.  (0082)
**Invest ID#:** VARGAS, M.  (0082)
**Supervisor:** GOODE, M.  (0073)
**Case Status:** Inactive   02/06/2014
**Case Disposition:**
**Page 1**

## INCIDENT/INVESTIGATION REPORT

*Brookhaven Police Department*

Case # *13-001065*

Status Codes   1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:   *NONE (NO BIAS)*

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 13-001065     *Brookhaven Police Department*

N A R R A T I V E

Information for officers report concerning persons involved in prostitution at Red Roof Inn.

# REPORTING OFFICER NARRATIVE

| Brookhaven Police Department | | OCA 13-001065 |
|---|---|---|
| Victim | Offense *INFORMATION FOR OFFICER* | Date / Time Reported *Fri 09/20/2013 01:16* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

On September 20th, 2013, I decided to attempt to gather some information involving the activity of prostitution along the Buford Highway corridor within the city after having spoken with various officers concerning that issue. In my experience involving previous cases, I`ve learned that a common method used by parties involved in prostitution to meet is by use of internet postings. I got onto a website called backpage.com which is commonly used to advertise services; much like craigslist.com and cityvibe.com. When on this site I navigated to the escorts section for the city of Atlanta and typed in "N. Druid Hills" in the search box. When doing so, a list of posted ads came up and I immediately noticed a person pictured on the first posting. Kristina Latimer is a female that I met after responding to a call approx. 2 weeks prior in which I backed a DeKalb County officer investigating prostitution and narcotics sales in local motels. At that time no charges were placed on Latimer by the DKPD investigator. On her post (which is open to public viewing), Latimer goes by the name of Janet, lists he phone number (            ), but does not make any overt offers of prostitution. I called the listed number and simply asked the female who answered, "Hey how are you doing? Where are you?" to which she replied, "at the Red Roof in on North Druid Hills Rd. by the CVS". I knew this location to be at CVS. The female on the line then asked, "would you like to come see me" to which I responded "yes". I arrived at the location during this very brief conversation and saw the person that I knew to be Kristina Latimer walking in the business corridor alongside a black male. I walked towards Latimer as the and she turned to walk the other way as the male walked in a separate direction and was not seen by me again. Latimer opened the door to room 232 and, at that point, I asked "hey, can I talk to you for a minute?" Latimer then stopped, as I was approx. 30 feet away and said, "yeah but I wasn`t doing nothing". After brief conversation while outside of the room that concentrated on why she was at the motel, Latimer stated that she was not involved in any illegal activity. I asked her if she had or used any illegal substances and she responded that she had not and offered "you can search my room if you want" as she opened the door. I confirmed with Latimer by asking "It`s alright with you if I search your room?" and she stated "yeah, go ahead". At this point Latimer stood at the opened doorway with another officer as I conducted a search of the room. Located in a purse claimed by Latimer was a small 1"x1" green bag. As I picked the baggie up, Latimer stated "Oh my god that isn`t mine, am I going to jail?" There was nothing in the baggie to be tested. No contraband could be located in the room. I again spoke with Latimer who admitted that she has been staying in the room for 2 days. She stated that the room was registered to a male named "Tony" who was later identified by Red Roof employees as Anthony D. Shivers (DOB      -1970). Later, when running Shivers through GCIC and observing his license photo, I immediately recognized him as the male who had walked away earlier. Latimer became emotional and admitted that she received the room from shivers in exchange for sexual favors in the past. Latimer also admitted that she does engage in prostitution but that she has not had any customers on this date. When asked about narcotics activity and Shivers, she first stated that he was not involved in any narcotics activity but later said she has "heard" that Shivers may be involved in narcotics possession and sales. Shivers travels in the North Atlanta area via taxi. Latimer was not charged with any crime on this date but was asked to leave the property per the request of Red Roof Inn employees.

| Reporting Officer: *VARGAS, M.* R_CS3NC | Printed By: PAIGE.MILLER, ORR2   12/18/2020 14:08 | Page 3 |
|---|---|---|

# Incident Report Suspect List

*Brookhaven Police Department*

OCA: *13-001065*

| # | Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|---|
| 1 | *LATIMER, KRISTINA* | | *HOMELESS*<br>*BROOKHAVEN, GA* |

Business Address

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| /1986 | 27 | W | F | | 505 | 185 | BLK | BRO | LGT | |

Scars, Marks, Tattoos, or other distinguishing features
*TATT LFOR ARM / BLACK TRIBAL CROSS*

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel |
| | | | | | | | Mode of Travel |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | | VIN |

Notes                                                        Physical Char