# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Brookhaven Police Department
**ORI:** GA 0447200
**Case#:** 13-001766
**Date / Time Reported:** 10/24/2013 22:21 Thu
**Last Known Secure:** 10/24/2013 19:45 Thu
**At Found:** 10/24/2013 22:12 Thu
**Location of Incident:** 1960 N DRUID HILLS RD, Brookhaven GA 30329-
**Premise Type:** Hotel/motel/etc.
**Zone/Tract:** B10

## INCIDENT DATA

| # | Crime Incident(s) | | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|---|
| #1 | Theft By Receiving Stolen Property 2803 | (Com) | | | | | |
| #2 | Possession Of Controlled Substance Or Marijuana - 16-13-30 | (Com) F | | | | | P |
| #3 | Weapons Violations Offense-other 5299 | (Com) | | | | | |

**MO:**

## VICTIM

**# of Victims:** 1  **Type:** SOCIETY/PUBLIC  **Injury:**  **Domestic:** N

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | Society | 1,2,3, | | | | | | |

**Home Address:**  **Home Phone:**
**Employer Name/Address:**  **Business Phone:**  **Mobile Phone:**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

## OTHERS INVOLVED

CODES:  V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**Type:**  **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Home Address:**  **Home Phone:**
**Employer Name/Address:**  **Business Phone:**  **Mobile Phone:**

**Type:**  **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Home Address:**  **Home Phone:**
**Employer Name/Address:**  **Business Phone:**  **Mobile Phone:**

## PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 20 | 6 | $4,001.20 | | 1 | US CASH | US | |
| 1 | 13 | 6 | $0.00 | | 1 | BARETTA | 40/BARETTA/Px4 Strom | P251196 |
| 1 | 19 | 6 | $0.00 | | 10 | .40 CAL ROUNDS | UNKNOWN | |
| 1 | 19 | 6 | $0.00 | | 1 | BLACK LOPTOP BAG | UNKNOWN | |
| 1 | 07 | 6 | $0.00 | | 1 | APPLE LAPTOP MACPRO | APPLE/Macpro | |
| 1 | 07 | 6 | $0.00 | | 2 | CELLPHONES | UNKNOWN | |
| 1 | 19 | 6 | $0.00 | | 1 | METAL CAN | | |
| | 06 | EVID | $0.00 | | 1 | BLACK/BROWN BELT | | |
| 1 | 36 | 6 | $0.00 | | 1 | RED AND BLACK POWER SAW | | |
| 1 | 07 | 6 | $0.00 | | 1 | APPLE IPAD | APPLE/Ipad | |
| 1 | 07 | 6 | $0.00 | | 1 | MADDEN 25 XBOX GAME | XBOX | |
| 1 | 07 | 6 | $0.00 | | 1 | XBOX BLACK CONTROLLER | XBOX | |

**Officer/ID#:** LACROIX, G. (0098)
**Invest ID#:** (0)
**Supervisor:** GOODE, M. (0073)

## Status

**Complainant Signature:**
**Case Status:** Cleared By Arrest  10/24/2013
**Case Disposition:**
Page 1

R_CS1IBR   Printed By: PAIGE.MILLER, ORR2

**PL Sum. J. Ex. 57**

12/18/2020 15:52

Pltf-RRI0000167

# Incident Report Additional Property List

*Brookhaven Police Department*  OCA: *13-001766*

## Property List (Continued) — Page 2

Status Codes: 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 19 | 6 | $0.00 | | 1 | SLIVER SCALE | | |

# Incident Report Additional Offense List

*Brookhaven Police Department*  OCA: *13-001766*

**Offense List (Continued)** — Page 3

| Counter | Offense Description | Fel/Misd | Statute | Completed/Attempted |
|---|---|---|---|---|
| *# 4* | *WANTED PERSON LOCATED* | | *106* | *Com* |

# INCIDENT/INVESTIGATION REPORT

*Brookhaven Police Department*

Case # *13-001766*

Status Codes   1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | A | 6 | 3.200 | GM | "CRACK" COCAINE | |
| | D | 6 | 78.900 | GM | HEROIN | |
| | P | 6 | 2.000 | DU | 2 WHITE PILLS | |
| | P | 6 | 6.000 | DU | MUSHROOM TYPE SUBSTANCE | |
| | E | 6 | 4.000 | GM | MARIJUANA | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:   *NONE (NO BIAS)*

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 13-001766        *Brookhaven Police Department*

**N A R R A T I V E**

ROBBERY TASK FORCE LOCATED A WANTED PERSON, STOLEN GUN, ILLEGAL DRUGS, AND SEIZED $4,001.20 US CASH AT 1960 N DRUID HILLS RD( RED ROOF INN).

# REPORTING OFFICER NARRATIVE

| Brookhaven Police Department | | OCA 13-001766 |
|---|---|---|
| Victim *Society* | Offense *THEFT BY RECEIVING STOLEN PROPERTY* | Date / Time Reported *Thu 10/24/2013 22:21* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

On 10-24-2013, I responded 1960 N Druid Hills RD ( Red roof Inn)in reference to a suspicious person Officer Latif #1656 and Officer Fikes #1629 were out speaking with. This location has recently been known as a trouble area for illegal drugs and prostitution, where our unit had made several cases over the past weeks. Upon my arrival Officer Latif and Officer Fikes where out with a black male, who was later identified as Mr. Fernado Toribio. A short time later a black male, who was later identified as Mr. Darrick Frazier ,came walking up on us and he stated to Officer Fikes Mr. Toribio was his brother.

While Officer Latif and Officer Fikes were out speaking with the two black males, I went to room #319 and knocked on the door in an attempt to make contact with "Tori". A white female wearing a black top and blue jeans, who was later identified as Ms. Victoria Capland, answered the door. I stated to Ms. Capland is she okay and is there anyone else inside the room. Ms. Capland stated no she is the only one in the room and her boyfriend just walked out the room. Ms. Capland then asked me, if everything is okay and what is going on. I told Ms. Capland everything is okay and I was just checking with her to verify the stories of the two black males because of the conflicting stories Officer Fikes and Officer Latif was receiving from them on this date. Ms. Capland asked if she could step outside and smoke her cigarette, I stated to Ms. Capland yes and do you have a Georgia driver license you can provide me with so I can identify who I was speaking with. Ms. Capland stepped outside and handed me her Georgia driver`s license and started to smoke her cigarette.

An NCIC check of Ms. Capland GA driver`s license came back with, a warrant for her arrest out of Cherokee CO SO for probation violation (shoplifting) Warrant # 10CR0377. The warrant was confirmed by operator J Westbrook out of Cherokee CO SO. Right before I placed Ms. Capland in handcuffs for the warrant, Ms. Capland admitted to me there are illegal drugs inside the room. I asked Ms. Capland how she knew there were illegal drugs inside room #319. Ms. Capland told me she is a Heroin user and the black male, Mr. Darrick Frazier (who walked out the room before I arrived) is her dealer. She advised she met him about seven months ago because she used to deal with his brother "Yak" but he got locked up in Gwinnett County for selling drugs. I then placed her in handcuffs (checked for fit and double locked).

Ms. Capland admitted, she rented the room in her name because Mr. Frazier asked her to. She said he told her his home in Stone Mountain was getting way too hot and he had to sell some place else for a while. Then Ms. Capland said he is not her boyfriend and Mr. Frazier asked her to lie and say that if the cops question her. Ms. Capland told me there is a black laptop bag on the ground on the left side of the bed with illegal drugs inside, Ms. Capland also advised, she had needles in her hand bag and a bottle of methadone prescription with her name on it because she is trying to get off Heroin.

I entered room #319 with Officer Fikes and I located a black laptop bag on the ground on the left side of the bed. Inside the bag we found one red and white can of puncture seal, I tossed the can to Officer Fikes and Ms. Capland`s eyes opened real wide and she followed the can with her head. Officer Fikes checked the can and found the bottom of the can was removable. Officer Fikes removed the bottom of the can and pulled out (2 small bags of suspected Heroin 78.9 grams (2.8oz), 1 small bag of suspected marijuana 4grams, 1 bag of white powdery substance suspected Cocaine 3.2grams) The suspected Heroin and suspected Cocaine were later field tested and both had a positive test for Heroin and Cocaine. Also I found $4,001.20 US( 7-100 dollar bills, 2-50 dollar bills, 158-20 dollar bills, 2-10 dollar bills, 4-5 dollar bills and $1.20 in loose changes) the money was counted by myself and Officer Latif in the presence of Sgt. Silveus #1615 at the scene and placed in an evidence bag. There was also a silver scale and one black Beretta .40 Cal handgun serial# PZ511961 fully loaded with 10 rounds. An NCIC check of the black Beretta came back with, a stolen gun hit out of Dunwoody PD, the stolen gun was confirmed by operator Tomlin out of Dunwoody PD on this date. Once these items were located, Officer Fikes walked to the parking lot where Officer Latif was with Mr. Frazier and Mr. Toribio. Mr. Frazier was placed in handcuffs (checked for fit and double locked). Also inside the black laptop bag; one white Apple IPad, one silver Apple MacBook pro laptop, one black Xbox

| Reporting Officer: *LACROIX, G.* R_CS3NC | Printed By: PAIGE.MILLER, ORR2    12/18/2020 15:52 | Page 5 |
|---|---|---|

Pltf-RRI0000171

**REPORTING OFFICER NARRATIVE**

| Brookhaven Police Department | | OCA<br>*13-001766* |
|---|---|---|
| Victim<br>*Society* | Offense<br>*THEFT BY RECEIVING STOLEN PROPERTY* | Date / Time Reported<br>*Thu 10/24/2013 22:21* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

control, one Xbox Madden 25 video game disc and 2 cell phones.

I also located inside Ms. Capland`s Gray and Black hand bag, 2 small clear bottles, one bottle had two different pills inside, one had a methadone pill which she was prescribed and 2 white oblong pills later identified as Alprazocam 2mg a schedule 2 drug. Ms. Capland did not have a prescription for the Alprazocam . Ms. Capland stated an unknown friend give her the pills on an unknown date. The other bottle was filled approximately 6 mushroom type material. Ms. Capland stated they were "Mushrooms" and Mr. Frazier gave them to her on this date as a gift because she rented the room for him.

Ms. Capland was secured in the back of Officer Latif`s marked patrol vehicle, Officer Latif #1656 transported Ms. Capland to the Dekalb County Jail and released her to the on duty deputies without incident. A hold was placed on Ms. Capland for her warrant out of Cherokee CO SO.

Mr. Frazier was transported by Officer Fikes #1629 to the Dekalb County Jail and released him to the on duty deputies without incident. I placed the Heroin, Cocaine, suspect Marijuana, Mushroom type substance, 2 pills, the cash, and the black handgun into Brookhaven property room in locker #85 and #86. I also placed Mr. Frazier; Apple laptop, IPad, black laptop bag, 2 cell phones and Misc. Items into Brookhaven property room as evidence. Warrants will be obtained for Mr. Frazier and Ms. Capland on the possession of Cocaine, Heroin and Marijuana on a later time on this date.

## Incident Report Suspect List

*Brookhaven Police Department*

OCA: *13-001766*

### 1

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *CAPLAND, VICTORIA MARIE* | | *3329 EMORY DR*<br>*MARIETTA, GA 30062* |

Business Address

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| */1985* | *28* | *W* | *F* | *N* | *505* | *140* | *BLN* | *BLU* | *LGT* | *GA* |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel | |
| | | | | | | Mode of Travel | |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | VIN | |

Notes                                                           Physical Char

### 2

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *FRAZIER, DARRICK OMAR* | | *4958 CLUBGREEN SMT*<br>*STONE MTN, GA 30088* |

Business Address

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| */1974* | *38* | *B* | *M* | *N* | *507* | *180* | *BLK* | *BRO* | *MBR* | *GA* |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel | |
| | | | | | | Mode of Travel | |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | VIN | |

Notes                                                           Physical Char