# INCIDENT/INVESTIGATION REPORT

## INCIDENT DATA

| Field | Value |
|---|---|
| Agency Name | Brookhaven Police Department |
| ORI | GA 0447200 |
| Location of Incident | 1960 N DRUID HILLS RD Apt. 209, Brookhaven GA |
| Premise Type | Hotel/motel/etc. |
| Zone/Tract | B10 |
| Case# | 14-002294 |
| Date / Time Reported | 05/03/2014  23:21  Sat |
| Last Known Secure | 05/03/2014  22:14  Sat |
| At Found | 05/03/2014  23:21  Sat |

**Crime Incident(s):**
- #1 Theft-other Offenses  2399  (Att)
- #2 Obstructing Officer / Criminal Inv.  4802  (Com)
- #3 Crime Incident

## VICTIM

# of Victims: 1  Type: INDIVIDUAL (NON LE)  Injury: None  Domestic: N

| | Victim/Business Name | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | CURTIS, NATALIE ANNE | 1 | /1995  Age 18 | W | F | NON | | |

Home Address: 3381 BLUE JAY DR, Duluth, GA 30096-

## OTHERS INVOLVED

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

Type: INDIVIDUAL (NON LE)   Injury: Possible Internal Injury

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | DAVIS, TYSHEKIA LASHAY | | /1991  Age 22 | B | F | | | |

Home Address: 309 KINGS HWY  DECATUR, GA 30030

## PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Officer/ID#: SILVA, A. (0133)
Invest ID#: MATTHEWS, D. (0078)
Supervisor: WHITTLE, M. (0021)
Case Status: Cleared By Arrest   09/09/2014
Page 1

**PL Sum. J. Ex. 58**

# INCIDENT/INVESTIGATION REPORT

*Brookhaven Police Department*

Case # *14-002294*

Status Codes  1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:   *NONE (NO BIAS)*

# INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 14-002294        *Brookhaven Police Department*

**N A R R A T I V E**

The suspect attempted to take the victims wallet and cell phone. The victim pepper sprayed the suspect then the suspect ran away.

**REPORTING OFFICER NARRATIVE**

| | | OCA |
|---|---|---|
| *Brookhaven Police Department* | | *14-002294* |
| Victim<br>*CURTIS, NATALIE ANNE* | Offense<br>*THEFT-OTHER OFFENSES* | Date / Time Reported<br>*Sat 05/03/2014 23:21* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On 05-03-2014, I responded to an unknown trouble call at the Red Roof Inn located at 1960 North Druid Hills Road.

When I arrived, I walked into the office and asked the employees and the patrons that were inside the office if everything was ok. The victim Natalie Curtis replied "No, someone just tried to rob me". I had her meet me by my patrol car and asked her what happened.

Natalie stated she went to the Red Roof Inn to meet a friend who she barely knows who goes by the name of Amber, and Amber was staying in room 209. Natalie described Amber as a mixed female with bleach blond hair and brown eyes. Natalie stated Amber is a prostitute and when she arrived they both were hanging out in the room for approximately twenty minutes waiting for a male who Amber called "Weedman" was going to drop off some marijuana.

Weedman arrived and hung out with them for a few minutes, then he attempted to grab Natalie`s cell phone and wallet as he told her "That`s what you get for making money". Natalie stated she thinks he was trying to get her debit card but she hides it in her bra. When he attempted to get her wallet and cell phone, she sprayed his face with pepper spray and he threw her wallet, cell phone on the bed. She thought he took her stun gun but I later located it under the bed in the room and it was returned to Natalie, after the suspect was sprayed he ran out of the room and ran towards the exit of the parking lot towards North Druid Hills Road. Natalie described the suspect as a black male, approximately 5 feet 8 inches wearing a black tee shirt with silver dollar symbols on in.

Natalie stated after the suspect left, she pointed the pepper spray at Amber and asked her if she was involved but Amber stated she did not know why the suspect did what he did.

Amber left the location before the police arrived and could not be contacted.

While I was talking to Natalie, a witness stated he saw a male fitting the description running near the car wash on North Druid Hills Road near Buford Highway. The witness stated the male was not wearing a tee shirt.

Officers canvassed the area but could not locate either Amber or the suspect.

I went to the office and attempted to find out any information about the room. The employee stated the room was rented by a female named Tyshekia Davis with an address of 5255 Sweet Air Lane, Stone Mountain GA. The driver`s license number provided at the time of check in was            and she drove a Nissan Sentra.

# Incident Report Suspect List

*Brookhaven Police Department*

OCA: *14-002294*

| # | Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|---|
| 1 | *CARTER, ANTHONY BERNARD* | | *65 CANDLER RD SE*<br>*ATLANTA, GA 30317* |

Business Address

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| */1992* | *22* | *B* | *M* | *N* | *600* | *170* | *BLK* | *BRO* | *MED* | *GA* |

Scars, Marks, Tattoos, or other distinguishing features

*Reported Suspect Detail*

| Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|
| | | | | | | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel |
|---|---|---|---|---|---|---|
| | | | | | | Mode of Travel |

| VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|
| | | | | | |

Notes                                           Physical Char