# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| Agency Name | *Brookhaven Police Department* |
| ORI | *GA 0447200* |
| Case# | *15-007594* |
| Date / Time Reported | *11/24/2015 17:55 Tue* |
| Last Known Secure | *11/24/2015 17:55 Tue* |
| At Found | *11/24/2015 17:55 Tue* |

**Location of Incident:** *1960 N DRUID HILLS RD, Brookhaven GA 30329-*
**Premise Type:** *Hotel/motel/etc.*
**Zone/Tract:** *B10*

## INCIDENT DATA

**#1 Crime Incident(s)** (Com) *Criminal Interfer With Government Property - 16-7-24*
- Weapon / Tools:
- Entry:   Exit:   Security:
- Activity:

**#2 Crime Incident** (Com) *Possess Firearm, Knife During Commission/attempt Crime - 16-11-106* F
- Weapon / Tools:
- Entry:   Exit:   Security:
- Activity: *P*

**#3 Crime Incident** (Com) *Trafficking Cocaine,marijuana,illegal Drugs,methamph - 16-13-31* F
- Weapon / Tools:
- Entry:   Exit:   Security:
- Activity: *P*

## MO

## VICTIM

**# of Victims:** 2   **Type:** SOCIETY/PUBLIC   **Injury:**   **Domestic:** N

**V1** Victim/Business Name: *Society*
- Victim of Crime #: *2,3,4,*
- DOB / Age:
- Race: Sex: Relationship To Offender: Resident Status: Military Branch/Status:
- Home Address:   Home Phone:
- Employer Name/Address:   Business Phone:   Mobile Phone:
- VYR | Make | Model | Style | Color | Lic/Lis | VIN

## OTHERS INVOLVED

CODES: V - Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**Type:** GOVERNMENT   **Injury:** G

**Code V2** Name: *CITY OF BROOKHAVEN*
- Victim of Crime #: *1,*
- Home Address: *2665 BUFORD HWY BROOKHAVEN, GA 30324*

**Type:**   **Injury:**

**Code** Name:
- Home Address:
- Employer Name/Address:

## PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 20 | EVID | $60.00 | | 1 | US CURRENCY 60 | | |
| 1 | 11 | EVID | $0.00 | | 1 | CIGGRILLO | SWISHER/Ciggrilos | |
| 1 | 11 | EVID | $0.00 | | 1 | JB CIGARETTE PAPER | JB/Cigaette Paper | |
| 1 | 20 | EVID | $2,027.00 | | 1 | US CURRENCY 2027 | US GOV/Money | |
| 1 | 19 | EVID | $0.00 | | 1 | LARGE KNIFE S/B | UNKNOWN/Knife | |
| | 77 | EVID | $0.00 | | 1 | CONTAINER W/ SUSP. LIQUID METH | | |
| | 77 | EVID | $0.00 | | 1 | CONTAINER WITH SUSP. LIQUID/SOLID METH | | |
| | 77 | SAFE | $0.00 | | 1 | GREEN FOLDING KNIFE | | |
| 1 | 25 | EVID | $0.00 | | 1 | WALLET | UNKNOWN/Wallet | |
| 1 | 22 | EVID | $0.00 | | 1 | US PERMANENT RESIDENT CARD | US/Card | |
| 1 | 22 | EVID | $0.00 | | 1 | MEXICAN DRIVER`S LICENSE | MEXICO/Driver License | |
| 1 | 22 | EVID | $0.00 | | 1 | TENNESSEE ID AND SS CARD | TENNESSEE/Id Card | |

**Officer/ID#** *LATIF, U. (0104)*
**Invest ID#** *(0)*
**Supervisor** *LEWIS, F. (0201)*

**Status** Complainant Signature   **Case Status** *Cleared By Arrest 09/04/2017*   **Case Disposition:**   Page 1

**PL Sum. J. Ex. 59**

# Incident Report Additional Property List

*Brookhaven Police Department*  OCA: *15-007594*

| | | | Property List (Continued) | | | | | Page 2 |

Status Codes  1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown

| | VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|---|
|    | 1 | 25 | EVID | $0.00 | | 1 | PURSE | UNKNOWN/Purse | |
|    | 1 | 20 | EVID | $500.00 | | 1 | US CURRENCY 500 | US GOV/Money | |
| 15 | 1 | 20 | EVID | $600.00 | | 1 | US CURRENCY 600 | US GOV/Money | |
|    | 1 | 20 | EVID | $4,789.00 | | 1 | US CURRENCY 4789 | US GOV/Money | |
|    | 1 | 20 | EVID | $50,095.00 | | 1 | US CURRENCY 50095 | US GOV/Money | |
|    | 1 | 19 | EVID | $0.00 | | 1 | HAND SCANNER | GARRETT/Scanner | |
|    | 1 | 19 | FOU | $0.00 | | 1 | TAG | | PWH6948 |
| 20 | 1 | 25 | EVID | $0.00 | | 1 | BAG - FROM CHALLENGER | GUCCI/Bag | |
|    | 1 | 19 | SAFE | $0.00 | | 2 | KEYS | UNKNOWN/Kwys | |
|    | 1 | 19 | SAFE | $0.00 | | 1 | BLACK BOOK/NOTEBOOK/PAPERS/JOURNAL | UNKNOWN | |
|    | 1 | 19 | EVID | $0.00 | | 1 | BEATS CASE | BEATS/Case | |
|    | 1 | 27 | EVID | $0.00 | | 1 | DVR - CRIME SCENE PHOTOS | | |
| 25 |   | 08 | 8 | $0.00 | | 1 | 2002 SIL ,     QAY5346   GA | TOYT Sequoia | 5TDZT38A02S116313 |
|    |   | 02 | 8 | $0.00 | | 1 | 2014 BLK ,    9847AR3   AL | DODG Challenger | 2C3CDYAG8EH234261 |
|    | 2 | 02 | 4 | $0.00 | | 1 | 2014 BLK /GLD  GV6373D  GA | FORD Taurus Inter | 1FAHP2L83EG105356 |

**Incident Report Additional Offense List**

*Brookhaven Police Department*  OCA: *15-007594*

Offense List (Continued) | Page 3

| Counter | Offense Description | Fel/Misd | Statute | Completed/Attempted |
|---|---|---|---|---|
| *# 4* | MARIJUANA - POSSESSION LESS THAN OZ | *M* | *16-13-2* | *Com* |
| *# 5* | POSSESSION OF CONTROLLED SUBSTANCE OR MA | *F* | *16-13-30* | *Com* |
| *# 6* | *POSSESSION OF DRUG RELATED OBJECTS* | *M* | *16-13-32.2* | *Com* |
| *# 7* | DRUGS TO BE KEPT IN ORIGINAL CONTAINER | | *16-13-75* | *Com* |

*R_CS6NC*   Printed By: PAIGE.MILLER, ORR2   01/13/2021 14:05

Pltf-RRI0000632

# INCIDENT/INVESTIGATION REPORT

*Brookhaven Police Department*  Case # *15-007594*

Status Codes    1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | L | EVI | 1.000 | DU | METAMPHETAMINE | |
| | E | EVI | 1.000 | DU | MARIJUANA 4.3G AND BLUNT - ROOM | |
| | P | EVI | 1.000 | DU | XANAX | |
| | E | EVI | 1.000 | DU | MARIJUANA | |
| | E | EVI | 1.000 | DU | MARIJUANA AND BLUNT FROM | |
| | P | EVI | 1.000 | DU | MISC. UNKNOWN PILLS | |

Assisting Officers

Suspect Hate / Bias Motivated:    *NONE (NO BIAS)*

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 15-007594          *Brookhaven Police Department*

**N A R R A T I V E**
VGCSA Trafficking Meth

# REPORTING OFFICER NARRATIVE

| Brookhaven Police Department | | OCA 15-007594 |
|---|---|---|
| Victim *Society* | Offense *CRIMINAL INTERFER WITH GOVERNMENT* | Date / Time Reported *Tue 11/24/2015 17:55* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

On 11/24/2015, Officer D. Fikes and I were patrolling the area of 1960 N Druid Hills Rd (Red Roof Inn) due to the recent increase of crime in the area, i.e. armed robberies, entering auto`s, illegal narcotics activity, and prostitution. As we drove toward the rear parking area of the motel, we observed a silver Toyota Sequoia bearing GA Tag QAY5346. The inside light was on in the vehicle and the driver`s side door was open. Officer Fikes (who was driving a City of Brookhaven Patrol Vehicle) drove past the Toyota Sequoia and stopped the patrol vehicle.

Officer Fikes and I exited the patrol vehicle and approached the Toyota. Officer Fikes approached the passenger side of the vehicle as I approached the driver`s side of the vehicle. I observed a white female (later identified as Aubrey Kruke), sitting in the driver`s seat. After observing her "fumbling" around in the vehicle (moving around a lot), I introduced myself and had a police/citizen encounter with Kruke. Kruke quickly exited the vehicle and began dropping the few items she had in her hands. I asked Kruke if she would step to the rear of her vehicle so I could speak with her. At the same time, Officer Fikes noticed what he believed to be a digital scale and possibly narcotics residue in the front passenger seat of the vehicle (in plain view).

Kruke stated she was staying in room 324 at the Red Roof Inn and from where we were standing in the parking lot of Red Roof Inn, we could clearly see the door to room 324. Kruke stated she and her boyfriend had checked into the room about three (3) days prior and planned on staying for a week. Kruke stated they were in the process of moving to a new apartment. Kruke stated her boyfriend was in the room and she had the shower on. Kruke stated she had come down to the vehicle to retrieve a cell phone that was in the vehicle. Officer Fikes and I asked Kruke about the digital scale and narcotics residue that was in the passenger seat and she denied knowing anything about those items.

While speaking with Kruke, Officer Fikes contacted Officer Lacroix to come to the location as well. As we continued speaking with Kruke, we observed that Kruke was extremely nervous. Kruke kept dropping items that were in her hand and I eventually asked her if she wanted to place them on the trunk of the patrol vehicle. Kruke was speaking very fast and shaking while talking to Officer Fikes and myself. After a brief moment, we observed a black male with an orange sweatshirt (later identified as James Talley) exit room 324. Talley walked down the breezeway and walked to the stairs to come down to the parking lot area. At this time, Officer Fikes walked away from my location and made contact with Talley.

Shortly after, Talley walked to where I was standing in the parking lot and Officer Fikes went to room 324 to back up Officer Lacroix, who was conducting a "knock and talk". Officer Lacroix made contact with three (3) males inside of the room. The males were later identified as Juan Carlos Torres Chavez, Angel Perez Banuchi, and Sandrekius Waters. Officer Fikes and Lacroix noticed what they believed to be a clear plastic bag of Methamphetamine and a clear plastic bag of Marijuana in plain view on a table in the room. Officer Lacroix also noticed a large machete type knife next to Banuchi`s left hand, which was located on the table with the narcotics. Officers also smelled a strong odor of burnt Marijuana from inside the room.

As Officer Fikes and Officer Lacroix were in room 324, I asked for another unit to come to the location as a "back up officer". Cpl D. Stewart arrived on scene and stood by with me as I was in the parking lot with Talley and Kruke. Officer Fikes came back down to the parking lot and advised what he and Officer Lacroix and observed in room 324. I went to the rental office to see who had rented room 324. I spoke with the clerk at the front desk and retrieved the "room registration information". The registration form stated Aubrey Kruke had rented the room from 11/23/2015-11/27/2015. I obtained a copy of the form and returned back to the parking lot where other officers were located with Kruke and Talley.

Once I returned to the parking lot, Sgt. F. Lewis had arrived on the scene and was standing with Officer Fikes. Officer Fikes obtained consent to search a black Dodge Challenger, which Talley stated he had driven to the motel. While Officer Fikes was searching the Dodge Challenger, Talley was standing next to the patrol vehicle and was in

| Reporting Officer: *LATIF, U. R_CS3NC* | Printed By: PAIGE.MILLER, ORR2    01/13/2021 14:05 | Page 5 |
|---|---|---|

# REPORTING OFFICER NARRATIVE

| Brookhaven Police Department | | OCA 15-007594 |
|---|---|---|
| Victim *Society* | Offense *CRIMINAL INTERFER WITH GOVERNMENT* | Date / Time Reported *Tue 11/24/2015 17:55* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

sight and speaking distance from the Dodge Challenger. Officer Fikes located a small amount of Marijuana, 1.5 pills of Hydrocodone, and one pill of Oxycodone. Officer Fikes also located a bag in the trunk of the vehicle. The bag was located in the spare tire area of the vehicle and contained a large amount of U.S. currency. The currency was located in two socks within the bag. Officer Fikes and Sgt Lewis photographed currency while it was in the trunk. See supplemental report completed by Officer Fikes for further information.

Shortly after, we placed Talley in handcuffs (two sets, double locked and checked for fit). Talley was searched incident to arrest and no further contraband was located. Talley was placed in the rear of a patrol vehicle. A few moments later, Officer S. Miller arrived on scene. Kruke was placed in custody and Officer Miller (female officer) conducted a search of Kruke, incident to arrest. Officer Miller located a syringe in Kruke`s pants. Officer Miller advised Kruke retrieved the syringe and gave it to her. Once Officer Miller completed a search of Kruke, the syringe was placed in a bag for safekeeping as evidence.

Officer Fikes and I left the location and returned to Brookhaven P.D. to obtain a Search Warrant for 1960 N Druid Hills Rd (Red Roof Inn) Room 324. Officer Lacroix, Sgt. Lewis, and Officer Miller remained on scene and were in control of the hotel room, suspects, and evidence on scene. While I was in the process of obtaining the Search Warrant, Officer Fikes went back to the original location. Units on scene had received consent to search Juan Carlos Torres-Chaves` vehicle (silver Hyundai Elantra). Later, Officer Fikes conducted a search of Juan Carlos Torres-Chavez`s vehicle, a silver Hyundai. Torres-Chavez was present during the search. No contraband was located in that vehicle.

Once I obtained the Search Warrant (Warrant Number 15-SW-001050), I returned to the original location. I advised Officer Lacroix and Sgt. Lewis that I had obtained a Search Warrant (signed by a Magistrate Judge from Dekalb County). Officer Lacroix and Sgt Lewis entered room 324 and began executing the search warrant. Officers located contraband in the room. Once the search warrant execution was complete, a copy of the search warrant was left in the room, the room was photographed and then locked. (See Officer Lacroix`s supplemental report).

I was advised by officers on scene that Banuchi possibly had information that he wanted to share with me. Detective Snively and I read Miranda Rights to Banuchi and he waived his rights and agreed to speak with us. Banuchi stated he knew the black males were at the location to purchase a "kilo" from the other Hispanic male. Banuchi advised he did not know whether they were there to purchase a "kilo" of Methamphetamine or Cocaine. Banuchi also stated he did not know where the drugs were located. Banuchi later stated he believed there was another vehicle on scene. I told Banuchi that there were no other vehicles in the parking lot occupied. Our conversation ended shortly after. The conversation was recorded and will be made a part of this case file.

All five (5) suspects had been handcuffed (double locked and checked for fit). The suspects were placed in the back of the Brookhaven Police Transport Van, four (4) males on one side and the one (1) female on the other side. All suspects had been searched incident to arrest. The suspects were transported to Dekalb County Jail.

Once at the jail, I had Kruke exit the transport van. It appeared to me that Kruke was coming "down" from a high. Kruke was very incoherent. I was able to walk Kruke into the sally port of the jail, however, the jail staff advised they would not admit her and she needed to be transported to a hospital for medical clearance first. I then had Kruke remain in the sally port while I had Banuchi, Waters, Talley, and Torres-Chavez exit the van. I walked them inside of the jail and they were released to the jail staff. All four (4) of the male`s cell phones were turned over to Dekalb SO to be placed in their property at the jail.

I then had Dispatch start Dekalb EMS to the Dekalb County Jail Intake for the female. Once EMS arrived on scene, I advised them on Kruke`s condition. EMS transported the female to Dekalb Medical Center as I followed them. Once at the hospital, I was advised that Kruke was coming off of a "high". I was also advised that the medical staff had

| Reporting Officer: *LATIF, U.* R_CS3NC | Printed By: PAIGE.MILLER, ORR2   01/13/2021 14:05 | Page 6 |
|---|---|---|

**REPORTING OFFICER NARRATIVE**

| | | OCA |
|---|---|---|
| *Brookhaven Police Department* | | 15-007594 |
| Victim | Offense | Date / Time Reported |
| *Society* | *CRIMINAL INTERFER WITH GOVERNMENT* | *Tue 11/24/2015 17:55* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

located two additional syringes inside of Kruke`s vaginal area. The syringes were retrieved by medical staff and I was able to photograph the syringes once they were placed on a table. After a brief stay at the hospital, a patrol unit arrived on scene to relieve me from the location.

Officer Rausch transported Kruke to the jail once she was released from the hospital along with some of Kruke`s personal property (including a cell phone she had in her possession).

All of the evidence collected at the scene was transported to City of Brookhaven Police Property as Evidence. Photographs were taken at the scene.

On 11/25/2015, officers from Brookhaven Police were able to secure the liquid Methamphetamine that was located during the execution of the Search Warrant. The liquid Meth was sealed and placed in Brookhaven Police Property as Evidence.

On 11/25/2015, I was able to obtain arrest warrants on each of the five (5) individuals.
Aubrey Kruke: VGCSA Trafficking Methamphetamines, VGCSA Possession of Marijuana less than an Ounce, and Possession of Drug Related Objects.
Juan Carlos Torres-Chavez: VGCSA Trafficking Methamphetamines, VGCSA Possession of Marijuana less than an Ounce, and VGCSA Possession of Xanax.
Sandrekius Waters: VGCSA Trafficking Methamphetamines, VGCSA Possession of Marijuana less than an Ounce, and VGCSA Possession of Xanax.
James Talley: VGCSA Trafficking Methamphetamines, VGCSA Possession of Marijuana less than an Ounce, VGCSA Possession of Hydrocodone, VGCSA Possession of Oxycodone, and Possession Not in Original Container.
Angel Perez Banuchi: VGCSA Trafficking Methamphetamines, VGCSA Possession of Marijuana less than an Ounce, VGCSA Possession of Xanax, and Possession of a Knife during VGCSA.

On 11/27/2015, I conducted a First Appearance Hearing on all five (5) subjects. Before the hearing began, I spoke with Talley. Talley was read his Miranda Rights. Talley signed a waiver form and agreed to speak with me. I asked Talley if he knew about the large amount of U.S. currency that was located in his vehicle. He denied any knowledge of the currency. Talley completed a statement form stating he did not know anything about the currency in the vehicle. I then served Talley with a Notice of Seizure for the currency located on his person and vehicle.

I served each suspect individually with a Notice of Seizure for the currency located on their person`s (Banuchi, Waters, and Torres-Chavez). All suspects were advised of the seizure and given a copy of the notice they signed.

All five (5) suspects were advised by the Magistrate Judge that they would not receive a bond. The suspects were given a date for a Preliminary Hearing.

On 11/30/2015, Sgt Lewis arrived to work at Brookhaven Police HQ (next tour of duty since the initial case was made). Sgt. Lewis noticed damage to the rear passenger side door of his patrol vehicle, 122. The damage was consistent with someone attempting to kick the door open. Sgt. Lewis advised that Talley had been placed in the back of his patrol vehicle during the initial incident on 11/24/2015. Officer Lacroix had confronted Talley on scene (11/24/2015) about kicking the rear door of the patrol vehicle. There were also footprints located on the inside of the door. The damage to the City of Brookhaven Police Patrol Vehicle was documented by Sgt. Lewis.

Supplemental reports were completed by Officers on scene.

# Incident Report Suspect List

*Brookhaven Police Department*

OCA: 15-007594

## 1

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| KRUKE, AUBREY ELIZABETH | | 6277 LAKEVIEW DR  BUFORD, GA 30518 |

Business Address

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| /1991 | 24 | W | F | N | 506 | 160 | BRO | BRO | FAR | GA |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel |
| | | | | | | | Mode of Travel |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | | VIN |

Notes                                                          Physical Char

## 2

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| TORRES-CHAVES, JUAN CARLOS | | 1901 POWERS FERRY RD  MARIETTA, GA 30062 |

Business Address

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| /1989 | 26 | W | M | H | 508 | 170 | BLK | BRO | FAR | |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel |
| | | | | | | | Mode of Travel |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | | VIN |

Notes                                                          Physical Char

# Incident Report Suspect List

*Brookhaven Police Department*

OCA: *15-007594*

## 3

| Name (Last, First, Middle) | | | | | | | Also Known As | | | Home Address |
|---|---|---|---|---|---|---|---|---|---|---|
| *WATERS, STEVEN LATRELL* | | | | | | | | | | *107 WALTON WAY SE* *SMYRNA, GA 30082* |

Business Address

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| */1976* | *39* | *B* | *M* | *N* | *602* | *250* | *BLK* | *BRO* | *BLK* | *GA* |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel | |
| | | | | | | Mode of Travel | |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | VIN | |

Notes                                    Physical Char

## 4

| Name (Last, First, Middle) | | | | | | | Also Known As | | | Home Address |
|---|---|---|---|---|---|---|---|---|---|---|
| *TALLEY, JAMES CALVIN* | | | | | | | | | | *76 COUNTY RD* *VERBINA, AL 36091* |

Business Address

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| */1980* | *35* | *B* | *M* | *N* | *603* | *180* | *BLK* | *BRO* | *BLK* | *AL* |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel | |
| | | | | | | Mode of Travel | |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | VIN | |

Notes                                    Physical Char

## Incident Report Suspect List

*Brookhaven Police Department*  OCA: *15-007594*

| 5 | Name (Last, First, Middle) *BANUCHI, ANGEL PEREZ* | Also Known As | Home Address *1065 EAGLE POINTE DR LAWRENCEVILLE, GA 30044* |
|---|---|---|---|
|   | Business Address | | |

| DOB */1986* | Age *44* | Race *W* | Sex *M* | Eth *H* | Hgt *604* | Wgt *173* | Hair *BLK* | Eye *BRO* | Skin *FAR* | Driver's License / State. *GA* |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel / Mode of Travel |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | | VIN |

Notes                                                Physical Char

## Incident Report Related Vehicle List

*Brookhaven Police Department*                                                                                            OCA: *15-007594*

### 1

| VehYr/Make/Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|
| *2014 FORD, Taurus Inter* | *4S* | *BLK/GLD* | *GV6373D GA 2999* | *1FAHP2L83EG105356* |

| IBR Status | Date | Location |
|---|---|---|
| *Destroyed/damaged/vandaliz* | *11/24/2015* | *1960 N DRUID HILLS RD, BROOKHAVEN GA* |

| Condition | Value | Offense Code | Jurisdiction | State # | NIC # |
|---|---|---|---|---|---|
| *FAIR* | *$0.00* | *290* | *Locally* | | |

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *City Of Brookhaven,* | | *2665 BUFORD HWY*<br>*BROOKHAVEN, GA 30324* |

Business Address

| DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|
| */ /* | | | | | | |

Notes

*Rear passenger door damaged by getting kicked.*

### 2

| VehYr/Make/Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|
| *2002 TOYT, Sequoia* | *MP* | *SIL* | *QAY5346 GA 2016* | *5TDZT38A02S116313* |

| IBR Status | Date | Location |
|---|---|---|
| *Unknown* | *11/24/2015* | *1960 N DRUID HILLS RD, BROOKHAVEN GA* |

| Condition | Value | Offense Code | Jurisdiction | State # | NIC # |
|---|---|---|---|---|---|
| *FAIR* | *$0.00* | *35A* | *Locally* | | |

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *Waldrip, Mary Lena* | | *377 STONE VIEW DR*<br>*HOSCHTON, GA 30548* |

Business Address

| DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|
| */1975* | *40* | *W* | *F* | *509* | *150* | |

Notes

*Suspicious female (Kruke) was located sitting in vehicle.*

### 3

| VehYr/Make/Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|
| *2014 DODG, Challenger* | *2T* | *BLK* | *9847AR3 AL 2016* | *2C3CDYAG8EH234261* |

| IBR Status | Date | Location |
|---|---|---|
| *Unknown* | *11/24/2015* | *1960 N DRUID HILLS RD, BROOKHAVEN GA* |

| Condition | Value | Offense Code | Jurisdiction | State # | NIC # |
|---|---|---|---|---|---|
| *FAIR* | *$0.00* | *35A* | *Locally* | | |

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *Hunt, Terry* | | *2801 AL HWY 14 EAST*<br>*SELMA, AL 36703* |

Business Address

| DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|
| */ /* | | | | | | |

Notes

Pltf-RRI0000640