# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| Agency Name | *Brookhaven Police Department* |
| ORI | *GA 0447200* |
| Case# | *16-002526* |
| Date / Time Reported | *04/10/2016  07:57  Sun* |
| Last Known Secure | *04/10/2016  07:57  Sun* |
| At Found | *04/10/2016  07:57  Sun* |

## INCIDENT DATA

| | |
|---|---|
| Location of Incident | *1960 N DRUID HILLS RD, Brookhaven GA 30329-* |
| Premise Type | *Parking/drop Lot/garage* |
| Zone/Tract | *B10* |

**#1 Crime Incident(s)** (Com) *Marijuana - Possession Less Than Oz* — M
16-13-2
Weapon/Tools: | Entry: | Exit: | Security: | Activity: *P*

**#2 Crime Incident** (Com) *Possession Of Drug Related Objects* — M
16-13-32.2
Weapon/Tools: | Entry: | Exit: | Security: | Activity: *P*

**#3 Crime Incident** (Com) *Forgery-other*
2589
Weapon/Tools: | Entry: | Exit: | Security: | Activity:

**MO:**

## VICTIM

# of Victims: 1  Type: SOCIETY/PUBLIC  Injury:  Domestic: N

| | Victim/Business Name | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | *Society* | *1,2,3,* | | | | | | |

Home Address: | Home Phone:
Employer Name/Address: | Business Phone: | Mobile Phone:
VYR | Make | Model | Style | Color | Lic/Lis | VIN

## OTHERS INVOLVED

CODES:  V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

Type: INDIVIDUAL( NON LE)   Injury: Possible Internal Injury

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | *TOUSSAINT, DANIEL* | | */1974  41* | *B* | *M* | | *Resident* | |

Home Address: *1701 WILMA DR NW  - 9102 ATLANTA, GA 30318*   Home Phone:
Employer Name/Address: | Business Phone: | Mobile Phone:

Type: INDIVIDUAL( NON LE)   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | *JUVENILE* | | */ /* | *B* | *F* | | *Resident* | |

Home Address: | Home Phone:
Employer Name/Address: | Business Phone: | Mobile Phone:

## PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 11 | EVID | $0.00 | | 2 | CRACK PIPE | | |
| 1 | 77 | EVID | $0.00 | | 1 | FAKE ID | | B53054163323 |
| | 02 | DRAR | $0.00 | | 1 | 2013 GRY , PKP3794 GA | TOYT Scion Xb | JTLZE4FE0DJ044040 |
| | 02 | 8 | $0.00 | | 1 | 2014 WHI , PWY6499 GA | DODG Charger R/t | 2C3CDXCT5EH370240 |
| | 02 | 1 | $0.00 | | 1 | 2013 GRY , PKP3794 GA | TOYT Scion Xb | JTLZE4FE0DJ044040 |

Officer/ID# *LATIF, U.  (0104)*
Invest ID# (0)  Supervisor *VARGAS, M.  (0082)*

## Status

Complainant Signature: | Case Status: *Cleared By Arrest*  *04/10/2016* | Case Disposition:  Page 1

**PL Sum. J. Ex. 60**

**Incident Report Additional Offense List**

*Brookhaven Police Department*  OCA: *16-002526*

| | Offense List (Continued) | | | Page 2 |

| Counter | Offense Description | Fel/Misd | Statute | Completed/Attempted |
|---|---|---|---|---|
| *# 4* | *GIVING FALSE INFORMATION* | *M* | *16-10-25* | *Com* |
| *# 5* | *WANTED PERSON LOCATED* | | *106* | *Com* |

# Incident Report Additional Name List

*Brookhaven Police Department*  OCA: *16-002526*

**Additional Name List**

| Name Code/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|
| **1 )** IO   3 | CORLEY, SHUNTE | | /1978 | 37 | B | M |
| Address | 26 IVY ST , NEW HAVEN, CT 06511- | | H: - - | | | |
| Empl/Addr | | | B: - - | | | |
| | | | Mobile #: - - | | | |

# INCIDENT/INVESTIGATION REPORT

*Brookhaven Police Department*

Case # *16-002526*

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen | 8 = Unknown |

**DRUGS**

| IBR | Status | Quantity | Type Measure | Suspected Type | |
|-----|--------|----------|--------------|----------------|---|
| *E* | *EVI* | *1.000* | *GM* | *EVAPE WITH MARIJUANA* | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:   *NONE (NO BIAS)*

# INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 16-002526         *Brookhaven Police Department*

**N A R R A T I V E**

Susp Vehicle stop/ VGCSA/Forgery/Wanted Person Located

**REPORTING OFFICER NARRATIVE**

| Brookhaven Police Department | | OCA |
| --- | --- | --- |
| | | 16-002526 |
| Victim | Offense | Date / Time Reported |
| Society | MARIJUANA - POSSESSION LESS THAN OZ | Sun 04/10/2016 07:57 |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

On 04/10/2016, while on patrol, I was patrolling the parking lot of 1960 N Druid Hills Rd (Red Roof Inn). There has been a recent increase in crime in the area as well. As I drove through the parking lot in my marked City of Brookhaven Police vehicle, I observed a gray vehicle parked toward the front of the parking lot. I observed the vehicle was backed into a parking space and there were three males occupying the vehicle. Due to the high amount of narcotics arrests I have made in the parking lot and increase of crime in the area (entering auto`s, thefts, robberies, etc.), I decided to conduct a police/citizen encounter with the occupants of the vehicle. I parked my patrol vehicle off to the side (angled toward the passenger side of the gray vehicle). I made sure not to block the gray vehicle from leaving the area. I exited my vehicle and advised dispatch of my location.

I approached the vehicle on the passenger side. The passenger, later identified as Lloyd Johnson, rolled his window down so I could speak with the occupants of the vehicle. I asked the driver to roll the back window down as well. I spoke with the driver and asked him for his ID. The driver handed me an Illinois driver`s license with the name Michael Bennett DOB        /1983. I then spoke with the passengers of the vehicle. The front passenger stated he could not find his ID and stated he would give me his name and DOB. The front passenger gave me a name of Lazaurus Johnson        /1978. The rear passenger also stated he did not have his ID and gave me a name and DOB of Shunte Corley        /1978 (Connecticut). I asked the driver who the vehicle belonged to and the front passenger stated it was his vehicle.

I explained to the driver why I was speaking with him. I explained to the driver about the increase of crime in the area and the increase of illegal narcotics and prostitution activity in the immediate area. While speaking with the driver, I noticed he was quickly texting away on his cell phone and not really paying attention to what I was saying. I asked the driver what he and the others were doing in the parking lot. The driver stated he had rented a room at the motel, but given it to one of his female friends. The driver was unable to provide the female`s full name. The driver stated that the males then stayed the night in Roswell at an apartment, however, was unable to provide a name for who`s apartment they stayed at. I asked the driver if he lived in Georgia and he stated he did. The driver stated he recently moved to Georgia within the last few months. I asked if there were any weapons in the vehicle or if there was anything illegal in the vehicle and all occupants stated there was nothing illegal. I briefly spoke with the front passenger as well and explained to the occupants that it was rather odd that they were in the parking lot and had not stayed the night at the location and it was so early in the morning. The driver again explained that he paid for the room and let a female friend stay at the room. The driver stated he was waiting for her to check out so they could all go get breakfast. I thought this was rather odd because he stated the room was 214 and that was on the other side of the hotel (back parking lot and they were parked in the front part of the parking lot).

After speaking with the occupants briefly, Officer McCoy arrived on scene as a back-up officer. Once Officer McCoy arrived on scene, he walked to the driver`s side of the vehicle. I continued speaking with the passenger briefly and then asked the driver if he would step out of the vehicle so I could speak with him privately. The driver stepped out of the vehicle and Officer McCoy conducted a quick pat down on the subject. As Officer McCoy was speaking with the driver, I could hear Officer McCoy tell the back passenger not to move around (or something along those lines) I then observed the back passenger quickly reach down toward the area under his seat or under the driver`s seat. Not knowing what he was reaching for and fearing he may be drawing a weapon, I placed my hand on my weapon (however did not draw my weapon because the front passenger was sitting in the vehicle in front of me). Officer McCoy was able to draw his firearm and ordered the male to show his hands. (See Officer McCoy`s supplemental report).

I waited until Officer McCoy had the driver away from the vehicle and the back passenger out of the vehicle. I continued speaking with the front passenger and explained to him that their story about why they were at the location was very odd. I had the front passenger step out of the vehicle as well. I asked the front passenger if I he would give me consent to search his pockets and person and he refused. I advised him that was his right and he was allowed to

| Reporting Officer: *LATIF, U. R_CS3NC* | Printed By: PAIGE.MILLER, ORR2    01/14/2021 11:00 | Page 5 |
| --- | --- | --- |

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Brookhaven Police Department* | | *16-002526* |
| Victim | Offense | Date / Time Reported |
| *Society* | *MARIJUANA - POSSESSION LESS THAN OZ* | *Sun 04/10/2016 07:57* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

refuse. The front passenger had previously told me that he had a knife in his pocket. I conducted a quick pat down to make sure the subject did not have any further weapons. I asked him if I could reach in his pocket and retrieve the knife and he stated that I could not reach in his pocket. I advised the male that was fine and he could stand there, however, he needed to keep his hands out of his pockets due to him having a knife in his pocket. I briefly spoke with him near the rear of his vehicle and then walked him toward the front of the vehicle. I asked him to stand near the front of the vehicle as I approached my patrol vehicle. Officer McCoy was speaking with the driver and Officer Ortiz was speaking with the rear passenger (Corley).

I began checking the three subjects on GCIC on my MDT. As I checked the driver, I began paying attention to the license he handed me earlier. The license appeared to be fake. I did not believe it to be a real Illinois license. I checked the name and DOB written on the license (Michael Bennett /1983). No return came with that name from Ga or any other state. I then checked the front passengers information, Lazaurus Johnson /1978. When I ran the subject, a warrant "hit" came back for a male named Lloyd Johnson. The warrant was out of Gwinnett County SO for "Contempt of Court". Warrant Number T16000928. DOW 02/22/2016. The height and weight of the subject matched the male that was the front passenger of the vehicle. I then checked the back passenger of the vehicle and he came back with no return from Georgia. As I was sitting in my vehicle, Officer McCoy approached my vehicle and advised the driver had told him the vehicle belonged to the front passenger. Officer McCoy advised the driver stated his name was Lloyd. I then advised McCoy that the front passenger had lied about his name and had an active warrant for his arrest. I exited my vehicle and Officer McCoy and I approached the front passenger. Lloyd Johnson was handcuffed, double locked and checked for fit. Lloyd Johnson was advised that he had an active warrant out of Gwinnett County SO and that he had lied about his name. Lloyd quickly stated that he had not lied, but had told me his middle name. Lloyd was advised that his middle name, according to his ID, was Adrian. I then walked Lloyd back to my patrol vehicle and began searching him, incident to arrest. I located his pocket knife in his pocket and also located an "e-cigarette (vape)". I asked Lloyd Johnson was that was and he stated a vapor type cigarette. I also located a glass pipe in his front left pocket of his pants. Based on my knowledge, training, and experience, I was able to conclude the pipe that I had located was a "crack" pipe. The pipe was commonly used to smoke crack cocaine. I looked at the "e-cigarette" and noticed something odd about it. It appeared there was some type of substance that appeared to be leafy was in the "e-cig". Based on what I`ve been told about the item, I knew if to only contain a vapor in the e cigarette. I then called another officer to the scene (Officer Miller) who has more knowledge of "e cigarettes".

Officer McCoy and I then began conducting a search of the vehicle due to the crack pipe being located on the front passenger. I was also checking the vehicle to see if Lloyd Johnson`s ID was in the vehicle. I located Johnson`s Georgia ID in the center console area of the vehicle. Johnson`s ID was confirmed and it was confirmed that he had lied to the police about his name. Officer McCoy and I located several sandwich bags and a scale in the vehicle, which are commonly used to package narcotics, however, no other narcotics were located in the vehicle. During our search of the vehicle, Officer Miller had arrived on scene. Officer Miller was able to open the e-cigarette and advised the leafy substance was in fact marijuana. I walked over to my patrol vehicle where Officer Miller was and she opened the e cigarette. I was instantly hit with a strong odor of marijuana coming from the e cigarette.

Once all three subjects were detained, handcuffed (double locked and checked for fit), I went to the leasing office. I was able to determine that the driver had used the Illinois ID and rented room 214. Officer McCoy and I then went to room 214. Room 214 was located on the back side of the hotel, which was the opposite side from where the vehicle and three males were detained. I approached the room and knocked on the door. A black female opened the door, saw it was the police, and quickly slammed the door shut. I continued knocking on the door and after a few minutes, a black female (later identified as Kahleelah Johnson) and a black male (Daneil Toussaint) came to the door. Both occupants walked outside of the room. We began speaking with the male and female. Officer McCoy spoke with the male and I spoke with the female. The female stated she did not know the name of the person that had rented the room. The female advised it was a friend of hers, however, she did not know his name. The female stated she was 17

| Reporting Officer: *LATIF, U.* R_CS3NC | Printed By: PAIGE.MILLER, ORR2 01/14/2021 11:00 | Page 6 |
|---|---|---|

# REPORTING OFFICER NARRATIVE

| Brookhaven Police Department | | OCA<br>16-002526 |
|---|---|---|
| Victim<br>*Society* | Offense<br>MARIJUANA - POSSESSION LESS THAN OZ | Date / Time Reported<br>*Sun 04/10/2016 07:57* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

and had just moved from New York a few months ago. The female stated that she had come to visit her mother, however, did not know where her mother lived. The female refused to give any information on who rented the room. I asked the female who the male was that was in the room with her and she stated it was her friend. The female again stated she did not know his name either.

I then went over and spoke with the male. The male stated he would tell me the truth on everything. The male gave Officer McCoy verbal consent to search his vehicle, which was in the parking lot. I spoke with the male (prior to and after officer McCoy had walked down to the parking lot). The male stated a friend of his had told him he could go on the internet and find a "girl". The male stated he went on "Back Page" and located the female. The male, Toussaint, stated he had come to the location about 30-45 minutes prior to us knocking on the door under the pretense of paying the female for sex. Toussaint stated he was going to pay the female $60 for straight sex. Toussaint appeared to be telling the truth and was very nervous. Toussaint was very anxious and stated he did not want to get in trouble and go to jail. I advised Toussaint that I believed his story, however, we needed to continue our investigation and he would be detained for a short amount of time. Toussaint was able to provide an ID from Arizona.

After a brief investigation at room 214, Officer McCoy and I went to the front of the hotel where the three original males were located with Officer Ortiz. Officer Miller and Cpl Vargas stayed with Toussaint and Johnson near room 214. Officer McCoy and I mirandized the driver and began speaking with him. After speaking with him briefly, I again began looking at his Illinois ID again. At this time, I, along with other officers on scene, believed the ID was fake. Chamblee PD was called out to the scene to assist with a rapid id scanner for all persons without ID. I was able to confirm identities on everyone except for the driver. At this point, Toussaint was released from the scene. Kahleelah Johnson was brought to the front of the location as well to be finger printed.

After our investigation was complete on scene, myself and Officer McCoy decided to release Shunte from the scene. Shunte was given a warning for being in possession of a crack pipe (officer McCoy located one in a cigarette box belonging to Shunte). Kahleelah Johnson was also released from the scene. Lloyd Johnson was taken into custody for the Warrant for his arrest (which had been confirmed through Chatcomm), Giving False Name and DOB (misd), Possession of Marijuana (misd), and Possession of Drug Related Objects (misd, the crack pipe located on his person and the e cigarette which contained marijuana). The driver, who we believed at that time to be Michael Bennett (with a fake driver`s license which had been presented to law enforcement officers) was charged with Forgery of ID (16-9-4 sub 4) and Giving False Name and DOB. It was determined that he would be finger printed at the jail to reveal his true identity.

The evidence, crack pipes, fake ID, and e-cig containing marijuana, were transported to the City of Brookhaven Police Property as Evidence. Both subjects, who had been handcuffed, double locked and checked for fit, were placed in Officer S Miller`s vehicle and seatbelted in the vehicle. Both subjects had been searched for contraband prior to transport. Both subjects were transported to Dekalb County Jail. The vehicle was secured and left at the location per Lloyd Johnson`s request (registered owner of vehicle).

Officer Miller stated she was able to confirm the driver`s identity once at the jail. The driver was identified as Roosevelt Johnson       /1983. Roosevelt Johnson had an active warrant for his arrest. The warrant was issued by the State Board of Pardons and Parole. The warrant was issued for Parole Violation. Warrant Number 677891. DOW 12/22/2015. Officer Miller was able to complete a new jail ticket for Roosevelt Johnson.

Officer McCoy and I were able to confirm the Illinois ID to be fake due to the lack of a bar code on the rear of the driver`s license.

| Reporting Officer: *LATIF, U.*<br>R_CS3NC | Printed By: PAIGE.MILLER, ORR2    01/14/2021 11:00 | Page 7 |
|---|---|---|

Pltf-RRI0000782

## Incident Report Suspect List

*Brookhaven Police Department*

OCA: *16-002526*

| # | Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|---|
| 1 | *JOHNSON, ROOSEVELT ULYSESS* | | *1425 ELM CREEK LN*<br>*NORCROSS, GA 30093* |

Business Address

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| *1983* | *32* | *B* | *M* | *N* | *506* | *130* | *BLK* | *BRO* | *BLK* | *GA* |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel<br>Mode of Travel |
| VehYr/Make/Model | | Drs | Style | Color | | Lic/St | VIN |

Notes                                                                 Physical Char

| # | Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|---|
| 2 | *JOHNSON, LLOYD ADRIAN* | | *6476 WHITEBEAM TRL*<br>*BRASELTON, GA 30517* |

Business Address

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| */1978* | *37* | *B* | *M* | *N* | *508* | *160* | *BLK* | *BRO* | *BLK* | *GA* |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel<br>Mode of Travel |
| VehYr/Make/Model | | Drs | Style | Color | | Lic/St | VIN |

Notes                                                                 Physical Char

## Incident Report Related Vehicle List

*Brookhaven Police Department*                                                                 OCA: *16-002526*

### 1

| VehYr/Make/Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|
| *2013 TOYT, Scion Xb* | *4D* | *GRY* | *PKP3794 GA 2016* | *JTLZE4FE0DJ044040* |

| IBR Status | Date | Location |
|---|---|---|
| *Driver Arrested* | *04/10/2016* | *1960 N DRUID HILLS RD, BROOKHAVEN GA* |

| Condition | Value | Offense Code | Jurisdiction | State # | NIC # |
|---|---|---|---|---|---|
| *FAIR* | *$0.00* | *250* | *Locally* | | |

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *Johnson, Lloyd Adrian* | | *6476 WHITEBEAM TRL*<br>*BRASELTON, GA 30517* |

Business Address

| DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|
| */1978* | *37* | *B* | *M* | *508* | *160* | |

Notes

*driver and owner arrested. Vehicle left at location per request of owner*

### 2

| VehYr/Make/Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|
| *2014 DODG, Charger R/t* | *4S* | *WHI* | *PWY6499 GA 2016* | *2C3CDXCT5EH370240* |

| IBR Status | Date | Location |
|---|---|---|
| *Unknown* | | *GA* |

| Condition | Value | Offense Code | Jurisdiction | State # | NIC # |
|---|---|---|---|---|---|
| | *$0.00* | | *Locally* | | |

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *\* No name \** | | |

Business Address

| DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|
| | | | | | | |

Notes

*released to driver*

### 3

| VehYr/Make/Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|
| *2013 TOYT, Scion Xb* | *MP* | *GRY* | *PKP3794 GA 2016* | *JTLZE4FE0DJ044040* |

| IBR Status | Date | Location |
|---|---|---|
| *1* | | *GA* |

| Condition | Value | Offense Code | Jurisdiction | State # | NIC # |
|---|---|---|---|---|---|
| | *$0.00* | | *Locally* | | |

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *\* No name \** | | |

Business Address

| DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|
| | | | | | | |

Notes

*Vehicle secured and left on private property per owner`s request*