# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Cobb County Police
**ORI:** GA 0330200
**Case#:** 17-018668
**Date / Time Reported:** 02/27/2017 23:25 Mon
**Last Known Secure:** 02/27/2017 23:24 Mon
**At Found:** 02/27/2017 23:25 Mon
**Location of Incident:** 2200 Corporate Plaza, Smyrna GA 30080-
**Premise Type:** Parking/drop Lot/garage
**Zone/Beat:** C, 318

## Incident Data

| # | Crime Incident(s) | (Com) | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|---|
| #1 | Weapons Offenses - Other 5299 | F | | | | | |
| #2 | Cocaine-possession Of 3532 | F | | | | | P |
| #3 | Cocaine-possession Of 3532 | F | | | | | P |

**MO:**

## Victim

**# of Victims:** 1  **Type:** STATE OF GEORGIA  **Injury:**  **Domestic:** N

| | Victim/Business Name | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | State Of Georgia | 1,2,3 | | | | | | |

**Home Address:**  **Home Phone:**
**Employer Name/Address:**  **Business Phone:**  **Mobile Phone:**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

## Others Involved

**CODES:** V- Victim (Denote V2, V3)  O = Owner (if other than victim)  R = Reporting Person (if other than victim)

**Type:**  **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

**Home Address:**  **Home Phone:**
**Employer Name/Address:**  **Business Phone:**  **Mobile Phone:**

**Type:**  **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

**Home Address:**  **Home Phone:**
**Employer Name/Address:**  **Business Phone:**  **Mobile Phone:**

## Property

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 02 | 8 | | $0.00 | | 1 | 2009 BLK, RDR7798 GA | NISS Altima 2.5 | 1N4AL21E79N474891 |

**PL Sum. J. Ex. 61**

**Officer/ID#:** FERRUCCIO, M. R. (2100, PCT3) (2343)
**Invest ID#:** (0)
**Supervisor:** HURST, M. (2100, IA) (0940)
**Status:**  **Complainant Signature:**
**Case Status:** Cleared By Arrest  03/01/2017
**Case Disposition:** 5  03/01/2017  Page 1

R_CS1IBR  Printed By: SIMS, 6029  Sys#: 369985  08/19/2019 19:36

Pltf-RRI0003810

## Incident Report Additional Offense List

Cobb County Police

OCA: *17-018668*

Offense List (Continued) — Page 2

| Counter | Offense Description | Fel/Misd | Statute | Completed/Attempted |
|---|---|---|---|---|
| # 4 | MARIJUANA - POSSESSION OF | M | 3562 | Com |
| # 5 | MARIJUANA - POSSESSION OF | M | 3562 | Com |

# INCIDENT/INVESTIGATION REPORT

Cobb County Police

Case # 17-018668

Status Codes: 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | B | EVI | 2.000 | XX | COCAINE (ALL FORMS EXCEPT CRAC) | |
| | E | EVI | 13.500 | GM | MARIJUANA | |

**Assisting Officers**
HOLLOWAY, R. (2346),  MOORE, B.K. (1847)

Suspect Hate / Bias Motivated:   NONE (NO BIAS)

# INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 17-018668        Cobb County Police

**NARRATIVE**
On February 27, 2017 at 2325hrs I was doing a zone patrol of the Red Roof Inn located at 2200 Corporate Plaza when I observed a male asleep in a car in the parking lot. As I approached the vehicle I observed that next to the male in plain view was a plastic baggie containing marijuana. The male was arrested and upon a search of the vehicle more marijuana, cocaine, and a gun were found in the vehicle. The male advised the drugs belonged to a female that was in a room at the hotel. Upon an investigation the woman was also arrested. Both parties were transported and turned over to ADC for holding.

## REPORTING OFFICER NARRATIVE

| Cobb County Police | | OCA<br>17-018668 |
|---|---|---|
| Victim<br>*Society* | Offense<br>*WEAPONS OFFENSES - OTHER* | Date / Time Reported<br>*Mon 02/27/2017 23:25* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On February 27, 2017 at 2325hrs I was doing a zone patrol of the Red Roof Inn located at 2200 Corporate Plaza when I observed a male asleep in a car in the parking lot. As I approached the vehicle I observed Allah asleep in the driver's seat with the car on. I observed, in plain view, next to Allah was a clear plastic baggy containing marijuana. Allah woke up and I removed him from the vehicle and placed Allah in handcuffs.

As I was speaking with Allah, Officer Holloway and Officer Moore began searching the vehicle. Officer Moore found a small container with a blue lid under the driver's seat that we believed to contain cocaine. Another small container with a red lid was also found near the driver's seat that also appeared to contain cocaine. More marijuana was also found in the vehicle, as well as a Springfield 9mm handgun that was located under the driver's seat. In total 13.5 grams of marijuana was found.

I read Allah his Miranda warnings and he advised that the drugs belonged to a female named "Stacey" who was in room 246. Allah advised that she was homeless and he rented the room for her so she could have a place to stay. Officer Holloway with the other officers made contact and in the room and Officer Holloway spoke to Stacey first (see supplemental).

Officer Holloway advised that Stacey was admitting that the cocaine in the vehicle was hers. I spoke to Stacy and she advised that the cocaine that was hers was a in container that had blue on it. Stacey also stated that the she asked Allah to get her some marijuana as well. Upon further speaking to Stacey she stated that the cocaine that was hers was in a larger blue container with the initials S.S. inside a pink bag under the passenger seat. When I informed Stacey that we only container we found with blue was a small container she advised that cocaine was not hers. We searched the vehicle again however no other drugs were found. Stacy also advised that the gun in the car was not hers.

Stacy stated that since she was going to jail anyway for the cocaine that she would take all responsibility for the drugs. At that point I read her her Miranda rights and asked what in the car was actually hers. At that point Stacy said that none of the drugs in the vehicle were actually hers, however she would say they were to keep Allah from going to jail. I advised that I did not want to charge her with a crime she did not commit and she needed to be honest. Stacy again stated the drugs were not hers.

At that point both parties were informed they would both be charged with the possession of cocaine, and marijuana. Allah stated he wanted to keep the vehicle in the parking lot, which Red Roof approved of. I transported Allah to Cobb ADC and Officer Holloway transported Stacey. Both individuals were turned over to Cobb ADC for holding.

I placed the ▇▇▇ of marijuana into evidence at Drop Box DL-1 located at Cobb ADC. The two containers containing cocaine as well as the Springfield handgun were placed into evidence located at Pct. 3. I obtained warrants 17-W-1912 and 17-W-1913 against Allah and Stacy for possession of cocaine, possession of marijuana and Allah was also charged with possession of a firearm in the commission of a felony due to the gun and drugs being under the seat he was in.

## Incident Report Suspect List

*Cobb County Police*

OCA: *17-018668*

### 1

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| ALLAH, AL-MALIK FARD M | | *176 TYLER LN*<br>*CARROLLTON, GA 30117*<br>*470-539-9367* |
| Business Address | | |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| /1990 | 26 | B | M | | 600 | 190 | | BRO | | 052521826 GA |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | Color | Caliber | Dir of Travel<br>Mode of Travel |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | | VIN |

Notes                                                     Physical Char

### 2

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| GREGORY, STACEY STANCIL | | *729 JIM ROSS RD*<br>*EASTMAN, GA 31023*<br>*404-543-6604* |
| Business Address | | |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| /1978 | 38 | W | F | | 409 | 75 | | BRO | | 059682522 GA |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | Color | Caliber | Dir of Travel<br>Mode of Travel |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | | VIN |

Notes                                                     Physical Char

Pltf-RRI0003814

## Incident Report Related Vehicle List

Cobb County Police

OCA: *17-018668*

| # | VehYr/Make/Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|
| 1 | 2009 NISS, Altima 2.5 | 4S | BLK | RDR7798 GA 2017 | 1N4AL21E79N474891 |

| IBR Status | Date | Location |
|---|---|---|
| Unknown | 02/27/2017 | 2200 CORPORATE PLAZA, SMYRNA GA |

| Condition | Value | Offense Code | Jurisdiction | State # | NIC # |
|---|---|---|---|---|---|
|  | $0.00 | 520 | Locally |  |  |

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| Griffith, Brittney Alyssa |  | 71 SOUTH ST TEMPLE, GA 30179 |

Business Address

| DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|
| /1991 | 25 | B | F | 505 | 160 |  |

Notes

CASE SUPPLEMENTAL REPORT

Printed: 08/19/2019 19:36

Cobb County Police

OCA: **17018668**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| **Case Status:** CLEARED BY ARREST | **Case Mng Status:** CLEARED BY ARREST | **Occurred:** 02/27/2017 |
| **Offense:** WEAPONS OFFENSES - OTHER | | |

| | | |
|---|---|---|
| **Investigator:** HOLLOWAY, R. (2346) | **Date / Time:** | 02/28/2017 07:58:20, Tuesday |
| **Supervisor:** HURST, M. (0940) | **Supervisor Review Date / Time:** | 02/28/2017 13:46:31, Tuesday |
| **Contact:** | **Reference:** | Additional Information |

On 2/28/17 I responded to the Red Roof Inn located at 2200 Corporate Plaza to assist Officer Ferruccio in his investigation. I arrived on scene and observed Officer Ferruccio, speaking with the sole occupant of the blue Nissan parked in the parking lot. While Officer Ferruccio was taking the male occupant into custody, K9 Officer Johnson and I began to search the vehicle for narcotics and suspected marijuana based on the odor omitting from the vehicle. Office Johnson and I searched the vehicle and located multiple baggies of marijuana inside the center console and on the gear lever. The marijuana was collected and Officer Ferruccio was advised on the findings. K9 Officer Johnson and I continued to search and located two small plastic containers, one with a blue top the second with a pink. One of the vials contained a white powder like substances Officers on scene identified as cocaine.

Officers on scene obtained information on which room the male was renting for the night. K9 Sgt. Maddox, K9 Officer Johnson made contact at room 246 and met with a white female identified as Stacey Gregory. I observed Ms. Gregory peek through the window of the hotel room identify police officers then refuse to come to the door. After approximately 1-3 minutes Stacey returned and opened the door. Stacey granted consent to enter the room and consent to search. During a search of the room I observed two small glass smoking pipes in the bottom of the toilet. When questioned Stacey admitted to flushing the smoking pipe before opening the door. Stacey`s room was searched for additional narcotics or paraphernalia and nothing further was located.

I began to have a conversation with Stacey about narcotics use and her choice of work. After building a rapport Stacey admitted to being a prostitute and that she uses cocaine and marijuana on the nights that she works. I questioned the relationship between her and the individual in custody and she explained that he was a friend whom rented the room for her because she did not have valid identification. Stacey explained that the male in custody was not her pimp, merely a friend. During our conversation I inquired on the narcotics located in the vehicle. Stacey described without direction or coercion one of the small plastic vials located in the vehicle she advised that it contained cocaine. When asked Stacey admitted that the vial containing the cocaine belonged to her and that she did not want to get her friend into trouble. At that time I advised Officer Ferruccio of Stacey`s admissions and statements then continued to assist his investigation.

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

Page 7

Pltf-RRI0003816