# DEKALB COUNTY POLICE DEPARTMENT
## GA0440200
### INCIDENT REPORT

**Case #:** 11-125569

## EVENT

| Incident Type: | Counts | Incident Code | Offense Jurisdiction | Arrest Jurisdiction |
|---|---|---|---|---|
| 16-45.1 LOITERING FOR SEX | 1 | NONC | CITY | CITY |
| WANTED PERSON LOCATED | 1 | NONC | CITY | CITY |

| Premise Type: | Weapon Type: | Forcible: | Stranger To Stranger: | Hate Motivated: | Loc Code: |
|---|---|---|---|---|---|
| RED ROOF INN | | N | Y | ☐ | 191 |

| Date Report | Incident Start | Incident End | Incident Location |
|---|---|---|---|
| 11/7/2011 3:59:00 PM | 11/7/2011 3:59:00 PM | 11/7/2011 5:35:00 PM | 1960 N DRUID HILLS RD 307 ATLANTA GA |

## VICTIM

Name (Last, First Middle):   Moniker:   DOB:   Age:   Sex:   Race:   Ethnicity:

Address:   Home #:   Work #:   Cell #:   Email:

SSN:   Resident Status:   HGT:   WGT:   Hair Color:   Hair Style:   Hair Length:   Eye Color:   OLN #:   State:

Occupation:   Employer:   Address:   Employer Phone:

Victim Type:   Student: Yes ☐ No ☐   If Yes, Name of Victim's School:   LEOKA Activity Type:   LEOKA Assignment Type:

Injuries: ☐ None ☐ Minor ☐ Internal ☐ Teeth ☐ Unconscious ☐ Lacerations ☐ Bones ☐ Other   Used: ☐ Drugs ☐ Alcohol ☐ Computer

SMTs:

Relationship To Offenders: (1) (2) (3) (4) (5) (6) (7) (8) (9) (10)

Offenses Involved: (1) (2) (3) (4) (5) (6) (7) (8) (9) (10)

## OFFENDER

| Name: | Moniker: | DOB: | Age: | Sex: | Race: | Ethnicity: |
|---|---|---|---|---|---|---|
| BRANCH, SHANITA SHERELLE | | -1980 | 31 | F | B | N |

| Address: | Home Phone: | Work Phone: | Cell Phone: | Email: |
|---|---|---|---|---|
| 4406 CHAMBERS RD F3 MACON GA 31206- | | | | |

| SSN: | Resident Status: | HGT: | WGT: | Hair Color: | Hair Style: | Hair Length: | Eye Color: | OLN #: | State: |
|---|---|---|---|---|---|---|---|---|---|
| | RESIDENT | | 0 | | | | | | |

| Occupation: | Employer: | Address: | Employer Phone: |
|---|---|---|---|
| UNKNOWN OR NOT STAT | | | |

SMTs:

Offenses Involved: (1) (2) (3) (4) (5) (6) (7) (8) (9) (10)

WANTED: ☒   WARRANT: ☐   ARREST: ☐   SUSPECT ARMED: N   WEAPON:   Used: ☐ Drugs ☐ Alcohol ☐ Computer

TOTAL NUMBER ARRESTED: 0   ARREST AT OR NEAR OFFENSE SCENE: Yes ☒ No ☐

## PROPERTY

| | VEHICLES | CURRENCY, NOTES, ETC | JEWELRY, PREC. METALS | FURS |
|---|---|---|---|---|
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 |

| | CLOTHING | OFFICE EQUIP. | TV, RADIO, ETC | HOUSEHOLD GOODS |
|---|---|---|---|---|
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 |

| | FIREARMS | CONSUMABLE GOODS | LIVESTOCK | OTHER | TOTAL |
|---|---|---|---|---|---|
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## ADM

GCIC ENTRY: ☐ WARRANT ☐ MISSING PERSONS ☐ VEHICLE ☐ ARTICLE ☐ BOAT ☐ GUN ☐ SECURITIES

## DRUG

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER   ☐ YES ☒ NO

☐ 1 - Amphetamine   ☐ 2 - Barbiturate   ☐ 3 - Cocaine   ☐ 4 - Hallucinogen   ☐ 5 - Heroin
☐ 6 - Marijuana   ☐ 7 - Methamphetamine   ☐ 8 - Opium   ☐ 9 - Synthetic Narcotic   ☐ U - Unknown

## CLEAR

REQUIRED DATA FIELDS FOR CLEARANCE REPORT:   ☒ CLEARED BY ARREST   ☐ EXCEPTIONALLY CLEARED   ☐ UNFOUNDED   DATE OF CLEARANCE: 11-07-2011   ☒ ADULT   ☐ JUVENILE

REPORTING OFFICER: G M HARRISON 3050   NUMBER: 3050   APPROVING OFFICER:   NUMBER:

**PL Sum. J. Ex. 63**

Pltf. -RRI0006294

| DEKALB COUNTY POLICE DEPARTMENT<br>GA0440200<br>NARRATIVE | Case #:<br>11-125569 |
|---|---|
| Officer ID/Name: Date: Approving Officer ID/Name: | Date: |

Title: INITIAL REPORT

On 11-07-2011 at approximately 1559 hours, I was patrolling the area of 1960 N Druid Hills Rd (Red Roof Inn), when I observed two females standing on the third floor speaking to a gentleman. Once the gentleman observed my unit, he then turned away and walked away from the two females. This location is known for prostitution and drug activity.

I then went upstairs to the location, and one of the females turned and walked inside the room. I then observed two cups on the ledge. One of the suspects then asked me if it was illegal to drink outside because she was unfamiliar with Georgia law. I then asked if alcohol was in the drinks and they stated yes. I then asked them to take the drinks back inside. I then asked the female to step outside. Upon asking the female for her name, she identified herself as Shanita Branch (suspect). She stated that she moved from Macon and was staying at the hotel. The female matched the description of femaled listed on website for implied prostitution. I then asked the female several times to be honest with me on what she was doing at the hotel. She stated just staying with a friend. I then showed the suspect the ad which clearly shows her face and body (http://atlanta.backpage.com/femaleescorts/50-specials-2-sexy-hot-chocolate-ladies-here-to-make-your-wildest-dreams-come-true-25/9762754). The suspect then admitted that she has been prostituting out of room #307 for the past day. She stated that she was at another room previously during the week but moved. She then asked if she was going to be arrested because she has warrants for Forgery out of Macon. I then took the suspect into custody. NCIC was down at the moment and our radio operator called Macon Police and they stated that they would not extradite the suspect (Per Mr. McHolmes out of Macon PD). I then lodged the suspect under the county charges of 16-45.1 Loitering for Sex.

Pltf. -RRI0006295