Printed: 05/26/2015 15:42

## CASE SUPPLEMENTAL REPORT

Cobb County Police                OCA: **14104801**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *CLEARED BY ARREST*    Case Mng Status: *CLEARED BY ARREST*    Occurred: *12/07/2014*

Offense: *AGGRAVATED ASSAULT-NONFAMILY-STRONGARM*

Investigator: *FRANKLIN, M. (0934)*      Date / Time: *12/07/2014 11:03:00, Sunday*
Supervisor: *YEAGER, E. S. (0335)*      Supervisor Review Date / Time: *04/17/2015 15:53:47, Friday*
Contact:      Reference: *Juvenile*

Investigative Follow-Up
CSEC
Interview with _____

**DEFENDANT'S EXHIBIT D-17**

Date: 12/07/14
Time: 11:03 AM

On the above date and time I interviewed _____ in room six at Safepath. The interview was digitally recorded and downloaded to a disk. The disk is contained in the case file.

_____ is fourteen years old and lives with her mother, Athelia Roberts. She does not know her exact address, but stated that she lives near the old city train station.

_____ stated that she has been gone from home for about five days. She was chillin with her friend Juicy. Juicy made arrangements for a cab which drove the girls to the Red Roof Inn. Reggie stated that she had the $15.00 to pay for the cab ride. _____ an _____ met _____, Chino, and Black at the hotel. _____ claims she did not know the people that she met and that the arrangement was not prearranged. She stated that all of the people were in one room.

_____ stated that all everyone was doing was chillin. She denied knowing anything about backpage.com. She stated that the only person she knew that had sex was _____ and Chino. _____ added that _____ is supposed to be pregnant by Chino. Black and a girl also had sex, but _____ did not know who she was.

_____ stated that she had photos of herself on her phone. She stated that she did not know if anyone had used the photos to post an ad. She continued to deny any sexual activity and stated that she had just finished her period.

_____ believed that Chino and _____ are boyfriend and girlfriend. _____ stated that she went to a clinic with _____ and _____ told her that she was pregnant.

I asked _____ if there was any violence between _____ and Chino. She stated that they do fight. _____ had thrown a conditioner bottle at Chino and cut his hand. _____ did not see any violence towards _____ by Chino. _____ did not see Chino try to drown _____ but she knew they were in the bathroom together.

Investigator Signature            Supervisor Signature

r_supp3           **PL Sum. J. Ex. 64**         Page 1

CONFIDENTIAL        Pltf. W.K.-000386

CASE SUPPLEMENTAL REPORT                                      Printed: 05/26/2015 15:42

Cobb County Police                                            OCA: *14104801*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *CLEARED BY ARREST*    Case Mng Status: *CLEARED BY ARREST*    Occurred: *12/07/2014*

Offense: *AGGRAVATED ASSAULT-NONFAMILY-STRONGARM*

Investigator: *FRANKLIN, M. (0934)*            Date / Time: *12/07/2014 11:03:00, Sunday*
Supervisor: *YEAGER, E. S. (0335)*    Supervisor Review Date / Time: *04/17/2015 15:53:47, Friday*
Contact:                                       Reference: *Juvenile*

==I concluded the interview by asking ____ again if she has had sexual intercourse at the Red Roof Inn. She stated that she did not.==

The disk is available for additional information.


[12/29/2014 09:30, FRANKM, 1895, DPS]


Investigator Signature                         Supervisor Signature

Page 2

CONFIDENTIAL                                                  Pltf. W.K.-000387