## AFFIDAVIT OF MICHELE SARKISIAN

**PL Sum. J. Ex. 66**

COUNTY OF FULTON
STATE OF GEORGIA

Personally appeared before the undersigned officer duly appointed to administer oaths came Michele Sarkisian, who upon first being duly sworn, deposes and states as follows:

1. My name is Michele Sarkisian. I am more than twenty-one years of age, competent to testify, have no legal or mental disability and have personal knowledge of the facts stated herein. I freely give this affidavit for use in this case.
2. I am the President of P3 Advisors and consult with corporations on growth strategies. For many years I have consulted with clients in the hospitality industry. I have served on the boards of the Cornell Center for Hospitality Research and End Child Prostitution and Trafficking (ECPAT). I am a former member of the International Society of Hospitality Consultants and have published academic research on sex trafficking and its impact and existence in the hospitality industry.
3. In 2015, I was sent information that sex trafficking was occurring at the Red Roof Inn located at 2200 Corporate Plaza, Smyrna, Georgia, 30080 ("Smyrna Red Roof Inn"). The information I received named a suspected trafficker and showed the trafficker speaking with a Smyrna Red Roof Inn employee.
4. After seeing the information I also reviewed online reviews of the hotel which mentioned prostitution and crime occurring at the Smyrna Red Roof Inn.
5. On December 4, 2015, I called and spoke with the President and CEO of Red Roof Inns, Inc., Andrew Alexander.
6. After speaking to Mr. Alexander, I sent him two follow up emails, one on December 4, 2015 and one on December 22, 2015.
7. On the telephone call and in the emails, I told Mr. Alexander about the information I received. I told Mr. Alexander that a suspected sex trafficker named Anthony Shivers was trafficking women at the Smyrna Red Roof Inn.
8. On the telephone call and in the emails, I told Mr. Alexander that it appeared the Smyrna Red Roof Inn was involved in sex trafficking and that sex trafficking was rampant at the hotel. I told him that Anthony Shivers was on the sex offender registry and appeared to be living above the manager's office at the Smyrna Red Roof Inn.
9. On the telephone call and in the emails, I told Mr. Alexander that I hoped Red Roof Inns, Inc. would take action before further sex trafficking occurred at the



Pltf-RRI0006217

hotel.
10. On the telephone call and in the emails, I encouraged Mr. Alexander and Red Roof Inns, Inc. to look into ECPAT and ECPAT's work to engage the hospitality industry in taking anti-trafficking measures.
11. On the telephone call and in the emails, I asked Mr. Alexander to inform me of Red Roof Inns, Inc.'s response and actions taken to address the sex trafficking at the Smyrna Red Roof Inn.
12. I did not receive any information from Mr. Alexander regarding a response taken by Red Roof Inns, Inc. after my phone call.
13. On the telephone call, Mr. Alexander inquired about the identity of the source who provided me with the information from the Smyrna Red Roof Inn. I declined to name the confidential source.
14. After the telephone call, I emailed Mr. Alexander the reports I received showing sex trafficking at the Smyrna Red Roof Inn.
15. After speaking to Mr. Alexander, I received a phone call and spoke with the general counsel of Red Roof Inns, Inc., George Limbert.
16. Mr. Limbert inquired about the identity of the source who provided me with the information from the Smyrna Red Roof Inn. I declined to name the confidential source.
17. On December 22, 2015, I emailed Mr. Alexander and Mr. Limbert. In that email I wrote: "I wanted you to know that the fellow noted in the report below, Anthony Shivers, was seen outside your manager's office last night [at the] Red Roof Inn mentioned in the report. His background is very clear and he appears to be using your hotel regularly. and is quite friendly with your manager. Additionally, you may also hear that new Trip Advisor reviews praising office manager, Forrest, are suspicious. Just letting you know. I hope Red Roof takes action on this sad situation. Again, I am a volunteer but the continuing information about your hotel is quite troubling."
18. I received no response to my emails.
19. True and correct copies of the emails I sent to Mr. Alexander and Mr. Limbert are attached to this affidavit as Exhibit A.

This the 29th day of August, 2019.

Michele Sarkisian

Pltf-RRI0006218

I, __Jonathan S. Tonge__, a notary public for the county and state, certify that Michele Sarkisian, whose name is signed to the foregoing affidavit and who acknowledged before me on this day that, having read the contents of the foregoing Affidavit, he executed the same voluntarily.

Sworn to and subscribed before me this __29__ day of August, 2019

_____
Notary Public

[Notary Seal: JON S TONGE, NOTARY, EXPIRES JAN. 30, 2023, GEORGIA, DEKALB COUNTY, PUBLIC]

**From:** Michele Sarkisian <michele.sarkisian@p3advisors.biz>
**Date:** December 22, 2015 at 11:44:42 AM EST
**To:** Andrew Alexander <aalexander@redroof.com>
**Cc:** George Limbert <glimbert@redroof.com>
**Subject: Fwd: Trafficking-one example at Red Roof Inn**

Good morning Andy,

I wanted you to know that the fellow noted in the report below, Anthony Shivers, was seen outside your manager's office last night athlete Red Roof Inn mentioned in the report. His background is very clear and he appears to be using your hotel regularly. and is quite friendly with your manager. Additionally, you may also hear that new Trip Advisor reviews praising office manager, Forrest, are suspicious.

Just letting you know. I hope Red Roof takes action on this sad situation. Again, I am a volunteer but the continuing information about your hotel is quite troubling.

Best wishes to you this holiday.

Michele

Michele Sarkisian
President
P3Advisors,LLC
mobile: 770.235.8402
michele.sarkisian@p3advisors.biz


Begin forwarded message:

**From:** Michele Sarkisian <michele.sarkisian@p3advisors.biz>
**Date:** December 4, 2015 at 12:40:35 PM EST
**To:** Andrew Alexander <AAlexander@RedRoof.com>
**Subject: Trafficking-one example at Red Roof Inn**

Hi Andy,

Thanks for taking my call today. Below is the report I mentioned regarding One example of a Red Roof Inn appearing to be involved in trafficking. Please review the entire document.

I would be interested in what you choose to do with the information and will gladly pass it along to the surveillance organization. They planned to make this public and my hope is that brands act before that happens If they are serious about the cause.

Separately, I encourage Red Roof Inn to look into ECPAT www.ecpatusa.org as well as www.thecode.org to learn more about what many in the industry are doing to help prevent trafficking. You'll notice many of your peers from Carlson, Hilton, Wyndham, Hyatt, Delta, Sabre, Maritz and others are committed to the cause.

Pltf-RRI0006220

Best regards,

Michele

Michele Sarkisian
President
P3Advisors,LLC
mobile: 770.235.8402
michele.sarkisian@p3advisors.biz

Pltf-RRI0006221