## DECLARATION OF ███████████

███████████, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is ███████████, I am more than twenty-one years of age, competent to testify, have no legal or mental disability and have personal knowledge of the facts stated herein. I freely give this declaration for use in this case. This declaration was executed in the state of Virginia, where I am a resident.
2. In 2014, I was a victim of child sex trafficking at the Red Roof Inn located at 2200 Corporate Plaza SE, Smyrna, GA 30080.
3. The trafficker usually had two other girls with him that he was also selling for sex, and they were both under 16 years old.
4. I had to walk around outside the Red Roof Inn Smyrna when I was trafficked there. Usually when I was walking around I was with the two other minor girls who were also being trafficked at the Red Roof Inn Smyrna by my trafficker. I walked to the Waffle House or gas station to get food to eat about once a day. I also went to Target and the gas station to get food, condoms, or other necessities. I would walk outside the front office each time I walked on and off the property.
5. When the three of us were being sold for sex there, we would either be in another room or hanging around outside on the balcony or in the hallways when there was a john having sex with one of us.
6. While we were being trafficked at the Red Roof Inn Smyrna, we wore very revealing and skimpy clothes. When walking around the hotel, we often wore heavy makeup, fishnet stockings with short shorts, one piece body suits, heels, and lingerie tops or bras.
7. In 2014, I was also a victim of child sex trafficking at the Red Roof Inn located at 1960 North Druid Hills Rd, Atlanta, GA 30329.
8. While I was trafficked at the Buckhead Red Roof Inn, I was trafficked with the other two minors as well who were with me at the Red Roof Inn Smyrna. At the Buckhead Red Roof Inn we would walk past the front office and down the hill to the gas station to buy food while we were there.
9. I have read this Declaration and declare under penalty of perjury that it is true and correct.

Executed on March 1, 2023.

**PL Sum. J. Ex. ____**

