# Plaintiffs' Summary Judgment Ex. 83- Email Re: Calfee Report on Ohio Government: February 2012

# Provisionally Filed Under Seal