Plaintiffs' Summary Judgment Ex. 84- Email Re: Did We Stay At the Seacucus RRI?

Provisionally Filed Under Seal