# Plaintiffs' Summary Judgment Ex. 85- Email Re: Travel Risk Management Conference: Focusing on Corporate and Government Travel

# Provisionally Filed Under Seal