Plaintiffs' Summary Judgment Ex. 86-
Email Re: Today's Clips

Provisionally Filed Under Seal