Plaintiffs' Summary Judgment Ex. 87- Emai Re: e-Pak 3.30.2012

Provisionally Filed Under Seal