Plaintiffs' Summary Judgment Ex. 88- Email Re: FW: legal notice- RRI #88 Smyrna, GA

Provisionally Filed Under Seal