Plaintiffs' Summary Judgment Ex. 89- Email Re: RRI #88 Smyrna, GA- Officer Jeffrey Adcock (Abatement Concerns)

Provisionally Filed Under Seal