# Plaintiffs' Summary Judgment Ex. 90- Email Re: RRI Crisis Monitoring Monthly Report- July to October, 2015

# Provisionally Filed Under Seal