**PL Sum. J. Ex. 91**

| | |
|---|---|
| From: | Adcock, Jeffrey |
| Sent: | Thursday, August 10, 2017 6:56 AM CDT |
| To: | Greg Stocker; Vickie Lam |
| CC: | Little, Barry E.; Nelson, Tim; Adcock, Jeffrey |
| Subject: | Red Roof-2200 Corporate Plaza |
| Attachments: | Windy Hill Hotel Chart Comparison.docx, Red Roof Abatement Request Memo-020317-Final.doc, Red Roof 2016 Incident Offense Report.xls, Red Roof 2016 Arrest Report.xps, Red Roof 2017-081017.xls, mossberg.JPG |

Greg, Vicki,

I am attaching several documents for your review prior to our 1230 conference call. They include:

1) chart that compares call service for the Cobb County Police Department to the Red Roof as compared to other hotels on Windy Hill Rd. 2013-2016
2) an internal memo that we have submitted to the County Attorney to seek abatement of the Red Roof
3) an Excel list of offenses at the Red Roof in 2016
4) a list of arrests in 2016
5) an Excel list of incidents year to date for 2017
6) photograph of drugs and a gun from an arrest last week

The following is an email I received from one of our shift commanders regarding a recent incident where we needed Mr. Patel's assistance:

Sirs,
Early Wed morning, 4/27 at 0330 hrs, we responded to the report of a kidnapping at the Red Roof inn. It did not make an events email since it was determined to be a false alarm. During our initial investigation, Sgt. Buckalew had radio contact Mr. Patel for his assistance in providing access to the surveillance system. Dispatch advised that Mr. Patel was making every effort he could to avoid responding to assist. Sgt. Buckalew was able to convince him to provide the security guard the location of the surveillance panel, allowing us to review the incident and determine there was not a kidnapping.

One would think that in his position, he would desire to be more helpful.

Though it is only our conjecture, with no evidence or supporting statements, but this appeared to be a prostitute who made two appointments at the same time.

*Lieutenant Tim Nelson*

As you can tell from the documents things are a bit better this year than last but we still have significant problems and we need your help to either close the Red Roof (which I prefer) or get the franchise holder on board with his role in crime prevention. Even last week we made a significant arrest of an individual who possessed narcotics for sale, a handgun and was working with a prostitute. This week we had a suicide. Clearly the franchise holder is allowing the Red Roof corporate brand to be held in disrepute.



PLAINTIFF'S EXHIBIT 179

RRI_WK_00002998

I am looking forward to speaking with each of you today at 1230!

The following is my contact information:

Major Jeff Adcock
Cobb County Police Department
Precinct III
1901 Cumberland Pkwy
Atlanta, Ga. 30339
770-499-4501

RRI_WK_00002999

NATIVE DOCUMENT PLACEHOLDER

Please review the native document RRI_WK_00003000.xls

RRI_WK_00003000

Red Roof Inn-2200 Corporate Plaza, Marietta Ga-Cobb County PD-Incident Reports 2016

| Inci Id | Offense | Date Occu | Street | Streetnbr |
|---|---|---|---|---|
| 16090511 | AGG ASSAULT/ BATTERY-GUN | 09/16/2016 03:30 AM | CORPORATE PLAZA | 2200 |
| 16028956 | AGG ASSAULT/ BATTERY-GUN | 03/25/2016 02:55 AM | CORPORATE PLAZA | 2200 |
| 16005930 | AGG ASSAULT/ BATTERY-KNIFE OR CUTTING INSTR | 01/19/2016 01:15 AM | CORPORATE PLAZA | 2200 |
| 16047945 | AGGRAVATED ASSAULT-WEAPON (IDENTIFY WEAP | 05/16/2016 10:15 AM | CORPORATE PLAZA | 2200 |
| 16087917 | AMPHETAMINE-OTHER | 09/08/2016 11:27 PM | CORPORATE PLAZA | 2200 |
| 16053545 | AMPHETAMINE-OTHER | 05/31/2016 07:35 PM | CORPORATE PLAZA | 2200 |
| 16099007 | AMPHETAMINE-POSSESSION OF | 10/11/2016 08:59 PM | CORPORATE PLAZA | 2200 |
| 16900732 | ANIMAL COMPLAINTS | 02/25/2016 12:37 PM | CORPORATE PLAZA | 2200 |
| 16015569 | ARREST OF A WANTED PERSON | 02/17/2016 12:00 PM | CORPORATE PLAZA | 2200 |
| 16060510 | ARREST OF A WANTED PERSON | 06/20/2016 08:48 PM | CORPORATE PLAZA | 2200 |
| 16021379 | ARREST OF A WANTED PERSON | 03/05/2016 07:58 PM | CORPORATE PLAZA | 2200 |
| 16025116 | ARREST OF A WANTED PERSON | 03/15/2016 09:00 PM | CORPORATE PLAZA | 2200 |
| 16055323 | ARREST OF A WANTED PERSON | 06/06/2016 12:05 AM | CORPORATE PLAZA | 2200 |
| 16109773 | ARREST OF A WANTED PERSON | 11/12/2016 12:29 AM | CORPORATE PLAZA | 2200 |
| 16001436 | ARREST OF A WANTED PERSON | 01/05/2016 07:44 PM | CORPORATE PLAZA | 2200 |
| 16061400 | ARREST OF A WANTED PERSON | 06/22/2016 11:31 PM | CORPORATE PLAZA | 2200 |
| 16101748 | ARREST OF A WANTED PERSON | 10/19/2016 11:31 PM | CORPORATE PLAZA | 2200 |
| 16060530 | ARREST OF A WANTED PERSON | 06/22/2016 01:23 AM | CORPORATE PLAZA | 2200 |
| 16009126 | ARREST OF A WANTED PERSON | 01/28/2016 11:02 PM | CORPORATE PLAZA | 2200 |
| 16016341 | ASSIST MARIETTA PD | 02/19/2016 04:51 PM | CORPORATE PLAZA | 2200 |
| 16122979 | ASSIST MARIETTA PD | 12/20/2016 08:10 PM | CORPORATE PLAZA | 2200 |
| 16069334 | BATTERY / ASSAULT OFFENSE-OTHER | 07/11/2016 12:00 PM | CORPORATE PLAZA | 2200 |
| 16070472 | BATTERY / ASSAULT OFFENSE-OTHER | 07/19/2016 11:05 AM | CORPORATE PLAZA | 2200 |
| 16061045 | BATTERY / ASSAULT OFFENSE-OTHER | 06/22/2016 02:55 AM | CORPORATE PLAZA | 2200 |
| 16007587 | BURGLARY-NO FORCED ENTRY-NONRESIDENCE | 01/24/2016 12:10 PM | CORPORATE PLAZA | 2200 |
| 16102597 | BURGLARY-NO FORCED ENTRY-NONRESIDENCE | 10/21/2016 01:15 PM | CORPORATE PLAZA | 2200 |
| 16061863 | BUSINESS DISPUTE | 06/24/2016 03:21 AM | CORPORATE PLAZA | 2200 |
| 16073041 | BUSINESS DISPUTE | 07/26/2016 10:59 PM | CORPORATE PLAZA | 2200 |
| 16059706 | BUSINESS DISPUTE | 06/18/2016 12:44 PM | CORPORATE PLAZA | 2200 |
| 16053783 | BUSINESS DISPUTE | 06/01/2016 11:00 AM | CORPORATE PLAZA | 2200 |
| 16013689 | BUSINESS DISPUTE | 02/11/2016 03:17 PM | CORPORATE PLAZA | 2200 |
| 16094650 | COCAINE-POSSESSION OF | 09/28/2016 09:15 PM | CORPORATE PLAZA | 2200 |

| ID | Offense | Date/Time | Location | Code |
|---|---|---|---|---|
| 16027269 | COCAINE-POSSESSION OF | 03/21/2016 12:26 AM | CORPORATE PLAZA | 2200 |
| 16046625 | CRIMINAL TRESPASS | 05/12/2016 02:58 PM | CORPORATE PLAZA | 2200 |
| 16005173 | CRIMINAL TRESPASS | 01/16/2016 11:00 AM | CORPORATE PLAZA | 2200 |
| 16042398 | CRIMINAL TRESPASS | 05/01/2016 02:00 AM | CORPORATE PLAZA | 2200 |
| 16076932 | CRIMINAL TRESPASS | 08/06/2016 07:00 PM | CORPORATE PLAZA | 2200 |
| 16080687 | CRIMINAL TRESPASS | 08/18/2016 02:00 PM | CORPORATE PLAZA | 2200 |
| 16046864 | CRIMINAL TRESPASS | 05/13/2016 06:50 AM | CORPORATE PLAZA | 2200 |
| 16000116 | DAMAGE PROPERTY CRIMINAL/ PRIVATE | 01/01/2016 01:50 PM | CORPORATE PLAZA | 2200 |
| 16049912 | DAMAGE PROPERTY CRIMINAL/ PRIVATE | 05/20/2016 09:00 PM | CORPORATE PLAZA | 2200 |
| 16069886 | DAMAGE PROPERTY CRIMINAL/ PRIVATE | 07/16/2016 04:00 PM | CORPORATE PLAZA | 2200 |
| 16069573 | DAMAGE PROPERTY CRIMINAL/ PRIVATE | 07/15/2016 06:30 PM | CORPORATE PLAZA | 2200 |
| 16107499 | DAMAGE TO PROPERTY/ CIVIL | 11/05/2016 01:42 AM | CORPORATE PLAZA | 2200 |
| 16027622 | DANGEROUS DRUGS OTHER OFFENSE-FELONY | 03/21/2016 08:57 PM | CORPORATE PLAZA | 2200 |
| 16039165 | DISORDERLY CONDUCT | 04/22/2016 01:30 PM | CORPORATE PLAZA | 2200 |
| 16045391 | FOUND PROPERTY | 05/09/2016 01:00 PM | CORPORATE PLAZA | 2200 |
| 16084923 | FOUND PROPERTY | 08/31/2016 02:00 AM | CORPORATE PLAZA | 2200 |
| 16023043 | FOUND PROPERTY | 03/10/2016 09:15 AM | CORPORATE PLAZA | 2200 |
| 16069109 | HARASSING/THREATENING COMMUNICATIONS | 07/14/2016 11:24 PM | CORPORATE PLAZA | 2200 |
| 16033422 | HEROIN-POSSESSION OF | 04/06/2016 12:49 PM | CORPORATE PLAZA | 2200 |
| 16054750 | IDENTITY FRAUD | 06/03/2016 11:31 PM | CORPORATE PLAZA | 2200 |
| 16011667 | MARIJUANA - POSSESSION OF | 02/04/2016 08:30 PM | CORPORATE PLAZA | 2200 |
| 16077479 | MARIJUANA - POSSESSION OF | 08/08/2016 10:26 PM | CORPORATE PLAZA | 2200 |
| 16078167 | MARIJUANA - POSSESSION OF | 08/10/2016 10:16 PM | CORPORATE PLAZA | 2200 |
| 16009527 | MARIJUANA - POSSESSION OF | 01/30/2016 02:28 AM | CORPORATE PLAZA | 2200 |
| 16063212 | MARIJUANA - POSSESSION OF | 06/27/2016 11:59 PM | CORPORATE PLAZA | 2200 |
| 16055675 | MARIJUANA - POSSESSION OF | 06/06/2016 11:00 PM | CORPORATE PLAZA | 2200 |
| 16903307 | OWNER ARREST | 07/15/2016 09:41 PM | CORPORATE PLAZA | 2200 |
| 16084068 | PERSON DOWN | 08/28/2016 09:00 AM | CORPORATE PLAZA | 2200 |
| 16010118 | POSSESSION WITH INTENT MARIJUANA | 01/31/2016 11:46 PM | CORPORATE PLAZA | 2200 |
| 16121228 | PROCURING FOR PROSTITUTION / PIMPING | 12/15/2016 02:50 PM | CORPORATE PLAZA | 2200 |
| 16085496 | RECKLESS CONDUCT | 09/01/2016 03:28 PM | CORPORATE PLAZA | 2200 |
| 16068675 | ROBBERY-RESIDENCE-GUN | 07/13/2016 07:21 PM | CORPORATE PLAZA | 2200 |
| 16054733 | ROBBERY-STREET-GUN | 06/03/2016 11:00 PM | CORPORATE PLAZA | 2200 |
| 16066967 | SIMPLE ASSAULT/SIMPLE BATTERY | 07/08/2016 04:22 AM | CORPORATE PLAZA | 2200 |

| | | | | |
|---|---|---|---|---|
| 16059878 | STALKING | 06/19/2016 12:26 AM | CORPORATE PLAZA | 2200 |
| 16094665 | STATUTORY RAPE | 9/15/2016 | CORPORATE PLAZA | 2200 |
| 16038222 | SUSPICIOUS ACTIVITY | 04/20/2016 12:26 AM | CORPORATE PLAZA | 2200 |
| 16063338 | SUSPICIOUS ACTIVITY | 06/28/2016 09:35 AM | CORPORATE PLAZA | 2200 |
| 16045368 | SUSPICIOUS ACTIVITY | 05/09/2016 11:15 AM | CORPORATE PLAZA | 2200 |
| 16073548 | SUSPICIOUS ACTIVITY | 07/28/2016 10:00 AM | CORPORATE PLAZA | 2200 |
| 16084002 | THEFT BY TAKING - ALL OTHER | 08/28/2016 12:55 AM | CORPORATE PLAZA | 2200 |
| 16095088 | THEFT BY TAKING - ALL OTHER | 09/30/2016 12:40 AM | CORPORATE PLAZA | 2200 |
| 16000883 | THEFT BY TAKING - ALL OTHER | 01/03/2016 11:43 AM | CORPORATE PLAZA | 2200 |
| 16047802 | THEFT BY TAKING - ALL OTHER | 05/15/2016 11:30 PM | CORPORATE PLAZA | 2200 |
| 16063368 | THEFT BY TAKING - ALL OTHER | 06/28/2016 05:30 AM | CORPORATE PLAZA | 2200 |
| 16078443 | THEFT BY TAKING - ALL OTHER | 08/11/2016 09:00 AM | CORPORATE PLAZA | 2200 |
| 16099008 | TRAFFIC OFFENSE | 10/11/2016 11:10 PM | CORPORATE PLAZA | 2200 |
| 16064494 | VEHICLE SEARCH | 07/01/2016 12:30 AM | CORPORATE PLAZA | 2200 |
| 16008598 | WELFARE CHECK | 01/27/2016 05:00 AM | CORPORATE PLAZA | 2200 |



RRI_WK_00003001

NATIVE DOCUMENT PLACEHOLDER

Please review the native document RRI_WK_00003002.xls

RRI_WK_00003002

| offense | inci_id | date_rept | streetnl | street |
|---|---|---|---|---|
| TRAFFIC OFFENSE | 17029152 | 3/30/2017 20:50 | 2200 | CORPORATE PLAZA |
| DUI - ALCOHOL | 17012903 | 2/10/2017 10:50 | 2200 | CORPORATE PLAZA |
| CRIMINAL TRESPASS | 17048774 | 5/24/2017 15:55 | 2200 | CORPORATE PLAZA |
| ENTERING AUTO | 17066174 | 7/17/2017 10:10 | 2200 | CORPORATE PLAZA |
| CHILD NEGLECT | 17032750 | 4/11/2017 0:52 | 2200 | CORPORATE PLAZA |
| CRIMINAL TRESPASS | 17052833 | 6/6/2017 12:58 | 2200 | CORPORATE PLAZA |
| MAKING FALSE REPORT / FALSE INFO | 17020700 | 3/6/2017 13:15 | 2200 | CORPORATE PLAZA |
| ENTERING AUTO | 17057700 | 6/21/2017 1:12 | 2200 | CORPORATE PLAZA |
| ENTERING AUTO | 17057701 | 6/21/2017 1:12 | 2200 | CORPORATE PLAZA |
| WEAPONS OFFENSES - OTHER | 17018668 | 2/27/2017 23:25 | 2200 | CORPORATE PLAZA |
| PROSTITUTION | 17029548 | 4/4/2017 21:30 | 2200 | CORPORATE PLAZA |
| ARREST OF A WANTED PERSON | 17021401 | 3/7/2017 22:49 | 2200 | CORPORATE PLAZA |
| SUSPICIOUS ACTIVITY | 17038309 | 4/26/2017 3:28 | 2200 | CORPORATE PLAZA |
| DEATH/CAUSE UNKNOWN | 17074080 | 8/7/2017 11:47 | 2200 | CORPORATE PLAZA |
| SUSPICIOUS ACTIVITY | 17029550 | 4/4/2017 16:07 | 2200 | CORPORATE PLAZA |
| SUSPICIOUS ACTIVITY | 17031708 | 4/7/2017 23:30 | 2200 | CORPORATE PLAZA |
| BUSINESS DISPUTE | 17057380 | 6/20/2017 4:10 | 2200 | CORPORATE PLAZA |
| ROBBERY-RESIDENCE-WEAPON (IDENT | 17021503 | 3/8/2017 6:30 | 2200 | CORPORATE PLAZA |
| SIMPLE ASSAULT/SIMPLE BATTERY | 17037324 | 4/23/2017 5:30 | 2200 | CORPORATE PLAZA |
| ENTERING AUTO | 17057703 | 6/21/2017 1:12 | 2200 | CORPORATE PLAZA |
| BATTERY / ASSAULT OFFENSE-OTHER | 17035567 | 4/18/2017 13:15 | 2200 | CORPORATE PLAZA |
| ARREST OF A WANTED PERSON | 17003356 | 1/11/2017 22:15 | 2200 | CORPORATE PLAZA |
| HARASSING/THREATENING COMMUNIC | 17041969 | 5/6/2017 12:01 | 2200 | CORPORATE PLAZA |
| CRIMINAL TRESPASS | 17047496 | 5/20/2017 21:40 | 2200 | CORPORATE PLAZA |
| SIMPLE ASSAULT/SIMPLE BATTERY | 17024035 | 3/16/2017 12:41 | 2200 | CORPORATE PLAZA |
| DRUG USAGE/DEALING | 17038688 | 4/27/2017 2:55 | 2200 | CORPORATE PLAZA |
| DOMESTIC DISPUTE | 17041137 | 5/3/2017 21:06 | 2200 | CORPORATE PLAZA |
| PERSON DOWN/PERSON INJURED/EMO | 17047406 | 5/20/2017 16:12 | 2200 | CORPORATE PLAZA |
| CRIMINAL TRESPASS | 17015031 | 2/16/2017 22:20 | 2200 | CORPORATE PLAZA |
| ARREST OF A WANTED PERSON | 17029133 | 3/30/2017 17:30 | 2200 | CORPORATE PLAZA |



RRI_WK_00003003

# COBB COUNTY POLICE
## Red Roof 2016 Arrests

| Case Id | Charge | Date Arr | Time Arr |
|---|---|---|---|
| 16005930 | GIVING FALSE NAME/FALSE INFORMATION TO POLICE | 01/19/2016 | 0211 |
| 16005930 | AMPHETAMINE-OTHER | 01/19/2016 | 0211 |
| 16005930 | MARIJUANA - POSSESSION - LESS THAN ONE OUNCE | 01/19/2016 | 0215 |
| 16005930 | MARIJUANA - POSSESSION - LESS THAN ONE OUNCE | 01/19/2016 | 0215 |
| 16009126 | WANTED PERSON LOCATED IN GEORGIA | 01/28/2016 | 2329 |
| 16027269 | COCAINE-POSSESSION OF | 03/21/2016 | 0238 |
| 16001436 | WANTED PERSON LOCATED IN GEORGIA | 01/05/2016 | 2028 |
| 16055323 | WANTED PERSON LOCATED IN GEORGIA | 06/06/2016 | 0006 |
| 16056832 | MARIJUANA - POSSESSION - LESS THAN ONE OUNCE | 06/10/2016 | 0103 |
| 16027622 | DANGEROUS DRUGS-ILLEGAL S/DIST/POSS/ EXCT CERTAIN CONDITION | 03/24/2016 | 1207 |
| 16033422 | V.G.C.S.A. - ALL OTHER | 04/06/2016 | 1456 |
| 16061400 | WANTED PERSON LOCATED IN GEORGIA | 06/22/2016 | 2349 |
| 16010118 | V.G.C.S.A. - ALL OTHER | 01/31/2016 | 2347 |
| 16039165 | DISORDERLY CONDUCT | 04/22/2016 | 1344 |
| 16069334 | BATTERY/ SIMPLE BATTERY FAMILY VIOLENCE -MISD | 07/15/2016 | 1820 |
| 16053545 | TRAFFICKING METHAMPHETAMINES | 05/31/2016 | 2320 |
| 16060510 | WANTED PERSON LOCATED IN GEORGIA | 06/20/2016 | 2100 |
| 16060530 | WANTED PERSON LOCATED IN GEORGIA | 06/22/2016 | 0123 |
| 16021379 | WANTED PERSON LOCATED IN GEORGIA | 03/05/2016 | 1959 |
| 16025116 | WANTED PERSON LOCATED IN GEORGIA | 03/16/2016 | 1426 |
| 16068675 | WANTED PERSON LOCATED IN GEORGIA | 07/15/2016 | 1915 |
| 16054750 | FRAUD- FINANCIAL IDENTITY  FEL | 06/04/2016 | 0029 |
| 16083601 | HEROIN-POSSESSION | 08/26/2016 | 2300 |
| 16077479 | MARIJUANA - POSSESSION - LESS THAN ONE OUNCE | 08/10/2016 | 2008 |
| 16087917 | COCAINE-POSSESSION OF | 09/08/2016 | 2357 |
| 16087917 | COCAINE-POSSESSION OF | 09/08/2016 | 2357 |
| 16087917 | COCAINE-POSSESSION OF | 09/08/2016 | 2357 |
| 16015569 | WANTED PERSON LOCATED IN GEORGIA | 02/17/2016 | 1230 |
| 16080687 | WANTED PERSON LOCATED IN GEORGIA | 08/18/2016 | 1430 |
| 16094650 | COCAINE-POSSESSION OF | 09/28/2016 | 2116 |
| 16099007 | WANTED PERSON LOCATED IN GEORGIA | 10/11/2016 | 2100 |
| 16068675 | AGGRAVATED ASSAULT, F | 07/15/2016 | 1900 |
| 16101748 | WANTED PERSON LOCATED IN GEORGIA | 10/19/2016 | 2332 |
| 16078167 | MARIJUANA - POSSESSION - LESS THAN ONE OUNCE | 08/10/2016 | 2221 |
| 16109773 | WANTED PERSON LOCATED IN GEORGIA | 11/12/2016 | 0030 |
| 16121228 | PIMPING | 12/15/2016 | 1451 |
| 16063212 | V.G.C.S.A. - ALL OTHER | 06/28/2016 | 0000 |
| 16064063 | PROSTITUTION | 06/30/2016 | 0342 |
| 16121228 | POSSESSION MDMA-ECSTASY | 12/15/2016 | 1451 |



## COBB COUNTY POLICE DEPARTMENT

C.T. Cox  *Interim Chief of Police*

140 North Marietta Parkway
Marietta, Georgia 30060-1454
770.499.3900 · fax: 770.499.4195
www.cobbpolice.com

R.L. Prince  *Deputy Chief of Police*

### MEMORANDUM

**TO:** Interim Chief C.T. Cox

**FROM:** Lieutenant T.A. Nelson

**THRU:** Deputy Chief R.L. Prince
Major J.D. Adcock
Captain B.E. Little

**SUBJECT:** Red Roof Inn-Violation of Public Safety Nuisance- Sec. 86-23 thru 29

**DATE:** February 3, 2017

The following memo and attached documents were prepared so that you may consider the enforcement of Cobb County Ordinance Sections 86-23 thru 29 (Public Safety Nuisance). Based on the following information and supporting documents, there is reason to believe that a public safety nuisance is being maintained at this business, in violation of Sec. 83-26. Should you agree with this assessment, it is requested that this be forwarded to the Public Safety Director for review with the County Attorney's Office to present a notice to the property owner in accordance with Sec. 83-27 (a).

- **Identified Property:**
  Red Roof Inn 2200 Corporate Plaza, Marietta, GA 30067
- Owner:
  Varahi Hotel

- **Recognizing the Problem:** The Red Roof Inn has been known and recognized by officers who patrol Precinct III as a public nuisance property, requiring daily responses to calls for police services. The average number of documented police responses and patrols at the Red Roof Inn was 552 per year in each of the last four years. The average number of police responses and patrols at the other five hotels in the immediate vicinity was 91 per year in each of the last four years. In 2016, Cobb County Police Officers responded or patrolled the Red Roof Inn 497 times. Not all responses or patrols resulted in the need for a police report; however, 81 incidents were reported and investigated. The excessive need for police services at the Red Roof Inn takes away public safety resources that are needed to serve other properties in the area. For these reasons, supported by the following criminal statistics, there exists a need to evaluate an alternate solution.

- **Documentation of Criminal Activity:**

    In the last 12 months, Cobb County Police Officers have responded to the Red Roof Inn and made 38 custodial arrests, 21 of which were felony arrests. Of those arrests, the majority of them constituted a violation of the Public Safety Nuisances Ordinance Sec. 83-26. (Source: SunGard ONESolution RMS system.)

    The latest arrest made on December 15, 2016, included the involvement of admitted prostitution with multiple females in multiple rooms. That case resulted in two physical arrests for Pimping and Possession of Ecstasy. Such activity should be noticed and recognized by the owners of the property.

The following is a list of charges by arrest and or citation made at the Red Roof Inn in 2016 that were in violation of Sec 83-26.

| Case Id | Charge | Date |
| --- | --- | --- |
| 16121228 | PIMPING | 12/15/2016 |
| 16121228 | POSSESSION MDMA-ECSTASY | 12/15/2016 |
| 16068675 | AGGRAVATED ASSAULT, WEAPONS OFFENSE | 07/15/2016 |
| 16005930 | AMPHETAMINE-POSSESSION | 01/19/2016 |
| 16027269 | COCAINE-POSSESSION OF | 03/21/2016 |
| 16087917 | COCAINE-POSSESSION OF   (3 Arrests) | 09/08/2016 |
| 16094650 | COCAINE-POSSESSION OF | 09/28/2016 |
| 16033422 | HEROIN-POSSESSION OF | 04/06/2016 |
| 16083601 | HEROIN-POSSESSION | 08/26/2016 |
| 16010118 | POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA | 01/31/2016 |
| 16063212 | MARIJUANA-POSSESSION | 06/28/2016 |
| 16005930 | MARIJUANA - POSSESSION - (2 Custodial Arrests) | 01/19/2016 |
| 16056832 | MARIJUANA - POSSESSION | 06/10/2016 |
| 16078167 | MARIJUANA - POSSESSION | 08/10/2016 |
| 16077479 | MARIJUANA - POSSESSION | 08/10/2016 |
| 16053545 | TRAFFICKING METHAMPHETAMINES | 05/31/2016 |
| 16027622 | DANGEROUS DRUGS-ILLEGAL S/DIST/POSS/ EXCT | 03/24/2016 |

Due to the documented incidents involving arrests or citations, I believe that in accordance with Sec. 83-26, a public safety nuisance exists at the Red Roof Inn. Hence, the Cobb County Police Department requests that the Public Safety Director review this case with the County Attorney to determine the correct course of action in accordance with Sec. 83-27.


Equal Opportunity Employer

Cobb County...Expect the Best!


Page 3 of 3

- Supporting Documents:
    - Red Roof Arrest Report 2016
    - Red Roof Incident Offense report 2016
    - Cobb County Tax Bill 2200 Corporate Plaza
    - Windy Hill Hotels Chart Comparison



Equal Opportunity Employer  Cobb County...Expect the Best!

RRI_WK_00003007