| | |
|---|---|
| **From:** | Cori Rice |
| **Sent:** | Friday, November 13, 2015 11:32 AM CST |
| **To:** | Marina MacDonald |
| **Subject:** | RRI Crisis Monitoring Monthly Report - July to October, 2015 |
| **Attachments:** | RRI Crisis Monitoring Monthly Report - July to October.pptx |

Marina-
See attached the beautiful work of the crisis team…..will you review before we send on to George?
Thanks
C

Cori Zywotow Rice – President
Hill + Knowlton SAMCOR LLC
Hill + Knowlton Strategies Miami
255 Alhambra Circle, Suite# 330
Coral Gables, Florida 33134
p: +1 (305) 443 5454
f:  +1 (305) 443 0646
cori.rice@hkstrategies.com

**PL Sum. J.**

**Ex. 92**



# CRISIS MONITORING MONTHLY REPORT

July 2015 – October 2015

Submitted by HILL+KNOWLTON STRATEGIES

RRI_WK_00005243

# MONITORING FILTER

## Guest Comments from 4 Platforms

- Clarabridge Survey
- TripAdvisor
- Hotels.com
- Expedia


 


## 28 Key Words in 4 Categories


**Drugs**
- Drug Activity, Needles, Narcotics, Dope, Syringe, Weed, Cocaine, Crack, Meth, Methamphetamine, Trafficking


**Police**
- SWAT, Arrest, Robbery, Undercover, Ambulance, Fire Rescue, Rescue Squad


**Weapons**
- Gun, Knife


**Prostitution**
- Escort, Pimp, Hooker, Whore



# CRIMINAL TRENDS: BY CATEGORIES

From July to October 2015, Red Roof received:

- **Prostitution: 105 Comments**
- **Drugs: 175 Comments**
- **Police: 125 Comments**
- **Weapons: 1 Comment**





# PROSTITUTION: Regions with most prostitution comments



### Region F4: (19) Prostitution comments
- Atlanta Midtown (6 comments), Columbia West-SC (3), Tinton Falls (3)

### Region F3: (12) Prostitution comments
- Atlanta Smyrna (7), Chattanooga Airport (4)

### Region F6: (12) Prostitution comments
- Hardeeville (3)

*Properties that received 3 or more comments from July to October, 2015




# DRUGS: Regions with most drugs comments



## Region F4: (25) Drugs comments
- Atlanta Midtown (11 comments), Atlanta South – Morrow (5)

## Region F3: (16) Drugs comments
- Atlanta Smyrna (12)

## Region F1: (15) Drugs comments
- Tampa Busch (4), Jacksonville - Orange Park (3)

*Properties that received 3 or more comments from July to October, 2015




RRI_WK_00005247

# POLICE: Regions with most police comments



### Region F3: (16) Police comments
- Atlanta Smyrna (7 comments), Chattanooga Airport (3)

### Region F4: (16) Police comments
- Mt. Laurel (3)

### Region 8: (15) Police comments
- Baltimore North – Timonium (4), Charleston – Kanawha City (3)

### Region F6: (15) Police comments
- Greenville (3)

*Properties that received 3 or more comments from July to October, 2015




# CRIMINAL TRENDS: BY REGIONS

## Top 5 regions with most criminally relevant comments:

1. Region F4: (60) comments
2. Region F3: (44) comments
3. Region F6: (40) comments
4. Region 8: (30) comments
5. Region F1: (28) comments



RRI_WK_00005249

# ATTENTION LIST: Properties with most criminal chatter

| Region | Property | Total | Prostitution | Drugs | Police | Weapons |
|---|---|---|---|---|---|---|
| F3 | Atlanta – Smyrna | 26 | 7 | 12 | 7 | 0 |
| F4 | Atlanta – Midtown | 19 | 6 | 11 | 2 | 0 |
| F4 | Atlanta – South (Morrow) | 9 | 2 | 5 | 2 | 0 |
| F3 | Chattanooga Airport | 9 | 4 | 2 | 3 | 0 |
| 5 | Detroit - St. Clair Shores | 8 | 3 | 4 | 1 | 0 |
| 6 | Atlanta – Buckhead (PLUS) | 7 | 1 | 3 | 3 | 0 |
| F1 | Jacksonville – Orange Park | 7 | 3 | 3 | 1 | 0 |
| F1 | Tampa Busch | 7 | 1 | 4 | 2 | 0 |
| F4 | Columbia West, SC | 6 | 3 | 1 | 2 | 0 |
| F6 | Greenville | 6 | 2 | 1 | 3 | 0 |
| F4 | Mt. Laurel | 6 | 1 | 2 | 3 | 0 |
| 1 | Phoenix North – Bell Road | 6 | 2 | 4 | 0 | 0 |
| F2 | Chicago – O'Hare Airport/Arlington Heights | 5 | 1 | 2 | 2 | 0 |
| F7 | Columbus E – Reynoldsburg | 5 | 0 | 2 | 3 | 0 |
| 5 | Detroit – Warren | 5 | 2 | 1 | 2 | 0 |

*Properties that received a minimum of 4 criminally relevant comments




# ATTENTION LIST: Properties with most criminal chatter

| Region | Property | Total | Prostitution | Drugs | Police | Weapons |
|---|---|---|---|---|---|---|
| F6 | Hardeeville | 5 | 3 | 1 | 1 | 0 |
| F2 | Minneapolis – Roseville | 5 | 1 | 1 | 3 | 0 |
| 6 | Raleigh NCSU – Convention Center | 5 | 0 | 3 | 2 | 0 |
| F4 | Tinton Falls | 5 | 3 | 0 | 2 | 0 |
| 5 | Akron | 4 | 0 | 2 | 2 | 0 |
| 8 | Baltimore North - Timonium | 4 | 0 | 0 | 4 | 0 |
| 8 | Charleston - Kanawha City, WV | 4 | 0 | 1 | 3 | 0 |
| F2 | Chicago Lansing | 4 | 2 | 1 | 1 | 0 |
| 7 | Harrisburg – Hershey | 4 | 2 | 2 | 0 | 0 |
| 8 | Louisville Expo Airport | 4 | 2 | 1 | 1 | 0 |
| F6 | Mystic New London | 4 | 1 | 1 | 2 | 0 |
| 2 | Naples | 4 | 2 | 1 | 1 | 0 |
| 3 | Pensacola - West Florida Hospital | 4 | 0 | 4 | 0 | 0 |
| 6 | Richmond South | 4 | 1 | 1 | 2 | 0 |
| F2 | Terre Haute | 4 | 1 | 2 | 1 | 0 |
| 8 | Washington DC - Columbia/Fort Meade | 4 | 2 | 1 | 1 | 0 |

*Properties that received a minimum of 4 criminally relevant comments



RRI_WK_00005251