**PL Sum. J.**
**Ex. 93**

**From:** Jay Moyer
**Sent:** Monday, October 22, 2012 8:12 PM CDT
**To:** Stephanie Doherty
**Subject:** RE: Druid Hills Buckhead #130

This is what Michael sent to me today. Comments in blue are what I know or what I've been told

**From:** Michael Thomas [mailto:tpsproservices@gmail.com]
**Sent:** Monday, October 22, 2012 11:37 AM
**To:** Jay Moyer
**Subject:** Druid Hills Buckhead #130

Dear jay,

I have been an Red Roof employee for close to a year at this property. I have worked under 2 general managers that are no longer with the company and a few other floating general managers. I have never been written up nor have i had any incidents with guest or fellow employees. I have wonderful work ethic and until today was under the impression that i was a valuable asset to the company. actually he has a cash handling write up which he refused to sign back when Ella was GM – July 27.
jay i am 33 years old and i have been working since i was 16,never have i had any manager speak to me in such a manner as Kimberly rachal did on 10/21/2012. Ive been silent about so many issues and concerns i have because Kimberly says the buck now stops with her . hopefully this email will not fall on deaf ears.I know for a fact that a federal suit is about to be filed in the courts this week, there has been a lawyer on the property talking to employees we now know by Michaels VM that he is the one who contacted a lawyer. ( i declined hoping hr would fix my hours that were deleted ) about our hours being taken without our knowledge or consent. before taking those steps attempts to
contact Mrs Stephanie Daugherty and her boss Mrs Willis only to get
no response. Kimberly called a meeting having people sign off on old time cards that were incorrect. The employees basically feel like your goal is to back your general manager more so than the issues of the general employee.
jay i worked as you know as a housekeeper before i worked as (GSR) at front desk ( i have night audited as well) so i see things in an array of aspects. most of the supplies that does come in somehow finds its way to the INDIAN TRAIL property. we run short on irons ironing board hair dryers ect Kimberly had them totted off to her property saying that we had too much we in fact
we actually utilized them . we constantly have to borrow soap and shampoo and toilet paper from other properties because Kimberly says she not going to order


EXHIBIT 120

RRI_WK_00004883

more she says we are over budget so instead she limits the amount that she orders and then borrows the rest form other properties.the problem is that she tells us the we are stealing it when the truth is the buckhead property is a unique property and we im sure use more supplies the others. Kimberly compares our property to her other one when in retrospect its somewhat had to do because of all the factors that are involved such as revenue,location,labor etc  The house keepers are rushed to do room in order to meet certain goal times with the threaten of being wrote up or terminated if these goals times are not met. in other words the house keepers rush to do the rooms cause they think they are going to get fired if they don't meet the goal times. Goal times are basically 25 minutes per room. Nothing out of the ordinary here. then the guest complain about the rooms (which one would expect because they have to rush to do them) some of the house keepers bring their own cleaning supplies daily its a war of the survival of the fittest to see which house keeper will get towels on their floor.  I have heard of one employee who said she brought in her own cleaner because she thinks it works better -- but when I heard that I asked her to use ours and not bring in anything from home due to OSHA regulations, etc.  Kimberly swears that we have towels locked up in supply closet but they are never available because she thinks that once again the employees take everything when in fact as i sad they are bringing their own cleaning supplies. i have personally worked with Kimberly on several of my shifts and their is always a confrontation with a guest mostly because of her rudeness and recently when people come in and ask for the manager she will tell me to say shes not there making me look stupid after i have already told the guest one moment and walk around the wall to her office,i cant even forward calls and complaint to her voice mailbox because
most times its full and the call get re-routed right back to the front desk. our property has a high prostitution rate and although we try to curtail
this Kimberly prefers revenue so when people that we know for a fact are prostitutes or are on the do not rent list even in some cases Kimberly will let them still rent rooms she says its at her discretion. Every week there is a new piece of paper for us to sign with no letterhead that she states is from you directly (normally when you send out a memo it has letterhead and your title) has this method changed ? when other general managers call we are instructed not to give them any information on the property or internal we are supposed to send it to her voice mail asap.( i was instructed that if Vanessa Cole called or any general manager to put it to her voice mail) and that if a general manager is on property call her immediately.  There have been incidents when a guest has items in the room, is due to check out and has a balance. Kimberly will take the items, lock them out, extend the room another day and inform the staff that the guest now has to pay for two nights and contact her to get their items.  The items are not where they are to be allocated.  Their are often managers that come in from

local eating establishments (outback steak house mostly) claiming
that Kimberly promised them free room in exchange for meal vouchers they
have given her, and when we call her about it she reverts on her promises and
tell us tell them to that she need to know a week in advance which normally
makes them very angry. I think this was set up with Ella when she did a trade
out for her open house. ??? For some reason she throws away certain folios that
are in the audit packs every Monday (i still haven't figured that one out yet) in
the past two weeks two people quit and one fired (unjustly) them my dillema
should be a wake up call for someone.please allow me to shift your attention in
some other areas that require immediate action. Maintenance. Asa Johns your
head maintenance man at that property has improper relations with guest in
315 Mrs Lewis who is a for a fact a prostitute.  she had been at that hotel if you
look at her folio for at least seven months in the same room. Kimberly knows this
and allows it. asa will disappear for hours and not even answer his radio which is
why things aren't fixed properly and the backlog is so high.any employee you ask
will confirm this fact. there is a gentleman in room 328 i believe by the last
name lightener who is 315 pimp and has been at that hotel since before i was
even employed and im just in awe because the manager we have told
including Kimberly has done nothing about it, but when federal agents come to
the hotel kicking in doors doing drug raids and prostitution stings (which have
all happened on separate incidents within the last three weeks) we the employees
are blamed when the general manager has already been informed. i reported
suspected drug activity on room 126 four days before the police were there to the
general manager on duty and i know for a fact it went in one ear
and other Sergio was caught red handed taking money out the drawer (stealing)
and was allowed to keep his job just put in another position,yet he still comes to
the front and does "questionable" things on computer and nothing is said . I
confronted Kimberly about deleting my time punches on the last pay period and
nothing has been done about that to this date.

well yesterday Kimberly called me and attempted to confronted me
about Amanda grimsly being at the job site (who was waiting for Kimberly i
assume) Kimberly got mad at me because she was there. i was just starting my
shift i didn't even know Amanda was terminated. Kimberly was very irate with
me (over the phone) started a shouting match and then hung up in my face. i
called her back she didn't answer  i admit i did leave her a voice mail explaining
how i felt about the situation and everything else that has went on. jay
i didn't curse or threaten her in any way but i will say my tone choice wasn't the
best. He did tenure his resignation and threatened he hired a lawyer.  i love my
job.i love interacting with people ive been working in the customer service field
since i can remember.i really wanted redroof to be a place i can grow

RRI_WK_00004885

and excel <u>at.is</u> that still possible? I feel like alot of times with upper management that they really don't care about the little people, but i know you do jay, from the moment i met you, when you told me that i could call you if i had any issues. that really made me feel like wow the vice president cares, and i have always kept that thought please prove me right.i was asked to leave basically and Shari stayed and pulled a double. kimberly still not taking my calls and has told other employees basically that i walked out at the beginning of my shift which defiantly didn't happen.i would like to know do i still have my job, can i go to another location perhaps please.i know of other employees that have come to you with situations and you weren't able to help them them, will this be my fate as well. i eagerly wait in limbo for your response regarding this matter sir . Thanks in advance Michael Thomas

BTW – when Michael left yesterday – he left the desk and property unattended. Kim had to call Sherri and ask her if she would return back to property and work the desk for Michael – which she did.

Michael left the desk unattended and left the property. Sergio and Sherry can attest to this

RRI_WK_00004886