

EXHIBIT
217

|  |  |
|---|---|
| **From:** | Bob (Bharat) Patel |
| **Sent:** | Monday, September 18, 2017 11:50 AM CDT |
| **To:** | Jeffrey.Adcock@cobbcounty.org; Eddie.Snelling@cobbcounty.org |
| **CC:** | davidperrie@perrielaw.com; Barry.Little@cobbcounty.org; Vickie Lam; I0088; Rakesh Patel; Greg Stocker; bharat patel; Shelley Chandler |
| **Subject:** | Employee Meeting Notes - Red Roof Inn Smyrna |
| **Attachments:** | Safety Meeting Notes Red Roof Inn Smyrna.docx |

**PL Sum. J.**

**Ex. 94**

Good afternoon Jeff/Eddie,

Ref:  Red Roof Inn Smyrna Employee Meeting Notes
Organizer:  Bharat Patel – Red Roof Smyrna
Advisor:  Bob Patel & Tori Simpson – Global Management

We are arranging another employee meeting for our Safety and Security of the hotel and our community. Please find attached the meeting notes prepared by me and Tori Simpson from Global Management. If you have any suggestion, please let me know, so we can add in our next meeting.

**Abatement Plane:** The hotel is working on the abatement plane with help of Global Management experienced team and I will get back to you in couple-three days with all steps we have taken and progress made so far.

Thank you for your cooperation, and we will continue working for safety and security of our hotel and community.

    Thank you,
    Bob (Bharat) Patel



C (951) 334 7460 | F (678) 302 5319

Safety Meeting Notes

Date:

Front Desk Team: At Check In

- Pay attention to who is walking past the front desk at all times. Speak to all visitors, and guests before they speak to you.
**(Safety Tip: Customers who are engaging in illegal activity will not want you to notice them and will feel uncomfortable)**
- Upon requesting the ID of the guest, if you see they are local, ask what brings them to town and keep it professional.
**(Safety Tip: Customers who are staying right down the street but want to check in on good leisure visits won't mind telling you a quick reply, but the bad element guests will be used to this mention.)**
- If a guest has no ID, then they cannot check in.
**(Safety Tip: Guests who have warrants, or illegal activity, or underage persons in the room will not wish to provide ID.)**
- Write down on the receipt how many keys you issued if you feel uncomfortable at check-in on the copy they signed, and place them in an area near the office view or 1st floor where we can keep an eye on that room.
**(Safety Tip: Guests who are engaging in illegal activity or have a lot of foot traffic, will almost always ask for room in a corner and away from staff view.)**
- Ask how many guests will be needing a key, or staying during the booking.
**(Safety Tip: Guests who have more than 3-4 MEN in the room are usually up to no good. You can gauge this yourself, but mostly unless they are construction workers, this is not common. Pay attention to this type of activity as it could result in bad element at your hotel. Make sure guests are registered, and have not exceeded the number of guests in the room legally.)**
- Always confirm with guests who are checking in that they are the registered person under the reservation. If they are not, call to confirm with registered guest if its ok to check in another party under their reservation if they are not listed already and add them with ID.
**(Safety Tip: Guests who are not wanting their information disclosed for bad activity purposes will not want to provide ID and just expect to get a key if the room is prepaid usually. Pay attention to who is requesting keys and always check ID's to confirm first.)**

All Staff: During the Guest stay

- Monitor high traffic rooms where guests are in and out all night.
**(Safety Tip: Guests who are roaming on all floors, or back and forth from one room to the next are not good and make other guests feel as if illegal activity is being conducted or they are being watched.)**
- Complete random room inspections on rooms that you suspect bad activity, and if needed take your security guard or police officer on duty.
**(Safety Tip: Guests who are selling drugs or are doing things they should not be doing, do not like pop in inspections and usually will make it very difficult for you to check their room without notice.)**
- If you see guests who were banned visiting on the property, or who appear to be of no good business, ask them what room they are in and who they are visiting.

RRI_WK_00003034

- **(Safety Tip: People who are not familiar with your property but are walking around usually cannot provide a name or room number they are authorized to visit accurately.)**
- When guests bring a safety concern to your attention, please SOLVE it at that moment. The worst thing we can do if we are trying to improve our hotel, is pass it on and not follow up.
  **(Safety Tip: Guests who are engaging in bad activity or looking for trouble, usually don't report any safety concerns to us. They are hoping we don't notice those items.)**
- Inform guests when you see them loitering that we have a strict policy on that, and we don't allow outside for more than 2-3 minutes unless smoking a cigarette or waiting for a cab. We also don't allow guests sitting in the cars for extended periods of time.
  **(Safety Tip: Guests who are watching the property, of frequency of team or other guests are usually outside more than inside. This is not a good look for new guests coming to our hotel, or singles who are weary and traveling alone.)**

Maintenance Team & Security Team

- Check all outside lights at night or day time to make sure they are working.
  **(Safety Tip: When our breezeway, hallways, or outside lights are not working, this is a safety concern.)**
- Visit all rooms once a month to check smoke detectors and bathroom fan cleanliness.
  **(Safety Tip: This is an easy way to do a quick inspection of who and what is going on in the room and there are no visible safety concerns or drug use. Also sometimes when guests take down the smoke detectors or cover up the bathroom fans with items it is not only a fire hazard, but most of the time they are smoking more than just cigarettes & don't want the smell to travel to the next room so pay attention.)**
- Search the parking lot for abandoned cars, cars with flat tires, expired tags, cars backed into the parking spot trying to hide the tags, and cars with items packed to the ceiling.
  **(Safety Tip: These could be stolen vehicles dropped off at your property, or eye sores to the good clientele you are trying to attract!)**
- Report to Management damage around the property and pick up trash immediately.
  **(Basic Tip: Guests who are just passing through or trying your hotel for the first time, usually grade your hotel parking lot first before they even make it inside from a cleanliness & safety perspective. If they see a dirty lot, it tells them you don't care, and if they see damage not reported or repaired for days it also tells them as a company we don't care about first impressions or curb appeal.)**
- Make sure all your Exit lights and Emergency lights work.
  **(Safety Tip: This is something your fire marshal checks on annual visits to the hotel, but also guests notice them also if they don't work. That again tells them if we are paying attention to safety at our hotel.)**

Housekeeping/Laundry Team:

- When servicing a room, and you notice the SAME ROOM each day or the SAME ROOM Week is declining service, report this to the GM so we can do an inspection. We need to explain to guests who are constantly declining service that is not our policy, and that all rooms must be serviced daily & if they are paying weekly then at least once per week.

RRI_WK_00003035

- **(Safety Tip: Guests who are doing bad activity, do not want us in their room at all usually and will always decline service. Review your Housekeeping reports daily and look for common notes that they leave like "Sheets & Towels only, or No Service, or No Open" listed on those HK assignments sheets.")**
- <u>Pay attention to odd smells in rooms, or marijuana blunt insides thrown in the trash cans.</u>
  **(Safety Tip: Guests who smoke marijuana usually need a buyer, and that will attract the seller to come to your property making rounds, or it will turn away guests who are here on leisure travel or visiting on business by the smell.)**
- <u>Report any illegal activity you see, and trashed rooms.</u>
  **(Basic Tip: Communication is key, and if you are communicating with your team about these items then you are working towards improvement, if you are not you may be part of the problem.)**
- <u>Bring any keys you find to the office and we can reuse them or that you see laying around the property.</u>
  **(Safety Tip: Keys that we pass in the hallways or on the grounds laying should always be picked up by our team if we see them so we can ensure a guest's room or one of our keys has not be confiscated.)**
- <u>Report any lost or stolen keys directly to management.</u>
  **(Safety Tip: This is basic common knowledge, but we will remind you that this is required as well.)**
- <u>Be professional in the rooms, and do not share any personal company information for your protection, and our team.</u>
  **(Safety Tip: If you are too personal with guests, they will expect you to not report activity seen or turn the cheek. Please work with and for your team.)**
- Smile at your guests, be professional, and always make eye contact with them when they pass you in the hallways.
  **(Safety Tip: Again, guests who are at your hotel and have no good intention, usually don't want to be noticed by all staff members. They want to go "un-noticed".)**

**\*Improving the hotel is a TEAM EFFORT. It cannot be performed by just one person. Please sign below that you are willing to take part in the Security measures and help improve our community image as a team. Thank You- MGT**

_____          _____

**Employee Name/ Signature**                                               **Date of Security Training**

**Red Roof Inn Smyrna GA**

RRI_WK_00003036