**From:** Jay Moyer
**Sent:** Tuesday, November 12, 2013 6:27 PM CST
**To:** Mike Murphy; Patrick Bonner
**Subject:** RE: 2014 Budget

PL Sum. J. Ex. 95

**BTW – when I'm asked...**

"well Mr. Moyer... can you tell me why your total other utilities are up 10k to TTM??? I'm going to say – oh gosh, I'm not sure. I didn't complete this part of the budget"

**Ok then**

"well Mr. Moyer...what can you tell me about taking the Buckhead location to Plus+++++Plus status??? I'm going to say that my pimps and ho's love them some snacks to go with their smokes"

And I haven't quite figured out what I'm going to say about new towels, hair dryers, irons/boards purchases.

I guess – "cats got my tongue"

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended solely for the party to whom it is addressed

EXHIBIT 115

RRI WK 00004955