# Plaintiffs' Summary Judgment Ex. 96- Email re: 2019 Bonus

# Provisionally Filed Under Seal