Plaintiffs' Summary Judgment Ex. 97- Email re April Mid- Month NR

Provisionally Filed Under Seal