Plaintiffs' Summary Judgment Ex. 98- Email re Mid-Month NR- October

Provisionally Filed Under Seal