# Plaintiffs' Summary Judgment Ex. 99- Email re RRI Audit Report

# Provisionally Filed Under Seal