Plaintiffs' Summary Judgment Ex. 100- Email re: Google Alert- Red Roof Inns

Provisionally Filed Under Seal