Plaintiffs' Summary Judgment Ex. 101-
Email re: St. Louis-Forest Park Notice

Provisionally Filed Under Seal