# Plaintiffs' Summary Judgment Ex. 102- Email re RRI Framingham

# Provisionally Filed Under Seal