## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| JANE DOE 1–4,<br><br>    Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., et al.<br><br>    Defendant, | CIVIL ACTION FILE<br><br>NO. 1:21-cv-04278-WMR<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |

|  |  |
|---|---|
| W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P., and T.H.,<br><br>    Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., FMW RRI NC, LLC, RED ROOF FRANCHISING, LLC, RRI WEST MANAGEMENT, LLC, VARAHI HOTEL, LLC, WESTMONT HOSPITALITY GROUP, INC., and RRI III, LLC,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-5263-VMC<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |

## PLAINTIFFS' NOTICE OF FILING
## SUMMARY JUDGMENT EXHIBITS 104-129

Plaintiffs file this Notice of Filing Summary Judgment Exhibits 104-129 to assist the Court in its review of the evidence that Plaintiffs cite in responding to Defendants' summary judgment motions.  Defendants filed multiple, separate summary judgment motions, each with a separate statement of facts that the Defendants contend are both material and undisputed. To streamline the Court's review of these motions and the Plaintiffs' responses, Plaintiffs are filing one consolidated response brief.  And pursuant to Local Rule 56.1(B)(2) Plaintiffs are also filing individual responses to each statement of facts as well as Plaintiffs' own statement of additional facts which Plaintiffs contends are material and present a genuine issue for trial.

In all of Plaintiffs' responsive filings, Plaintiffs refer to the evidence in the record that is attached to this Notice and listed below by exhibit numbers.  Where Plaintiffs cite to these exhibits in their filings, they do so with reference to these exhibit numbers, which will mostly be found in parentheticals along with the specific record citation (*e.g.*, JD21 Dep. (**Ex. 1**) 153:3-7).

In addition, many of the exhibits listed below contain either confidential information or information that Defendants have designated confidential. As noted below, here Plaintiffs file only the redacted versions of such documents or—where the Defendants have marked the whole document confidential—a document

#3516858v1

1

placeholder. Consistent with the Local Rules, Plaintiffs are separately filing a motion to seal the unredacted, full copies of any such documents and are provisionally filing those documents under seal.

Finally, because of technical restrictions, Plaintiffs are filing these exhibits in batches and noting in the title of each Notice the range of Exhibits included in that batch.

| Ex. | Date | Description | Bates No. | Redacted or Fully Confidential |
|-----|------|-------------|-----------|-------------------------------|
| 1 | 6/9/2022 | JD1 Vol. 1 Deposition Excerpts | | Redacted (Plaintiffs) |
| 2 | 6/10/2022 | JD1 Vol. 2 Deposition Excerpts | | Redacted (Plaintiffs) |
| 3 | 6/16/2022 | JD2 Vol. 1 Deposition Excerpts | | Redacted (Plaintiffs) |
| 4 | 8/29/2022 | JD2 Vol. 2 Deposition Excerpts | | Redacted (Plaintiffs) |
| 5 | 4/13/2022 | JD3 Deposition Excerpts | | Redacted (Plaintiffs) |
| 6 | 6/24/2022 | JD4 Deposition Excerpts | | Redacted (Plaintiffs) |
| 7 | 6/30/2022 | DP Deposition Excerpts | | Redacted (Plaintiffs) |
| 8 | 10/12/2022 | EH Deposition Excerpts | | Redacted (Plaintiffs) |
| 9 | 3/22/2022 | MB Deposition Excerpts | | Redacted (Plaintiffs) |

| Ex. | Date | Description | Bates No. | Redacted or Fully Confidential |
|---|---|---|---|---|
| 10 | 4/14/2022 | RP Deposition Excerpts | | Redacted (Plaintiffs) |
| 11 | 11/4/2021 | WK Deposition Excerpts | | Redacted (Plaintiffs) |
| 12 | 9/30/2022 | Varahi 30(b)(6) Deposition Excerpts | | Redacted (Defendants) |
| 13 | | INTENTIONALLY LEFT BLANK | | N/A |
| 14 | 2/2/2022 | Michael Thomas Deposition Excerpts | | None |
| 15 | 10/18/2021 | Vanessa Cole Deposition Excerpts | | None |
| 16 | 7/14/2022 | KP Deposition Excerpts | | Redacted (Plaintiffs) |
| 17 | 5/25/2022 | Bharat Patel Deposition Excerpts | | Redacted (Defendants) |
| 18 | 3/18/2022 | James "Jay" Moyer Deposition Excerpts | | Redacted (Defendants) |
| 19 | 10/22/2021 | Forrest Castille Deposition Excerpts | | Redacted (Plaintiffs) |
| 20 | 3/3/2022 | CA Vol. 1 Deposition Excerpts | | Redacted (Plaintiffs) |
| 21 | 8/12/2022 | CA Vol. 2 Deposition Excerpts | | Redacted (Plaintiffs) |
| 22 | 5/6/2022 | RK Deposition Excerpts | | Redacted (Plaintiffs) |
| 23 | 5/5/2022 | TH Deposition Excerpts | | Redacted (Plaintiffs) |

#3516858v1

| Ex. | Date | Description | Bates No. | Redacted or Fully Confidential |
|---|---|---|---|---|
| 24 | 8/31/2022 | AF Deposition Excerpts | | Redacted (Plaintiffs) |
| 25 | 11/11/2021 | MM Deposition Excerpts | | Redacted (Plaintiffs) |
| 26 | 5/11/2022 | Greg Stocker 30(b)(6) Vol. 1 Deposition Excerpts | | None |
| 27 | | INTENTIONALLY LEFT BLANK | | N/A |
| 28 | 5/11/2022 | Greg Stocker Individual Deposition Excerpts | | None |
| 29 | 10/20/2021 | Michelle Sarkisian Deposition Excerpts | | None |
| 30 | 6/27/2022 | Andrew Alexander Deposition Excerpts | | None |
| 31 | 4/27/2022 | George Limbert Vol. 1 Deposition Excerpts | | Redacted (Defendants) |
| 32 | | INTENTIONALLY LEFT BLANK | | N/A |
| 33 | 5/17/2022 | Westmont Hospitality Group, Inc. 30(b)(6) (Brianne Austin) Deposition Excerpts | | None |
| 34 | 8/25/2022 | RRI 30(b)(6) (John Park) Deposition Excerpts | | Redacted (Defendants) |
| 35 | 3/11/2022 | Vickie Lam Deposition Excerpts | | Redacted (Defendants) |

| Ex. | Date | Description | Bates No. | Redacted or Fully Confidential |
|---|---|---|---|---|
| 36 | 6/14/2022 | Marina MacDonald Deposition Excerpts | | None |
| 37 | | INTENTIONALLY LEFT BLANK | | N/A |
| 38 | 9/14/2022 | KP ESA Deposition Excerpts | | Redacted (Plaintiffs) |
| 39 | 11/10/2022 | CA ESA Deposition Excerpts | | Redacted (Plaintiffs) |
| 40 | 5/20/2022 | Brenda Connor Deposition Excerpts | | Redacted (Plaintiffs) |
| 41 | 1/19/2022 | Monica Hamilton Deposition Excerpts | | None |
| 42 | 8/9/2022 | RRI 30(b)(6) Michelle Wehrle Deposition Excerpts | | None |
| 43 | 5/3/2022 | Vince Vittatoe Deposition Excerpts | | Redacted (Defendants) |
| 44 | 7/6/2022 | Tom McElroy Deposition Excerpts | | None |
| 45 | | INTENTIONALLY LEFT BLANK | | N/A |
| 46 | | INTENTIONALLY LEFT BLANK | | N/A |
| 47 | | INTENTIONALLY LEFT BLANK | | N/A |
| 48 | | Plaintiffs' Claims Chart | | None |
| 49 | | Plaintiffs' Trafficking Chart | | None |
| 50 | | Cast of Characters Chart | | None |

| Ex. | Date | Description | Bates No. | Redacted or Fully Confidential |
|---|---|---|---|---|
| 51 | | Defendants' Roles Chart | | None |
| 52 | | RRI-FMC Structure Chart | WRRH 000235 | Confidential (Defendants) |
| 53 | | Red Roof Inns, Inc. Structure Chart | WRRH 000236 | Confidential (Defendants) |
| 54 | | RRI Dune Structure Chart | WRRH 000234 | Confidential (Defendants) |
| 55 | 5/8/2013 | DeKalb County Police Department Incident Report | Pltf.-RRI0006326-Pltf.-RRI0006325 | None |
| 56 | 9/20/2013 | Brookhaven Police Department Incident Report | Pltf.-RRI0000124-Pltf.-RRI0000127 | None |
| 57 | 10/24/2013 | Brookhaven Police Department Incident Report | Pltf.-RRI0000167-Pltf.-RRI0000173 | None |
| 58 | 5/3/2014 | Brookhaven Police Department Incident Report | Pltf.-RRI0000303-Pltf.-RRI0000306 | None |
| 59 | 11/24/2015 | Brookhaven Police Department Incident Report | Pltf.-RRI0000630-Pltf.-RRI0000640 | None |
| 60 | 4/10/2016 | Brookhaven Police Department Incident Report | Pltf.-RRI0000776-Pltf.-RRI0000784 | None |
| 61 | 2/27/2017 | Cobb County Police Incident Report | Pltf-RRI0003810-Pltf.-RRI00003816 | None |
| 62 | 11/7/2022 | DeKalb County Police Department Incident Report | Pltf-RRI0005238-Pltf.-RRI0005239 | None |

| Ex. | Date | Description | Bates No. | Redacted or Fully Confidential |
|---|---|---|---|---|
| 63 | 11/7/2011 | DeKalb County Police Department Incident Report | Pltf-RRI0006294-Pltf-RRI0006295 | None |
| 64 | 12/7/2014 | Cobb County Police Case Supplemental Report | Pltf. W.K.-000386 - Pltf. W.K.-000387 | None |
| 65 | 8/23/2019 | Affidavit of Vanessa Cole | Pltf-RRI0005117-Pltf-RRI0005119 | None |
| 66 | 8/29/2019 | Affidavit of Michele Sarkisian | Pltf-RRI0006217-Pltf-RRI0006221 | None |
| 67 | 4/18/2022 | Affidavit of Brenda Connor | Pltf-RRI0006900-Pltf-RRI0006906 | Redacted (Plaintiffs) |
| 68 | 3/1/2023 | Declaration of WK | | Redacted (Plaintiffs) |
| 69 | 8/20/2021 | Plaintiff W.K.'s Objections and Responses to Defendant Red Roof Inns, Inc's First Interrogatories (excerpts) | | Redacted (Plaintiffs) |
| 70 | 8/23/2021 | Plaintiff C.A.'s Objections and Responses to Defendant Red Roof Inns, Inc.'s First Interrogatories (excerpts) | | Redacted (Plaintiffs) |

| Ex. | Date | Description | Bates No. | Redacted or Fully Confidential |
|---|---|---|---|---|
| 71 | 8/23/2021 | Plaintiff D.P.'s Objections and Responses to Defendant Red Roof Inns, Inc.'s First Interrogatories (excerpts) | | Redacted (Plaintiffs) |
| 72 | 3/23/2020 | Plaintiff Jane Doe 2's Objections and Responses to Red Roof Inns, Inc.'s First Interrogatories (excerpts) | | None |
| 73 | 6/8/2022 | Plaintiff Jane Doe 2's Amended and Supplemental Objections and Responses to Defendant Red Roof Inns, Inc.'s Interrogatories (excerpts) | | Redacted (Plaintiffs) |
| 74 | 8/30/2021 | Plaintiff E.H.'s Objections and Responses to Defendant Red Roof Inns, Inc.'s First Interrogatories (excerpts) | | Redacted (Plaintiffs) |

| Ex. | Date | Description | Bates No. | Redacted or Fully Confidential |
|---|---|---|---|---|
| 75 | 8/10/2022 | Plaintiff E.H.'s Amended and Supplemental Objections and Responses to Defendant Red Roof Inns, Inc.'s First Interrogatories (exc erpts) | | Redacted (Plaintiffs) |
| 76 | 8/23/2001 | Plaintiff R.K.'s Objections and Responses to Defendant Red Roof Inns, Inc.'s First Interrogatories (exc erpts) | | None |
| 77 | 8/23/2021 | Plaintiff K.P.'s Amended and Supplemental Objections and Responses to Defendant Red Roof Inns, Inc.'s First Interrogatories (excerpts) | | Redacted (Plaintiffs) |
| 78 | 8/23/2021 | Plaintiff M.M.'s Objections and Responses to Defendant Red Roof Inns, Inc.'s First Interrogatories (exc erpts) | | Redacted (Plaintiffs) |

#3516858v1

9

| Ex. | Date | Description | Bates No. | Redacted or Fully Confidential |
|---|---|---|---|---|
| 79 | 3/23/2020 | Plaintiff Jane Doe 4's Amended and Supplemental Objections and Responses to Defendant Red Roof Inns, Inc.'s First Interrogatories (excerpts) | | Redacted (Plaintiffs) |
| 80 | 8/30/2021 | Plaintiff R.P.'s Amended and Supplemental Objections and Responses to Defendant Red Roof Inns, Inc.'s First Interrogatories (excerpts) | | Redacted (Plaintiffs) |
| 81 | 3/23/2020 | Plaintiff Jane Doe 3's Objections and Responses to Defendant Red Roof Inns, Inc.'s First Interrogatories (excerpts) | | Redacted (Plaintiffs) |
| 82 | 11/12/2013 | Email Re: 2014 Budget | RRI_WK_00004955 | None |
| 83 | 5/8/2012 | Email Re: Calfee Report on Ohio Government: February 2012 | RRI_WK_00005964-RRI_WK_00005965 | Confidential (Defendants) |

| Ex. | Date | Description | Bates No. | Redacted or Fully Confidential |
|---|---|---|---|---|
| 84 | 7/24/2012 | Email Re: Did We Stay At The Seacucus RRI??? | RRI_WK_00020959-RRI_WK_00020963 | Confidential (Defendants) |
| 85 | 7/26/2012 | Email Re: Travel Risk Management Conference: Focusing on Corporate & Government Travel | RRI_WK_00020970-RRI_WK_00020973 | Confidential (Defendants) |
| 86 | 8/20/2012 | Email Re: Today's Clips | RRI_WK_00034394-RRI_WK_0034397 | Confidential (Defendants) |
| 87 | 3/30/2012 | Email Re: e-Pak 3.30.2012 | RRI_WK_00038055-RRI_WK_0038077 | Confidential (Defendants) |
| 88 | 4/18/2017 | Email Re: FW: legal notice – RRI #88 Smyrna, GA | RRI_WK_00045856-RRI_WK_00045864 | Confidential (Defendants) |
| 89 | 8/9/2017 | Email Re: RRI #88 Smyrna, GA – Officer Jeffrey Adcock (Abatement Concerns) | RRI_WK_00045963 | Confidential (Defendants) |
| 90 | 11/16/2015 | Email Re: RRI Crisis Monitoring Monthly Report- July to October, 2015 | RRI_WK_000050250 & RRI_WK_00050252-RRI_WK_00050260 & RRI_WK_00050251 | Confidential (Defendants) |
| 91 | 8/10/2017 | Email Re: Red Roof-2200 Corporate Plaza | RRI_WK_00002998-RRI_WK_00003007 | None |

| Ex. | Date | Description | Bates No. | Redacted or Fully Confidential |
|---|---|---|---|---|
| 92 | 11/13/2015 | Email Re: Crisis Monitoring Monthly Report- July to October, 2015 | RRI_WK_00005242-RRI_WK_00005251 | None |
| 93 | 10/22/2012 | Email re: Druid Hills Buckhead #130 | RRI_WK_00004883-RRI_WK_00004886 | None |
| 94 | 9/18/2017 | Email Re: Employee Meeting Notes – Red Roof Inn Smyrna | RRI_WK_00003033-RRI_WK_00003036 | None |
| 95 | 11/12/2013 | Email re: 2014 Budget | RRI_WK_00004955 | None |
| 96 | 12/23/2019 | Email re 2019 Bonus | RRI_WK_00024042-RRI_WK_00024045 | Confidential (Defendants) |
| 97 | 4/16/2013 | Email re April- Mid Month NR | WHM_WK_000804 | Confidential (Defendants) |
| 98 | 10/18/2013 | Email re Mid-Month NR- October | RRI_WK_00002480-RRI_WK_00002482 | Confidential (Defendants) |
| 99 | 11/30/2018 | Email re RRI Audit Report | RRI_WK_00043604 | Confidential (Defendants) |
| 100 | 2/19/2012 | Email re Google Alert- Red Roof Inns | RRI_WK_00006026-RRI_WK_00006028 | Confidential (Defendants) |
| 101 | 8/28/2012 | Email re St. Louis- Forest Park Notice | RRI_WK_00050890-RRI_WK_00050893 | Confidential (Defendants) |
| 102 | 8/2/2013 | Email re RRI Framingham | RRI_WK_00043387-RRI_WK_00043388 | Confidential (Defendants) |
| 103 | 2/21/2012 | Email re Google Alert- Red Roof Inn | RRI_WK_00050866-RRI_WK_00050867 | Confidential (Defendants) |
| 104 | 2/2/2017 | Email re Region 4 Security | RRI_WK_00022358-RRI_WK_0002362 | Confidential (Defendants) |

#3516858v1

12

| Ex. | Date | Description | Bates No. | Redacted or Fully Confidential |
|---|---|---|---|---|
| 105 | 4/30/2014 | Email re Google Alert- Red Roof Inn | WHM_WK_000067 | Confidential (Defendants) |
| 106 | 11/14/2014 | Email re Google Alert- Red Roof Inn | WHM_WK_000071 | Confidential (Defendants) |
| 107 | 1/15/2015 | Email re Google Alert- Red Roof Inn | WHM_WK_000073 | Confidential (Defendants) |
| 108 | 3/26/2015 | Emal re Google Alert- Red Roof Inn | WHM_WK_000122 | Confidential (Defendants) |
| 109 | 9/23/2015 | Email re Google Alert- Red Roof Inn | RRI_WK_00045005-RRI_WK_00045506 | Confidential (Defendants) |
| 110 | 11/12/2013 | Email Re: Notes for Budget Reviews FMC and Dune | RRI_EF_00007425-RRI_EF_00007426 | Confidential (Defendants) |
| 111 | 4/29/2014 | Email Re: Prostitutes | RRI_WK_00004225 | None |
| 112 | 2/16/2012 | Email Re: Red Roof January 2012 Monthly Activities Report | RRI_WK_00005968 | Confidential (Defendants) |
| 113 | 9/16/2016 | Email re; Kyle Miller | RRI_WK_00005021-RRI_WK_00005055 | None |
| 114 | 11/27/2012 | Email re RRI Smyrna Satisfaction Survey Results | RRI_WK_00004900-RRI_WK_00004901 | None |
| 115 | 9/24/2014 | Email re Red Roof Inn Daily Summary | RRI_WK_00002545-RRI_WK_00002557 | None |
| 116 | 2/15/2012 | Email Re: OH&LA: Recap of Columbus Meeting 2.9.12 | RRI_WK_00005966-RRI_WK_00005967 | Confidential (Defendants) |

| Ex. | Date | Description | Bates No. | Redacted or Fully Confidential |
|---|---|---|---|---|
| 117 | 4/26/2015 | Email Re: Red Roof Plus+ Atlanta - Buckhead Complaint of Guest at Property | RRI_WK_00004957-RRI_WK_00004958 | None |
| 118 | 8/17/2015 | Email Re: Prostitutes IO130 | RRI_WK_00004873-RRI_WK_00004872 | None |
| 119 | 3/19/2015 | Copy of Negative Case Extract-Last Month - 03-31-2015 (Excerpt) | RRI_WK_00000084 | Confidential (Defendants) |
| 120 | 3/21/2012 | Email re D11 Negative Comments with excerpt | RRI_WK_00004862-RRI_WK_00004866 | None |
| 121 | 4/15/2016 | Email Re: Service Manager Task Assigned- Tracey Strickland | RRI_WK_00004295-RRI_WK_00004296 | None |
| 122 | 5/6/2015 | RRI Crisis Monitoring Top Properties May-December 2015 (Extract) | RRI_WK_00002843 | None |
| 123 | 6/5/2017 | RRI Smyrna Satisfacton Survey Results | RRI_WK_00000419-RRI_WK_00000421 | Confidential (Defendants) |
| 124 | 1/18/2012 | Email re 1-11-12 Ronald Roebuck-Katherine Hampton | RRI_WK_00048239 | Confidential (Defendants) |
| 125 | 10/4/2013 | Email re Red Roof Weekly Report, September 30-October 4 | RRI_WK_00013148-RRI_WK_00013152 | Confidential (Defendants) |

| Ex. | Date | Description | Bates No. | Redacted or Fully Confidential |
|---|---|---|---|---|
| 126 | 10/10/2013 | Emal re Today's Clips | RRI_WK_00013153-RRI_WK_00013155 | Confidential (Defendants) |
| 127 | 4/30/2014 | Email re Google Alert- Red Roof Inn | RRI_WK_00013667 | Confidential (Defendants) |
| 128 | 6/25/2014 | Email re Today's Clips | RRI_WK_00012069-RRI_WK_00012070 | Confidential (Defendants) |
| 129 | 10/21/2015 | Email re Today's Clips | RRI_WK_00015681-RRI_WK_00015682 | Confidential (Defendants) |
| 130 | 1/22/2016 | Email re Red Roof Weekly Report January 18-January 22, 2016 | RRI_WK_00015980-RRI_WK_00015988 | Confidential (Defendants) |
| 131 | 5/6/2016 | Email re Today's Clips | RRI_WK_00018256 | Confidential (Defendants) |
| 132 | 1/18/2017 | Email re Red Roof Weekly Report January 9-January 13, 2017 | RRI_WK_00065393-RRI_WK_00065402 | Confidential (Defendants) |
| 133 | 7/25/2018 | Email re Today's Clips | RRI_WK_00035221-RRI_WK_00035224 | Confidential (Defendants) |
| 134 | 11/16/2014 | Email re Google Alert- Red Roof Inn | RRI_WK_00014215 | Confidential (Defendants) |
| 135 | 8/25/2016 | Email re Google Alert- Red Roof Inn | RRI_WK_00016329 | Confidential (Defendants) |
| 136 | 12/30/2016 | Email re Google Alert- Red Roof Inn | RRI_WK_00065387-RRI_WK_00065388 | Confidential (Defendants) |
| 137 | 1/30/2018 | Email re Google Alert- Red Roof Inn | RRI_WK_00035083-RRI_WK_00035084 | Confidential (Defendants) |

| Ex. | Date | Description | Bates No. | Redacted or Fully Confidential |
|---|---|---|---|---|
| 138 | 12/30/2015 | Email Re: Red Roof Guest Relations Case Created for Scoot Ernster | RRI_WK_00004982-RRI_WK_00004986 | None |
| 139 | 9/6/2022 | Expert Report of Anique Whitmore | | Confidential (Plaintiffs) |
| 140 | 9/6/2022 | Expert Report of Alan L. Tallis | | Confidential (Plaintiffs) |
| 141 | 8/22/2018 | Fireman's Fund Insurance Company Policy Divider, Westmont Hospitality Group, Inc. | RRI_001606-RRI_002263 | Confidential (Defendants) |
| 142 | 8/22/2018 | Fireman's Fund Insurance Company Policy Divider, Westmont Hospitality Group, Inc. | RRI_002264-RRI_002491 | Confidential (Defendants) |
| 143 | | JD3 Dep. Exhibit 19 | | Confidential (Plaintiffs) |
| 144 | | JD2 Dep. Exhibit 20 | | Confidential (Plaintiffs) |
| 145 | 2/3/2023 | PIVIP Business Registration | N/A | None |
| 146 | | Red Roof Inns's "Preventing & Reacting to Child Sex Trafficking | RRI 000466-RRI 000497 | Confidential (Defendants) |

| Ex. | Date | Description | Bates No. | Redacted or Fully Confidential |
|---|---|---|---|---|
| 147 | | LP6 – VPO Comments and Assets – District 1 | RRI_WK_00002388-RRI_WK_00002475 | None |
| 148 | 2/1/2012 | Hotel & Lodging Executive Briefing | RRI_WK_00050853-RRI_WK_00050857 | Confidential (Defendants) |
| 149 | 6/1/2012 | Red Roof Inn GSR InnSider | RRI_WK_00011859-RRI_WK_00011903 | Confidential (Defendants) |
| 150 | 4/1/2013 | Top Clips Report: April 2013 Hill + Knowlton Strategies | RRI_WK_00012850-RRI_WK_00012872 | Confidential (Defendants) |
| 151 | | 2015 Crisis Monitoring Report May – December, 2015 | RRI_WK_00002844-RRI_WK_00002854 | None |
| 152 | 1/28/2016 | Do Not Rent List | RRI_WK_00000548-RRI_WK_00000609 | Confidential (Defendants) |
| 153 | 9/5/2017 | Red Roof Inn Public Safety Nuisance Abatement Meeting | Pltf-RRI0002284-Pltf-RRI0002285 | None |
| 154 | 10/6/2017 | Red Roof Weekly Report, October 2-October 6, 2017 | RRI_WK_00035014-RRI_WK_00035030 | Confidential (Defendants) |
| 155 | | Texas Franchise Tax Public Information Report | Limbert 184 | None |
| 156 | 4/1/2020 | Red Roof Franchising, LLC Disclosure Document | RRI_WK_00042263-RRI_WK_00042569 | Confidential (Defendants) |
| 157 | 3/2/2015 | Confidential Ownership Information | Pltf-RRI-0010181 | Confidential (Defendants) |

| Ex. | Date | Description | Bates No. | Redacted or Fully Confidential |
|---|---|---|---|---|
| 158 | 1/13/2014 | Minutes of Annual Meeting of the Sole Shareholder of Red Roof Inns, Inc. | RRI_Unredacted 002741- RRI_Unredacted 002753 | Confidential (Defendants) |
| 159 | 1/20/2015 | Minutes of Annual Meeting of Sole Shareholder of Red Roof Inns, Inc., RRF Canada, Inc. And RRI Financial, Inc. | RRI_Unredacted 002705- RRI_Unredacted 002740 | Confidential (Defendants) |
| 160 | 1/26/2017 | Ops Call Composite | | Confidential (Defendants) |
| 161 | 3/2/2011 | Exclusive Property Management Agreement Hospitality Property Red Roof Inn- North Druid Hills | RRI 001103- RRI 001411 | Confidential (Defendants) |
| 162 | 8/25/2011 | Property Management Agreement between FMW RRI NC LLC and RRI West Management, LLC | RRI 000991- RRI 001102 (Redacted) | Confidential (Defendants) |
| 163 | 3/10/2011 | Security Services Agreement | RRI 000809- RRI 000821 | Confidential (Defendants) |
| 164 | 4/1/2020 | HomeTowne Studios by Red Roof Franchise Disclosure Document | RRI_WK_00042036- RRI_WK_00042262 | Confidential (Defendants) |
| 165 | 8/30/2007 | Amended and Restated Agreement | Westmont 002497- Westmont 002724 | Confidential (Defendants) |

#3516858v1

18

| Ex. | Date | Description | Bates No. | Redacted or Fully Confidential |
|-----|------|-------------|-----------|-------------------------------|
| 166 | 4/20/2022 | Plaintiffs' 30(B)(6) Notice of Deposition of Westmont Hospitality Group, Inc., Westmont Investments LLC, and WRRH Investments LP | | None |
| 167 | 3/1/2012 | Red Roof Inn Franchise Agreement by and Between Red Roof Franchising, LLC and Varahi Hotel, LLC | RRI_Unredacted 001423- RRI_Unredacted 001476 | Confidential (Defendants) |
| 168 | | Preventing and Reacting to Child Sex Trafficking Powerpoint | RRI_WK_00001150- RRI_WK_00001181 | Confidential (Defendants) |
| 169 | 12/1/2014 | Franchise Operations December 2014 Executive Summary | WHM_WK_000076- WHM_WK_000114 | Confidential (Defendants) |
| 170 | 8/25/2011 | Property Management Agreement between FMW RRI NC LLC and RRI West Management, LLC | RRI unredacted 000991- RRI unredacted 001102 | Confidential (Defendants) |
| 171 | 3/12/2017 | 2016 Performance Evaluation Robert Allen | RRI 000117- RRI 000119 | Confidential (Defendants) |

#3516858v1

Respectfully submitted this 2nd day of March, 2023.

|  | */s/ Michael R. Baumrind* |
|---|---|
| Jonathan S. Tonge | John E. Floyd |
| jtonge@atclawfirm.com | Georgia Bar No. 266413 |
| Georgia Bar No. 303999 | floyd@bmelaw.com |
| Patrick J. McDonough | Tiana S. Mykkeltvedt |
| Georgia Bar No. 489855 | Georgia Bar No. 533512 |
| pmcdonough@atclawfirm.com | mykkeltvedt@bmelaw.com |
|  | Manoj S. Varghese |
| ANDERSEN, TATE & CARR, P.C. | Georgia Bar No. 734668 |
| One Sugarloaf Centre | varghese@bmelaw.com |
| 1960 Satellite Boulevard, Suite 4000 | Amanda Kay Seals |
| Duluth, Georgia 30097 | Georgia Bar No. 502720 |
| (770) 822-0900 – Telephone | seals@bmelaw.com |
| (770) 822-9680 – Facsimile | Michael R. Baumrind |
|  | Georgia Bar No. 960296 |
|  | baumrind@bmelaw.com |
|  | Juliana Mesa |
|  | Georgia Bar No. 585087 |
|  | mesa@bmelaw.com |
|  |  |
|  | BONDURANT, MIXSON & ELMORE, LLP |
|  | 1201 West Peachtree Street, N.W., Suite 3900 |
|  | Atlanta, Georgia 30309 |
|  | (404) 881-4100 – Telephone |
|  | (404) 881-4111 – Facsimile |

***Attorneys for Plaintiffs***

## **LOCAL RULE 7.1(D) CERTIFICATION**

The undersigned counsel certifies that this document has been prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1(C) and does not exceed the page limit imposed by Local Rule 7.1(D).

/s/Michael R. Baumrind
Michael R. Baumrind
Georgia Bar No. 960296

#3516858v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically filed the within and

foregoing **PLAINTIFFS' NOTICE OF FILING SUMMARY JUDGMENT**

**EXHIBITS 104-129** with the Clerk of Court using the CM/ECF system, which will

automatically send e-mail notification of such filing to all counsel of record.

This 2nd day of March, 2022.


*/s/Michael R. Baumrind*
Michael R. Baumrind
Georgia Bar No. 960296

#3516858v1