Plaintiffs' Summary Judgment Ex. 104-
Email re Region 4 Security

Provisionally Filed Under Seal