Plaintiffs' Summary Judgment Ex. 106- Email re Google Alert- Red Roof Inn

Provisionally Filed Under Seal