# Plaintiffs' Summary Judgment Ex. 107- Email re Google Alert- Red Roof Inn

# Provisionally Filed Under Seal