# Plaintiffs' Summary Judgment Ex. 110- Email Re: Notes for Budget Reviews FMC and Dune

# Provisionally Filed Under Seal