**PL Sum. J. Ex. 111**

| | |
|---|---|
| From: | I0088 |
| Sent: | Tuesday, April 29, 2014 11:43 AM CDT |
| To: | Walter Grayson |
| Subject: | RE: Prosittutes |

I will check But if know if they in property then them to stay in your room or we will call police.

Sincerely,

Bharat Patel  |  General Manager
C 770.952.6966  |  F 770.952.1348
Red Roof Inn #0088 Atlanta Smyrna GA
2200 Corporate Plaza Smyrna, GA 30080
Email : i0088@redroof.com

Confidentiality Notice This electronic mail is privileged and confidential and is intended solely for the party to whom it is addressed.

**From:** Walter Grayson [mailto:waltergrayson@gmail.com]
**Sent:** Monday, April 28, 2014 8:17 PM
**To:** I0088
**Subject:** Prosittutes

Bob the guests in 223 had to move because of all the activity going on in rooms 221 and 225. Prostitution. they say guys are going in and out of the rooms all hours of the day and night. Bob we are allowing too many hookers to stay here. When our guests have to move because of all the people going in and out of rooms, then that becomes a problem and we should resolve that problem by having cobb county police remove these prostitutes.

Also someone has a key and is going into our rooms. The guest told me last weekend his friend was in 221 and we moved him to another room, and then a white male went into the room. Also a white female was seen going into one of our rooms. Bob we are allowing too many prostitutes to stay here and i believe it is becoming a problem.



EXHIBIT 268

RRI_WK_00004225