# Plaintiffs' Summary Judgment Ex. 112- Email Re: Red Roof January 2012 Monthly Activity Report

# Provisionally Filed Under Seal