**PL Sum. J. Ex. 113**

| | |
|---|---|
| From: | Cheryl L. Jennings |
| Sent: | Friday, September 16, 2016 8:53 AM CDT |
| To: | RRIGuestRelations; Jay Moyer; I0130 |
| CC: | Cynthia D. Haimerl; Chris Gordon; Jennifer Adams; Amanda M. Larrick; Yvonne Edwards |
| Subject: | RE: Kyle Miller |

I am so sorry I forgot to include the case.

Good Morning,

I hope you're having a good day so far. The guest called in today and went over his issues. Guest stated that whole location smelled of urine, was filthy and full of prostitutes walking everywhere. Guest left the location and is insisting that he be refunded for the night he was charged. Guest insists he was only at the location for an hour and a half while he made arrangements to stay at a different location. Guest was charged $157.81. Please review and advise. Thank you for your help. Have a wonderful weekend.

### Case Details

**Case Status** Resolved
**Case #** 800984
**Property** 130: Atlanta (Buckhead) - PLUS
**Guest** Kyle Miller
**Date In** 9/2/2016
**Reported Date** 9/7/2016
**Resolved Date** 9/7/2016
**Open For** 30 mins
**Performance** GR Plus Case
**Responsible Department** 130: Atlanta (Buckhead) - PLUS - Operations
**Rating**
**Case Sentiment** Unscored
**Case Category** Red Roof PLUS Guest

### Guest Comments

**Guest Details**
Guest stated this was the nastiest hotel he has ever been in. Guest stated the entire hotel when entering the breeze way, exiting the breezeway, getting on and off the elevator and then on the third floor going to his room smelled like urine. Guest stated he couldn't get passed that smell. Guest stated the room was so nasty and dirty. Guest stated there was rust in the tub, the toilet was nasty, there was ketchup and food on the desk, there was finger nail polish covering up cracks, the carpet was nasty in-between the beds, there was marks on the floor and there was prostitutes walking around. Guest stated it was so bad they spent an hour and a half in the room looking for another place to go and then check out. Guest stated they was very uncomfortable and didn't feel safe. Guest stated they was not about to use the toilet, shower or even sleep in that bed. Guest stated he checked out and didn't even stay in the room so he wants a full refund for this terrible, horrible stay.

EXHIBIT 131

RRI_WK_00005021

Relations
**Case Type** NEGATIVE
**Priority** Normal
Times shown in (UTC-05:00) Indiana (East)

**Case Tags** Bathroom Cleanliness, Housecleaning Quality, Public Odor, Room Cleanliness, Room Comfort, Room Condition, Security

| History | Notes | Attachments | Tasks | Resolve |
|---|---|---|---|---|

**9/16/2016 9:16:06 AM by Amanda Larrick**
Guest transferred to me, feels that the Inn is a whoretel that needs to be checked by someone higher up in the chain. Stated that that the Inn smelled like piss and that no one would want to stay in this dump, is looking for compensation for the first night, says he spent an hour in the room on his phone looking for different accommodations. Advised guest that an request has been sent to the RVPO could take 48 business hours for a response. Guest highly upset and kept saying that the Inn is for whores. Asked again about his refund that he was told already he would be getting, advised per letter/email sent, no longer than 15 days from 9/7/16.

**9/16/2016 9:04:25 AM by Cheryl Jennings**
Guest called back into stated that he is not going to pay for the night he was charged. Guest is insisting that he gets a refund. Sent to the RVPO

**9/7/2016 11:28:53 AM by Robert Allen**
Email Status: Sent

Log:
```
2016-09-07 08:29:21Z postfix/28345[smtpd]: 3sTnSd36yKz7GlZ:
client=blackwidow.softlayer.marketmetrix.com[10.28.41.138]
2016-09-07 08:29:21Z postfix/27773[cleanup]: 3sTnSd36yKz7GlZ: message-
id=DECABDC35983B5EDEE22A0DF1231F717@marketmetrix.com
2016-09-07 08:29:21Z postfix/27773[cleanup]: 3sTnSd36yKz7GlZ: info: header Subject: Our sincerest
apologies from blackwidow.softlayer.marketmetrix.com[10.28.41.138];
from=<notify@marketmetrix.com> to=<kylermiller6960@gmail.com> proto=SMTP
helo=<blowfish.softlayer.marketmetrix.com>
2016-09-07 08:29:21Z postfix/9814[qmgr]: 3sTnSd36yKz7GlZ: from=<notify@marketmetrix.com>,
size=2180, nrcpt=1 (queue active)
2016-09-07 08:29:21Z postfix/28341[smtp]: 3sTnSd36yKz7GlZ: to=<kylermiller6960@gmail.com>,
relay=gmail-smtp-in.l.google.com[74.125.28.26]:25, delay=0.33, delays=0.01/0/0.03/0.28, dsn=2.0.0,
status=sent (250 2.0.0 OK 1473262161 d139si41697792pfd.10 - gsmtp)
2016-09-07 08:29:21Z postfix/9814[qmgr]: 3sTnSd36yKz7GlZ: removed
```

Sent Date: 9/7/2016 11:29:21 AM
From: Atlanta (Buckhead) - Red Roof Plus
To: Kyle Miller
Reply To: Robert Allen
Subject: Our sincerest apologies

---

Dear Kyle Miller ,

Thank you for taking the time to tell us about your experience at the Atlanta (Buckhead) - Red Roof Plus Red Roof. I am sorry that your experience did not meet your expectations. Please accept my sincerest apologies.

At Red Roof, we strive to provide superior service to every customer; therefore your feedback is very important to us. I want you to know that we are taking the appropriate measures to address the problem that occurred during your stay to prevent any future occurrence.

Please note that this problem was an exception to our normal practices. Therefore a credit refund in the

amount of $_315.62___ will be issued to your account within 15 days.

We appreciate your sharing your concerns and I hope that you will give us the opportunity to better serve you in the near future.

Sincerely,
Robert Allen
General Manager

Red Roof Inn - Atlanta (Buckhead) - Red Roof Plus



**9/7/2016 11:28:03 AM by Robert Allen**
Resolved: The manager spoke to this guest on 9/06/2016 about their issues. A refund was issue to him for 315.62. I explained to this guest that they stay over two hours in the room there we would have to charge them for one night. This was a guest complaining about the rate at the Red Roof.

**9/7/2016 10:59:21 AM by System**
Task completed: By System

**9/7/2016 10:59:20 AM by System**

Email Status: Sent

Log:
```
2016-09-07 07:59:51Z postfix/26223[smtpd]: 3sTmpb3sbhz7HBq: client=blackwidow.softlayer.marketmetrix.com[10.28.41.138]
2016-09-07 07:59:51Z postfix/26165[cleanup]: 3sTmpb3sbhz7HBq: message-id=F60D3CB9F15088131911D34541389CB0@marketmetrix.com
2016-09-07 07:59:51Z postfix/26165[cleanup]: 3sTmpb3sbhz7HBq: info: header Subject: Red Roof Plus Guest Relations Case Created for Kyle Miller from blackwidow.softlayer.marketmetrix.com[10.28.41.138]; from=<notify@marketmetrix.com> to=<khaegele@redroof.com> proto=SMTP helo=<blowfish.softlayer.marketmetrix.com>
2016-09-07 07:59:51Z postfix/9814[qmgr]: 3sTmpb3sbhz7HBq: from=<notify@marketmetrix.com>, size=4584, nrcpt=5 (queue active)
2016-09-07 07:59:53Z postfix/26328[smtp]: 3sTmpb3sbhz7HBq: to=<I0130@redroof.com>, relay=redroof-com.mail.protection.outlook.com[207.46.163.247]:25, delay=1.7, delays=0.03/0/0.21/1.5, dsn=2.6.0, status=sent (250 2.6.0 <F60D3CB9F15088131911D34541389CB0@marketmetrix.com> [InternalId=52351356382160, Hostname=BLUPR0401MB1780.namprd04.prod.outlook.com] 12615 bytes in 0.336, 36.625 KB/sec Queued mail for delivery)
2016-09-07 07:59:53Z postfix/26328[smtp]: 3sTmpb3sbhz7HBq: to=<cgordon@redroof.com>, relay=redroof-com.mail.protection.outlook.com[207.46.163.247]:25, delay=1.7, delays=0.03/0/0.21/1.5, dsn=2.6.0, status=sent (250 2.6.0 <F60D3CB9F15088131911D34541389CB0@marketmetrix.com> [InternalId=52351356382160, Hostname=BLUPR0401MB1780.namprd04.prod.outlook.com] 12615 bytes in 0.336, 36.625 KB/sec Queued mail for delivery)
2016-09-07 07:59:53Z postfix/26328[smtp]: 3sTmpb3sbhz7HBq: to=<eshepherd@redroof.com>, relay=redroof-com.mail.protection.outlook.com[207.46.163.247]:25, delay=1.7, delays=0.03/0/0.21/1.5, dsn=2.6.0, status=sent (250 2.6.0 <F60D3CB9F15088131911D34541389CB0@marketmetrix.com> [InternalId=52351356382160, Hostname=BLUPR0401MB1780.namprd04.prod.outlook.com] 12615 bytes in 0.336, 36.625 KB/sec Queued mail for delivery)
2016-09-07 07:59:53Z postfix/26328[smtp]: 3sTmpb3sbhz7HBq: to=<jmoyer@redroof.com>, relay=redroof-com.mail.protection.outlook.com[207.46.163.247]:25, delay=1.7, delays=0.03/0/0.21/1.5, dsn=2.6.0, status=sent (250 2.6.0 <F60D3CB9F15088131911D34541389CB0@marketmetrix.com> [InternalId=52351356382160, Hostname=BLUPR0401MB1780.namprd04.prod.outlook.com] 12615 bytes in 0.336, 36.625 KB/sec Queued mail for delivery)
2016-09-07 07:59:53Z postfix/26328[smtp]: 3sTmpb3sbhz7HBq: to=<khaegele@redroof.com>, relay=redroof-com.mail.protection.outlook.com[207.46.163.247]:25, delay=1.7, delays=0.03/0/0.21/1.5, dsn=2.6.0, status=sent (250 2.6.0 <F60D3CB9F15088131911D34541389CB0@marketmetrix.com> [InternalId=52351356382160, Hostname=BLUPR0401MB1780.namprd04.prod.outlook.com] 12615 bytes in 0.336, 36.625 KB/sec Queued mail for delivery)
2016-09-07 07:59:53Z postfix/9814[qmgr]: 3sTmpb3sbhz7HBq: removed
```

Sent Date: 9/7/2016 10:59:51 AM
From: System
To: Christopher Gordon, Elizabeth Shepherd, Robert Allen, Jay Moyer, Katrina Haegele

RRI_WK_00005023

Reply To: System

Subject: Red Roof Plus Guest Relations Case Created for Kyle Miller

---

130:Atlanta (Buckhead) - PLUS
Kyle Miller
Date Reported: 9/7/2016

Case Type: NEGATIVE

Case #800984

Case Description: Guest stated this was the nastiest hotel he has ever been in. Guest stated the entire hotel when entering the breeze way, exiting the breezeway, getting on and off the elevator and then on the third floor going to his room smelled like urine. Guest stated he couldn't get passed that smell. Guest stated the room was so nasty and dirty. Guest stated there was rust in the tub, the toilet was nasty, there was ketchup and food on the desk, there was finger nail polish covering up cracks, the carpet was nasty in-between the beds, there was marks on the floor and there was prostitutes walking around. Guest stated it was so bad they spent an hour and a half in the room looking for another place to go and then check out. Guest stated they was very uncomfortable and didn't feel safe. Guest stated they was not about to use the toilet, shower or even sleep in that bed. Guest stated he checked out and didn't even stay in the room so he wants a full refund for this terrible, horrible stay.

Please access Clarabridge to review this alert. The Guest Relations team will be working with the location to get the issue resolved within 24 business hours. If the Guest Relations team decides on the resolution and/or issues compensation to the guest, the cost of the resolution along with a $75 intervention charge will be charged to the hotel.

**On April 25th, the Guest Relations team implemented the One Call Resolution for locations that are in the bottom 20% when it comes to their Negative Response score. These locations will have their cases resolved immediately and will be charged $150, plus cost of resolution if the case is classified as a Negative. Please refer to the e-pak sent out on 1/20/16 for further information.**

For questions about using the Clarabridge application, please contact Christopher Gordon at cgordon@redroof.com.
9/7/2016 10:58:16 AM by Yvonne Edwards

RRI_WK_00005024

Case created by: yedwards@redroof.com

**From:** RRIGuestRelations
**Sent:** Friday, September 16, 2016 9:09 AM
**To:** Jay Moyer <JMoyer@RedRoof.com>; I0130 <I0130@RedRoof.com>
**Cc:** Cynthia D. Haimerl <CHaimerl@RedRoof.com>; Chris Gordon (CGordon@RedRoof.com) <CGordon@RedRoof.com>; Jennifer Adams <JAdams@RedRoof.com>; Amanda M. Larrick <ALarrick@RedRoof.com>; Yvonne Edwards <YEdwards@RedRoof.com>
**Subject:** Kyle Miller

Good Morning,

I hope you're having a good day so far. The guest called in today and went over his issues. Guest stated that whole location smelled of urine, was filthy and full of prostitutes walking everywhere. Guest left the location and is insisting that he be refunded for the night he was charged. Guest insists he was only at the location for an hour and a half while he made arrangements to stay at a different location. Guest was charged $157.81. Please review and advise. Thank you for your help. Have a wonderful weekend.

Thank you



Cheryl Jennings | Guest Relations Specialist
P 800.554.4555 | F 937-325-9620
cjennings@RedRoof.com | redroof.com



| | |
|---|---|
| From: | Jay Moyer |
| Sent: | Tuesday, September 20, 2016 10:07 AM CDT |
| To: | I0130 |
| Subject: | FW: RE RRI 130 Guest Kyle Miller |
| Attachments: | Kyle Miller-Picture 1.PNG, Kyle Miller-Picture 2.PNG |

Robert:
Please let me know where this one stands. Did we do anything for him?



Jay Moyer, CHA | Regional Vice President, Operations
P 615.595-6952 | F 614.225.5261 |
Red Roof Inns, Inc • 6026 Stags Leap Way • Franklin, TN 37064

**Confidentiality Notice**
This electronic mail transmission is privileged and confidential and is intended solely for the party to whom it is addressed

**From:** RRIGuestRelations
**Sent:** Tuesday, September 20, 2016 9:14 AM
**To:** Jay Moyer <JMoyer@RedRoof.com>
**Cc:** Cheryl L. Jennings <CJennings@RedRoof.com>; Amanda M. Larrick <ALarrick@RedRoof.com>; Chris Gordon <CGordon@RedRoof.com>; Cynthia D. Haimerl <CHaimerl@RedRoof.com>; Jennifer Adams <JAdams@RedRoof.com>
**Subject:** RE RRI 130 Guest Kyle Miller

Hello,
This guest is not happy with what the GM had to say about him staying in the room. The guest stated they did not feel safe and they were in the room trying to find somewhere else to stay. The guest stated he would like reimbursed for the one night he was charged because he did not stay there. The guest is insistent on the refund because of not staying, not feeling safe and because of the conditions of the Inn. Is there anything we can do for this guest? Please review and advise. I highlighted the GM's last response.

Thank you and have a great day,

**Case Status** Resolved
**Case #** 800984
**Property** 130: Atlanta (Buckhead) - PLUS
**Guest** Kyle Miller
**Date In** 9/2/2016

**Guest Details**
Guest stated this was the nastiest hotel he has ever been in. Guest stated the entire hotel when entering the breeze way, exiting the breezeway, getting on and off the elevator and then on the third floor going to his room smelled like urine. Guest stated he couldn't get passed that smell. Guest stated the room was so nasty and dirty. Guest stated there was rust in the tub, the toilet was nasty, there was ketchup and food on the desk, there was finger nail polish covering up cracks, the carpet was nasty in-between the beds, there was marks on the floor and there was prostitutes walking around. Guest stated it was so bad they spent an hour and a half in the room looking for another place to go and then check out. Guest stated they was very uncomfortable and didn't feel safe. Guest stated they was not about to use the toilet, shower or even sleep in that bed. Guest stated he checked out and didn't even stay in the room so he wants a full refund for this terrible, horrible stay.

**Reported Date** 9/7/2016
**Resolved Date** 9/7/2016
**Open For** 30 mins
**Performance** GR Plus Case
**Responsible Department** 130: Atlanta (Buckhead) - PLUS - Operations
**Rating**
**Case Sentiment** Unscored
**Case Category** Red Roof PLUS Guest Relations
**Case Type** NEGATIVE
**Priority** Normal
Times shown in (UTC-05:00) Indiana (East)

**Case Tags** Bathroom Cleanliness, Housecleaning Quality, Public Odor, Room Cleanliness, Room Comfort, Room Condition, Security

| History | Notes | Attachments | Tasks | Resolve |
|---|---|---|---|---|

**9/16/2016 4:54:43 PM by Cheryl Jennings**
Email: Cheryl, Unfortunately, Mr. Miller was in the room for over 3 hours and he should have reported to the hotel immediately. He will be charges for that one night stay and refunded back the night he did not stay. Robert Allen | General Manager Bernard Mitchell | Assistant General Manager

**9/16/2016 9:16:06 AM by Amanda Larrick**
Guest transferred to me, feels that the Inn is a whoretel that needs to be checked by someone higher up in the chain. Stated that that the Inn smelled like piss and that no one would want to stay in this dump, is looking for compensation for the first night, says he spent an hour in the room on his phone looking for different accommodations. Advised guest that an request has been sent to the RVPO could take 48 business hours for a response. Guest highly upset and kept saying that the Inn is for whores. Asked again about his refund that he was told already he would be getting, advised per letter/email sent, no longer than 15 days from 9/7/16.

**9/16/2016 9:04:25 AM by Cheryl Jennings**
Guest called back into stated that he is not going to pay for the night he was charged. Guest is insisting that he gets a refund. Sent to the RVPO

**9/7/2016 11:28:53 AM by Robert Allen**
Email Status: Sent

Log:
```
2016-09-07 08:29:21Z postfix/28345[smtpd]: 3sTnSd36yKz7GlZ: client=blackwidow.softlayer.marketmetrix.com[10.28.41.138]
2016-09-07 08:29:21Z postfix/27773[cleanup]: 3sTnSd36yKz7GlZ: message-id=DECABDC35983B5EDEE22A0DF1231F717@marketmetrix.com
2016-09-07 08:29:21Z postfix/27773[cleanup]: 3sTnSd36yKz7GlZ: info: header Subject: Our sincerest apologies from blackwidow.softlayer.marketmetrix.com[10.28.41.138]; from=<notify@marketmetrix.com> to=<kylermiller6960@gmail.com> proto=SMTP
```

```
        helo=<blowfish.softlayer.marketmetrix.com>
        2016-09-07 08:29:21Z postfix/9814[qmgr]: 3sTnSd36yKz7GlZ: from=<notify@marketmetrix.com>,
        size=2180, nrcpt=1 (queue active)
        2016-09-07 08:29:21Z postfix/28341[smtp]: 3sTnSd36yKz7GlZ: to=<kylermiller6960@gmail.com>,
        relay=gmail-smtp-in.l.google.com[74.125.28.26]:25, delay=0.33, delays=0.01/0/0.03/0.28, dsn=2.0.0,
        status=sent (250 2.0.0 OK 1473262161 d139si41697792pfd.10 - gsmtp)
        2016-09-07 08:29:21Z postfix/9814[qmgr]: 3sTnSd36yKz7GlZ: removed
```

Sent Date: 9/7/2016 11:29:21 AM
From: Atlanta (Buckhead) - Red Roof Plus
To: Kyle Miller
Reply To: Robert Allen
Subject: Our sincerest apologies

---

Dear Kyle Miller,

Thank you for taking the time to tell us about your experience at the Atlanta (Buckhead) - Red Roof Plus Red Roof. I am sorry that your experience did not meet your expectations. Please accept my sincerest apologies.

At Red Roof, we strive to provide superior service to every customer; therefore your feedback is very important to us. I want you to know that we are taking the appropriate measures to address the problem that occurred during your stay to prevent any future occurrence.

Please note that this problem was an exception to our normal practices. Therefore a credit refund in the amount of $_315.62____ will be issued to your account within 15 days.

We appreciate your sharing your concerns and I hope that you will give us the opportunity to better serve you in the near future.

Sincerely,
Robert Allen
General Manager

Red Roof Inn - Atlanta (Buckhead) - Red Roof Plus



**9/7/2016 11:28:03 AM by Robert Allen**
Resolved: The manager spoke to this guest on 9/06/2016 about their issues. A refund was issue to him for 315.62. I explained to this guest that they stay over two hours in the room there we would have to charge them for one night. This was a guest complaining about the rate at the Red Roof.

**9/7/2016 10:59:21 AM by System**
Task completed: By System

**9/7/2016 10:59:20 AM by System**
Email Status: Sent

```
        2016-09-07 07:59:51Z postfix/26223[smtpd]: 3sTmpb3sbhz7HBq:
        client=blackwidow.softlayer.marketmetrix.com[10.28.41.138]
        2016-09-07 07:59:51Z postfix/26165[cleanup]: 3sTmpb3sbhz7HBq: message-
        id=F60D3CB9F15088131911D34541389CB0@marketmetrix.com
        2016-09-07 07:59:51Z postfix/26165[cleanup]: 3sTmpb3sbhz7HBq: info: header Subject: Red Roof Plus
        Guest Relations Case Created for Kyle Miller from blackwidow.softlayer.marketmetrix.com[10.28.41.138];
Log     from=<notify@marketmetrix.com> to=<khaegele@redroof.com> proto=SMTP
        helo=<blowfish.softlayer.marketmetrix.com>
        2016-09-07 07:59:51Z postfix/9814[qmgr]: 3sTmpb3sbhz7HBq: from=<notify@marketmetrix.com>,
        size=4584, nrcpt=5 (queue active)
        2016-09-07 07:59:53Z postfix/26328[smtp]: 3sTmpb3sbhz7HBq: to=<I0130@redroof.com>,
        relay=redroof-com.mail.protection.outlook.com[207.46.163.247]:25, delay=1.7, delays=0.03/0/0.21/1.5,
        dsn=2.6.0, status=sent (250 2.6.0 <F60D3CB9F15088131911D34541389CB0@marketmetrix.com>
        [InternalId=52351356382160, Hostname=BLUPR0401MB1780.namprd04.prod.outlook.com] 12615 bytes
```

```
in 0.336, 36.625 KB/sec Queued mail for delivery)
2016-09-07 07:59:53Z postfix/26328[smtp]: 3sTmpb3sbhz7HBq: to=<cgordon@redroof.com>,
relay=redroof-com.mail.protection.outlook.com[207.46.163.247]:25, delay=1.7, delays=0.03/0/0.21/1.5,
dsn=2.6.0, status=sent (250 2.6.0 <F60D3CB9F15088131911D34541389CB0@marketmetrix.com>
[InternalId=52351356382160, Hostname=BLUPR0401MB1780.namprd04.prod.outlook.com] 12615 bytes
in 0.336, 36.625 KB/sec Queued mail for delivery)
2016-09-07 07:59:53Z postfix/26328[smtp]: 3sTmpb3sbhz7HBq: to=<eshepherd@redroof.com>,
relay=redroof-com.mail.protection.outlook.com[207.46.163.247]:25, delay=1.7, delays=0.03/0/0.21/1.5,
dsn=2.6.0, status=sent (250 2.6.0 <F60D3CB9F15088131911D34541389CB0@marketmetrix.com>
[InternalId=52351356382160, Hostname=BLUPR0401MB1780.namprd04.prod.outlook.com] 12615 bytes
in 0.336, 36.625 KB/sec Queued mail for delivery)
2016-09-07 07:59:53Z postfix/26328[smtp]: 3sTmpb3sbhz7HBq: to=<jmoyer@redroof.com>,
relay=redroof-com.mail.protection.outlook.com[207.46.163.247]:25, delay=1.7, delays=0.03/0/0.21/1.5,
dsn=2.6.0, status=sent (250 2.6.0 <F60D3CB9F15088131911D34541389CB0@marketmetrix.com>
[InternalId=52351356382160, Hostname=BLUPR0401MB1780.namprd04.prod.outlook.com] 12615 bytes
in 0.336, 36.625 KB/sec Queued mail for delivery)
2016-09-07 07:59:53Z postfix/26328[smtp]: 3sTmpb3sbhz7HBq: to=<khaegele@redroof.com>,
relay=redroof-com.mail.protection.outlook.com[207.46.163.247]:25, delay=1.7, delays=0.03/0/0.21/1.5,
dsn=2.6.0, status=sent (250 2.6.0 <F60D3CB9F15088131911D34541389CB0@marketmetrix.com>
[InternalId=52351356382160, Hostname=BLUPR0401MB1780.namprd04.prod.outlook.com] 12615 bytes
in 0.336, 36.625 KB/sec Queued mail for delivery)
2016-09-07 07:59:53Z postfix/9814[qmgr]: 3sTmpb3sbhz7HBq: removed
```

Sent Date: 9/7/2016 10:59:51 AM
From: System
To: Christopher Gordon, Elizabeth Shepherd, Robert Allen, Jay Moyer, Katrina Haegele
Reply To: System
Subject: Red Roof Plus Guest Relations Case Created for Kyle Miller

---

130:Atlanta (Buckhead) - PLUS
Kyle Miller
Date Reported: 9/7/2016

Case Type: NEGATIVE

Case #800984

Case Description: Guest stated this was the nastiest hotel he has ever been in. Guest stated the entire hotel when entering the breeze way, exiting the breezeway, getting on and off the elevator and then on the third floor going to his room smelled like urine. Guest stated he couldn't get passed that smell. Guest stated the room was so nasty and dirty. Guest stated there was rust in the tub, the toilet was nasty, there was ketchup and food on the desk, there was finger nail polish covering up cracks, the carpet was nasty in-between the beds, there was marks on the floor and there was prostitutes walking around. Guest stated it was so bad they spent an hour and a half in the room looking for another place to go and then check out. Guest stated they was very uncomfortable and didn't feel safe. Guest stated they was not about to use the toilet, shower or even sleep in that bed. Guest stated he checked out and didn't even stay in the room so he wants a full refund for this terrible, horrible stay.

Please access Clarabridge to review this alert. The Guest Relations team will be working with the location to get the issue resolved within 24 business hours. If the Guest Relations team decides on the resolution and/or issues compensation to the guest, the cost of the resolution along with a $75 intervention charge will be charged to the hotel.

**On April 25th, the Guest Relations team implemented the One Call Resolution for locations that are in the bottom 20% when it comes to their Negative Response score. These locations will have their cases resolved immediately and will be charged $150, plus cost of resolution if the case is classified as a Negative. Please refer to the e-pak sent out on 1/20/16 for further information.**

For questions about using the Clarabridge application, please contact Christopher Gordon at cgordon@redroof.com.
**9/7/2016 10:58:16 AM by Yvonne Edwards**

Yvonne Edwards | Guest Relations Specialist
**P** 800.554.4555 | **F** 937.325.9620

RRI_WK_00004770

**From:** Jay Moyer
**Sent:** Tuesday, September 20, 2016 9:35 PM CDT
**To:** RRIGuestRelations
**Subject:** FW: RE RRI 130 Guest Kyle Miller

**From:** Jay Moyer
**Sent:** Tuesday, September 20, 2016 9:15 PM
**To:** Cynthia D. Haimerl <CHaimerl@RedRoof.com>; RRIGuestRelations <RRIGuestRelations@redroof.com>; I0130 <I0130@RedRoof.com>
**Cc:** Cheryl L. Jennings <CJennings@RedRoof.com>; Amanda M. Larrick <ALarrick@RedRoof.com>; Chris Gordon <CGordon@RedRoof.com>; Jennifer Adams <JAdams@RedRoof.com>
**Subject:** RE: RE RRI 130 Guest Kyle Miller

I have to rely on the GM on this one...and he strongly feels this guest is trying to take advantage of us! The guest did not like the price. He utilized the room for about three hours on a sellout weekend. The guest was charged for one night. Please send this guest a final notice.



**Jay Moyer, CHA | Regional Vice President, Operations**
P 615.595-6952 | F 614.225.5261 |
Red Roof Inns, Inc • 6026 Stags Leap Way • Franklin, TN 37064

**Confidentiality Notice**
This electronic mail transmission is privileged and confidential and is intended solely for the party to whom it is addressed

**From:** Cynthia D. Haimerl
**Sent:** Tuesday, September 20, 2016 3:32 PM
**To:** RRIGuestRelations <RRIGuestRelations@redroof.com>; Jay Moyer <JMoyer@RedRoof.com>; I0130 <I0130@RedRoof.com>
**Cc:** Cheryl L. Jennings <CJennings@RedRoof.com>; Amanda M. Larrick <ALarrick@RedRoof.com>; Chris Gordon <CGordon@RedRoof.com>; Jennifer Adams <JAdams@RedRoof.com>
**Subject:** RE: RE RRI 130 Guest Kyle Miller

Good Afternoon,

Mr. Miller has called our department again. He is stating that he never received any of the refund. According to the FD system he was refunded $315.62 on 9/3. The guest is adamant that he did has yet to receive that refund. Can someone please look into this and let us know?

Thank you for your time today.

**Cynthia D. Haimerl | Senior Agent, Guest Relations/Redicard**
P 800.554.4555 | F 937.325.9620 |
Red Roof Inn, Inc • The Red Roof Building • 1650 Upper Valley Pike • Springfield, Ohio 45504
CHaimerl@RedRoof.com | redroof.com



**Confidentiality Notice**
This electronic mail transmission is privileged and confidential and is intended solely for the party to whom it is addressed.

**From:** RRIGuestRelations
**Sent:** Tuesday, September 20, 2016 10:14 AM
**To:** Jay Moyer <JMoyer@RedRoof.com>
**Cc:** Cheryl L. Jennings <CJennings@RedRoof.com>; Amanda M. Larrick <ALarrick@RedRoof.com>; Chris Gordon <CGordon@RedRoof.com>; Cynthia D. Haimerl <CHaimerl@RedRoof.com>; Jennifer Adams <JAdams@RedRoof.com>
**Subject:** RE RRI 130 Guest Kyle Miller

Hello,

This guest is not happy with what the GM had to say about him staying in the room. The guest stated they did not feel safe and they were in the room trying to find somewhere else to stay. The guest stated he would like reimbursed for the one night he was charged because he did not stay there. The guest is insistent on the refund because of not staying, not feeling safe and because of the conditions of the Inn. Is there anything we can do for this guest? Please review and advise. I highlighted the GM's last response.

Thank you and have a great day,

| Case | Guest Details |
|---|---|
| **Status** Resolved<br>**Case #** 800984<br>**Property** 130: Atlanta (Buckhead) - PLUS<br>**Guest** Kyle Miller<br>**Date In** 9/2/2016<br>**Reported Date** 9/7/2016<br>**Resolved Date** 9/7/2016<br>**Open For** 30 mins<br>**Performance** GR Plus Case<br>**Responsible Department** | Guest stated this was the nastiest hotel he has ever been in. Guest stated the entire hotel when entering the breeze way, exiting the breezeway, getting on and off the elevator and then on the third floor going to his room smelled like urine. Guest stated he couldn't get passed that smell. Guest stated the room was so nasty and dirty. Guest stated there was rust in the tub, the toilet was nasty, there was ketchup and food on the desk, there was finger nail polish covering up cracks, the carpet was nasty in-between the beds, there was marks on the floor and there was prostitutes walking around. Guest stated it was so bad they spent an hour and a half in the room looking for another place to go and then check out. Guest stated they was very uncomfortable and didn't feel safe. Guest stated they was not about to use the toilet, shower or even sleep in that bed. Guest stated he checked out and didn't even stay in the room so he wants a full refund for this terrible, horrible stay. |

130: Atlanta (Buckhead) - PLUS - Operations
**Rating**
**Case Sentiment** Unscored
**Case Category** Red Roof PLUS Guest Relations
**Case Type** NEGATIVE
**Priority** Normal
Times shown in (UTC-05:00) Indiana (East)

**Case Tags** Bathroom Cleanliness, Housecleaning Quality, Public Odor, Room Cleanliness, Room Comfort, Room Condition, Security

| History | Notes | Attachments | Tasks | Resolve |

**9/16/2016 4:54:43 PM by Cheryl Jennings**
Email: Cheryl, Unfortunately, Mr. Miller was in the room for over 3 hours and he should have reported to the hotel immediately. He will be charges for that one night stay and refunded back the night he did not stay. Robert Allen | General Manager Bernard Mitchell | Assistant General Manager

**9/16/2016 9:16:06 AM by Amanda Larrick**
Guest transferred to me, feels that the Inn is a whoretel that needs to be checked by someone higher up in the chain. Stated that that the Inn smelled like piss and that no one would want to stay in this dump, is looking for compensation for the first night, says he spent an hour in the room on his phone looking for different accommodations. Advised guest that an request has been sent to the RVPO could take 48 business hours for a response. Guest highly upset and kept saying that the Inn is for whores. Asked again about his refund that he was told already he would be getting, advised per letter/email sent, no longer than 15 days from 9/7/16.

**9/16/2016 9:04:25 AM by Cheryl Jennings**
Guest called back into stated that he is not going to pay for the night he was charged. Guest is insisting that he gets a refund. Sent to the RVPO

**9/7/2016 11:28:53 AM by Robert Allen**
Email Status: Sent

Log:
```
2016-09-07 08:29:21Z postfix/28345[smtpd]: 3sTnSd36yKz7GlZ:
client=blackwidow.softlayer.marketmetrix.com[10.28.41.138]
2016-09-07 08:29:21Z postfix/27773[cleanup]: 3sTnSd36yKz7GlZ: message-
id=DECABDC35983B5EDEE22A0DF1231F717@marketmetrix.com
2016-09-07 08:29:21Z postfix/27773[cleanup]: 3sTnSd36yKz7GlZ: info: header Subject: Our sincerest
apologies from blackwidow.softlayer.marketmetrix.com[10.28.41.138];
from=<notify@marketmetrix.com> to=<kylermiller6960@gmail.com> proto=SMTP
helo=<blowfish.softlayer.marketmetrix.com>
2016-09-07 08:29:21Z postfix/9814[qmgr]: 3sTnSd36yKz7GlZ: from=<notify@marketmetrix.com>,
size=2180, nrcpt=1 (queue active)
2016-09-07 08:29:21Z postfix/28341[smtp]: 3sTnSd36yKz7GlZ: to=<kylermiller6960@gmail.com>,
relay=gmail-smtp-in.l.google.com[74.125.28.26]:25, delay=0.33, delays=0.01/0/0.03/0.28, dsn=2.0.0,
status=sent (250 2.0.0 OK 1473262161 d139si41697792pfd.10 - gsmtp)
2016-09-07 08:29:21Z postfix/9814[qmgr]: 3sTnSd36yKz7GlZ: removed
```

Sent Date: 9/7/2016 11:29:21 AM
From: Atlanta (Buckhead) - Red Roof Plus
To: Kyle Miller
Reply Robert Allen

RRI_WK_00005052

To:
Subject: Our sincerest apologies

Dear Kyle Miller,

Thank you for taking the time to tell us about your experience at the Atlanta (Buckhead) - Red Roof Plus Red Roof. I am sorry that your experience did not meet your expectations. Please accept my sincerest apologies.

At Red Roof, we strive to provide superior service to every customer; therefore your feedback is very important to us. I want you to know that we are taking the appropriate measures to address the problem that occurred during your stay to prevent any future occurrence.

Please note that this problem was an exception to our normal practices. Therefore a credit refund in the amount of $_315.62___ will be issued to your account within 15 days.

We appreciate your sharing your concerns and I hope that you will give us the opportunity to better serve you in the near future.

Sincerely,
Robert Allen
General Manager

Red Roof Inn - Atlanta (Buckhead) - Red Roof Plus



**9/7/2016 11:28:03 AM by Robert Allen**
Resolved: The manager spoke to this guest on 9/06/2016 about their issues. A refund was issue to him for 315.62. I explained to this guest that they stay over two hours in the room there we would have to charge them for one night. This was a guest complaining about the rate at the Red Roof.

**9/7/2016 10:59:21 AM by System**
Task completed: By System

**9/7/2016 10:59:20 AM by System**

Email Status: Sent

Log:
2016-09-07 07:59:51Z postfix/26223[smtpd]: 3sTmpb3sbhz7HBq: client=blackwidow.softlayer.marketmetrix.com[10.28.41.138]
2016-09-07 07:59:51Z postfix/26165[cleanup]: 3sTmpb3sbhz7HBq: message-id=F60D3CB9F15088131911D34541389CB0@marketmetrix.com
2016-09-07 07:59:51Z postfix/26165[cleanup]: 3sTmpb3sbhz7HBq: info: header Subject: Red Roof Plus Guest Relations Case Created for Kyle Miller from blackwidow.softlayer.marketmetrix.com[10.28.41.138]; from=<notify@marketmetrix.com> to=<khaegele@redroof.com> proto=SMTP helo=<blowfish.softlayer.marketmetrix.com>
2016-09-07 07:59:51Z postfix/9814[qmgr]: 3sTmpb3sbhz7HBq: from=<notify@marketmetrix.com>, size=4584, nrcpt=5 (queue active)
2016-09-07 07:59:53Z postfix/26328[smtp]: 3sTmpb3sbhz7HBq: to=<I0130@redroof.com>, relay=redroof-com.mail.protection.outlook.com[207.46.163.247]:25, delay=1.7, delays=0.03/0/0.21/1.5, dsn=2.6.0, status=sent (250 2.6.0 <F60D3CB9F15088131911D34541389CB0@marketmetrix.com> [InternalId=52351356382160, Hostname=BLUPR0401MB1780.namprd04.prod.outlook.com] 12615 bytes in 0.336, 36.625 KB/sec Queued mail for delivery)
2016-09-07 07:59:53Z postfix/26328[smtp]: 3sTmpb3sbhz7HBq: to=<cgordon@redroof.com>, relay=redroof-com.mail.protection.outlook.com[207.46.163.247]:25, delay=1.7, delays=0.03/0/0.21/1.5, dsn=2.6.0, status=sent (250 2.6.0 <F60D3CB9F15088131911D34541389CB0@marketmetrix.com> [InternalId=52351356382160, Hostname=BLUPR0401MB1780.namprd04.prod.outlook.com] 12615 bytes in 0.336, 36.625 KB/sec Queued mail for delivery)
2016-09-07 07:59:53Z postfix/26328[smtp]: 3sTmpb3sbhz7HBq: to=<eshepherd@redroof.com>, relay=redroof-com.mail.protection.outlook.com[207.46.163.247]:25, delay=1.7, delays=0.03/0/0.21/1.5, dsn=2.6.0, status=sent (250 2.6.0 <F60D3CB9F15088131911D34541389CB0@marketmetrix.com> [InternalId=52351356382160, Hostname=BLUPR0401MB1780.namprd04.prod.outlook.com] 12615 bytes in 0.336, 36.625 KB/sec Queued mail for delivery)
2016-09-07 07:59:53Z postfix/26328[smtp]: 3sTmpb3sbhz7HBq: to=<jmoyer@redroof.com>,

```
relay=redroof-com.mail.protection.outlook.com[207.46.163.247]:25, delay=1.7, delays=0.03/0/0.21/1.5,
dsn=2.6.0, status=sent (250 2.6.0 <F60D3CB9F15088131911D34541389CB0@marketmetrix.com>
[InternalId=52351356382160, Hostname=BLUPR0401MB1780.namprd04.prod.outlook.com] 12615 bytes
in 0.336, 36.625 KB/sec Queued mail for delivery)
2016-09-07 07:59:53Z postfix/26328[smtp]: 3sTmpb3sbhz7HBq: to=<khaegele@redroof.com>,
relay=redroof-com.mail.protection.outlook.com[207.46.163.247]:25, delay=1.7, delays=0.03/0/0.21/1.5,
dsn=2.6.0, status=sent (250 2.6.0 <F60D3CB9F15088131911D34541389CB0@marketmetrix.com>
[InternalId=52351356382160, Hostname=BLUPR0401MB1780.namprd04.prod.outlook.com] 12615 bytes
in 0.336, 36.625 KB/sec Queued mail for delivery)
2016-09-07 07:59:53Z postfix/9814[qmgr]: 3sTmpb3sbhz7HBq: removed
```

**Sent Date:** 9/7/2016 10:59:51 AM
**From:** System
**To:** Christopher Gordon, Elizabeth Shepherd, Robert Allen, Jay Moyer, Katrina Haegele
**Reply To:** System
**Subject:** Red Roof Plus Guest Relations Case Created for Kyle Miller

---

130:Atlanta (Buckhead) - PLUS
Kyle Miller
Date Reported: 9/7/2016

Case Type: NEGATIVE

Case #800984

Case Description: Guest stated this was the nastiest hotel he has ever been in. Guest stated the entire hotel when entering the breeze way, exiting the breezeway, getting on and off the elevator and then on the third floor going to his room smelled like urine. Guest stated he couldn't get passed that smell. Guest stated the room was so nasty and dirty. Guest stated there was rust in the tub, the toilet was nasty, there was ketchup and food on the desk, there was finger nail polish covering up cracks, the carpet was nasty in-between the beds, there was marks on the floor and there was prostitutes walking around. Guest stated it was so bad they spent an hour and a half in the room looking for another place to go and then check out. Guest stated they was very uncomfortable and didn't feel safe. Guest stated they was not about to use the toilet, shower or even sleep in that bed. Guest stated he checked out and didn't even stay in the room so he wants a full refund for this terrible, horrible stay.

Please access Clarabridge to review this alert. The Guest Relations team will be working with the location to get the issue resolved within 24 business hours. If the Guest Relations team decides on the resolution and/or issues compensation to the guest, the cost of the resolution along with a $75 intervention charge will be charged to the hotel.

On April 25th, the Guest Relations team implemented the One Call Resolution for locations that are in the bottom 20% when it comes to their Negative Response score. These locations will have their cases resolved immediately and will be charged $150, plus cost of resolution if the case is classified as a Negative. Please refer to the e-pak sent out on 1/20/16 for further information.

For questions about using the Clarabridge application, please contact Christopher Gordon at cgordon@redroof.com.
9/7/2016 10:58:16 AM by Yvonne Edwards

Yvonne Edwards | Guest Relations Specialist
P 800.554.4555 | F 937.325.9620

RRI_WK_00005055