**PL Sum. J. Ex. 114**

| | |
|---|---|
| From: | Do Not Reply |
| Sent: | Tuesday, November 27, 2012 9:34 AM CST |
| To: | I0088; Cheryl Billo; Jay Moyer |
| Subject: | Red Roof Inn - Atlanta - Smyrna - KELLY KAMMANN - Satisfaction Survey Results |

| Market Metrix | CLICK TO LOG IN | |
|---|---|---|
| Guest Status: | CHECKED OUT | |
| SurveyID: | 305569833 | |
| Hotel: | Atlanta - Smyrna | |
| Room: | 257 | Atlanta - Smyrna |
| Guest Name: | KELLY KAMMANN | CS Score: |
| Email: | kkammann@xceleratemedia.com | 66 |
| Survey Completed: | Tuesday, November 27, 2012 10:34:09 AM | |
| Check-in: | Sunday, November 25, 2012 | |
| Check-out: | Monday, November 26, 2012 | |
| Rate: | 41.99 | |

| | |
|---|---|
| How were your reservations made? | I did not have a reservation |
| **Check In and Check Out** | |
| Accuracy of reservation information upon check-in | 4 - Satisfied |
| Efficiency of check-in | 4 - Satisfied |
| Efficiency of check-out | 4 - Satisfied |
| Accuracy of billing | 5 - Very Satisfied |
| **Front Desk Staff** | |
| Friendliness of front desk staff | 5 - Very Satisfied |
| Helpfulness of front desk staff | 4 - Satisfied |
| Staff's knowledge of inn and area | 4 - Satisfied |
| Staff's 'can-do' attitude | 4 - Satisfied |
| **Housekeeping/Maintenance** | |
| Friendliness of housekeeping staff | 3 - Neutral |
| Room cleanliness | 3 - Neutral |
| Bathroom cleanliness | 3 - Neutral |
| Pleasant smell of room | 2 - Dissatisfied |
| During your stay, did the staff provide exceptional service which exceeded your expectations? | No |
| **Room** | |
| Comfortable bed and furniture | 2 - Dissatisfied |
| Proper functioning of devices in your room | 2 - Dissatisfied |
| Sufficient room lighting | 4 - Satisfied |
| Quality of in-room amenities | 3 - Neutral |
| Quality of room | 3 - Neutral |
| Did you use our Wireless Internet (WiFi) during your stay? | Yes |
| **Wi-Fi** | |
| Quality of wireless internet access | 2 - Dissatisfied |
| **How did we make you feel during your visit?** | |
| Welcome | 5 - Very Satisfied |

RRI_WK_00004900

| | |
|---|---|
| Comfortable | 4 - Satisfied |
| Important | 4 - Satisfied |
| Overall Inn Stay | |
| Overall condition of inn | 3 - Neutral |
| Value for price | 5 - Very Satisfied |
| If you return to this area, how likely is it that you will return to this inn? | Very likely |
| How likely is it that you will recommend this inn to others? | Possibly |
| Are you a member of the RediCard reward program? | Yes |
| How important was the RediCard program in your decision to stay at this inn? | Somewhat important |
| Did an online review significantly affect your decision to stay at this hotel? | No |
| Did you experience a problem during your stay with us? | No |
| Why do you feel the pleasant smell of room was not satisfactory? | Sentiment: -1.75 |
| It always smells a little stale and dingy | |
| Why do you feel the comfort of your bed and furniture was not satisfactory? | Sentiment: -1 |
| the bed and linens ar efine but the furniture is really beat up | |
| Why do you feel the functioning of the of the devices in your room was not satisfactory? | Sentiment: -1 |
| Every time i stay here which is alot there are always light bulbs out it seems | |
| Why do you feel the quality of internet access was not satisfactory? | Sentiment: -1 |
| It is super super slow. I can get on really easillyy, but it is just amazingly slow to the point of being almsot unusable | |
| How did you hear about us? | Other |
| Please specify how you heard about us: | Sentiment: -- |
| I jsut have been staying at red roof for years | |
| Have you visited a Red Roof Inn before? | Yes |
| What was the primary reason for choosing this inn? | Location |
| What was the primary purpose of your visit? | Business |
| Is there anything else we could have done to improve your stay? | Sentiment: -0.75 |
| update this propoerty to look like the other recently updated red roof properties in the network that look nicer and cleaner, make sure light bulbs arent always out, do something to immprove wifi speed,and finally somethign needs to be done about security and guest screening. i stay at this propoerty all the time and i would say half the time there some guy in the parking lot is offering me drugs or hookers. Additionally I usually see hookers staying in other rooms as quests. I would really like to see this cleaned up. I love the staff, location and value but this is not a safe property | |
| **Order Inn CS Score:** | **--** |
| Did you use Order Inn, our restaurant delivery service? | No |

RRI_WK_00004901