PL Sum. J.

Ex. __115__

| | |
|---|---|
| **From:** | Reputology Monitor |
| **Sent:** | Wednesday, September 24, 2014 8:15 AM CDT |
| **To:** | Andrew Alexander |
| **Subject:** | You have 58 new reviews |

Reputology

Visit Reputology | Your Account

**Red Roof Inn Daily Summary**

Reviews discovered on 2014-09-23

Filters applied: Daily Summary. All sites. All ratings. Groups: OH, IN, PA, IL, NY, MO, TN, MN, NJ, MA, FL, VA, GA, AL, CT, MD, MS, TX, NH, DE, CA, WA, AR, Dan Russell RVPO, District 7, District 17, District 14 , Region F2, Region F3, Region F6, Region F8, Region F9, Region F7, Plus Locations, Locations: Myrtle Beach Hotel - Market Commons, Red Roof Inn & Suites Cleveland - Elyria, Kingsland, Augusta East, Augusta South, Arcata, Los Banos, Atlanta - Six Flags, Dalton, Jesup, Atlantic City, Las Vegas, Batavia, Middletown - Franklin , Michigan City, Louisville East - Hurstbourne, Rockford, Madison, WI, Memphis East, Lafayette, IN, Chicago - Joliet, and more. Modify alert

**Location Summary**

| | New Reviews | Average Rating |
|---|---|---|
| Amarillo | 1 | 3.0 |
| Ann Arbor - Univ Michigan North | 1 | 2.0 |
| Arcata | 1 | 4.0 |
| Asheville West | 3 | 4.3 |
| Atlanta - Buckhead | 3 | 2.0 |
| Atlanta - Smyrna | 1 | 1.0 |
| Boston - Southborough/Worcester | 1 | 4.0 |
| Boston - Woburn | 1 | 4.0 |
| Charleston - Kanawha City, WV | 1 | 4.0 |
| Chesapeake Conference Center | 1 | 5.0 |
| Chicago - Joliet | 1 | 3.0 |
| Chicago - Northbrook/Deerfield | 1 | 2.0 |
| Cincinnati Airport - Erlanger, KY | 1 | 2.0 |
| Cincinnati - Sharonville | 1 | 4.0 |
| Cleveland East - Willoughby | 1 | 4.0 |
| Clinton | 1 | 2.0 |
| Columbia East - Ft Jackson | 1 | 1.0 |
| Columbus Downtown - Convention Center | 1 | 5.0 |
| Columbus - Grove City | 1 | 1.0 |
| Dayton South - I-75 Miamisburg | 1 | 5.0 |
| Detroit - Farmington Hills | 4 | 3.5 |
| Detroit - Southfield | 1 | 2.0 |

RRI_WK_00002545

| | | |
|---|---|---|
| Fargo | 2 | 3.0 |
| Grand Rapids | 1 | 1.0 |
| Hampton Coliseum & Convention Ctr | 1 | 1.0 |
| Harrisburg - Hershey | 1 | 5.0 |
| Hendersonville | 1 | 3.0 |
| Hickory | 1 | 4.0 |
| Houston - Westchase | 1 | 5.0 |
| Jackson, OH | 1 | 1.0 |
| Jacksonville - Southpoint | 1 | 5.0 |
| Laredo | 2 | 4.5 |
| Las Vegas | 1 | 1.0 |
| Locust Grove | 1 | 2.0 |
| Miami Airport | 1 | 4.0 |
| Milford | 1 | 5.0 |
| Orlando Convention Center | 2 | 4.0 |
| Red Roof Inn & Suites Cleveland - Elyria | 1 | 3.0 |
| Red Roof Inn & Suites Naples | 1 | 4.0 |
| Richmond South | 1 | 1.0 |
| San Antonio Downtown - Riverwalk | 1 | 1.0 |
| Sioux Falls | 1 | 5.0 |
| Syracuse | 1 | 4.0 |
| Toledo - Holland | 1 | 4.0 |
| Tulare - Downtown/Fairgrounds | 2 | 1.0 |
| Washington, DC - Oxon Hill | 1 | 4.0 |
| Winchester, VA | 1 | 3.0 |

| 0 | 14 | 6 | 8 | 18 | 12 |
|---|---|---|---|---|---|
| No Rating | 1 Star Reviews | 2 Star Reviews | 3 Star Reviews | 4 Star Reviews | 5 Star Reviews |

## 1 Star Reviews

**Tulare - Downtown/Fairgrounds** (1 out of 5) Tripadvisor

"The worst hotel I have seen" We stayed there on our way to Sequoia National Park. Our room was over $70 per night! 1) The room was filthy. The floors were sticky, the sheets were stained. There was a random can of coke on the table.2) The bathroom had someone's hair and a COCKROACH!!! It was neither alive nor dead, which freaked us out even more. It was laying in the corner of the bathroom, helplessly trying to move its feet, but not even able to roll.3) For that price I feel like they could at least offer a simple continental breakfast. 4) To check in, I had to wait in line for at least 15-20 mins. At midnight!5) Wi-fi never worked for any of our devices. The overall impression is just very bad, I am never staying there again and avoid the chain all together from now on.

View Review

RRI_WK_00002546

**Las Vegas** (1 out of 5) Tripadvisor

"Roaches in the bathroom!!!" Stay away from this infested roach motel with a crummy manager to match!Upon arrival (my reservations were for 2 ADJOINING rooms) we received 2 rooms (one BEHIND THE OTHER --not adjoining) which was not going to work for my family of 6. So we drove back to the office and requested a change. The ONLY BRIGHT SPOT in this dump was the lady at the front desk - KEILA - who had to deal with my wrath (so sorry) who proceeded to change a room so that now we had 2 rooms on the same floor with just a room between them. Upon entering the room we noticed cockroaches in the bathroom..enough said. We took our belongings and headed back to the office. There is more to this story and I lodged a formal complaint, but please DO NOT GO HERE.

View Review

**Detroit - Farmington Hills** (1 out of 5) Tripadvisor

"Definately not 2-star" I got this hotel for 9 days from Priceline with a 2-star rating. I have been trying for sometime to have the Red Roof rating changed. When I checked in the room had a smell like exhaust fumes and to make matters worse, the windows were sealed shut. I find it amazing that some hotels do this. Fresh air is essential to good health. I had to keep the door open for ventilation. The wifi was so slow, it wouldn't even register on a speed test. The towels had the smell of bleach. On the 3rd day I was there, 2 police cars were in the parking lot, and when I checked, they were called to evict some tenants. Seems to be a lot of transient people living there. I really didn't feel safe and told Priceline and they allowed me to make another reservation which I got at an Extended Stay America for the same price.

View Review

**Grand Rapids** (1 out of 5) Tripadvisor

"Disappointing" The first room I had checked in, found hair on the sheet by the pillows and bathroom stucco was peeling off the walls. The front desk person was accommodating in moving me to another room. Upon inspecting the second room, I could not believe how bad the ceiling was peeling. It appears this hotel was renovated, but the stucco application that was applied to the walls and ceiling was peeling severely. Asked to be moved to a third room and found the same issue with the stucco peeling in the bathroom. Also, upon inspecting the mattresses, found a used condom box underneath the mattress. The manager was aware of my issues from the two previous rooms, but only offered a small discount off the room rate for my troubles. I would not stay here until they fix all of the stucco peeling off the walls and ceiling and correct the house keeping issues. I have stayed at other Red Roof's where the renovation was done and have not encountered this problem.

View Review

**Columbus - Grove City** (1 out of 5) Tripadvisor

"Dicey Proposition" I was awakened at 12:00 AM by a phone call from the front desk saying my TV was too loud and people were complaining. I told the guy that I was sleeping since 10:30 PM and my TV wasn't even on. He said, "oh, I guess it is coming from Room ***" The room he mentioned was my room, so I am guessing that he had no idea what room he was calling. Also you think they would check it out in person before calling.Then at 3:00 AM I was awakened again by a crowd in the parking lot screaming and partying. This was literally adjacent to the front desk. (This is the norm for this "hotel.") This went on for about 30 minutes and then died down.Then at 3:30 AM I heard a woman crying hysterically right outside my door. It was so loud you would think she was in my room. From the conversation, it seemed like she had been assaulted. So much for a good nights sleep! As far as the room, the bedspread seemed very dirty. The pillows were a strange shape and very uncomfortable. They just put in plastic "hardwood" floors...it seemed like a rush job because there were so many lumps and bumps it seems like a dead body might be buried underneath. Everything is a bit haphazard. The toilet paper holder had been ripped out of the wall and put in again. However, the hole was sort of patched (lumpy again) but not even painted. It all seems like a bad home improvement project gone wrong. There was a big spider web above the shower (did anyone ever notice this?).

View Review

**Jackson, OH** (1 out of 5) Tripadvisor

RRI_WK_00002547

"DOES NOT EVEN RATE A ONE STAR....AVOID THIS PLACE" Desk staff acted as though she had a third grade education and check in took forever. Room smelled horrible. Sink was clogged and had to brush teeth in the bathtub. Spiders coming down from vent in bathroom. Amenities for the room as advertised was not present. Sheets too small and coming off the bed. Woke with bites on my hands and wrists (bed bugs?). At checkout, before we even got a chance to mention how bad the stay was, she said she could not give us our deposit back until she physically went up and checked out the room! Just wanted a cup of tea in the morning...tea water was luke warm...as well as the milk and orange juice!People we knew that also stayed had similar complaints. People we did not know at all but heard our complaints while at the front desk also voiced similar complaints! The only way I know they are getting such a good rating is that they must be adding good stays themselves so that their rating will look better! I am not too picky of a person when it comes to staying places....but I will sleep in a car before staying there again!

View Review

**Hampton Coliseum & Convention Ctr** (1 out of 5) Tripadvisor

"This hotel is "hangout central"" This is the 2nd time we stayed here. The first time wasn't so bad but this time was different! The morning that we were leaving to go home to Pennsylvania, I had noticed that the owners manual for my ford ranger was in the bed if the truck and as I looked inside the truck I saw that my glove box was open and the GPS was stolen and my xm radio was ripped off the dash and laying on the seat with all the wires still attached to it. The truck was all locked up and come to find out that somebody popped the rear sliding window open and got in that way. So I had to drive home all the way while holding my cell phone in one hand using the GPS on my phone, and we notified the front desk and the lady was shocked that a car got broken into at that hotel she says "oh that never happens here and we don't have cameras" which surprises me because of all the random people that just hang out there outside at night. I was skeptical about staying here for the 2nd time but we did because of the pet friendly with no extra fees and the rooms are pretty good and clean....well at least the one we had was. Bottom line, if you're not traveling with pets, I wouldn't recommend this hotel just because of all the weird things that go on there at night. I figured hiding the GPS would be ok but I was wrong. I'll probably stay at a different hotel if I'm ever down that way again.

View Review

**Atlanta - Buckhead** (1 out of 5) Tripadvisor

"NEVER AGAIN!" So stayed at the red roof inn plus in Atlanta over the weekend.... Needless to say I will never return! The front desk was rude said I could pay cash but when I arrived she said it went on my card. The room was nasty! Hair on the sheets and in the tub. There were "thugs" standing around the corner. I did not feel comfortable even with the door latched. Would not recommend to anyone!

View Review

**Atlanta - Buckhead** (1 out of 5) Tripadvisor

"WORST STAY EVER!" So we checked in 9-19-14 at 4am and left the same day at check out. My card was originally charged 108 for the room. Upon leaving I was checking to make sure I had all my belongings and found empty condom wrappers in the dresser drawer. I went to the desk and the manager "Robert" said he had no problem refunding half my money. So I waited til monday to check my bank to see if they money went back and not only had the money not went back but they charged me two more times. So in total I paid 225 for a dirty room! I called the manager back and he said he would look into it and get back to me. They charged me 45.99 for smoking in the room! For one I didnt smoke in there and for two there smoking fee is 250 not 45.99 they just didnt wanna give me money back so said I smoked in it. I WOULD NEVER STAY THERE AGAIN! If you decide you want to pay cash dont let them have your card number. Customer service wasnt helpful either very rude when trying to resolve the problem.

View Review

**Tulare - Downtown/Fairgrounds** (1 out of 5) Tripadvisor

"Ridiculous Check-In Wait - Bath Needs Seriously Replacing!" We arrive at this hotel about 10 mins after we are allowed to check-in only to be told rudely to come back in 15 mins due to a staff meeting being held in the Reception area. We get told this numerous times and after 40 mins both us and two other groups of new guests decide to invade the room and stand at reception

RRI_WK_00002548

until we get served. Not one apology for the staff. Very disappointing and the worst customer service during our 14 hotel stay around Western USA this summer.Our room was average, the bathroom was awful. I didn't know where to stand in the bath as it's main coating was peeling away under my feet. I actually had serious thoughts about waiting until I reach my next hotel to get a shower. Stayed here as it is only about 1 hour drive to Sequoia NP. IHOP, Burger King near by but go to Apple Annies for a great breakfast with a real family feel!

View Review

**San Antonio Downtown - Riverwalk** (1 out of 5) Tripadvisor

"Terrible" we stayed at the Red Roof Plus at 1011 east Houston street in San Antonio Texas. We stayed for 2 nights . The 19th - 21st of September 2014. We payed over $250 dollars after we paid for parking as well. This was THE WORST hotel stay I have ever had . It started with us being put in a room with a broken Air Conditioner. Then being told they had no other rooms to switch us to that had a working AC. Then the Buildings fire alarm started going off periodically which screamed into the room off and on until midnight. There were no towels or wash cloths in the room . My husband had to go down to the desk to get them. When we started to go to bed that night we pulled the cover back to discover no sheets on the bed . My husband went down again to get some. We made then bed which we spend 2 sleepless nights on because it was like sleeping on a bed of rocks. I went to get into the shower the next morning hoping it would help my aching back only to slip and nearly fall in your slick tub with no mat or anything in it. Free WiFi? yea you couldnt use it because it was so slow.The halls were dirty. The elevators stunk like burning oil. Needless to say it was not a pleasant nights stay at all.Sincerely William Rought and Family.

View Review

**Richmond South** (1 out of 5) Tripadvisor

"Disgusting! Terrible area & even worse service !" Planned a trip to Richmond for the NASCAR race. I'm from Pennsylvania, so I don't know the area. I thought we would be safe with a Red Roof Inn. I was very wrong! This place was in the hood, filthy room. I don't think the sheets were changed from the previous guests. There were food crumbs &amp; hair on the sheets when I pulled back the blankets. I called for new sheets, they handed them to me &amp; wanted me to change them. I pull back the mattress &amp; they was layers of dirt &amp; body hair on the box springs. It was just gross! The whole room was! The worst part is they had a sign the rooms were newly remodeled! I ended up finding another place to stay, thank god!

View Review

**Columbia East - Ft Jackson** (1 out of 5) Tripadvisor

"Horrible" DO NOT EVER STAY HERE! Management(Dale) is never available when needed, he is always on vacation, The room i stayed in was really nasty, it didnt have any towels, no soap, the linens had stains on them, half of my lights didnt work, i could not use my toilet, trash under the the bed as well as used condoms, i contacted front desk abt 1:30am and got no answer so i walked down there and found the front desk clerk(Monique) sleeping, it took me 45 mins of knocking on the window before she awoke, i asked for a refund but she said i couldnt get one because i was in the room an hour. I went to walmart and bought sheets, towels and soap, the next day i went to check out and the lobby was full of people and employees just talking being loud talking bad about some girl named Kelly. I told them about my experience and they apologized but said that i could call management on Monday which i did but never got a call back. They really need to focus on maintaining there rooms, cleanliness and customer service, I WILL NEVER GO BACK!

View Review

**Atlanta - Smyrna** (1 out of 5) Tripadvisor

"on set of hustle and flow 2! usually I steal a towel, I feel like I should give 1!" I am in the room right now scared! Im waiting for the sun to come up so I can leave! This is where georgia's tax dollars are spent! I watched as a young girl did the 2 fingers to her eyes and a point to guy across to other building only to push him a min later and say"10 dollars? Im a dime baby you no im worth more than that!" Then the traffic throughout the day.... its a drug and prostitute headquarters. Im a young male well over 6ft tall and fear for my safety! I smoke cigarettes religiously and have quit and made a promise to never do it again because I had to stand outside

and witness these acts and wonder if I would be jumped! This place has changed my life for the better for the fact I want to be nothing like these people! I hear running along outside of my door and a bottle broken on what sounded like a car... I have laid ontop of my clothes in this filthy room waiting for the sun! This is a true nightmare! Im a tough guy only to feel like im the new guy in jail! I am greatful for the life I have and would recommend staying here if your about to go all robin willams! Towels have weave hairs caught in them, the room smells like used vegetable oil and coca butter, oh and now I hear shamika making a quick buck in the next room, classy! The roof is red and so are the sheets! Shoulda took a hint with a waffle house and a chick fila within walking distance, only thing missing is a currency exchange and liquor store with ebt sign! Its been quite a show for 50 bucks, like a night in the zoo! I cant wait to find a place to sleep later! Cover your stuff when u open the door the unswept wood floors create a dust storm effect! Im starving from the thc in the air, I honestly feel like donald trump in some kind of reality show challenge, I feel great about my future now! Just waiting for the gun fire as I already planned my emergency plan over and over in my head! If I ever thought I had a slight teleconesis my hopes are gone as all my power would be in full effect with my luggage myself included floating above the muck,,,, wish me the best in the next hour as I use all my strength to grab all my bags and run for the truck, I did not sign up for this! Haha lifes an experience I did it and now I can never do it again! Hey red roof inn you tried! You just gotta know when to light the flame and let it burn!,,, bye!,,

View Review


## 2 Star Reviews

**Detroit - Southfield** (2 out of 5) Tripadvisor
"Roach motel" We went into room 221 with no problems until about 3 roaches crawled out. We also noticed small ants inside the bathroom. They gave us another room and there was no problems except the mattress wasnt that comfortable.

View Review

**Ann Arbor - Univ Michigan North** (2 out of 5) Tripadvisor
"Beware of Stay 2 night promotion" Two stars is probably generous, but it is a Red Roof and you get what you pay for....we visited Ann Arbor on two occasions (medical treatment at U of M) and stayed here. Both times we were told Stay 2 Nights get 3rd visit FREE was in effect. Stayed twice over the summer and called to redeem for free stay. No one can knows anything, "Call 800 number" is all they say, but no one answers 800 number (2 hours on hold to get, "We are now closed". Sounds like a bait and switch scam to me! BEWARE

View Review

**Clinton** (2 out of 5) Tripadvisor
"good for one night" We stayed for three nights and as each night passed I found more problems. The microwave sparked and smoked upon use, the shower leaked water from the handle, the handle also spun completely around and shut off in three different places, the second sink by the microwave didnt work. The laundry room was really really gross, my boyfriend went in thinking I was exaggerating and was also grossed out. We did not end up using the laudry room. I tried breakfast I was okay the biscuits were not cooked all the way but the self made waffle I had was good. In past reviews they mentioned a key or lock problem which we did notice, we had to switch rooms when we first arrived. So when they were replacing the locks it seemed great. We brought our dog to work with us so they could do our lock while we were out. We told the repair guy when we left with our dog so they would know our room was available. We came home and our door was the only one on the floor not done. (I was not happy, having our dog sweat it out at our job site for no reason.) The next day (sunday our only day off) we received a call that they were going to work on our door soon, so we left immediately with our dog. An hour and a half we sat in the car waiting when we returned our door was not done. ( I was super not happy) On the plus side the motel had a nice field to walk our dog in and was in walking distance to shopping/food.

RRI_WK_00002550

View Review

**Cincinnati Airport - Erlanger, KY** (2 out of 5) Tripadvisor

"Over Rated In Reviews Definitely NOT RECOMMENDED!" We stayed at this hotel for the Bengals/Titans football game September 21st. We had four rooms total. Two of the rooms had a very musty odor. One room had a balcony door that could be opened and allowed to air out, however the other room was on the ground floor and we could not open the window, so we had to leave the room door open to air it out. The hotel manager tried to give us a can of air freshener to cover up the smell, but the maid staff finally came up with a can of disinfectant for us to spray. The entire end of the building (Rooms starting in the 120's)had a musty smell when we opened the entry door. We notified the staff before we left for dinner and the smell was still there when we got back. We couldn't even enter our room until we aired it out! I would suspect the smell was coming from the carpet it was so old and desperately needed replacement. We stayed in room 126 and also told the front desk again about the problem when we checked out.

View Review

**Locust Grove** (2 out of 5) Tripadvisor

"You get what you pay for sometimes" We used this a a stopping point between our house and Tybee Island, I booked the room based on some reviews which were not bad and availability. Probably should have went with my gut and spent a little more money. The room had a musty odor to it every time we left and came back, the shower could have grown mushrooms, it had red mold growing in it, have we never heard of cleaning with bleach or some other product to get rid of mold. The room was cramped. The television reception was horrible, need a rewiring there and need to rip up the carpets and start over. The bed slept comfortable and the desk clerks were friendly is the only reason I didn't just give this a terrible rating. Will find somewhere else to stay next time.

View Review

**Chicago - Northbrook/Deerfield** (2 out of 5) Tripadvisor

"Moved nephew to Northwestern University" This Red Roof Inn did not have microwave or refrigerator in thier double bed rooms. No continental breakfast. We were there for a week and did not know they don't clean the room everyday. There were no places to eat close to the hotel.

View Review

**3 Star Reviews**

**Fargo** (3 out of 5) Tripadvisor

"Front desk lady kind of rude" Rooms were OK, not very large but clean and OK to stay for one night. The rates here are much better than in the surrounding hotels. However, the front desk lady was kind of rude at our arrival. One almost had a feeling of bothering her. Breakfast was a little better than in similar places (scrambled eggs - although not fresh, sausages) but you had to use plastic dishes. Sad. There was also super loud A/C/heating - you cannot really turn it on and sleep.

View Review

**Hendersonville** (3 out of 5) Tripadvisor

"Average" I stayed at this Hotel during the Annual Apple Festival. The staffs were polite but the hotel does not offer much. In my opinion, it is just good enough for an over night stay. There's nothing remarkable about this facilities. They served a casual confectionary breakfast with hot tea and coffee. Just ok for me.

View Review

**Fargo** (3 out of 5) Tripadvisor

RRI_WK_00002551

"Cheap, decent room" we stayed 2 nights over the weekend and the room was fine. It was clean, the bed was comfortable though small and the room had everything we needed. It was a little small but we weren't living in it. It had cable tv, a microwave and a refrigerator. The continental breakfast included eggs, sausage links, waffles, toast, cereal fruit, yogurt.....milk coffee and juice.....everything that you would expect and everything tasted fine. I did not use the pool but I saw that it had a hot tub, pool and a seperate pool section just for smaller kids....so I thought it was nice. The staff was all friendly and helpful even when we checked in from a travel site after midnight. We never had any troubles and slept fine. I will say that the doors to the hallway are a little thin and we were staying just above the reception area so occasionally the sound from outside would bleed into our room.....but I did not notice it a lot. I would definitely stay there again based on the price of the room.

View Review

**Orlando Convention Center** (3 out of 5) Tripadvisor

"Clean, walking distance to convention center" Short walk to the convention center, a 1/4 mile walk to the Hyatt Regency. The room smelled funny but seemed clean. Bed was firm. Seemed safe. Had no issues with check in or check out. Wifi was easy to log on to and included in the room fee. No breakfast on site but you can pay $3 for hot breakfast at the clarion next door if you wish.

View Review

**Chicago - Joliet** (3 out of 5) Tripadvisor

"Ok Stay" This hotel was ok. Conveniently located and the hotel and surrounding area was very clean. The room could use a microwave, mini fridge, and hair dryer. I understand there are hotels that don't have that stuff but when you stay in these kinds of hotels you realize how much they are handy o have. The room was supposed to be 100% smoke free but it wasn't. It smelled like smoke when we first walked in and there were cigarette burns on the lid of the ice pale. Other than this the room was clean and the staff was very friendly.

View Review

**Red Roof Inn & Suites Cleveland - Elyria** (3 out of 5) Tripadvisor

"Not your dependable nice Red Roof" The carpet was soak and wet in our room from people leaving their wet trunks on hangers. The room had no decor, no class, terrible colors, no place to put our suitcases. The room was VERY bland. Was not happy. I told the front desk if you have a pool then the rooms should be all tiled around the bathroom and entrance and where ever the hangers are. People go to the pool, come back to the room, all soak and wet. Well you know what's going to happen don't you folks? I will say it was just clean enough to stay. But if you are budget minded, don't pay too much for this. Not worth it. Plenty of places to eat around here tho. I would stay again if price is cheap, but prefer not to.

View Review

**Winchester, VA** (3 out of 5) Tripadvisor

"Poor mattress in room 140" Everything about the room was top notch except the mattress. Should be replaced immediately. The mattress had poor padding and you could feel the springs in your back as you slept. All in all the motel was good for the price and it was ok.

View Review

**Amarillo** (3 out of 5) Tripadvisor

"Dissatisfied Customer" It was okay all around just to sleep. I booked the place because it was in my price range but I was told it had a hot tub and heated pool. We got there, pool was outside and it was closed becuase it was too cold. There was no hot tub like I was told. Traffic noise was bad. They said it was a 3 star hotel, it was more like a 1 star hotel. Not pleased at all

View Review

RRI_WK_00002552

**4 Star Reviews**

**Washington, DC - Oxon Hill** (4 out of 5) Tripadvisor

"Clean and pleasant" We stayed one night during a tour from NY to Washington. Clean room with comfortable beds. We were on the first floor, couldn't see a lift so it was a bit of a struggle with our cases. This was part of th he package so don't know the cost but as the tour overall was really cheap think this must have been exceptional value for money

View Review

**Cincinnati - Sharonville** (4 out of 5) Tripadvisor

"SUPRISINGLY DECENT" This place was rated 3 stars so I expected it was a inflated review . But honestly it wasn't bad at all. Clean , comfortable, good shower, good location, close dining, good TV, decent Wi Fi , and all around decent stay. It wasn't no 3 star motel , but definitely worth staying ! King room was only $50 something with taxes ! That was on a Saturday night ! I will stay again!

View Review

**Detroit - Farmington Hills** (4 out of 5) Tripadvisor

"Great service" I have stayed multiple times at this location and never a problem. Staff is very welcoming and friendly. I would recommend to anyone to stay here and I would not hesitate to stay here again. Not to mention, you can never beat the prices at Red Roof Inn.

View Review

**Detroit - Farmington Hills** (4 out of 5) Tripadvisor

"Quiet, clean & great area!" My fiance and I stayed here for a quick weekend trip back home. The staff was friendly and helpful and the room and bathroom were both clean. Location was perfect as it was super close to freeways and very near shopping and dining areas. Definitely the most bang for your buck! We will more than likely rebook at this hotel when we come home for the Holidays!

View Review

**Toledo - Holland** (4 out of 5) Tripadvisor

"good service" Nilesh made my stay pleasant and welcomed. It was a clean room and i was able to log in and complete my work with their wi-fi with no issues. He was able to give me directions when my GPS stalled. He was most helpful. Thank you Nilesh

View Review

**Charleston - Kanawha City, WV** (4 out of 5) Tripadvisor

"Good place for the buck!" I stopped in here after reading reviews on Trip advisor, the rates with AAA were below $60 the room was clean and quiet, like other have posted here, they updated the rooms. the wireless was very good..There is no breakfast and no coffee maker in the room, but there's plenty of places nearby to get both.There's a few places with in walking distance also to eat at. Connie at the front desk asked me to put her name in my review if I used Tripadvisor, so Connie..I used your name twice! and thanks for the great front desk service!

View Review

**Laredo** (4 out of 5) Tripadvisor

"Excellent service" very nice hotel near mall del Norte and a lot of stores, banks and restaurants, very good deal for the price, the best was the service given by Viviana, really fast, clear and polite. Totally recomendable.

View Review

**Miami Airport** (4 out of 5) Tripadvisor

RRI_WK_00002553

"Bom para quem quer praticidade" O hotel está bem próximo ao aeroporto internacional de Miami e disponibiliza uma van gratuita para te levar de/para o aeroporto e também ao porto da cidade. É sem luxo, porém bem confortável, o quarto é amplo com ar condicionado, camas de casal, televisão, frigobar. Nosso quarto tinha carpete. Tudo bem limpinho, inclusive o banheiro. Tem internet wifi e estacionamento grátis. Recebem e guardam pacotes enviados por correio mediante pagamento de taxa de $2,00. Oferecem um café da manhã bem simples, sem muita variedade. Contam com elevadores, piscina, máquina para lavar e secar roupas. Tem um restaurante ao lado com uma comida bem gostosa. Achei um pouco longe de pontos a serem visitados, mas vale pra quem vai ficar pouco tempo na cidade.

View Review

**Boston - Southborough/Worcester** (4 out of 5) Tripadvisor

"Excellent value for the money!" Recently refreshed and remodeled. Room was clean and attractive. All of the appliances were fully functional. Check in was fast and efficient. Less than half the price of accommodations in Boston. Smoke free meant Smoke Free...no odor or ANY signs of smoking plus entire facility was Smoke Free....a BIG Plus!. Will definitely use this Red Roof again...Excellent Value for the $.

View Review

**Hickory** (4 out of 5) Tripadvisor

"Room and rate excellent. Clerk decieved us on card use billing though." The room was great....clean and well appointed. The price made it a fantastic value. The reviews saying the place is dated or dirty was certainly not our experience.However when we attempted to pay in cash (as I have at this and other locations in the past) I was told a new policy required a credit card (in case of damages). I was told I could pay in cash at check out. I asked and was specifically told my card would not be charged. In fact I asked twice and explained it was important as my card was a debit card and an amount significantly higher could get blocked from my account for days. Again I was told it it would not be charged. However low and behold when I checked my account on line the next morning I discovered they had run the charge through after all. At check out I complained and was told the amount had only been processed as "pending". Since the amount had been taken from my account it was not "pending" for me. They had a copy of my drivers license, my previous record as a customer and my Reddy card membership. Not sufficient ? Potentially this could have wreaked havoc on my account. As great a location and value this is as a cash custmer I will not be back. The worst part is having been told something false. I was offered the opportunity to pay cash at check out but opted not to ... not trusting when a credit would be issued on the amount already posted. I think this is a poor policy.

View Review

**Boston - Woburn** (4 out of 5) Tripadvisor

"One Night at Red Roof Plus Inn" Check in was easy room was clean and large bathroom clean with minimal toiletries.The pool area was clean and the indoor pool was largeBreakfast was continental but the breakfast area was very crowded HARD TO FIND A SEAT.Would stay here again.

View Review

**Red Roof Inn & Suites Naples** (4 out of 5) Tripadvisor

"Rustig, goed gelegen hotel" Dit hotel ligt op een centrale plaats in Naples en heeft ruim voldoende kamers. Kamers zijn erg netjes en compleet ingericht. Ook een fantastisch groot zwembad en whirlpool. Enig nadeel toen wij er waren was dat het hotel maar voor 15% vol was. Daardoor was er weinig sfeer.

View Review

**Syracuse** (4 out of 5) Tripadvisor

"Good Value at a Mid Priced Motel" Visited this Motel on a trip to Vermont. It was easy access to the New York Thru-Way and was clean with excellent staff. Suggestions were asked for and offered for eating in the area. The results were exceptional.

View Review

RRI_WK_00002554

**Asheville West** (4 out of 5) Tripadvisor

"the plus is better" My wife and I enjoy the little box of snacks and the bottle of water each day, when the red roof inn is classified as a plus hotel. We were not aware that when you book for a superior room for approx. ten dollars more per day that the box was not included nor the water. The red roof inn was upgraded about two years ago which is nice , but remember some of them if not all are pet friendly.

View Review

**Arcata** (4 out of 5) Tripadvisor

"Gut und günstig" Ich habe dort eine Nacht verbracht und kann sagen, dass es für einen Zwischenstopp gut geeignet ist. Es gibt sogar einen Poolbereich der zwar nicht mehr der neuste ist aber ok. Personal war nett und hilfsbereit, die Zimmer waren sauber. Das einzige was störend war ist die Tatsache das sich das Fenster nur ca. 5 cm öffnen ließ. Parkplatz kostenlos. W-Lan funktionierte problemlos, das Frühstück ist sogar mit Rührei und Würstchen. Ich würde dort zu diesem Preis wieder nächtigen.

View Review

**Atlanta - Buckhead** (4 out of 5) Tripadvisor

"Great location while staying in Atlanta, good rooms, good stores, apartments, malls nearby." The hotel is a 4/5, clean inside and the rooms have been updated. The staff is helpful and gives good advice on food places, sights to see, where the localls go to. Be careful when driving on the road to this place as you can drive right by it and folks walk on the sidewalks without looking. Overall, the place is a good stay while in the area. Place is near McDonalds, CVS, stores, the highway, rental places, downtown, Walmart until midnight.

View Review

**Asheville West** (4 out of 5) Tripadvisor

"4 star stay, 5 star staff!" I stayed recently for two nights. Honestly, I had some issues, but NOTHING I can fault anyone at Red Roof for! I think I have discovered (after stays at multiple RRs) that I am allergic to whatever detergent Red Roof uses to wash their bedding, but this would not be a problem for 99.9% of people. Also, when we arrived at our room, there were about ten stinkbugs inside, which was a bit too many for us to be comfortable with. Nothing unclean about the room, just a feature of summer! I called the desk (so friendly already during check-in) and the manager (I think) not only sent someone to help get rid of them, she also came herself to check on us and suggested moving us to a 2nd floor room instead of 3rd floor (that we had requested - oops!), which she said would help. We were quickly given new room keys and she was absolutely right! I just can't say enough about how nice the people are -- all over Asheville, but especially at this hotel. I didn't say anything about my allergy because I was actually afraid they would do a special sensitive load of laundry just for me or get me brand new sheets or something and I didn't want them to go to any more trouble! Thanks so much to all the wonderful Asheville West employees!And having a Cracker Barrel walking distance is FANTASTIC!!!

View Review

**Cleveland East - Willoughby** (4 out of 5) Tripadvisor

"Small room ,,,,Very small" I stayed for two nights. A/c was very cold, noisy and hard to adjust. Rooms were small. Must have been singles they put a King in. If it was another person would have been terrible, rooms very small. Sit on edge of bed and tv is in your face. 1 Chair, small bathroom. The room was fairly clean and it was serviced after first night. Staff at front desk were nice and friendly. No breakfast just coffee in lobby. Shower had plenty of water and hot too...........

View Review

**5 Star Reviews**

**Milford** (5 out of 5) Tripadvisor

"Great Hotel Value" Always stay at Red Roof in Milford, CT. Have watched it be remodeled thru the years. Look Great! Great hotel for the money, clean, quiet, helpful staff. Same as big name hotel and not the price. Will always stay here. Great location.

View Review

**Dayton South - I-75 Miamisburg** (5 out of 5) Tripadvisor

"comfortable and quiet" We stayed here on a recent trip to Dayton area. The rate was exceptionally good and location convenient. The room was very clean and comfortable. Bathroom was a little small but do-able. Nothing fancy here, but for quiet, comfortable stay it was perfect. No negatives that I could see. Will definitely look at staying here on my next trip through.

View Review

**Laredo** (5 out of 5) Tripadvisor

"Red roof" Mi primera experiencia llegando a estados unidos de america y fue muy agradable, Muy lindas las habitaciones y magnifica atención por angie recepcionista del hotel, espectacular servicio. Recomiendo lo visiten es muy tranquilo y seguro

View Review

**Chesapeake Conference Center** (5 out of 5) Tripadvisor

"Very nice, and clean" Had a doctors appointment in Chesapeake made a lay minute booking and was able to get the deluxe king room. The room was very clean had a mini fridge, microwave, coffee, and a safe.We checked in a day early and wanted to see some series and or was a20 minute ride to Virginia Beach's Alantic Avenue. Had a wonderful time there short ride back to hotel for a quiet evening

View Review

**Harrisburg - Hershey** (5 out of 5) Tripadvisor

"Amazing rooms, staff and overall experience." This is a very clean and comfortable place to stay. The staff is very caring and willing to do anything they can to ensure your satisfaction. Ms.Emily at the front desk went out of her way to make sure I was satisfied with my room location and also informed me about the rewards program which really benefits me. Also my housekeeper Ms. Tiffany has always done a great job making sure my room was clean and I had everything I needed. Great place and very affordable.

View Review

**Sioux Falls** (5 out of 5) Tripadvisor

"Excellent for the price" We picked Red Roof Inn because of the many positive comments here on Trip Advisor. We are looking at Sioux Falls as a retirement destination and that is why we visited Sept. 13 thru Sept. 17. We were there to look at different neighborhoods and what Sioux Falls had to offer.The front desk staff was extremely helpful and friendly. Rodney was very informative with regard to the area and the different neighborhoods. The room was small but very clean and had everything we needed including a fridge and microwave. We did not use the Wi-Fi, so can't comment on that. We had the opportunity to meet and speak with Stacey the Manager. She was very accommodating, friendly and professional. It was obvious that she took her job seriously. Would stay at this hotel again when we're in the area. We highly recommend it. What we got for the money was an extremely good deal.

View Review

**Houston - Westchase** (5 out of 5) Tripadvisor

"Good Value, Professional Service, & Nice Rooms" Appreciate the courteous and professional service of Mr. Marquence Snyder. He was very attentive and helpful in placing me in a good room. As a repeat visitor he remembered my preferences and was able to accommodate me.Red Roof Inn Houston Westchase is in a convenient location and offers excellent value and clean, spacious rooms.

RRI_WK_00002556

View Review

**Jacksonville - Southpoint** (5 out of 5) Tripadvisor

"Staying in the Superior King Size Room is like a wonderful mini-vacation!" I have stayed at this location many times and always chose one of the Superior King Rooms. Never disappointed! The rooms are beautifully decorated, super clean, and full of everything you would need to not even have to leave the room. The staff is always so nice and efficient. The location is great, near anything you might need and less than a mile from stores, restaurants, etc. I have stayed during a weekday and on the weekend and the price is lower, for all you get, than even the cheap motels near by. I was shocked and happily surprised to know that I could always use this location even if I was watching my budget. Thank you all, you are absolutely wonderful! Keep up the great work!

View Review

**Detroit - Farmington Hills** (5 out of 5) Tripadvisor

"Nice, convenient, AFFORDABLE!!!" Stayed here one night, due to being in town for college football game with family. Totally quiet place, room was very affordable. Check in was friendly and fast. I even had some trouble logging on to the WiFi (was is great to have for free) and the front desk staff were more than happy to help me. Overall, I'll definitely stay again.

View Review

**Asheville West** (5 out of 5) Tripadvisor

"Second stay and great as usual! " This place is such a great value. You're very close to downtown &amp; other popular parts of Asheville. Not great views or anything very fancy, but so worth the price. Always clean, consistently comfortable bed and pillows and the TV works great! Bathroom does its job, only wish they included hair dryers in their budget room since that's the only option that was left. I feel that my last visit the wifi worked better, but not by much. They might do well in upgrading their service in that aspect but I can't (totally) complain when it's free. Staff was very friendly as usual and always great to work with if you have to! We'll be back, sooner than later hopefully!

View Review

**Orlando Convention Center** (5 out of 5) Tripadvisor

"Easy walking distance of Pointe Orlando, I-Drive." 10 Minute walk from Pointe Orlando, IRide Trams and Lynx buses every few mins on I Drive(3 min walk) Walgreens /McDonalds/Red Lobster and I Hop close By.Good Housekeeping service ,Clean Towels daily,Good Pool-Hot Tub. Small fridges in rooms would be helpful.

View Review

**Columbus Downtown - Convention Center** (5 out of 5) Tripadvisor

"Wow!" I was blown away by my experience with this hotel. Not only was it immaculately clean but the staff went above and beyond their call of duty to make me feel at home. I had the pleasure of being checked in by Shay at the front desk who was by far the most polite and pleasant hospitality staff I've encountered in a very long time. I also had a chance to meet with the manager of the hotel and was VERY impressed by his professionalism. This hotel makes me wish I could give it 100 stars, but alas I'm limited to five. Luckily, it deserves all five!

View Review

© Reputology 2014          Unsubscribe from this alert | Change your alert settings