# Plaintiffs' Summary Judgment Ex. 116- Email Re: OH&LA: Recap of Columbus Meeting 2.9.12

# Provisionally Filed Under Seal