**PL Sum. J. Ex. 117**

| | |
|---|---|
| From: | Jay Moyer |
| Sent: | Sunday, April 26, 2015 7:32 AM CDT |
| To: | I0130 |
| Subject: | Fwd: RRI130 - Red Roof PLUS+ Atlanta - Buckhead Complaint of guest at property. |
| Attachments: | image001.gif, image002.png, image003.png, image004.png, image005.png, image006.jpg |

Hey - tread carefully on something Ike this. Let me know if you need any help.

Thanks

Jay

Confidentiality notice: this electronic transmission is privileged and confidential and is intended solely for the party to whom it is addressed

Begin forwarded message:

> From: Elizabeth Kabbes <EKabbes@RedRoof.com>
> Date: April 25, 2015 at 5:45:53 PM CDT
> To: I0130 <I0130@RedRoof.com>, Jay Moyer <JMoyer@RedRoof.com>, Curtis Zedalis <CZedalis@RedRoof.com>
> Cc: "Anitra M. Williams" <AWilliams2@RedRoof.com>, Ben Call <BCall@RedRoof.com>, "Brandi A. Richendollar" <BRichendollar@RedRoof.com>, "Christina M. Edwards" <CEdwards@RedRoof.com>, Courtney Restau <CRestau@RedRoof.com>, "Courtnie J. Testerment" <CTestermen@RedRoof.com>, Daniel McCollum <DMcCollum@RedRoof.com>, Elizabeth Kabbes <EKabbes@RedRoof.com>, "Eva S. Hill" <EHill@RedRoof.com>, Jason Mease <JMease@RedRoof.com>, Mary Williams <MWilliams@RedRoof.com>, "Matthew B. Wood" <MWood@RedRoof.com>, "Miranda N. Streacker" <MStreacker@RedRoof.com>, "Roman J. Daniels" <RDaniels@RedRoof.com>, "Ronnie L. Hudson" <RHudson@RedRoof.com>, Sandra Grove <SGrove@RedRoof.com>, Stephanie Parish <SParish@RedRoof.com>, Terriann LaCerais <TLaCerais@RedRoof.com>, "Tiffany M. Brown" <TBrown@RedRoof.com>, Timothy McCarty <TMcCarty@RedRoof.com>
> Subject: RRI130 - Red Roof PLUS+ Atlanta - Buckhead Complaint of guest at property.

Good evening,
I had a Miss Tiffany Jones call in this evening wanted to report on a guest that is staying at your property. She said this guest is underage and is a prostitute. She said she caught her husband with this guest and apparently is using backpage and advertising your property as her location. I do not have any information on the guest staying. Miss Jones did not stay at the location but would like someone to reach out to her 678-361-2970.


EXHIBIT 127

RRI_WK_00004957

Thanks,



**Liz Kabbes | Senior Agent, Contact Center**
**P 937.327.6500 | F 937.325.9620 |**
Red Roof Inns • The Red Roof Building • 1650 Upper Valley Pike • Springfield, Ohio 45504
ekabbes@RedRoof.com | redroof.com

   



**Confidentiality Notice**
This electronic mail transmission is privileged and confidential and is intended solely for the party to whom it is addressed.