**PL Sum. J.**

**Ex.   118**

| | |
|---|---|
| **From:** | Jay Moyer |
| **Sent:** | Friday, August 17, 2012 12:44 PM CDT |
| **To:** | I0130 |
| **Subject:** | RE: Prostitutes |

Daniel

That sight is a little racy for me.  I saw one that possibly could be our room but the picture was inappropriate for sending.  If we KNOW that someone is soliciting then we should involve the police for removal.  The key is that they are soliciting or negatively impacting our clientele.

**Thanks.**

Jay

**Jay Moyer, CHA | Vice President of Operations**
☎ 615.595.6952 | 🖷 614-225-5261 |
Red Roof Inns, Inc. • The Red Roof Building • 605 S. Front Street • Columbus, Ohio 43215
✉ jmoyer@redroof.com | redroof.com

**Confidentiality Notice**
This electronic mail transmission is privileged and confidential and is intended solely for the party to whom it is addressed

**From:** I0130
**Sent:** Friday, August 17, 2012 12:11 PM
**To:** Jay Moyer
**Subject:** Prostitutes

Good Afternoon Jay,

I threw a few more Prostitutes off property last night around 2 AM, you said that you were interested in the web site that they do the call services from and it is called BackPage.com

Daniel



| | |
|---|---|
| **From:** | Jay Moyer |
| **Sent:** | Friday, August 17, 2012 12:19 PM CDT |
| **To:** | I0130 |
| **Subject:** | RE: Prostitutes |

Were there any specific referencing our property?  I've looked at few and can't find any with our hotel room in the background

Here might be someone that is staying at our hotel



**Thanks.**

Jay

Jay Moyer, CHA | Vice President of Operations
☎ 615.595.6952 | ☎ 614-225-5261 |
Red Roof Inns, Inc.  ·  The Red Roof Building  ·  605 S. Front Street  ·  Columbus, Ohio 43215
✉ jmoyer@redroof.com  |  redroof.com

**Confidentiality Notice**
This electronic mail transmission is privileged and confidential and is intended solely for the party to whom it is addressed

**From:** I0130
**Sent:** Friday, August 17, 2012 12:11 PM
**To:** Jay Moyer
**Subject:** Prostitutes

Good Afternoon Jay,

RRI_WK_00004871

I threw a few more Prostitutes off property last night around 2 AM, you said that you were interested in the web site that they do the call services from and it is called BackPage.com

Daniel

RRI_WK_00004872