Plaintiffs' Summary Judgment Ex. 119-
Copy of Negative Comments
with excerpt

Provisionally Filed Under Seal