| | |
|---|---|
| From: | Jay Moyer |
| Sent: | Wednesday, March 21, 2012 9:51 PM CDT |
| To: | Randy Fox |
| Subject: | FW: Customer Satisfaction Report- February/February YTD |
| Attachments: | D11 negative comments.xls, District 11 Quality Results 2012 YTD.docx |

**PL Sum. J. Ex. 120**

Randy

Please see attached word document to go along with the excel spreadsheet Sarah put together for District 11.

The negative results have been shared with GM team and am working with GMs to involve GSR members for improved results. Reviewing many of the basic steps (i.e. courtesy calls, room racks, guest redi inspections, etc) for GSRs to routinely perform. In addition am working to see if we can hold a GSR training session in ATL for customer service improvement.

Thanks.

Jay

Jay Moyer, CHA | Vice President of Operations
☎ 615.595.6952 | 🖨 614-225-5261 |
Red Roof Inns, Inc. • The Red Roof Building • 605 S. Front Street • Columbus, Ohio 43215
✉ jmoyer@redroof.com | redroof.com

**Confidentiality Notice**
This electronic mail transmission is privileged and confidential and is intended solely for the party to whom it is addressed

---

**From:** Sarah Howard
**Sent:** Thursday, March 15, 2012 1:02 PM
**To:** Randy Fox; Jay Moyer
**Subject:** RE: Customer Satisfaction Report- February/February YTD

Good afternoon,

I have finished compiling the Negative responses for the D11 inns with an NR of 8 or higher....

I then compiled all negative responses for those properties for the last 6 months. I did provide some recommendations based on specific issues presented (there were quite a few responses to go through... so I thought I'd try to save some time).

I have provided an "overview" tab for a quick look at each property, but there is also a breakdown of each property on the other tabs.

RRI_WK_00004862

Please let me know if you have any questions.

Thanks,



Sarah Howard | Operations Coordinator
P 614-744-2618 | F 614-225-5258
Red Roof Inns, Inc • The Red Roof Building • 605 S. Front St. • Columbus, OH 43215
showard@redroof.com | redroof.com
**Confidentiality Notice**
This electronic mail transmission is privileged and confidential and is intended solely for the party to whom it is addressed.

---

**From:** Randy Fox
**Sent:** Tuesday, March 13, 2012 9:10 AM
**To:** Sarah Howard; Jay Moyer
**Subject:** FW: Customer Satisfaction Report- February/February YTD
**Importance:** High

Sarah,
Please take a look at each NR in District 11 that is 8 or more NR YTD and discover the top 2 issues at each Inn that if fixed would improve the NR.
Let Jay and me know what these are by Inn. You may need to go beyond YTD since only two months if you do not see a pattern or only a few issues.
When do you think you can do this by?
Randy

---

**From:** Cheryl Billo
**Sent:** Monday, March 12, 2012 4:39 PM
**To:** Cheryl Billo; Candace A. Dyer; Claudia Gales; Danny Meaux; Heidi Cordes; I0150; I0223; I0224; I0228; I0238; I0240; I0246; I0248; I0255; I0262; i0266; I0274; I0281; I0304; I0305; Jim Greenhalge; Joe Maddux; Jonathan P. Carter; Katryna Martin; Max Janow; Mike Ciulla; Scott Littleson; Sean K. Miller; Toni Escamilla; Wilson A. Bravo; District 11; District 14; District 15; District 17; District 3; District 4; District 6; District 7; District 8; Adam Ramirez; I0009; I0019; I0028; I0033; I0046; I0053; I0054; I0058; I0060; I0094; I0107; I0121; I0127; I0132; I0136; I0149; I0160; I0169; I0181; I0187; I0192; I0196; I0207; I0209; I0263; I0273; Jennifer Assaf; Patrick Bonner; Jerrit Francis; Sarah Howard; Brenna J. Worl; Danny Meaux; Edward Mirza; Fouad Malouf; Glenn Galbraith; Gregory Miles; Julie DaWalt; Rob Wallace; Timothy Means; Vickie Lam
**Cc:** Ops Committee; RRI Training Department; Adam Ramirez; Mahlet Teshome
**Subject:** Customer Satisfaction Report- February/February YTD


Good afternoon-
Below is a summary of February and February NR and CS performance.  Attached are the detailed reports.

**NR Goal: 5.0**

### MTD Negative Responses (NR)

| | | | | | |
|---|---|---|---|---|---|
| Brand MTD NR | 5.87 | declined | -0.13 | from 5.74 | MTD LY |
| Corporate MTD NR | 5.73 | declined | -0.44 | from 5.29 | MTD LY |
| Franchise MTD NR | 6.17 | improved | 0.65 | from 6.82 | MTD LY |

Best Districts MTD: Danny Meaux (2.34), Danny Meaux F5 (2.77) and Mark Aston (3.10)

Districts needing the most improvement MTD: Dan Russell F6 (10.57), Timothy Means (8.90) and Jay Moyer (8.19)

166 locations achieved no negative responses MTD

### YTD Negative Responses (NR)

| | | | | | |
|---|---|---|---|---|---|
| Brand YTD NR | 5.69 | improved | 0.05 | from 7.74 | YTD LY |
| Corporate YTD NR | 5.37 | declined | -0.08 | from 5.29 | YTD LY |
| Franchise YTD NR | 6.36 | improved | 0.46 | from 6.82 | YTD LY |

Best Districts YTD: Danny Meaux (2.63), Dan Bidelspach (3.32) and Danny Meaux F5 (3.47)

Districts needing the most improvement YTD: Timothy Means (8.99), Jay Moyer (8.84) and Mike Tarantino/Fouad Malouf (6.62)

98 locations have no negative responses YTD

55.00% of Inns are achieving the NR goal YTD

**CS Goal: 84 (25 surveys per month)**

### MTD Guest Satisfaction (CS)

| | | | | | |
|---|---|---|---|---|---|
| Brand MTD CS: | 83.0 | declined | -0.10 | from 83.10 | MTD LY |
| Company MTD CS | 83.2 | improved | 0.40 | from 82.80 | MTD LY |
| Franchise MTD CS | 82.4 | declined | -1.50 | from 83.90 | MTD LY |

Best Districts MTD: Dan Russell (85.10), Jay Moyer (85.0) and Fouad Malouf (84.8)

Districts needing the most improvement MTD: Danny Meaux F5 (78.0), Mike Tarantino (79.0) and Darryl Fenner (80.10)

### YTD Guest Satisfaction (CS)

| | | | | | |
|---|---|---|---|---|---|
| Brand YTD CS: | 83.5 | improved | 0.40 | from 83.10 | YTD LY |
| Company YTD CS | 83.8 | improved | 1.00 | from 82.80 | YTD LY |
| Franchise YTD CS | 82.7 | declined | -1.20 | from 83.90 | YTD LY |

Best Districts YTD: Dan Bidelspach (85.3), Fouad Malouf/Danny Meaux/Patrick Bonner (85.0)

Districts needing the most improvement YTD: Danny Meaux F5 (78.5), Mike Tarantino (79.8) and Glenn Galbraith (81.0)

46.00% of Inns are achieving the CS goal YTD

Please let me know if you have any questions-
Cheryl



Cheryl Billo | Vice President of Quality
P 716.668.8463 | F 614.225.5286
Red Roof Inns, Inc.  •  The Red Roof Building •  605 South Front Street  • Columbus, Ohio 43215

cbillo@redroof.com | redroof.com
**Confidentiality Notice**
This electronic mail transmission is privileged and confidential and is intended solely for the party to whom it is addressed.

RRI_WK_00004866

Sheet 130

Row 17

| Hotel Name | Guest Name | Date Out |
|---|---|---|
| Red Roof Inn ~ Company ~ District 11 - Jay Moyer ~ 130:Atlanta (Buckhead) | Richard Buckner | 8/23/2011 |

**Description**

From: R B [cherniakx@hotmail.com]
Sent: Monday, August 29, 2011 7:00 PM
To: Redicard Inside
Subject: Atlanta Buckhead 8/22/11-redicard#0005481965
I'm a RediCard member and always try to stay at Red Roof when I'm away on business or on personal trips.  This is the first time I've written about an experience.
 I reserved two nights 8/22 & 8/23 while on business in Atlanta.  I don't know if anyone from the company has visited this location lately, but it was the last time I'll use this particular Red Roof.  I arrived late after work to find the parking lot full of people walking around in the parking lot and roaming the walkways, bothering anyone who was also around; people obviously messed up on meth or something,  or drunk.  My partner and I couldn't get to our room without at least ten different people looking in our vehicle while we were bringing in our things, following us around, asking for money or propositioning us, or commenting on our general appearance.  There were, I think, at least three different women (prostitutes) wandering around and approaching us.  The whole grounds of the property was active and there was no way the staff couldn't have noticed the activity or the noise.  After I emptied my vehicle, I went in to check with the desk clerk to make sure she knew what was going on.  She was nice but didn't seem bothered by the party in the parking lot.  She said that they didn't have security during the week, just the weekends.  She said if something happened they would call the police.  The next morning, the same individuals (in the same clothes from the night before) were still milling around, following or commenting or trying to start some kind of altercation.  At one point, there were three or four police cars in the parking lot with their sirens on for something that had happened.  We were supposed to stay another night but we ended up checking out and eventually finding another hotel outside of town.  The next morning, while I was was checking out and talking to the manager about the incident, one of the individuals who had followed us around the night before and the next morning actually came into the lobby and sat down and was reading the USA Today while I was checking out.  I think that he may have even worked there, because the manager knew him and didn't seen bothered that he was there. The whole thing was so strange.
 We weren't harmed and nothing was stolen, but I'll never use this location again for business and absolutely never for my family.
 I use Red Roof because, generally, they're safe, clean and quiet, but I think that whatever is going on at this location hurts your reputation and makes me think twice about using a Red Roof that I've never been to.
 Again, the staff was courteous, but management doesn't have a handle on the appearance that this kind of uncontrolled scene has on it's guests.
 R Buckner

RRI_WK_00004866

Sheet 130

Row 31

| Hotel Name | Guest Name | Date Out |
|---|---|---|
| Red Roof Inn ~ Company ~ District 11 - Jay Moyer ~ 130:Atlanta (Buckhead) | Patricia Ramos | 1/7/2012 |

**Description**

reg guest: janie rayo: GUEST traveling with her elderly mother was booked into a used room @ approximately 3:30am with elderly mother /room was used/tv on /towels used/ front desk clerk was very slow and lacked compassion as her mother had loose movement in her pants, had used the restroom on herself / would not give copy of receipt got copy of check said it wouldn't go through her credit card and wants to verify this. Said numerous men were going in / out of rooms with women.. seems illegal activity may have been going on.