**PL Sum. J. Ex. 121**

| | |
|---|---|
| From: | I0088 |
| Sent: | Friday, April 15, 2016 11:04 AM CDT |
| To: | Chris Gordon |
| CC: | Vickie Lam; jctouchofclass@gmail.com |
| Subject: | RE: Service Manager Task Assigned - Tracey Strickland |

HI, this guest reserved two room they check in room s but we already refund their money back to their credit card #911 American express .they did not stay.reg#088-243082 and 088-997472 so this need to remove NR complained.

Sincerely,

Bharat Patel | General Manager
C 770.952.6966 | F 770.952.1348
Red Roof Inn #0088 Atlanta Smyrna GA
2200 Corporate Plaza Smyrna, GA 30080
Email : i0088@redroof.com

Confidentiality Notice This electronic mail is privileged and confidential and is intended solely for the party to whom it is addressed.

**From:** notify@marketmetrix.com [mailto:notify@marketmetrix.com]
**Sent:** Thursday, April 14, 2016 1:34 PM
**To:** I0088
**Subject:** Service Manager Task Assigned - Tracey Strickland

You have been assigned the following task:

088:Atlanta - Smyrna
Tracey Strickland
Date Reported: 4/14/2016

**Task Description: Reply to guest**

Case Type: NEGATIVE

Case #:  725328

Case Description: To whom it may concern , Wanted to let you know that I came to Atlanta to take the CPA exam . Red roof inn # 088 was the closest hotel to test site . Turned out to be nothing but a hotel for hookers to score . A sign in the lobby said " no refunds after 15 minutes". There was a very strong weed / cigarette smell In my room and a higher was taking money from a customer right in front of me . The cops need to shut the place down . I'm surprised you would let your franchise be represented by such a place . Tracey strickland Columbus , ga .ts

RRI_WK_00004295

Please resolve the alert and ensure that you are using the Resolve Alert button when you have completed the task.  Failure to properly document and resolve negative cases or neutral cases requiring a response within 2 business days,could result in a $75 intervention fee plus any additional costs to resolve the issue being billed back to the property.

Please access Clarabridge to review this alert and respond in a timely and appropriate manner.

For questions about using the Clarabridge application, please contact Christopher Gordon at cgordon@redroof.com.

**Starting in April of 2016, the Guest Relations team will be implementing the One Call Resolution for locations that are in the bottom 20% when it comes to their Negative Response score. These locations will have their cases resolved immediately and will be charged $150, plus cost of resolution if the case is classified as a Negative. Please refer to the e-pak sent out on 1/20/16 for further information.**

Thank you for your hard work to help ensure customer satisfaction and loyalty.

RRI_WK_00004296