RRI_WK_00002843

Tab: Sheet1

Row 5

**PL Sum. J. Ex. 122**

| Inn | Inn Number | Date |
|---|---|---|
| Atlanta - Smyrna | 88 | 5/6/2015 8:13:36 PM |

**Comment**
There was BLACK MOLD IN THE SHOWER!!!!! And it was a CRACK HOUSE/ WHORE HOUSE. Drugs and prostitutes everywhere loud thumping rap music that could be FELT over the tv and air conditioner running.

Tab: Sheet1

Row 6

| Inn | Inn Number | Date |
|---|---|---|
| Atlanta - Smyrna | 88 | 5/6/2015 8:13:36 PM |

**Comment**
Would have been ok if I wanted drugs or a hooker.