Plaintiffs' Summary Judgment Ex. 123-RRI Smyrna Satisfaction Survey Results

Provisionally Filed Under Seal