Plaintiffs' Summary Judgment Ex. 124-
Email re 1-11-12 Ronald Roebuck-
Katherine Hampton

Provisionally Filed Under Seal