Plaintiffs' Summary Judgment Ex. 125- Email re: Red Roof Weekly Report, September 30-October 4

Provisionally Filed Under Seal