# Plaintiffs' Summary Judgment Ex. 126- Email re Today's Clips

# Provisionally Filed Under Seal