Plaintiffs' Summary Judgment Ex. 128- Email re Today's Clips

Provisionally Filed Under Seal