Plaintiffs' Summary Judgment Ex. 129- Email re Today's Clips

Provisionally Filed Under Seal