# Plaintiffs' Summary Judgment Ex. 130- Email re Red Roof Weekly Report January 18-January 22, 2016

# Provisionally Filed Under Seal