Plaintiffs' Summary Judgment Ex. 131- Email re Today's Clips

Provisionally Filed Under Seal