# Plaintiffs' Summary Judgment Ex. 132- Email re Red Roof Weekly Report January 9-January 13, 2017

# Provisionally Filed Under Seal