Plaintiffs' Summary Judgment Ex. 133- Email re Today's Clips

Provisionally Filed Under Seal