# Plaintiffs' Summary Judgment Ex. 135- Email re Google Alert- Red Roof Inn

# Provisionally Filed Under Seal