Plaintiffs' Summary Judgment Ex. 136- Email re Google Alert- Red Roof Inn

Provisionally Filed Under Seal