# Plaintiffs' Summary Judgment Ex. 137- Email re Google Alert- Red Roof Inn

# Provisionally Filed Under Seal