**PL Sum. J. Ex. 138**

| | |
|---|---|
| From: | Jay Moyer |
| Sent: | Wednesday, December 30, 2015 7:04 AM CST |
| To: | Chris Gordon |
| Subject: | RE: Red Roof Plus Guest Relations Case Created for Scott Ernster |

Chris:

Thank you for your review. If possible, we should place a note in this guest file in the event he tries to complain at 130 again.

Thanks.

Jay Moyer, CHA | Regional Vice President, Operations
P 615.595-6952 | F 614.225.5261 | C
Red Roof Inns, Inc • 6026 Stags Leap Way • Franklin, TN 37064

**Confidentiality Notice**
This electronic mail transmission is privileged and confidential and is intended solely for the party to whom it is addressed

---

**From:** Chris Gordon
**Sent:** Wednesday, December 30, 2015 6:44 AM
**To:** Jay Moyer <JMoyer@RedRoof.com>
**Subject:** RE: Red Roof Plus Guest Relations Case Created for Scott Ernster

Jay,

For a proper resolution to occur, the customer has to be contacted after the case is created and we don't see that this happened. We ended up intervening and offering a VIP pass. While Mr. Ernster didn't provide an e-mail address, he did provide a phone number and address. In order for a case to be considered for re-class, it has to be properly resolved first. This will need to remain negative.

| Case Details | Guest Comments |
|---|---|
| **Case Status** Resolved<br>**Case #** 673046<br>**Property** 130: Atlanta (Buckhead) - PLUS<br>**Guest** Scott Ernster<br>**Date In** 12/9/2015<br>**Reported Date** 12/11/2015<br>**Resolved Date** 12/12/2015<br>**Open For** 22 hours, 25 mins<br>**Performance** | **Guest Details**<br>Guest called in stating that when they checked in they were in their room one hour before the GM came barging into their room demanding to know when they were checking out. When the guest stated that he had just checked in and he was not do to check out the guest states this GM did not even respond, just rudely turned around without saying a word and left the room. Guest states they were very taken aback by this and thought that GM of this location would be apologetic, but he did not say anything. Guest states in the morning he did complain at check out and was offered 15% which he does not feel is satisfactory. Guest states when the GM then stated well since your Priceline we cannot refund you and then smiled at him about it, and the guest states he never asked for a refund, but after being treated so poorly by the management at this location he does feel he is at least owed a VIP pass. |


EXHIBIT 128

RRI_WK_00004982

GR Plus Case
**Responsible Department** 130:Atlanta (Buckhead) - PLUS - Operations
**Rating**
**Case Sentiment** Unscored
**Case Category** Red Roof PLUS Guest Relations
**Case Type** NEGATIVE
**Priority** Normal
Times shown in (UTC-05:00) Indiana (East)

**Case Tags** Front Desk Agent, Staff

| History | Notes | Attachments | Tasks | Resolve |
|---|---|---|---|---|

**12/17/2015 9:44:57 AM by Elizabeth Shepherd**
Intervention fee failure to contact the guest, logged intervention 12/15/15
**12/16/2015 8:51:27 AM by Cyndi Haimerl**
mailed letter and pass 1808
**12/15/2015 2:44:31 PM by Ruth Conner**
Guest called for update on case. Per Cynthia Hamierl, offer guest one VIP pass and send to intervention. Guest accepted, verified address on file.
**12/12/2015 11:46:20 AM by Robert Allen**
Resolved:This is a local guest that has male prostitute coming in out of the room. We only pull the up because it was left open by the guest.
**12/11/2015 1:21:15 PM by System**
Task completed:By System
**12/11/2015 1:21:14 PM by System**
 Email Status:
  Log
 Sent Date: 12/11/2015 1:21:28 PM
  From: System
   To: Christopher Gordon,Elizabeth Shepherd,Robert Allen,Jay Moyer
 Reply To: System
  Subject: Red Roof Plus Guest Relations Case Created for Scott Ernster

130:Atlanta (Buckhead) - PLUS
Scott Ernster
Date Reported: 12/11/2015

Case Type: NEGATIVE

Case #673046

Case Description: Guest called in stating that when they checked in they were in their room one hour before the GM came barging into their room demanding to know when they were checking out. When the guest stated that he had just checked in and he was not do to check out the guest states this GM did not even respond, just

RRI_WK_00004983

rudely turned around without saying a word and left the room. Guest states they were very taken aback by this and thought that GM of this location would be apologetic, but he did not say anything. Guest states in the morning he did complain at check out and was offered 15% which he does not feel is satisfactory. Guest states when the GM then stated well since your Priceline we cannot refund you and then smiled at him about it, and the guest states he never asked for a refund, but after being treated so poorly by the management at this location he does feel he is at least owed a VIP pass.

Please access Market Metrix to review this alert. The Guest Relations team will be working with the location to get the issue resolved within 24 business hours. If the Guest Relations team decides on the resolution and/or issues compensation to the guest, the cost of the resolution along with a $75 intervention charge will be charged to the hotel.

For questions about using the Market Metrix application, please contact Christopher Gordon at cgordon@redroof.com.
12/11/2015 1:21:01 PM by Shawn Stroud
Case created by: sstroud@redroof.com

Thanks,



**Christopher Gordon** | Manager, Guest Relations / RediCard®
**O** 614.225.5255 | **C** 937.219.4595 | **F** 937-325-9620
Springfield Contact Center • 1650 Upper Valley Pike • Springfield, Ohio 45504
cgordon@redroof.com | www.redroof.com

**Confidentiality Notice**

This e-mail message is intended by Red Roof Inns, Inc. for use only by the individual or entity to which it is addressed.

---

**From:** Jay Moyer
**Sent:** Wednesday, December 16, 2015 6:40 PM
**To:** Chris Gordon <CGordon@RedRoof.com>
**Subject:** FW: Red Roof Plus Guest Relations Case Created for Scott Ernster

Chris:
Is this something that can be reclassed? This local guest knows the system by suggesting he should receive a VIP pass.
Please review and let me know. Thanks.

**Jay Moyer, CHA** | Regional Vice President, Operations
**P** 615.595-6952 | **F** 614.225.5261 | **C**
Red Roof Inns, Inc • 6026 Stags Leap Way • Franklin, TN 37064

**Confidentiality Notice**

This electronic mail transmission is privileged and confidential and is intended solely for the party to whom it is addressed

---

**From:** I0130
**Sent:** Saturday, December 12, 2015 11:27 AM

**To:** Jay Moyer <JMoyer@RedRoof.com>
**Subject:** FW: Red Roof Plus Guest Relations Case Created for Scott Ernster

Jay,

Is it possible for us to put this in for a reclass! This is a local guest. As Bernard was conducting a room rack and checking doors for safety, he noticed the door slightly opened so he knocked and peaked inside only to find the guest inside the room. He did apologize but quickly left the room.



**Robert Allen | General Manager**
**Bernard Mitchell | Assistant General Manager**
**P 404.321.1653 | F 404.248.9774**
Red Roof Inns, Inc. • Red Roof Inn #130 Atlanta Buckhead • 1960 North Druid Hills Road • Atlanta, GA 30329
i0130@redroof.com | redroof.com

**Confidentiality Notice**
This electronic mail transmission is privileged and confidential and is intended solely for the party to whom it is addressed.

**From:** notify@marketmetrix.com [mailto:notify@marketmetrix.com]
**Sent:** Friday, December 11, 2015 1:21 PM
**To:** Chris Gordon; Elizabeth Shepherd; I0130; Jay Moyer
**Subject:** Red Roof Plus Guest Relations Case Created for Scott Ernster

130:Atlanta (Buckhead) - PLUS
Scott Ernster
Date Reported: 12/11/2015

Case Type: NEGATIVE

Case #673046

Case Description: Guest called in stating that when they checked in they were in their room one hour before the GM came barging into their room demanding to know when they were checking out. When the guest stated that he had just checked in and he was not do to check out the guest states this GM did not even respond, just rudely turned around without saying a word and left the room. Guest states they were very taken aback by this and thought that GM of this location would be apologetic, but he did not say anything. Guest states in the morning he did complain at

check out and was offered 15% which he does not feel is satisfactory. Guest states when the GM then stated well since your Priceline we cannot refund you and then smiled at him about it, and the guest states he never asked for a refund, but after being treated so poorly by the management at this location he does feel he is at least owed a VIP pass.

Please access Market Metrix to review this alert. The Guest Relations team will be working with the location to get the issue resolved within 24 business hours. If the Guest Relations team decides on the resolution and/or issues compensation to the guest, the cost of the resolution along with a $75 intervention charge will be charged to the hotel.

For questions about using the Market Metrix application, please contact Christopher Gordon at cgordon@redroof.com.