# Plaintiffs' Summary Judgment Ex. 139- Expert Report of Anique Whitmore

# Provisionally Filed Under Seal