# Plaintiffs' Summary Judgment Ex. 140- Expert Report of Alan L. Tallis

# Provisionally Filed Under Seal