# Plaintiffs' Summary Judgment Ex. 142- Fireman's Fund Insurance Company Policy Divider, Westmont Hospitality Group, Inc.

# Provisionally Filed Under Seal