Plaintiffs' Summary Judgment Ex. 143-JD3 Dep. Exhibit 19

Provisionally Filed Under Seal