Plaintiffs' Summary Judgment Ex. 144-JD2 Dep. Exhibit 20

Provisionally Filed Under Seal