

| GEORGIA CORPORATIONS DIVISION | | GEORGIA SECRETARY OF STATE BRAD RAFFENSPERGER |
|---|---|---|

HOME (/)

**BUSINESS SEARCH**

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | P.I.V.I.P. ENTERTAINMENT, LLC | Control Number: | 10072747 |
| Business Type: | Domestic Limited Liability Company | Business Status: | Admin. Dissolved |
| Business Purpose: | NONE | | |
| Principal Office Address: | 2221 PEACHTREE RD, SUITE D358, Atlanta, GA, 30309 | Date of Formation / Registration Date: | 10/18/2010 |
| State of Formation: | Georgia | Last Annual Registration Year: | 2014 |
| Dissolved Date: | 12/07/2016 | | |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | rutledge, michael |
| Physical Address: | 4561 olde perimeter way atlanta, GA 30346, atlanta, GA, 30346, USA |
| County: | Fulton |

Back    Filing History    Name History
Return to Business Search

**PL Sum. J. Ex. 145**

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19    Report a Problem?