Plaintiffs' Summary Judgment Ex. 146-
Red Roof Inns's "Preventing & Reacting
to Child Sex Trafficking

Provisionally Filed Under Seal