# Plaintiffs' Summary Judgment Ex. 148- Hotel & Lodging Executive Briefing

# Provisionally Filed Under Seal