# Plaintiffs' Summary Judgment Ex. 149- Red Roof Inn GSR InnSider

# Provisionally Filed Under Seal