Plaintiffs' Summary Judgment Ex. 150-
Top Clips Report: April 2013 Hill +
Knowlton Strategies

Provisionally Filed Under Seal