

EXHIBIT

212

# 2015 CRISIS MONITORING REPORT

## May - December, 2015

Submitted by HILL+KNOWLTON
STRATEGIES

**PL Sum. J.
Ex. 151**

**\*Prepared under the direction of corporate counsel**

RRI_WK_00002844

# MONITORING FILTER

## Guest Comments from 4 Platforms

- ➢ Clarabridge Survey
- ➢ TripAdvisor
- ➢ Hotels.com
- ➢ Expedia



  



## 28 Key Words in 4 Categories

 **Drugs**
- Drug Activity, Needles, Narcotics, Dope, Syringe, Weed, Cocaine, Crack, Meth, Methamphetamine, Trafficking

 **Police**
- SWAT, Arrest, Robbery, Undercover, Ambulance, Fire Rescue, Rescue Squad

 **Weapons**
- Gun, Knife

 **Prostitution**
- Escort, Pimp, Hooker, Whore

  

RRI_WK_00002845

# TRENDS: BY CATEGORIES

**From May to December 2015, Red Roof received** a total of **961 relevant guest comments:**

➢ Prostitution: (236) Comments
➢ Drugs: (423) Comments
➢ Police: (293) Comments
➢ Weapons: (9) Comment





RRI_WK_00002846

# TRENDS: BY MONTHS

| Month | Comments |
|-------|----------|
| May 2015 (147 Comments) | 147 |
| June 2015 (186 Comments) | 186 |
| July 2015 (70 Comments) | 70 |
| August 2015 (81 Comments) | 81 |
| September 2015 (84 Comments) | 84 |
| October 2015 (175 Comments) | 175 |
| November 2015 (117 Comments) | 117 |
| December 2015 (101 Comments) | 101 |

■ Relevant Guest Comments (Clarabridge Survey/TripAdvisor/Hotels.com/Expedia)



# TRENDS: BY REGIONS

## Top 5 regions with most relevant comments:

1. Region F4: (138) Comments
2. Region F5: (104) Comments
3. Region F6: (84) Comments
4. Region 8: (63) Comments
5. Region 6: (62) Comments



RRI_WK_00002848

# TRENDS: BY REGIONS (Prostitution)

## Top 5 regions with most prostitution comments:



1. Region F4: (42) Comments
2. Region F5: (26) Comments
3. Region F6: (22) Comments
4. Region F8: (17) Comments
5. Region 8: (15) Comments

# TRENDS: BY REGIONS (Drugs)

## Top 5 regions with most drugs comments:

1. Region F4: (66) Comments
2. Region F5: (51) Comments
3. Region F6: (31) Comments
4. Region 6 and Region F1: (30) Comments



RRI_WK_00002850

# TRENDS: BY REGIONS (Police)

## Top 5 regions with most police comments:

1. Region F6: (31) Comments
2. Region F4: (28) Comments
3. Region F5: (26) Comments
4. Region 8: (24) Comments
5. Region 6: (22) Comments



# TRENDS: BY REGIONS (Weapons)

## Regions with most weapons comments:

1. **Region F4: (2) Comments**
2. **Region 2/4/6/8/F1/F3/F5: (1) Comment**



# ATTENTION LIST: Properties with most chatter

| Region | Property | Total | Prostitution | Drugs | Police | Weapons |
|--------|----------|-------|--------------|-------|--------|---------|
| F4 | Atlanta – Smyrna<br>(on July-November list) | 48 | 15 | 22 | 11 | 0 |
| F4 | Atlanta – Midtown<br>(on July-October list) | 32 | 8 | 18 | 4 | 2 |
| 6 | Atlanta – Buckhead (PLUS)<br>(on July-November list) | 16 | 3 | 7 | 6 | 0 |
| F3 | Chattanooga Airport<br>(on July-October list) | 16 | 5 | 7 | 4 | 0 |
| F4 | Columbia West, SC<br>(on July-October list) | 16 | 5 | 6 | 5 | 0 |
| 5 | Detroit - St. Clair Shores<br>(on July-October list) | 16 | 5 | 6 | 5 | 0 |
| F1 | Tampa Busch<br>(on July-October list) | 16 | 3 | 10 | 3 | 0 |
| F4 | Atlanta – Six Flags | 13 | 7 | 5 | 1 | 0 |
| F8 | Austin North<br>(on November list) | 13 | 5 | 5 | 3 | 0 |
| F2 | Chicago Lansing<br>(on July-November list) | 13 | 4 | 5 | 4 | 0 |

*Properties that received a minimum of 8 relevant comments





# ATTENTION LIST: Properties with most chatter

| Region | Property | Total | Prostitution | Drugs | Police | Weapons |
|--------|----------|-------|--------------|-------|--------|---------|
| F1 | Jacksonville – Orange Park <br>(on July-November list) | 13 | 5 | 5 | 2 | 1 |
| 1 | Phoenix North – Bell Road <br>(on July-October list) | 12 | 4 | 7 | 1 | 0 |
| 8 | Washington DC - Columbia/Jessup <br>Fort Meade (on July-October list) | 12 | 5 | 5 | 1 | 1 |
| F4 | Atlanta – South (Morrow) | 11 | 2 | 5 | 4 | 0 |
| 4 | Dayton North Airport <br>(on November list) | 11 | 4 | 5 | 2 | 0 |
| 3 | Baton Rouge | 10 | 1 | 4 | 5 | 0 |
| F5 | Santa Ana | 10 | 2 | 8 | 0 | 0 |
| F7 | Columbus E – Reynoldsburg <br>(on July-October list) | 9 | 1 | 3 | 5 | 0 |
| F6 | Greenville <br>(on July-October list) | 9 | 3 | 2 | 4 | 0 |
| F5 | St. Paul Woodbury | 9 | 1 | 5 | 3 | 0 |
| F5 | Las Vegas | 8 | 4 | 3 | 1 | 0 |
| 6 | Raleigh NCSU – Convention Center <br>(on July-October list) | 8 | 1 | 4 | 3 | 0 |

*Properties that received a minimum of 8 relevant comments

