# Plaintiffs' Summary Judgment Ex. 152- Do Not Rent List

# Provisionally Filed Under Seal