## Red Roof Inn Public Safety Nuisance Abatement Meeting
### September 5, 2017 1:00pm @ Red Roof Inn

Attendees:  CCAO -   Eddie Snelling
                     Kisa Pangburn
            Red Roof - Greg Stocker, Director Safety/Security Corporate Office
                     Vicki Lam, VP Franchise Operations
                     Shelly Chandler, GA/SC Franchise Operations (Gainesville)
                     David Perrie, Attorney
                     Rakesh Patel, Owner
                     Bob Patel, Owner/Manager
                     *Patel, Global Management
                     Other attendees included Red Roof Security
            CCPD -   Lt. Tim Nelson
                     Cpt. Barry Little (Pct 3)
                     Dep. Chief Cox
                     Maj. Jeff Adcock
                     Additional officers from Precinct 1 arrived later

**PL Sum. J. Ex. 153**

CCPD began by advising that this Red Roof property ("RR") is the most crime ridden property in the precinct. Lt. Tim Nelson discussed the relatively new Public Safety Nuisance law, and gave a presentation showing the hotels in the Windy Hill area in comparison to RR. Crime at the RR property is drastically higher than at other hotels in the area. However, crime at RR has also dropped dramatically from 2016 to 2017. Security and lighting has brought the crime rate down more similar to the other adjacent properties. Reviewed significant cases.

ES discussed the public safety nuisance abatement process and the successful coming together of the owners, corporate office, officers, and CCAO for this discussion. ES discussed CCAO first being informed of issues at RR around February 2017, upon notification from CCPD. RR property had well over the minimum 3 arrests in the last 12 months, number of arrests is 15. Once CCAO was notified of the problem, CCAO notified the property owner (April 17 notice) and a meeting was held on April 21, 2017.

During the April 21, 2017 meeting, a plan for resolving the crime situation was discussed. A proposed plan has since been put together, calling for more security, lighting, cameras, etc. This proposed plan, in writing, shows the seriousness of the situation. It is encouraging that even without the plan in place, there has been progress. But still over 3 crimes within a 12 month period have occurred. Once this plan is signed and into place, hopefully going forward there will be even more improvement. Our hope is to avoid having to go to court to enforce this petition for abatement.

Attorney David Perry responded that if the RR goes all out with their assault on crime, with 24/7 security, etc., there will be more arrests, particularly with more reporting. The number of arrests could reflect lower tolerance, but because of more reporting, the numbers will be higher. CCPD agreed that there will be an increase which should be followed by a dramatic decrease. RR security added that many of the former employees who may have turned their heads away from the crime are gone. ES stated that with stepped up security people will likely feel less comfortable going to RR for illegal activity.



EXHIBIT 360

Pltf-RRI0002284

To address the concerns about the rising numbers, ES mentioned differences between the County code and GA statute concerning public safety nuisance abatement. The code provides for a meeting to reasonably discuss the situation. A coming together of the parties, as in the present meeting, will allow for discussion about a spike in arrests as a result of greater security measures. We want to encourage people to call 911, the goal is to work together. Calling 911 is part of the abatement plan. An officer interjected that doing things such as providing videos are critical to their investigations.

One of the owners, who referred to himself as a "passive owner" thanked everyone for the meeting and expressed his concerns with us considering occupancy when making these determinations, a number of rooms formula. CCPD disagreed with considering occupancy. Even with this determination, there were 15 crimes in a 12 month period. The owner added that they are bringing in another general manager who has 10 years of experience, managing 6 properties, and he will be more actively involved as well. He informed the group that they have a "do not rent" list.

RR Security discussed their enhancements over the last year. They now have an off duty officer, increased cameras, more clean up, and non-paying guests and troublemakers have been added to the "do not rent" list. They asked if CCPD can be more pro-active. CCPD responded that they have been pro-active, and are interested in working together, but this starts with working with management. CCPD undercover ability is limited because of size.

ES went over the abatement plan and reviewed the VIPER plan. In addition to helping to curb crime, this should in the end help RR profit wise. We are not asking for onerous restrictions, but only calling for things that should help, ultimately to the owners' benefit.

CCPD and Security discussed guest screening. Some red flags include cash payments. Getting copies of drivers' licenses at check-in could help. Lam mentioned that as far as copying ID's, they should be consistent and copy all ID's, not singling out people. CCPD later advised security that they may want to consider fluctuating their security guards' arrival.

The Hospitality Task Force that some attendees were familiar with in the past was helpful. However they are no longer having community meetings since the person who headed those quarterly meetings retired.

Timeline for revisiting – possibly meet every 1-2 months or quarterly (informal). Next meeting scheduled for **November 7, 2017 @ 1:00**.

Pltf-RRI0002285