Plaintiffs' Summary Judgment Ex. 154- Red Roof Weekly Report, October 2- October 6, 2017

Provisionally Filed Under Seal