05-102
(Rev. 1-08/28)
FCRM

**TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT** Filing Number: **110172100**

Tcode 13196

(To be filed by Corporations and Limited Liability Companies (LLCS))
**This report MUST be filed to satisfy franchise tax requirements**

■ Taxpayer number

| 3 | 0 | 1 | 1 | 3 | 2 | 6 | 4 | 4 | 6 | 6 | | | | |

■ Report year

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.*

Taxpayer name
**WESTMONT HOSPITALITY GROUP, INC.**

Mailing address
**5847 SAN FELIPE ST STE 4650**

| City | State | ZIP Code | Plus 4 | Secretary of State file number or Comptroller file number |
|------|-------|----------|--------|----------|
| **HOUSTON** | **TX** | **77057** | **3277** | **0110172100** |

◉ Blacken circle if there are currently no changes or additions to the information displayed in Section A of this report. Then complete Sections B and C.

Entity's principal office

Principal place of business

*Please sign below!*

Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

3011326446608

**SECTION A**   Name, title and mailing address of each officer, director or member.

| Name | Title | Director | | Term expiration | m m d d y y |
|------|-------|----------|--|-----------------|-------------|
| **MOEZ MANGALJI** | **SECRETARY** | ○ YES | | | |
| Mailing address **5847 SAN FELIPE SUITE 4650** | City **HOUSTON** | | | State **TX** | ZIP code **77057** |
| Name **A MAJID MANGALJI** | Title **PRESIDENT** | ○ YES | | Term expiration | m m d d y y |
| Mailing address **5847 SAN FELIPE SUITE 4650** | City **HOUSTON** | | | State **TX** | ZIP code **77057** |
| Name **MOEZ MANGALJI** | Title **DIRECTOR** | ◉ YES | | Term expiration | m m d d y y |
| Mailing address **5847 SAN FELIPE SUITE 4650** | City **HOUSTON** | | | State **TX** | ZIP code **77057** |
| Name | Title | ○ YES | | Term expiration | m m d d y y |
| Mailing address | City | | | State | ZIP code |

**SECTION B**   Enter the information required for each corporation or LLC, if any, in which this reporting entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |

**SECTION C**   Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this reporting entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(See instructions if you need to make changes.)*

○ Blacken circle if you need forms to change the registered agent or registered office information.

**Agent:**   CAPITOL CORPORATE SERVICES, INC.

| Office: | 800 BRAZOS, SUITE 400 | City **AUSTIN** | State **TX** | ZIP Code **78701** |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here▶ | Title | Date **05/07/2012** | Area code and phone number **( 713 ) 782 - 9100** |

Comptroller Official Use Only

PL Sum. J.
Ex. 155

PLAINTIFF'S
EXHIBIT
184

VE/DE ○   PIR IND ○

| 05-102 |
|---|
| (Rev. 1-08/28) |
| FORM |
| ■ Tcode 13196 |

# TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT

(To be filed by Corporations and Limited Liability Companies (LLCS))
**This report MUST be filed to satisfy franchise tax requirements**

■ Taxpayer number

| 3 | 0 | 1 | 1 | 3 | 2 | 6 | 4 | 4 | 6 | 6 |

■ Report year

**You have certain rights** under Chapter 552 and 559, Government Code,
to review, request, and correct information we have on file about you.
Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.

Taxpayer name
**WESTMONT HOSPITALITY GROUP, INC.**

Mailing address
**5847 SAN FELIPE ST STE 4650**

City
**HOUSTON**

State
**TX**

ZIP Code
**77057**

Plus 4
**3277**

Secretary of State file number or
Comptroller file number
**0110172100**

◉ Blacken circle if there are currently no changes or additions to the information displayed in Section A of this report. Then complete Sections B and C.

Entity's principal office

Principal place of business

*Please sign below!*

Officer, director and member information is reported as of the date a Public Information
Report is completed. The information is updated annually as part of the franchise tax
report. There is no requirement or procedure for supplementing the information as
officers, directors, or members change throughout the year.

3011326446608

**SECTION A**  Name, title and mailing address of each officer, director or member.

| Name | Title | Director | | | Term expiration | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **MOEZ MANGALJI** | **VICE PRESI** | ○ YES | | | | | | | | | |
| Mailing address **5847 SAN FELIPE SUITE 4650** | City **HOUSTON** | | | State **TX** | | | ZIP code **77057** | | | | |
| Name **A MAJID MANGALJI** | Title **DIRECTOR** | ◉ YES | Director | | Term expiration | m | m | d | d | y | y |
| Mailing address **5847 SAN FELIPE SUITE 4650** | City **HOUSTON** | | | State **TX** | | | ZIP code **77057** | | | | |
| Name **A MAJID MANGALJI** | Title **DIRECTOR** | ◉ YES | Director | | Term expiration | m | m | d | d | y | y |
| Mailing address **5847 SAN FELIPE SUITE 4650** | City **HOUSTON** | | | State **TX** | | | ZIP code **77057** | | | | |
| Name | Title | ○ YES | Director | | Term expiration | m | m | d | d | y | y |
| Mailing address | City | | | State | | | ZIP code | | | | |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this reporting entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this reporting entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(See instructions if you need to make changes)*
○ Blacken circle if you need forms to change the registered agent or registered office information.

**Agent:**  CAPITOL CORPORATE SERVICES, INC.

**Office:**  800 BRAZOS, SUITE 400

City
**AUSTIN**

State
**TX**

ZIP Code
**78701**

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | Title | Date **05/07/2012** | Area code and phone number **(713 ) 782 - 9100** |
|---|---|---|---|

Texas Comptroller Official Use Only

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

Comptroller 05-102
of Public (Rev. 1-08/28)
Accounts
FORM ■ Tcode 13196

# TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT
(To be filed by Corporations and Limited Liability Companies (LLCS))
**This report MUST be filed to satisfy franchise tax requirements**

■ Taxpayer number

| 3 | 0 | 1 | 1 | 3 | 2 | 6 | 4 | 4 | 6 | 6 | | | | |

■ Report year

**You have certain rights** *under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.*

Taxpayer name
**WESTMONT HOSPITALITY GROUP, INC.**

Mailing address
**5847 SAN FELIPE ST STE 4650**

Secretary of State file number or
Comptroller file number

| City **HOUSTON** | State **TX** | ZIP Code **77057** | Plus 4 **3277** | **0110172100** |

(●) Blacken circle if there are currently no changes or additions to the information displayed in Section A of this report. Then complete Sections B and C.

Entity's principal office

Principal place of business

*Please sign below!*

Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

3011326446608

**SECTION A** Name, title and mailing address of each officer, director or member.

| Name | Title | | Director | | | m m d d y y |
|---|---|---|---|---|---|---|
| **A MAJID MANGALJI** | **TREASURER** | | ○ YES | Term expiration | | |
| Mailing address **5847 SAN FELIPE SUITE 4650** | City **HOUSTON** | | | State **TX** | ZIP code **77057** | |
| Name | Title | | Director | | | m m d d y y |
| | | | ○ YES | Term expiration | | |
| Mailing address | City | | | State | ZIP code | |
| Name | Title | | Director | | | m m d d y y |
| | | | ○ YES | Term expiration | | |
| Mailing address | City | | | State | ZIP code | |
| Name | Title | | Director | | | m m d d y y |
| | | | ○ YES | Term expiration | | |
| Mailing address | City | | | State | ZIP code | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this reporting entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this reporting entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(See instructions if you need to make changes)*
**Agent:  CAPITOL CORPORATE SERVICES, INC.**

○ Blacken circle if you need forms to change the registered agent or registered office information.

| **Office:  800 BRAZOS, SUITE 400** | City **AUSTIN** | State **TX** | ZIP Code **78701** |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

| **sign here** | Title | Date **05/07/2012** | Area code and phone number **(713 ) 782 - 9100** |

Texas Comptroller Official Use Only

| VE/DE | ○ | PIR IND | ○ |

# Texas Franchise Tax Public Information Report

Comptroller 05-102
of Public (Rev.9-11/30)
Accounts
Fcode
■ Tcode 13196 Franchise

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
This report MUST be signed and filed to satisfy franchise tax requirements

■ Taxpayer number

| 3 | 0 | 1 | 1 | 3 | 2 | 6 | 4 | 4 | 6 | 6 |

■ Report year

| 2 | 0 | 1 | 3 |

*You have certain rights* under Chapter 552 and 559, Government Code,
to review, request, and correct information we have on file about you.
Contact us at (800) 252-1381 or (512) 463-4600.

Taxpayer name
**WESTMONT HOSPITALITY GROUP, INC.**

Mailing address
**5847 SAN FELIPE ST STE 4650**

Secretary of State (SOS) file number or
Comptroller file number

| City | State | | ZIP Code | Plus 4 |
| **HOUSTON** | **TX** | | **77057** | |

**0110172100**

◯ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information
Report is completed. The information is updated annually as part of the franchise tax
report. There is no requirement or procedure for supplementing the information as
officers, directors, or managers change throughout the year.

3011326446613

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|---|
| **MOEZ MANGALJI** | **DIRECTOR** | ● YES | Term expiration | | | | | | | |

| Mailing address | City | State | | ZIP Code |
| **5847 SAN FELIPE SUITE 4650** | **HOUSTON** | **TX** | | **77057** |

| Name | Title | Director | | | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|---|
| **A MAJID MANGALJI** | **DIRECTOR** | ● YES | Term expiration | | | | | | | |

| Mailing address | City | State | | ZIP Code |
| **5847 SAN FELIPE SUITE 4650** | **HOUSTON** | **TX** | | **77057** |

| Name | Title | Director | | | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|---|
| **A MAJID MANGALJI** | **PRESIDENT** | ● YES | Term expiration | | | | | | | |

| Mailing address | City | State | | ZIP Code |
| **5847 SAN FELIPE SUITE 4650** | **HOUSTON** | **TX** | | **77057** |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited
liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent: **CAPITOL CORPORATE SERVICES, INC.**

◯ Blacken circle if you need forms to change
the registered agent or registered office information.

| Office: **800 BRAZOS, SUITE 400** | City | | State | | ZIP Code |
| | **AUSTIN** | | **TX** | | **78701** |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets
for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has
been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

sign
here ▸ **Cindy Chin**

| Title | Date | Area code and phone number |
| **Electronic** | **05-10-2013** | **( 713 )  782 - 9100** |

## Texas Comptroller Official Use Only

| VE/DE | ◯ | PIR IND | ◯ |

# Texas Franchise Tax Public Information Report

05-102
(Rev.9-11/30)
■ Tcode 13196 Franchise

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
**This report MUST be signed and filed to satisfy franchise tax requirements**

**■ Taxpayer number** 3 0 1 1 3 2 6 4 4 6 6

**■ Report year** 2 0 1 3

You have **certain rights** under Chapter 552 and 559, Government Code,
to review, request, and correct information we have on file about you.
Contact us at (800) 252-1381 or (512) 463-4600.

**Taxpayer name**  WESTMONT HOSPITALITY GROUP, INC.

**Mailing address**  5847 SAN FELIPE ST STE 4650

**City** HOUSTON  **State** TX  **ZIP Code** 77057  **Plus 4**

**Secretary of State (SOS) file number or Comptroller file number**
0110172100

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office**

**Principal place of business**

*Please sign below!*  Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3011326446613

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| A MAJID MANGALJI | TREASURER | ● YES | | |
| **Mailing address** 5847 SAN FELIPE SUITE 4650 | **City** HOUSTON | | **State** TX | **ZIP Code** 77057 |
| MOEZ MANGALJI | VICE PRESI | ● YES | | |
| **Mailing address** 5847 SAN FELIPE SUITE 4650 | **City** HOUSTON | | **State** TX | **ZIP Code** 77057 |
| A MAJID MANGALJI | DIRECTOR | ● YES | | |
| **Mailing address** 5847 SAN FELIPE SUITE 4650 | **City** HOUSTON | | **State** TX | **ZIP Code** 77057 |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
**Agent:** CAPITOL CORPORATE SERVICES, INC.

○ Blacken circle if you need forms to change the registered agent or registered office information.

**Office:** 800 BRAZOS, SUITE 400  **City** AUSTIN  **State** TX  **ZIP Code** 78701

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

**sign here** ► Cindy Chin  **Title** Electronic  **Date** 05-10-2013  **Area code and phone number** ( 713 ) 782 - 9100

**Texas Comptroller Official Use Only**

VE/DE ○  PIR IND ○

# Texas Franchise Tax Public Information Report

05-102
(Rev.9-11/30)
■ Tcode 13196 Franchise

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Taxpayer number

| 3 | 0 | 1 | 1 | 3 | 2 | 6 | 4 | 4 | 6 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|

■ Report year

| 2 | 0 | 1 | 3 |
|---|---|---|---|

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.

Taxpayer name
**WESTMONT HOSPITALITY GROUP, INC.**

| Mailing address | 5847 SAN FELIPE ST STE 4650 | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|
| City   HOUSTON | State   TX | ZIP Code   77057 | Plus 4 |
| | | | 0110172100 |

○   Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3011326446613

**SECTION A**   Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|
| **MOEZ MANGALJI** | **SECRETARY** | ● YES | | | | | | | |
| Mailing address   5847 SAN FELIPE SUITE 4650 | City   HOUSTON | State   TX | | ZIP Code   77057 | | | | | |
| Name | Title | Director ○ YES | Term expiration | m | m | d | d | y | y |
| Mailing address | City | State | | ZIP Code | | | | | |
| Name | Title | Director ○ YES | Term expiration | m | m | d | d | y | y |
| Mailing address | City | State | | ZIP Code | | | | | |

**SECTION B**   Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent: **CAPITOL CORPORATE SERVICES, INC.**

○   Blacken circle if you need forms to change the registered agent or registered office information.

| Office:   800 BRAZOS, SUITE 400 | City   AUSTIN | State   TX | ZIP Code   78701 |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ✒   Cindy Chin | Title   Electronic | Date   05-10-2013 | Area code and phone number   ( 713 )   782 - 9100 |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ○ | PIR IND ○ |
|---|---|

# Texas Franchise Tax Public Information Report

Comptroller 05-102 (Rev.9-11/30)
of Public Accounts
Form
*To be filed by Corporations, Limited Liability Companies (LLC) and Financial institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Tcode 13196 Franchise

■ Taxpayer number

| 3 | 0 | 1 | 1 | 3 | 2 | 6 | 4 | 4 | 6 | 6 |

■ Report year

| 2 | 0 | 1 | 4 |

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you.
Contact us at (800) 252-1381 or (512) 463-4600.

Taxpayer name
**WESTMONT HOSPITALITY GROUP, INC.**

Mailing address
**5847 SAN FELIPE ST STE 4650**

Secretary of State (SOS) file number or Comptroller file number

City **HOUSTON** State **TX** ZIP Code **77057** Plus 4
**0110172100**

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
**5847 SAN FELIPE ST STE 4650, HOUSTON, TX 77057**

Principal place of business
**5847 SAN FELIPE STE STE 4650, HOUSTON, TX 77057**

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3011326446614

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | | Director | | m | m | d | d | y | y |
|------|-------|--|----------|--|---|---|---|---|---|---|
| **A MAJID MANGALJI** | **DIRECTOR** | | ● YES | Term expiration | | | | | | |
| Mailing address **5847 SAN FELIPE SUITE 4650** | City **HOUSTON** | | | State **TX** | | | ZIP Code **77057** | | | |
| Name **MOEZ MANGALJI** | Title **VICE PRESI** | | Director ● YES | Term expiration | m | m | d | d | y | y |
| Mailing address **5847 SAN FELIPE SUITE 4650** | City **HOUSTON** | | | State **TX** | | | ZIP Code **77057** | | | |
| Name **MOEZ MANGALJI** | Title **DIRECTOR** | | Director ● YES | Term expiration | m | m | d | d | y | y |
| Mailing address **5847 SAN FELIPE SUITE 4650** | City **HOUSTON** | | | State **TX** | | | ZIP Code **77057** | | | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent: **CAPITOL CORPORATE SERVICES, INC.**
○ Blacken circle if you need forms to change the registered agent or registered office information.

Office: **800 BRAZOS, SUITE 400** City **AUSTIN** State **TX** ZIP Code **78701**

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ▶ **Cindy Chin** Title **Electronic** Date **05-08-2014** Area code and phone number **( 713 ) 782 - 9100**

**Texas Comptroller Official Use Only**

VE/DE ○ PIR IND ○

**Texas Franchise Tax Public Information Report**

Comptroller 05-102
of Public
Accounts (Rev.9-11/30)
FORM
■ Tcode 13196 Franchise

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
*This report MUST be signed and filed to satisfy franchise tax requirements*

| ■ Taxpayer number | ■ Report year | **You can certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. |
|---|---|---|
| 3 0 1 1 3 2 6 4 4 6 6 | 2 0 1 4 | Contact us at (800) 252-1381 or (512) 463-4600. |

Taxpayer name   **WESTMONT HOSPITALITY GROUP, INC.**

| Mailing address   5847 SAN FELIPE ST STE 4650 | | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|
| City   **HOUSTON** | State   **TX** | ZIP Code **77057**  Plus 4 | **0110172100** |

◯ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office   5847 SAN FELIPE ST STE 4650, HOUSTON, TX 77057

Principal place of business   5847 SAN FELIPE STE STE 4650, HOUSTON, TX 77057

*Please sign below!*   Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3011326446614

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name   **MOEZ MANGALJI** | Title   **SECRETARY** | Director ● YES | Term expiration | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|
| Mailing address   5847 SAN FELIPE SUITE 4650 | City   **HOUSTON** | State   **TX** | | | ZIP Code **77057** | | | | |
| Name   **A MAJID MANGALJI** | Title   **TREASURER** | Director ● YES | Term expiration | m | m | d | d | y | y |
| Mailing address   5847 SAN FELIPE SUITE 4650 | City   **HOUSTON** | State   **TX** | | | ZIP Code **77057** | | | | |
| Name   **A MAJID MANGALJI** | Title   **DIRECTOR** | Director ● YES | Term expiration | m | m | d | d | y | y |
| Mailing address   5847 SAN FELIPE SUITE 4650 | City   **HOUSTON** | State   **TX** | | | ZIP Code **77057** | | | | |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent:  **CAPITOL CORPORATE SERVICES, INC.**

◯ Blacken circle if you need forms to change the registered agent or registered office information.

Office:  **800 BRAZOS, SUITE 400**   City   **AUSTIN**   State **TX**   ZIP Code **78701**

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here   **Cindy Chin** | Title   **Electronic** | Date   **05-08-2014** | Area code and phone number   **( 713 )  782 - 9100** |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ◯ | PIR IND ◯ |
|---|---|

# Texas Franchise Tax Public Information Report

05-102
(Rev.9-11/30)
*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ **Tcode** 13196 Franchise

| ■ Taxpayer number | | | | | | | | | | | ■ Report year | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 0 | 1 | 1 | 3 | 2 | 6 | 4 | 4 | 6 | 6 | 2 | 0 | 1 | 4 | |

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.

Taxpayer name
**WESTMONT HOSPITALITY GROUP, INC.**

Mailing address
**5847 SAN FELIPE ST STE 4650**

Secretary of State (SOS) file number or Comptroller file number

| City | State | ZIP Code | Plus 4 |
|---|---|---|---|
| **HOUSTON** | **TX** | **77057** | |

**0110172100**

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
**5847 SAN FELIPE ST STE 4650, HOUSTON, TX 77057**

Principal place of business
**5847 SAN FELIPE STE STE 4650, HOUSTON, TX 77057**

*Please sign below!*  Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

**SECTION A**   Name, title and mailing address of each officer, director or manager.

3011326446614

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| **MOEZ MANGALJI** | **DIRECTOR** | ● YES | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| **5847 SAN FELIPE SUITE 4650** | **HOUSTON** | **TX** | **77057** |

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| **MOEZ MANGALJI** | **DIRECTOR** | ● YES | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| **5847 SAN FELIPE SUITE 4650** | **HOUSTON** | **TX** | **77057** |

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| **A MAJID MANGALJI** | **DIRECTOR** | ● YES | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| **5847 SAN FELIPE SUITE 4650** | **HOUSTON** | **TX** | **77057** |

**SECTION B**   Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent: **CAPITOL CORPORATE SERVICES, INC.**

○ Blacken circle if you need forms to change the registered agent or registered office information.

| Office: **800 BRAZOS, SUITE 400** | City **AUSTIN** | State **TX** | ZIP Code **78701** |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ **Cindy Chin** | Title **Electronic** | Date **05-08-2014** | Area code and phone number **( 713 ) 782 - 9100** |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

05-102
(Rev.9-11/30)
■ **Tcode** 13196 Franchise

■ Taxpayer number

| 3 | 0 | 1 | 1 | 3 | 2 | 6 | 4 | 4 | 6 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|

■ Report year

| 2 | 0 | 1 | 4 |
|---|---|---|---|

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.

Taxpayer name
**WESTMONT HOSPITALITY GROUP, INC.**

Mailing address
**5847 SAN FELIPE ST STE 4650**

Secretary of State (SOS) file number or Comptroller file number

| City | State | ZIP Code | Plus 4 |
|------|-------|----------|--------|
| **HOUSTON** | **TX** | **77057** | |

**0110172100**

○  Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
**5847 SAN FELIPE ST STE 4650, HOUSTON, TX 77057**

Principal place of business
**5847 SAN FELIPE STE STE 4650, HOUSTON, TX 77057**

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3011326446614

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | m m d d y y |
|------|-------|----------|--|-------------|
| **A MAJID MANGALJI** | **DIRECTOR** | ● YES | Term expiration | |
| Mailing address **5847 SAN FELIPE SUITE 4650** | City **HOUSTON** | State **TX** | | ZIP Code **77057** |
| Name **A MAJID MANGALJI** | Title **PRESIDENT** | Director ● YES | Term expiration | m m d d y y |
| Mailing address **5847 SAN FELIPE SUITE 4650** | City **HOUSTON** | State **TX** | | ZIP Code **77057** |
| Name | Title | Director ○ YES | Term expiration | m m d d y y |
| Mailing address | City | State | | ZIP Code |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent: **CAPITOL CORPORATE SERVICES, INC.**

○  Blacken circle if you need forms to change the registered agent or registered office information.

| Office: **800 BRAZOS, SUITE 400** | City **AUSTIN** | State **TX** | ZIP Code **78701** |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ **Cindy Chin** | Title **Electronic** | Date **05-08-2014** | Area code and phone number **( 713 )  782 - 9100** |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE | ○ | PIR IND | ○ |
|-------|---|---------|---|

Filing Number: 110172100

## Texas Franchise Tax Public Information Report

05-102
(Rev.9-11/30)
Tcode 13196 Franchise

*To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Taxpayer number

| 3 | 0 | 1 | 1 | 3 | 2 | 6 | 4 | 4 | 6 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|

■ Report year

| 2 | 0 | 1 | 5 |
|---|---|---|---|

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.

Taxpayer name **WESTMONT HOSPITALITY GROUP, INC.**

Mailing address **5847 SAN FELIPE ST STE 4650**

City **HOUSTON**   State **TX**   ZIP Code **77057**   Plus 4

Secretary of State (SOS) file number or Comptroller file number **0110172100**

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office **5847 SAN FELIPE ST STE 4650, HOUSTON, TX 77057**

Principal place of business **5847 SAN FELIPE ST STE 4650, HOUSTON, TX 77057**

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3011326446615

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name **MOEZ MANGALJI** | Title **DIRECTOR** | Director ● YES | Term expiration | m m d d y y |
| Mailing address **5847 SAN FELIPE SUITE 4650** | City **HOUSTON** | State **TX** | | ZIP Code **77057** |
| Name **A MAJID MANGALJI** | Title **DIRECTOR** | Director ● YES | Term expiration | m m d d y y |
| Mailing address **5847 SAN FELIPE SUITE 4650** | City **HOUSTON** | State **TX** | | ZIP Code **77057** |
| Name **A MAJID MANGALJI** | Title **DIRECTOR** | Director ● YES | Term expiration | m m d d y y |
| Mailing address **5847 SAN FELIPE SUITE 4650** | City **HOUSTON** | State **TX** | | ZIP Code **77057** |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent: **CAPITOL CORPORATE SERVICES, INC.**

○ Blacken circle if you need forms to change the registered agent or registered office information.

Office: **800 BRAZOS, SUITE 400**   City **AUSTIN**   State **TX**   ZIP Code **78701**

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ▸ **Cindy Chin**   Title **Electronic**   Date **05-12-2015**   Area code and phone number **( 713 ) 782 - 9100**



### Texas Comptroller Official Use Only



VE/DE ○   PIR IND ○

# Texas Franchise Tax Public Information Report

05-102
(Rev.9-11/30)
FORM

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Tcode 13196 Franchise

| ■ Taxpayer number | ■ Report year | **You have certain rights** under Chapter 552 and 559, Government Code, |
|---|---|---|

Taxpayer number: 3 0 1 1 3 2 6 4 4 6 6

Report year: 2 0 1 5

You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.

Taxpayer name
**WESTMONT HOSPITALITY GROUP, INC.**

Mailing address
**5847 SAN FELIPE ST STE 4650**

Secretary of State (SOS) file number or Comptroller file number

City **HOUSTON**  State **TX**  ZIP Code **77057**  Plus 4

**0110172100**

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
**5847 SAN FELIPE ST STE 4650, HOUSTON, TX 77057**

Principal place of business
**5847 SAN FELIPE ST STE 4650, HOUSTON, TX 77057**

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3011326446615

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| **MOEZ MANGALI** | **VICE PRESI** | ● YES | |
| Mailing address **5847 SAN FELIPE SUITE 4650** | City **HOUSTON** | State **TX** | ZIP Code **77057** |
| Name **MOEZ MANGALJI** | Title **DIRECTOR** | Director ● YES | Term expiration (m m d d y y) |
| Mailing address **5847 SAN FELIPE SUITE 4650** | City **HOUSTON** | State **TX** | ZIP Code **77057** |
| Name **MOEZ MANGALJI** | Title **DIRECTOR** | Director ● YES | Term expiration (m m d d y y) |
| Mailing address **5847 SAN FELIPE SUITE 4650** | City **HOUSTON** | State **TX** | ZIP Code **77057** |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*  ○ Blacken circle if you need forms to change the registered agent or registered office information.
Agent: **CAPITOL CORPORATE SERVICES, INC.**

Office: **800 BRAZOS, SUITE 400**  City **AUSTIN**  State **TX**  ZIP Code **78701**

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ► **Cindy Chin**  Title **Electronic**  Date **05-12-2015**  Area code and phone number **( 713 ) 782 - 9100**

**Texas Comptroller Official Use Only**

| VE/DE ○ | PIR IND ○ |
|---|---|

# Texas Franchise Tax Public Information Report

05-102
(Rev.9-11/30)

To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions
This report MUST be signed and filed to satisfy franchise tax requirements

■ Tcode 13196 Franchise

■ Taxpayer number

3 0 1 1 3 2 6 4 4 6 6

■ Report year

2 0 1 5

You have certain rights under Chapter 552 and 559, Government Code,
to review, request, and correct information we have on file about you.
Contact us at (800) 252-1381 or (512) 463-4600.

**Taxpayer name**
WESTMONT HOSPITALITY GROUP, INC.

**Mailing address**
5847 SAN FELIPE ST STE 4650

**City** HOUSTON   **State** TX   **ZIP Code** 77057   **Plus 4**

Secretary of State (SOS) file number or
Comptroller file number

0110172100

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office**
5847 SAN FELIPE ST STE 4650, HOUSTON, TX 77057

**Principal place of business**
5847 SAN FELIPE ST STE 4650, HOUSTON, TX 77057

*Please sign below!* Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3011326446615

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | | Title | | Director | | | m | m | d | d | y | y |
|------|--|-------|--|----------|--|--|---|---|---|---|---|---|
| A MAJID MANGALJI | | DIRECTOR | | ● YES | Term expiration | | | | | | | |
| **Mailing address** 5847 SAN FELIPE SUITE 4650 | | **City** HOUSTON | | | State TX | | | | ZIP Code 77057 | | | |
| Name: A MAJID MANGALJI | | Title: DIRECTOR | | Director ● YES | Term expiration | | m | m | d | d | y | y |
| **Mailing address** 5847 SAN FELIPE SUITE 4650 | | **City** HOUSTON | | | State TX | | | | ZIP Code 77057 | | | |
| Name: MOEZ MANGALJI | | Title: DIRECTOR | | Director ● YES | Term expiration | | m | m | d | d | y | y |
| **Mailing address** 5847 SAN FELIPE SUITE 4650 | | **City** HOUSTON | | | State TX | | | | ZIP Code 77057 | | | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent: **CAPITOL CORPORATE SERVICES, INC.**

○ Blacken circle if you need forms to change
○ the registered agent or registered office information.

Office: **800 BRAZOS, SUITE 400**   City **AUSTIN**   State **TX**   ZIP Code **78701**

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

**sign here** Cindy Chin   Title **Electronic**   Date **05-12-2015**   Area code and phone number ( 713 ) 782 - 9100

**Texas Comptroller Official Use Only**

VE/DE ○   PIR IND ○

# Texas Franchise Tax Public Information Report

Comptroller 05-102
of Public (Rev.9-11/30)
Accounts
Form

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Ⴎcode 13196 Franchise

■ Taxpayer number

| 3 | 0 | 1 | 1 | 3 | 2 | 6 | 4 | 4 | 6 | 6 |

■ Report year

| 2 | 0 | 1 | 5 |

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you.
*Contact us at (800) 252-1381or (512) 463-4600.*

Taxpayer name
**WESTMONT HOSPITALITY GROUP, INC.**

Mailing address
**5847 SAN FELIPE ST STE 4650**

Secretary of State (SOS) file number or Comptroller file number

| City | **HOUSTON** | State | **TX** | ZIP Code **77057** | Plus 4 |

**0110172100**

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
**5847 SAN FELIPE ST STE 4650, HOUSTON, TX 77057**

Principal place of business
**5847 SAN FELIPE ST STE 4650, HOUSTON, TX 77057**

*Please sign below!*
Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3011326446615

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | | Title | | Director | | m | m | d | d | y | y |
|------|--|-------|--|----------|--|---|---|---|---|---|---|
| **MOEZ MANGALJI** | | **SECRETARY** | | ● YES | Term expiration | | | | | | |
| Mailing address **5847 SAN FELIPE SUITE 4650** | City **HOUSTON** | | | State **TX** | | | | ZIP Code **77057** | | | |
| Name **A MAJID MANGALJI** | | Title **TREASURER** | | Director ● YES | Term expiration | m | m | d | d | y | y |
| Mailing address **5847 SAN FELIPE SUITE 4650** | City **HOUSTON** | | | State **TX** | | | | ZIP Code **77057** | | | |
| Name **A MAJID MANGALJI** | | Title **DIRECTOR** | | Director ● YES | Term expiration | m | m | d | d | y | y |
| Mailing address **5847 SAN FELIPE SUITE 4650** | City **HOUSTON** | | | State **TX** | | | | ZIP Code **77057** | | | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent: **CAPITOL CORPORATE SERVICES, INC.**

○ Blacken circle if you need forms to change the registered agent or registered office information.

| Office: **800 BRAZOS, SUITE 400** | City **AUSTIN** | State **TX** | ZIP Code **78701** |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

sign here► **Cindy Chin**

| Title **Electronic** | Date **05-12-2015** | Area code and phone number **( 713 ) 782 - 9100** |

## Texas Comptroller Official Use Only

| VE/DE | ○ | PIR IND | ○ |

# Texas Franchise Tax Public Information Report

05-102
(Rev.9-11/30)
**Tcode** 13196 Franchise

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

| ■ Taxpayer number | ■ Report year | *You have certain rights under Chapter 552 and 559, Government Code,* |
|---|---|---|
| 3 0 1 1 3 2 6 4 4 6 6 | 2 0 1 5 | *to review, request, and correct information we have on file about you.*<br>*Contact us at (800) 252-1381or (512) 463-4600.* |

| Taxpayer name | |
|---|---|
| **WESTMONT HOSPITALITY GROUP, INC.** | |

| Mailing address | | | | Secretary of State (SOS) file number or |
|---|---|---|---|---|
| **5847 SAN FELIPE ST STE 4650** | | | | Comptroller file number |

| City | State | ZIP Code | Plus 4 | |
|---|---|---|---|---|
| **HOUSTON** | **TX** | **77057** | | **0110172100** |

○  Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office |
|---|
| **5847 SAN FELIPE ST STE 4650, HOUSTON, TX 77057** |

| Principal place of business |
|---|
| **5847 SAN FELIPE ST STE 4650, HOUSTON, TX 77057** |

*Please sign below!*  Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3011326446615

**SECTION A**   Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| **MOEZ MANGALJI** | **DIRECTOR** | ● YES | Term expiration | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| **5847 SAN FELIPE SUITE 4650** | **HOUSTON** | **TX** | **77057** |

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| **A MAJID MANGALJI** | **DIRECTOR** | ● YES | Term expiration | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| **5847 SAN FELIPE SUITE 4650** | **HOUSTON** | **TX** | **77057** |

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| **A MAJID MANGALJI** | **PRESIDENT** | ● YES | Term expiration | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| **5847 SAN FELIPE SUITE 4650** | **HOUSTON** | **TX** | **77057** |

**SECTION B**   Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**   Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

| Registered agent and registered office currently on file. *(see instructions if you need to make changes)* | ○ Blacken circle if you need forms to change |
|---|---|
| Agent: **CAPITOL CORPORATE SERVICES, INC.** | the registered agent or registered office information. |

| Office: **800 BRAZOS, SUITE 400** | City | State | ZIP Code |
|---|---|---|---|
| | **AUSTIN** | **TX** | **78701** |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ | Title | Date | Area code and phone number |
|---|---|---|---|
| **Cindy Chin** | **Electronic** | **05-12-2015** | **( 713 )   782 - 9100** |

### Texas Comptroller Official Use Only

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

**Filing Number: 110172100**

# Texas Franchise Tax Public Information Report

05-102
(Rev.9-11/30)
*To be filed by Corporations, Limited Liability Companies (LLC) and Financial institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ **Tcode** 13196 Franchise

| ■ Taxpayer number | ■ Report year | **You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600. |
|---|---|---|

| 3 | 0 | 1 | 1 | 3 | 2 | 6 | 4 | 4 | 6 | 6 | 2 | 0 | 1 | 6 |

Taxpayer name
**WESTMONT HOSPITALITY GROUP, INC.**

Mailing address
**5847 SAN FELIPE ST STE 4600**

Secretary of State (SOS) file number or Comptroller file number

| City   **HOUSTON** | State   **TX** | ZIP Code   **77057** | Plus 4 | **0110172100** |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
**5847 SAN FELIPE ST STE 4600, HOUSTON, TX 77057**

Principal place of business
**5847 SAN FELIPE ST STE 4600, HOUSTON, TX 77057**

*Please sign below!*  Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3011326446616

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|
| **A MAJID MANGALJI** | **PRESIDENT** | ● YES | Term expiration | | | | | | |
| Mailing address   **5847 SAN FELIPE SUITE 4600** | City   **HOUSTON** | State   **TX** | | ZIP Code   **77057** | | | | | |
| Name   **MOEZ MANGALJI** | Title   **VP/SEC** | Director   ● YES | Term expiration | m | m | d | d | y | y |
| Mailing address   **5847 SAN FELIPE SUITE 4600** | City   **HOUSTON** | State   **TX** | | ZIP Code   **77057** | | | | | |
| Name | Title | Director   ○ YES | Term expiration | m | m | d | d | y | y |
| Mailing address | City | State | | ZIP Code | | | | | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent: **CAPITOL CORPORATE SERVICES, INC.**

○ Blacken circle if you need forms to change the registered agent or registered office information.

| Office:   **206 E. 9TH STREET, SUITE 1300** | City   **AUSTIN** | State   **TX** | ZIP Code   **78701** |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here▸   **Cindy Chin** | Title   **Electronic** | Date   **05-10-2016** | Area code and phone number   **( 713 )  782 - 9100** |

| **Texas Comptroller Official Use Only** |

| VE/DE ○ | PIR IND ○ |

**Filing Number: 110172100**

## Texas Franchise Tax Public Information Report

Comptroller 05-102
of Public (Rev.9-11/30)
Accounts
FORM
■ **Tcode** 13196 Franchise

*To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

| ■ Taxpayer number | | | | | | | | | | | | ■ Report year | | | | *You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 0 | 1 | 1 | 3 | 2 | 6 | 4 | 4 | 6 | 6 | | 2 | 0 | 1 | 7 | |

| Taxpayer name | **WESTMONT HOSPITALITY GROUP, INC.** |
|---|---|

| Mailing address | **5847 SAN FELIPE ST STE 4600** | | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|---|
| City | **HOUSTON** | State **TX** | ZIP Code **77057** | Plus 4 |  **0110172100** |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | |
|---|---|
| Principal place of business | |

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3011326446617

**SECTION A**   Name, title and mailing address of each officer, director or manager.

| Name | | Title | | Director | | | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MAJID MANGALJI** | | **PRESIDENT** | | ● YES | Term expiration | | | | | | | |
| Mailing address **5847 SAN FELIPE ST STE 4600** | | City **HOUSTON** | | | | State **TX** | | | ZIP Code **77057** | | | |
| Name **MOEZ MANGALJI** | | Title **VP/SEC** | | Director ● YES | Term expiration | | m | m | d | d | y | y |
| Mailing address **5847 SAN FELIPE ST STE 4600** | | City **HOUSTON** | | | | State **TX** | | | ZIP Code **77057** | | | |
| Name | | Title | | Director ○ YES | Term expiration | | m | m | d | d | y | y |
| Mailing address | | City | | | | State | | | ZIP Code | | | |

**SECTION B**   Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file. *(see instructions if you need to make changes)* Agent: **CAPITOL CORPORATE SERVICES, INC.** | | ○ Blacken circle if you need forms to change the registered agent or registered office information. | |
|---|---|---|---|
| Office: **206 E. 9TH STREET, SUITE 1300** | City **AUSTIN** | State **TX** | ZIP Code **78701** |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ | **Cindy Chin** | Title **Electronic** | Date **04-27-2017** | Area code and phone number **( 713 )  782 - 9100** |
|---|---|---|---|---|

### Texas Comptroller Official Use Only

| | VE/DE ○ | PIR IND ○ |
|---|---|---|

**Filing Number: 110172100**

## Texas Franchise Tax Public Information Report

Comptroller 05-102
of Public (Rev.9-11/30)
Accounts
FORM
■ **Tcode** 13196 Franchise

*To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

| ■ Taxpayer number | | | | | | | | | | ■ Report year | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 0 | 1 | 1 | 3 | 2 | 6 | 4 | 4 | 6 | 6 | 2 | 0 | 1 | 8 |

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

Taxpayer name
**WESTMONT HOSPITALITY GROUP, INC.**

Mailing address
**5847 SAN FELIPE ST STE 4600**

Secretary of State (SOS) file number or Comptroller file number

| City | | State | | ZIP Code | Plus 4 | |
|---|---|---|---|---|---|---|
| **HOUSTON** | | **TX** | | **77057** | | **0110172100** |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed.  The information is updated annually as part of the franchise tax report.  There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3011326446618

**SECTION A**   Name, title and mailing address of each officer, director or manager.

| Name | Title | | Director | | | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **MAJID MANGALJI** | | **PRESIDENT** | ● YES | Term expiration | | | | | | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| **5847 SAN FELIPE ST STE 4600** | **HOUSTON** | **TX** | **77057** |

| Name | Title | | Director | | | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **MOEZ MANGALJI** | | **DIRECTOR** | ● YES | Term expiration | | | | | | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| **5847 SAN FELIPE ST STE 4600** | **HOUSTON** | **TX** | **77057** |

| Name | Title | | Director | | | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **MOEZ MANGALJI** | | **VICE PRESI** | ● YES | Term expiration | | | | | | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| **5847 SAN FELIPE ST STE 4600** | **HOUSTON** | **TX** | **77057** |

**SECTION B**   Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent  or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter the information required for each corporation or LLC, if any, that owns an interest of 10  percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent:   **CAPITOL CORPORATE SERVICES, INC.**

○ Blacken circle if you need forms to change the registered agent or registered office information.

| Office:   **206 E. 9TH STREET, SUITE 1300** | City | **AUSTIN** | State **TX** | ZIP Code **78701** |
|---|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ | Cindy  Chin | Title **Electronic** | Date **04-23-2018** | Area code and phone number ( 713 )  782 - 9100 |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

# Texas Franchise Tax Public Information Report

Comptroller 05-102
of Public
Accounts (Rev.9-11/30)
FORM

To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions
This report MUST be signed and filed to satisfy franchise tax requirements

■ **Tcode** 13196 Franchise

■ Taxpayer number

| 3 | 0 | 1 | 1 | 3 | 2 | 6 | 4 | 4 | 6 | 6 |

■ Report year

| 2 | 0 | 1 | 8 |

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.

Taxpayer name
**WESTMONT HOSPITALITY GROUP, INC.**

Mailing address
**5847 SAN FELIPE ST STE 4600**

Secretary of State (SOS) file number or Comptroller file number

| City | State | ZIP Code | Plus 4 |
|---|---|---|---|
| **HOUSTON** | **TX** | **77057** | **0110172100** |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no instruction or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3011326446618

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | | Director | | | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **MAJID MANGALJI** | **DIRECTOR** | | ● YES | Term expiration | | | | | | | |
| Mailing address | City | | | State | | | | ZIP Code | | | |
| **5847 SAN FELIPE ST STE 4600** | **HOUSTON** | | | **TX** | | | | **77057** | | | |
| Name | Title | | Director | | | m | m | d | d | y | y |
| **MOEZ MANGALJI** | **SECRETARY** | | ● YES | Term expiration | | | | | | | |
| Mailing address | City | | | State | | | | ZIP Code | | | |
| **5847 SAN FELIPE ST STE 4600** | **HOUSTON** | | | **TX** | | | | **77057** | | | |
| Name | Title | | Director | | | m | m | d | d | y | y |
| | | | ○ YES | Term expiration | | | | | | | |
| Mailing address | City | | | State | | | | ZIP Code | | | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent: **CAPITOL CORPORATE SERVICES, INC.**

○ Blacken circle if you need forms to change the registered agent or registered office information.

| Office: **206 E. 9TH STREET, SUITE 1300** | City **AUSTIN** | State **TX** | ZIP Code **78701** |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| **sign here** ► **Cindy Chin** | Title **Electronic** | Date **04-23-2018** | Area code and phone number **( 713 )  782 - 9100** |
|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE | ○ | PIR IND | ○ |

# Texas Franchise Tax Public Information Report

Comptroller 05-102
of Public (Rev.9-11/30)
Accounts
FORM
■ Tcode 13196 Franchise

To be filed by Corporations , Limited Liability Companies (LLC) and Financial institutions
This report MUST be signed and filed to satisfy franchise tax requirements

**■ Taxpayer number**

| 3 | 0 | 1 | 1 | 3 | 2 | 6 | 4 | 4 | 6 | 6 |

**■ Report year**

| 2 | 0 | 1 | 9 |

*You have certain rights* under Chapter 552 and 559, Government Code,
to review, request, and correct information we have on file about you.
Contact us at (800) 252-1381or (512) 463-4600.

**Taxpayer name**
WESTMONT HOSPITALITY GROUP, INC.

**Mailing address**
5847 SAN FELIPE ST STE 4600

Secretary of State (SOS) file number or
Comptroller file number

| City | State | | ZIP Code | Plus 4 | |
| HOUSTON | TX | | 77057 | | 0110172100 |

Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information
Report is completed. The information is updated annually as part of the franchise tax
report. There is no requirement or procedure for supplementing the information as
officers, directors, or managers change throughout the year.

3011326446619

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | | Director | | | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MAJID MANGALJI | DIRECTOR | | ● YES | Term expiration | | | | | | | |
| Mailing address 5847 SAN FELIPE ST STE 4600 | City HOUSTON | | | State TX | | | | ZIP Code 77057 | | | |

| Name | Title | | Director | | | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MAJID MANGALJI | PRESIDENT | | ○ YES | Term expiration | | | | | | | |
| Mailing address 5847 SAN FELIPE ST STE 4600 | City HOUSTON | | | State TX | | | | ZIP Code 77057 | | | |

| Name | Title | | Director | | | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MOEZ MANGALJI | DIRECTOR | | ● YES | Term expiration | | | | | | | |
| Mailing address 5847 SAN FELIPE ST STE 4600 | City HOUSTON | | | State TX | | | | ZIP Code 77057 | | | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent: CAPITOL CORPORATE SERVICES, INC.

○ Blacken circle if you need forms to change
○ the registered agent or registered office information.

| Office: 206 E. 9TH STREET, SUITE 1300 | City AUSTIN | State TX | ZIP Code 78701 |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ Cindy Chin | Title Electronic | Date 05-14-2019 | Area code and phone number ( 713 ) 782 - 9100 |

## Texas Comptroller Official Use Only

VE/DE ○   PIR IND ○

# Texas Franchise Tax Public Information Report

Comptroller 05-102
of Public (Rev.9-11/30)
Accounts FORM

**Tcode** 13196 Franchise

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Taxpayer number

| 3 | 0 | 1 | 1 | 3 | 2 | 6 | 4 | 4 | 6 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|

■ Report year

| 2 | 0 | 1 | 9 |
|---|---|---|---|

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

Taxpayer name  **WESTMONT HOSPITALITY GROUP, INC.**

Mailing address  **5847 SAN FELIPE ST STE 4600**

| City **HOUSTON** | State **TX** | ZIP Code **77057** | Plus 4 |
|---|---|---|---|

Secretary of State (SOS) file number or Comptroller file number
**0110172100**

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3011326446619

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name **MOEZ MANGALJI** | Title **DIRECTOR** | Director ● YES | Term expiration | m m d d y y |
|---|---|---|---|---|
| Mailing address **5847 SAN FELIPE ST STE 4600** | City **HOUSTON** | | State **TX** | ZIP Code **77057** |
| Name **MOEZ MANGALJI** | Title **SECRETARY** | Director ○ YES | Term expiration | m m d d y y |
| Mailing address **5847 SAN FELIPE ST STE 4600** | City **HOUSTON** | | State **TX** | ZIP Code **77057** |
| Name **MOEZ MANGALJI** | Title **DIRECTOR** | Director ● YES | Term expiration | m m d d y y |
| Mailing address **5847 SAN FELIPE ST STE 4600** | City **HOUSTON** | | State **TX** | ZIP Code **77057** |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent: **CAPITOL CORPORATE SERVICES, INC.**

○ Blacken circle if you need forms to change the registered agent or registered office information.

| Office: **206 E. 9TH STREET, SUITE 1300** | City **AUSTIN** | State **TX** | ZIP Code **78701** |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ **Cindy Chin** | Title **Electronic** | Date **05-14-2019** | Area code and phone number **( 713 )   782 - 9100** |
|---|---|---|---|

**Texas Comptroller Official Use Only**



| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

# Texas Franchise Tax Public Information Report

Comptroller 05-102
of Public (Rev.9-11/30)
Accounts
FORM ■ **Tcode** 13196 Franchise

*To be filed by Corporations , Limited Liability Companies (LLC) and Financial institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Taxpayer number

| 3 | 0 | 1 | 1 | 3 | 2 | 6 | 4 | 4 | 6 | 6 |

■ Report year

| 2 | 0 | 1 | 9 |

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.

Taxpayer name
**WESTMONT HOSPITALITY GROUP, INC.**

Mailing address
**5847 SAN FELIPE ST STE 4600**

City **HOUSTON** State **TX** ZIP Code **77057** Plus 4

Secretary of State (SOS) file number or Comptroller file number
**0110172100**

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3011326446619

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name **MAJID MANGALJI** | Title **DIRECTOR** | Director ● YES | Term expiration | m m d d y y |
| Mailing address **5847 SAN FELIPE ST STE 4600** | City **HOUSTON** | | State **TX** | ZIP Code **77057** |
| Name **MOEZ MANGALJI** | Title **VICE PRESI** | Director ○ YES | Term expiration | m m d d y y |
| Mailing address **5847 SAN FELIPE ST STE 4600** | City **HOUSTON** | | State **TX** | ZIP Code **77057** |
| Name | Title | Director ○ YES | Term expiration | m m d d y y |
| Mailing address | City | | State | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent: **CAPITOL CORPORATE SERVICES, INC.**

○ Blacken circle if you need forms to change the registered agent or registered office information.

Office: **206 E. 9TH STREET, SUITE 1300** City **AUSTIN** State **TX** ZIP Code **78701**

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ▶ **Cindy Chin**  Title **Electronic**  Date **05-14-2019**  Area code and phone number **( 713 ) 782 - 9100**

**Texas Comptroller Official Use Only**

| VE/DE ○ | PIR IND ○ |

# Texas Franchise Tax Public Information Report

Comptroller 05-102
of Public (Rev.9-11/30)
Accounts FORM
■ **Tcode** 13196 Franchise

*To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

| ■ Taxpayer number | ■ Report year |
|---|---|
| 3 0 1 1 3 2 6 4 4 6 6 | 2 0 2 0 |

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

| Taxpayer name | | |
|---|---|---|
| **WESTMONT HOSPITALITY GROUP, INC.** | | |
| Mailing address | | Secretary of State (SOS) file number or Comptroller file number |
| **5847 SAN FELIPE ST STE 4600** | | |
| City **HOUSTON** | State **TX**  ZIP Code **77057**  Plus 4 | **0110172100** |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!*  Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3011326448620

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| **MOEZ MANGALJI** | **VICE PRESI** | ○ YES | Term expiration | |
| Mailing address **5847 SAN FELIPE ST STE 4600** | City **HOUSTON** | State **TX** | | ZIP Code **77057** |
| Name **MOEZ MANGALJI** | Title **SECRETARY** | Director ○ YES | Term expiration | m m d d y y |
| Mailing address **5847 SAN FELIPE ST STE 4600** | City **HOUSTON** | State **TX** | | ZIP Code **77057** |
| Name **MAJID MANGALJI** | Title **DIRECTOR** | Director ● YES | Term expiration | m m d d y y |
| Mailing address **5847 SAN FELIPE ST STE 4600** | City **HOUSTON** | State **TX** | | ZIP Code **77057** |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*  ○  Blacken circle if you need forms to change the registered agent or registered office information.
Agent: **CAPITOL CORPORATE SERVICES, INC.**

| Office: **206 E. 9TH STREET, SUITE 1300** | City **AUSTIN** | State **TX** | ZIP Code **78701** |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ **Cindy Chin** | Title **Electronic** | Date **05-14-2020** | Area code and phone number **( 713 )  782 - 9100** |
|---|---|---|---|

**Texas Comptroller Official Use Only**





| VE/DE ○ | PIR IND ○ |
|---|---|

**Texas Franchise Tax Public Information Report**

Comptroller 05-102
of Public (Rev.9-11/30)
Accounts
FORM

*To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions*
*This report MUST be signed and filed to satisfy franchise tax requirements*

■ **Tcode** 13196 Franchise

■ Taxpayer number

| 3 | 0 | 1 | 1 | 3 | 2 | 6 | 4 | 4 | 6 | 6 |

■ Report year

| 2 | 0 | 2 | 0 |

***You have certain rights*** under Chapter 552 and 559, Government Code,
to review, request, and correct information we have on file about you.
Contact us at (800) 252-1381or (512) 463-4600.

Taxpayer name
**WESTMONT HOSPITALITY GROUP, INC.**

Mailing address
**5847 SAN FELIPE ST STE 4600**

Secretary of State (SOS) file number or
Comptroller file number

City **HOUSTON**  State **TX**  ZIP Code **77057**  Plus 4

**0110172100**

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3011326446620

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name **MOEZ MANGALJI** | Title **DIRECTOR** | Director ● YES | Term expiration | m | m | d | d | y | y |
| Mailing address **5847 SAN FELIPE ST STE 4600** | City **HOUSTON** | | State **TX** | | | ZIP Code **77057** | | | |
| Name **MOEZ MANGALJI** | Title **DIRECTOR** | Director ● YES | Term expiration | m | m | d | d | y | y |
| Mailing address **5847 SAN FELIPE ST STE 4600** | City **HOUSTON** | | State **TX** | | | ZIP Code **77057** | | | |
| Name **MAJID MANGALJI** | Title **PRESIDENT** | Director ○ YES | Term expiration | m | m | d | d | y | y |
| Mailing address **5847 SAN FELIPE ST STE 4600** | City **HOUSTON** | | State **TX** | | | ZIP Code **77057** | | | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent: **CAPITOL CORPORATE SERVICES, INC.**

○ Blacken circle if you need forms to change
○ the registered agent or registered office information.

Office: **206 E. 9TH STREET, SUITE 1300**  City **AUSTIN**  State **TX**  ZIP Code **78701**

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

**sign here** ► **Cindy Chin**  Title **Electronic**  Date **05-14-2020**  Area code and phone number **( 713 ) 782 - 9100**

**Texas Comptroller Official Use Only**

VE/DE ○   PIR IND ○

# Texas Franchise Tax Public Information Report

Comptroller 05-102
of Public (Rev.9-11/30)
Accounts
FORM
■ **Tcode** 13196 Franchise

*To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

| ■ Taxpayer number | ■ Report year |
|---|---|
| 3 0 1 1 3 2 6 4 4 6 6 | 2 0 2 0 |

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.

| Taxpayer name | |
|---|---|
| WESTMONT HOSPITALITY GROUP, INC. | |

| Mailing address | | | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|---|
| 5847 SAN FELIPE ST STE 4600 | | | | |

| City | State | ZIP Code | Plus 4 | |
|---|---|---|---|---|
| HOUSTON | TX | 77057 | | 0110172100 |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | |
|---|---|
| Principal place of business | |

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3011326446620

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | | Director | | | m m d d y y |
|---|---|---|---|---|---|---|
| MAJID MANGALJI | | DIRECTOR | ● YES | Term expiration | | |
| Mailing address | City | | State | | ZIP Code | |
| 5847 SAN FELIPE ST STE 4600 | HOUSTON | | TX | | 77057 | |
| Name | Title | | Director | | | m m d d y y |
| MOEZ MANGALJI | | DIRECTOR | ● YES | Term expiration | | |
| Mailing address | City | | State | | ZIP Code | |
| 5847 SAN FELIPE ST STE 4600 | HOUSTON | | TX | | 77057 | |
| Name | Title | | Director | | | m m d d y y |
| | | | ○ YES | Term expiration | | |
| Mailing address | City | | State | | ZIP Code | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file. *(see instructions if you need to make changes)* | ○ Blacken circle if you need forms to change the registered agent or registered office information. |
|---|---|
| Agent: **CAPITOL CORPORATE SERVICES, INC.** | |

| Office: 206 E. 9TH STREET, SUITE 1300 | City AUSTIN | State TX | ZIP Code 78701 |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | Cindy Chin | Title Electronic | Date 05-14-2020 | Area code and phone number ( 713 ) 782 - 9100 |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ○ | PIR IND ○ |
|---|---|

# Texas Franchise Tax Public Information Report

Comptroller 05-102
of Public
Accounts (Rev.9-11/30)
FORM

*To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ **Tcode** 13196 Franchise

■ Taxpayer number

| 3 | 0 | 1 | 1 | 3 | 2 | 6 | 4 | 4 | 6 | 6 |

■ Report year

| 2 | 0 | 2 | 1 |

**You have certain rights** under Chapter 552 and 559, Government Code,
to review, request, and correct information we have on file about you.
*Contact us at (800) 252-1381or (512) 463-4600.*

Taxpayer name
**WESTMONT HOSPITALITY GROUP, INC.**

Mailing address
**5847 SAN FELIPE ST STE 4600**

Secretary of State (SOS) file number or
Comptroller file number

City     **HOUSTON**     State     **TX**     ZIP Code **77057**     Plus 4

**0110172100**

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!*  Officer, director and manager information is reported as of the date a Public Information
Report is completed. The information is updated annually as part of the franchise tax
report. There is no requirement or procedure for supplementing the information as
officers, directors, or managers change throughout the year.

‖‖‖‖‖ ‖‖‖‖ ‖‖‖‖ ‖‖‖‖ ‖‖‖‖ ‖‖‖‖ ‖‖‖‖ ‖‖‖‖ ‖‖‖‖ ‖‖‖ ‖‖‖
3011326446621

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | | Title | | Director | | | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MOEZ MANGALJI** | | **DIRECTOR** | | ● YES | Term expiration | | | | | | | |
| Mailing address **5847 SAN FELIPE ST STE 4600** | | City **HOUSTON** | | State **TX** | | | | | ZIP Code 77057 | | | |
| Name | | Title | | Director | | | m | m | d | d | y | y |
| **MAJID MANGALJI** | | **PRESIDENT** | | ○ YES | Term expiration | | | | | | | |
| Mailing address **5847 SAN FELIPE ST STE 4600** | | City **HOUSTON** | | State **TX** | | | | | ZIP Code 77057 | | | |
| Name | | Title | | Director | | | m | m | d | d | y | y |
| **MOEZ MANGALJI** | | **DIRECTOR** | | ● YES | Term expiration | | | | | | | |
| Mailing address **5847 SAN FELIPE ST STE 4600** | | City **HOUSTON** | | State **TX** | | | | | ZIP Code 77057 | | | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent: **CAPITOL CORPORATE SERVICES, INC.**

○ Blacken circle if you need forms to change
○ the registered agent or registered office information.

Office: **206 E. 9TH STREET, SUITE 1300**     City **AUSTIN**     State **TX**     ZIP Code **78701**

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

**sign here** ► **Cindy  Chin**     Title **Electronic**     Date **05-13-2021**     Area code and phone number **( 713 )  782 - 9100**

**Texas Comptroller Official Use Only**

| VE/DE | ○ | PIR IND | ○ . |

# Texas Franchise Tax Public Information Report

| Comptroller 05-102 | |
|---|---|
| of Public (Rev.9-11/30) | |
| Accounts FORM | |

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ **Tcode** 13196 Franchise

| ■ Taxpayer number | | | | | | | | | | ■ Report year | | | | *You have certain rights* under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 0 | 1 | 1 | 3 | 2 | 6 | 4 | 4 | 6 | 6 | 2 | 0 | 2 | 1 |

| Taxpayer name | WESTMONT HOSPITALITY GROUP, INC. |
|---|---|

| Mailing address | 5847 SAN FELIPE ST STE 4600 | | | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|---|---|
| City | HOUSTON | State | TX | ZIP Code 77057 | Plus 4 | 0110172100 |

⬤ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office |
|---|
| Principal place of business |

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3011326446621

**SECTION A**   Name, title and mailing address of each officer, director or manager.

| Name MOEZ MANGALJI | Title DIRECTOR | Director ⬤ YES | Term expiration | m m d d y y |
|---|---|---|---|---|
| Mailing address 5847 SAN FELIPE ST STE 4600 | City HOUSTON | State TX | ZIP Code 77057 | |
| Name MOEZ MANGALJI | Title SECRETARY | Director ◯ YES | Term expiration | m m d d y y |
| Mailing address 5847 SAN FELIPE ST STE 4600 | City HOUSTON | State TX | ZIP Code 77057 | |
| Name MAJID MANGALJI | Title DIRECTOR | Director ⬤ YES | Term expiration | m m d d y y |
| Mailing address 5847 SAN FELIPE ST STE 4600 | City HOUSTON | State TX | ZIP Code 77057 | |

**SECTION B**   Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file. *(see instructions if you need to make changes)* | | Blacken circle if you need forms to change the registered agent or registered office information. |
|---|---|---|
| Agent: CAPITOL CORPORATE SERVICES, INC. | ◯ | |
| Office: 206 E. 9TH STREET, SUITE 1300 | City AUSTIN | State TX | ZIP Code 78701 |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ Cindy Chin | Title Electronic | Date 05-13-2021 | Area code and phone number ( 713 ) 782 - 9100 |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ◯ | PIR IND ◯ |
|---|---|

# Texas Franchise Tax Public Information Report

Comptroller 05-102
of Public
Accounts (Rev.9-11/30)
FORM
■ Tcode 13196 Franchise

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
This report MUST be signed and filed to satisfy franchise tax requirements

**■ Taxpayer number**

| 3 | 0 | 1 | 1 | 3 | 2 | 6 | 4 | 4 | 6 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|

**■ Report year**

| 2 | 0 | 2 | 1 |
|---|---|---|---|

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you.*
*Contact us at (800) 252-1381or (512) 463-4600.*

Taxpayer name
**WESTMONT HOSPITALITY GROUP, INC.**

Mailing address
**5847 SAN FELIPE ST STE 4600**

Secretary of State (SOS) file number or Comptroller file number

| City | State | ZIP Code | Plus 4 |
|---|---|---|---|
| **HOUSTON** | **TX** | **77057** | |

**0110172100**

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3011326446621

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | | | | |
|---|---|---|---|---|---|---|---|
| **MOEZ MANGALJI** | **VICE PRESI** | ○ YES | Term expiration | m | m | d  d  y  y |
| Mailing address **5847 SAN FELIPE ST STE 4600** | City **HOUSTON** | State **TX** | | | | ZIP Code **77057** |
| Name **MAJID MANGALJI** | Title **DIRECTOR** | Director ● YES | Term expiration | m | m | d  d  y  y |
| Mailing address **5847 SAN FELIPE ST STE 4600** | City **HOUSTON** | State **TX** | | | | ZIP Code **77057** |
| Name | Title | Director ○ YES | Term expiration | m | m | d  d  y  y |
| Mailing address | City | State | | | | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent: **CAPITOL CORPORATE SERVICES, INC.**

○ Blacken circle if you need forms to change the registered agent or registered office information.

| Office: **206 E. 9TH STREET, SUITE 1300** | City **AUSTIN** | State **TX** | ZIP Code **78701** |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ **Cindy Chin** | Title **Electronic** | Date **05-13-2021** | Area code and phone number **( 713 ) 782 - 9100** |
|---|---|---|---|

## Texas Comptroller Official Use Only





VE/DE ○   PIR IND ○