IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANE DOES 1-4, | * | |
|      Plaintiffs, | * | |
| | * | Civil Action No. |
| v. | * | 1:21-CV-04278-WMR |
| | * | |
| RED ROOF INNS, INC., et al.; | * | |
|      Defendants. | * | |

## DEFENDANTS RED ROOF INNS, INC., FMW RRI NC, LLC, RED ROOF FRANCHISING, LLC, RRI WEST MANAGEMENT, LLC, AND RRI III, LLC'S MOTION TO SEVER PLAINTIFFS' CLAIMS

COME NOW Defendants Red Roof Inns, Inc. ("RRI"), FMW RRI NC, LLC ("FMW"), Red Roof Franchising, LLC ("RRF"), RRI West Management, LLC ("RRI West"), and RRI III, LLC ("RRI III") (collectively "Red Roof Defendants"), by and through the undersigned counsel, and hereby move to sever the Plaintiffs' claims in this action pursuant to Fed. R. Civ. P. 21 and 42(b), so that each of Plaintiffs' cases proceed individually.

While the Red Roof Defendants recognize that this will require additional trials, assuming the claims survive summary judgment, the notions of fairness, reduction of confusion, prevention of prejudice, and a lack of overlapping evidence amongst the majority of Plaintiffs' claims weigh in favor of severance in this case.

The Red Roof Defendants accordingly request that the Court sever the claims of Jane

Doe 1, Jane Doe 2, Jane Doe 3, and Jane Doe 4.

This 9th day of May, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

LEWIS BRISBOIS BISGAARD
& SMITH LLP
Bank of America Plaza
600 Peachtree Street, NE, Suite 4700
Atlanta, Georgia 30308
(404) 348-8585
(404) 467-8845 Facsimile
Chuck.Reed@lewisbrisbois.com
Adi.Allushi@lewisbrisbois.com
Emma.Fennelly@lewisbrisbois.com

/s/ Adi Allushi
CHARLES K. REED
Georgia Bar No. 597597
ADI ALLUSHI
Georgia Bar No. 852810
EMMA J. FENNELLY
Georgia Bar No. 610587

*Counsel for Defendants*
*Red Roof Inns, Inc., FMW RRI*
*NC, LLC, Red Roof*
*Franchising, LLC,*
*RRI West Management, LLC,*
*Westmont Hospitality Group,*
*Inc. and RRI III, LLC*

## RULE 7.1D CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

Dated: May 9, 2023.

/s/ Adi Allushi
Adi Allushi
Georgia Bar No. 852810

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2023 a true and correct copy of the foregoing **Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC, FMW RRI NC, LLC, RRI West Management, LLC, and RRI III, LLC's Motion to Sever Plaintiffs' Claims** was served upon the following parties and/or counsel of record via CM/ECF,  as follows:

John E. Floyd
floyd@bmelaw.com
Manoj S. Varghese
varghese@bmelaw.com
Tiana S. Mykkeltvedt
mykketlvedt@bmelaw.com
Amanda Kay Seals
seals@bmelaw.com
Michael R. Baumrind
baumrind@bmelaw.com
Amanda D. Bradley
bradley@bmelaw.com
Juliana Mesa
mesa@bmelaw.com
BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W.
Suite 3900
Atlanta, Georgia 30309

*Counsel for Plaintiffs*

Jonathan S. Tonge
jtonge@atclawfirm.com
Patrick J. McDonough
pmcdonough@atclawfirm.com
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097

*Counsel for Plaintiffs*

C. Shane Keith
skeith@hpylaw.com
Warner S. Fox
wfox@hpy.com
Elliot C. Ream, Esq.
eream@hpylaw.com
HAWKINS, PARNELL, YOUNG, LLP
303 Peachtree Street N.E., Suite 4000
Atlanta, Georgia 30308

*Counsel for Defendant Varahi Hotel, LLC*

4

John William Hammond, Esq.
PO Box 548
Marietta, GA 30061
jwhammondv@msn.com

*Counsel for Michael Tyrone Rutledge*

Rick Jason Christian, Esq.
166 Anderson Street Suite 100
Marietta, GA 30064
rjclawyer@yahoo.com

*Counsel for Martez Marquel Fuqua*

/s/ Adi Allushi
Adi Allushi
Georgia Bar No. 852810

5