# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOES 1–4,<br><br>　　　　Plaintiffs,<br>v.<br><br>WESTMONT HOSPITALITY GROUP, INC.,<br><br>　　　　Defendants. | Civil Action No.<br>1:21-cv-04278-WMR |

## JOINT MOTION TO DISMISS CLAIMS AGAINST WESTMONT HOSPITALITY GROUP, INC.

Plaintiffs Jane Does 1–4 and Defendant Westmont Hospitality Group, Inc. ("Westmont") have reached an agreement to resolve all of Plaintiffs' claims against Westmont with prejudice. Accordingly, Plaintiffs and Westmont request that the Court enter the attached Order dismissing those claims with prejudice.

Respectfully submitted this 17th day of August 2023.

　　　　　　　　　　　　　　　　　/s/Michael R. Baumrind
　　　　　　　　　　　　　　　　　John E. Floyd
　　　　　　　　　　　　　　　　　Georgia Bar No. 266413
　　　　　　　　　　　　　　　　　floyd@bmelaw.com
　　　　　　　　　　　　　　　　　Manoj S. Varghese
　　　　　　　　　　　　　　　　　Georgia Bar No. 734668
　　　　　　　　　　　　　　　　　varghese@bmelaw.com
　　　　　　　　　　　　　　　　　Tiana S. Mykkeltvedt
　　　　　　　　　　　　　　　　　Georgia Bar No. 533512
　　　　　　　　　　　　　　　　　mykkeltvedt@bmelaw.com
　　　　　　　　　　　　　　　　　Amanda Kay Seals

#3566177v1

        Georgia Bar No. 502720
        seals@bmelaw.com
        Michael R. Baumrind
        Georgia Bar No. 960296
        baumrind@bmelaw.com
        Juliana Mesa
        Georgia Bar No. 585087
        mesa@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

        Jonathan S. Tonge
        jtonge@atclawfirm.com
        Georgia Bar No. 303999
        Patrick J. McDonough
        Georgia Bar No. 489855
        pmcdonough@atclawfirm.com

ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

        ***Counsel for Plaintiffs***

#3566177v1

                      /s/ *Chelsea R. Mikula*
C. Ashley Saferight
Admitted *Pro Hac Vice*
Ashley.saferight@tuckerellis.com
Chelsea R. Mikula
Admitted *Pro Hac Vice*
Chelsea.mikula@tuckerellis.com
Sandra Wunderlich
Admitted *Pro Hac Vice*
Sandra.wunderlich@tuckerellis.com

TUCKER ELLIS, LLP-C. OH
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
(216) 696-3864 – Telephone
(216) 592-5009 – Facsimile

      ***Counsel for Defendant Westmont Hospitality Group, Inc.***

#3566177v1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **JOINT MOTION TO DISMISS CLAIMS AGAINST WESTMONT HOSPITALITY GROUP, INC.** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

This 17th day of August 2023.

                                              */s/ Michael R. Baumrind*
                                              Michael R. Baumrind
                                              Georgia Bar No. 960296

#3566177v1