IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOES 1–4,<br><br>　　　　Plaintiffs,<br>v.<br><br>WESTMONT HOSPITALITY GROUP, INC., et al.,<br><br>　　　　Defendants. | Civil Action No.<br>1:21-cv-04278-WMR |

**PROPOSED ORDER DISMISSING ALL CLAIMS AGAINST WESTMONT HOSPITALITY GROUP, INC.**

Now before this Court is Plaintiffs' and Defendant Westmont Hospitality Group, Inc.'s ("Westmont") Consent Motion to Dismiss all claims against Westmont (the "Motion"). Plaintiffs and Westmont report that they have reached an agreement to resolve all such claims with prejudice. Accordingly, for good cause shown, the Court **GRANTS** the Motion and **DISMISSES** all claims against Westmont, with each party to bear their own costs.

SO ORDERED, this ____ day of _____ 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WILLIAM M. RAY, II
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

#3566179v1

Prepared by:

| | |
|---|---|
| **BONDURANT, MIXSON & ELMORE, LLP** | **ANDERSEN, TATE & CARR, P.C.** |
| John E. Floyd | Jonathan S. Tonge |
| Georgia Bar No. 266413 | jtonge@atclawfirm.com |
| floyd@bmelaw.com | Georgia Bar No. 303999 |
| Manoj S. Varghese | Patrick J. McDonough |
| Georgia Bar No. 734668 | Georgia Bar No. 489855 |
| varghese@bmelaw.com | pmcdonough@atclawfirm.com |
| Tiana S. Mykkeltvedt | |
| Georgia Bar No. 533512 | One Sugarloaf Centre |
| mykkeltvedt@bmelaw.com | 1960 Satellite Boulevard, Suite 4000 |
| Amanda Kay Seals | Duluth, Georgia 30097 |
| Georgia Bar No. 502720 | (770) 822-0900 – Telephone |
| seals@bmelaw.com | (770) 822-9680 – Facsimile |
| Michael R. Baumrind | |
| Georgia Bar No. 960296 | |
| baumrind@bmelaw.com | |
| Juliana Mesa | |
| Georgia Bar No. 585087 | |
| mesa@bmelaw.com | |

1201 West Peachtree Street, N.W.,
Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

*__Attorneys for Plaintiffs__*

#3566179v1