**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JANE DOES 1–4,<br><br>      Plaintiffs,<br><br>v.<br><br>WESTMONT HOSPITALITY GROUP,<br>INC., et al.,<br><br>      Defendants. | Civil Action No.<br>1:21-cv-04278-WMR |

## ORDER DISMISSING ALL CLAIMS AGAINST WESTMONT HOSPITALITY GROUP, INC.

Now before this Court is Plaintiffs' and Defendant Westmont Hospitality Group, Inc.'s ("Westmont") Consent Motion to Dismiss all claims against Westmont (the "Motion"). Plaintiffs and Westmont report that they have reached an agreement to resolve all such claims with prejudice. Accordingly, for good cause shown, the Court **GRANTS** the Motion and **DISMISSES** all claims against Westmont, with each party to bear their own costs.

SO ORDERED, this 21st day of August 2023.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

Prepared by:

**BONDURANT, MIXSON &
ELMORE, LLP**
John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Manoj S. Varghese
Georgia Bar No. 734668
varghese@bmelaw.com
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykkeltvedt@bmelaw.com
Amanda Kay Seals
Georgia Bar No. 502720
seals@bmelaw.com
Michael R. Baumrind
Georgia Bar No. 960296
baumrind@bmelaw.com
Juliana Mesa
Georgia Bar No. 585087
mesa@bmelaw.com

1201 West Peachtree Street, N.W.,
Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

**ANDERSEN, TATE & CARR, P.C.**
Jonathan S. Tonge
jtonge@atclawfirm.com
Georgia Bar No. 303999
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

*Attorneys for Plaintiffs*

2