IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 1–4,<br><br>*Plaintiffs*,<br><br>v.<br><br>RED ROOF INNS, INC., *et al.*<br><br>*Defendants.* | Civil Action File No.<br><br>1:21-cv-04278-WMR |

## JOINT MOTION TO DISMISS THE REMAINING CLAIMS AGAINST DEFENDANT VARAHI HOTEL, LLC WITH PREJUDICE

Plaintiffs Jane Doe 1 and Jane Doe 2[1] and Defendant Varahi Hotel, LLC have reached an agreement to resolve all of these Plaintiffs' claims against Varahi with prejudice. Accordingly, Jane Doe 1, Jane Doe 2, and Varahi request that the Court enter the attached Order dismissing those claims with prejudice.[2]

Respectfully submitted this 29th day of August 2023.

*Signatures on following page*

---

[1] Plaintiffs Jane Doe 3 and Jane Doe 4 are not asserting claims against Varahi in this matter. Thus, the dismissal of the claims of Jane Doe 1 and Jane Doe 2 against Varahi will effectuate a complete dismissal of all remaining claims against that Defendant and will remove it from this suit.

[2] The parties seek a Court Order effectuating the dismissal of Varahi from this suit because, as the Court knows and the 11th Circuit has recently reaffirmed, the parties may not effectuate a final dismissal of only the claims against Varahi on their own by use of Rule 41. *See In re Esteva*, 60 F.4th 664, 677 (11th Cir. 2023) ("Rule 41(a) does not permit plaintiffs to pick and choose, dismissing only particular claims within an action."); *Rosell v. VMSB, Ltd. Liab. Co.*, 67 F.4th 1141, 1144 (11th Cir. 2023) ("[A] Rule 41(a)(2) dismissal can only be for an entire action, and not an individual claim."). Therefore, Movants respectfully request that the Court enter the attached Order which will dismiss of remaining claims against Varahi with prejudice via Rule 21.

1

| **BONDURANT, MIXSON & ELMORE, LLP** | **ANDERSEN, TATE & CARR, P.C.** |
|---|---|

*/s/ Tiana S. Mykkeltvedt*
John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Manoj S. Varghese
Georgia Bar No. 734668
varghese@bmelaw.com
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykkeltvedt@bmelaw.com
Amanda Kay Seals
Georgia Bar No. 502720
seals@bmelaw.com
Michael R. Baumrind
Georgia Bar No. 960296
baumrind@bmelaw.com
Juliana Mesa
Georgia Bar No. 585087
mesa@bmelaw.com

**Bondurant, Mixson & Elmore, LLP**
1201 West Peachtree Street, N.W.
Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile
*Counsel for Plaintiffs*

*/s/Patrick J. McDonough*
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com

**Andersen, Tate & Carr, P.C.**
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile
*Counsel for Plaintiffs*

**HAWKINS PARNELL & YOUNG, LLP**

*/s/C. Shane Keith*
C. Shane Keith
Georgia Bar No. 411317
skeith@hpylaw.com
Elliott C. Ream
Georgia Bar No. 528281
eream@hpylaw.com

**Hawkins Parnell & Young, LLP**
303 Peachtree Street, NE
Suite 4000
Atlanta, Georgia 30308
(404) 614-7400 – Telephone
(855) 889-4588 – Facsimile
*Counsel for Defendant*
*Varahi Hotel, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing *Joint Motion to Dismiss the Remaining Claims Against Defendant Varahi Hotel, LLC With Prejudice* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification and provide access to an electronic copy of the filing to all counsel of record.

This 29th day of August 2023.

                                        */s/ C. Shane Keith*
                                        C. Shane Keith
                                        Georgia Bar No. 411317