IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOES 1–4,<br><br>*Plaintiffs*,<br><br>v.<br><br>RED ROOF INNS, INC., *et al.*<br><br>*Defendants.* | Civil Action File No.<br><br>1:21-cv-04278-WMR |

### ORDER DISMISSING THE REMAINING CLAIMS AGAINST DEFENDANT VARAHI HOTEL, LLC WITH PREJUDICE

This matter is before the Court on the Motion of Plaintiffs Jane Doe 1 and Jane Doe 2 and Defendant Varahi Hotel, LLC seeking the dismissal with prejudice of all remaining claims against Varahi. Jane Doe 1 and Doe 2 are the only the Plaintiffs with claims against Varahi; thus, dismissal of those claims will result in the dismissal of Varahi in its entirety.

Movants correctly note that an Order of the Court is required to effectuate the requested dismissal as what is sought is dismissal of all claims against one party, but not all parties, and they, therefore, may not use Fed. R. Civ. P. 41 to voluntarily dismiss only Varahi from this suit. Therefore, Movants request that the Court exercise its discretion under Fed. R. Civ. P. 21 to drop a party. *See* Fed. R. Civ. P. 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party.").

Having reviewed the Motion, the Court finds it should be **GRANTED**. All remaining claims against Defendant Varahi Hotel, LLC are hereby dismissed with prejudice, and it is dismissed with prejudice from this suit. Each side shall bear its own costs.

The Clerk is **INSTRUCTED** to mark Defendant Varahi Hotel, LLC as a terminated party and remove its counsel from the Court's CM/ECF distribution list in this case.

**SO ORDERED**, this 31st day of August 2023.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE