# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 1-4, | CIVIL ACTION FILE |
| Plaintiffs, | NO. 1:21-cv-04278-WMR |
| RED ROOF INNS, INC., et al. | JURY TRIAL DEMANDED |
| Defendants. | Pursuant to Fed R. Civ. P. 38 |

## SUGGESTION OF DEATH

COMES NOW, Counsel for Plaintiffs, and pursuant to Fed. R. Civ. P. 25(1), hereby suggests on the record the death of Plaintiff Jane Doe 1, who died on August 15, 2023. This suggestion is based upon personal knowledge of Plaintiffs' Counsel.

Respectfully submitted this 8th day of September, 2023.

/s/ *Amanda Kay Seals*
John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Manoj S. Varghese
Georgia Bar No. 734668
varghese@bmelaw.com
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykkeltvedt@bmelaw.com
Amanda Kay Seals
Georgia Bar No. 502720
seals@bmelaw.com

Michael R. Baumrind
Georgia Bar No. 960296
baumrind@bmelaw.com
Juliana Mesa
Georgia Bar No. 585087
mesa@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com

ANDERSON, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification to all attorneys of record.

/s/ *Amanda Kay Seals*
Amanda Kay Seals
Georgia Bar No. 502720