UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Jane Doe 1, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) Case No. 1:21-cv-04278-WMR |
| v. | ) |
| | ) |
| Red Roof Inns, Inc., et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS RED ROOF INNS, INC., FMW RRI NC, LLC, RED ROOF FRANCHISING, LLC, RRI WEST MANAGEMENT, LLC, AND RRI III, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' EXPERT DR. KIMBERLY MEHLMAN-OROZCO**

In response to Plaintiffs' Motion to Exclude Testimony of Defendants' Expert Dr. Kimberly Mehlman-Orozco (ECF No. 327) ("Plaintiffs' Motion"), Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC (collectively, "Defendants"), state that they do not intend to offer such arguments at trial.

Defendants note that Plaintiffs, in seeking to exclude peripheral pieces of Dr. Mehlman-Orozco's testimony, do not challenge her central opinions or her qualifications on the topic of sex trafficking, nor do they claim that she is unqualified

1

to provide the opinions expressed in her report. Instead, Plaintiffs focus on three tangential elements of Dr. Mehlman-Orozco's report.

First, regarding alleged "testimony on legal standards" (specifically, the Trafficking Victims Protection Reauthorization Act ("TVPRA")), Defendants agree that it is not the role of an expert to determine the meaning of the law or to explain the legal standard. While that is not an opinion offered by Dr. Mehlman-Orozco in her report, Defendants agree that any discussion of the TVPRA at trial will be limited to the language of the statute and the law as the Court instructs the jury.

Second, regarding testimony on the misidentification of trafficking at airports, this information was provided as background and context and is supported by reliable evidence, but to preserve judicial resources, Defendants can agree that Dr. Mehlman-Orozco will not offer that background information at trial.

Third, regarding secondary exploitation, Dr. Mehlman-Orozco is one of the nation's top sex trafficking experts and has been recognized as such in state and federal courts. Her opinions are reliable and based on state-of-the-art science and research, including her opinions on secondary exploitation, as shown through her expert report and relevant citations. But to streamline the issues in this case and preserve judicial resources, Defendants aver that Dr. Mehlman-Orozco will not offer opinions on secondary exploitation.

As Defendants have agreed not to offer the three challenged opinions at trial, they respectfully request this Court deny Plaintiffs' Motion as moot.

Dated: October 16, 2023  Respectfully submitted,

/s/ *Marcella C. Ducca*
Marcella C. Ducca (Ga. Bar No. 115079)
Brandon D. Cox (Ga. Bar No. 832025)
GREENBERG TAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com

Sandra J. Wunderlich (*pro hac vice*)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO 63102-1822
Telephone:  314.256-2550
Facsimile:   314.256-2549
sandra.wunderlich@tuckerellis.com

Chelsea Mikula (*pro hac vice*)
C. Ashley Saferight (*pro hac vice*)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:  216.592-5000
Facsimile:    216.592-5009
chelsea.mikula@tuckerellis.com
ashley.saferight@tuckerellis.com

*Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC*

## LOCAL RULE 7.1(D) CERTIFICATION

Counsel certifies that this brief has been prepared with Times New Roman size 14 pt font, which is one of the font and point selections approved by the Court in Local Rule 5.1. This brief does not contain more than 10 characters per inch of type.

Dated: October 16, 2023

*/s/ Marcella C. Ducca*
Marcella C. Ducca (Ga. Bar No. 115079)

*One of the Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification to all attorneys of record. Respectfully submitted this 16th day of October 2023.

Dated: October 16, 2023

      /s/ Marcella C. Ducca
      Marcella C. Ducca (Ga. Bar No. 115079)

      *One of the Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC*