IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 2-4 and CAROLYN LEVY GILLIAM as the ADMINISTRATOR OF THE ESTATE OF JANE DOE 1, <br><br> Plaintiffs, <br><br> v. <br><br> RED ROOF INNS, INC.; <br> FMW RRI NC, LLC; <br> RED ROOF FRANCHISING, LLC; <br> RRI WEST MANAGEMENT, LLC; <br> VAHARI HOTEL, LLC; <br> WESTMONT HOSPITALITY GROUP, INC.; and <br> RRI III, LLC, <br><br> Defendants. | Civil Action No. <br> 1:21-cv-4278-WMR |

## <u>AMENDED PROPOSED PRETRIAL ORDER</u>

Plaintiffs Jane Does 1, Jane Doe 2, Jane Doe 3, and Jane Doe 4 and Defendants

Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West

Management, LLC, and RRI III, LLC, by and through their undersigned counsel,

submit this proposed consolidated pretrial order.

**1.**

**There are no motions or other matters pending for consideration by the
court except as noted:**

1

As of the date of this filing, the parties' motions *in limine* and *Daubert* motions are currently pending.

**2.**

**All discovery has been completed, unless otherwise noted, and the court will not consider any further motions to compel discovery. (Refer to LR 37.1B). Provided there is no resulting delay in readiness for trial, the parties shall, however, be permitted to take the depositions of any persons for the preservation of evidence and for use at trial.**

Pursuant to agreement, the parties are completing the depositions of expert witnesses and will cooperate to schedule trial depositions, if any.

**3.**

**Unless otherwise noted, the names of the parties as shown in the caption to this Order and the capacity in which they appear are correct and complete, and there is no question by any party as to the misjoinder or non-joinder of any parties.**

As of the date of this filing, the names of the parties are correctly identified.

**4.**

**Unless otherwise noted, there is no question as to the jurisdiction of the court; jurisdiction is based upon the following code sections. (When there are multiple claims, list each claim and its jurisdictional basis separately.)**

This Court has subject matter jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1331 because Plaintiffs assert claims arising under 18 U.S.C. § 1595(a), and pursuant to 28 U.S.C. § 1367 because Plaintiffs' state law claims form part of the same case or controversy as their federal law claims. There is no dispute as to jurisdiction.

**5.**

The following individually-named attorneys are hereby designated as lead counsel for the parties:

**Plaintiff:**

Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykkeltvedt@bmelaw.com
BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

**Defendants:**
Chelsea R. Mikula
Ohio Bar No. 0086453
chelsea.mikula@tuckerellis.com
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, Ohio 44113
(216) 592-5000 – Telephone
(216) 592-5009 – Facsimile

Sandra J. Wunderlich
Missouri Bar No. 39019
sandra.wunderlich@tuckerellis.com

TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO 63102
(314) 256-2544 - Telephone

**Other parties:**

None

<div align="center">

**6.**

</div>

**Normally, the plaintiff is entitled to open and close arguments to the jury. (Refer to LR39.3(B)(2)(b)).  State below the reasons, if any, why the plaintiff should not be permitted to open arguments to the jury.**

    None.

<div align="center">

**7.**

</div>

**The captioned case shall be tried ( X ) to a jury or (\_\_\_\_\_) to the court without a jury, or (\_\_\_\_\_) the right to trial by jury is disputed.**

<div align="center">

**8.**

</div>

**State whether the parties request that the trial to a jury be bifurcated, i.e. that the same jury consider separately issues such as liability and damages. State briefly the reasons why trial should or should not be bifurcated.**

Plaintiffs request to bifurcate the consideration of punitive damages pursuant to O.C.G.A. §51-12-5.1(d), which provides that "the trier of fact shall first resolve from the evidence produced at trial whether an award of punitive damages shall be made." Then, "[i]f it is found that punitive damages are to be awarded, the trial shall immediately be recommenced in order to receive such evidence as is relevant to a

<div align="center">

4

</div>

decision regarding what amount of damages will be sufficient to deter, penalize, or punish the defendant in light of the circumstances of the case."

Defendants do not agree to Plaintiffs' request for bifurcation at this time but will meet and confer with Plaintiffs' counsel.

**9.**

**Attached hereto as Attachment "A" and made a part of this order by reference are the questions which the parties request that the court propound to the jurors concerning their legal qualifications to serve.**

The parties do not request any additions to Judge Ray's standard jury qualification questions.

**10.**

**Attached hereto as Attachment "B-1" are the general questions which plaintiff wishes to be propounded to the jurors on voir dire examination. Attached hereto as Attachment "B-2" are the general questions which defendant wishes to be propounded to the jurors on voir dire examination. Attached hereto as Attachment "B-3", "B-4", etc. are the general questions which the remaining parties, if any, wish to be propounded to the jurors on voir dire examination. The court, shall question the prospective jurors as to their address and occupation and as to the occupation of a spouse, if any.  Counsel may be permitted to ask follow-up questions on these matters.  It shall not, therefore, be necessary for counsel to submit questions regarding these matters. The determination of whether the judge or counsel will propound general voir dire questions is a matter of courtroom policy which shall be established by each judge.**

**11.**

**State any objections to plaintiff's voir dire questions:** *See* below.

**State any objections to defendant's voir dire questions:**  *See* below.

**State any objections to the voir dire questions of the other parties, if any:**

**12.**

**All civil cases to be tried wholly or in part by jury shall be tried before a jury consisting of not less than six (6) members, unless the parties stipulate otherwise.  The parties must state in the space provided below the basis for any requests for additional strikes.  Unless otherwise directed herein, each side as a group will be allowed the number of peremptory challenges as provided by 28 U.S.C. § 1870.  See Fed.R.Civ.P. 47(b).**

Given the potentially sensitive nature of the subject matter of the lawsuit, which may involve discussion of sex trafficking and prostitution, including physical violence, sexual violence, and sexual trauma, the parties propose a larger panel of 40 potential jurors and a total of 6 peremptory challenges.

Furthermore, given the nature of the facts at issue, the parties also propose that the jurors complete a questionnaire in advance of voir dire. A questionnaire permits jurors to disclose sensitive information in a more discreet manner than if questions were posed in open court.

Attachment "B-3" is a proposed juror questionnaire. The parties have agreed to all but a few of the questions.  The disputed questions are shown in yellow highlight in Attachment "B-3."  Defendants have not agreed to the inclusion of those

questions, but the parties have agreed to continue to confer in an effort to reach

agreement

### 13.

**State whether there is any pending related litigation.  Describe briefly, including style and civil action number.**

**Plaintiffs' position**: *W.K. v. Red Roof Inns, Inc. et al,* civil action no. 1:20-cv-5263-

VMC, involves similar factual allegations and legal claims arising out of alleged sex

trafficking and prostitution at the same two Red Roof Inn hotels.

**Defendants' position**: There are no related cases. The W.K. case involves different

plaintiffs, different traffickers, at different time periods and therefore does not arise

out of the same or similar occurrences as this case.

### 14.

**Attached hereto as Attachment "C" is plaintiff's outline of the case which includes a succinct factual summary of plaintiff's cause of action and which shall be neither argumentative nor recite evidence.  All relevant rules, regulations, statutes, ordinances, and illustrative case law creating a specific legal duty relied upon by plaintiff shall be listed under a separate heading.  In negligence cases, each and every act of negligence relied upon shall be separately listed.  For each item of damage claimed, plaintiff shall separately provide the following information:  (a) a brief description of the item claimed, for example, pain and suffering; (b) the dollar amount claimed; and (c) a citation to the law, rule, regulation, or any decision authorizing a recovery for that particular item of damage.  Items of damage not identified in this manner shall not be recoverable.**

### 15.

**Attached hereto as Attachment "D" is the defendant's outline of the case which includes a succinct factual summary of all general, special, and affirmative defenses relied upon and which shall be neither argumentative nor**

recite evidence.  All relevant rules, regulations, statutes, ordinances, and illustrative case law relied upon as creating a defense shall be listed under a separate heading.  For any counterclaim, the defendant shall separately provide the following information for each item of damage claimed: (a) a brief description of the item claimed; (b) the dollar amount claimed; and (c) a citation to the law, rule, regulation, or any decision authorizing a recovery for that particular item of damage.  Items of damage not identified in this manner shall not be recoverable.

## 16.

Attached hereto as Attachment "E" are the facts stipulated by the parties.  No further evidence will be required as to the facts contained in the stipulation and the stipulation may be read into evidence at the beginning of the trial or at such other time as is appropriate in the trial of the case.  It is the duty of counsel to cooperate fully with each other to identify all undisputed facts.  A refusal to do so may result in the imposition of sanctions upon the noncooperating counsel.

Plaintiffs have proposed stipulations of fact. Defendants are considering the proposed stipulations of fact and the parties have agreed to confer.

## 17.

**The legal issues to be tried are as follows:**

**By Plaintiffs:**

(1) Whether Defendants engaged in racketeering activity, in violation of O.C.G.A. §§ 16-6-9, 16-6-10, 16-6-11, 16-14-3, and/or 16-5-46.

(2) Whether FMW, RRI West, RRI, and Red Roof Franchising (Collectively "Smyrna Red Roof Defendants") are liable to Plaintiffs under the TVPRA 18 U.S.C. § 1595.

(3) Whether RRI III, RRI West, RRI, and Red Roof Franchising (Collectively "Buckhead Red Roof Defendants") are liable to Plaintiffs under the TVPRA, 18 U.S.C. § 1595.

(4)  Whether Smyrna Red Roof Defendants RRI, and Red Roof Franchising, and RRI West are liable to Plaintiffs for violating the Georgia Racketeer Influenced and Corrupt Organizations Act, O.C.G.A. §§ 16-14-4, 16-14-6.

(5)  Whether Buckhead Red Roof Defendants are liable to Plaintiffs for violating the Georgia Racketeer Influenced and Corrupt Organizations Act, O.C.G.A. §§ 16-14-4, 16-14-6.

(6)  Whether Smyrna Red Roof Defendants are liable to Plaintiffs in negligence.

(7)  Whether Buckhead Red Roof Defendants are liable to Plaintiffs in negligence.

(8)  Whether the Defendants are liable to Plaintiffs for damages, and the amount of such damages, including general damages, compensatory damages, economic damages, consequential damages, punitive damages.

(9)  Whether the Defendants are liable to Plaintiffs for costs, expenses and reasonable attorneys' fees including fees pursuant to the TVPRA, Georgia RICO, O.C.G.A. § 13-6-11, and O.C.G.A. §9-11-68(e) and any other fee-shifting statute.

(10)  Whether Plaintiffs are entitled to punitive damages against Defendants.

(11)  Any additional legal issues raised by any affirmative defenses or counterclaims Defendants may assert.

**By Defendants:**

(1)  Whether Plaintiffs' negligence claims are time-barred by the two-year statute of limitations, which accrued when there was a negligent act coupled with a proximately resulting injury. O.C.G.A. § 9-3-33.

(2)  Whether Plaintiffs' Georgia civil RICO claims are time-barred by the five-year statute of limitations. O.C.G.A. § 16-14-8.

(3) Whether Defendants can be held liable for allegations of trafficking occurring at the Smyrna location after Varahi Hotels, LLC (Varahi) franchised Smyrna on December 14, 2012 or thereafter, including whether franchisee Varahi was an agent or apparent agent of Defendants, and whether Defendants owed a duty to Plaintiffs after that time.

(4) Whether Defendant Red Roof Franchising, as the franchisor of the Smyrna property after December 14, 2012, or any Red Roof Defendant can be held vicariously liable for the acts or omissions of the franchisee, Varahi, including whether any Defendant obligated itself to pay the debts of Varahi, and whether Varahi was an alter ego of the franchisor.

(5) Whether Red Roof Defendants maintained ownership, operation, and/or control of the Smyrna property after it was franchised to Varahi on December 14, 2012.

(6) Whether Plaintiffs can meet their burden to prove that Defendants are liable for negligence, including whether the  intervening criminal actions of third parties (the traffickers, John Doe Johns, and John/Jane Doe Accomplices) were reasonably foreseeable, which would trigger a duty to take ordinary precautions to protect against a third party's intervening criminal acts. O.C.G.A. § 51-3-1.

(7) Whether Plaintiffs had superior knowledge of the specific dangers of the commercial sex trade as compared to Defendants.

(8) Whether and what percentage of fault should be apportioned to various non-parties identified in Defendants' Notices of Intent to Seek Apportionment of Fault Against Non-Parties (ECF Doc. Nos. 66, 67, 68, 69, 302, and 312), including: Plaintiffs' various alleged traffickers; the alleged purchasers of sex and sexual acts performed by Plaintiffs (John Doe Johns); individuals who allegedly provided help and assistance to Plaintiffs' traffickers (John and Jane Doe Accomplices); owners and operators of additional hotels where Plaintiffs were allegedly trafficked; online websites were Plaintiffs were allegedly subjected to online advertising for the sale of illegal commercial sex; Varahi Hotels, LLC (Varahi) franchisee and owner/operator of the Smyrna location starting on December 14, 2012;  and security companies providing security

services at the Smyrna and Buckhead locations during some or all of the time periods of Plaintiffs' alleged trafficking. O.C.G.A. § 51-12-33.

(9) Whether the acts or omissions of any third party (including those for whom apportionment of fault is sought) constitutes a superseding/intervening cause such that the alleged causal connection was broken between Defendants' alleged acts or omissions and Plaintiffs' alleged injuries.

(10) Whether Plaintiffs engaged in acts of voluntary commercial sex (prostitution) or were trafficked as required by the TVPRA by means of force, threats of force, fraud, or coercion. 18 U.S.C. § 1591.

(11) Whether Defendants can be held liable as a beneficiary under the TVPRA, including whether Defendants directly and knowingly participated in a venture with Plaintiffs' alleged traffickers, which they knew or should have known was a violation of the TVPRA, whether Defendants knowingly benefitted from Plaintiffs' alleged trafficking, and whether Defendants knew or should have known that each individual Plaintiff was being trafficked in violation of the TVPRA. 18 U.S.C. § 1595.

(12) Whether Plaintiffs' recovery is barred because they engaged in the commission of any alleged predicate act under GA RICO, and cannot recover for any crimes that they committed.

(13) Whether recovery for each Plaintiff's injuries should be limited or barred as a result of her own contributory and comparative fault, due to her own intentional, negligent, or criminal conduct which contributed to or caused her alleged injuries and damages, including whether each Plaintiff assumed the risk of injury.

(14) Whether Plaintiffs' alleged injuries and damages are fully or partially due to pre-existing and subsequent conditions and events unrelated to the alleged trafficking, including but not limited to health or mental health conditions, physical, mental, and sexual abuse, and drug use, abuse, and dependence.

(15) Whether Defendants can be held liable for claims by Jane Does 1 and 2 with respect to allegations of trafficking occurring at the Smyrna location, including whether franchisee Varahi (or any agent or employee of Varahi) was an agent or apparent agent of any of the Defendants.

(16) Whether Plaintiffs can meet their burden to prove that Defendants violated GA RICO, including whether Defendants were involved in a pattern of racketeering activity, whether each Plaintiff was the intended target of any alleged predicate act, and whether each Plaintiff's injury was the direct result of a predicate act targeted toward her, such that she was the intended victim. O.C.G.A § 16-14-4.

(17) Whether Plaintiffs can meet their burden to prove that Defendants directly and knowingly engaged in trafficking an individual for sexual servitude or keeping a place of prostitution in violation of GA RICO, or intentionally encouraged, aided, or abetted another to commit those crimes. O.C.G.A. § 16-14-1, *et. seq.*

(18) Whether Plaintiffs can meet their burden to prove that any act or omission allegedly committed by an agent or employee of Defendants, and that is alleged to constitute evidence of negligence, a violation of the TVPRA, or of Georgia RICO, whether such act was committed within the course and scope of his employment and on behalf of Defendants.

(19) Whether Plaintiffs can meet their burden to prove that Defendants knowingly and willfully joined a conspiracy with a common plan or purpose to commit two or more predicate acts in violation of GA RICO, and whether an overt act to effect the object of the conspiracy was committed.

(20) Whether Plaintiffs' claims are barred or limited by the doctrines of acquiescence, waiver, estoppel, or laches.

(21) Whether Plaintiffs' claims are barred because they have released, settled, entered into accord and satisfaction, or otherwise compromised their claims.

(22) The amount and extent of alleged injuries and damages incurred by each Plaintiff, and whether Plaintiffs' alleged injuries and damages were proximately caused by Defendants.

(23) Whether Plaintiffs are entitled to an award of punitive damages.

(24) Whether Plaintiffs are entitled to an award of attorney's fees.

## 18.

**Attached hereto as Attachment "F-1" for the plaintiff, Attachment "F-2" for the defendant, and Attachment "F-3", etc. for all other parties is a list of all the witnesses and their addresses for each party. The list must designate the witnesses whom the party will have present at trial and those witnesses whom the party may have present at trial. Expert (any witness who might express an opinion under Rule 702), impeachment and rebuttal witnesses whose use as a witness can be reasonably anticipated must be included. Each party shall also attach to the list a reasonable specific summary of the expected testimony of each expert witness. All of the other parties may rely upon a representation by a designated party that a witness will be present unless notice to the contrary is given ten (10) days prior to trial to allow the other party(s) to subpoena the witness or to obtain the witness' testimony by other means. Witnesses who are not included on the witness list (including expert, impeachment and rebuttal witnesses whose use should have been reasonably anticipated) will not be permitted to testify, unless expressly authorized by court order based upon a showing that the failure to comply was justified.**

## 19.

**Attached hereto as Attachment "G-1" for the plaintiff, "G-2" for the defendant, and "G3", etc. for all other parties are the typed lists of all documentary and physical evidence that will be tendered at trial. Learned treatises which are expected to be used at trial shall not be admitted as exhibits. Counsel are required, however, to identify all such treatises under a separate heading on the party's exhibit list.**

**Each party's exhibits shall be numbered serially, beginning with 1, and without the inclusion of any alphabetical or numerical subparts. Adequate space must be left on the left margin of each party's exhibit list for court stamping purposes. A courtesy copy of each party's list must be submitted for use by the judge.**

**Prior to trial, counsel shall mark the exhibits as numbered on the attached lists by affixing numbered yellow stickers to plaintiff's exhibits, numbered blue stickers to defendant's exhibits, and numbered white stickers to joint exhibits. When there are multiple plaintiffs or defendants, the surname of the particular plaintiff or defendant shall be shown above the number on the stickers for that party's exhibits. Specific objections to another party's exhibits must be typed on a separate page and must be attached to the exhibit list of the party against whom the objections are raised. Objections as to authenticity, privilege, competency, and, to the extent possible, relevancy of the exhibits shall be included. Any listed document to which an objection is not raised shall be deemed to have been stipulated as to authenticity by the parties and shall be admitted at trial without further proof of authenticity. Unless otherwise noted, copies rather than originals of documentary evidence may be used at trial. Documentary or physical exhibits may not be submitted by counsel after filing of the pretrial order, except upon consent of all the parties or permission of the court. Exhibits so admitted must be numbered, inspected by counsel, and marked with stickers prior to trial.**

**Counsel shall familiarize themselves with all exhibits (and the numbering thereof) prior to trial. Counsel will not be afforded time during trial to examine exhibits that are or should have been listed.**

For the Court's convenience, the Parties' objections to the other sides' exhibits are noted in an "Objections" column on each exhibit list, rather than on a separate page attached to the exhibit list.

The parties have agreed to exchange marked exhibits by November 3, 2023.

## 20.

**The following designated portions of the testimony of the persons listed below may be introduced by deposition:**

The parties' deposition designations and counter-designations/objections are included as Attachments "J-1" and "J-2."  The parties will continue to confer in advance of trial to narrow the areas of dispute for the deposition designations.

**Any objections to the depositions of the foregoing persons or to any questions or answers in the depositions shall be filed in writing no later than the day the case is first scheduled for trial.  Objections not perfected in this manner will be deemed waived or abandoned.  All depositions shall be reviewed by counsel and all extraneous and unnecessary matter, including non-essential colloquy of counsel, shall be deleted.  Depositions, whether preserved by stenographic means or videotape, shall not go out with the jury.**

**21.**

**Attached hereto as Attachments "H-1" for the plaintiff, "H-2" for the defendant, and "H-3", etc. for other parties, are any trial briefs which counsel may wish to file containing citations to legal authority concerning evidentiary questions and any other legal issues which counsel anticipate will arise during the trial of the case.  Limitations, if any, regarding the format and length of trial briefs is a matter of individual practice which shall be established by each judge.**

The parties will submit trial briefs, if any, to the Court at least fourteen (14) days before the start of the trial.

**22.**

**In the event this is a case designated for trial to the court with a jury, requests for charge must be submitted no later than 9:30 a.m. on the date on which the case is calendared (or specially set) for trial.  Requests which are not timely filed and which are not otherwise in compliance with LR 51.1, will not be considered.  In addition, each party should attach to the requests to charge a short (not more than one (1) page) statement of that party's contentions, covering both claims and defenses, which the court may use in its charge to the jury.**

**Counsel are directed to refer to the latest edition of the Eleventh Circuit District Judges Association's Pattern Jury Instructions and Devitt and**

Blackmar's Federal Jury Practice and Instructions in preparing the requests to charge.  For those issues not covered by the Pattern Instructions or Devitt and Blackmar, counsel are directed to extract the applicable legal principle (with minimum verbiage) from each cited authority.

**23.**

If counsel desire for the case to be submitted to the jury in a manner other than upon a general verdict, the form of submission agreed to by all counsel shall be shown in Attachment "I" to this Pretrial Order.  If counsel cannot agree on a special form of submission, parties will propose their separate forms for the consideration of the court.

The Plaintiffs' proposed verdict form is included as Attachment "I-1."

Defendants will submit their proposed verdict form in advance of the pre-trial conference.

**24.**

Unless otherwise authorized by the court, arguments in all jury cases shall be limited to one-half hour for each side.  Should any party desire any additional time for argument, the request should be noted (and explained) herein.

The parties request that they be permitted up to one hour (for each side) for opening statements and closing arguments.

**25.**

If the case is designated for trial to the court without a jury, counsel are directed to submit proposed finding of fact and conclusions of law not later than the opening of trial.

**26.**

Pursuant to LR 16.3, lead counsel and persons possessing settlement authority to bind the parties met in person on March 14, 2023, to discuss in good faith the possibility of settlement of this case.  The court (_____) has or (___X_) has not discussed settlement of this case with counsel.  It appears at this time that there is: (_____) A good possibility of settlement. (_____) Some

possibility of settlement. (__X__) Little possibility of settlement. (_____) No possibility of settlement.

### 27.

Unless otherwise noted, the court will not consider this case for a special setting, and it will be scheduled by the clerk in accordance with the normal practice of the court.

### 28.

The plaintiff estimates that it will require 7–10 days to present its evidence. The defendant estimates that it will require 5-7 days to present its evidence. The other parties estimate that it will require _____ days to present their evidence. It is estimated that the total trial time is 12–17 days.

Pursuant to the Court's Order of August 3, 2023, the Court has set a trial date

of November 27, 2023, and has allotted three (3) weeks for the conduct of this trial.

### 29.

IT IS HEREBY ORDERED that the above constitutes the pretrial order for the above captioned case (_____) submitted by stipulation of the parties or (_____) approved by the court after conference with the parties.

IT IS FURTHER ORDERED that the foregoing, including the attachments thereto, constitutes the pretrial order in the above case and that it supersedes the pleadings which are hereby amended to conform hereto and that this pretrial order shall not be amended except by Order of the court to prevent manifest injustice. Any attempt to reserve a right to amend or add to any part of the pretrial order after the pretrial order has been filed shall be invalid and of no effect and shall not be binding upon any party or the court, unless specifically authorized in writing by the court. IT IS SO ORDERED this _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE

*Signatures of counsel follow on the next page.*

Each of the undersigned counsel for the parties hereby consents to entry of the foregoing pretrial order, which has been prepared in accordance with the form pretrial order adopted by this court.


/s/ Tiana S. Mykkeltvedt                                /s/ Chelsea R. Mikula
Tiana S. Mykkeltvedt                                    Chelsea R. Mikula
**Counsel for Plaintiffs**                              **Counsel for Defendants**

**Attachment "B-1"**
**Plaintiffs' Voir Dire Questions**

1.  Do you have any prejudices or biases against individuals who make claims or initiate legal proceedings?

2.  Do you believe that jury verdicts are too high these days?  Why?

3.  Do you feel that there should be a cap or a limit on how much a jury can award in damages?

4.  Do you believe that you would have a hard time awarding money damages in a case where there is only pain and suffering, and not necessarily a visible physical injury?

5.  Do you believe that it is too easy for Plaintiffs to bring cases to trial?

6.  Because this is a civil lawsuit, the Court will tell you that for a plaintiff to prove their case, they only need to show that something is more likely true than not—a rule called preponderance of the evidence. Is there anyone here who thinks they would have trouble finding in favor of the party that only has to show that something  is more likely true than not?

7.  Have you or someone close to you ever experienced memory loss from a traumatic injury?

8.  Have you or someone close to you ever experienced flashbacks from a traumatic event?

9.  Have you or someone close to you ever had to relive a traumatic experience from your past?

10. Does anyone here disagree that repeated trauma, like being assaulted over and over again, makes the injury worse?

11. Does anyone disagree that trauma and mental anguish from sexual assault can be different and sometimes more traumatic than other types of physical injuries, like a broken leg?

12. Have you read or seen any news coverage about sex trafficking?

13. Have you watched any documentary, TV shows or movies that involved sex trafficking?

14. Do you believe that sex trafficking is a danger to the community?   Y/N

15. Do you approve of the job that President Trump did during his time in office?
    Y/N

16. At the end of this case, the Court may instruct the jury to consider certain damages. If supported by the evidence, could you award damages to compensate a victim of sexual assault for her mental anguish?

17. Punitive damages are assessed, at the discretion of the jury, to punish the defendant or set an example. If supported by the evidence, could you follow the law and award punitive damages?  Or, despite what the evidence shows, who would have a difficult time awarding punitive damages against a company?

18. Are you, any family members, or close friends, members of CALA (Citizens Against Lawsuit Abuse) or any other organization favoring tort reform?

**Attachment "B-3"**
**Proposed Juror Questionnaire**

**\*\*Yellow Highlight indicates that Defendants have not agreed to the inclusion of these questions. The parties are continuing to confer.**

1.   Name: _____

     Age: _____

     Juror Number as on Summons: _____

2,   Gender: _____ Male   _____ Female _____ Other

3.   What is your current marital status?

     Single, or Never Married

     Partnered

     Married

     Separated

     Divorced

     Widowed

4.   What is your approximate yearly household income? _____

5.   Are you a parent?   Y/N

6.   Where were you born and raised?

     Born: _____   Raised: _____

7.   Is English your native language? Y/N

     If not, what is your native language? _____

6215487.1

Do you understand the English language? _____

Do you speak the English language? _____

Do you read the English language? _____

8.    What city and neighborhood or area do you live in?

_____

How long have you lived there? _____

Where did you live before you moved there? _____

How long did you live there? _____

9.    Do you own or rent your current residence? ___Own _____ Rent

10.   What is the last level of education you completed?

_____ Grade school or less    _____ Some college
_____ Some high school       _____ 2-Year college graduate
_____ High school graduate   _____ 4-Year college graduate
_____ Technical or business school
_____ Post-graduate work
_____ Professional Degree (J.D., M.D.)

Please list the degrees (if any) you have, the schools and colleges you attended and your major area of study:

_____

_____

11.   Are you currently?

_____ Employed full-time    _____ Student
_____ Employed part-time   _____ Disabled
_____ Unemployed          _____ Homemaker
_____ Retired              _____Employed – more than one job

If you are now employed:

Name and location of employer:

_____

_____

Type of business employer is in:

_____

Job title:

_____

Duties (describe briefly):

_____

_____

12.    Does your job involve supervising other people? Y/N
       How many?

       Are you involved in the hiring and firing of other employees? Y/N

       Have you ever worked in any of the following fields:

       Hotel management

       Landlord

       Safety and Security

       Law enforcement

       Insurance

       Risk Management

13.    Is your spouse/partner currently employed?  Y/N

       Name of employer _____

3

Type of business _____

14.   What is your political affiliation?

___Republican

___Democrat

___Libertarian

___Independent

___No Party

___Other Party

15.   What is your political alignment?

___Very conservative

___Somewhat conservative

___Slightly conservative

___Moderate

___Slightly Liberal

___Somewhat Liberal

___Very Liberal

16.   Have you ever had any previous experience as a juror? __ Yes   __ No

If yes, how many times? _____

Were they civil or criminal? _____

When? _____

Briefly state the nature of the case(s) involved:

_____

_____

Was the case submitted to a jury? _____ Yes      _____ No

Did you participate in the deliberations? _____ Yes      _____ No

Did the jury reach a verdict? _____ Yes      _____ No

Were you ever a foreperson on any of these jury panels?

_____ Yes      _____ No

If civil, was the verdict for the Plaintiff or Defendant? _____

If criminal, did you find the Defendant guilty or not guilty. _____

17.  Have you ever been a witness at trial (other than a divorce)? Y/N

18.  Have you ever given a desposition (other than a divorce)?  Y/N

19.  Has a claim for money damages ever been made against you or a company you work for? Y/N

     If yes, please explain:


20.  Have you or someone close to you ever been diagnosed with PTSD? Y/N

21.  Have you or someone close to you been diagnosed with clinical depressive disorder?      Y/N

22.  Have you or someone close to you been diagnosed as bi-polar?  Y/N

23.  Have you or someone close to you been diagnosed with anxiety?   Y/N

24. Have you or someone close to you suffered from addiction to drugs or alcohol?    Y/N

25. Have you ever served in the military?      Y/N

26. Have you or any of your family members ever been a member of a local union?      Y/N

27. Have you, any family members, or friends ever worked for or applied for a job with any law enforcement agency?  Y/N

    IF YES, who and for which agency?_____

28. Have you or anyone you know ever worked for an attorney or law firm?      Y/N

    IF YES, who and what was the name of the attorney or law firm?
    _____

29. Have you or someone close to you ever been a victim of a serious crime?      Y/N

30. Have you ever been a victim of domestic violence?      Y/N

31. Have you or anyone close to you been sexually assaulted?      Y/N

32. Were you, or has anyone close to you, abused as a child? Y/N

33. Have you, a close friend, or family member ever been accused of:

    A.    Threatening or intimidating another person? Y/N
    B.    Holding a person against his or her will?    Y/N
    C.    Committing any kind of physical, emotional, or domestic abuse? Y/N
    D.    Committing sexual abuse?      Y/N
    E.    Committing a sexual assault?    Y/N
    F.    Committing a violent crime?    Y/N

    Please give a brief description of any "yes" responses above.
    _____

6

6215487.1

_____

_____

34.   Have you read about or seen any news coverage about sex trafficking?
Y/N

35.   Have you or someone close to you been involved in the commercial sex
trade?        Y/N

36.   Please list the newspapers, magazines, professional journals, or
periodicals you subscribe to or read regularly.

_____

_____

7

**Attachment "C"**
**Plaintiffs' Outline of the Case**

Plaintiffs allege injuries and damages arising from the sex trafficking of Jane Doe 1, Jane Doe 2, Jane Doe 3, and Jane Doe 4 at 2200 Corporate Plaza, Smyrna, Georgia, 30080 (the "Smyrna Red Roof") and the sex trafficking of Jane Doe 1, Jane Doe 2, and Jane Doe 3 at 1960 North Druid Hills Road NE, Atlanta, Georgia, 30329 (the "Buckhead Red Roof") from 2010 to early 2017.

Plaintiffs specifically allege that Defendants controlled the Smyrna and Buckhead Red Roofs and profited from sex trafficking at both locations, making them liable for damages. Prior to December 14, 2012, FMW acted as the franchisee owner of the Smyrna Red Roof. During the relevant time period, RRI III acted as the franchisee owner of the Buckhead Red Roof. RRI West acted as the manager of the Smyrna and Buckhead Red Roofs. Red Roof Franchising had franchise agreements with FMW and RRI III and acted as the franchisor for the Smyrna and Buckhead Red Roofs. RRI owns Red Roof Franchising.

Plaintiffs assert that (1) Defendants knew or should have known that the Smyrna and Buckhead Red Roofs violated the Trafficking Victims Protection Reauthorization Act, 18 U.S.C. 1595(a) ("TVPRA") and knowingly benefited from participation in ventures that it knew or should have known engaged in sex trafficking in violation of the TVPRA; (2) Defendants knowingly permitted the

1

Smyrna and Buckhead Red Roofs to be used for prostitution and sex trafficking in violation of the Georgia Racketeer Influenced and Corrupt Organizations Act ("Georgia RICO"),  O.C.G.A. § 16-14-4(c) and O.C.G.A. § 16-14-4(a), and (3) Defendants knew or should have known of the foreseeable risk of sex trafficking, prostitution, and other crimes at the Smyrna and Buckhead Red Roof Inns and are liable to Plaintiffs for their negligence under Georgia law in not taking steps to address the risk.

Smyrna Red Roof Defendants, FMW, RRI West, RRI, and Red Roof Franchising negligently failed to keep the Smyrna Red Roof location safe and negligently failed to protect their invitees adequately and properly in breach of their duty of care.  These Smyrna Red Roof Defendants were negligent, and their negligence proximately caused Plaintiffs' injuries by:

a.   Negligently violating O.C.G.A. § 51-3-1 by failing to use ordinary care to keep the premises safe;

b.   Negligently violating O.C.G.A. § 41-1-1 by creating and maintaining a nuisance;

c.   Negligently failing to provide appropriate and effective security personnel during Plaintiffs' trafficking at the hotel;

d.   Negligently failing to properly inspect and maintain the premises;

e.   Negligently failing to properly train and supervise their employees

Error! Unknown document property name.

regarding sex trafficking at the hotel;

f.      Negligently failing to properly retain, hire, train, and supervise said employees;

g.      Negligently failing to select a franchisee qualified to operate the hotel in a safe and secure manner;

h.      Negligently failing to ensure business policies, systems, and security were adequately followed and implemented;

i.      Negligently failing to inspect, patrol, or appropriately monitor the property;

j.      Negligently failing to remediate a long history of crime at the Smyrna Red Roof and the area nearby;

k.      Negligently failing to warn invitees of known hazards at the property; and

l.      Negligently representing to invitees that the property was safe.

Buckhead Red Roof Defendants, RRI III, RRI West, RRI, and Red Roof Franchising negligently failed to keep the Buckhead Red Roof location safe and negligently failed to protect their invitees adequately and properly in breach of their duty of care.  These Buckhead Red Roof Defendants were negligent, and their negligence proximately caused Plaintiffs' injuries by:

Error! Unknown document property name.

m.    Negligently violating O.C.G.A. § 51-3-1 by failing to use ordinary care to keep the premises safe;

n.    Negligently violating O.C.G.A. § 41-1-1 by creating and maintaining a nuisance;

o.    Negligently failing to provide appropriate and effective security personnel during Plaintiffs' trafficking at the hotel;

p.    Negligently failing to properly inspect and maintain the premises;

q.    Negligently failing to properly train and supervise their employees regarding sex trafficking at the hotel;

r.    Negligently failing to properly retain, hire, train, and supervise said employees;

s.    Negligently failing to ensure business policies, systems, and security were adequately followed and implemented;

t.    Negligently failing to inspect, patrol, or appropriately monitor the property;

u.    Negligently failing to remediate a long history of crime at the Buckhead Red Roof and the area nearby;

v.    Negligently failing to warn invitees of known hazards at the property; and

w.    Negligently representing to invitees that the property was safe.

4

Plaintiffs will seek general non-economic damages, under the TVPRA, Georgia RICO, and Georgia negligence including recovery for their past, present, and future physical and mental harm and pain and suffering in a range of $2 million to $50 million per Plaintiff to be determined by the enlightened conscience of the jury. Further, any damages awarded by the jury to Plaintiffs for Defendants' violations of Georgia RICO will be trebled (i.e., an amount that is three times the compensatory damages award) as a matter of law.

Plaintiffs also seek punitive damages under the TVPRA, Georgia RICO, and Georgia negligence in an amount to be determined by the jury.  Plaintiffs intend to request between $10 million and $100 million per Plaintiff in punitive damages.

Finally, Plaintiffs will seek to recover their reasonable attorney's fees, costs, and expenses under the TVPRA, Georgia RICO, O.C.G.A. § 13-6-11, O.C.G.A. § 9-11-68(e) and any other fee-shifting authority.

Plaintiffs reserve the right to pursue all damages allowed under Georgia and Federal law for their injuries and Defendants' unlawful actions.

Plaintiffs incorporate the representative caselaw contained in their response to Defendants' motions for summary judgement.  That case law includes but is not limited to:

Representative caselaw

- *Dorsey v. State*, 279 Ga. 534, 540 (2005)

- *Williams General Corp. v. Stone*, 279 Ga. 428, 429 (2005)

- *Coggins v. State*, 275 Ga. 479, 480 (2002);

- *Whaley v. State,* 343 Ga. App. 701, 704 (2017)

- *Clemmons v. State*, 361 Ga. App. 666 (2021).

- *Fitts v. State,* 312 Ga. 134, 142 (2021).

- *Cox v. Adm'r U.S. Steel & Carnegie,* 17 F.3d 1386, 1398 (11th Cir.)

- *Fitzgerald v. State,* 10 Ga. App. 70, 77 (1911).

- *Peters v. State*, 72 Ga. App. 157, 158 (1945)*; see*

- *Shealy v. State,* 142 Ga. App. 850, 850 (1977)

- *Brannan v. State*, 43 Ga. App. 231 (1931)

- *Ward v. State,* 22 Ga. App. 786 (1918)

- *Platt v. State,* 335 Ga. App. 49, 53 (2015)

- *Basil v. State,* 22 Ga. App. 765 (1918)

- *Whaley v. State,* 343 Ga. App. 01, 704 (2017)

- *Lemery v. State*, 330 Ga. App. 623, 623 (2015)

- *Bridge v. Phoenix Bond & Indem. Co.,* 553 U.S. 639, 654 (2008)

- *Anza v. Ideal Steel Supply Corp.*, 547 U.S. 451*,* 461 (2006)

- *InterAgency v. Danco,* 203 Ga. App. 418, 424 (1992)

- *S. Intermodal Logistics, Inc. v. D.J. Powers Co*., 10 F.Supp.2d 1337, 1354

6

(S.D. Ga. 1998)

- *United States v. Pipkins,* 378 F.3d 1281, 1291 (11th Cir. 2004), *vacated on other grounds by* 544 U.S. 902

- *Pasha v. State*, 273 Ga. App. 788, 790 (2005)

- *Akintoye v. State*, 340 Ga. App. 777, 781 (2017)

- *Brown v. State,* 177 Ga. App. 284, 295 (1985)

- *Studivant v. State,* 309 Ga. 650, 651 (2020)

- *Sedima, S.P.R.L. v. Imrex Co.,* 473 U.S. 479, 499 (1985)

- *Reaugh v. Inner Harbour Hosp.,* 214 Ga. App. 259, 264 (1994)

- *Doe#1 v. Red Roof Inns, Inc.*, 21 F.4th 714, 723 (11th Cir. 2021)

- *United States v. Prather*, 205 F.3d 1265, 1270 (11th Cir. 2000)

- *United States v. Perez*, 698 F.2d 1168, 1171 (11th Cir. 1983)

- *Allen v. Bd. of Pub. Educ.*, 495 F.3d 1306 (11th Cir. 2007)

- *Matt v. Days Inns of Am., Inc.*, 212 Ga. App. 792, 794–95 (1994)

- *M.A. v. Wyndham Hotel & Resorts, Inc.,* 425 F.Supp.3d 959, 968 (S.D. Ohio 2019)

- *J.G. v. Northbrook Indus., Inc.*, 2022 WL 4482735, at *6–7 (N.D. Ga. Aug. 2, 2022)

- *G.W. v. Northbrook Indus., Inc.*, 2022 WL 1644923, at *1–4 (N.D. Ga. May

7

24, 2022)

- *Lundstrom v. Choice Hotels Int'l, Inc.*, 2021 WL 5579117, at *4 (D. Colo. Nov. 30, 2021)

- *S.Y. v. Choice Hotels Int'l, Inc.*, 2021 WL 1610101, at *4 (M.D. Fla. Apr. 26, 2021)

- *Frazier v. Godley Park Homeowners Ass'n, Inc.*, 342 Ga. App. 608, 609 (2017)

- *McGarity v. Hart Elec. Membership Corp.*, 307 Ga. App. 739, 744 (2011)

- *Handberry v. Stuckey Timberland, Inc.,* 345 Ga. App. 191, 195 (2018)

- *TGM Ashley Lakes, Inc. v. Jennings*, 264 Ga. App. 456, 462 (2003) (*en banc*)

- *Walker v. Aderhold Props., Inc.*, 303 Ga. App. 710, 713 (2010) (*en banc*)

- *Six Flags Over Ga. II, L.P. v. Martin*, 335 Ga. App. 350, 361 (2015)

- *Wade v. Findlay Mgmt., Inc.*, 253 Ga. App. 688, 690 (2002)

- *Wallace v. Boys Club*, 211 Ga. App. 534, 536 n.2 (1993)

- *Gustin v. Nicoll*, 824 F. App'x 875, 877–78 (11th Cir. 2020)

- *Kahn v. Visador Holding Corp.*, No. 2:07-cv-73, 2009 WL 10668538, **2–3 (N.D. Ga. Jul. 17, 2009)

- *Marietta v. Godwin*, 106 Ga. App. 113, 116–17 (1962)

8

- *German Am. Mut. Life Ass'n v. Farley*, 102 Ga. 720, 737 (1897)

- *Shadow v. Fed. Exp. Corp.*, 359 Ga. App. 772, 779 (2021)

- *Sturbridge Partners v. Walker*, 267 Ga. 785 786(1997)

- *Remediation Res., Inc. v. Balding*, 281 Ga. App. 31 (2006).

- *Georgia CVS Pharmacy v. Carmichael,* 362 Ga. App. 59 (2023)

**Error! Unknown document property name.**

**Attachment "D"**
**Defendants' Statement of the Case**

Defendants deny that they are liable to Plaintiffs Jane Does 1-4 for sex trafficking that allegedly occurred at various hotels, over different periods of time, by different traffickers, under any theory of liability, including negligence, violations of the Trafficking Victims Protection Reauthorization Act, 18 U.S.C. 1595(a) ("TVPRA"), or pursuant to Georgia's civil RICO statute, O.C.G.A. § 16-14-4 (a) & (c) (GA RICO). Plaintiffs allege that that they were trafficked at multiple hotels, including two hotel properties under the Red Roof brand: (1) 2200 Corporate Plaza, Smyrna, Georgia 30080 (Smyrna property); and (2) 1960 N. Druid Hills, Atlanta, Georgia 30329 (Buckhead property). Prior to December 14, 2012, the Smyrna property was owned by Defendant FMW RRI NC, LLC and operated by Defendant RRI West Management, LLC (RRI West). On December 14, 2012, the Smyrna property was purchased by an independent third-party franchisee, former Defendant Varahi Hotels, LLC (Varahi), who entered into a franchise agreement with Red Roof Franchising (RRF) to operate the Smyrna property as a franchise Red Roof location. At all relevant times, the Buckhead location was owned by RRI III, LLC and was operated by RRI West. Red Roof Inns, Inc. employed certain employees at the Buckhead property, and at the Smyrna property prior to December 14, 2012.

Any alleged injuries and damages incurred by Plaintiffs were not proximately caused by any acts or omissions of Defendants, and instead were caused by the acts or omissions of others for whom Defendants bear no legal responsibility, including: Plaintiffs' various alleged traffickers; the alleged purchasers of sex and sexual acts allegedly performed by Plaintiffs (John Doe Johns); individuals who allegedly provided help and assistance to Plaintiffs' traffickers (John and Jane Doe Accomplices); owners and operators of other hotels where Plaintiffs were allegedly trafficked; online websites where Plaintiffs were allegedly subjected to online advertising for the sale of illegal commercial sex; Varahi Hotels, LLC (Varahi), the franchisee and owner/operator of the Smyrna location starting on December 14, 2012; and security companies providing security services at the Smyrna and Buckhead locations during some or all of the time periods of Plaintiffs' alleged trafficking. The acts and omissions of these third parties are superseding/intervening actions such that the causal chain is broken between any act or omission by Defendants and Plaintiffs' alleged injuries.

Each Plaintiff's alleged injuries and damages were caused by her own intentional, negligent, or criminal conduct. Each Plaintiff assumed the risk of injury. Plaintiffs' alleged injuries and damages are fully or partially due to her own pre-existing or subsequent conditions and events unrelated to the alleged trafficking at Red Roof properties, including but not limited to health or mental health conditions,

physical, mental, and sexual abuse, childhood or other trauma, criminal history, and drug use, abuse, and dependence, etc.

Plaintiffs' negligence claims are time barred by the two-year statute of limitations, which accrued on the date that the alleged sex trafficking occurred. Likewise, one or more Plaintiffs' GA RICO claims are time-barred by the five-year statute of limitations.

Defendants did not owe or breach any legal duty to Plaintiffs, and had no knowledge of sex trafficking with respect to the individual Plaintiffs and/or their alleged traffickers at the Smyrna or Buckhead properties, and had no knowledge, nor should they have known that each Plaintiff specifically was being trafficked. The Smyrna property was not owned, operated, or controlled by any Defendant after it was franchised by former Defendant, Varahi Hotels, LLC (Varahi) on December 14, 2012. Varahi was neither an actual nor apparent agent of any Defendants, and Plaintiffs have expressly disclaimed any claims against or liability of Defendants arising out of the acts or omissions of Varahi and its employees and agents.

The intervening criminal acts of the third-party traffickers, John Doe Johns, and John/Jane Doe Accomplices as alleged by Plaintiffs were not reasonably foreseeable, because Defendants had no knowledge of sex trafficking with respect to the individual Plaintiffs and/or their alleged traffickers at the Smyrna or Buckhead properties. Accordingly, Defendants owed no duty to protect Plaintiffs from

unforeseeable criminal acts of their traffickers John Doe Johns, or the John/Jane Doe Accomplices. Additionally, Plaintiffs had superior knowledge of the specific dangers of the commercial sex trade as compared to Defendants.

Defendants did not knowingly and directly participate in a venture with Plaintiffs' traffickers, John Doe Johns, or the John/Jane Doe Accomplices that Defendants knew or should have known was a violation of the TVPRA. Defendants, including RRI West, did not knowingly benefit from Plaintiffs' alleged trafficking, and Defendants did not know, nor should they have known, that each individual Plaintiff was being trafficked.

Defendants did not violate GA RICO, because they were not involved in any pattern of racketeering activity, and did not intend that any Plaintiff would be the targeted and intentional victim of any predicate acts. Plaintiffs' injuries are not the direct result of any predicate act targeted toward her such that she was the intended victim. Defendants did not directly and knowingly engage in trafficking an individual for sexual servitude or keeping a place of prostitution in violation of GA RICO, and did not intentionally encourage, aid, or abet another to commit those crimes. Defendants did not knowingly and willfully join a conspiracy with a common plan or purpose to commit two or more predicate acts in violation of GA RICO.

Any act or omission allegedly committed by an agent or employee of Defendants, which is alleged to constitute evidence of negligence, a violation of the TVPRA, or of GA RICO, was not committed within the course and scope of employment, and was not committed on behalf of any Defendant. Plaintiffs' claims are barred or limited by the doctrines of acquiescence, waiver, estoppel, or laches. Furthermore, Plaintiffs have released, settled, entered into accord and satisfaction, or otherwise compromised their claims, and accordingly, their claims are limited or barred as a matter of law.

**LAW TO BE RELIED UPON BY DEFENDANTS**:

Defendants may rely on the statutes and representative case law listed below, and similar cases, and expressly incorporate by reference as if fully rewritten herein, all statutes and representative case law cited in any parties' summary judgment briefing.

- 18 U.S.C. § 1591, *et. seq.*
- 42 U.S.C. § 2000a(a)
- O.C.G.A. § 13-4-10
- O.C.G.A. § 13-5-7
- O.C.G.A. § 16-5-46
- O.C.G.A. § 16-6-10
- O.C.G.A. § 16-6-9

- O.C.G.A. § 23-1-25

- O.C.G.A. § 24-14-29

- O.C.G.A. § 43-21-3

- O.C.G.A. § 51-3-1

- O.C.G.A. § 51-11-7

- O.C.G.A. § 51-12-5.1

- O.C.G.A. § 51-12-33

- O.C.G.A. § 9-3-33

- O.C.G.A. §51-12-11

- O.C.G.A. § 16-14-1, *et. seq.*

- *A.B. v. Hilton Worldwide Holdings Inc*., 484 F. Supp. 3d 921 (D. Or. 2020)

- *A.B. v. Marriott Int'l, Inc*., 455 F. Supp. 3d 171, 182 (E.D. Pa. 2020)

- *A. B. v. Wyndham Hotels & Resorts, Inc.*, 532 F. Supp. 3d at 1018 (D. Or. 2021)

- *A.D. v. Holistic Health Healing Inc*., No. 2:22-CV-641-JES-NPM, 2023 WL 2242507 (M.D. Fla. Feb. 27, 2023)

- *Ahn v. State*, 631 S.E.2d 711 (Ga.App. 2006)

- *Allum v. Valley Bank*, 849 P.2d 297 (Nev. 1993)

- *Anderson v. Turton Dev.*, 225 Ga. App 270, 271, 274 (1997)

- *Atlanta Gas Light Co. v. Jennings*, 86 Ga. App. 868 (1952)

- *B.M. v. Wyndham Hotels & Resorts, Inc.,* No. 20-cv-00656-BLF, 2020 WL 4368214 (N.D. Cal. July 30, 2020)

- *Baillie Lumber Co. v. Thompson*, 279 Ga. 288 (2005)

- *Birdwell v. State*, 146 S.E.2d 374 (Ga.App. 1965)

- *Blakely v. Johnson*, 220 Ga. 572, 140 S.E.2d 857 (1965)

- *C.C. v. H.K. Grp. of Co., Inc.*, No. 1:21-CV-1345-TCB, 2022 WL 467813 (N.D. Ga. Feb. 9, 2022)

- *Carlson v. BRGA Assocs., LLC*, 82 F. Supp. 3d 1333 (S.D. Ga. 2015)

- *Cox v. Mayan Lagoon Estates Ltd*., 734 S.E.2d 883 (Ga. Ct. App. 2012)

- *DaimlerChrysler Motors Co. v. Clemente*, 294 Ga. App. 38 (2008).

- *Doe #1 v. Red Roof Inns, Inc*., 21 F.4th 714 (11th Cir. 2021)

- *Doe v. GTE Corp*., 347 F.3d 655 (7th Cir. 2003)

- *Does 1-6 v. Reddit, Inc.*, 51 F.4th 1137 (9th Cir. 2022)

- *Duvall v. Cronic*, 820 S.E.2d 780 (Ga. Ct. App. 2018)

- *Fitts v. State*, 312 Ga. 134 (2021)

- *G.G. v. Salesforce.com, Inc*., No. 22-2621, 2023 WL 4944015 (7th Cir. Aug. 3, 2023

- *G.W. v. Northbrook Indus., Inc*., No. 1:20-CV-05232-JPB, 2022 WL 1644923 (N.D. Ga. May 24, 2022)

- *Garner v. Driver*, 155 Ga. App. 322, 270 S.E.2d 863 (1980)

- *Geiss v. Weinstein Co. Holdings, LLC*, *et al*., 383 F.Supp.3d 156 (S.D.N.Y. 2019)

- *Gentry v. Volkswagen of America*, 238 Ga. App. 785 (1999).

- *Goldstein, Garber & Salama, LLC v. J.B*., 300 Ga. 840 (2017)

- *H.G. v. Inter-Cont'l Hotels Corp*., 489 F. Supp. 3d 697 (E.D. Mich. 2020)

- *J.B. v. G6 Hosp., LLC*, No. 19-cv-07848-HSG, 2020 WL 4901196 (N.D. Cal. Aug. 20, 2020)

- *J.C. v. I Shri Khodiyar, LLC*, 624 F. Supp. 3d 1307 (N.D. Ga. 2022)

- *J.L. v. Best W. Int'l, Inc.*, 521 F. Supp. 3d 1048 (D. Colo. 2021)

- *Kids R Kids Intl, Inc. v. Cope*, 330 Ga. App. 891 (2015)

- *King v. Georgia Dep't of Corr.*, 347 Ga. App. 606, 820 S.E.2d 445 (2018)

- *L.H. v. Marriot Int'l, Inc.*, 604 F. Supp. 3d 1346 (S.D. Fla. 2022)

- *Leo v. Waffle Howe, Inc.*, 298 Ga. App. 838 (2009)

- *New Star Realty, Inc. v. Jungang PRI USA, LLC*, 346 Ga. App. 548 (2018);

- *Nicholson v. Windham et al.*, 571 S.E.2d 466 (Ga. Ct. App. 2002)

- *Noble v. Weinstein*, 335 F. Supp. 3d 504 (S.D.N.Y. 2018)

- *Reaugh v. Inner Harbour Hosp.*, 447 S.E.2d 617 (Ga. Ct. App. 1994)

- *Rent to Own, Inc. v. Bragg*, 248 Ga. App. 130 (2011)

- *Rice v. Six Flags Over Georgia*, 257 Ga. App. 864, 572 S.E.2d 322 (2002)

- *S.J. v. Choice Hotels Int'l, Inc.*, 473 F. Supp. 3d 147 (E.D.N.Y. 2020)

- *Schlotzsky's, Inc. v. Hyde*, 245 Ga. App. 888 (2000)

- *Summit Auto. Grp., LLC v. Clark*, 298 Ga. App. 875 (2009);

- *Sun Trust Banks, Inc. v. Killebrew*, 266 Ga. 109 (1995)

- *Travis v. QuikTrip Corp.*, 339 Ga. App. 551 (2016)

- *Wade v. McDade*, 67 F.4th 1363 (11th Cir. 2023)

- *Waters v. Steak & Ale of Ga.*, 241 Ga. App. 709 (2000)

- *Whelan v. Moone*, 242 Ga. App. 795, 531 S.E.2d 727 (2000)

- *Wilks v. Overall Const. Inc.*, S.E.2d 320  (Ga. Ct. App. 2009)

- *Wylie v. Denton*, 746 S.E.2d 689 (Ga. Ct. App. 2015)

## ATTACHMENT F-1 – PLAINTIFFS' WITNESS LIST

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| Jane Doe 1/Jane Doe 1's personal representative (TBD) | Contact through Plaintiffs' counsel | May |
| Jane Doe 2 | Contact through Plaintiffs' counsel | Will |
| Jane Doe 3 | Contact through Plaintiffs' counsel | Will |
| Jane Doe 4 | Contact through Plaintiffs' counsel | Will |
| Anique Whitmore | 3500 Lenox Road, Suite 1500<br>Atlanta, GA 30326<br>(404) 419-2138 | May |
| Dr. David Williamson | Walter Reed National Military Medical Center<br>8901 Rockville Pike<br>Bethesda, MD 20889<br>-and-<br>9710 Traville Gateway Drive, No. 296<br>Rockville, MD 20850<br>(410) 463-0560 | May |
| Dr. Melanie Bliss | 111 North McDonough Street<br>Decatur, GA 30030<br>(404) 387-0780 | May |
| Allan Tallis | 11919 Edgestone Road<br>Dallas, TX 75230<br>(972) 960-8450 | May |
| Andrew Alexander | 100 Main Street North<br>St. Petersburg, FL 33716<br>(216) 496-9122 | May |

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| Vanessa Cole | 1393 Tysons Corner<br>Marietta, GA 30062<br>(770) 313-5756 | May |
| Glenn Galbraith | Contact through defense counsel | May |
| Vickie Lam | Contact through defense counsel | May |
| George Limbert | Contact through defense counsel | May |
| Marina MacDonald | Contact through defense counsel | May |
| Tom McElroy | 83 River Rise Way<br>Inlet Beach, FL 32461<br>(901) 488-8135 | May |
| Jay Moyer | 1329 Moher Boulevard<br>Franklin, TN 37069 | May |
| John Park | Contact through defense counsel | May |
| Greg Stocker | Contact through defense counsel | May |
| Vince Vittatoe | Contact through defense counsel | May |
| Michelle Wehrle | Contact through defense counsel | May |
| Brianne Austin | Contact through defense counsel | May |
| Forrest Castille | 1408 Adams Lake Boulevard SE<br>Atlanta, GA 30339<br>(762) 359-1595 | May |
| Brenda Conner | 880 Rock Street NW<br>Apartment 82<br>Atlanta, GA 30314<br>(404) 438-4794 | May |
| Sirin Sirinsapasitti | 6546 Deerings Lane<br>Norcross, GA 30092<br>(678) 641-8973 | May |

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| Monica Nash Hamilton | 7334 Exeter Court<br>Riverdale, GA 30296<br>(318) 228-5986 | May |
| Michael Thomas | 851 E 169th Street, Apt C<br>Bronx, NY 10459<br>(972) 800-8525 | May |
| Bharat Patel | 3572 Guildhall Trail<br>Marietta, GA 30066 | May |
| C.A. | Contact through Plaintiffs' counsel | May |
| M.B. | Contact through Plaintiffs' counsel | May |
| T.H. | Contact through Plaintiffs' counsel | May |
| E.H. | Contact through Plaintiffs' counsel | May |
| W.K. | Contact through Plaintiffs' counsel | May |
| R.K. | Contact through Plaintiffs' counsel | May |
| M.M. | Contact through Plaintiffs' counsel | May |
| A.F. | Contact through Plaintiffs' counsel | May |
| K.P. | Contact through Plaintiffs' counsel | May |
| R.P. | Contact through Plaintiffs' counsel | May |
| D.P. | Contact through Plaintiffs' counsel | May |
| Tiffany Martin | 2140 Deans Landing<br>Lawrenceville, GA 30043<br>(678) 754-3404 | May |
| Rose Marie Martin | 13118 Caroline Street<br>Cerritos, CA 90703<br>(678) 420-8282 | May |

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| Mike Smith | 3815 Westwick Trace, NW<br>Kennesaw, GA 30152<br>(404) 915-0095 | May |
| Kim Smith | 3815 Westwick Trace, NW<br>Kennesaw, GA 30152<br>(678) 471-5629 | May |
| Joyce Weems | 290D Winding River Drive<br>Sandy Springs, GA 30350<br>(770) 380-8099 | May |
| Caleb Estes | 403 Sundance Circle<br>Dacono, CO 80514<br>(423) 895-2422 | May |
| Joy Valerio | 103 Landing Road<br>Brunswick, GA 31520<br>(678) 914-9324 | May |
| Maribeth Krawczyk | 183 Amohi Way<br>Loudon, TN 37774 | May |
| Michelle Sarkisian | 315 West Country Drive<br>Duluth, GA 30097<br>(770) 235-8402 | May |
| Susan Norris | 1750 Powder Springs Road<br>Suite 190, Box 112<br>Marietta, GA 30064<br>(678) 388-9551 | May |

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| Kimberly McDevitt | Sunrise Ministries<br>PO Box 801303<br>Acworth, GA 30101<br>(678) 379-5194 | May |
| Kasey McClure | P.O. Box 82685<br>Conyers, GA 30012<br>(404) 312-6793 | May |
| Ann Bailey | P.O. Box 82685<br>Conyers, GA 30012<br>(470) 362-8808 | May |
| Jeff Thomas | 10 Dodd Trail<br>Greenville, SC 29605<br>(404) 314-8742<br>(404) 468-7277 | May |
| Joe Fonseca | 971 Deron Drive<br>Lawrenceville, GA 30044<br>(678) 682-0575 | May |
| Officer Brian Graham<br>Cobb County Police | 1665 Windchase Dr.<br>Marietta, GA 30064<br>(404) 451-0901 | May |
| Officer Brian C. Moore<br>Cobb County Police | 1149 Roselawn Lane SE<br>Marietta, GA 30067<br>(404) 545-5372 | May |
| Officer John Clifford<br>Brookhaven Police | 4045 George Busbee Parkway, #6304<br>Kennesaw, GA 30144<br>(770) 843-4112 | May |

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| Officer Lonnie D. Green Cobb County Police | 2800 Camp Creek Parkway, L-5 Atlanta, GA 30337 (334) 354-4080 | May |
| Tiana Mykkeltvedt (solely as to attorneys' fees and expenses) | Bondurant, Mixson & Elmore, LLP 1201 West Peachtree Street, N.W., Suite 3900 Atlanta, GA 30309 (404) 881-4144 | May |
| Pat McDonough (solely as to attorneys' fees and expenses) | Andersen, Tate & Carr, P.C. 1960 Satellite Boulevard, Suite 4000 Duluth, GA 30097 (678) 518-6859 | May |
| Any witness identified on the Defendants' witness list | N/A | N/A |

### Summary of Expert Witness Testimony

The following is a summary of the expected testimony of each of Plaintiffs' expert witnesses:

1. <u>Anique Whitmore</u>: Ms. Whitmore will testify about the psychological dynamics involved in sex trafficking, including the psychology behind common behaviors seen in victims of sex trafficking. She will also address other aspects of sex trafficking that may be unfamiliar to the jury. And she will also testify about how these dynamics have manifested in the Plaintiffs' specific trafficking experience, as well as other issues addressed in her expert report served on or about September 6, 2022. Ms. Whitmore may also serve to rebut the testimony of defense expert Dr. Matthew Norman.

6

2. <u>Dr. Melanie Bliss</u>: Dr. Bliss will testify about the neurobiology of trauma, the effects of trauma on memory, and common dynamics in repeated sexual assault. She will also address other issues identified in her expert report of September 6, 2022.

3. <u>Dr. David Williamson:</u> Dr. Williamson will testify about the psychiatric conditions of the Plaintiffs, including that the Plaintiffs suffer from psychiatric issues as a result of the traumatic experiences endured while being trafficked for sex, along with other issues addressed in his September 6, 2022 expert report. Dr. Williamson may also serve to rebut the testimony of defense expert Dr. Matthew Norman.

4. <u>Alan L. Tallis</u>: Mr. Tallis will testify about the standard of care a reasonable hotelier should exercise in the face of known signs of prostitution and sex trafficking, including that these signs of trafficking have been known in the hotel industry for decades. He will also opine regarding the Defendants' failure to take sufficient steps to address prostitution and sex trafficking occurring at the two hotels at issue in this case and beyond. He will also address other issues identified in his September 6, 2022 expert report. And he may serve to rebut the testimony of defense expert Greg Bristol.

## ATTACHMENT F-2
## Defendants' Fact Witness List

At trial, Defendants will call the following fact witness:

1.  Glenn Galbraith, can be contacted through counsel for Red Roof Inns

Defendants may call the following fact witnesses:

2.  Jane Doe 1, n/a
3.  Jane Doe 2, 4613 Pam Circle, SE, Acworth, GA 30102
4.  Jane Doe 3, 105 Briarwood Drive, Apt. 1, Brunswick, GA 31525
5.  Jane Doe 4, 730 N. Eastman Road, Apt. 3, Kingsport, TN 37664
6.  Meghan Harrsch, 516 Bluff Ct., Woodstock, GA 30188
7.  Michael Beene, 515 Stedford Lane, Duluth, GA 30097
8.  Anthony Crumbley, 373 Lexington Dr., Lawrenceville, GA
9.  Tradelle Lacy, 2802 Fullers Alley, Kennesaw, Georgia
10. Andrew Alexander, 100 Main Street North, St. Petersburg, FL 33716
11. Vanessa Cole, 1393 Tysons Corner, Marietta, Georgia 30062
12. Monica Hamilton, Atlanta, Georgia
13. Vickie Lam, 2144 E Walnut Creek Pkwy, West Covina, CA 91791
14. George Limbert, 104 Kastlekove Dr., Lewis Center, OH 43035
15. Marina MacDonald, can be contacted through counsel for Red Roof Inns
16. James Moyer, 1329 Moher Blvd., Franklin, Tennessee 37069
17. John Park, can be contacted through counsel for Red Roof Inns
18. Gregory Stocker, can be contacted through counsel for Red Roof Inns
19. Vincent Vittatoe, McKinney, Texas
20. Michelle Wehrle, can be contacted through counsel for Red Roof Inns
21. Bernard Mitchell, 3705 Meadow Vista Trail, Lithonia, GA 30038
22. Robert Allen, 92 Fairwind Court, Stone Mountain, GA 30083
23. Ella Bowen, 2000 Mallory Ln, St. 130, Franklin, TN 37067
24. Bob Patel, 2200 Corporate Plaza, Smyrna, GA 30080
25. Rita Patel, 2200 Corporate Plaza, Smyrna, GA 30080
26. Rakesh Patel, 2200 Corporate Plaza, Smyrna, GA 30080
27. Dorraine Lallani, 2011 Larimer Point Crt, Sugar Land, TX 77479
28. President and/or Custodian of records for Banneret Security, Inc., 160 Clairemont Ave, Suite 200, Decatur, GA 30030
29. President and/or Custodian of records for B.E.S.T., Inc. d/b/a Best Security, P.O. Box 961774, Riverdale, GA 30274

30. Custodian of records for Holston Medical Group, 2323 N John Dennis Hwy, Kingsport, TN 37660

31. Custodian of records for Wellstar Kennestone, 677 Church Street NE Marietta, GA 30060

32. Custodian of records for Mercy Ministry, 714-1 NW Broad St., Lyons, GA 30436

33. Custodian of records for Indian Path Medical Center, 2000 Brookside Dr., Kingsport, TN 37660

34. Custodian of records for Appalachian Emergency Physicians, 1501 W Elk Ave., Elizabethton, TN 37643

35. Custodian of records for Johnson City Medical Center, 400 North State of Franklin Road, Johnson City, TN 37604

36. Custodian of records for Breakthrough Recovery Outreach, LLC, 3648 Chamblee Tucker Rd., Chamblee, GA 30341

37. Custodian of records for Midtown Urology, 1924 Piedmont Road NE, Atlanta, GA 30324

38. Custodian of records for Wellspring Living, 1040 Boulevard SE, Suite M, Atlanta, GA 30312

39. Custodian of records for Peachford Behavioral Health Systems or Atlanta, 2151 Peachford Rd, Atlanta, GA 30338

40. Custodian of records for Shepard Center, 2020 Peachtree Road NW, Atlanta, GA 30309

41. Custodian of records for Mercy Multiplied, P.O. Box 111060, Nashville, TN 37222

42. Custodian of records for Rosewell Police Department, 39 Hill Street, Roswell, GA 30075

43. Custodian of records for Cobb County Police Department, 545 Fairground ST SE Unit 101, Marietta, GA 30060

44. Custodian of records for Sandy Springs Police Department, 7840 Roswell Rd #301, Sandy Springs, GA 30350

45. Custodian of records for LabCorp, 531 S Spring St., Burlington, NC 27215

46. Custodian of records for Emory St. Joseph's Hospital, 2801 Dekalb Medical Parkway, Lithonia, GA 30058

47. Custodian of records for Gwinnett County Sheriff's Office, 2900 University Parkway, Lawrenceville, GA 30043

48. Custodian of records for Baton Rouge Police Department, 233 Saint Louis Street, Room B54, Baton Rouge, LA 70802

49. Custodian of records for DeKalb County Court, 556 North McDonough Street, Ground Floor, Decatur, GA 30030

50. Custodian of records for Deuser & Associates, 2500 Starling St STE 402, Brunswick, GA 31520

51. Custodian of records for Wellstar Douglas Hospital, 8954 Hospital Dr, Douglasville, GA 30134

52. Custodian of records for Fulton County Holcomb Bridge Middle School, 6201 Powers Ferry Road NW, Atlanta, GA 30339

53. Custodian of records for Fulton County Centennial High School, 6201 Powers Ferry Road NW, Atlanta, GA 30339

54. Custodian of records for Centered for Life Counseling Records, 2487 Demere Road, Saint Simons Island, GA 31522

55. Custodian of records for Emerald Isle Counseling, 203 Marina Drive, St. Simons Island, GA 31522

56. Custodian of records for Louisiana State University Health Science Center, 433 Bolivar St., New Orleans, LA 70112

57. Custodian of records for Lawrenceville Police Department, 300 Jackson St., Lawrenceville, GA 30046

58. Custodian of records for Dunwoody Police Department, 4800 Ashford Dunwoody Road, Suite #239, Dunwoody, GA 30338

59. Custodian of records for Gwinnett County Police Department, 770 Hi Hope Road Lawrenceville, GA 30044

60. Custodian of records for Bossier Parish Sherriff's Office, 7076 LA-3, Benton, LA 71006

61. Custodian of records for Atlanta Police Department, 226 Peachtree St SW, Atlanta, GA 30303

62. Custodian of records for Alpharetta Police Department, 2565 Old Milton Pkwy, Alpharetta, GA 30009

63. Custodian of records for Sandy Springs Police Department, 7840 Roswell Rd #301, Sandy Springs, GA 30350

64. Custodian of records for Chiropractic Health Clinic, 2650 Holcomb Bridge Rd #750, Alpharetta, GA 30022

65. Custodian of records for Metro Atlanta Recovery, 2815 Clearview Place, Atlanta, GA 30340

66. Custodian of records for Highland River Medical, 3830 South Cobb Drive Suite 300, Smyrna, GA 30080

67. Custodian of records for Northside Hospital Duluth, 3620 Howell Ferry Rd NW, Duluth, GA 30096

68. Custodian of records for ML Health, 3525 Piedmont Road NE #600, Atlanta, GA 30305

69. Custodian of records for Lakeview Behavioral Health, 1 Technology Pkwy S, Norcross, GA 30092

70. Custodian of records for Rightside Up, 2815 Clearview PL #100, Atlanta, GA 30340

71. Custodian of records for Ridgeview Institute, 3995 South Cobb Drive, Smyrna, GA 30080

72. Custodian of records for Rescuing Hope, 1750 Powder Springs Rd., Suite 190, Box 112, Marietta, GA 30064

73. Custodian of records for Planned Parenthood, 330 N. Howard Street, Baltimore, MD 21201

74. Custodian of records for Crossroads Treatment Center, 8 Doctors Park Rd., Mount Vernon, IL 62864

75. Custodian of records for C.O.R.E. Medical Clinic, 2100 Capitol Ave, Sacramento, CA 95816

76. Custodian of records for Bend Treatment Center, 155 NE Revere Ave #150, Bend, OR 97701

77. Custodian of records for Merced Union High School, 3430 A Street, Atwater, CA 95301 or 3500 G Street, Merced, CA 95340 (depending on how old records are)

78. Custodian of records for Duluth Police Department, 3276 Buford Hwy, Duluth, GA 30096

79. Custodian of records for Lexington County Sheriff's Office, 521 Gibson Rd., Lexington, SC 29072

80. Custodian of records for Atlanta Medical Center, 303 Parkway Dr NE, Atlanta, GA 30312

81. Custodian of records for Georgia Treatment Center, 1742 Mt Vernon Rd #100, Dunwoody, GA 30338

82. Custodian of records for St. Jude's Recovery Center/ Ascensa Health, 139 Renaissance Pkwy NE, Atlanta, GA 30308

83. Custodian of records for Phoenix Direct Employment, 2625 N Berkeley Lake Rd NW #100, Duluth, GA 30096

84. Custodian of records for Centerville Medical Center, 3555 Centerville Hwy Suite 100, Snellville, GA 30039

85. Custodian of records for Emory Crawford Long Hospital, 550 Peachtree St NE, Atlanta, GA 30308
86. Custodian of records for Bioreference Laboratories, 481 Edward H Ross Dr, Elmwood Park, New Jersey 07407
87. Custodian of records for Helen Ross McNabb Medical Center, 5645 Merchants Center Blvd., Knoxville, TN 37912
88. Custodian of records for Brookhaven Police Department, 2665 Buford Hwy NE, Atlanta, GA 30324
89. Custodian of records for Dekalb County Jail, 4425 Memorial Dr, Decatur, GA 30032

## Defendant's Expert Witness List

At trial, Defendants will call the following expert witnesses:

1. Matthew Norman, M.D., 4401 Northside Parkway, NW Suit 25, Atlanta, GA 30327
2. Greg Bristol, 15920 Fairway Drive, Montclair, Virginia 22025
3. Dr. Kimberly Mehlman-Orozco, 15920 Fairway Drive, Montclair, Virginia 22025

**ATTACHMENT "G-1"**
**PLAINTIFFS' PROPOSED EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS**

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX001 | RRI 002683- RRI 002704 | RRI 002683-RRI 002704.pdf | Operating Agreement of RRF Holding Company, LLC | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (not a party to the case); also marked AEO |
| PX002 | RRI 002631- RRI 002682 | RRI 002631-RRI 002682.pdf | Second Amended and Restated Operating Agreement of Red Roof Franchising, LLC | |
| PX003 | RRI_WK_00008194-RRI_WK_00008212 | Austin 244.pdf | 2013/10/24 Framingham RRI email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Red Roof Inn Framingham) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX004 | N/A | WK_14.pdf | 2014/12/14 Marietta Police Report | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Red Roof Inn on Windy Hill Rd), and authentication |
| PX005 | Pltf. W.K.-00367-Pltf. W.K.-000369 | WK_15.pdf | 2014/12/07 Cobb County Incident/Investigative Report | Authentication |
| PX006 | Westmont 002726; RRI 000941- RRI 000984 | Park Exhibit No. 329.pdf | RRI - FMC Structure Chart and 2011/08/25 Franchise Agreement between Red Roof Franchising, LLC and FMW RRI NC LLC | |
| PX007 | N/A | Park Exhibit No. 343.pdf | 2022/04/26 Red Roof Inns, Inc.'s Objections and Responses to Plaintiffs' Second Interrogatories to RRI West Management, LLC | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX008 | N/A | Park Exhibit No. 338.pdf | List of fiscal years, room revenue, royalty %, and franchise royalty | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 until a finding of punitive damages |
| PX009 | N/A | Park Exhibit No. 326.pdf | RRF, RRI, and RRI West Organizational Map | |
| PX010 | N/A | DP_12.pdf | 2015/02/02 Cobb County Incident/Investigative Report | Authentication |
| PX011 | N/A | DP_25.pdf | RRI Lobby Photo | |
| PX012 | N/A | CONFMichaelBeene _2.pdf | RRI Atlanta Buckhead photos | |
| PX013 | N/A | CONFMichaelBeene _3.pdf | 2011/09/06 Dekalb County Police Department Incident Report | |
| PX014 | N/A | CONFMichaelBeene _4.pdf | RRI Smyrna Photos | |
| PX015 | N/A | CONFMichaelBeene _16.pdf | 2012/10/05 Beene Tweet | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX016 | N/A | CONFMichaelBeene _5.pdf | Beene Twitter Page | |
| PX017 | N/A | CONFMichaelBeene 6.pdf | 2012/09/30 Tweet with added labels | |
| PX018 | N/A | CONFMichaelBeene 22.pdf | 2010/06/18 Online Order for Beene | |
| PX019 | N/A | CONFMichaelBeene _19.pdf | 2012/04/16 Beene Tweet | |
| PX020 | N/A | 102221-Castille-D8.pdf | Photos | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (includes photos of plaintiffs other than Jane Does 1-4) |
| PX021 | N/A | 102221-Castille-P12.pdf | Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| PX022 | N/A | 102221-Castille-P13.pdf | Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX023 | N/A | 2022-01-19 - Hamilton-1.pdf;011922-Hamilton-1.pdf | Aerial Photo of RRI Atlanta RRI | |
| PX024 | N/A | 2022-01-19 - Hamilton-3.pdf;011922-Hamilton-3.pdf | Photos of Atlanta RRI | |
| PX025 | N/A | 011922-Hamilton-2.pdf;2022-01-19 - Hamilton-2.pdf | Photo of Atlanta RRI | |
| PX026 | N/A | CONFTradelleLacy_2.pdf | Photos of Atlanta RRI | |
| PX027 | N/A | McElroy MCD 3.pdf | Statement of Thomas McElroy | Inadmissible hearsay |
| PX028 | N/A | McElroy MCD 4.pdf | 2014/05/01 US Dept of Labor Re: RRI West Management/ McElroy | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX029 | N/A | McElroy MCD 1.pdf | 2012/06 RRI Corporate Office InnSider | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX030 | N/A | McElroy 317.pdf | Tom McElroy Tweets re Human Trafficking Awareness Resources | Inadmissible hearsay |
| PX031 | RRI_WK_00016105-RRI_WK_00016106 | McElroy 318.pdf | 2016/03/21 Email from Kevin Scholl re McElroy | |
| PX032 | N/A | 102021-Sarkisian-D1.pdf | 2021/08/21 Sarkisian Email to McDonough re Conversation with George Limbert | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |
| PX033 | N/A | 020222-Thomas-P2.pdf | RRI Atlanta Buckhead photo | |
| PX034 | N/A | 020222-Thomas-P3.pdf | RRI Atlanta Buckhead photo | |
| PX035 | N/A | 020222-Thomas-P1.pdf | RRI Atlanta Buckhead photo | |
| PX036 | N/A | Galbraith 324.pdf | Plaintiff's 2nd Amended 30b6 Notice of Deposition of RRI | Relevance under Rule 401 and lack of foundation |
| PX037 | RRI_WK_00011307-RRI_WK_11315 | Limbert 174.pdf | Affidavit of Shawna Drummond | Inadmissible hearsay |
| PX038 | N/A | Limbert 161.pdf;p0.pdf | Denim Day Campaign | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX039 | N/A | Lam 012.pdf | Vickie Lam - Region 4 Chart | What time period is this from? Check depo |
| PX040 | N/A | Lam 009.pdf | Chart of Complaints of Atlanta RRIs | Privilege |
| PX041 | N/A | Limbert 160.pdf;p0.pdf | RRI Social Media Posts on Human Trafficking | What year is this from? Check depo |
| PX042 | N/A | Limbert 165.pdf | The Vindicator: Rasing the Roof article about George Limbert | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| PX043 | RRI_WK_00005596-RRI_WK_00005598; RRI_WK_00004268-RRI_WK_00004269 | Lam 011.pdf | 2016/01/25 Email from Vickie Lam Smyrna RRI Update Attaching Correspondence with Cobb County Police | |
| PX044 | WRRH 000234 | Limbert 187.pdf | RRI - Dune Structure Chart | |
| PX045 | WRRH 000236 | Limbert 185.pdf | RRI Organizational Chart | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX046 | N/A | Limbert 170.pdf | GA Code Keeping a place of prostitution | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (jurors need instructed on the law through jury instructions, not a proper exhibit) |
| PX047 | N/A | Limbert 167.pdf | 2021/11/12 Crisis Management and Beyond: RR's New CEO on Pivoting to Survive and Prosper article | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |
| PX048 | N/A | Limbert 184.pdf | Texas Franchise Public Information Report re Westmont Hospitality Group, Inc. 2012-2021 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX049 | N/A | Limbert 166.pdf | 2021/10/15 Hotel Business Article on George Limbert | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |
| PX050 | Miscellaneous | Limbert 183.pdf | 2012/01/18 Smyrna Composite | |
| PX051 | RRIF000382-RRIF000405 | McDonald 325.pdf | 2016 Crisis Communications | AEO |
| PX052 | N/A | McDonald 324.pdf | 2022/08/22 Plaintiffs' 2nd Amended 30b6 Notice of Deposition of RRI | Relevance under Rule 401 and lack of foundation |
| PX053 | N/A | MacDonald 291.pdf | 2022/04/06 Red Roof Franchising, LLC's Objections and Responses to Plaintiffs' Second Interrogatories | |
| PX054 | RRI_WK_00005325; RRI_WK_00050536 | MacDonald 301.pdf | 2016/07/01 Email from Billio to MacDonald re Crisis Monitoring Dashboard 2016 | Privilege |
| PX055 | N/A | Moyer 101.pdf | Red Roof Smyrna Photo | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX056 | JDX0000216-JDX0000219 | Moyer 113.pdf | 2013/10/31 Brookhaven Police Report | |
| PX057 | JDX0005295-JDX0005298 | Moyer 110.pdf | 2013/07/10 Dekalb Couunty Police Report | |
| PX058 | N/A | Moyer 102.pdf | Red Roof Buckhead Photo | |
| PX059 | JDX0000192-JDX0000198 | Moyer 112.pdf | 2013/10/24 Brookhaven Police Report | |
| PX060 | RRI_WK_00004873; RRI_WK_00004871-RRI_WK_0004872 | Moyer 117.pdf | Email from Daniel to Jay Moyer re: Prostitutes, 8/17/2012 | |
| PX061 | JDX0000149-JDX0000152 | Moyer 111.pdf | 2013/09/20 Brookhaven Police Report | |
| PX062 | RRI_WK_00012074-RRI_WK_00012076; RRI_WK_00001150-RRI_WK_00001181 | Moyer 109.pdf | 2014/08/14 Email from Jay Moyer to Michelle Wehrle re: "Preventing and reacting to child sex trafficking" webinar | |
| PX063 | N/A | Stocker 207.pdf | 2008/03/21 "5 Charged in federal probe of child protsitution rings" Detroit News | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated property) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX064 | N/A | Stocker 204.pdf | 2022/04/08 Plaintiffs' 30(b)(6) Notice of Depositon of FMW RRI NC, LLC; Plaintiffs' 30(b)(6) Notice of Deposition of Red Roof Franchising, LLC; Plaintiffs' 30(b)(6) Notice of Deposition of RRI III, LLC; Plaintiffs' 30(b)(6) Notice of Deposition of RRI West Management, LLC; Plaintiffs' 30(b)(6) Notice of Deposition of Red Roof Inns, Inc. | Relevance under Rule 401 and lack of foundation |
| PX065 | N/A | Stocker 203.pdf | Greg Stocker Linked In Resume | |
| PX066 | N/A | Vittatoe 191.pdf | 2004/01/28 "Police Target Motel 6 Chief Says Place is 'Crime-Infested'" Atlanta Journal Constitution | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX067 | N/A | Vittatoe 188.pdf | 1996/07/25 "Child prostitution plea lengthen's pimps term" Dallas Morning News | |
| PX068 | N/A | Vittatoe 201.pdf | 2019/08/21 Vittatoe Consulting Tweet: "Heads in beds" | Inadmissible hearsay |
| PX069 | N/A | Vittatoe 199.pdf | 2010/06/17 "2 face sex trafficking charges" Milwaukee Journal Sentinel | |
| PX070 | N/A | Vittatoe 202.pdf | 2020/02/24 Vittatoe Consulting Tweet:  What will your settlement number be if you fail to provide training | Inadmissible hearsay |
| PX071 | N/A | Vittatoe 200.pdf | 2020/04/30 Vittatoe Consulting Tweet: Motel owners who knowingly profit and patronize the sex trafficking business | Inadmissible hearsay |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX072 | RRI_WK_00011324-RRI_WK_00011326 | Vittatoe 197.pdf | 2008/03/09 Email from RRI 7085 to Jay Moyer re: Prostitution Incident Report | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated property in South Carolina) |
| PX073 | N/A | Vittatoe 190.pdf | 2003/12/26 "Hotel Chain to help end criminal activity" Chicago Tribune | |
| PX074 | N/A | Vittatoe 192.pdf | Vittatoe Lined In Resume | |
| PX075 | N/A | Vittatoe 189.pdf | 2005/07/16 "2 Charged with running brothel" Asbury Park Press | |
| PX076 | N/A | Vittatoe 198.pdf | 2008/03/21 "5 Charged in federal probe of child protsitution rings" Detroit News | |
| PX077 | JDX0000027-JDX0000033 | Patel 272.pdf | 2016/01/13 ATL Trafficking Article: "Red Roof Inn Runs Rampant | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX078 | N/A | Patel 259.pdf | 2011/06/14 Trip Advisor Review, Masters Inn Tucker | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX079 | N/A | Patel 290.pdf | Handwritten Note: 13 Negative Reviews | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX080 | VARAHI002697 | Patel 266.pdf | Human Trafficking Poster | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX081 | JDX0000021-JDX0000026 | Patel 273.pdf | 2016/01/21 ATL Trafficking Article: "Red Roof Admits Sex Trafficking Occues in its Rooms!" | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX082 | N/A | RP-001.pdf | 2016/01 Various ATL Trafficking Articles | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX083 | Varahi 1035- Varahi 1064 | Patel 286.pdf | Incident Log Book for GSR/Security/Police Report | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX084 | N/A | Scan - 2022-09-02 12.20.21.pdf | Norman Fee Schedule-RRI | |
| PX085 | JD10002050 | JD1  10.pdf | JD1 Photo | |
| PX086 | N/A | Norman 006A.pdf | Norman Handwritten Notes | |
| PX087 | N/A | Norman 007.pdf | National Center for PTSD Checklist for DSM-5 With Life Events Checklist for DSM-5 and Criterion A | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX088 | NORMAN0152-NORMAN000153; NORMAN000145; NORMAN000148; NORMAN000142 | Norman 011.pdf | Matthew Norman, MD LLC Service Invoice | |
| PX089 | N/A | Norman 008.pdf | National Center for PTSD Checklist for DSM-5 | |
| PX090 | N/A | Norman 005.pdf | 2005/05 AAPL Ethics Guideline for the Practice of Forensic Psychiatry | |
| PX091 | N/A | Norman 004.pdf | AAPL Practice Guideline for the Forensic Assessment. Journal of the American Academy of Psychiatry and the Law 42[2]: S3-S53 (2015 Supplement). | |
| PX092 | N/A | Mehlman-Orozco 002.pdf | 2020 Return of Organization Exempt from Income Tax, FLI d/b/a Freedom Light | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX093 | N/A | Mehlman-Orozco 001.pdf | USA Sex Guide Posts mentioning Red Roof | |
| PX094 | N/A | JD1 2ndAm Comp Para33.pdf | JD1 2nd Amended Complaint, Paragraph 33- No Refunds Signs Smyrna RRI | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct); also use of Complaint is an improper exhibit (it is not evidence) ok to just use pictures as Exhibit |
| PX095 | JDX0005079-JDX0005308 | Dekalb Police- RRI-DH.pdf | Dekalb County Police Department- Police Reports Compilation-RRI-Druid Hills (Buckhead) | Hearsay to narrative reports/statements within; relevance as to non-similar crimes; authentication |
| PX096 | JDX0000111-JDX0002247; Pltf-RRI0002222; Pltf-RRI0006398-Pltf-RRI0006458 | Brookhaven Police Reports- RRI-DH.pdf | Brookhaven Police Department- Police Reports Compilation-RRI-Druid Hills (Buckhead) | Hearsay to narrative reports/statements within; relevance as to non-similar crimes; authentication |

17

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX097 | JDX0005317-JDX0005339 | Marietta Police- RRI-Smyrna.pdf | Marietta Police Department Police-Police Reports Compilation- RRI-Smyrna | Hearsay to narrative reports/statements within; relevance as to non-similar crimes; authentication |
| PX098 | JDX0005397-JDX0005451 | Smyrna-RRI Misc Police Reports.pdf | Miscellaneous Police Reports Compilation-RRI-Smyrna | Hearsay to narrative reports/statements within; relevance as to non-similar crimes; authentication |
| PX099 | JDX0002248-JDX0005078; Pltf.-RRI0006459-Pltf.-RRI0006891 | Cobb County Police-Smyrna-RRI.pdf | Cobb County Police Department- Police Reports Compilation-RRI-Smyrna | Hearsay to narrative reports/statements within; relevance as to non-similar crimes; authentication |
| PX100 | JDX0005564-JDX0005565 | Online Reviews-RRI-DH-Booking.com.pdf | Online Reviews Compilation-Booking.com- RRI-Druid Hills (Buckhead) | Authentication |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX101 | JDX0005547; JDX0005549-JDX0005550; JDX0005552; JDX0005632-JDX0005635; JDX0005637-JDX0005640 | Online Reviews-RRI-DH-Expedia.pdf | Online Reviews Compilation- Expedia-RRI-Druid Hills (Buckhead) | Authentication |
| PX102 | JDX0005566-JDX0005575 | Online Reviews-RRI-DH-Google.pdf | Online Reviews Compilation- Google-RRI-Druid Hills (Buckhead) | Authentication |
| PX103 | JDX0005517-JDX0005521; JDX0005545; JDX0005548; JDX0005548; JDX0005551; JDX0005553; JDX0005556-JDX0005563; JDX0005576; JDX0005636 | Online Reviews-RRI-DH-TripAdvisor.pdf | Online Reviews Compilation- Trip Advisor- RRI-Druid Hills (Buckhead) | Authentication |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX104 | JDX0005314-JDX0005315; JDX0005617 | Online Reviews-RRI-Smyrna-Facebook.pdf | Online Reviews Compilation- Facebook- RRI-Smyrna | Authentication |
| PX105 | JDX0005577-JDX0005583; JDX0005604-JDX0005606 | Online Reviews-RRI-Smyrna-Google.pdf | Online Reviews Compilation- Google- RRI-Smyrna | Authentication |
| PX106 | JDX0005522-JDX0005544; JDX0005546; JDX0005554-JDX0005555; JDX0005590-JDX0005603; JDX0005607-JDX0005616; JDX0005618-JDX0005631 | Online Reviews-RRI-Smyrna-TripAdvisor.pdf | Online Reviews Compilation- TripAdvisor- RRI-Smyrna | Authentication |
| PX107 | AHLA_WK_RR_0001945-AHLA_WK_RR_0001950 | Limbert 169.pdf | 2014/05/05 Emails about purchasing the role of hospitality in preventing and reacting to child sex trafficking | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX108 | JANEDOE02-MR000001;JD20001325 | JANEDOE02-MR000001.pdf | Photo | |
| PX109 | JD10000712-JD10000719 | JD1_17.pdf;5259600_Exhibit_17_Kristin Krawczyk.pdf | 2015/08/29 Emory Physician Report JD 1 | |
| PX110 | JD10001280 | JD1_13.pdf | 2013/10/22 Cartersville Medical Center JD 1 Admission Record | |
| PX111 | JD10001293-JD10001294; JD10001310 | JD1_16.pdf;5259600_Exhibit_16_Kristin Krawczyk.pdf | 2013/10/22 Cartersville Medical Center JD 1 Patient Information and Ultrasound Report | |
| PX112 | JD10000029-JD10000032 | JANEDOE01-KK000062.pdf | 2016/10/13 Intake Mental Health Assessment Jane Doe 1 | |
| PX113 | JD10000075-JD10000077 | JANEDOE01-KK000116.pdf | 2014/12/09 Jane Doe 1 Wellpath Record- MSE & Clinical Note | |
| PX114 | JD10000162-JD10000165 | JANEDOE01-KK000112.pdf | 2014/10/31 Jane Doe 1 Wellpath Intake Mental Health Assessment | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX115 | JD10000184-JD10000187 | JANEDOE01-KK000124.pdf | 2015/01/22 Jane Doe 1 Wellpath HIV Pre/Post Test Counseling Progress Notes | |
| PX116 | JD10000465 | JANEDOE01-KK000279.pdf | 2020/02/04 Jane Doe 1 Crossroads Treatment Center Case Notes | |
| PX117 | JD10000471-JD10000473 | JANEDOE01-KK000283.pdf | 2020/03/27 Jane Doe 1 Crossroads Treatment Center-Treatment Plans | |
| PX118 | JD10000476-JD10000516 | JANEDOE01-KK000285.pdf | Jane Doe 1 Georgia Treatment Center Records | |
| PX119 | JD10000712-JD10000718 | JANEDOE01-KK000294.pdf | 2015/08/29 Jane Doe 1 Emory ED Physician Report | |
| PX120 | JD10001161-JD10001162 | JANEDOE01-KK000570.pdf | 2019/02/04 Jane Doe 1 Rescuing Hope: Survivor Intake Form | |
| PX121 | JD10001193 | JANEDOE01-KK000594.pdf | 2019/01/03 Jane Doe 1 Rescuing Hope Personal Statement | Inadmissible hearsay |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX122 | JD10001280 | JANEDOE01-KK000422.pdf | 2013/10/22 Jane Doe 1 Cartersville Medical Record | |
| PX123 | JD10001320-JD10001321 | JANEDOE01-KK000432.pdf | 2013/10/22 Jane Doe 1 Cartersville Medical Center Patient Discharge Instructions | |
| PX124 | JD10001339-JD10001343 | JANEDOE01-KK000408.pdf | 2013/11/05 Jane Doe 1 Atlanta Medical Center Record | |
| PX125 | JD10001388-JD10001393 | JANEDOE01-KK000366.pdf | 2014/01/06 Jane Doe 1 Wellstar Kennestone Emergency Department Record | |
| PX126 | JD10001394-JD10001401 | JANEDOE01-KK000367.pdf | 2014/01/06 Jane Doe 1 Wellstar Kennestone Inpatient Record | |
| PX127 | JD10001474-JD10001480 | JANEDOE01-KK000379.pdf | 2018/02/02 Jane Doe 1 Wellstar Kennestone Inpatient Record | |
| PX128 | JD10001686-JD10001708 | JANEDOE01-KK000401.pdf | 2018/02/05 Jane Doe 1 Wellstar Kennestone After-Visit Summary | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX129 | JD10001790-JD10001803 | JANEDOE01-KK000340.pdf | 2017/06/22 Jane Doe 1 Wellstar Kennestone ObGyn  Medical Records | |
| PX130 | JD20001922-JD20001923 | JANEDOE02-MR000373.pdf | 2014/06/17 Jane Doe 2 Peachford Behavioral Health  Expressive Therapy Assessment | |
| PX131 | JD20001938 | JANEDOE02-MR000379.pdf | 2014/06/16 Jane Doe 2 Peachford Behavioral Health  Patient Discharge Order | |
| PX132 | JD20002264-JD20002270 | JANEDOE02-MR000467.pdf | 2020/03/24 Jane Doe 2 Peachford Behavioral Health  Psychological Assessment | |
| PX133 | JD20002271-JD20002277 | JANEDOE02-MR000468.pdf | 2020/03/24 Jane Doe 2 Peachford Behavioral Health  Psychological Assessment | |
| PX134 | JD20003895 | IMG_20130908_010903.jpg | Jane Doe 2 Photo | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX135 | JD30000068-JD30000069 | JANEDOE03-SV000101.pdf | 2011/06/06 Jane Doe 3 LSU Health Sciences Center Emergency Dept Record | |
| PX136 | JD30000071-JD30000074 | JANEDOE03-SV000100.1.pdf | Jane Doe 3 LSU Hospital Records Certification | |
| PX137 | JD30000335-JD30000341 | JANEDOE03-SV000351.pdf | 2011/10/26 JD3 Gwinnett County Police Department Report | |
| PX138 | JD40000047 | JANEDOE04-CE000045.pdf | 2012/01/31 Jane Doe 4 Peachford Behavioral Health Crisis Recovery/Safety Plan-Triggers and Stressors | |
| PX139 | JD40001243 | 0333.pdf | 2012/04/12 Letter from JD4's Grandmother | |
| PX140 | JDX0000075-JDX0000085;Pltf-RRI0000075-Pltf-RRI0000085 | Red Roofie Blog.pdf | 2014/07/01 Red Roofie Blog RRI-Smyrna | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), authentication, hearsay |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX141 | JDX0000149-JDX0000152 | CONFMeghanHarrsch_1.pdf | 2013/09/20 Brookhaven Incident/Investigation Report | |
| PX142 | JDX0008922;Pltf-RRI-0010181 | March 2.docx | 2015/03/02 Word document from Dorraine Lallani re Confidential Ownership Information | |
| PX143 | NORMAN0030-NORMAN0037 | Norman 010.pdf | Matthew Norman Consulting Invoices | |
| PX144 | NORMAN0030-NORMAN0037 | Norman Invoices.pdf | Norman Invoices Produced in Advance of Deposition | |
| PX145 | NORMAN0067-NORMAN0128 | Norman- JD1.pdf | 2022/07/08 Jane Doe 1 Norman IME Psychiatry Narrative Report Template | |
| PX146 | NORMAN0092-NORMAN0129 | Norman- JD2.pdf | 2022/06/29 Jane Doe 2-Norman IME Notes | |
| PX147 | NORMAN0141-NORMAN0181 | Norman 0141-181.pdf | Emails regarding invoices produced by Dr. Norman Prior to Deposition | |
| PX148 | Pltf.-RRI0006361-Pltf.-RRI0006363 | 102021-Sarkisian-P6.pdf | The Code article | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX149 | Pltf.-RRI0006364-Pltf.-RRI0006365 | 102021-Sarkisian-P5.pdf | ECPAT article | |
| PX150 | PLAINTIFF-00009513 (RRI) | Lam 033.pdf | RRI Six Flags Hotel Reviews- Orbitz | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (unrelated property in 2019 - RRI Six Flags), and authentication |
| PX151 | PLAINTIFF-00009514 (RRI) | Lam 032.pdf | RRI Six Flags Hotel Reviews- Orbitz | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (unrelated property in 2019 - RRI Six Flags), and authentication |
| PX152 | PLAINTIFF-00009515 (RRI) | Lam 031.pdf | RRI Six Flags Hotel Reviews- Orbitz | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (unrelated property in 2019 - RRI Six Flags), and authentication |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX153 | Pltf. C.A.001320 | CA_11.pdf | 2010/01/29 CA CraigsList Account Welcome email | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff), and authentication |
| PX154 | Pltf. C.A.004427 | CA_21.pdf | Choose Up or Lose Up Logo | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff), and authentication |
| PX155 | Pltf. C.A.009135 | CONFMichaelBeene_7.pdf | Photo of men wearing Choose up or Lose up t-shirts | Relevance under Rule 401,  unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff), and authentication |
| PX156 | Pltf. K.P.001505 | CONFMichaelBeene_14.pdf | Photo of men with cash | Relevance under Rule 401,  unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff), and authentication |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX157 | Pltf. R.K.-000014-Pltf. R.K.-000015 | RK_13.pdf | Georgia Department of Corrections Offender Report- R.K. | Relevance under Rule 401,  unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff), and authentication |
| PX158 | Pltf. R.K.-000016-Pltf. R.K.-000025 | RK_9.pdf | 2011/10/26 Gwinnett Police Incident Report | Hearsay to narrative reports/statements within, authentication |
| PX159 | Pltf-RRI0000075-Pltf-RRI0000085 | 102021-Sarkisian-P9.pdf | Red Roofie Blog article | |
| PX160 | Pltf-RRI0002284-Pltf-RRI0002285 | Patel 360.pdf | 2017/09/05 RRI Public Safety Nuisance Abatement Meeting | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post period of alleged trafficking and Varahi conduct) |
| PX161 | Pltf-RRI0005150-Pltf-RRI0005152 | 011922-Hamilton-5.pdf;2022-01-19 -Hamilton-5.pdf | List of reports, case numbers, descriptions, and offense descriptions | Relevance under Rule 401 and unfair prejudice and confusion of the issues and cumulative evidence under Rule 403; Authentication |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX162 | Pltf-RRI0005336-Pltf-RRI0005339 | 011922-Hamilton-6.pdf;2022-01-19 -Hamilton-6.pdf | 2013/07/10 Dekalb Police Incident Report | |
| PX163 | Pltf-RRI0005509 | Patel 364.pdf | 2014/06/19 RRI Smyrna TripAdvisor Review | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| PX164 | Pltf-RRI0005511 | Patel 365.pdf | 2014/08/25 RRI Smyrna TripAdvisor Review | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| PX165 | Pltf-RRI0005512 | Patel 366.pdf | 2014/08/30 RRI Smyrna TripAdvisor Review | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX166 | Pltf-RRI0005514 | Patel 372.pdf | 2015/09/08 RRI Smyrna TripAdvisor Review | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| PX167 | Pltf-RRI0005515 | Patel 371.pdf | 2015/08/25 RRI Smyrna TripAdvisor Review | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| PX168 | Pltf-RRI0005516 | Patel 370.pdf | 2015/08/13 RRI Smyrna TripAdvisor Review | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| PX169 | Pltf-RRI0005517 | Patel 367.pdf | 2014/09/07 RRI Smyrna TripAdvisor Review | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX170 | Pltf-RRI0005519 | Patel 369.pdf | 2015/08/09 RRI Smyrna TripAdvisor Review | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| PX171 | Pltf-RRI0005520 | Patel 368.pdf | 2015/07/25 RRI Smyrna TripAdvisor Review | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX172 | Pltf-RRI0005549; Pltf-RRI0005509; Pltf-RRI0005545; Pltf.-RRI0006339-Pltf.-RRI0006340; Pltf-RRI0005510-Pltf-RRI0005512; Pltf-RRI0005517; Pltf-RRI0005455-Pltf-RRI0005456; Pltf-RRI0005520; Pltf-RRI0005519; Pltf-RRI0005516; Pltf-RRI0005515; Pltf-RRI0005514; Pltf-RRI0005542; Pltf-RRI0005444; Pltf-RRI0005443; Pltf-RRI0005550; Pltf-RRI0005538 | Patel 270.pdf | Cmpilation RRI Smyrna TripAdvisor Reviews | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX173 | Pltf-RRI0005549 | Patel 363.pdf | RRI Smyrna TripAdvisor Review | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| PX174 | Pltf-RRI0006120 | 00516.MTS | Operation Liberate Video 516 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| PX175 | Pltf-RRI0006121 | 00517.MTS | Operation Liberate Video 517 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| PX176 | Pltf-RRI0006124 | 00520.MTS | Operation Liberate Video 520 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX177 | Pltf-RRI0006125 | 00521.MTS | Operation Liberate Video 521 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| PX178 | Pltf-RRI0006126 | 00522.MTS | Operation Liberate Video 522 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| PX179 | Pltf-RRI0006127 | 00528.MTS | Operation Liberate Video 528 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| PX180 | Pltf-RRI0006130 | 00531.MTS | Operation Liberate Video 531 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX181 | Pltf-RRI0006137 | 00538.MTS | Operation Liberate Video 538 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| PX182 | Pltf-RRI0006139 | 00540.MTS | Operation Liberate Video 540 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| PX183 | Pltf-RRI0006144 | 00545.MTS | Operation Liberate Video 545 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| PX184 | Pltf-RRI0006148 | 00549.MTS | Operation Liberate Video 549 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX185 | Pltf-RRI0006152 | 00553.MTS | Operation Liberate Video 553 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| PX186 | Pltf-RRI0006162 | 00563.MTS | Operation Liberate Video 563 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| PX187 | Pltf-RRI0006180 | 00586.MTS | Operation Liberate Video 586 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| PX188 | Pltf-RRI0006186 | 00592.MTS | Operation Liberate Video 592 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX189 | Pltf-RRI0006188 | 00594.MTS | Operation Liberate Video 594 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| PX190 | Pltf-RRI0006189 | 00595.MTS | Operation Liberate Video 595 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| PX191 | Pltf-RRI0006193 | 00599.MTS | Operation Liberate Video 599 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| PX192 | Pltf-RRI0006196 | 00602.MTS | Operation Liberate Video 602 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX193 | Pltf-RRI0006203-Pltf-RRI0006216 | 102021-Sarkisian-P2.pdf | Sarkisian, M. (2015). Adopting the Code: Human Traficking and the Hospitality Industry. Cornell Hospitality Report 15[15]: 3-10 | Authenticity; Foundation |
| PX194 | Pltf-RRI0006220-Pltf-RRI0006221 | 102021-Sarkisian-P4.pdf | 2021/10/15 Email from Sarkisian: Trafficking-one example at Red Roof Inn | |
| PX195 | Pltf-RRI0006386-Pltf-RRI0006388 | 102021-Sarkisian-P7.pdf | 2021/10/15 Email from Sarkisian to P. McDonough re Training and ECPAT | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |
| PX196 | Pltf-RRI0006390-Pltf-RRI0006391 | 102021-Sarkisian-P8.pdf | 2021/10/15 Email from Sarkisian to P. McDonough forwarding the email sent to A. Alexander and G. Limbert | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX197 | Pltf.-RRI0006394 | 102221-Castille-P11.pdf | Photo of M.M. | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX198 | Pltf-RRl-0010181 | Austin 221.pdf | Letter from Lallani re Confidential Ownership Information | |
| PX199 | Pltf-SUB-JD1000026 | Combined Files_Part24.pdf | 2020/03/03 Jane Doe 1 Crossroads Treatment Center Case Notes | |
| PX200 | Pltf-SUB-JD1000038 | Combined Files_Part36.pdf | 2020/10/13 Jane Doe 1 Crossroads Treatment Center Case Notes | |
| PX201 | Pltf. C.A.004372 | File134.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403(unrelated plaintiff) |
| PX202 | Pltf. C.A.004530 | File371.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX203 | Pltf. C.A.004531 | File372.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX204 | Pltf. C.A.004532 | File373.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX205 | Pltf. C.A.004534 | File375.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX206 | Pltf. C.A.004535 | File376.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX207 | Pltf. C.A.004537 | File378.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX208 | Pltf. C.A.004538 | File379.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX209 | Pltf. C.A.005312 | File549.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX210 | Pltf. C.A.005744 | File636.jpeg;File609.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX211 | Pltf. C.A.005764 | File627.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX212 | Pltf. C.A.005900 | File68.png | Bagz photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX213 | Pltf. C.A.005905 | File684.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX214 | Pltf. C.A.005970 | File743.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX215 | Pltf. C.A.005976 | File749.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX216 | Pltf. C.A.008975 | File127.txt;File3.txt;File2.jpeg;File126.jpeg | Photo of man wearing "Choose Up' shirt | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX217 | Pltf. C.A.008987 | File394.jpeg;File41.txt;File40.jpeg;File395.txt | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX218 | Pltf. C.A.009136 | File37.jpeg | Mugshot of Bagz - Earnest Lloyd Wright | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX219 | Pltf. C.A.009195 | File496.jpeg;File497.txt | RK Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX220 | Pltf. C.A.009221 | File540.jpeg;File541.txt | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX221 | Pltf. D.P.017847 | 20170323_174103.jpg | DP Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX222 | Pltf. D.P.017850 | 20170320_071529.jpg | DP Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX223 | Pltf. E.H.004411-Pltf. E.H.004414 | =UTF-8QYour_Saturday_evening_trip_with_Uber=.eml | 2018/08/25 EH Uber Receipt | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX224 | Pltf. E.H.004432-Pltf. E.H.004435 | =UTF-8QYour_Tuesday_afternoon_order_with_Uber_Eats=.eml | 2018/08/21 EH Uber Eats Receipt | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX225 | Pltf. E.H.004436-Pltf. E.H.004439 | =UTF-8QYour_Wednesday_evening_order_with_Uber_Eats=.em | 2018/08/22 EH Uber Eats Receipt | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX226 | Pltf. E.H.004440-Pltf. E.H.004443 | =UTF-8QYour_Wednesday_evening_trip_with_Uber=.eml | 2018/08/22 EH Uber Receipt | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX227 | Pltf. E.H.004444-Pltf. E.H.004447 | =UTF-8QYour_Wednesday_morning_trip_with_Uber=.eml | 2018/08/22 EH Uber Receipt | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX228 | Pltf. E.H.005004-Pltf. E.H.005006 | Thank you for your Pizza Hut order.eml | 2017/09/21 EH Pizza Hut Receipt | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX229 | Pltf. E.H.005007-Pltf. E.H.005009 | Thank you for your Pizza Hut order.eml | 2018/05/31 EH Pizza Hut Receipt | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX230 | Pltf. E.H.005037-Pltf. E.H.005038 | Welcome to RediCard.eml | 2014/08/11 EH RediCard Rewards Email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX231 | Pltf. E.H.005211 | IMG_20150930_150059.jpg | 2015/09/30 EH Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX232 | Pltf. E.H.007577 | 20170826_101325.jpg | 2017/08/26 EH Photo on RRI Balcony | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX233 | Pltf. E.H.007579 | 20170827_100145.jpg | 2017/08/27 EH Photo in RRI Room | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX234 | Pltf. E.H.007581 | 20170828_104110.jpg | 2017/08/28 EH Photo in RRI Room | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX235 | Pltf. E.H.007583 | 20170902_175734.jpg | 2017/09/02 EH Photo in RRI Room | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX236 | Pltf. E.H.007593 | 20170913_084342.jpg | 2017/09/13 EH Photo in RRI Room | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX237 | Pltf. E.H.007595 | 20170917_150847.jpg | 2017/09/17 EH Photo in RRI Room | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX238 | Pltf. E.H.007597 | 20170918_094407.jpg | 2017/09/18 EH Photo in RRI Room | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX239 | Pltf. E.H.007619 | 20180530_175250.jpg | 2018/05/30 EH Photo on RRI Balcony | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX240 | Pltf. E.H.007621 | 20180531_100331.jpg | 2018/05/31 EH Photo in RRI Bathroom | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX241 | Pltf. E.H.007623 | 20180603_224025.jpg | 2018/06/03 EH Photo in RRI Room | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX242 | Pltf. E.H.007629 | 20180605_135027.jpg | 2018/06/05 EH Photo on RRI Balcony | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX243 | Pltf. E.H.007631 | 20180616_195647.jpg | 2018/06/16 EH Photo in RRI Room | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX244 | Pltf. E.H.007639 | 20180630_154911.jpg | 2018/06/30 EH Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX245 | Pltf. E.H.007641 | 20180630_171124.jpg | 2018/06/30 EH Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX246 | Pltf. E.H.007643 | 20180630_175338.jpg | 2018/06/30 EH Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX247 | Pltf. E.H.007651 | 20180713_123623.jpg | 2018/07/13 EH Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX248 | Pltf. E.H.007653 | 20180718_123317.jpg | 2018/07/18 EH Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX249 | Pltf. E.H.007659 | 20180727_181553.jpg | 2018/07/27 EH Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX250 | Pltf. E.H.007665 | 20180801_231457.jpg | 2018/08/01 Photo of RRI-Smyrna Parking Lot | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX251 | Pltf. E.H.007667 | 20180803_203747.jpg | 2018/08/03 EH Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX252 | Pltf. E.H.007669 | 20180806_200426.jpg | 2018/08/06 EH Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX253 | Pltf. E.H.007710 | IMG_20161114_124200.jpg | 2016/11/14 Photo of Branding | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX254 | Pltf. E.H.007943 | IMG_20150805_171910.jpg | 2015/08/05 Photo of branding | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX255 | Pltf. K.P.000458 | 431563_3409471272 573_1143711064_34 75423_2027734048_ n.jpg.jpg | Traffickers Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX256 | Pltf. K.P.000484 | File55.jpeg;IMG_201 30612_201712.jpg;I MG_20130612_2017 12#1.jpg | 2013/06/12 Trafficker Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX257 | Pltf. M.M.002073-Pltf. M.M.002151 | MM0374-2021-09-23 PDF of M.M. Affidavit and Supporting Affidavits.pdf | 2021/09/23 Affidavit of MM in Support of Petition and Supporting Documents | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) and inadmissible hearsay |
| PX258 | Pltf. M.M.002152-Pltf. M.M.002175 | MM0375-2021-10-19 - PDF of MM Petition for Record Restriction 16FT6656_1 (35-3-37).PDF | 2019/10/19 M.M. Petition to Restrict Criminal History Record Information | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX259 | Pltf. M.M.002176-Pltf. M.M.002223 | MM0376-2021-10-19 - PDF of MM Petition to Vacate 16FT6656_1 (17-10-21).PDF | 2021/10/19 MM Petition to Vacate Conviction | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX260 | Pltf. M.M.002224-Pltf. M.M.002252 | MM0377-2021-10-19 - PDF of MM Pleadings - Cobb State_1 (17-10-21).PDF | 2021/10/19 MM Petition to Vacate Conviction | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX261 | Pltf. M.M.002253-Pltf. M.M.002354 | MM0378-2021-10-19 - PDF of MM Pleadings - Cobb Superior (17-10-21).pdf | 2021/10/19 MM Petition to Vacate Conviction | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX262 | Pltf. M.M.002355-Pltf. M.M.002361 | MM0379-2021-11-02 - 12-9-0941 - Stip of Consent to Proposed Order for Vacatur of Convictions & Restric of Access.pdf | 2021/11/02 MM Stipulatin of Consent to Proposed Order for Vacatur of Convictions and Restriction of Access | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX263 | Pltf. M.M.002362-Pltf. M.M.002363 | MM0380-2021-11-02 - 12-9-0941---Order Limiting Public Access to Crim History Record Info Under OCGA 35-3-37.pdf | 2021/11/02 MM Order Limiting Public Access to Criminal History Record Information | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX264 | Pltf. M.M.002364-Pltf. M.M.002365 | MM0381-2021-11-02 - 19-9-4753---Order Limiting Public Access to Crim History Record Info Under OCGA 35-3-37.pdf | 2021/11/02 MM Order Limiting Public Access to Criminal History Record Info | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX265 | Pltf. M.M.002366-Pltf. M.M.002383 | MM0382-2021-11-02 - Certified Copies MM Orders - Cobb Superior (17-10-21).pdf | 2021/11/02 MM Stipulation of Consent to Proposed Order for Vacatur of Convictions and Restriction of Access | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX266 | Pltf. M.M.002384-Pltf. M.M.002390 | MM0383-2021-11-02-20-9-0581- Stip of Consent to Proposed Order for Vacatur of Convictions & Restric of Access.pdf | 2021-11-02 Stipulation of Consent to Proposed Order for Vacatur of Convictions and Restriction of Access | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX267 | Pltf. M.M.002391-Pltf. M.M.002398 | MM0384-MELANIE MANUS PRESENTATION 1.docx | MM Presentation | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX268 | Pltf. W.K.-000380-Pltf. W.K.-000403 | AAD125.pdf | 2014/07/12 Investigative Follow Up for Aggravated Assault | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| PX269 | Prtf-RRI0005450 | Patel 288.pdf | 2013/07/07 TripAdvisor reviews Smyrna | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX270 | RRI000135-RRI000136 | Moyer 104.pdf | 2019/12/12 Robert Earnest Allen II Status and Key Dates | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX271 | RRI 000223-RRI000262 | Wehrle 320.pdf | June 2012 RRI Inn Management InnSider | |
| PX272 | RRI 000466-RRI000497 | p0.pdf;Limbert 134.pdf | RRI Presentation Preventing & Reacting to Child Sex Trafficking | |
| PX273 | RRI 000544-RRI00545 | 020222-Thomas-D1.pdf | Dec 2010 RRI Prostitution Notice | |
| PX274 | RRI000777-RRI000800 | Galbraith 001.pdf | Guest Redi Expectations 2013 | |
| PX275 | RRI 000117-RRI 000119 | Moyer 105.pdf | 2017/03/12 2016 Robert Allen Performance Evaluation | |
| PX276 | RRI 000120-RRI 000122 | Moyer 103.pdf | 2014/02/16 2013 Robert Allen Performance Evaluation | |
| PX277 | RRI 000178-RRI 000222 | Stocker 206.pdf | Red Roof Inn GSR Innsider June 2012 | |
| PX278 | RRI 000223-RRI 000262 | Lam 008.pdf | Red Roof Inn Inn Management Innsider June 2012 | duplicate |
| PX279 | RRI 000466-RRI 000497 | RRI 000466-RRI 000497.pdf | RRI Presentation Preventing and Reacting to Child Sex Trafficking | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX280 | RRI 000466-RRI 000508 | 102221-Castille-D4.pdf | RRI InnSider Employee Handbook January 2016 | |
| PX281 | RRI 000466-RRI 000491 | 020222-Thomas-D4.pdf | Jan 2016 InnSider Employee Handbook | duplicate |
| PX282 | RRI 000509-RRI 000540 | 020222-Thomas-D3.pdf | RRI Presentation Preventing & Reacting to Child Sex Trafficking | |
| PX283 | RRI 000509-RRI 000540 | 102221-Castille-D3.pdf | RRI Presentation Preventing & Reacting to Child Sex Trafficking | duplicate |
| PX284 | RRI 000544-RRI 000545 | 102221-Castille-D1.pdf | Dec 2010 RRI Prostitution Notice | |
| PX285 | RRI 000621-RRI 000624 | RRI 000621-RRI 000624.pdf | 2014 Guest Complaints | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX286 | RRI 000625-RRI 000634 | RRI 000625-RRI 000634.pdf | 2015 Guest Complaints | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX287 | RRI 000635-RRI 000641 | RRI 000635-RRI 000641.pdf | 2016 Guest Complaints | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX288 | RRI 000677-RRI 000721 | RRI 000677-RRI 000721.pdf | 2010/11/11 Red Roof Inn Franchise Agreement  Between RRF and DMARC 2007-CD5 Druid Hills, LP | |
| PX289 | RRI 000722-RRI 000758 | Austin 253.pdf | 2011/03/02 Atlanta Druid Hills Exclusive Property Management Agreement Hospitality Property | |
| PX290 | RRI 000772-RRI 000776 | RRI 000772-RRI 000776.pdf | 2013/05/07 Franchise Visitation Report  RRI Smyrna | |
| PX291 | RRI 000777-RRI 000800 | Lam 001.pdf | 2013/01/01 Guest Redi Expectations | |
| PX292 | RRI 000923-RRI 000940 | RRI 000923-RRI 000940.pdf | 2012/03/28 RRI Weekly E-pak | |
| PX293 | RRI 000923-RRI 000940 | Moyer 108.pdf | 2012/03/28 RRI Weekly E-pak | duplicate |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX294 | RRI 000941-RRI 000984 | RRI 000941-RRI 000984.pdf | 2011/08/25 Franchise Agreement Between RRF and FMW RRI NC LLC | |
| PX295 | RRI 000985-RRI 000990 | RRI 000985-RRI 000990.pdf | 2015/10/06 Franchise Visitation Report | |
| PX296 | RRI 000991-RRI 001102 | RRI 000991-RRI 001102(1).pdf | 2011/08/25 Property Management Agreement between FMW RRI NC, LLC and RRI West Management, LLC | |
| PX297 | RRI 000991-RRI 001102 | RRI 000991-RRI 001102.pdf | 2011/08/25 Property Management Agreement Between FMW RRI NC, LLC and RRI West Management, LLC | duplicate |
| PX298 | RRI 000991-RRI 001102 | Austin 225.pdf | 2011/08/25 Property Management Agreement Between FMW RRI NC, LLC and RRI West Management, LLC | duplicate |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX299 | RRI 001103-RRI 001411 | RRI 001103-RRI 001411.pdf | 2011/03/02 Exclusive Property Management Agreement  RRI Druid Hills | |
| PX300 | RRI 001423-RRI 001476 | RRI 001423-RRI 001476.pdf | 2012/12/14 Franchise Agreement Between RRF, LLC and Varahi Hotel, LLC | duplicate |
| PX301 | RRI 001423-RRI 001476 | Limbert 172.pdf | 2012/12/14 Franchise Agreement Between RRF, LLC and Varahi Hotel, LLC | duplicate |
| PX302 | RRI 002741-RRI 002753 | Austin 223.pdf | 2014/01/13 Minutes of Annual Meeting of the Sole Shareholder RRI | AEO |
| PX303 | RRI 002754-RRI 002762 | Park Exhibit No. 336.pdf | 2010/03/01 Unanimous Written Consent of the Sole Member of RRF Holding Company in Lieu of Special Meeting | AEO |
| PX304 | RRI 002763-RRI 002774 | Park Exhibit No. 335.pdf | 2013/01/22 Action of the Manager of RRF | AEO |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX305 | RRI 002777-RRI 002936 | Austin 228.pdf | 2011/03/02 Lease Agreement between RRI I-IV LLC and RRI OPCO | AEO |
| PX306 | RRI 004456 | RRI 004456-RRI 004456.pdf | 2018 JD2 Arrival and Departure | |
| PX307 | RRI 004934-RRI 004936 | RRI 004934-RRI 004936.pdf | 2016/01/29 Email from Kessler to MacDonald re RRI Smyrna | |
| PX308 | RRI 005234-RRI 005251 | RRI 005234-RRI 005251.pdf | 2012/03/28 Weekly e-Pak | duplicate |
| PX309 | RRI 005278-RRI 005309 | RRI 005278-RRI 005309.pdf | RRI Presentation Preventing and Reacting to Child Sex Trafficking | duplicate |
| PX310 | RRI 005311-RRI 005312 | Limbert 147A.pdf;p0.pdf | 2016/01/22 Recent Issues at RRI Smyrna | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX311 | RRI 005311-RRI 005312 | AlanLTallisVolI_11.pdf | 2016/01/22 Recent Issues at RRI Smyrna | duplicate |
| PX312 | RRI 005311-RRI 005312 | Patel 147A.pdf | 2016/01/22 Recent Issues at RRI Smyrna | duplicate |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX313 | RRI 005311-RRI 005312 | Patel 147A.pdf | 2016/01/22 Recent Issues at RRI Smyrna | duplicate |
| PX314 | RRI 011682-RRI 012013 | Park Exhibit No. 341.pdf | RRF Consolidated Financial Statements for the years ended December 31, 2010, 2009, and 2008 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 until a finding of punitive damages |
| PX315 | RRI 011695-RRI 011994 | Park Exhibit No. 342.pdf | RRI Consolidated Financial Statements for the years ended December 31, 2010 and 2009 | duplicate |
| PX316 | RRI 011734-RRI 011754 | RRI 011734-RRI 011754.pdf | RRI Consolidated Financial Statements For the Years Ended December 31, 2012 and 2011 | duplicate |
| PX317 | RRI 012014 | Park Exhibit No. 340.pdf | RRI West Statement of Income 2015-2018 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 until a finding of punitive damages |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX318 | RRI Unredacted 002741-RRI Unredacted 002753 | Park Exhibit No. 328.pdf | 2014/01/13 Minutes of Annual Meeting of the Sole Shareholder RRI | duplicate |
| PX319 | RRI unredacted 000722-RRI unredacted 000758 | Park Exhibit No. 332.pdf | 2011/03/02 Exclusive Property Management Agreement Hospitality Property Druid Hills | |
| PX320 | RRI unredacted 000941-RRI unredacted 000984 | Wehrle 319.pdf | 2011/08/25 RRI Franchise Agreement between RRF and FMW RRI NC Smyrna | duplicate |
| PX321 | RRI unredacted 000991-RRI unredacted 001102 | RRI unredacted 000991-RRI unredacted 001102.pdf | 2011/08/25 Unredacted Property Management Agreement between FMW RRI NC and RRI West | |
| PX322 | RRI unredacted 000991-RRI unredacted 001102 | Park Exhibit No. 331.pdf | 2011/08/25 Unredacted Property Management Agreement between FMW RRI NC and RRI West Management | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX323 | RRI unredacted 001423-RRI unredacted 001476 | RRI unredacted 001423-RRI unredacted 001476.pdf | 2012/12/14 Unredacted RRI Franchise Agreement between RRF and Varahi Hotel | duplicate |
| PX324 | RRI unredacted 001423-RRI unredacted 001476 | Park Exhibit No. 333.pdf | 2012/12/14 Unredacted RRI Franchise Agreement between RRF and Varahi Hotels | duplicate |
| PX325 | RRI unredacted 001423-RRI unredacted 001476 | Galbraith 333.pdf | 2012/12/14 Unredacted RRI Franchise Agreement between RRF and Varahi Hotels | duplicate |
| PX326 | RRI unredacted 001423-RRI unredacted 001476 | Patel 333.pdf | 2012/12/14 Unredacted RRI Franchise Agreement between RRF and Varahi Hotels | duplicate |
| PX327 | RRI Unredacted 002705-RRI Unredacted 002740 | RRI Unredacted 002705-RRI Unredacted 002740.pdf | 2015/01/20 Unredacted Minutes of Annual Meeting of the Sole Shareholder RRI Canada and RRI Financial | Replace redacted copy - AEO |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX328 | RRI Unredacted 002705-RRI Unredacted 002740 | Park Exhibit No. 334.pdf | 2015/01/20 Unredacted Minutes of Annual Meeting of the Sole Shareholder RRI Canada and RRI Financial | Replace redacted copy - AEO |
| PX329 | RRI Unredacted 002741-RRI Unredacted 002753 | RRI Unredacted 002741-RRI Unredacted 002753.pdf | 2014/01/13 Unredacted Minutes of Annuals Meeting of the Sole Shareholder RRI | Replace redacted copy - AEO |
| PX330 | RRI unredated 000677-RRI unredated 000721 | Park Exhibit No. 337.pdf | Unredacted 2010/11/11 RRI Franchise Agreement between RRF and Druid Hills | duplicate |
| PX331 | RRI WK 00000832-RRI_WK_00000836 | Moyer 124.pdf | 2012/06/22 Complaint from Karesma Hendrix email | |
| PX332 | RRI WK 00004869-RRI_WK_00004870 | Patel 287.pdf | 2012/06/22 District 11 Analysis Email from Bob Patel | |
| PX333 | RRI WK 00004955 | Moyer 115.pdf | 2013/11/12 Email from Jay Moyner | duplicate |
| PX334 | RRI WK 00045442-RRI WK 00045446 | Limbert 144.pdf;p0.pdf | 2016/01/21 Email from Cori Rice | duplicate |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX335 | RRI WK 00045469-RRl_WK_00045471 | p0.pdf;Limbert 146.pdf | 2016/01/22 Email from Cori Rice | duplicate |
| PX336 | RRI WK 00050496-RRl_WK_00050507 | Limbert 151.pdf;p0.pdf | 2016/02/18 RRI Crisis Monitoring Monthly Report Jan 2016 | Attorney Work Product |
| PX337 | RRI_EF_00007425-RRI_EF_00007426 | Moyer 114.pdf | 2013/11/12 Notes for Budget Reviews FMC and Dune email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX338 | RRI_WK00002998-RRI_WK_00002999 | AlanLTallisVolI_9.pdf | 2017/08/10 Email and Documents from Conference Call | |
| PX339 | RRI_WK-00004265-RRI_WK_00004266 | Patel 275.pdf | 2016/01/29 Police Officer Needed at RRI Smyrna | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX340 | RRI_WK-00004270-RRI_WK_00004271 | Patel 277.pdf | 2016/02/02 Service Manager Task Assigned p Wylene Myers email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX341 | RRI_WK_00000134-RRI_WK_00000135 | RE Human Trafficking Training - Franchise 1.23.19.docx.msg | 2019/01/24 RRI Emails about human trafficking training | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |
| PX342 | RRI_WK_00000412-RRI_WK_00000415 | ECPATUSA_hotelcompanyimplementationprintRedRoof.pdf | ECPAT USA Hotel Company Code Implementation | Authenticity; Foundation |
| PX343 | RRI_WK_00000416-RRI_WK_00000417 | Protection of the Rights of Children Policy.docx | RRI Protection and Rights of Children Policy | Authenticity; Foundation |
| PX344 | RRI_WK_00000419-RRI_WK_00000421 | FW Red Roof Inn - Atlanta - Smyrna - MICHAEL COMPANY - Satisfaction Survey Results.msg | 2017/06/05 RRI Emails - Satisfaction Survey Results | |
| PX345 | RRI_WK_00000422 | Human Trafficking.msg | 2017/12/20 RRI Email regarding human trafficking recorded webinar | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX346 | RRI_WK_00000423-RRI_WK_00000455 | Preventing and Reacting to Child Sex Trafficking (corporate and franchise for 9.17.14).pptx | Preventing and Reacting to Child Sex Trafficking (Corporate and Franchise) | duplicate |
| PX347 | RRI_WK_00000548-RRI_WK_00000609 | Patel 163.pdf | 2016/01/28 Do Not Rent List | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX348 | RRI_WK_00000610-RRI_WK_00000611 | Patel 276.pdf | 2016/01/29 Email Re: Part Time Slot | duplicate |
| PX349 | RRI_WK_00000612-RRI_WK_00000613 | Patel 279.pdf | 2016/09/01 One Call Resolution Case Created for Keniefah Martin | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX350 | RRI_WK_00000614-RRI_WK_00000615 | Patel 281.pdf | 2017/06/26 One Call Resolution Case Created for Phillip Vasseur | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX351 | RRI_WK_00000780-RRI_WK_00000781 | Re SECURITY TA REVIEWS .msg | 2016/10/11 RRI Emails re Trip Advisor Reviews | |
| PX352 | RRI_WK_00000791-RRI_WK_00000794 | Moyer 116.pdf | 2012/08/15 July/July YTD Results email | |
| PX353 | RRI_WK_00000817-RRI_WK_00000820 | Re Red Roof Inn - Atlanta (Buckhead) - JAGUAR EISELE - Satisfaction Survey Results.msg | 2012/11/10 Red Roof Inn- Atlanta (Buckhead)- Jaguar Eisele- Satisfaction Survey Results | |
| PX354 | RRI_WK_00000817-RRI_WK_00000828 | Moyer 121.pdf | 2012/11/10 Red Roof Inn- Atlanta (Buckhead)- Jaguar Eisele- Satisfaction Survey Results | duplicate |
| PX355 | RRI_WK_00000829-RRI_WK_00000831 | Moyer 123.pdf | 2012/12/17 Renee Huber Satisfcation Survey Results | |
| PX356 | RRI_WK_00000897-RRI_WK_00000900 | Moyer 132.pdf | 2017/04/17 Buckhead Security Officer Activity Report | |
| PX357 | RRI_WK_00000903 | Moyer 133.pdf | 2017/11/13 RR Plus Case for Dijon Rice | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX358 | RRI_WK_00000905-RRI_WK_00000906 | RE Changes to Age and Payment Check In Requirements.msg | 2017/12/27 RRI Emails re Age and Payment Check in Requirements | |
| PX359 | RRI_WK_00000907 | CCCashAgeCancellation R6.xlsx | Excel Sheet CC or Cash/Cancellation Policy | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX360 | RRI_WK_00001234-RRI_WK_00001237 | Lam 006.pdf | RRI 88 Smyrna YTD Summary, Executive Summary emails | |
| PX361 | RRI_WK_00001235-RRI_WK_00001237 | FW TOUR NOTES - ATLANTA INNS .msg | 2016/03/19 RRI Emails - Tour Notes | |
| PX362 | RRI_WK_00001245-RRI_WK_00001257 | BOTTOM 20% PRESENTATION RALEIGH, NC V. LAM 10.5.2016.pptx;BOTTOM 20%25 PRESENTATION RALEIGH, NC V. LAM 10.5.2016.pptx | 2016/10/05 RRI Bottom 20% Presentation | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX363 | RRI_WK_00001361-RRI_WK_00001363 | Bad Apples Chicago_88 Smyrna_SChandler F11.pptx | RRI Bad Apples List | |
| PX364 | RRI_WK_00001392 | Fwd Training and ECPAT.msg | 2015/12/14 Sarkisian Email | |
| PX365 | RRI_WK_00001718 | Training and ECPAT.msg | 2015/12/08 Sarkisian Email re Training and ECPAT | |
| PX366 | RRI_WK_00001721-RRI_WK_00001722 | Re Training and ECPAT.msg | Dec 2015 Emails Re: Training and ECPAT | |
| PX367 | RRI_WK_00001723 | Fwd Training and ECPAT.msg | 2015/12/14 Sarkisian email | |
| PX368 | RRI_WK_00001752-RRI_WK_00001778 | Red Roof Inn - MIT Training-3-23-2008.ppt | 2008/03/23 General Manager Training Safety and Security Presentation | |
| PX369 | RRI_WK_00001779-RRI_WK_00001790 | Moyer 106.pdf | 2008/01/17 Safety Services Agreement | |
| PX370 | RRI_WK_00001791-RRI_WK_00001803 | 2022-01-19 - Hamilton-4.pdf;011922-Hamilton-4.pdf | 2011/03/10 Safety Services Agreement | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX371 | RRI_WK_00002385-RRI_WK_00002386 | FW Dorraine's request for LP6 Information.msg | 2011/04/05 LP6 Info Email re Asset Review Comments | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| PX372 | RRI_WK_00002388-RRI_WK_00002475 | LP 6 Asset Review Comments on asset summaries from VPOs 3-18-2011.docx | 2011/03/18 LP6 VPO Comments on Assets | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| PX373 | RRI_WK_00002476 | Asset Summaries - Bear Floater - LP VI updated Master 3-11-2011.xlsx | 2011/03/11 Asset Summaries List | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| PX374 | RRI_WK_00002477-RRI_WK_00002479 | Review Alert for Red Roof Inn Atlanta North and more.msg | 2013/07/12 Trip Advisor Review Alert for RRI Atl North | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX375 | RRI_WK_00002480-RRI_WK_00002481 | Mid Month NR - October.msg | 2013/10/18 Email Mid Month NR - October | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX376 | RRI_WK_00002514-RRI_WK_00002602 | Alexander 308.pdf | 2014/09/04 Reputology Monitor Review Summaries - Red Roof Inn Daily Summary | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX377 | RRI_WK_00002545-RRI_WK_00002557 | You have 58 new reviews.msg | 2014/09/24 Reputology Monitor Review Summaries - Red Roof Inn Daily Summaries | duplicate |
| PX378 | RRI_WK_00002604 | Trafficking-one example at Red Roof Inn.msg | 2015/12/04 Sarkisian Email re Trafficking at Red Roof Smyrna | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX379 | RRI_WK_00002651-RRI_WK_00002652 | FW Trafficking-one example at Red Roof Inn.msg | 2015/12/04 Email from Alexander to Hugh Forwarding Sarkisian Email re Trafficking at Red Roof Smyrna | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX380 | RRI_WK_00002699-RRI_WK_00002701 | Press Release.msg | 2018/01/16 Email Re: Press Release | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX381 | RRI_WK_00002843 | RRI Crisis Moniotring_Top Properties_May-December 2015.xlsx | RRI Crisis Monitoring Top Priorities May-December 2015 | Privilege; relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (redact unrelated properties and Varahi conduct) |
| PX382 | RRI_WK_00002844-RRI_WK_00002854 | 2015 RRI Crisis Monitoring Report_May-December 2015.pdf | RRI Crisis Monitoring Report May-December 2015 | Privilege; relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (redact unrelated properties and Varahi conduct) |
| PX383 | RRI_WK_00002901-RRI_WK_00002904 | Lam 020.pdf | 2017/01/19 Email from Vickie Lam | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (redact unrelated properties) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX384 | RRI_WK_00002998-RRI_WK_00002999 | Red Roof-2200 Corporate Plaza.msg | 2017/08/10 Email from Jeffrey Adcock to Greg Stocker, Vickie Lam, et al. re: Red Roof 2200 Corporate Plaza | |
| PX385 | RRI_WK_00002998-RRI_WK_00003007 | Lam 017.pdf | 2017/08/10 Email from Jeffrey Adcock to Greg Stocker, Vickie Lam, et al. re: Red Roof 2200 Corporate Plaza | duplicate |
| PX386 | RRI_WK_00003000 | Red Roof 2016 Incident Offense Report.xls | Red Roof 2016 Incident Offense Report- RRI Smyrna | Privilege; relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (redact unrelated properties and Varahi conduct) |
| PX387 | RRI_WK_00003001 | Windy Hill Hotel Chart Comparison.docx | Crime comparison chart at hotels in Windy Hill | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated hotel) |
| PX388 | RRI_WK_00003002 | Red Roof 2017-081017.xls | Crimes Listing at RRI-Smyrna | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX389 | RRI_WK_00003003 | mossberg.JPG | Photograph of weapons and Drugs | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| PX390 | RRI_WK_00003004 | Red Roof 2016 Arrest Report.xps | RRI-Smyrna Arrest Reports in 2016 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX391 | RRI_WK_00003005-RRI_WK_00003007 | Red Roof Abatement Request Memo-020317-Final.doc | 2017/02/03 RRI Smyrna Nuisance Abatement Request Memo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX392 | RRI_WK_00003033 | Patel 282.pdf | 2017/09/18 Employee Meeting Notes Smyrna | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX393 | RRI_WK_00003800 | FW Red Roof Guest Complaints.msg | 2020/04/16 RRI Guest Complaints Email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |
| PX394 | RRI_WK_00003801 | Negative Case Extract- 2016.xlsx | 2016 Negative Case Extract List | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties and Varahi conduct) |
| PX395 | RRI_WK_00003802 | Copy of 2015 Guest Relations cases 88 and 130.xlsx | 2015 Guest Relations List | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties and Varahi conduct) |
| PX396 | RRI_WK_00003803 | Copy of 2014 Guest Relations cases 88 and 130.xlsx | 2014 Guest Relations List | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties and Varahi conduct) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX397 | RRI_WK_00003804 | Copy of 2016 Guest Relations cases 88 and 130.xlsx | 2016 Guest Relations List | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties and Varahi conduct) |
| PX398 | RRI_WK_00003810-RRI_WK_00003811 | Human Trafficking Investigative Protocol June 2020 Selections.docx | June 2020 Human Trafficking Investigative Protocol | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX399 | RRI_WK_00004146-RRI_WK_00004171 | Human Trafficking Investigative Protocol Summary and Recommendations FINAL November 2020.pptx | Human Trafficking Investigative Protocol Summary and Recommendations, November 2020 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |
| PX400 | RRI_WK_00004225 | RE Prosittutes.msg | 2014/04/29 Email re Prostitutes | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX401 | RRI_WK_00004225 | Patel 268.pdf | 2014/04/29 Email re Prostitutes | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX402 | RRI_WK_00004227-RRI_WK_00004245 | RE You have 58 new reviews.msg | 2014/09/24 Email regarding Review and Response Needed from F. Castille or B. Patel | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX403 | RRI_WK_00004227-RRI_WK_00004245 | Lam 002.pdf | 2014/09/24 Emails between Bob Patel and Vickie Lam | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX404 | RRI_WK_00004227-RRI_WK_00004245 | Patel 002.pdf | 2014/09/24 Emails about Guest Review | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX405 | RRI_WK_00004246-RRI_WK_00004247 | Patel 289.pdf | 2014/10/21 Email Negative case Created for #88 Smyrna | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX406 | RRI_WK_00004248-RRI_WK_00004250 | RE GR Alert - NEGATIVE Case Created for 088Atlanta - Smyrna.msg | 2014/10/21-22 Emails re Negative Case and Reclass | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX407 | RRI_WK_00004248-RRI_WK_00004296 | Lam 003.pdf | 2014/10/22 Emails between Bob Patel and Vickie Lam | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX408 | RRI_WK_00004251-RRI_WK_00004252 | RE Service Manager Task Assigned - Shalandria Detry.msg | 2015/12/22 Email Re: Service Manager Task Assigned | |
| PX409 | RRI_WK_00004253 | Patel 260.pdf | 2016/01/22 Police Officer Help Needed at RRI Smyrna | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX410 | RRI_WK_00004295-RRI_WK_00004296 | RE Service Manager Task Assigned - Tracey Strickland.msg | 2016-04-15 Email Re: Negative Review RRI Smyrna | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX411 | RRI_WK_00004295-RRI_WK_00004296 | Patel 278.pdf | 2016/04/15 Service Manager Task Assigned - | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX412 | RRI_WK_00004297-RRI_WK_00004303 | Patel 262.pdf | 2014/04/10 Legal Notice from Cobb County emails | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX413 | RRI_WK_00004297-RRI_WK_00004303 | Patel 262.pdf | 2014/04/10 Legal Notice from Cobb County emails | duplicate |
| PX414 | RRI_WK_00004742-RRI_WK_00004746 | Moyer 125.pdf | 2013/10/07 Service Manager Task Assigned - Sandra Watson | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX415 | RRI_WK_00004862-RRI_WK_00004865 | FW Customer Satisfaction Report-FebruaryFebruary YTD.msg | 2012/03 Customer Satisfaction Report February/February YTD | |
| PX416 | RRI_WK_00004866 | D11 negative comments.xls | Negative Reponses for various RRI properties | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties and Varahi conduct) |
| PX417 | RRI_WK_00004867-RRI_WK_00004868 | District 11 Quality Results 2012 YTD.docx | District 11 Quality Results 2012 YTD | |
| PX418 | RRI_WK_00004874-RRI_WK_00004875 | Red Roof Inn - Atlanta (Buckhead) - MARHONDA NORMAN - Satisfaction Survey Results.msg | 2012/12/19 Norman Satisfaction Survey results | |
| PX419 | RRI_WK_00004874-RRI_WK_00004875 | Moyer 119.pdf | 2012/12/19 Marhonda Norman Satisfaction Survey results | |
| PX420 | RRI_WK_00004876-RRI_WK_00004878 | Druid Hills Buckhead #130.msg | 2012/12/19 Email from Michael Thomas | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX421 | RRI_WK_00004879-RRI_WK_00004882 | RE Druid Hills Buckhead #130.msg | 2012/10/22 Re: Druid Hills Buckhead #130 | |
| PX422 | RRI_WK_00004883-RRI_WK_00004886 | Moyer 120.pdf | 2012/10/22 Re: Druid Hills Buckhead #130 | |
| PX423 | RRI_WK_00004900-RRI_WK_00004901 | Red Roof Inn - Atlanta - Smyrna - KELLY KAMMANN - Satisfaction Survey Results.msg | 2012/12/27 Kammann Satisfaction Survey Results | |
| PX424 | RRI_WK_00004900-RRI_WK_00004901 | Moyer 122.pdf | 2012/11/27 Kelly Keammann Satisfaction Survey Results | |
| PX425 | RRI_WK_00004900-RRI_WK_00004901 | Patel 122.pdf | 2012/11/27 Kelly Keammann Satisfaction Survey Results | |
| PX426 | RRI_WK_00004902-RRI_WK_00004903 | Moyer 123a.pdf | 2012/12/17 Joseph Kraut Satisfaction Survey Results | |
| PX427 | RRI_WK_00004952-RRI_WK_00004954 | Moyer 126.pdf | 2013/10/31 Emails about complaint from Tricia LeTempt | |
| PX428 | RRI_WK_00004955 | RE 2014 Budget .msg | 2013/11/12 Email from Moyer re 2014 Budget | duplicate |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX429 | RRI_WK_00004956 | RRI130 - Red Roof PLUS+ Atlanta - Buckhead  Complaint of guest at property. .msg | 2015/04/25  Email re Possible Prostitution | |
| PX430 | RRI_WK_00004957-RRI_WK_00004958 | Fwd RRI130 - Red Roof PLUS+ Atlanta - Buckhead Complaint of guest at property. .msg | 2015/04/26 Moyer response to Email re Possible Prostitution | |
| PX431 | RRI_WK_00004957-RRI_WK_00004958 | Moyer 127.pdf | 2015/04/26 Atlanta Buckhead Guest Complaint | |
| PX432 | RRI_WK_00004982-RRI_WK_00004986 | Moyer 128.pdf | 2015/12/30 Guest Relations Case Created for Scott Ernster | |
| PX433 | RRI_WK_00004999-RRI_WK_00005001 | Moyer 129.pdf | 2016/06/14 Guest Relations Case Created for John Foster | |
| PX434 | RRI_WK_00005020 | Kyle Miller .msg | 2016/09/16 Email re Guest Complaint | |
| PX435 | RRI_WK_00005021-RRI_WK_00005025 | RE Kyle Miller .msg | 2016/09/16 Email re Guest Complaint | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX436 | RRI_WK_00005021-RRI_WK_00005055 | Moyer 131.pdf | 2016/09/16 Kyle Miller Review Guest Relations | |
| PX437 | RRI_WK_00005226-RRI_WK_00005227 | Clarabridge Comment Reports.msg | Clarabridge Guest Survey Comments-keywords | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403(unrelated properties) |
| PX438 | RRI_WK_00005228 | Comment List - July 2015.xlsx | July 2015 Survey Comments | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties and Varahi conduct) |
| PX439 | RRI_WK_00005229 | Comment List - September 2015.xlsx | Comment List September 2015 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties and Varahi conduct) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX440 | RRI_WK_00005230 | Comment List - August 2015.xlsx | Comment List August 2015 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties and Varahi conduct) |
| PX441 | RRI_WK_00005242 | RRI Crisis Monitoring Monthly Report - July to October, 2015.msg | 2015/12/13 Email regarding crisis monitoring monthly report | Privilege |
| PX442 | RRI_WK_00005243-RRI_WK_00005251 | RRI Crisis Monitoring Monthly Report - July to October.pptx | RRI Crisis Monitoring Monthly Report July 2015 - October 2015 | Privilege |
| PX443 | RRI_WK_00005252 | FW RRI Crisis Monitoring Monthly Report - July to October, 2015.msg | 2015/11/16 Crisis Monitoring Monthly Report Email | Privilege |
| PX444 | RRI_WK_00005253-RRI_WK_00005261 | RRI Crisis Monitoring Monthly Report - July to October.pptx | Crisis Monitoring Monthly Report July 2015-October 2015 | Privilege |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX445 | RRI_WK_00005262-RRI_WK_00005264 | Important Press Release.msg | 2016/01/18 Internal email re ATLTrafficking.com Press Release | |
| PX446 | RRI_WK_00005265-RRI_WK_00005266 | Fwd Press Release - Red Roof in Smyran Admits Sex Trafficking Occurs in its Rooms.msg | 2016/01/22 Internal email re ATLTrafficking.com Press Release | |
| PX447 | RRI_WK_00005267-RRI_WK_00005268 | RE All Atlanta Properties Need Immediate Attention.msg | 2016/01/22 Email re Atlanta properties Needing Immediate Attention | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (redact unrelated properties) |
| PX448 | RRI_WK_00005269-RRI_WK_00005271 | Lam 010.pdf | 2016/01/22 Email Re: All Atlanta Properties Need Immediate Attention | duplicate? |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX449 | RRI_WK_00005286-RRI_WK_00005288 | Fwd What is your response to Human Trafficking at Cobb County Red Roof Inn on Windy Hill.msg | 2016/01/29 Email re Response to Human Trafficking at RRI Smyrna | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (redact unrelated properties and Varahi conduct) |
| PX450 | RRI_WK_00005314-RRI_WK_00005324 | 2015 RRI Crisis Monitoring Report_May-December 2015.pdf | Crisis Monitoring Report May-December 2015 | Privilege |
| PX451 | RRI_WK_00005325-RRI_WK_00050536 | McDonald 301.pdf | 2016/07/01 CX Studio dashboard email from Cheryl Billo | Privilege |
| PX452 | RRI_WK_00005326 | Crisis Monitoring Dashboard - New_07012016 900 AM.pdf | 2016/07/01 Crisis monitoring Information dashboard | Privilege |
| PX453 | RRI_WK_00005446 | Crisis Grid.msg | 2015/12/03 Email re Crisis Grid | |
| PX454 | RRI_WK_00005447 | RRI CRIMINIAL MASTER GRID.XLSX | RRI Criminal Master Grid | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX455 | RRI_WK_00005478-RRI_WK_00005479 | UPDATE Red Roof Caves...or Did They.msg | 2016/02/03 Email re ATL Trafficking article | |
| PX456 | RRI_WK_00005485-RRI_WK_00005490 | Cobb County Attorney's office.pdf | 2017/04/07 Cobb Co. Notice of Possible Public Safety Nuisance and Meeting Report | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), hearsay |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX457 | RRI_WK_00005586 | 12.31.2015 (unable to convert to PDF due to document format) RRI Crisis Monitoring_Top 10 Pro (1).xlsx;12.31.2015 (unable to convert to PDF due to document format) RRI Crisis Monitoring_Top (1).xlsx;12.31.2015 (unable to convert to PDF due to document format) RRI Crisis Monitoring_Top .xlsx;12.31.2015 (unable to convert to PDF due to document format) RRI Crisis Monitoring_Top 10 Pro.xlsx | 2015/12/31 Crisis Monitoring Top Properties | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX458 | RRI_WK_00005587 | Anonymous Caller RRI #088.msg | 2016/01/21 Email re Anonymous Caller re Sex Trafficking at RRI Smyrna | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX459 | RRI_WK_00005613-RRI_WK_00005614 | Lam 015.pdf | 2016/12/28 RRI 88 Smyrna | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX460 | RRI_WK_00005659 | Bad Apple Slides_Region F11.msg | 2017/10/02 Email Bad Apple Slides | duplicate |
| PX461 | RRI_WK_00005669-RRI_WK_00005671 | Bad Apples SEPT 2017_88 Smyrna_SChandler F11.pptx | September 2017 Bad Apples List | duplicate |
| PX462 | RRI_WK_00005763-RRI_WK_00005764 | MacDonald 293.pdf | 2011/11/11 Red Roof OCtober 2011 Activity Report email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX463 | RRI_WK_00005964-RRI_WK_00005965 | Calfee Report on Ohio Government February 2012.msg | 2012/02/08 Ohio Governor State of the State email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX464 | RRI_WK_00005966-RRI_WK_00005967 | OH&LA Recap of Columbus Meeting 2.9.12.msg | 2012/02/15 Recap of Columbus Meeting email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403(unrelated properties) |
| PX465 | RRI_WK_00005968 | FW Red Roof January 2012 Monthly Activity Report.msg | 2012/02/16 January 2012 Monthly PR Report email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX466 | RRI_WK_00006026-RRI_WK_00006028 | RE Google Alert - red roof inn.msg | 2012/02/19 Google Alert email re Crisis Escalation | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX467 | RRI_WK_00011307-RRI_WK_00011315 | https___ecf.ncwd.uscourts.gov_cgi-bin_show_temp.pl_file=2609388-1--17813.pdf&type=appl.pdf | 2015/09/02 Affidavit of Shawnda Drummond re RRI Charlotte, NC Property | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) and inadmissible hearsay |
| PX468 | RRI_WK_00011787-RRI_WK_00011846 | Moyer 107.pdf | 2010/11/29 Email about Safety & Security course | |
| PX469 | RRI_WK_00011859-RRI_WK_00011903 | 2012 InnSider for GSRs.pdf | 2012 RRI GSR Innsider | |
| PX470 | RRI_WK_00012068 | 250 CC Request.msg | 2014/03/26 Request for CC policy email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX471 | RRI_WK_00012069-RRI_WK_00012070 | Fwd Today's Clips.msg | 2014/06/25 Today's Clips email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX472 | RRI_WK_00012358-RRI_WK_00012360 | RE Google Alert - red roof inn, news.msg | 2015/11/16 Google Alert email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX473 | RRI_WK_0012585-RRI_WK_0012587 | Moyer 130.pdf | 2016/09/01 Buckhead reclass email | |
| PX474 | RRI_WK_00012915 | Google Alert - Red Roof Inn.msg | 2013/06/09 Google Alerts email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX475 | RRI_WK_00013089-RRI_WK_00035224 | MacDonald 303.pdf | Composite of news articles and Email clips used at the MacDonald Deposition | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX476 | RRI_WK_00013148-RRI_WK_00013152 | RED ROOF WEEKLY REPORT, September 30 - October 4.msg | September 30 - October 4, 2013 RR Weekly Report email | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX477 | RRI_WK_00013153-RRI_WK_00013155 | Today's Clips.msg | 2016/10/10 Today's Clips email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX478 | RRI_WK_00013391-RRI_WK_00013392 | RE Media Hotline Call -- fu on alleged rape from 1127.msg | 2013/12/05 Media hotline call email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX479 | RRI_WK_00013502-RRI_WK_00013504 | RE ECPAT .msg | 2014/03/06 Email re: ECPAT and training | |
| PX480 | RRI_WK_00013666 | Media Hotline Calls.msg | 2014/04/28 Media Hotline Calls email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX481 | RRI_WK_00013667 | Google Alert - Red Roof Inn.msg | 2014/04/30 Google Alert RRI Email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX482 | RRI_WK_00014056-RRI_WK_00014058 | RE Today's Clips.msg | 2014/06/25 Re: Today's Clips email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX483 | RRI_WK_00014215 | Google Alert - Red Roof Inn.msg | 2014/11/16 Google Alerts email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX484 | RRI_WK_00014486 | RE Media hotline call.msg | 2015/05/01 Media hotline call email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX485 | RRI_WK_00014780-RRI_WK_00014789 | MacDonald 292.pdf | 2015/09/15 Email about Training Videos | |
| PX486 | RRI_WK_00014791-RRI_WK_00014792 | Hotel Training Outline.pdf | Hotel Training Video Outline | |
| PX487 | RRI_WK_00014828-RRI_WK_00014829 | FW WSOC-TV request - Federal investigation into Clt franchise.msg | 2015/09/16 WSOC-TV email in regard to RRI's termination of Charlotte franchise | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX488 | RRI_WK_00014846-RRI_WK_00014847 | Today's Clips.msg | 2015/09/18 Today's clips email | |
| PX489 | RRI_WK_00015030-RRI_WK_00015069 | MacDonald 299.pdf | 2015/10/13 Emails about October reviews | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX490 | RRI_WK_00015110 | MacDonald 297.pdf | 2015/10/13 Emails about October reviews | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX491 | RRI_WK_00015681-RRI_WK_00015682 | Today's Clips.msg | 2015/10/21 Today's clips email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX492 | RRI_WK_00015907-RRI_WK_00015910 | Re Assistance needed.msg | 2016/01/14 Email re Assistance needed- 2016 RRI Crisis Training Presentation | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| PX493 | RRI_WK_00015911-RRI_WK_00015932 | 2016 RRI Crisis Training Presentation v8.0.pdf | 2016 Crisis Communications Training Presentation | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX494 | RRI_WK_00015978-RRI_WK_00015979 | FW All Atlanta Properties Need Immediate Attention.msg | 2016/01/22 Atlanta RRI need attention email | |
| PX495 | RRI_WK_00015978-RRI_WK_00015979 | MacDonald 295.pdf | 2016/01/22 Emails about Atlanta properties and complaints | |
| PX496 | RRI_WK_00015980-RRI_WK_00015988 | RED ROOF WEEKLY REPORT January 18 – January 22, 2016.msg | 2016/01/18-22 Weekly Report | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403(unrelated properties) |
| PX497 | RRI_WK_00016329 | Google Alert - Red Roof Inn.msg | 2016/08/25 Google Alert email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX498 | RRI_WK_00018256 | Today's Clips.msg | 2016/05/06 Today's clips email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX499 | RRI_WK_00018312-RRI_WK_00018331 | Guest_Relations_Presentation by Vickie.ppt | Medallia & Guest Relations Presentation | |
| PX500 | RRI_WK_00018430-RRI_WK_00018433 | Fwd Red Roof Inn - Atlanta Midtown - JUSTIN RILEY - Satisfaction Survey Results.msg | 2016/01/14 Justin Riley Satisfaction Survey Results email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX501 | RRI_WK_00018555-RRI_WK_00018557 | RE Need to put this guest in national DNR Fraud payments.msg | 2016/01/19 National DNR Fraud payments email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX502 | RRI_WK_00020959-RRI_WK_00020963 | Re Did we stay at the seacucus RRI.msg | 2012/07/24 NJ Red Roof Email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX503 | RRI_WK_00020970-RRI_WK_00020973 | Travel Risk Management Conference Focusing on Corporate & Government Travel.msg | 2012/07/26 Travel Risk Management Conference email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX504 | RRI_WK_00022150-RRI_WK_00022155 | Re Meeting on Friday, Suggested Agenda.msg | 2012/09/15 Suggested Agenda Email | |
| PX505 | RRI_WK_00022156-RRI_WK_00022157 | RE Questions from Star Tribune-Privileged Confidential.msg | 2012/09/18 Email Re: Questions from Star Tribune | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX506 | RRI_WK_00031069-RRI_WK_00031076 | Moyer 118.pdf | 2012/09/17 Memphis Ranking in 2012 email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX507 | RRI_WK_00035083-RRI_WK_00035084 | Google Alert - Red Roof Inn.msg | 2018/01/30 Google Alerts email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX508 | RRI_WK_00038055-RRI_WK_00038057 | e-Pak 3.30.2012 Continuing Ed, April promotions_ April 2012 Pet Friendly_ Human trafficking_ golden shovel contest_ WIS memo_ February 2012 Inn rankings.msg | 2012/03/30 Weekly e-Pak for 3.30.12 email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX509 | RRI_WK_00038058-RRI_WK_00038077 | e-Pak 3.30.2012.pdf | 2012/03/30 e-Pak | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX510 | RRI_WK_00038264-RRI_WK_00038265 | 085 Columbia W, SC Employee Complaint.msg | 2018/06/06 085 Columbia W, SC Complaint email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX511 | RRI_WK_00043387-RRI_WK_00043388 | Fwd RRI Framingham.msg | 2013/08/02 Framingham email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX512 | RRI_WK_00043390-RRI_WK_00043391 | 20130802111238323.pdf | 2013/08/02 Letter from Hackett re RRI-Framingham | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX513 | RRI_WK_00043415-RRI_WK_00043416 | ATTORNEY CLIENT PRIVELEGED -- CONFIDENTIA.msg | 2015/12/04 Email forwarding Sarkisian email | Cumulative and attorney-client privileged |
| PX514 | RRI_WK_00043418-RRI_WK_00043460 | Red Rood Inn Smyrna GA - Oct 2015 - Copy.doc | 2015 RRI Smyrna Customer Reviews- Trip Advisor | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX515 | RRI_WK_00043564-RRI_WK_00043565 | FW City of Columbus.msg | 2017/12/28 Fw: City of Columbus email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX516 | RRI_WK_00043566 | Scan0238.pdf | 2017/12/18 Columbus OH Nuisance Abatement letter | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX517 | RRI_WK_00045005-RRI_WK_00045006 | FW Google Alert - red roof inn.msg | 2015/09/23 Google Alert email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX518 | RRI_WK_00045012-RRI_WK_00045013 | ATTORNEY CLIENT PRIVELEGED -- CONFIDENTIA.msg | 2015/12/04 RRI Smyrna email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX519 | RRI_WK_00045060-RRI_WK_00045061 | FW Trafficking-one example at Red Roof Inn.msg | 2015/12/22 Smyrna RRI email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX520 | RRI_WK_00045063-RRI_WK_00045105 | Red Rood Inn Smyrna GA - Oct 2015 - Copy.doc | October 2015 RRI Customer Reviews- TripAdvisor | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX521 | RRI_WK_00045107 | ATT00001.htm | 2015/12/04 Sarkisian email | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX522 | RRI_WK_00045335-RRI_WK_00045336 | All Atlanta Properties Need Immediate Attention.msg | 2016/01/19 Email concerning all Atlanta RRI properties | |
| PX523 | RRI_WK_00045693-RRI_WK_00045698 | FW ECPAT-USA Tourism Child-Protection Code Follow-Up.msg | 2016/06/28 ECPAT Tourism Child-Protection Code Follow-Up email | |
| PX524 | RRI_WK_00045841-RRI_WK_00045842 | Re RRI793 Atlanta Six Flags, GA --- Safety and Risk.msg | 2017/04/05 RRI 793 Atlanta Six Flags email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX525 | RRI_WK_00045856-RRI_WK_00045857 | FW legal notice - RRI #88 Smyrna, GA .msg | 2017/04/18 Email from Vickie Lam to George Limbert et al re Cobb County Attorney's office.pdf | |
| PX526 | RRI_WK_00045858-RRI_WK_00045863 | Cobb County Attorney's office.pdf | 2017/04/07 Cobb County Notice of Possible Public Safety Nuisance and Meeting Request | Inadmissible hearsay |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX527 | RRI_WK_00045910 | BEST - Inhospitable to Human Trafficking.msg | 2017/06/26 Email regarding trafficking training | |
| PX528 | RRI_WK_00045963 | RRI #88 Smyrna, GA - Officer Jeffrey Adcock (Abatement Concerns).msg | 2017/08/09 Smyrna Officer Adcock's abatement concerns email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX529 | RRI_WK_00045993-RRI_WK_00045994 | RRI #85 Columbia, SC - Follow Up to Visit .msg | 2017/12/07 RRI #85 Columbus, SC Follow Up to Visit email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX530 | RRI_WK_00046570-RRI_WK_00046572 | FW Motel 'frequently involved in criminal activity' sees more than 200 calls for service this year - abcactionnews.com WFTS-TV.msg | 2018/11/04 ABC Action News email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX531 | RRI_WK_00046582-RRI_WK_00046584 | Re Motel 'frequently involved in criminal activity' sees more than 200 calls for service this year - abcactionnews.com WFTS-TV.msg | 2018/11/04 Email Re: ABC Action News | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX532 | RRI_WK_00047523-RRI_WK_00047524 | FW ECPAT-USA Rubric Report - Red Roof Inns.msg | 2019/08/13 ECPAT USA Rubric Report email | |
| PX533 | RRI_WK_00047525-RRI_WK_00047527 | ECPAT-USA Rubric Report_Red Roof Inns.pdf | ECPAT Rubric Report | |
| PX534 | RRI_WK_00047614-RRI_WK_00047617 | RE FYI RRI085 Columbia West, SC Police Department Called.msg | 2017/10/28 RRI 085 Charlotte Airport email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX535 | RRI_WK_00047887-RRI_WK_00047890 | Fwd 131 Jackson Fairgrounds Possible Human Trafficking-Privileged .msg | 2018/03/23 131 Jackson Fairgrounds email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX536 | RRI_WK_00048061 | Agenda for Next Week.msg | 2018/11/09 RR Brand Health Meeting Agenda email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |
| PX537 | RRI_WK_00048062 | 111318- Red Roof Brand Health Meeting Agenda.pdf | 2018/11/13 Red Roof Brand Health Meeting Agenda | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |
| PX538 | RRI_WK_00048265 | Incident Report ~ Inn #88 ~ Chanee Norris 9712.msg | 2012/09/07 Inn 88 Incident Report email | |
| PX539 | RRI_WK_00048266-RRI_WK_00048267 | 9-7-12 Chanee Norris.docx | 2012/09/07 Chanee Norris Preliminary Liability Incident Report | |
| PX540 | RRI_WK_00048407-RRI_WK_00048408 | RE Google Alert - Red Roof Inn.msg | 2014/06/11 Re; Google Alert Nashville RRI | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX541 | RRI_WK_00048409-RRI_WK_00048410 | Nashville Airport, Tn - Inn 10206 - prostitution 6-11-14.doc | 2014/06/11 Nashville Airport Preliminary Liability Incident Report | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX542 | RRI_WK_00050252-RRI_WK_00050260 | PowerPoint Presentation;RRI Crisis Monitoring Monthly Report - July to October_FINAL.pptx | July 2015 - Oct 2015 Crisis Monitoring Monthly Report | Privilege |
| PX543 | RRI_WK_00050261-RRI_WK_00050262 | RE RRI Crisis Monitoring Monthly Report - July to October, 2015.msg | 2015/11/18 Re: Crisis Monitoring Monthly Report email | Privilege |
| PX544 | RRI_WK_00050339-RRI_WK_00050340 | RRI Crisis Monitoring Monthly Report - July to October, 2015.msg | 2015/11/23 Crisis Monitoring Monthly Report - July to Oct 2015 | Privilege |
| PX545 | RRI_WK_00050339-RRI_WK_00050340 | MacDonald 296.pdf | 2015/11/23 Emails about Jult to Oct 2015 Crisis Monitoring Monthly Report | Privilege |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX546 | RRI_WK_00050397-RRI_WK_00050405 | PowerPoint Presentation;RRI Crisis Monitoring Monthly Report - November-FINAL.pdf | Nov 2015 Crisis Monitoring Monthly Report | Privilege |
| PX547 | RRI_WK_00050437 | RRI Crisis Monitoring_Nov Top Properties.xlsx | RRI Crisis Monitoring List- November Top Properties | Privilege |
| PX548 | RRI_WK_00050475-RRI_WK_00050476 | MacDonald 298.pdf | 2016/01/21 Emails about May to Dec 2015 Crisis Monitoring Report | Privilege |
| PX549 | RRl_WK_00050482-RRI_WK_00050495 | Limbert 150.pdf;p0.pdf | 2016/02/02 Email from Karen Zhu | |
| PX550 | RRI_WK_00050498-RRI_WK_00050507 | RRI Crisis Monitoring Report_January 2016.pdf;PowerPoint Presentation | Jan 2016 Crisis Monitoring Report | Privilege |
| PX551 | RRI_WK_00050509 | RRI Crisis Moniotring_Top Properties_May-December 2015.xlsx | May-Dec 2015 RRI Crisis Monitoring Top Properties | Privilege |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX552 | RRI_WK_00050536 | Crisis Monitoring Dashboard - New_07012016 900 AM.pdf | 2016/07/01 Crisis Monitoring Dashboard | Privilege |
| PX553 | RRI_WK_00050688 | #793-Six Flags.msg | 2019/02/07 Atlanta Six Flags worst property in chain email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX554 | RRt_WK_00050691-RRI_WK_00050699 | MacDonald 302.pdf | YTD All Brands - Ranker | |
| PX555 | RRI_WK_00050752 | Top 10 Properties .xlsx | Top 10 Properties List | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX556 | RRI_WK_00050853-RRI_WK_00050857 | Feb. 1, 2012 The dawning of a comprehensively new day for Hilton's breakfast program.msg | 2012/02/01 Hilton's breakfast program email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated hotel) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX557 | RRI_WK_00050866 - RRI_WK_00050867 | Re Google Alert - red roof inn.msg | 2012/02/21 Email Re - Google Alert | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX558 | RRI_WK_00050890 | St Louis-Forest Park Notice.msg | 2012/08/28 St Louis Park Notice email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX559 | RRI_WK_00050891 - RRI_WK_00050893 | 20120828142825738. pdf | 2012/08/22 St Louis Public Nuisance Notice | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX560 | RRI_WK_00050960 - RRI_WK_00050968 | McDonald 294.pdf | 2013/03/02 Email Re: Red Roof Weekly Report | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX561 | RRI_WK_00050960-RRI_WK_00050968 | MacDonald 294.pdf | 2013/03/02 Red Roof Weekly Report emails | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX562 | RRI_WK_00051792-RRI_WK_00051793 | Alexander 309.pdf | 2015/12/04 Smyrna Operational Summary emails | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX563 | RRI_WK_00054424-RRI_WK_00054431 | RRI 140 Lafayette LA Notice of Multiple Default 06.20.19.pdf | 2019/06/20 Red Roof Letter to Imran  Ali re: Notice of Multiple Defaults Relating to Red Roof Inn #140 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX564 | RRI_WK_00065018-RRI_WK_00065019 | MacDonald 304.pdf | 2016/03/09 Email about sex trafficking in Maryland | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX565 | RRI_WK_00065387-RRI_WK_00065388 | Google Alert - Red Roof Inn.msg | 2016/12/30 Google Alert email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX566 | RRI_WK_00068385-RRI_WK_00068389 | RE Smyrna Property.msg | 2016/01/23 Email Re: Smyrna Property | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX567 | RRI_WK_00069656-RRI_WK_00069657 | Miller 11.15.12.pdf | 2012/11/15 Timonium Preliminary Liability Incident Report | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX568 | RRI_WK_00069674-RRI_WK_00069680 | City of Portland_A Guide to Crime Prevention in Overnight Lodging.pdf | City of Portland - A Guide to Crime Prevention in Overnight Lodging | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX569 | RRI_WK_A0004222 | Patel 267.pdf | 2013/12/21 Email from Bob Patel to Lori Mead | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX570 | RRIF 000381 | Park Exhibit No. 345.pdf | List of Inns, Termination Dates, and Termination Reasons | |
| PX571 | RRIF 000382-RRIF 000435 | Galbraith 350.pdf | Red Roof Standards Manual | |
| PX572 | RRIF 000495-RRIF 000550 | Patel 355.pdf | Red Roof Standards Manual | duplicate |
| PX573 | RRl_WK_00000419-RRl_WK_00000421 | Patel 375.pdf | 2017/06/05 Email about Smyrna RRI | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX574 | RRl_WK_00002998-RRl_WK_00003007 | Patel 179.pdf | 2017/08/10 Email and Documents from Conference Call | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX575 | RRl_WK_00004297-RRl_WK_00004303 | Patel 262.pdf | 2017/04/10 Emails about Cobb County Legal Notice | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX576 | RRl_WK_00045005-RRl_WK_00045006 | Austin 245.pdf | 2015/09/23 Google Alerts email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX577 | RRl_WK_00045313-RRl_WK_00045317 | Limbert 142.pdf;p0.pdf | 2016/01/19 Email from George Limbert | |
| PX578 | RRl_WK_00045531-RRl_WK_00045533 | Limbert 148.pdf;p0.pdf | 2016/01/28 Smyrna RRI emails | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX579 | RRl_WK_00046582-RRl_WK_00046584 | Limbert 180.pdf | 2018/11/04 Email from Marina MacDonald | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX580 | RRl_WK_00046835-RRl_WK_00046837 | Austin 250.pdf | 2019/05/13 Email from Phil Hugh | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX581 | RRl_WK_00050250-RRl_WK_00050251 | Limbert 173.pdf | 2015/11/16 RRI Crisis Monitoring Monthly Report - July to Oct 2015 | Privilege |
| PX582 | RRl_WK_00050250-RRl_WK_00050251 | McDonald 173.pdf | 2015/11/16 Email from Karen Zhu | Privilege |
| PX583 | RRl_WK_00050866-RRl_WK_00050867 | Austin 239.pdf | 2012/02/21 Fw: Google Alert emails | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX584 | RRl_WK_00000635-RRl_WK_00000636 | Patel 380.pdf | 2019/10/23 Email from Bill Hall | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking and Varahi conduct) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX585 | RRl_WK_00002604-RRl_WK_00002650 | Patel 356.pdf | 2015/12/04 Email from Michele Sarkisian EPCAT | |
| PX586 | RRl_WK_00006026-RRl_WK_00006028 | Austin 238.pdf | 2012/02/19 Emails between Andrew Alexander and Rob Wallace | |
| PX587 | RRl_WK_00008499-RRl_WK_00008501 | Alexander 311.pdf | 2013/03/06 Emails about EPCAT | |
| PX588 | RRl_WK_00043415-RRl_WK_00043460 | Limbert 138.pdf;p0.pdf | 2015/12/04 RRI Smyrna Oct 2015 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX589 | RRl_WK_00043466-RRl_WK_00043469 | p0.pdf;Limbert 141.pdf | 2015/12/24 Trafficking-one example at Red Roof Inn emails | |
| PX590 | RRl_WK_00043560-RRl_WK_00043563 | Limbert 149.pdf;p0.pdf | 2016/01/26 Emails about Smyrna RRI | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX591 | RRl_ WK_ 00045335-RRl_WK_ 00045336 | Limbert 143.pdf;p0.pdf | 2016/01/09 All Atlanta Properties Need Attention email | |
| PX592 | RRl_ WK_ 00045342-RRl_WK_00045354 | p0.pdf;Limbert 156.pdf | 2016/01/20 ECPAT USA Tourism and Child-Protection Code Follow-Up email | |
| PX593 | RRl_ WK_ 00045693-RRl_ WK_ 00045698 | Limbert 157.pdf;p0.pdf | 2016/06/28 Email Re: EPCAT-USA Tourism Child-Protection Code Follow-Up | |
| PX594 | RRl_ WK_ 00048061-RRl_ WK_ 00048062 | Austin 249.pdf | 2018/11/09 Email from Greg Stocker | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |
| PX595 | RRl_ WK_ 00050396-RRl_WK_00050414 | p0.pdf;Limbert 140.pdf | 2015/12/17 Email from Karen Zhu | Privilege |
| PX596 | RRl_ WK_ 00050510-RRl_WK_00050520 | Limbert 177.pdf | May - Dec 2015 Crisis Monitoring Report | Privilege |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX597 | RRl_ WK_ 00050900-RRl_WK_00050903 | Alexander 307.pdf | 2012/09/14 Suggested Agenda email | Relevance under Rule 401 |
| PX598 | RRl_ WK_ 00051842-RRl_WK_00051843 | Patel 359.pdf | 2015/12/24 Email from Michele Sarkisian | |
| PX599 | RRl_ WK_ 00031086-RRl_WK_00031094 | Austin 232.pdf | 2012/08/17 Emails between Jay Moyer and Randy Fox | |
| PX600 | RRl_EF_00003972-RRl_EF_00003973 | Lam 027.pdf | Prostitution Ranker Chart | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (other hotels) |
| PX601 | RRl_EF_00009924-RRl_EF_00009937 | Lam 023.pdf | 2016/10/14 Bottom 20% Presentation | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX602 | RRl_EF _00010103-RRl_EF _00010104 | Lam 034.pdf | 2019/10/30 Emails about Fox News Article | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |
| PX603 | RRl_WK_00000074-RRl_WK_00000207 | Alexander 305.pdf | 2020/01/16 Human Trafficking Training Refresher email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |
| PX604 | RRl_WK_00000141-RRl_WK_00000153 | Galbraith 352.pdf | 2019/08/18 88 Smyrna - Franchise Visit | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |
| PX605 | RRl_WK_00000422 | Wehrle 323.pdf | 2017/12/20 Email from Steve Woodward | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX606 | RRl_WK_00000548-RRl_WK_00000609 | p0.pdf;Limbert 163.pdf | 2016/01/28 DNR List for RRI Smyrna | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX607 | RRl_WK_00000616-RRl_WK_00000617 | Patel 373.pdf | 2019/06/21 Guest Review Expedia Group | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking and Varahi conduct) |
| PX608 | RRl_WK_00001359-RRl_WK_00001363 | Galbraith 019.pdf | 2017/02/21 Bad Apples Smyrna email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX609 | RRl_WK_00001392 | Alexander 310.pdf | 2015/12/14 Emails about training and ECPAT | |
| PX610 | RRl_WK_00001450-RRl_WK_00001501 | Patel 265.pdf | RRI Standards Manual | duplicate |
| PX611 | RRl_WK_00001718 | Patel 357.pdf | 2015/12/08 Email from Michele Sarkisian | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX612 | RRl_WK_00001721 | p0.pdf;Limbert 155.pdf | 2015/12/10 Email Re: Training and EPCAT | |
| PX613 | RRl_WK_00001723 | p0.pdf;Limbert 139.pdf | 2015/12/14 Email about Training and EPCAT | |
| PX614 | RRl_WK_00001752-RRl_WK_00001778 | Vittatoe 195.pdf | RRI General Manager Training Safety and Security Presentation | duplicate |
| PX615 | RRl_WK_00001779-RRl_WK_00001790 | Vittatoe 193.pdf | 2008/01/17 Security Services Agreement | duplicate |
| PX616 | RRl_WK_00002844-RRl_WK_00002854 | Stocker 212.pdf | 2015 Crisis Monitoring Report May - Dec 2015 ppt | Privilege |
| PX617 | RRl_WK_00002938-RRl_WK_00002993 | Limbert 162.pdf;p0.pdf | Safety & Security The Address Hotel Dubai 12/31/2015-1/1/2016 | |
| PX618 | RRl_WK_00003033-RRl_WK_00003036 | Stocker 217.pdf | 2017/09/18 RRI Smyrna Employee Meeting Notes Emails | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX619 | RRl_WK_00003033-RRl_WK_00003036 | Patel 217.pdf | 2017/09/18 RRI Smyrna Employee Meeting Notes Emails | duplicate |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX620 | RRl_WK_00003800-RRl_WK_00003801 | Stocker 214.pdf | 2020/04/16 Email from Chris Gordon about Red Roof Guest Complaints | |
| PX621 | RRl_WK_00003980 | Stocker 218.pdf | 2020/07/15 Summary of Meeting with RRI-Smyrna | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking and Varahi conduct) |
| PX622 | RRl_WK_00004251-RRl_WK_00004252 | Patel 271.pdf | 2015/12/22 Task Assignment - Shalandria Detry | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX623 | RRl_WK_00004552-RRl_WK_00004554 | Patel 377.pdf | 2019/11/11 Response Requested, Guest Name Diamond Wiggins | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking and Varahi conduct) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX624 | RRl_WK_00004559-RRl_WK_00004560 | Patel 374.pdf | 2019/11/17 Expedia Group review | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking and Varahi conduct) |
| PX625 | RRl_WK_00004642-RRl_WK_00004643 | Patel 378.pdf | 2020/08/24 One Call Resolution Case Created for Adam Witherspoon | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking and Varahi conduct) |
| PX626 | RRl_WK_00004680-RRl_WK_00004681 | Patel 379.pdf | 2020/11/16 New Guest Relations Case for Cassandra Ferguson | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking and Varahi conduct) |
| PX627 | RRl_WK_00004874-RRl_WK_00004875 | Stocker 208.pdf | 2012/09/17 Marhonda Norman Satisfaction Survey Results | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX628 | RRl_WK_00004900-RRl_WK_00004901 | Stocker 209.pdf | 2012/11/27 Kelly Kammann Satisfaction Survey Results | |
| PX629 | RRl_WK_00004942 | Stocker 210.pdf | 2013/10/07 Negative Case Created for 130 Atlanta (Buckhead) | |
| PX630 | RRl_WK_00005242-RRl_WK_00005251 | Stocker 211.pdf | 2015/11/13 Email from Cori Rice | Privilege |
| PX631 | RRl_WK_00005446-RRl_WK_00005447 | Stocker 213.pdf | 2015/12/03 Email from Karen Zhu | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX632 | RRl_WK_00005461 | Park Exhibit No. 344.pdf | 2016/01/28 Statement of RRI regarding Smyrna property email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX633 | RRl_WK_00005483-RRl_WK_00005490 | Stocker 215.pdf | 2017/04/18 Emails between Bob Patel and Kapil Handa | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX634 | RRl_WK_00005968 | Austin 230.pdf | 2012/02/16 Jan 2012 Monthly Activity Report email | Privilege |
| PX635 | RRl_WK_00008494-RRl_WK_00008495 | Wehrle 321.pdf | 2014/03/06 ECPAT email | |
| PX636 | RRl_WK_00009323-RRl_WK_00009327 | Alexander 314.pdf | 2015/01/14 Email from Cheryl Billo | |
| PX637 | RRl_WK_00011168-RRl_WK_00011306 | Stocker 205.pdf | RRI Assaults Operating and Reporting Procedures- December 2010 | |
| PX638 | RRl_WK_00011660 | Vittatoe 194.pdf | 2007/09/01 Red Roof Hotline Numbers | |
| PX639 | RRl_WK_00011787-RRl_WK_00011817 | Vittatoe 196.pdf | 2010/11/29 Emails between Michelle Wehrle and Jay Moyner | |
| PX640 | RRl_WK_00020954-RRl_WK_00020958 | Alexander 316.pdf | 2012/07/24 Emails about Secaucus RRI | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX641 | RRl_WK_00024101 | Limbert 171.pdf | GA Code pimping | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX642 | RRl_WK_00024102-RRl_WK_00024118 | Limbert 168.pdf | Weekly e-Pak 2017/01/12 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (jurors need instructed on the law through jury instructions, not a proper exhibit) |
| PX643 | RRl_WK_00031920-RRl_WK_00031937 | Alexander 313.pdf | 2017/12/20 Weekly e-Pak | |
| PX644 | RRl_WK_00034098-RRl_WK_00034100 | Austin 251.pdf | 2019/11/04 Possible protest flier email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |
| PX645 | RRl_WK_00034999-RRl_WK_00035013 | Austin 248.pdf | 2017/09/29 Red Roof Weekly Report September 25 - September 29, 2017 email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| PX646 | RRl_WK_00042263-RRl_WK_00042569 | Austin 226.pdf | 2020/04/01 RRI Franchise Disclosure Document | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX647 | RRl_WK_00042263-RRl_WK_00042569 | Park Exhibit No. 226.pdf | 2020/04/01 RRI Franchise Disclosure Document | duplicate |
| PX648 | RRl_WK_00043385-RRl_WK_00043386 | McElroy 316.pdf | 2013/05/30 Emails about a TV reporter | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| PX649 | RRl_WK_00043397-RRl_WK_00043398 | Alexander 306.pdf | 2015/05/02 Emails about media hotline call | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX650 | RRl_WK_00043402-RRl_WK_00043403 | Limbert 135.pdf;p0.pdf | 2015/09/16 WSOC-TV Request email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX651 | RRl_WK_00045472-RRl_WK_00045475 | p0.pdf;Limbert 147.pdf | 2016/01/22 Email from George Limbert | |
| PX652 | RRl_WK_00045615 | Limbert 152.pdf;p0.pdf | 2016/03/23 Emails about Tom McElroy | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX653 | RRl_WK_00045809-RRl_WK_00045810 | p0.pdf;Limbert 159.pdf | 2017/01/15 Email from George Limbert | |
| PX654 | RRl_WK_00045964-RRl_WK_00045965 | Stocker 216.pdf | 2017/08/18 Emails between Cobb County Police Department and Vickie Lam | |
| PX655 | RRl_WK_00047523-RRl_WK_00047527 | p0.pdf;Limbert 158.pdf | 2019/08/13 EPCAT-USA Rubric Report emails | |
| PX656 | RRl_WK_00047614-RRl_WK_00047617 | Park Exhibit No. 347.pdf | 2017/10/28 RRI 085 Email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX657 | RRl_WK_00050250-RRl_WK_00050260 | Limbert 136.pdf;p0.pdf | 2015/11/16 Email from Karen Zhu | Privilege |
| PX658 | RRl_WK_00050321-RRl_WK_00050323 | Limbert 137.pdf;p0.pdf | 2015/11/20 Crisis Monitoring Monthly Report - July to Oct 2015 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| PX659 | RRl_WK_00050426-RRl_WK_00050434 | Limbert 175.pdf | Nov 2015 Crisis Monitoring Monthly Report | Privilege |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX660 | RRl_WK_00050450-RRl_WK_00050481 | MacDonald 300.pdf | 2016/01/07 Email from Donald C. MacDonald, Jr. | Relevance (unrelated property) |
| PX661 | RRl_WK_00050474 | Patel 376.pdf | Chart of Inn, Region, Date, Categories (Police, Prostitution, Drug, Weapon), and Comment | Relevance under Rule 401 and unfair prejudice and confusion of the issues and cumulative evidence under Rule 403 |
| PX662 | RRl_WK_00050498-RRl_WK_00050507 | Limbert 164.pdf | Preventing & Reacting to Child Sex Trafficking | duplicate |
| PX663 | RRl_WK_00050498-RRl_WK_00050507 | Limbert 178.pdf | Jan 2016 Crisis Monitoring Report | Privilege |
| PX664 | RRl_WK_00050777-RRl_WK_00050779 | Limbert 176.pdf | 2016/01/07 Atlanta Midtown RRI Crisis Monitoring emails | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated property) |
| PX665 | RRl_WK_00051794 | Patel 358.pdf | 2015/12/22 Email from Michele Sarkisian | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX666 | RRl_WK_00064490-RRl_WK_00064491 | Park Exhibit No. 348.pdf | 2015/09/16 Re: Red Roof Statement | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated property) |
| PX667 | RRl_WK_00064527-RRl_WK_00064535 | Park Exhibit No. 346.pdf | 2015/09/25 Charlotte RRI email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated property) |
| PX668 | RRl_WK_00068385-RRl_WK_00068389 | Wehrle 322.pdf | 2016/01/23 Smyrna property emails | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX669 | VARAHI 000057-VARAHI 000631 | Lam 007.pdf | RRI Manager in Training Manual | |
| PX670 | VARAHI 000057-VARAHI 000631 | Wehrle 324.pdf | RRI Manager in Training Manual | duplicate |
| PX671 | VARAHI 000057-VARAHI 000631 | VARAHI000057.pdf | Red Roof Manager in Training Manual | duplicate |
| PX672 | VARAHI 00244-VARAHI 00297 | Varahi 244-297.pdf | RRI Franchise Agreement | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX673 | VARAHI 00244-VARAHI 00297 | Patel 264.pdf | Franchise Agreement between RRF and Varahi Hotels | duplicate |
| PX674 | VARAHI 00304-VARAHI 00878 | Varahi 304-878.pdf | RRI Manager in Training Manual | |
| PX675 | VARAHI 000632-VARAHI 000680 | Patel 261.pdf | Varahi Hotels Employee Handbook | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX676 | VARAHI 01010-VARAHI 01013 | Varahi 1010-1013.pdf | July 2015 JD1 RRI Folio | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX677 | VARAHI 01106-VARAHI 01109 | Patel 361.pdf | Public Safety Nuisance Abatement Plan | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX678 | VARAHI 01110 | Patel 283.pdf | Sept. 2017 Public Safety Action Plan | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX679 | VARAHI 01111-VARAHI 01112 | Patel 362.pdf | 2017/09/19 RRI Changes from Recent Abatement Notice | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX680 | VARAHI 001258-VARAHI 001264 | Patel 354.pdf | 2012/12/31 Statistics Report | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX681 | VARAHI 01317-VARAHI 01366 | Patel 284.pdf | 2015/12/20 Security Solutions of America Invoice Smyrna RRI | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX682 | VARAHI 01367-VARAHI 01380 | Patel 285.pdf | 2012/12/17 Security Time Card | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX683 | RRI_WK_00001879-RRI_WK_00001888; Varahi01381-Varahi01382 | Patel 280.pdf | 2017/04/19 Bob Patel Security Guard Protection Agreement | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX684 | Westmont 002725 | Park Exhibit No. 330.pdf | RRI - Dune Structure Chart | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated entities) |
| PX685 | Westmont 002727 | Park Exhibit No. 327.pdf | RRI Structure Chart | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated entities) |
| PX686 | WHM_WK_000076-WHM_WK_000114 | Park Exhibit No. 339.pdf | Dec 2014 RRI Franchise Operations Executive Summary | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX687 | WHM_WK_000076-WHM_WK_000114 | Franchise Ops Executive Summary December 2014.pptx | Dec 2014 Franchise Operations Executive Summary | duplicate |
| PX688 | WHM_WK_000122 | Google Alert - red roof inn.msg | 2015/03/26 Google Alert email | Authentication |
| PX689 | WK-Bliss-000083-WK-Bliss-000105 | MelanieJBlissPhD_7.pdf | Melanie Bliss - Health and Mental Health Consequences from Sexual Trauma Victimizations | |
| PX690 | WK-Tallis-000073 | Tallis Materials 005.pdf | 2014/04/29 Email between Walter Grayson and Bharat Patel | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX691 | WK-Tallis-000074-WK-Tallis-000078 | Tallis Materials 002.pdf | 2016/01/23 Smyrna Property emails | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX692 | WK-Tallis-000079-WK-Tallis-000085 | Tallis Materials 006.pdf | 2014/04/10 Legal Notice from Cobb County emails | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and inadmissible hearsay |
| PX693 | WK-Tallis-000124 | Preventing and Reacting to Child Trafficking — LODGING.pdf | 2015/01/07 Preventing and Reacting to Child Trafficking | |
| PX694 | WK-Tallis-000142-WK-Tallis-000148 | Kimberly Ritter stands up to child sex trafficking in US hotels - CSMonitor.com.pdf | 2013/03/15 The Christian Science Monitor article | |
| PX695 | WK-Tallis-000154-WK-Tallis-000156 | A hotel industry response to child trafficking – HOTELSMag.com.pdf | 2013/03/11 A Hotel Industry Response to Child Trafficking article | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX696 | WK-Tallis-000219-WK-Tallis-000223 | Tallis Materials 003.pdf | 2016/01/23 Emails about Smyrna property | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| PX697 | WK-Tallis-000234-WK-Tallis-000237 | Tallis Materials 004.pdf | RRI Structure Chart | |
| PX698 | WK-Tallis-000241-WK-Tallis-000246 | Tallis Materials 009.pdf | June 2013 CPPS Georgia Human Trafficking Fact Sheet | |
| PX699 | WK-Tallis-000256-WK-Tallis-000257 | Tallis Materials 014.pdf | Tallis Handwritten Notes | |
| PX700 | WK-Tallis-000828 | AlanLTallisVolI_16.pdf | Tallis RRI, RRF Franchising | |
| PX701 | WK-Tallis-000830-WK-Tallis-000831 | Tallis Materials 064.pdf | 1996/07/25 Dallas News Company article | |
| PX702 | WK-Tallis-000854-WK-Tallis-000871 | Tallis Materials 068.pdf | Polaris Project Tips for First Interactions with Victims | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX703 | WK-Whitmore000001-WK-Whitmore000140;WK-Whitmore000001-WK-Whitmore000140 | UN Introduction to Human Trafficking.pdf;13.pdf | UN Office on Drugs and Crime Introduction to Human Trafficking | |
| PX704 | WK-Whitmore000141;WK-Whitmore000141 | 2.pdf | Polaris Project AMP Model article | |
| PX705 | WK-Whitmore000142-WK-Whitmore000152;WK-Whitmore000142-WK-Whitmore000152 | 14.pdf | Fuchs, E; Flugge G. Adult Neuroplasty: More than 40 Years of Research.  Neural Plasticity 2014 | |
| PX706 | WK-Whitmore000538-WK-Whitmore001014;WK-Whitmore000538-WK-Whitmore001014 | 4.pdf | Institute of Medicine and National Research Council article on Confronting Commercial Sexual Exploitation of Minors in the US | |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX707 | WK-Whitmore001023-WK-Whitmore001028;WK-Whitmore001023-WK-Whitmore001028 | 11.pdf | Sanchez, R; Stark SW. The Hard Truth About Human Trafficking. Nursing Management 2014 (Jan), pp. 18-23 | |
| PX708 | WRRH 000234 | WRRH 000234-WRRH 000234.pdf | RRI - Dune Structure Chart | |
| PX709 | WRRH 000234 | Austin 187.pdf | RRI - Dune Structure Chart | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403; AEO |
| PX710 | WRRH 000235 | WRRH 000235-WRRH 000235.pdf | RRI - FMC Structure Chart | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403; AEO |
| PX711 | WRRH 000235 | Austin 186.pdf | RRI - FMC Structure Chart | duplicate |
| PX712 | WRRH 000235 | Limbert 186.pdf | RRI - FMC Structure Chart | duplicate |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX713 | WRRH 000236 | WRRH 000236-WRRH 000236.pdf | Red Roof Inns, Inc. Structure Chart | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403; AEO |
| PX714 | WRRH 000236 | Austin 185.pdf | RRI Structure Chart | duplicate |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX715 | Pltf.W.K.-000352-Pltf. W.K.-000357; Pltf. W.K.-000357-Pltf. W.K.-000359; Pltf. W.K.-000363-Pltf.W.K.-000366; Pltf. W.K.-000369; Pltf. W.K.-000379-Pltf.W.K.-000407; Pltf.W.K.-000432; Pltf.W.K.-000483-Pltf. W.K.-000485; Pltf. W.K.-000487-Pltf.W.K.-000488; Pltf. W.K.-000491-Pltf. W.K.-000492; Pltf. W.K.-000533-Pltf.W.K.-000549; Pltf. W.K.-001004-Pltf. W.K.-001007; Pltf. W.K.-001011-Pltf.W.K.-001013; Pltf. W.K.-001025-Pltf. W.K.-001044 | Armstead Files | | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |

| PX715 | Armstead Files | Public record relating to State of Ga. v. Armstead | | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403; Foundation; Authentication; Hearsay |
| --- | --- | --- | --- | --- |

| Exhibit Number | Bates Number | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|
| PX716 | ATC Bills Oct 2022 | ATC Attorneys' Fees and Expenses Through October 2022[1] | | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403; Foundation; Authentication; Not a jury issue |
| PX717 | BME Bills Oct 2022 | BME Attorneys' Fees and Expenses Through October 2022 | | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403; Foundation; Authentication; Not a jury issue |

---

[1] For PX716 and PX717, Plaintiffs reserve the right to introduce, at the appropriate time, updated fees and expenses documents to reflect fees and expenses incurred since the date these exhibits were generated.

## ATTACHMENT "G-2"
## DEFENDANTS' PROPOSED EXHIBIT LIST WITH PLAINTIFFS' OBJECTIONS

Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC (collectively "Defendants"), pursuant to agreement with Plaintiffs, provide their preliminary exhibit list to Plaintiffs only. As agreed between the parties, Defendants reserve the right to supplement this exhibit list up to and including in the Preliminary Pretrial Order and as otherwise permitted under this Court's Standing Order for Civil Cases and the Federal Rules of Civil Procedure.

Defendants further object to the use of exhibits and trial testimony of plaintiffs other than Jane Does 1-4. Defendants agree to meet and confer with Plaintiffs on this point and resolve before September 11.

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 1. | None | Plaintiff Jane Doe 1's Objections and Responses to Defendant HIS Chamblee, LLC's First Set of Continuing Interrogatories | Relevance, Confusion, Prejudice, 404(b), 412 |
| 2. | None | Plaintiff Jane Doe 1's Objections and Responses to Defendants Hilton Worldwide Holdings, Inc.'s, Hilton Domestic Operating Company Inc.'s and Hilton Franchise Holding LLC's First Set of Interrogatories | Relevance, Confusion, Prejudice, 404(b), 412 |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 3. | None | Plaintiff Jane Doe 1's Supplemental and Amended Objections and Responses to Defendant Kuzzins Buford's First Interrogatories | Relevance, Confusion, Prejudice, 404(b), 412 |
| 4. | None | Plaintiff Jane Doe 1's Objections and Responses to Defendant WHG SU Atlanta, LLC's First Set of Interrogatories | Relevance, Confusion, Prejudice, 404(b), 412 |
| 5. | None | Plaintiff Jane Doe 1's Objections and Responses to Defendant Red Roof Inns, Inc.'s Requests for Admission | Relevance, Confusion, Prejudice, 404(b), 412 |
| 6. | None | Plaintiff Jane Doe 1's Objections and Responses to Defendant Microtel Inns and Suites Franchising, Inc.'s First Interrogatories | Relevance, Confusion, Prejudice, 404(b), 412 |
| 7. | JD10000023-0000312 | Dekalb County Jail records | Authenticity; Hearsay; Relevance, Prejudice |
| 8. | JD10000005-0000022 | Probation Department records | Authenticity; Hearsay; Relevance; 404(b), Prejudice |
| 9. | JD10000865-0000944 | State of Georgia, Gwinnett Superior Court criminal records | Authenticity; Hearsay; Relevance; 404(b), Prejudice |
| 10. | JD1 4-6 | State of Georgia v. K.K. criminal court records | Authenticity; Hearsay; Relevance; 404(b), Prejudice |
| 11. | JD10000800-0000849; JD1 Deposition Exhibit 7 | Fulton County Superior Court criminal records | Authenticity; Hearsay; Relevance; 404(b), Prejudice |
| 12. | JD10000648-651 | Dekalb County Superior Court criminal records | Authenticity; Hearsay; Relevance; 404(b), Prejudice |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 13. | JD10001266-0001277 | Sandy Springs Police Department Incident Report and records | Authenticity; Hearsay; Relevance; 404(b), Prejudice |
| 14. | JD10000001-0000004; 697-706 | Duluth Municipal Court criminal records | Authenticity; Hearsay; Relevance; 404(b), Prejudice |
| 15. | JD1 Deposition Exhibit 21 | Newport Police Department Incident Report and records | Authenticity; Hearsay; Relevance; 404(b), Prejudice |
| 16. | JD1 Deposition Exhibit 11 | Atlanta Police Department Incident Report and records | Authenticity; Hearsay; Relevance; 404(b), Prejudice |
| 17. | JD10000356-0000370 | Alpharetta Police Department Incident Report and records | Authenticity; Hearsay; Relevance; 404(b), Prejudice |
| 18. | JD10000371-0000391 | Brookhaven Police Department Incident Report and records | Authenticity; Hearsay; Relevance; 404(b), Prejudice |
| 19. | JD10000945-983 Pltf-SUB-JD1-000772-933 | Helen Ross McNabb Medical Center medical records | Authenticity; Hearsay; Relevance, Prejudice |
| 20. | JD10000629-0000696 | Dekalb County arrest and criminal records | Authenticity; Hearsay; Relevance, Prejudice |
| 21. | JD10001205-0001232 | Rosewell Police Department warrant and report | Authenticity; Hearsay; Relevance, Prejudice |
| 22. | JD10000318-0000354 | Gwinnett County Sherriff and Police Department records | Authenticity; Hearsay; Relevance, Prejudice |
| 23. | JD10000315-0000317; 855-864 | Bioreference Laboratories records | Authenticity; Hearsay; Relevance, Prejudice |
| 24. | JD10000392-0000394; JD10001278-0001322 | Cartersville Medical Center records | Authenticity; Hearsay; Relevance, Prejudice |

3

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 25. | JD10000401-475; 525-628 | Crossroads Treatment Center medical records | Authenticity; Hearsay; Relevance, Prejudice |
| 26. | JD10000707-799 | Emory Crawford Long Hospital records | Authenticity; Hearsay; Relevance, Prejudice |
| 27. | | Centerville Medical Center records | Authenticity; Hearsay; Relevance, Prejudice |
| 28. | JD10000984; 986 | Various Photos of Jane Doe 1, produced in discovery | Authenticity; Relevance, Prejudice |
| 29. | JD10001191 | Jane Doe 1 Resume | Relevance |
| 30. | JD10001189-0001203 | Phoenix Direct Employment records | Relevance, Prejudice |
| 31. | RRI 013364 - 013366 | Affidavit of Meghan Harrsch | Authenticity; Hearsay |
| 32. | JD10002224-0002237 | St. Jude's Recovery Center medical records | Authenticity; Hearsay; Relevance; Prejudice |
| 33. | JD10000476-0000524 | Georgia Treatment Center medical records | Authenticity; Hearsay; Relevance; Prejudice |
| 34. | JD10001160-0001188; 1204 | Rescuing Hope records | Authenticity; Hearsay |
| 35. | JD10001323-0001372 | Atlanta Medical Center medical records | Authenticity; Hearsay; Relevance; Prejudice |
| 36. | JD10001373-0002003 | Wellstar Kennestone records | Authenticity; Hearsay; Relevance; Prejudice |
| 37. | JD10001233-0001265 | Police Event Reports | Authenticity; Hearsay; Relevance; 404(b); Prejudice |
| 38. | JD10000987-0001060 | Johns Creek Police Department Incident Reports and records | Authenticity; Hearsay; Relevance; 404(b); Prejudice |
| 39. | JD10001061-0001159 | Lexington County Sheriff's Department Incident Reports and records | Authenticity; Hearsay; Relevance; 404(b); Prejudice |
| 40. | JD10000850-0000854 | Gwinnett County Police Department Incident Report and records | Authenticity; Hearsay; Relevance; 404(b); Prejudice |

4

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 41. | JD10000697-0000706 | Duluth Municipal Court and Duluth Police records | Authenticity; Hearsay; Relevance; 404(b); Prejudice |
| 42. | None | Plaintiff Jane Doe 2's Objections and Responses to Defendants Hilton Worldwide Holdings, Inc.'s, Hilton Domestic Operating Company Inc.'s, and Hilton Franchise Holding LLC's First Set of Interrogatories | Relevance, Confusion, Prejudice, 404(b), 412 |
| 43. | None | Plaintiff Jane Doe 2's Objections and Responses to Defendant WHG SU Atlanta, LLC's First Set of Interrogatories | Relevance, Confusion, Prejudice, 404(b), 412 |
| 44. | None | Plaintiff Jane Doe 2's Objections and Responses to Defendant Red Roof Inns, Inc.'s Requests for Admission | Relevance, Confusion, Prejudice, 404(b), 412 |
| 45. | None | Plaintiff Jane Doe 2's Amended and Supplemental Objections and Responses to Defendant Kuzzins Buford, LLC's First Interrogatories | Relevance, Confusion, Prejudice, 404(b), 412 |
| 46. | None | Plaintiff Jane Doe 2's Objections and Responses to Defendant Microtel Inns and Suites Franchising, Inc.'s First Interrogatories | Relevance, Confusion, Prejudice, 404(b), 412 |
| 47. | None | Plaintiff Jane Doe 2's Objections and Responses to Defendant Varahi Hotel, LLC's Interrogatories | Relevance, Confusion, Prejudice, 404(b), 412 |
| 48. | | Roseville High School academic records | Authenticity; Hearsay; Relevance |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 49. | Pltf-Sub-JD2-000010-29 | Merced Union High School academic records | Authenticity; Hearsay; Relevance |
| 50. | | May 20, 2020 Gilgal Letter | Authenticity; Hearsay; Relevance |
| 51. | RRI 013365 – 013368 | Text messages sent and received by Jane Doe 2 | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 52. | JD2 0000960 - 1216 | Various prostitution advertisements | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 53. | | Johns Creek Police Department Incident Reports and records | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 54. | | Various Johns Creek Police Department body camera footage | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 55. | JD20000781-0000799 | Cobb County Police Department Incident Report and records | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 56. | | Martin County Superior Court records | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 57. | | Los Angeles Superior Court records | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 58. | | Marion County Superior Court records | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 59. | JD20004087-0004096 | Bend Treatment Center medical records | Authenticity; Hearsay; Relevance; Prejudice |
| 60. | JD20000800-0000810 | Cobb County criminal court records | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 61. | JD20000811-0000846 | C.O.R.E. Medical Clinic, Inc. records | Authenticity; Hearsay; Relevance; Prejudice |

6145737.3

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 62. | JD20000847-0000899 | Crossroads Treatment Center Medical Records | Authenticity; Hearsay; Relevance; Prejudice |
| 63. | JD20001888-0002391 | Peachford Behavioral Health records | Authenticity; Hearsay; Relevance; Prejudice |
| 64. | JD20002392-0002429 | Planned Parenthood records | Authenticity; Hearsay; Relevance; Prejudice |
| 65. | JD20002430-0002449 | Rescuing Hope records | Authenticity; Hearsay; Prejudice |
| 66. | JD20002450-0002475 | Ridgeview records | Authenticity; Hearsay; Relevance; Prejudice |
| 67. | JD20002476-0002500; Pltf-SUB-JD2-000030-000065 | Rightside up records | Authenticity; Hearsay; Relevance; Prejudice |
| 68. | JD20001638-0001684 | Lakeview Behavioral Health records | Authenticity; Hearsay; Relevance; Prejudice |
| 69. | JD20001698-0001744 | ML Health records | Authenticity; Hearsay; Relevance; Prejudice |
| 70. | JD20001745-0001877 | Northside Hospital Duluth records | Authenticity; Hearsay; Relevance; Prejudice |
| 71. | JD20000900-0000959 | Highland River Medical Records | Authenticity; Hearsay; Relevance; Prejudice |
| 72. | JD20001217-1627 | Photographs of Jane Doe 2 produced in discovery | Authenticity; Hearsay; Prejudice |
| 73. | JD20000960-0001160 | Emails to and from Jane Doe 2 produced in discovery | Authenticity; Hearsay; Relevance; Prejudice |
| 74. | RRI 013365 – 013368 | Various text messages | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 75. | RRI 013369-RRI 013377 | Various journal notes | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 76. | RRI 013378 | Price list | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 77. | RRI 013379 - 013389 | Various journal entries | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 78. | JD20000031-0000065 | Metro Atlanta Recovery medical records | Authenticity; Hearsay; Relevance; Prejudice |
| 79. | None | Plaintiff Jane Doe 3's Objections and Responses to Defendants Hilton Worldwide Holdings, Inc.'s, Hilton Domestic Operating Company Inc.'s, and Hilton Franchise Holding LLC's First Set of Interrogatories | Relevance, Confusion, Prejudice, 404(b), 412 |
| 80. | None | Plaintiff Jane Doe 3's Objections and Responses to Defendant WHG SU Atlanta, LLC's First Set of Interrogatories | Relevance, Confusion, Prejudice, 404(b), 412 |
| 81. | None | Plaintiff Jane Doe 3's Supplemental Objections and Responses to Defendant Kuzzins Buford, LLC's First Interrogatories | Relevance, Confusion, Prejudice, 404(b), 412 |
| 82. | None | Plaintiff Jane Doe 3's Objections and Responses to Defendant Microtel Inns and Suites Franchising, Inc.'s First Interrogatories | Relevance, Confusion, Prejudice, 404(b), 412 |
| 83. | None | Plaintiff Jane Doe 3's Objections and Responses to Defendant Red Roof Inns, Inc.'s Request for Admission | Relevance, Confusion, Prejudice, 404(b), 412 |
| 84. | JD30000292 | Chiropractic Health Clinic Correspondence | Authenticity; Hearsay; Relevance; Prejudice |
| 85. | JD30000001-0000005 | Dekalb Police Department Incident Reports and records | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |

8

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 86. | JD3000025-0000028; 56 | State of GA v. S.M. criminal court records | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 87. | JD3 Deposition Exhibits 5, 13 | Sandy Springs Police Department Incident Report | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 88. | JD3 Deposition Exhibit 6 | Alpharetta Police Department Incident Reports and records | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 89. | JD3 Deposition Exhibits 7 and 11 | Roswell Police Department Incident Reports and records | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 90. | JD3 Deposition Exhibit 8 | Atlanta Police Department Incident Reports and records | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 91. | JD3 Deposition Exhibit 9 | Bossier Parish Sheriff Booking Report and records | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 92. | JD3 Deposition Exhibit 10 | Gwinnett County Police Department Incident Report and records | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 93. | JD30000010-0000024; 29-45 | Gwinnett County Superior Court records | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 94. | JD3 Deposition Exhibit 12 | Dekalb County Police Department Incident Reports and records | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 95. | JD30000310, 0000385-389 | Dunwoody Police Department Incident Reports and records | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 96. | JD3 Deposition Exhibit 15 | Lawrenceville Police Department Incident Reports and records | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 97. | JD30000072-0000075 | Louisiana State University Health Sciences Center medical records | Authenticity; Hearsay; Relevance; Prejudice |

9

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 98. | JD30000318-0000328 | Emerald Isle Counseling medical records | Authenticity; Hearsay; Relevance; Prejudice |
| 99. | JD30000291 | Centered for Life Counseling Records | Authenticity; Hearsay; Relevance; Prejudice |
| 100. | JD30000177, 179, 198, 201-203, 205-208, 210-213, 215-219, 222-225, 227-230, 234-237, 243-246, 248-251, 255-258; 431, 198-258, 431 | Various photographs of Jane Doe 3 | Authenticity; Hearsay; Relevance; Prejudice |
| 101. | JD30000170-176, 183-190, 196-197, 198-258 | Various emails relating to solicitation and advertising | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 102. | JD3 Deposition Exhibit 19 | Excerpts of Jane Doe 3's social media accounts | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 103. | None | Fulton County Centennial High School records | Authenticity; Hearsay; Relevance; Prejudice |
| 104. | None | Fulton County Holcomb Bridge Middle School records | Authenticity; Hearsay; Relevance; Prejudice |
| 105. | JD30000078-0000169; Pltf-SUB-JD3000818-000896 | Wellstar Douglas Hospital medical records | Authenticity; Hearsay; Relevance; Prejudice |
| 106. | Pltf-SUB-JD3000813-000817 | Deuser & Associates medical records | Authenticity; Hearsay; Relevance; Prejudice |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 107. | JD30000049-0000053; 56-62 | DeKalb State Court records | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 108. | JD30000054-0000055; 0000293-0000300 | Baton Rouge Police Records | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 109. | JD300000046-0000047 | Cobb County Police Records | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 110. | JD30000345-0000348 | Gwinnett County Sherriff records | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 111. | None | Plaintiff Jane Doe 4's Objections and Responses to Defendants Hilton Worldwide Holdings, Inc.'s, Hilton Domestic Operating Company Inc.'s, and Hilton Franchise Holding LLC's First Set of Interrogatories | Relevance, Confusion, Prejudice, 404(b), 412 |
| 112. | None | Plaintiff Jane Doe 4's Objections and Responses to Defendant Red Roof Inns, Inc's Requests for Admission | Relevance, Confusion, Prejudice, 404(b), 412 |
| 113. | None | Plaintiff Jane Doe 4's Objections and Responses to Defendant WHG SU Atlanta, LLC's First Set of Interrogatories | Relevance, Confusion, Prejudice, 404(b), 412 |
| 114. | Pltf-SUB-JD4-000001-000085 | Emory St. Joseph's Hospital medical records | Authenticity; Hearsay; Relevance; Prejudice |
| 115. | JD4 Deposition Exhibit 8 | Georgia Uniform Motor Vehicle Accident Reports | Authenticity; Hearsay; Relevance; Prejudice |
| 116. | JD40001505 | LabCorp medical records | Authenticity; Hearsay; Relevance; Prejudice |

11

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 117. | JD40001942-1945; 1973-1975; 1983-1985 | Bank of America bank records | Authenticity; Hearsay; Relevance; Prejudice |
| 118. | JD40001702-0001725; 2077-2078 | Eastman Credit Union records | Authenticity; Hearsay; Relevance; Prejudice |
| 119. | JD4 Deposition Exhibit 11 | Sandy Springs Police Department Incident Reports and records | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 120. | JD4 Deposition Exhibits 18 and 25 | Cobb County Police Department Incident Reports and records | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 121. | JD4 Deposition Exhibit 24 | Rosewell Police Department Incident Reports and records | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 122. | JD40002235 | Mercy Multiplied medical records | Authenticity; Hearsay; Relevance; Prejudice |
| 123. | JD40000364-0000622; 2340-2384 | Shepard Center Dictation Report | Authenticity; Hearsay; Relevance; Prejudice |
| 124. | JD4 Deposition Exhibits 15, 17, 19, and 20 | Peachford Behavioral Health Systems of Atlanta medical records | Authenticity; Hearsay; Relevance; Prejudice |
| 125. | JD40001233 | Wellspring Living medical records | Authenticity; Hearsay; Relevance; Prejudice |
| 126. | JD40002236-0002242 | Midtown Urology records | Authenticity; Hearsay; Relevance; Prejudice |
| 127. | JD40001235 | Breakthrough Recovery Outreach, LLC records | Authenticity; Hearsay; Relevance; Prejudice |
| 128. | JD40000641-0000644 | Johnson City Medical Center records | Authenticity; Hearsay; Relevance; Prejudice |
| 129. | JD40000645 | Appalachian Emergency Physicians records | Authenticity; Hearsay; Relevance; Prejudice |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 130. | JD40000646 | Indian Path Medical Center records | Authenticity; Hearsay; Relevance; Prejudice |
| 131. | JD40002235 | Mercy Ministry records | Authenticity; Hearsay; Relevance; Prejudice |
| 132. | JD40002428-0002472 | Wellstar Kennestone records | Authenticity; Hearsay; Relevance; Prejudice |
| 133. | JD4 Deposition Exhibit 29 | Various social media and Facebook posts by Jane Doe 4. | Authenticity; Hearsay; Relevance; 404(b); 412; Prejudice |
| 134. | JD4 Deposition Exhibit 6 | Publix payroll records | |
| 135. | Pltf-SUB-JD4-000086-000561 | Holston Medical Group | Authenticity; Hearsay; Relevance; Prejudice |
| 136. | JD400002487 | Facebook | Authenticity; Hearsay; Relevance; Prejudice |
| 137. | RRI 000677 - 000721 | Franchise Agreement by and between Red Roof Franchising, LLC and DMARC 2007-CD5 Druid Hills, LP | |
| 138. | RRI 000722 – 000758 | Exclusive Property Management Agreement for Atlanta Druid Hills | |
| 139. | RRI 000991 - 001102 | Property Management Agreement by and between FMW RRI NC LLC and RRI West Management, LLC | |
| 140. | RRI 000766 - 000771 | Limited Warranty Deed between RRI III LLC and DMARC 2007-CD5 Druid Hills Limited Partnership | |
| 141. | RRI 000263 - 000305 | Red Roof InnSider Employee Handbook | |
| 142. | RRI_WK_00 011505 – 00011527 | Housekeeping Handbook, | |

6145737.3

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 143. | HB_NDGA_Red_Roof_00 000140 - 193 | Red Roof Standards Manual, | |
| 144. | HB_NDGA_Red_Roof_00 000402 - 00000424 | Safety and Security Presentation | |
| 145. | RRI_WK_00 0028347-000028365 | Safety and Security Presentation | |
| 146. | HB_NDGA_Red_Roof_00 000708 - 00001504 | Manager in Training Manual | |
| 147. | RRI_WK_00 011168 – 00011306 | Operations Manual, Safety and Security December 2010 | |
| 148. | RRI_WK_00 011789 - 00011817 | Red Roof Inn General Manager Safety and Security Presentation | |
| 149. | RRI 000809 - 000821 | Security Services Agreement between B.E.S.T., Inc. and Red Roof Inn #10130 | |
| 150. | RRI 001594 – 001605 | Security Services Agreement between Best Security and Red Roof Inns, Inc. | |
| 151. | | Security Services Agreement between Allegiance Security Group and Red Roof Inns, Inc. | |
| 152. | RRI 001423 – 001476 | Franchise Agreement by and between Red Roof Franchising, LLC and Varahi Hotel, LLC | |
| 153. | RRI 000941 – 000984 | Franchise Agreement by and between Red Roof Franchising, LLC and FMW RRI NC LLC | |

6145737.3

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 154. | RRI 000137 – 000177 | GSR Inn Sider | |
| 155. | RRI 000178 – 000222 | GSR Inn Sider | |
| 156. | RRI000223 - 000262 | Inn Management Insider | |
| 157. | RRI_WK_00 001879 - 00001888 | Security Guard Protection Agreement | |
| 158. | RRI 000466 – 000497 | Preventing & Reacting to Child Sex Trafficking | |
| 159. | RRI_WK_00 001150 - 00001181 | Preventing & Reacting to Child Sex Trafficking | |
| 160. | RRI_WK_00 012179 - 00012200 | Preventing & Reacting to Child Sex Trafficking Quiz, | |
| 161. | RRI 000923 - 000940 | Red Roof Inn Weekly e-Pak | |
| 162. | RRI 005311 - 005312 | January 22, 2016 Letter | Authenticity; Hearsay |
| 163. | RRI_WK_00 005596 – 00005598 | Email correspondence | Authenticity; Hearsay |
| 164. | RRI_WK_00 068385 – 00068389 | Email correspondence | |
| 165. | RRI_WK_00 004246 – RRI_WK_00 004247 | Email correspondence | |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 166. | RRI_WK_00 005613 – 00005614 | Email correspondence | |
| 167. | RRI_WK_00 003033- 3036 | Email correspondence | |
| 168. | RRI_WK_00 000419 – 00000421 | Email correspondence | |
| 169. | RRI_WK_00 004225 | Email correspondence | |
| 170. | RRI_WK_00 001248- 00001249 | Smyrna Action Plan | |
| 171. | RRI_WK_00 004312 – 00004315 | Email correspondence | |
| 172. | RRI_WK_00 000548 – 00000609 | Smyrna Do Not Rent List | |
| 173. | RRI_WK_00 005483 – 00005484 | Email correspondence | |
| 174. | RRI_WK_00 004222 | Email correspondence | |
| 175. | RRI_WK_00 000142 – 00000153 | Smyrna Franchise Visit | |

6145737.3

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 176. | RRI_WK_00005267 – 00005268 | Email correspondence | |
| 177. | RRI_WK_00045335 – 00045336 | Email correspondence | |
| 178. | RRI_WK_00003033 – 3036 | Smyrna safety and security | |
| 179. | RRI_WK_00069567 – 00069568 | Incident Report | |
| 180. | RRI_WK_00048240 – 00048241 | Incident Report | |
| 181. | RRI_WK_00048266 – 00048267 | Incident Report | |
| 182. | RRI_WK_00000821 – 00000824 | Email correspondence | |
| 183. | RRI_WK_00000825 – 00000828 | Email correspondence | |
| 184. | RRI_WK_00005037 – 00005042 | Email correspondence | |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 185. | RRI_WK_00 004761 – 00004762 | Email correspondence | |
| 186. | RRI_WK_00 004735 – 00004736 | Email correspondence | |
| 187. | RRI_WK_00 033880 – 00033881 | Email correspondence | |
| 188. | RRI_WK_00 000670 – 00000677 | Internal Audit Report | |
| 189. | RRI_WK_00 061262 – 00061264 | Email correspondence | |
| 190. | RRI_WK_00 012547 – 00012549 | Email correspondence | |
| 191. | | AAPL Task Force, "Video Recording of Forensic Psychiatric American Academy of Psychiatry and the Law, Revised May 2013 Evaluations." | Inadmissible learned treatise; Hearsay; Relevance |
| 192. | | Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition, (DSM-5-TR), American Psychiatric Association, March 2022 Text Revision | Inadmissible learned treatise; Hearsay; Relevance |
| 193. | | American Psychiatric Association, "CPT Primer for Psychiatrists," | Inadmissible learned treatise; Hearsay; Relevance |

6145737.3

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 194. | | Centers for Medicare and Medicaid Services, "Medicare Physician (MPFS)," Fee Schedule | Authenticitiy; Hearsay; Relevance |
| 195. | | Centers for Medicare and Medicaid Services, "Billing and Coding: Psychiatric Diagnostic Evaluation and Psychotherapy Service," | Authenticity; Hearsay; Relevance |
| 196. | | Hidden in Plain Sight: America's Slaves of the New Millennium | Inadmissible learned treatise; Hearsay; |
| 197. | | Reid, Joan A. "Entrapment and enmeshment schemes used by sex traffickers." Sexual Abuse 28.6 (2016): 491-511 | Inadmissible learned treatise; Hearsay; |
| 198. | | United Nations Office on Drugs and Crime (2008). An Introduction to Human Trafficking: Vulnerability, Impact and Action | Inadmissible learned treatise; Hearsay; |
| 199. | | Department of Justice, Federal Bureau of Investigation. N.d. Human Trafficking in the Uniform Crime Reporting (UCR) Program | |
| 200. | | Song, Sandra. 2019. When Anti-Sex Trafficking Policies Like the Marriott's Do More Harm Than Good. Paper Magazine | Hearsay |
| 201. | | Operational indicators of trafficking in human beings | |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 202. | | Farley M, Barkan H. Prostitution, violence, and posttraumatic stress disorder. Women Health. 1998;27(3):37-49. doi: 10.1300/J013v27n03_03. PMID: 9698636 | |
| 203. | | Farley, Melissa. (2003). Prostitution and Trafficking in 9 Countries: Update on Violence and Posttraumatic Stress Disorder. Journal of Trauma Practice. 2. 33-74 | |
| 204. | | Park JN, Decker MR, Bass JK, Galai N, Tomko C, Jain KM, Footer KHA, Sherman SG. Cumulative Violence and PTSD Symptom Severity Among Urban Street- Based Female Sex Workers. J Interpers Violence. 2021 Nov;36(21-22):10383- 10404. doi: 10.1177/0886260519884694. Epub 2019 Nov 2. PMID: 31679445; PMCID: PMC7195245. | |
| 205. | | Hopper, E. K., and L. D. Gonzalez. "A comparison of psychological symptoms in survivors of sex and labor trafficking." Behavioral medicine 44.3 (2018): 177-188 | |
| 206. | | Trafficking to the Rescue?, 54 U.C. Davis Law Review 1 (2020) | |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 207. | | Cook, Rhonda, "Human Trafficking Documented in Georgia." The Atlanta Journal Constitution, May 2, 2014, accessed October 1, 2022 | |
| 208. | | FBI CJIS Report: 2014 Crime in the United States | |
| 209. | | Public Law 115-393 – December 21, 2018, Section 2 (Findings)(2)(6) | |
| 210. | | DHS Blue Campaign: Hospitality Toolkit. U.S. Department of Homeland Security. https://www.dhs.gov/sites/defaul t/files/publications/blue-campaign/toolkits/hospitality-toolkit-eng.pdf, accessed September 3, 2022 | |
| 211. | | Exhibit D2 to Deposition of Michael Beene | |
| 212. | | Exhibit 1 to Deposition of Michael Beene | Hearsay; Relevance; Prejudice |
| 213. | | Exhibit 2 to Deposition of Michael Beene | |
| 214. | | Exhibit 3 to Deposition of Michael Beene | |
| 215. | | Exhibit 5 to Deposition of Michael Beene | |
| 216. | | Exhibit 6 to Deposition of Michael Beene | Authenticity; Hearsay; Relevance; Prejudice |
| 217. | | Exhibit 7 to Deposition of Michael Beene | Authenticity; Hearsay; Relevance; Prejudice |
| 218. | | Exhibit 8 to Deposition of Michael Beene | Authenticity; Hearsay; Relevance; Prejudice |
| 219. | | Exhibit 9 to Deposition of Michael Beene | Authenticity; Hearsay; Relevance; Prejudice |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 220. | | Exhibit 10 to Deposition of Michael Beene | Authenticity; Hearsay; Relevance; Prejudice |
| 221. | | Exhibit 11 to Deposition of Michael Beene | Authenticity; Hearsay; Relevance; Prejudice |
| 222. | | Exhibit 12 to Deposition of Michael Beene | Authenticity; Hearsay; Relevance; Prejudice |
| 223. | | Exhibit 13 to Deposition of Michael Beene | Authenticity; Hearsay; Relevance; Prejudice |
| 224. | | Exhibit 14 to Deposition of Michael Beene | Authenticity; Hearsay; Relevance; Prejudice |
| 225. | | Exhibit 15 to Deposition of Michael Beene | |
| 226. | | Exhibit 16 to Deposition of Michael Beene | Authenticity; Hearsay; Relevance; Prejudice |
| 227. | | Exhibit 17 to Deposition of Michael Beene | Authenticity; Hearsay; Relevance; Prejudice |
| 228. | | Exhibit 18 to Deposition of Michael Beene | Authenticity; Hearsay; Relevance; Prejudice |
| 229. | | Exhibit 19 to Deposition of Michael Beene | Authenticity; Hearsay; Relevance; Prejudice |
| 230. | | Exhibit 20 to Deposition of Michael Beene | Authenticity; Hearsay; Relevance; Prejudice |
| 231. | | Exhibit 21 to Deposition of Michael Beene | Authenticity; Hearsay; Relevance; Prejudice |
| 232. | | Exhibit 22 to Deposition of Michael Beene | Authenticity; Hearsay; Relevance; Prejudice |
| 233. | | Exhibit D2 to Deposition of Michael Beene | Authenticity; Hearsay; Relevance; Prejudice |
| 234. | | Exhibit D8 to Deposition of Anthony Crumbley | Authenticity; Relevance; Prejudicial; Prejudice |
| 235. | | Exhibit D9 to Deposition of Anthony Crumbley | Authenticity; Relevance; Prejudicial; Prejudice |
| 236. | | Exhibit D1 to Deposition of Tradelle Lacy | Hearsay; Relevance; Prejudice |
| 237. | | Exhibit 1 to Deposition of Tradelle Lacy | Hearsay; Relevance; Prejudice |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 238. | | Exhibit 3 to Deposition of Tradelle Lacy | Authenticity; Hearsay; Prejudice |
| 239. | | Exhibit 4 to Deposition of Tradelle Lacy | Authenticity; Hearsay; Relevance; Prejudice |
| 240. | | Exhibit 5 to Deposition of Tradelle Lacy | Authenticity; Relevance; Prejudice |
| 241. | | Exhibit D8 to Deposition of Tradelle Lacy | Authenticity; Relevance; Prejudicial; Prejudice |
| 242. | | Exhibit D9 to Deposition of Tradelle Lacy | Authenticity; Relevance; Prejudicial; Prejudice |
| 243. | | Invoices from Anique Whitmore | |
| 244. | | Invoices from David Williamson, MD | |
| 245. | | Invoices from Melanie Bliss, Ph.D. | |
| 246. | | Invoices from Alan Tallis | |
| 247. | | IME Video of JD1 | Prejudicial, Confusing, Waste of Time, Cumulative, Misleading |
| 248. | | IME Video of JD2 | Prejudicial, Confusing, Waste of Time, Cumulative, Misleading |
| 249. | | IME Video of JD3 | Prejudicial, Confusing, Waste of Time, Cumulative, Misleading |
| 250. | | IME Video of JD4 | Prejudicial, Confusing, Waste of Time, Cumulative, Misleading |

6145737.3

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANE DOES 1-4, | ) | CIVIL ACTION FILE |
| | ) | |
| Plaintiffs, | ) | NO. 1:21-CV-04278-WMR |
| | ) | |
| v. | ) | |
| | ) | |
| RED ROOF INNS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **VERDICT FORM**

**I.**   **Chesney**

    **1.** Are the Red Roof Defendants liable to Chesney for:

|  | Yes | No |
|---|---|---|
| **a.** Violating the TVPRA | _____ | _____ |
| **b.** Violating RICO | _____ | _____ |
| **c.** Negligence | _____ | _____ |

    **2.** If you answered Yes to any part of Question 1, above, what amount of damages do you award to Chesney?

$\$$_____

1

**3.** To apportion Chesney's damages, assess the percentage of fault of those Defendants you found liable as well as any other person listed below that you also find to be at fault:

| | |
|---|---|
| Red Roof Defendants | _____ % |
| Varahi Hotel LLC | _____ % |
| Pimps that trafficked Chesney at Red Roof Inns | _____ % |
| Individuals that paid for sex with Chesney at Red Roof Inns | _____ % |
| Chesney | _____ % |

**The numbers must add up to 100%**

**4.** Did the Red Roof Defendants have an understanding, spoken or unspoken, with any of the individuals or entities below to make money from renting hotel rooms used for prostitution or sex trafficking:

|  | Yes | No |
|---|---|---|
| **a.** Varahi Hotel LLC | _____ | _____ |
| **b.** Pimps that trafficked Chesney at the Red Roof Inns | _____ | _____ |
| **c.** Individuals that paid for sex with Chesney at Red Roof | _____ | _____ |

**5.** Did the Red Roof Defendants act in bad faith such that Chesney should recover her expenses of litigation?

Yes _____          No _____

**6.** Should punitive damages be imposed against the Red Roof Defendants?

Yes _____          No _____

2

**II.**   **Kristin**

    **1.**   Are the Red Roof Defendants liable to Kristin for:

|  | Yes | No |
|---|---|---|
| **a.** Violating the TVPRA | _____ | _____ |
| **b.** Violating RICO | _____ | _____ |
| **c.** Negligence | _____ | _____ |

    **2.**   If you answered Yes to any part of Question 1, above, what amount of damages do you award to Kristin?

$ _____

    **3.**   To apportion Kristin's damages, assess the percentage of fault of those Defendants you found liable as well as any other person listed below that you also find to be at fault:

| | |
|---|---|
| Red Roof Defendants | _____ % |
| Varahi Hotel LLC | _____ % |
| Pimps that trafficked Kristin at Red Roof Inns | _____ % |
| Individuals that paid for sex with Kristin at Red Roof Inns | _____ % |
| Kristin | _____ % |

**The numbers must add up to 100%**

**4.** Did the Red Roof Defendants have an understanding, spoken or unspoken, with any of the individuals or entities below to make money from renting hotel rooms used for prostitution or sex trafficking:

|  | Yes | No |
|---|---|---|
| **a.** Varahi Hotel LLC | _____ | _____ |
| **b.** Pimps that trafficked Kristin at the Red Roof Inns | _____ | _____ |
| **c.** Individuals that paid for sex with Kristin at Red Roof | _____ | _____ |

**5.** Did the Red Roof Defendants act in bad faith such that Kristin should recover her expenses of litigation?

Yes _____          No _____

**6.** Should punitive damages be imposed against the Red Roof Defendants?

Yes   _____          No   _____

## III.   **Micaela**

**1.** Are the Red Roof Defendants liable to Micaela for:

|  | Yes | No |
|---|---|---|
| **a.** Violating the TVPRA | _____ | _____ |
| **b.** Violating RICO | _____ | _____ |
| **c.** Negligence | _____ | _____ |

4

**2.** If you answered Yes to any part of Question 1, above, what amount of damages do you award to Micaela?

$_____

**3.** To apportion Micaela's damages, assess the percentage of fault of those Defendants you found liable as well as any other person listed below that you also find to be at fault:

| | |
|---|---|
| Red Roof Defendants | _____ % |
| Varahi Hotel LLC | _____ % |
| Pimps that trafficked Micaela at Red Roof Inns | _____ % |
| Individuals that paid for sex with Micaela at Red Roof Inns | _____ % |
| Micaela | _____ % |

**The numbers must add up to 100%**

**4.** Did the Red Roof Defendants have an understanding, spoken or unspoken, with any of the individuals or entities below to make money from renting hotel rooms used for prostitution or sex trafficking:

|  | Yes | No |
|---|---|---|
| **a.** Varahi Hotel LLC | _____ | _____ |
| **b.** Pimps that trafficked Micaela at the Red Roof Inns | _____ | _____ |
| **c.** Individuals that paid for sex with Micaela at Red Roof | _____ | _____ |

**5.** Did the Red Roof Defendants act in bad faith such that Micaela should recover her expenses of litigation?

Yes _____         No _____

5

**6.** Should punitive damages be imposed against the Red Roof Defendants?

Yes _____            No _____

## IV. <u>Shayna</u>

**1.** Are the Red Roof Defendants liable to Shayna for:

|  | Yes | No |
|---|---|---|
| **a.** Violating the TVPRA | _____ | _____ |
| **b.** Violating RICO | _____ | _____ |
| **c.** Negligence | _____ | _____ |

**2.** If you answered Yes to any part of Question 1, above, what amount of damages do you award to Shayna?

$_____

**3.** To apportion Shayna's damages, assess the percentage of fault of those Defendants you found liable as well as any other person listed below that you also find to be at fault:

| | |
|---|---|
| Red Roof Defendants | _____ % |
| Varahi Hotel LLC | _____ % |
| Pimps that trafficked Shayna at Red Roof Inns | _____ % |
| Individuals that paid for sex with Shayna at Red Roof Inns | _____ % |
| Shayna | _____ % |

**The numbers must add up to 100%**

**4.** Did the Red Roof Defendants have an understanding, spoken or unspoken, with any of the individuals or entities below to make money from renting hotel rooms used for prostitution or sex trafficking:

|  | Yes | No |
|---|---|---|
| **a.** Varahi Hotel LLC | _____ | _____ |
| **b.** Pimps that trafficked Shayna at the Red Roof Inns | _____ | _____ |
| **c.** Individuals that paid for sex with Shayna at Red Roof | _____ | _____ |

**5.** Did the Red Roof Defendants act in bad faith such that Shayna should recover her expenses of litigation?

Yes _____          No _____

**6.** Should punitive damages be imposed against the Red Roof Defendants?

Yes   _____          No    _____

This is our unanimous verdict, reached on the _____ day of December, 2023

_____
Foreperson

7

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANE DOES 1-4, | ) | CIVIL ACTION FILE |
| | ) | |
| Plaintiffs, | ) | NO. 1:21-CV-04278-WMR |
| | ) | |
| v. | ) | |
| | ) | |
| RED ROOF INNS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## VERDICT FORM – PHASE TWO
## PUNITIVE DAMAGES, ATTORNEYS' FEES, & LITIGATION EXPENSES

**I.** **Chesney**

    **1.** What amount of punitive damages do you award to Chesney?

           $_____

    **2.** Did the Red Roof Defendants act with the specific intent to cause harm?

       Yes   _____       No    _____

    **3.** What amount of attorney fees do you award to Chesney?

           $_____

    **4.** What amount of other expenses of litigation do you award to Chesney?

           $_____

**II.** **Kristin**

   **1.** What amount of punitive damages do you award to Kristin?

        $_____

   **2.** Did the Red Roof Defendants act with the specific intent to cause harm?

    Yes  _____       No  _____

   **3.** What amount of attorney fees do you award to Kristin?

        $_____

   **4.** What amount of other expenses of litigation do you award to Kristin?

        $_____

**III.** **Micaela**

   **1.** What amount of punitive damages do you award to Micaela?

        $_____

   **2.** Did the Red Roof Defendants act with the specific intent to cause harm?

    Yes  _____       No  _____

   **3.** What amount of attorney fees do you award to Micaela?

        $_____

**4.** What amount of other expenses of litigation do you award to Micaela?

$_____

**IV.** **Shayna**

**1.** What amount of punitive damages do you award to Shayna?

$_____

**2.** Did the Red Roof Defendants act with the specific intent to cause harm?

Yes  _____          No  _____

**3.** What amount of attorney fees do you award to Shayna?

$_____

**4.** What amount of other expenses of litigation do you award to Shayna?

$_____

This is our unanimous verdict, reached on the ____ day of December, 2023

_____
Foreperson

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JANE DOES 1-4,      ) CIVIL ACTION FILE
            )
    Plaintiffs,    ) NO. 1:21-CV-04278-WMR
            )
v.           )
            )
RED ROOF INNS, INC., et al.,  )
            )
    Defendants.   )

## **VERDICT FORM – PHASE THREE**
## **O.C.G.A. § 9-11-68(e)**

1. Did the Red Roof Defendants assert frivolous defenses against Chesney such that she is entitled to damages for those defenses?

   Yes  _____  No  _____


   If you answered Yes, what do you award Chesney for:


   Attorneys' fees:  _____


   Other expenses of litigation:  _____

2. Did the Red Roof Defendants assert frivolous defenses against Kristin such that she is entitled to damages for those defenses?

   Yes  _____  No  _____


   If you answered Yes, what do you award Kristin for:


   Attorneys' fees:  _____


   Other expenses of litigation:  _____

11

**3.** Did the Red Roof Defendants assert frivolous defenses against Micaela such that she is entitled to damages for those defenses?

Yes  _____          No  _____

If you answered Yes, what do you award Micaela for:

Attorneys' fees:                    _____

Other expenses of litigation:      _____

**4.** Did the Red Roof Defendants assert frivolous defenses against Shayna such that she is entitled to damages for those defenses?

Yes  _____          No  _____

If you answered Yes, what do you award Shayna for:

Attorneys' fees:                    _____

Other expenses of litigation:      _____

This is our unanimous verdict, reached on the _____ day of December, 2023

_____
Foreperson

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Alexander, Andrew |
|---|---|
| DEPOSITION DATE: | 6/27/2022 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | Page/Line End | | Objections | Replies to Objections |
| 9 | 13 | 9 | 15 | No objection | | | | | |
| 10 | 21 | 10 | 23 | No objection | | | | | |
| 13 | 4 | 14 | 1 | No objection | | | | | |
| 15 | 2 | 15 | 17 | No objection | | | | | |
| 16 | 23 (begin with "And") | 17 | 1 | No objection | 17 | 2 | 17 | 17 | |
| 18 | 8 | 18 | 15 | No objection | | | | | |
| 18 | 21 | 18 | 23 | No objection | | | | | |
| 19 | 6 (begin with "What") | 19 | 16 | No objection | | | | | |
| 20 | 5 (begin with "who") | 20 | 17 | No objection | | | | | |
| 21 | 2 | 21 | 5 | No objection | | | | | |
| 21 | 6 | 21 | 9 | No objection | | | | | |
| 21 | 10 | 21 | 14 | No objection | | | | | |
| 21 | 22 | 22 | 25 | Compound | | | | | |
| 23 | 9 | 23 | 12 | No objection | | | | | |
| 24 | 12 | 24 | 14 | No objection | | | | | |
| 25 | 4 | 25 | 9 | No objection | | | | | |
| 25 | 14 | 25 | 18 | No objection | | | | | |
| 25 | 20 | 26 | 1 | No objection | | | | | |
| 26 | 4 | 26 | 24 | No objection | | | | | |
| 27 | 14 | 27 | 18 | No objection | 27 | 19 | 27 | 25 | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Alexander, Andrew |
|---|---|
| DEPOSITION DATE: | 6/27/2022 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | COUNTER DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|
| Page/Line Begin | Page/Line End | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections |
| 28 | 1 | 28 | 7 | No objection | | | | |
| 28 | 12 | 28 | 16 | No objection | | | | |
| 29 | 9 (begin with "do") | 29 | 11 | No objection | 29 | 12 | 30 | 1 | | |
| 31 | 4 | 31 | 7 | No objection | | | | |
| 31 | 14 | 31 | 18 | No objection | | | | |
| 32 | 3 | 32 | 8 | No objection | | | | |
| 32 | 13 | 32 | 14 | No objection | | | | |
| 36 | 5 (begin with "Were") | 36 | 13 | No objection | | | | |
| 37 | 20 | 38 | 11 | No objection | | | | |
| 40 | 14 (begin with "you") | 40 | 17 | No objection | | | | |
| 42 | 1 (begin with "And") | 42 | 11 | No objection | | | | |
| 45 | 6 | 45 | 7 | Foundation | | | | |
| 45 | 9 | 45 | 15 | Foundation | | | | |
| 59 | 24 | 60 | 2 | No objection | | | | |
| 60 | 10 (begin with "Red") | 60 | 15 | Compound, foundation | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Alexander, Andrew |
|---|---|
| DEPOSITION DATE: | 6/27/2022 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | COUNTER DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|
| Page/Line Begin | Page/Line End | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections |
| 61 | 21 (begin with "While") | 61 | 23 | No objection | | | | | |
| 62 | 8 | 62 | 11 | No objection | | | | | |
| 66 | 24 | 67 | 10 | No objection | | | | | |
| 67 | 15 | 67 | 24 | No objection | | | | | |
| 69 | 2 | 69 | 5 | Foundation | | 69 | 7 | | | |
| 69 | 8 | 69 | 13 | No objection | | | | | |
| 70 | 13 | 70 | 20 | Foundation, improper lay opinion | | | | | |
| 71 | 23 | 72 | 3 | No objection | | 72 | 4 | 72 | 9 | |
| 82 | 1 | 82 | 4 | No objection | | | | | |
| 82 | 16 | 82 | 20 | Hearsay, relevance, subsequent remedial measure | | | | | |
| 86 | 11 (begin with "But") | 86 | 23 | Hearsay, relevance, subsequent remedial measure, | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Alexander, Andrew |
| --- | --- |
| DEPOSITION DATE: | 6/27/2022 |

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | *COUNTER DESIGNATIONS* | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| *Page/Line Begin* | *Page/Line End* | *Objections* | *Replies to Objections* | *Page/Line Begin* | *Page/Line End* | *Objections* | *Replies to Objections* |
| 86 | 25 | 87 | 11 | Hearsay, relevance, subsequent remedial measure, improper lay opinion | | | | | |
| 91 | 9 (begin with "you") | 91 | 23 | No objection | | 91 | 24 | 92 | 4 | | |
| 95 | 15 (begin with "Did") | 95 | 24 | No objection | | | | | | |
| 98 | 11 (begin with "And") | 98 | 15 | No objection | | 98 | 1 | 98 | 9 | | |
| 100 | 17 (begin with "When") | 101 | 8 | Hearsay | | 101 | 22 | 102 | 6 | | |
| 102 | 7 | 102 | 16 | No objection | | | | | | |
| 102 | 19 | 102 | 25 | No objection | | | | | | |
| 104 | 19 | 104 | 24 | No objection | | | | | | |
| 105 | 4 | 105 | 11 | No objection | | | | | | |
| 107 | 19 | 108 | 7 | No objection | | | | | | |
| 108 | 10 | 108 | 11 | No objection | | | | | | |
| 108 | 19 | 108 | 25 | No objection | | 109 | 10 | 109 | 18 | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Alexander, Andrew |
|---|---|
| DEPOSITION DATE: | 6/27/2022 |

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | *COUNTER DESIGNATIONS* | | | |
|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | *Page/Line End* | *Objections* | *Replies to Objections* | *Page/Line Begin* | *Page/Line End* | *Objections* | *Replies to Objections* |
| 110 | 25 | 111 | 25 | Hearsay | | | |
| 114 | 13 | 114 | 22 | No objection | | | |
| 116 | 3 | 116 | 10 | No objection | | | |
| 117 | 1 | 117 | 7 | No objection | | | |
| 121 | 11 (begin with "I'm") | 121 | 13 | Hearsay | | | |
| 122 | 2 | 122 | 11 | Hearsay | | | |
| 123 | 20 (begin with "there") | 124 | 3 | Hearsay | | | |
| 124 | 6 | 124 | 10 | Foundation | | | |
| 124 | 13 | 124 | 22 | Foundation | | | |
| 124 | 25 | 126 | 3 | Irrelevant, unfairly prejudicial | | | |
| 125 | 18 | 126 | 17 | Irrelevant, unfairly prejudicial | | | |
| 127 | 1 | 127 | 3 | No objection | | | |
| 127 | 23 | 127 | 24 | No objection | | | |
| 128 | 15 | 128 | 17 | Hearsay; attorney-client privileged and work product doctrine | | | |

Note: The table above is structured with columns: Page/Line Begin, Page/Line End, Objections, Replies to Objections (Affirmative); then Page/Line Begin, Page/Line End, Objections, Replies to Objections (Counter). The affirmative Page/Line Begin and End each consist of two sub-columns (page, line).

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Alexander, Andrew |
|---|---|
| DEPOSITION DATE: | 6/27/2022 |

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | *COUNTER DESIGNATIONS* | | | |
|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | *Page/Line End* | *Objections* | *Replies to Objections* | *Page/Line Begin* | *Page/Line End* | *Objections* | *Replies to Objections* |
| 128 | 20 | 128 | 24 | Hearsay; attorney-client privileged and work product doctrine | | | | |
| 129 | 2 | 129 | 6 | Hearsay; attorney-client privileged and work product doctrine | | | | |
| 129 | 8 | 129 | 13 | Hearsay; attorney-client privileged and work product doctrine | | | | |
| 129 | 24 | 29 | 25 | No objection | | | | |
| 130 | 5 (begin with "I") | 130 | 8 | No objection | | | | |
| 130 | 16 | 130 | 17 | No objection | | | | |
| 130 | 19 | 131 | 12 | No objection | | | | |
| 132 | 7 (begin with "I") | 132 | 19 | No objection | | | | |
| 135 | 6 | 135 | 15 | No objection | | | | |
| 135 | 18 | 135 | 23 | No objection | | | | |
| 136 | 6 | 136 | 9 | Subsequent remedial measure | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Alexander, Andrew |
|---|---|
| DEPOSITION DATE: | 6/27/2022 |

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | *COUNTER DESIGNATIONS* | | | |
|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | *Page/Line End* | *Objections* | *Replies to Objections* | *Page/Line Begin* | *Page/Line End* | *Objections* | *Replies to Objections* |
| 136 | 19 | 137 | 3 | Subsequent remedial measure | | | | | |
| 142 | 23 | 143 | 4 | Hearsay; attorney-client privileged | | | | | |
| 171 | 24 | 172 | 5 | Hearsay; irrelevant; unfairly prejudicial | | | | | |
| 173 | 20 | 174 | 15 | Hearsay; irrelevant; unfairly prejudicial | | | | | |
| 178 | 24 | 179 | 6 | Hearsay; irrelevant; unfairly prejudicial | | | | | |
| 179 | 9 | 179 | 20 | Hearsay; irrelevant; unfairly prejudicial | | | | | |
| 179 | 23 (begin with "I") | 180 | 14 | Hearsay; irrelevant; unfairly prejudicial | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Alexander, Andrew |
|---|---|
| DEPOSITION DATE: | 6/27/2022 |

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | *COUNTER DESIGNATIONS* | | | | |
|---|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | *Page/Line End* | | *Objections* | *Replies to Objections* | *Page/Line Begin* | *Page/Line End* | *Objections* | *Replies to Objections* |
| 183 | 5 (begin with "I'm") | 183 | 9 | Hearsay; irrelevant; unfairly prejudicial | | | | |
| 186 | 9 | 186 | 11 | Hearsay; irrelevant; unfairly prejudicial | | | | |
| 186 | 19 | 186 | 24 | Hearsay; irrelevant; unfairly prejudicial | | | | |
| 187 | 2 | 187 | 7 | Hearsay; irrelevant; unfairly prejudicial | | | | |
| 187 | 16 | 187 | 23 | Hearsay; irrelevant; unfairly prejudicial | | | | |
| 188 | 12 | 188 | 20 | Hearsay; irrelevant; unfairly prejudicial | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Alexander, Andrew |
|---|---|
| DEPOSITION DATE: | 6/27/2022 |

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | | *COUNTER DESIGNATIONS* | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* | *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* |
| 189 | 8 | 189 | 11 | Hearsay; irrelevant; unfairly prejudicial | | | | | | | |
| 189 | 16 | 190 | 5 | Hearsay; irrelevant; unfairly prejudicial | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

# ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS

| | |
|---|---|
| **WITNESS NAME:** | Castille, Forrest |
| **DEPOSITION DATE:** | 10/22/2021 |

**Designations Can Only be Used if Witness is Unavailable to Testify Live**

| ***AFFIRMATIVE DEPOSITION DESIGNATIONS*** | | | | | | ***COUNTER DESIGNATIONS*** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ***Page/Line Begin*** | | ***Page/Line End*** | | ***Objections*** | ***Replies to Objections*** | ***Page/Line Begin*** | | ***Page/Line End*** | | ***Objections*** | ***Replies to Objections*** |
| 15 | 15 | 15 | 17 | | | 21 | 8 | 21 | 10 | | |
| 16 | 3 | 16 | 5 | | | 43 | 12 | 43 | 15 | | |
| 17 | 15 (begin with "did") | 21 | 7 | | | 48 | 7 | 48 | 7 | | |
| 21 | 11 | 24 | 2 | 22:3-11 Hearsay, 22:22-23 Speculation; Relevance, 23:1-10 Speculation; Hearsay; Relevance, 23:15-18 Speculation; Relevance, 23:19-23 Speculation; Lack of foundation; relevance | | 49 | 1 | 49 | 19 | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 6 | 27 | 25 | 24:6-8 Mischaracterizes prior testimony; relevance, 24:9-17 Speculation; Hearsay; Lack of Foundation; relevance, 25:14-15 Speculation; Lack of Foundation; relevance, 25:16-25 Speculation; Relevance, 26:1-9 Hearsay; Relevance, 26:15 Speculation; Relevance, 26:18-19 Speculation, Relevance; More prejudicial than probative, 26:20-25 and 27:1-9 Relevance; more prejudicial than probative, 27:10-13 Speculation; relevance; Lack of Foundation; more prejudicial than probative, 27:14-22 Speculation; Lack of foundation; relevance, 27:23-25 Speculation; relevance; lack of foundation; more prejudicial than probative; assumes facts not in evidence | | 96 | 3 | 96 | 13 | | |
| 28 | 4 | 37 | 11 | 28:4-14 Speculation; Lack of foundation; assumes facts not in evidence; relevance, 29:4-14; 25, and 30:1-7; 11-12; 19-25 Speculation; Relevance; hearsay, 31:1-25 Relevance; More prejudicial than probative, 32:1-3, 33:1-10 Relevance; Speculation, 34:1-25 Relevance; Hearsay; Speculation; more prejudicial than probative, 35:1-25 Speculation; Relevance; more prejudicial than probative, 36:1-4 and 37:2-5 Speculation; Relevance | | 96 | 20 | 96 | 25 | | |
| 37 | 14 | 39 | 2 | 38:1-21 and 39:1-2 Speculation; relevance | | 97 | 1 | 97 | 11 | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 39 | 7 | 42 | 14 | 39:7-24 and 40:1-6 Speculation; relevance, 41:12-14; 22 Speculation; relevance; more prejudicial than probative | | 98 | 21 | 98 | 25 | | |
| 42 | 16 | 42 | 16 | | | 99 | 1 | 99 | 1 | | |
| 42 | 19 | 43 | 11 | | | 99 | 13 | 99 | 25 | | |
| 43 | 16 (begin with "So") | 45 | 16 | 44:19-25 Speculation; Lack of foundation | | 106 | 9 | 106 | 25 | | |
| 45 | 18 | 46 | 8 | 45:15-20 Assumes facts not in evidence; speculation; lack of foundation; more prejudicial than probative, 46:7-8 Speculation; lack of foundation | | 108 | 3 | 108 | 25 | | |
| 46 | 11 | 46 | 22 | 46:11-12 Speculation; lack of foundation | | 109 | 1 | 109 | 13 | | |
| 47 | 4 | 48 | 6 | | | 120 | 17 | 120 | 20 | | |
| 47 | 8 | 48 | 14 | | | 121 | 5 | 121 | 25 | | |
| 48 | 16 | 48 | 17 | | | 124 | 19 | 124 | 25 | | |
| 49 | 20 | 49 | 23 | | | 126 | 16 | 126 | 25 | | |
| 50 | 10 (begin with "besides") | 50 | 12 | | | 129 | 1 | 129 | 5 | | |
| 50 | 17 (begin with "But") | 51 | 9 | 51:8-9 Speculation; Lack of Foundation | | 129 | 7 | 129 | 9 | | |
| 51 | 12 | 51 | 18 | | | 129 | 11 | 129 | 13 | | |
| 51 | 20 | 52 | 9 | | | 129 | 15 | 129 | 20 | | |
| 52 | 11 | 52 | 14 | | | 131 | 14 | 131 | 18 | | |
| 52 | 18 (begin with "I'm") | 53 | 9 | | | 131 | 20 | 131 | 25 | | |
| 53 | 12 | 53 | 21 | | | 132 | 1 | 132 | 2 | | |
| 54 | 7 | 55 | 20 | 55:2-15 Speculation; hearsay | | 132 | 4 | 132 | 18 | | |
| 56 | 6 | 56 | 24 | | | 132 | 20 | 132 | 23 | | |
| 58 | 21 | 58 | 22 | | | 133 | 7 | 133 | 17 | | |
| 59 | 2 | 59 | 5 | Relevance | | 135 | 8 | 135 | 10 | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 59 | 11 | 60 | 20 | 59:19-25 Speculation; Relevance; Lack of Foundation; Hearsay, 60:1-20 Speculation; Hearsay; Relevance | | 135 | 13 | 135 | 17 | | |
| 61 | 8 | 61 | 19 | Relevance, Speculation; Assumes facts not in evidence; more prejudicial than probative | | 135 | 24 | 135 | 25 | | |
| 63 | 1 | 64 | 24 | 64:10-13 Relevance; Speculation; Lack of Foundation | | 136 | 1 | 136 | 2 | | |
| 65 | 24 | 68 | 5 | 66:24-25 and 67:1-25 Relevance; Subject to Release | | 137 | 8 | 137 | 25 | | |
| 68 | 8 | 69 | 22 | 68:1-25 Relevance; Subject to Release, 69:1-22 Relevance; Subject to Release; speculation | | 138 | 1 | 138 | 12 | | |
| 70 | 2 | 70 | 7 | Speculation; subject to release; hearsay | | 138 | 19 | 138 | 25 | | |
| 70 | 11 | 70 | 16 | Speculation; subject to release; hearsay | | 139 | 1 | 139 | 1 | | |
| 70 | 18 | 72 | 15 | 70:18-25 Speculation; subject to release; hearsay, 71:1-25 Relevance; subject to release; speculation, 72:1-25 Relevance; subject to release; speculation; more prejudicial than probative; improper legal conclusion | | 139 | 8 | 139 | 25 | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | 18 | 74 | 23 | 72:1-25 Relevance; subject to release; speculation; more prejudicial than probative; improper legal conclusion, 73:1-25 Speculation; Relevance; Subject to Release; more prejudicial than probative; assumes facts not in evidence; lack of foundation, 74:1-25 Speculation; Relevance; Subject to Release; more prejudicial than probative; hearsay | | 141 | 20 | 141 | 25 | | |
| 74 | 25 | 77 | 22 | 75:1-25, 76:1-25 and 77:1-25 Speculation; Relevance; Subject to Release; More prejudicial than probative | | 142 | 1 | 142 | 11 | | |
| 78 | 1 | 80 | 4 | 78:1-25 Assumes facts not in evidence; speculation; relevance; subject to release; more prejudicial than probative, 79:1-25 Speculation; Relevance; Subject to Release; More prejudicial than probative, 80:1-4 Speculation; Relevance; Subject to Release; More prejudicial than probative; hearsay | | 144 | 7 | 144 | 25 | | |
| 80 | 7 | 80 | 9 | | | 145 | 7 | 145 | 16 | | |
| 80 | 12 | 81 | 10 | | | 145 | 17 | 145 | 25 | | |
| 81 | 12 | 82 | 16 | 81:13-18 Speculation as to what she saw, 81:23-25 Relevance, 82:1-2; 15-16 Relevance; Speculation; Lack of Foundation | | 145 | 6 | 145 | 8 | | |
| 82 | 19 | 83 | 15 | 82:19-20 Relevance; Speculation; Lack of Foundation | | 152 | 2 | 152 | 5 | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 83 | 17 | 84 | 4 | 83:1-25 Relevance; Subject to release, 84:1-25 Relevance; subject to release; speculation | | 152 | 7 | 152 | 11 | | |
| 84 | 7 | 84 | 11 | 84:1-25 Relevance; subject to release; speculation | | 154 | 7 | 154 | 14 | | |
| 84 | 17 | 85 | 2 | 84:1-25 Relevance; subject to release; speculation, 85:1-25 Relevance; subject to release; speculation; hearsay | | 158 | 18 | 158 | 21 | | |
| 85 | 17 | 86 | 6 | 85:1-25 Relevance; subject to release; speculation; hearsay, 85:6-19 Relevance | | 159 | 13 | 159 | 25 | | |
| 87 | 6 | 88 | 24 | 88:22-24 Speculation; Lack of Foundation; Assumes facts not in evidence; relevance | | 160 | 1 | 160 | 6 | | |
| 89 | 3 | 89 | 5 | 89:3-5 Speculation; Lack of Foundation; Hearsay; Assumes facts not in evidence; relevance | | 161 | 17 | 161 | 25 | | |
| 89 | 7 | 89 | 21 | 89:7-9 Speculation; Lack of Foundation; Hearsay; Assumes facts not in evidence; relevance, 89:10-19; 21-25 Hearsay; speculation; relevance | | 162 | 1 | 162 | 23 | | |
| 89 | 23 | 90 | 10 | 89:21-25 Hearsay; speculation; relevance, 90:1-25 Speculation; relevance; more prejudicial than probative | | 172 | 20 | 172 | 25 | | |
| 90 | 12 | 91 | 24 | 90:1-25 Speculation; relevance; more prejudicial than probative, 91:1-25 Speculation; relevance; more prejudicial than probative; subject to release | | 173 | 1 | 173 | 25 | | |
| 92 | 11 | 92 | 13 | | | 174 | 1 | 174 | 11 | | |
| 92 | 15 | 92 | 25 | | | 175 | 20 | 175 | 25 | | |
| 93 | 2 | 93 | 5 | | | 176 | 1 | 176 | 6 | | |
| 93 | 8 | 93 | 20 | 93:17-18 Speculation; lack of foundation | | 176 | 25 | 176 | 25 | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 94 | 8 | 94 | 12 | | | 177 | 1 | 177 | 6 | |
| 114 | 18 | 114 | 19 | | | 179 | 4 | 179 | 12 | |
| 119 | 13 | 119 | 15 (end with "deposition") | | | 180 | 3 | 180 | 6 | |
| 120 | 3 | 120 | 14 | | | 181 | 6 | 181 | 19 | |
| 122 | 1 | 122 | 7 | | | 182 | 3 | 182 | 25 | |
| 122 | 21 | 123 | 21 | | | 183 | 1 | 183 | 7 | |
| 124 | 24 | 125 | 19 | 125:7-9; 15-19 Speculation; Hearsay | | 184 | 13 | 184 | 20 Up to "Yes." Counterde sigante | |
| 126 | 6 | 126 | 15 | | | 186 | 14 | 186 | 25 | |
| 127 | 10 | 128 | 14 | 127:18-25 and 128:1 Speculation; Lack of Foundation, 128:13-14 Speculation; Lack of Foundation; Legal Conclusion | | 187 | 1 | 187 | 7 | |
| 127 | 18 | 128 | 14 | | | 191 | 10 | 191 | 25 | |
| 130 | 11 | 131 | 11 | 129:9-10 Speculation; Lack of Foundation | | 192 | 1 | 192 | 11 | |
| 141 | 7 | 141 | 19 | | | 193 | 11 | 193 | 17 | |
| 146 | 18 | 147 | 6 | | | 194 | 14 | 194 | 19 | |
| 147 | 10 | 147 | 22 | | | 204 | 6 | 204 | 21 | |
| 148 | 4 | 148 | 13 | | | 204 | 23 | 204 | 23 | |
| 149 | 23 | 150 | 16 | | | 214 | 15 | 214 | 25 | |
| 150 | 19 | 151 | 18 | 151:8-9 Speculation; Lack of foundation | | 216 | 22 | 216 | 25 | |
| 152 | 18 | 152 | 25 | | | 217 | 1 | 217 | 20 | |
| 153 | 4 | 153 | 13 | 153:11-13 Speculation; Lack of foundation | | 224 | 8 | 224 | 25 | |
| 155 | 20 | 157 | 9 | | | 225 | 1 | 225 | 2 | |
| 179 | 12 (begin with "Who") | 179 | 22 | Relevance | | | | | | |
| 188 | 2 | 189 | 9 | | | | | | | |
| 218 | 8 | 218 | 9 | | | | | | | |
| 218 | 15 | 218 | 22 | | | | | | | |
| 222 | 18 | 222 | 23 | | | | | | | |
| 223 | 3 | 223 | 8 | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 230 | 1 | 231 | 10 | | | | | | | | |
| 240 | 15 | 240 | 25 | Relevance; Lack of foundation | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Cole, Vanessa |
| DEPOSITION DATE: | 10/18/2021 |

**Designations Can Only be Used if Witness is Unavailable to Testify Live**

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | COUNTER DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|
| Page/Line Begin | Page/Line End | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections |
| 14 | 9 (begin with "All") | 14 | 14 | | | | |
| 14 | 20 | 14 | 21 | | | | |
| 15 | 18 (begin with "Can") | 16 | 7 | 68 | 15 | 69 | 3 | | |
| 17 | 22 (begin with "Can") | 18 | 11 | 18 | 12 | 19 | 2 | | |
| 19 | 3 (begin with "So") | 19 | 14 | 19 | 15 | 19 | 25 | | |
| 20 | 1 | 20 | 10 | | | | |
| 20 | 23 | 22 | 14 | 22 | 15 | 22 | 21 | | |
| 23 | 10 | 24 | 18 | hearsay; | | 20 | 11 | 20 | 19 | | |
| 24 | 19 (begin with "what") | 26 | 6 | misstates prior testimony; improper attorney testimony; | | 26 | 7 | 26 | 18 | | |
| 26 | 19 | 27 | 14 | speculation; foundation; lack of personal knowledge | | 27 | 15 | 27 | 19 | | |
| 27 | 20 | 28 | 13 | | | 28 | 14 | 28 | 19 | | |
| 28 | 20 | 28 | 22 | | | 28 | 23 | 29 | 5 | | |
| 29 | 6 | 29 | 16 | | | 29 | 17 | 29 | 23 | | |
| | | | | 29 | 9 | 29 | 12 | | |
| 30 | 13 | 31 | 15 | | | 31 | 16 | 31 | 21 (end at week) | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 15 | 32 | 22 | | | 32 | 23 | 33 | 13 | | |
| 34 | 14 (begin with "And") | 38 | 13 | hearsay; speculation; improper attorney testimony/leading; misstates prior testimony; | | 134 139 140 144 | 19 16 3 14 | 136 139 140 144 | 23 22 6 19 | | |
| 38 | 16 | 39 | 23 | | | | | | | | |
| 40 | 7 (begin with "I") | 40 | 18 | | | | | | | | |
| 40 | 20 (begin with "So") | 41 | 19 | | | | | | | | |
| 42 | 14 | 43 | 3 | | | 43 | 4 | 43 | 14 | | |
| 43 | 14 | 44 | 9 | relevance; unduly prejudicial (44:8-9) | | 44 | 10 | 44 | 15 | | |
| 44 | 16 (begin with "you") | 45 | 5 | | | | | | | | |
| 45 | 13 (begin with "Did") | 46 | 2 | | | | | | | | |
| 46 | 4 (begin with "I") | 47 | 7 (end with "items") | foundation; misstates prior testimony; | | 47 | 7 | 47 | 10 | | |
| 47 | 11 | 47 | 23 | | | 47 | 24 | 48 | 12 | | |
| 48 | 13 | 48 | 15 | | | 49 | 7 | 49 | 16 | | |
| 50 | 1 (begin with "Can") | 50 | 3 | | | | | | | | |
| 50 | 5 | 52 | 4 | hearsay; foundation; speculation; lack of personal knowledge; | | 139 | 4 | 139 | 15 | | |
| 55 | 19 (begin with "Did") | 56 | 8 | Relevance; | | 56 56 99 | 10 17 25 | 56 56 100 | 13 25 7 | | |
| 57 | 1 | 57 | 6 | Relevance; | | | | | | | |

# ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | 11 (begin with "And") | 57 | 14 | Relevance; | | | | | | | |
| 71 | 18 | 71 | 25 | | | 71 82 84 | 14 10 25 | 71 83 85 | 17 10 7 (end at yes) | | |
| 72 | 9 | 72 | 20 | | | 72 | 21 | 77 | 5 | | |
| 77 | 6 | 77 | 10 | | | 77 | 11 | 77 | 16 | | |
| 85 | 22 | 88 | 7 | speculation; foundation; lack of personal knowledge; relevance 87:18-88:7) | | 88 | 8 | 89 | 17 | | |
| 89 | 21 | 90 | 19 | | | 90 | 20 | 91 | 2 | | |
| 91 | 3 | 91 | 18 | | | 91 | 19 | 91 | 24 | | |
| 91 | 25 | 92 | 4 | | | | | | | | |
| 92 | 9 | 92 | 13 | | | | | | | | |
| 93 | 1 | 93 | 12 | | | | | | | | |
| 93 | 21 | 94 | 4 | | | 94 96 | 21 2 | 95 96 | 5 6 | | |
| 101 | 17 | 101 | 23 (end with "exactly") | | | 101 101 | 5 24 | 101 102 | 16 11 | | |
| 103 | 24 | 104 | 2 | | | 104 | 3 | 104 | 21 | | |
| 105 | 7 | 105 | 14 | | | 106 106 | 1 23 | 106 108 | 7 9 | | |
| 108 | 21 | 108 | 25 | misstates prior testimony; improper attorney testimony; speculation; lack of personal knowledge | | 109 | 1 | 109 | 6 | | |
| 109 | 7 | 109 | 19 | | | 109 110 | 20 21 | 109 111 | 15 25 | | |
| 112 | 22 | 114 | 9 | hearsay; lack of personal knowledge; foundation; | | 114 | 10 | 114 | 16 | | |
| 115 | 1 | 116 | 9 | | | 116 | 10 | 117 | 2 | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 119 | 9 | 119 | 20 | | | 117<br>119<br>120 | 18<br>21<br>8 | 119<br>120<br>120 | 4<br>4<br>8 | | |
| 120 | 9 (begin with "I'm") | 120 | 13 | | | | | | | | |
| 120 | 15 | 120 | 16 | | | 120 | 18 | 120 | 20 | | |
| 121 | 7 | 121 | 17 | | | | | | | | |
| 121 | 19 | 122 | 10 | | | 122 | 11 | 122 | 18 | | |
| 122 | 19 | 123 | 10 | | | 125 | 24 | 126 | 4 | | |
| 126 | 5 | 126 | 13 | | | 126 | 14 | 126 | 19 | | |
| 156 | 5 | 157 | 18 | | | | | | | | |
| 157 | 20 | 158 | 10 | | | | | | | | |
| 158 | 14 | 158 | 18 | misstates prior testimony; leading | | | | | | | |
| 158 | 22 | 158 | 25 | misstates prior testimony; leading | | | | | | | |
| 159 | 2 | 161 | 2 | speculation; improper lay witness opinion; leading | | | | | | | |
| 161 | 4 | 161 | 4 | speculation; improper lay witness opinion; leading | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Conner, Brenda |
|---|---|
| DEPOSITION DATE: | 5/20/2022 |

**Designations Can Only be Used if Witness is Unavailable to Testify Live**

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* | *Page/Line Begin* | *Page/Line End* | *Objections* | *Replies to Objections* |
| 7 | 13 | 7 | 15 | | | | | | |
| 7 | 18 | 7 | 20 | | | | | | |
| 8 | 21 | 8 | 23 | Hearsay | | | | | |
| 9 | 3 | 9 | 8 | Hearsay | | | | | |
| 10 | 22 (begin with "Did") | 10 | 24 | | | | | | |
| 11 | 3 | 11 | 19 | | | | | | |
| 11 | 21 | 11 | 21 | | | | | | |
| 11 | 23 | 12 | 6 | | | | | | |
| 12 | 13 (begin with "And") | 13 | 2 | 12:13-25 and 13:1-2 Relevance; Subject to Release | | | | | |
| 13 | 13 | 13 | 15 | | | | | | |
| 13 | 22 (begin with "Have") | 14 | 1 | 13:22-25 Relevance; Subject to Release, 14:1 Relevance | | | | | |
| 14 | 7 (begin with "And") | 14 | 8 | Relevance; Subject to Release | | | | | |
| 14 | 17 | 15 | 15 | 15:9-15 Relevance; Subject to Release | | | | | |
| 15 | 21 (begin with "Tell") | 15 | 23 | | | | | | |
| 15 | 25 | 16 | 17 | 16:10-17 Relevance; Legal conclusion; Subject to Release | | | | | |
| 16 | 19 | 16 | 19 | Relevance; Legal conclusion; Subject to Release | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 21 | 17 | 3 | 16:21-25 Relevance; Legal conclusion; Subject to Release, 17:1-3 Relevance; Subject to Release | | | | | | | |
| 17 | 5 | 17 | 5 | Relevance;  Subject to Release | | 17 | 21 | 17 | 24 | | |
| 17 | 8 | 17 | 14 | Relevance;  Subject to Release | | | | | | | |
| 17 | 25 | 18 | 25 | 17:25 and 18:1-25 Relevance;  Subject to Release | | | | | | | |
| 19 | 2 | 19 | 22 | Relevance; Speculation | | | | | | | |
| 20 | 11 (begin with "And") | 20 | 18 | Relevance;  Subject to Release | | | | | | | |
| 20 | 19 (begin with "did") | 20 | 21 | Speculation; Relevance; Subject to Release | | | | | | | |
| 20 | 24 | 20 | 24 | Speculation; Relevance; Subject to Release | | | | | | | |
| 21 | 1 | 21 | 2 | Legal conclusion; speculation; relevance; Subject to Release | | | | | | | |
| 21 | 5 | 21 | 5 | Legal conclusion; speculation; relevance; Subject to Release | | | | | | | |
| 21 | 7 | 21 | 10 | Speculation; Relevance; More prejudicial than probative; Subject to Release | | | | | | | |
| 21 | 13 | 21 | 14 | Speculation; Relevance; More prejudicial than probative; Subject to Release | | | | | | | |
| 22 | 9 (begin with "and") | 22 | 21 | Relevance; Speculation; Subject to Release | | | | | | | |
| 23 | 3 | 23 | 4 | Relevance; Speculation; Subject to Release | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 6 | 23 | 7 | Relevance; Speculation; Subject to Release | | | | | | | | |
| 23 | 11 | 23 | 19 | Relevance; Speculation; Subject to Release | | | | | | | | |
| 23 | 21 | 23 | 23 | Relevance; Speculation; Subject to Release | | | | | | | | |
| 24 | 6 | 24 | 18 | 24:6-16 Relevance; Subject to Release; more prejudicial than probative | | | | | | | | |
| 24 | 20 | 24 | 24 | 24:23-24 Relevance; Subject to Release; more prejudicial than probative | | | | | | | | |
| 25 | 1 | 25 | 2 | Relevance;  Subject to Release | | 25 | 12 | 25 | 14 | | | |
| 28 | 9 | 29 | 10 | 28:9-25 Relevance; Subject to Release, 29:1-10 Speculation; Relevance; Hearsay; Subject to Release | | | | | | | | |
| 29 | 12 | 29 | 18 | Speculation; Relevance; Hearsay; Subject to Release | | | | | | | | |
| 29 | 20 (begin with "seeing") | 30 | 3 | 29:20-25 Speculation; Relevance; Hearsay; Subject to Release, 30:1-3 Relevance; Hearsay | | | | | | | | |
| 34 | 19 | 35 | 21 | 34:19-25 Relevance; Subject to Release, 35:1-21 Speculation; Relevance | | | | | | | | |
| 36 | 2 (begin with "And") | 36 | 9 | Relevance; Subject to Release | | | | | | | | |
| 36 | 10 (begin with "how") | 36 | 16 | Relevance; Subject to Release | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | 16 (begin with "How") | 46 | 21 | Speculation; Relevance; Subject to Release | | | | | | | |
| 46 | 25 | 47 | 10 | 46:25 Speculation; Relevance; Subject to Release, 47:1-10 Relevance; Subject to Release | | | | | | | |
| 47 | 16 | 47 | 21 | Relevance; Subject to Release | | | | | | | |
| 48 | 9 | 48 | 17 | 48:9-25 Relevance; Speculation | | 48 | 5 | 48 | 8 | | |
| 48 | 19 | 49 | 3 | 48:9-25 and 49:1-3 Relevance; Speculation; Subject to Release | | 49 49 | 4 21 | 49 49 | 12 25 | | |
| 50 | 7 (begin with "You") | 50 | 17 | Relevance, Subject to Release | | 50 51 | 18 2 | 50 51 | 25 2 | | |
| 51 | 14 | 52 | 19 | 51:14-25 Relevance; Speculation; Subject to Release, 52:1-19 Legal Conclusion; Relevance; Speculation; Hearsay; Subject to Release | | 52 53 | 20 1 | 52 53 | 25 4 | | |
| 59 | 15 | 59 | 16 | Relevance; Subject to Release | | | | | | | |
| 59 | 18 (begin with "I") | 59 | 21 | Relevance; Subject to Release | | | | | | | |
| 60 | 2 | 60 | 6 | Relevance; Subject to Release | | 70 | 5 | 70 | 12 | | |
| 60 | 14 (begin with "Did") | 60 | 20 | Speculation; Lack of Foundation | | 73 | 2 | 73 | 19 | | |
| 61 | 22 | 62 | 14 | 61:22-25 and 62:1-14 Relevance; Subject to Release | | | | | | | |
| 63 | 10 | 63 | 16 | Relevance; Hearsay; Subject to Release | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 64 | 2 (begin with "Do") | 64 | 10 | Relevance; Subject to Release | | | | | | | |
| 64 | 11 (begin with "Do") | 64 | 14 | Relevance; Subject to Release | | | | | | | |
| 81 | 4 (begin with "If") | 81 | 23 | Relevance; Subject to Release; More prejudicial than probative | | | | | | | |
| 82 | 14 (begin with "Did") | 82 | 24 | Relevance; Subject to Release | | 88 91 | 3 2 | 88 91 | 5 5 | | |
| 91 | 9 | 91 | 14 | Relevance; Subject to Release | | 91 | 15 | 91 | 18 | | |
| 92 | 22 | 93 | 2 | 92:22-25 and 93:1-2 Relevance; Subject to Release | | 94 95 | 1 24 | 94 95 | 6 25 | | |
| 109 | 24 | 110 | 14 | 109:24-25 and 110:1-14 Relevance; Subject to Release | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Hamilton-Nash, Monica |
| DEPOSITION DATE: | 1/19/2022 |

**Designations Can Only be Used if Witness is Unavailable to Testify Live**

*AFFIRMATIVE DEPOSITION DESIGNATIONS*

*COUNTER DESIGNATIONS*

| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 6 | 8 | 8 | | | 24 | 3 | 24 | 24 | | |
| 10 | 13 | 10 | 14 | | | 29 | 17 | 30 | 9 | | |
| 17 | 7 | 18 | 23 | | | 32 | 9 | 32 | 18 | | |
| 19 | 14 | 19 | 22 | | | 42 | 5 | 43 | 8 | | |
| 25 | 11 | 26 | 22 | | | 45 | 14 | 46 | 9 | | |
| 30 | 22 | 31 | 18 | | | 49 | 4 | 49 | 8 | | |
| 34 | 17 | 34 | 17 | | | 50 | 5 | 50 | 19 | | |
| 34 | 19 (begin with "So") | 35 | 1 | | | 54 | 21 | 55 | 1 | | |
| 37 | 5 | 37 | 16 | | | 57 | 12 | 57 | 17 (end after "ma'am") | | |
| 38 | 7 (begin with "Can") | 38 | 19 | | | 65 | 7 | 65 | 14 | | |
| 39 | 4 | 39 | 7 | | | 66 | 5 begin wit | 66 | 8 | | |
| 47 | 4 | 47 | 5 | | | 66 | 11 | 66 | 13 | | |
| 47 | 7 | 47 | 13 | | | 71 | 20 | 72 | 12 | | |
| 49 | 9 | 49 | 21 | | | 72 | 22 | 73 | 2 | | |
| 52 | 5 | 52 | 12 | | | 75 | 11 | 75 | 16 | | |
| 56 | 17 (begin with "There" | 57 | 11 | | | 75 | 22 | 76 | 16 | | |
| 62 | 9 | 62 | 25 | | | 77 | 20 | 78 | 12 | | |
| 64 | 10 | 65 | 6 | | | 79 | 19 | 79 | 21 | | |
| 65 | 14 (begin with "Was") | 65 | 20 | | | 80 | 7 | 80 | 15 | | |
| 65 | 23 (begin with "was") | 66 | 2 | | | 91 | 23 | 93 | 10 (end at "it in that one room") | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | 22 (begin with "Ms.") | 70 | 18 | | | 94 | 21 | 94 | 25 | | |
| 71 | 8 | 71 | 19 | | | 96 | 5 | 96 | 15 | | |
| 73 | 3 | 73 | 8 | | | 117 | 4 | 118 | 13 | | |
| 79 | 22 | 80 | 1 | | | 121 | 21 | 122 | 19 | | |
| 83 | 4 (begin with "every") | 83 | 8 | | | 128 | 3 | 128 | 4 | | |
| 83 | 25 | 84 | 6 | | | 129 | 21 | 130 | 3 | | |
| 86 | 22 | 86 | 23 | | | 130 | 5 | 130 | 20 | | |
| 86 | 25 | 91 | 20 (end with "shoes") | | | 137 | 18 | 138 | 7 | | |
| 95 | 1 | 96 | 4 | | | 138 | 12 | 139 | 1 | | |
| 97 | 13 | 98 | 18 | foundation; speculation; hearsay | | 144 | 13 | 144 | 22 | | |
| 98 | 24 | 99 | 7 (end at "yes") | | | 149 | 13 | 149 | 15 | | |
| 99 | 9 | 100 | 7 | | | 151 | 7 | 151 | 25 | | |
| 100 | 8 (begin with "when") | 106 | 18 | 106:3-8 speculation; unverified statement | | 154 | 12 | 154 | 17 | | |
| 107 | 7 | 109 | 7 | | | 161 | 16 | 162 | 4 | | |
| 111 | 13 | 114 | 4 (end with "here") | 113:23-25 hearsay | | 164 | 2 | 164 | 17 | | |
| 114 | 19 | 115 | 15 | | | 185 | 15 | 185 | 19 | | |
| 115 | 23 | 115 | 25 | | | 186 | 22 | 187 | 6 | | |
| 116 | 5 | 117 | 3 | | | | | | | | |
| 119 | 14 | 121 | 20 | 119:21-24 and 120:25-121:4 hearsay | | | | | | | |
| 137 | 4 | 137 | 17 | | | | | | | | |
| 138 | 8 | 138 | 11 | | | | | | | | |
| 139 | 2 | 140 | 21 | | | | | | | | |
| 140 | 23 (begin with "You're") | 141 | 13 | | | | | | | | |
| 142 | 17 | 144 | 9 | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 145 | 15 | 146 | 9 | | | | | | | | | |
| 155 | 23 | 156 | 6 | | | | | | | | | |
| 160 | 2 (begin with "And") | 160 | 12 | Relevance | | | | | | | | |
| 168 | 4 | 168 | 16 | | | | | | | | | |
| 171 | 18 | 172 | 5 | | | | | | | | | |
| 172 | 7 | 172 | 8 | | | | | | | | | |
| 175 | 17 | 176 | 14 | | | | | | | | | |
| 178 | 7 (begin with "Through out") | 179 | 11 | | | | | | | | | |
| 179 | 14 | 180 | 9 | | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Krawczyk, Kristin (JD1) |
|---|---|
| DEPOSITION DATE: | 6/9/2022 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | | COUNTER DESIGNATIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections |
| 6 | 2 | 6 | 12 | No objection | | | | | | | |
| 9 | 4 | 9 | 10 | No objection | | | | | | | |
| 14 | 19 | 14 | 23 | No objection | | | | | | | |
| 33 | 13 | 33 | 20 | No objection | | | | | | | |
| 59 | 1 | 59 | 9 | No objection | | | | | | | |
| 61 | 24 | 62 | 20 | No objection | | | | | | | |
| 133 | 2 | 133 | 4 | No objection | | | | | | | |
| 137 | 17 | 139 | 1 | No objection | | | | | | | |
| 154 | 5 | 154 | 25 | No objection | | | | | | | |
| 158 | 17 | 159 | 23 | No objection | | | | | | | |
| 161 | 15 | 162 | 4 | No objection | | | | | | | |
| 171 | 2 | 171 | 4 | No objection | | | | | | | |
| 184 | 3 | 184 | 8 | No objection | | | | | | | |
| 190 | 22 | 191 | 20 | No objection | | | | | | | |
| 192 | 10 | 192 | 13 | No objection | | | | | | | |
| 193 | 14 | 193 | 17 | No objection | | | | | | | |
| 194 | 5 | 195 | 6 | No objection | | | | | | | |
| 196 | 4 | 196 | 14 | No objection | | | | | | | |
| 202 | 3 | 202 | 22 | No objection | | | | | | | |
| 204 | 13 | 204 | 24 | No objection | | | | | | | |
| 205 | 18 | 207 | 1 | No objection | | | | | | | |
| 207 | 15 | 207 | 21 | No objection | | | | | | | |
| 208 | 6 | 208 | 21 | No objection | | | | | | | |
| 209 | 6 | 210 | 10 | No objection | | | | | | | |
| 213 | 13 | 214 | 19 | No objection | | | | | | | |
| 214 | 25 | 215 | 16 | No objection | | | | | | | |
| 223 | 16 (begin with "You said") | 224 | 10 | No objection | | | | | | | |
| 229 | 11 | 229 | 12 | No objection | | | | | | | |
| 229 | 14 | 231 | 5 | No objection | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 231 | 9 | 231 | 22 | No objection | | | | | | | | |
| 233 | 3 (begin with "how") | 233 | 19 | No objection | | | | | | | | |
| 237 | 22 (begin with "How") | 238 | 11 | No objection | | | | | | | | |
| 250 | 6 | 251 | 15 | No objection | | | | | | | | |
| 259 | 21 | 263 | 25 | No objection | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Krawczyk, Kristin (JD1) |
|---|---|
| DEPOSITION DATE: | 6/10/2022 |

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | | *COUNTER DESIGNATIONS* | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | | *Page/Line End* | | Objections | Replies to Objections | *Page/Line Begin* | | *Page/Line End* | | Objections | Replies to Objections |
| 293 | 1 | 293 | 9 | No objection | | | | | | | |
| 297 | 4 | 297 | 14 | No objection | | 297 | 15 | 297 | 18 | | |
| 297 | 19 | 298 | 3 | No objection | | 298 | 4 | 298 | 17 | | |
| 299 | 20 | 299 | 24 | No objection | | | | | | | |
| 312 | 14 | 313 | 2 | No objection | | | | | | | |
| 378 | 7 | 378 | 20 | No objection | | | | | | | |
| 378 | 22 | 378 | 23 | No objection | | 378 | 25 | 379 | 11 | | |
| | | | | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Lam, Nha Luan "Vickie" |
|---|---|
| DEPOSITION DATE: | 3/11/2022 |

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | | | *COUNTER DESIGNATIONS* | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* | *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* |
| 7 | 1 | 7 | 7 | | | 148 | 10 | 148 | 21 | | |
| 8 | 18 | 8 | 24 | | | 148 | 22 | 149 | 2 | | |
| 12 | 8 | 12 | 12 | | | 149 | 6 | 149 | 8 | | |
| 15 | 7 | 17 | 13 | | | 190 | 10 | 191 | 6 | | |
| 24 | 22 | 25 | 5 | | | 191 | 8 | 191 | 14 | | |
| 28 | 18 | 28 | 24 | | | 228 | 11 | 228 | 18 | | |
| 29 | 1 | 30 | 5 | | | | | | | | |
| 30 | 22 | 31 | 8 | | | | | | | | |
| 36 | 18 | 37 | 6 | | | | | | | | |
| 38 | 10 | 38 | 25 | | | | | | | | |
| 39 | 8 | 40 | 24 | | | | | | | | |
| 41 | 1 | 41 | 6 | | | | | | | | |
| 41 | 8 | 41 | 18 | | | | | | | | |
| 41 | 20 | 43 | 20 | | | | | | | | |
| 43 | 22 | 44 | 24 | | | | | | | | |
| 45 | 10 | 45 | 25 | | | | | | | | |
| 48 | 4 | 48 | 11 | | | | | | | | |
| 49 | 6 | 50 | 17 | | | | | | | | |
| 52 | 5 | 52 | 7 | | | | | | | | |
| 52 | 16 | 53 | 4 | | | | | | | | |
| 53 | 21 | 54 | 5 | | | | | | | | |
| 54 | 7 | 56 | 9 | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| 56 | 11 | 56 | 21 | speculation; foundation; hearsay | Speculation: Objection to speculation waived; Foundation: Ms. Lam testified to receiving the email and to the process for reclassing a review; Hearsay: See Doc. 351, Response to Defendants' motion to Exclude Unverified Customer Reviews and Newspaper Articles (customer review not | | | | | | |
|----|----|----|----|----|----|----|----|----|----|----|----|
| 56 | 23 | 57 | 20 | | | | | | | | |
| 57 | 23 | 58 | 6 | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 58 | 9 | 59 | 7 | 59:6-7, 9-10 speculation; foundation | Speculation: Objection to speculation waived; Foundation: Ms. Lam is describing, based on her experience as VP of franchises, how the reclass process works (namely, that franchise owner (Bob) is not the one who gets to determine if a reclass gets made). | | | | | | |
| 59 | 9 | 60 | 16 | | | | | | | | |
| 60 | 18 | 60 | 20 | | | | | | | | |
| 61 | 25 | 62 | 2 | | | | | | | | |
| 62 | 4 | 62 | 11 | | | | | | | | |
| 62 | 13 | 62 | 22 | | | | | | | | |
| 65 | 2 | 66 | 5 | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | 16 | 73 | 23 (end at "0001864 7.") | | | | | | | | | |
| 74 | 23 | 75 | 18 | | | | | | | | | |
| 75 | 22 | 76 | 8 | | | | | | | | | |
| 76 | 20 | 81 | 9 | relevance for non Smyrna and Buckhead properties | See Doc. 348, Plaintiffs' Response to Defendants' MiL to Exclude Evidence of Incidents and Crimes at Properties Other Than Smyrna RRI and Buckhead RRI | | | | | | | |
| 81 | 15 | 81 | 19 | | | | | | | | | |
| 81 | 21 | 82 | 9 | | | | | | | | | |
| 88 | 22 | 89 | 20 | | | | | | | | | |
| 96 | 10 | 98 | 25 | | | | | | | | | |
| 99 | 2 | 100 | 12 | | | | | | | | | |
| 100 | 14 | 100 | 18 | | | | | | | | | |
| 100 | 20 | 101 | 9 | | | | | | | | | |
| 101 | 12 | 101 | 15 | | | | | | | | | |
| 103 | 7 | 103 | 24 | | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 104 | 1 | 107 | 17 | | | | | | | | |
| 122 | 6 | 124 | 25 | | | | | | | | |
| 125 | 19 | 125 | 20 | | | | | | | | |
| 125 | 24 | 127 | 22 | | | | | | | | |
| 128 | 3 | 128 | 24 | | | | | | | | |
| 130 | 2 | 130 | 6 | | | | | | | | |
| 131 | 25 | 132 | 25 | | | | | | | | |
| 135 | 17 | 136 | 1 | foundaction; opinion testimony | Lam was VP overseeing franchise locations, she testified exhibit 7 was "one of the tools used to train managers when they attended manager training," and so she was familiar with and used the training to train her franchises. The question calls for Ms. Lam to testify about the contents | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 136 | 3 | 136 | 3 | foundaction; opinion testimony | Lam was VP overseeing franchise locations, she testified exhibit 7 was "one of the tools used to train managers when they attended manager training," and so she was familiar with and used the training to train her franchises. The question calls for Ms. Lam to testify about the contents | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| 137 | 2 | 137 | 6 | foundaction; opinion testimony | Lam was VP overseeing franchise locations, she testified exhibit 7 was "one of the tools used to train managers when they attended manager training," and so she was familiar with and used the training to train her franchises. The question calls for Ms. Lam to testify about the contents | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 137 | 8 | 138 | 11 | foundaction; opinion testimony | Lam was VP overseeing franchise locations, she testified exhibit 7 was "one of the tools used to train managers when they attended manager training," and so she was familiar with and used the training to train her franchises. The question calls for Ms. Lam to testify about the contents | | | | | | |
|-----|---|-----|----|----|----|----|----|----|----|----|----|

| 138 | 21 | 138 | 25 | foundaction; opinion testimony | Lam was VP overseeing franchise locations, she testified exhibit 7 was "one of the tools used to train managers when they attended manager training," and so she was familiar with and used the training to train her franchises. The question calls for Ms. Lam to testify about the contents | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 139 | 4 | 139 | 7 | foundaction; opinion testimony | Lam was VP overseeing franchise locations, she testified exhibit 7 was "one of the tools used to train managers when they attended manager training," and so she was familiar with and used the training to train her franchises. The question calls for Ms. Lam to testify about the contents | | | | | | | |
| 143 | 14 | 144 | 1 | | | | | | | | | |
| 144 | 7 | 144 | 14 | | | | | | | | | |
| 145 | 15 | 146 | 18 | | | | | | | | | |
| 147 | 8 (begin with "You") | 148 | 9 | | | | | | | | | |
| 149 | 10 | 149 | 20 | | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 150 | 13 | 152 | 12 | | | | | | | | | |
| 152 | 13 | 153 | 16 | | | | | | | | | |
| 163 | 8 | 167 | 15 | relevance for non Smyrna and Buckhead properties | See Doc. 348, Plaintiffs' Response to Defendants' MiL to Exclude Evidence of Incidents and Crimes at Properties Other Than Smyrna RRI and Buckhead RRI | | | | | | | |
| 167 | 17 | 167 | 23 | | | | | | | | | |
| 167 | 25 | 169 | 8 | | | | | | | | | |
| 169 | 10 | 169 | 21 | | | | | | | | | |
| 170 | 9 | 171 | 5 | | | | | | | | | |
| 171 | 7 | 171 | 15 | | | | | | | | | |
| 171 | 17 | 171 | 24 | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 173 | 2 | 176 | 11 | relevance for non Smyrna and Buckhead properties | See Doc. 348, Plaintiffs' Response to Defendants' MiL to Exclude Evidence of Incidents and Crimes at Properties Other Than Smyrna RRI and Buckhead RRI | | | | | | |
| 176 | 13 | 176 | 17 | | | | | | | | |
| 177 | 2 | 177 | 3 | | | | | | | | |
| 177 | 5 | 177 | 5 | | | | | | | | |
| 177 | 13 | 178 | 7 | | | | | | | | |
| 178 | 16 | 179 | 2 | | | | | | | | |
| 179 | 21 | 180 | 14 | | | | | | | | |
| 181 | 2 (begin with "the") | 181 | 6 | | | | | | | | |
| 181 | 8 | 182 | 17 | | | | | | | | |
| 182 | 19 | 182 | 22 | | | | | | | | |
| 183 | 8 | 183 | 21 | | | | | | | | |
| 184 | 18 | 185 | 1 | | | | | | | | |
| 185 | 7 | 185 | 23 | | | | | | | | |
| 185 | 25 | 186 | 10 | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 187 | 22 | 188 | 6 | | | | | | | | |
| 188 | 8 | 188 | 20 | | | | | | | | |
| 188 | 22 | 189 | 8 | | | | | | | | |
| 189 | 16 | 189 | 19 | | | | | | | | |
| 189 | 23 | 190 | 9 | | | | | | | | |
| 194 | 7 | 195 | 19 | Relevance as to time period<br><br>See Doc. 348, Plaintiffs' Response to Defendants' MiL to Exclude Evidence of Incidents and Crimes at Properties Other Than Smyrna RRI and Buckhead RRI | | | | | | | |

| 195 | 21 | 196 | 5 | Relevance as to time period | | | | | | | |
|-----|----|-----|---|-----------------------------|---|---|---|---|---|---|---|
| | | | | See Doc. 348, Plaintiffs' Response to Defendants' MiL to Exclude Evidence of Incidents and Crimes at Properties Other Than Smyrna RRI and Buckhead RRI | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 197 | 1 | 197 | 8 | Relevance as to time period<br><br>See Doc. 348, Plaintiffs' Response to Defendants' MiL to Exclude Evidence of Incidents and Crimes at Properties Other Than Smyrna RRI and Buckhead RRI | | | | | | | |

| 197 | 10 | 199 | 3 | Relevance as to time period See Doc. 348, Plaintiffs' Response to Defendants' MiL to Exclude Evidence of Incidents and Crimes at Properties Other Than Smyrna RRI and Buckhead RRI | | | | | | | |
|-----|----|-----|---|---|---|---|---|---|---|---|---|

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 199 | 16 | 200 | 12 | Relevance as to time period and locations | See Doc. 348, Plaintiffs' Response to Defendants' MiL to Exclude Evidence of Incidents and Crimes at Properties Other Than Smyrna RRI and Buckhead RRI | | | | | | |
| 202 | 13 | 202 | 20 | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| 203 | 18 | 205 | 15 | Relevance as to time period and locations | See Doc. 348, Plaintiffs' Response to Defendants' MiL to Exclude Evidence of Incidents and Crimes at Properties Other Than Smyrna RRI and Buckhead RRI | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 205 | 17 | 207 | 1 | Relevance as to time period and locations | See Doc. 348, Plaintiffs' Response to Defendants' MiL to Exclude Evidence of Incidents and Crimes at Properties Other Than Smyrna RRI and Buckhead RRI | | | | | | |
| 209 | 10 | 209 | 14 | | | | | | | | |
| 209 | 16 | 210 | 15 | | | | | | | | |
| 210 | 17 | 210 | 25 | | | | | | | | |
| 211 | 2 | 211 | 14 | | | | | | | | |
| 211 | 16 | 212 | 12 | | | | | | | | |
| 212 | 14 | 212 | 17 | | | | | | | | |
| 212 | 20 | 213 | 17 | | | | | | | | |
| 213 | 19 | 214 | 17 | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 222 | 23 | 223 | 16 | Relevance as to time period | See Doc. 348, Plaintiffs' Response to Defendants' MiL to Exclude Evidence of Incidents and Crimes at Properties Other Than Smyrna RRI and Buckhead RRI | | | | | | |
| 224 | 1 | 224 | 4 | | | | | | | | |
| 224 | 6 | 225 | 25 | | | | | | | | |
| 226 | 2 | 226 | 5 | | | | | | | | |
| 226 | 7 | 226 | 15 | | | | | | | | |
| 226 | 17 | 226 | 24 | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 232 | 12 | 234 | 5 | Relevance as to time period and other properties | See Doc. 348, Plaintiffs' Response to Defendants' MiL to Exclude Evidence of Incidents and Crimes at Properties Other Than Smyrna RRI and Buckhead RRI | | | | | | |
| 234 | 22 | 234 | 25 | | | | | | | | |
| 244 | 24 | 245 | 6 | | | | | | | | |
| 245 | 8 | 245 | 10 | | | | | | | | |
| 283 | 17 | 285 | 4 | | | | | | | | |
| 285 | 6 | 285 | 15 | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Limbert, George |
|---|---|
| DEPOSITION DATE: | 4/27/2022 |

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | | *COUNTER DESIGNATIONS* | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Page/Line Begin** | | **Page/Line End** | | **Objections** | **Replies to Objections** | **Page/Line Begin** | | **Page/Line End** | | **Objections** | **Replies to Objections** |
| 14 | 6 | 14 | 11 | No objection | | | | | | | |
| 16 | 2 | 16 | 4 | No objection | | | | | | | |
| 73 | 23 (begin with "Tell") | 74 | 14 | Improper hypothetical, foundation | | | | | | | |
| 74 | 16 | 74 | 17 | No objection | | | | | | | |
| 75 | 11 | 75 | 14 | Improper hypothetical, foundation | | | | | | | |
| 75 | 16 | 75 | 17 | No objection | | | | | | | |
| 75 | 19 | 75 | 21 | Improper hypothetical, foundation | | 85 | 2 | 85 | 10 | | |
| 76 | 1 | 76 | 2 | No objection | | 86 | 1 | 86 | 12 | | |
| 96 | 17 (begin with "didn't" | 97 | 10 | Compound, foundation | | | | | | | |
| 97 | 12 | 97 | 13 | No objection | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 107 | 18 (begin with "If") | 108 | 4 | Improper lay opinion | | | | | | | |
| 108 | 9 | 109 | 4 | Improper lay opinion | | | | | | | |
| 111 | 1 | 111 | 6 | No objection | | 114 | 21 | 115 | 7 | | |
| 143 | 4 | 143 | 14 | No objection | | | | | | | |
| 178 | 23 | 178 | 23 | No objection | | | | | | | |
| 179 | 1 | 179 | 15 | No objection | | | | | | | |
| 179 | 19 | 179 | 22 | No objection | | | | | | | |
| 183 | 1 | 183 | 4 | No objection | | 184 | 6 | 185 | 3 | | |
| 319 | 11 | 320 | 8 | Foundation, improper attorney testimony | | | | | | | |
| 320 | 13 | 320 | 15 | Foundation, improper lay opinion | | | | | | | |
| 320 | 17 | 320 | 18 | Foundation, improper lay opinion | | | | | | | |
| 320 | 20 | 320 | 24 | Foundation, improper lay opinion | | | | | | | |
| 321 | 1 | 321 | 12 | Foundation, improper lay opinion | | | | | | | |
| 321 | 16 | 321 | 18 | No objection | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 321 | 20 | 321 | 23 | Foundation, improper lay opinion | | | | | | | |
| 321 | 25 | 321 | 25 | Foundation, improper lay opinion | | | | | | | |
| | | | | | | 29 | 14 | 29 | 21 | | |
| | | | | | | 37 | 19 | 37 | 22 | | |
| | | | | | | 38 | 2 | 38 | 4 | | |
| | | | | | | 39 | 25 | 40 | 13 | | |
| | | | | | | 40 | 22 (beginning with so) | 41 | 4 | | |
| | | | | | | 52 | 13 | 52 | 16 | | |
| | | | | | | 53 | 10 | 53 | 17 | | |
| | | | | | | 185 | 22 | 186 | 13 | | |
| | | | | | | 187 | 1 | 187 | 6 | | |
| | | | | | | 187 | 19 | 188 | 3 | | |
| | | | | | | 189 | 8 | 189 | 14 | | |
| | | | | | | 190 | 2 | 190 | 15 | | |
| | | | | | | 191 | 5 | 191 | 7 | | |
| | | | | | | 192 | 6 | 192 | 17 | | |
| | | | | | | 197 | 21 | 198 | 9 | | |
| | | | | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Limbert, George |
|---|---|
| DEPOSITION DATE: | 4/28/2022 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* | *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* |
| 6 | 2 | 6 | 12 | No Objection | | | | | | | |
| 7 | 1 | 7 | 3 | No Objection | | | | | | | |
| 7 | 10 (begin with "Am") | 8 | 10 | No Objection | | | | | | | |
| 8 | 24 | 9 | 5 | No Objection | | | | | | | |
| 9 | 17 | 10 | 7 | No Objection | | | | | | | |
| 10 | 24 | 12 | 23 | No Objection | | | | | | | |
| 14 | 10 (begin with "Since") | 14 | 18 | No Objection | | | | | | | |
| 15 | 7 | 15 | 20 | No Objection | | | | | | | |
| 16 | 3 | 16 | 7 | No Objection | | | | | | | |
| 16 | 18 | 16 | 25 | No Objection | | | | | | | |
| 24 | 20 | 25 | 7 | No Objection | | | | | | | |
| 26 | 19 | 27 | 11 | Irrelevant | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 7 | 31 | 7 | No Objection | | | | | | | | |
| 31 | 10 | 31 | 13 | Foundation | | | | | | | | |
| 32 | 2 | 32 | 15 | Foundation | | | | | | | | |
| 32 | 18 | 33 | 4 | No Objection | | | | | | | | |
| 33 | 7 | 33 | 7 | No Objection | | | | | | | | |
| 33 | 17 | 33 | 23 | No Objection | | | | | | | | |
| 34 | 21 | 35 | 4 | No Objection | 38 | 38 | 5 | 38 | 13 | | | |
| 42 | 12 | 42 | 23 | Hearsay | | | | | | | | |
| 42 | 25 (begin with "were") | 43 | 2 | No Objection | | | | | | | | |
| 43 | 8 | 44 | 23 | Hearsay | | | | | | | | |
| 45 | 5 | 45 | 8 | Irrelevant | | | | | | | | |
| 49 | 9 | 50 | 9 | Hearsay | | | | | | | | |
| 50 | 13 | 50 | 22 | Hearsay | | | | | | | | |
| 51 | 12 | 51 | 21 | Hearsay | | | | | | | | |
| 52 | 6 | 52 | 8 | No Objection | | | | | | | | |
| 52 | 11 | 52 | 19 | No Objection | | | | | | | | |
| 53 | 1 | 53 | 10 | Hearsay | | | | | | | | |
| 55 | 15 | 56 | 20 | Hearsay | | | | | | | | |
| 57 | 25 | 58 | 3 | No Objection | | | | | | | | |
| 58 | 13 | 58 | 16 | No Objection | | | | | | | | |
| 59 | 7 | 61 | 25 | No Objection | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | 4 | 62 | 4 | No Objection | | | | | | | |
| 63 | 8 | 63 | 9 | No Objection | | | | | | | |
| 64 | 20 | 64 | 21 | No Objection | | | | | | | |
| 65 | 3 | 65 | 5 | No Objection | | | | | | | |
| 65 | 8 | 66 | 3 | No Objection | | | | | | | |
| 66 | 6 | 66 | 7 | Foundation | | 66 | 8 | 67 | 23 | | |
| 68 | 24 | 69 | 18 | Foundation, improper lay opinion | | | | | | | |
| 69 | 22 | 70 | 8 | Foundation, improper lay opinion | | | | | | | |
| 70 | 16 | 70 | 21 | No Objection | | | | | | | |
| 70 | 25 | 72 | 3 | Foundation, improper hypotehtical, improper lay opinion, seeks a legal conclusion | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | 11 | 72 | 22 | Foundation, improper hypotehtical, improper lay opinion, seeks a legal conclusion | | | | | | | | |
| 73 | 7 | 74 | 7 | Foundation, improper hypotehtical, improper lay opinion, seeks a legal conclusion | | | | | | | | |
| 74 | 13 | 76 | 3 | Foundation, improper hypotehtical, improper lay opinion, seeks a legal conclusion | | | | | | | | |
| 77 | 18 | 77 | 24 | No Objection | | | | | | | | |
| 78 | 15 | 78 | 22 | No Objection | | | | | | | | |
| 84 | 16 | 85 | 4 | No Objection | | 83 | 4 | 83 | 21 | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 87 | 13 | 88 | 10 | Foundation, seeks a legal conclusion, improper lay opinion | | | | | | | | |
| 88 | 14 | 91 | 25 | Foundation, seeks a legal conclusion, improper lay opinion | | | | | | | | |
| 92 | 19 | 94 | 1 | No Objection | | | | | | | | |
| 94 | 9 | 94 | 18 | Improper hypotehtical | | | | | | | | |
| 104 | 22 | 105 | 23 | Attorney-Client Privileged; Work Product Doctrine; hearsay | | | | | | | | |
| 106 | 22 | 108 | 25 | Attorney-Client Privileged; Work Product Doctrine; hearsay | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 110 | 16 | 110 | 22 | Attorney-Client Privileged; Work Product Doctrine; hearsay | | | | | | | |
| 111 | 7 (begin with "Atlanta") | 111 | 13 | Attorney-Client Privileged; | | | | | | | |
| 114 | 11 | 115 | 2 | Attorney-Client Privileged; Work Product Doctrine; hearsay | | | | | | | |
| 115 | 5 | 116 | 5 | Attorney-Client Privileged; Work Product Doctrine; hearsay | | | | | | | |
| 116 | 8 | 117 | 9 | Attorney-Client Privileged; Work Product Doctrine; hearsay | | | | | | | |
| 117 | 18 | 118 | 3 | No Objection | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 118 | 5 | 118 | 6 | Attorney-Client Privileged; Work Product Doctrine | | | | | | | |
| 118 | 9 | 118 | 10 | Attorney-Client Privileged; Work Product Doctrine | | | | | | | |
| 118 | 20 | 119 | 5 | No Objection | | | | | | | |
| 119 | 11 | 119 | 13 | Attorney-Client Privileged; Work Product Doctrine | | | | | | | |
| 119 | 16 | 119 | 17 | Attorney-Client Privileged; Work Product Doctrine | | | | | | | |
| 120 | 22 | 120 | 24 | Hearsay, Irrelevant, Unfairly Prejudicial | | | | | | | |
| 121 | 6 | 121 | 11 | Hearsay, Irrelevant, Unfairly Prejudicial | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 121 | 13 | 123 | 2 | Hearsay, Irrelevant, Unfairly Prejudicial | | | | | | | |
| 123 | 5 | 123 | 5 | Hearsay, Irrelevant, Unfairly Prejudicial | | | | | | | |
| 123 | 14 | 124 | 14 | Attorney-Client Privileged; Work Product Doctrine; hearsay | | | | | | | |
| 124 | 23 (begin with "Exhibit") | 125 | 13 | Hearsay, Irrelevant, Unfairly Prejudicial | | | | | | | |
| 125 | 21 | 126 | 7 | Hearsay, Irrelevant, Unfairly Prejudicial; attorney-client privilege; work product doctrine | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 126 | 10 | 126 | 15 | Hearsay, Irrelevant, Unfairly Prejudicial; attorney-client privilege; work product doctrine | | | | | | | |
| 127 | 6 | 127 | 10 | Hearsay, Irrelevant, Unfairly Prejudicial; attorney-client privilege; work product doctrine | | | | | | | |
| 127 | 15 | 127 | 16 | Hearsay, Irrelevant, Unfairly Prejudicial; attorney-client privilege; work product doctrine | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 127 | 22 | 128 | 2 | Hearsay, Irrelevant, Unfairly Prejudicial; attorney-client privilege; work product doctrine | | | | | | | |
| 128 | 16 | 129 | 10 | Hearsay, Irrelevant, Unfairly Prejudicial; attorney-client privilege; work product doctrine | | | | | | | |
| 130 | 23 | 130 | 24 | Hearsay, Irrelevant, Unfairly Prejudicial; attorney-client privilege; work product doctrine | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 131 | 2 | 132 | 8 | Hearsay, Irrelevant, Unfairly Prejudicial; attorney-client privilege; work product doctrine; foundation, improper lay opinion | | | | | | | |
| 132 | 12 | 132 | 14 | Foundation, improper lay opinion | | | | | | | |
| 132 | 20 | 132 | 22 | Foundation, improper lay opinion, improper hypothetical | | | | | | | |
| 133 | 1 | 133 | 5 | Foundation, improper lay opinion, improper hypothetical | | | | | | | |
| 133 | 10 | 133 | 10 | Foundation, improper lay opinion, improper hypothetical | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 133 | 14 | 134 | 2 | Attorney-Client Privileged; Work Product Doctrine; hearsay | | | | | | | |
| 134 | 14 | 134 | 22 | Attorney-Client Privileged; Work Product Doctrine; hearsay | | | | | | | |
| 135 | 13 | 136 | 13 | Attorney-Client Privileged; Work Product Doctrine; hearsay | | | | | | | |
| 136 | 19 | 137 | 23 | Attorney-Client Privileged; Work Product Doctrine; hearsay | | | | | | | |
| 138 | 19 | 138 | 21 | Attorney-Client Privileged; Work Product Doctrine | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 139 | 20 | 139 | 21 | Attorney-Client Privileged; Work Product Doctrine | | | | | | | | |
| 139 | 25 | 142 | 9 | Attorney-Client Privileged; Work Product Doctrine | | | | | | | | |
| 143 | 18 | 143 | 19 | No Objection | | | | | | | | |
| 144 | 2 | 146 | 25 | Foundation, irrelevant, unfairly prejudicial, hearsay | | | | | | | | |
| 147 | 10 | 147 | 23 | No Objection | | | | | | | | |
| 148 | 5 | 148 | 8 | Hearsay, irrelevant, unfairly prejudicial, foundation | | | | | | | | |
| 148 | 21 | 149 | 10 | Hearsay, irrelevant, unfairly prejudicial, foundation | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 150 | 7 | 150 | 14 | Hearsay, irrelevant, unfairly prejudicial, foundation | | | | | | | |
| 150 | 17 | 151 | 2 | Hearsay, irrelevant, unfairly prejudicial, foundation | | | | | | | |
| 151 | 15 | 154 | 25 | Hearsay, | | | | | | | |
| 155 | 4 | 155 | 9 | Improper attorney testimony, attorney-client privilege, work product doctrine | | | | | | | |
| 156 | 14 | 157 | 2 | Attorney-Client Privileged; Work Product Doctrine; | | | | | | | |
| 157 | 5 | 158 | 3 | Attorney-Client Privileged; Work Product Doctrine; | | | | | | | |
| 160 | 21 | 164 | 12 | No Objection | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 165 | 2 | 165 | 18 | Attorney-Client Privileged; Work Product Doctrine; | | | | | | | | |
| 165 | 25 | 167 | 12 | Attorney-Client Privileged; Work Product Doctrine; | | | | | | | | |
| 167 | 15 | 169 | 13 | Foundation, compound, improper hypothetical, Attorney-Client Privilege, work product doctrine | | | | | | | | |
| 169 | 16 | 171 | 25 | Foundation, compound, improper hypothetical, Attorney-Client Privilege,; Work Product Doctrine; | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 173 | 1 | 173 | 16 | Attorney-Client Privileged; Work Product Doctrine | | | | | | | |
| 174 | 3 (begin with "You're") | 174 | 23 | No Objection | | | | | | | |
| 175 | 2 | 175 | 19 | Seeks legal conclusion | | | | | | | |
| 176 | 10 | 177 | 10 | Improper attorney testimony | | | | | | | |
| 186 | 14 | 186 | 21 | Hearsay | | | | | | | |
| 190 | 6 | 190 | 17 | Hearsay | | | | | | | |
| 190 | 21 | 191 | 8 | Attorney-Client Privileged; Work Product Doctrine | | | | | | | |
| 191 | 13 | 191 | 21 | Hearsay | | | | | | | |
| 193 | 18 (begin with "Do") | 194 | 15 | Hearsay | | | | | | | |
| 194 | 24 | 196 | 8 | Hearsay | | | | | | | |
| 198 | 1 (begin with "if") | 198 | 19 | Hearsay | | | | | | | |
| 199 | 12 | 200 | 1 | Hearsay | | | | | | | |
| 201 | 14 (begin with "And") | 204 | 6 | Hearsay | | | | | | | |
| 204 | 12 | 204 | 25 | Hearsay | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 205 | 14 (begin with "All") | 206 | 22 | Hearsay | | | | | | | | |
| 207 | 15 | 208 | 18 | Hearsay | | | | | | | | |
| 208 | 21 | 209 | 12 | Hearsay | | | | | | | | |
| 209 | 18 | 209 | 22 | Hearsay | | | | | | | | |
| 210 | 1 | 211 | 11 | Hearsay | | | | | | | | |
| 211 | 25 | 213 | 4 | Hearsay | | | | | | | | |
| 213 | 8 | 214 | 16 | Hearsay | | | | | | | | |
| 214 | 23 | 215 | 7 | Hearsay | | | | | | | | |
| 216 | 1 | 216 | 1 | Hearsay | | | | | | | | |
| 216 | 19 | 217 | 9 | Hearsay | | | | | | | | |
| 217 | 12 | 218 | 20 | Hearsay | | | | | | | | |
| 221 | 15 | 223 | 9 | Hearsay | | | | | | | | |
| 223 | 14 | 224 | 19 | Hearsay | | | | | | | | |
| 224 | 21 (begin with "When") | 225 | 11 | No Objection | | | | | | | | |
| 225 | 14 | 225 | 24 | No Objection | | | | | | | | |
| 226 | 2 | 226 | 6 | No Objection | | | | | | | | |
| 227 | 5 | 228 | 17 | Hearsay, Foundation | | | | | | | | |
| 228 | 20 | 229 | 1 | Foundation | | | | | | | | |
| 229 | 9 | 229 | 10 | Attorney-Client Privileged; Work Product Doctrine | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 229 | 17 | 229 | 18 | Attorney-Client Privileged; Work Product Doctrine | | | | | | | |
| 229 | 22 (begin with "Composite") | 229 | 24 | Hearsay | | | | | | | |
| 230 | 7 | 231 | 4 | Hearsay | | | | | | | |
| 231 | 14 | 231 | 22 | Hearsay | | | | | | | |
| | | | | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | | | Marina MacDonald-Individual | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DEPOSITION DATE: | | | 6/14/2022 | | | | | | |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* | *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* |
| 7 | 1 | 7 | 3 | | | 8 | 4 | 8 | 5 | | |
| 7 | 25 | 8 | 3 | | | 14 | 16 | 17 | 9 | | |
| 13 | 12 | 14 | 7 | | | 18 | 16 | 19 | 10 | | |
| 14 | 11 | 14 | 15 | | | 19 | 20 | 20 | 24 | | |
| 28 | 12 | 29 | 2 | | | 21 | 5 | 21 | 15 | | |
| 30 | 2 | 30 | 13 | | | 21 | 20 | 21 | 25 | | |
| 32 | 13 (begin with "when") | 32 | 25 | | | 22 | 1 | 22 | 6 | | |
| 33 | 3 | 33 | 15 | | | 22 | 23 | 23 | 3 | | |
| 35 | 8 | 35 | 15 | | | 27 | 11 (start w | 28 | 11 | | |
| 36 | 11 | 36 | 21 | | | 37 | 6 | 37 | 21 | | |
| 38 | 18 (begin with "So") | 39 | 1 | | | 38 | 3 | 38 | 5 | | |
| 54 | 6 | 54 | 11 | | | 38 | 7 | 38 | 7 | | |
| 55 | 2 | 55 | 4 | | | 39 | 2 | 39 | 10 | | |
| 55 | 21 | 55 | 22 | | | 39 | 23 | 39 | 24 | | |
| 56 | 17 | 56 | 17 | | | 40 | 1 | 40 | 1 | | |
| 56 | 20 | 56 | 25 | relevance; speculation | | 40 | 3 | 40 | 3 | | |
| 68 | 17 | 68 | 18 | | | 40 | 12 (start at | 40 | 20 | | |
| 71 | 5 | 71 | 21 | relevance; prejudicial | | 41 | 11 | 41 | 15 | | |
| 72 | 6 | 72 | 15 | relevance; prejudicial | | 41 | 22 (start at | 42 | 2 | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | 22 (begin with "But") | 73 | 2 | relevance; prejudicial | | 42 | 9 (start at | 42 | 14 | | |
| 73 | 15 | 74 | 3 | relevance; prejudicial | | 42 | 19 | 42 | 25 | | |
| 75 | 13 | 75 | 20 | | | 43 | 5 (start at | 43 | 12 | | |
| 80 | 8 | 80 | 17 | | | 47 | 3 | 47 | 20 | | |
| 80 | 19 | 80 | 19 | | | 51 | 5 | 51 | 22 | | |
| 80 | 21 | 81 | 1 | | | 57 | 19 (start w | 57 | 23 | | |
| 81 | 3 | 81 | 21 | | | 85 | 14 | 85 | 25 | | |
| 82 | 22 | 83 | 4 | | | 86 | 9 | 87 | 15 | | |
| 83 | 6 | 83 | 19 | | | 106 | 10 | 106 | 14 | | |
| 83 | 21 | 84 | 7 | | | 108 | 24 | 109 | 3 | | |
| 88 | 19 | 88 | 22 | | | 186 | 3 | 186 | 6 | | |
| 89 | 3 | 89 | 7 | | | 186 | 8 | 186 | 13 | | |
| 90 | 4 | 90 | 25 | | | 203 | 6 | 203 | 19 | | |
| 92 | 19 | 92 | 22 | | | 213 | 11 (start at | 213 | 16 | | |
| 92 | 24 | 93 | 9 | | | 216 | 5 | 216 | 8 | | |
| 93 | 11 | 93 | 19 | | | 220 | 25 (start at | 221 | 3 | | |
| 93 | 22 | 94 | 13 | | | | | | | | |
| 97 | 11 | 97 | 18 | | | | | | | | |
| 98 | 4 | 98 | 24 | relevance; prejudicial | | | | | | | |
| 99 | 8 | 99 | 23 | relevance; prejudicial | | | | | | | |
| 100 | 6 (begin with Let's") | 100 | 19 | relevance; prejudicial | | | | | | | |
| 100 | 21 | 101 | 10 | | | | | | | | |
| 101 | 15 | 102 | 9 | | | | | | | | |
| 103 | 5 | 103 | 22 | | | | | | | | |
| 106 | 19 | 107 | 25 | | | | | | | | |
| 108 | 17 | 108 | 23 | | | | | | | | |
| 109 | 12 | 109 | 17 | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 110 | 9 | 110 | 19 | | | | | | | | | |
| 110 | 21 | 110 | 25 | | | | | | | | | |
| 112 | 9 | 112 | 17 | | | | | | | | | |
| 112 | 23 | 112 | 25 | | | | | | | | | |
| 113 | 2 | 114 | 5 | | | | | | | | | |
| 117 | 20 (begin with "And") | 117 | 24 | | | | | | | | | |
| 118 | 19 | 118 | 22 | | | | | | | | | |
| 118 | 24 | 119 | 2 | | | | | | | | | |
| 119 | 9 | 119 | 12 | | | | | | | | | |
| 119 | 25 | 120 | 3 | | | | | | | | | |
| 120 | 12 (begin with "So") | 121 | 19 | privileged; hearsay | | | | | | | | |
| 121 | 25 | 122 | 8 | | | | | | | | | |
| 123 | 7 | 123 | 24 | privileged; hearsay | | | | | | | | |
| 127 | 21 | 128 | 19 | | | | | | | | | |
| 132 | 9 | 132 | 18 | | | | | | | | | |
| 132 | 22 | 133 | 7 | privileged; hearsay | | | | | | | | |
| 133 | 14 (begin with "So") | 133 | 20 | privileged; hearsay | | | | | | | | |
| 134 | 9 (begin with "And") | 134 | 13 | privileged; hearsay | | | | | | | | |
| 135 | 13 | 135 | 22 | privileged; hearsay | | | | | | | | |
| 136 | 3 | 137 | 20 | privileged; hearsay | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 138 | 22 (begin with "So") | 138 | 25 | | | | | | | | |
| 139 | 13 | 139 | 16 | | | | | | | | |
| 139 | 19 | 139 | 25 | | | | | | | | |
| 140 | 24 | 141 | 9 | | | | | | | | |
| 147 | 17 | 147 | 19 | | | | | | | | |
| 148 | 3 | 148 | 9 | | | | | | | | |
| 148 | 13 | 149 | 6 (end with "Reputology") | | | | | | | | |
| 150 | 22 | 151 | 5 | | | | | | | | |
| 151 | 7 | 151 | 14 | | | | | | | | |
| 152 | 18 | 154 | 4 | | | | | | | | |
| 154 | 10 | 154 | 14 | relevance as to other properties | | | | | | | |
| 155 | 1 | 155 | 12 | relevance as to other properties | | | | | | | |
| 156 | 18 | 157 | 8 | relevance as to other properties | | | | | | | |
| 157 | 10 | 157 | 10 | relevance as to other properties | | | | | | | |
| 157 | 12 | 157 | 21 | relevance as to other properties | | | | | | | |
| 158 | 5 | 158 | 10 | | | | | | | | |
| 158 | 25 | 159 | 1 | | | | | | | | |
| 160 | 10 | 161 | 4 | | | | | | | | |
| 161 | 9 | 162 | 1 | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 165 | 4 | 165 | 5 | | | | | | | | | |
| 165 | 10 | 166 | 6 | | | | | | | | | |
| 166 | 8 | 166 | 10 | | | | | | | | | |
| 166 | 15 | 167 | 8 | | | | | | | | | |
| 169 | 5 | 170 | 15 | | | | | | | | | |
| 174 | 16 | 174 | 19 (end at "2016") | | | | | | | | | |
| 175 | 6 | 176 | 9 | | | | | | | | | |
| 176 | 21 | 177 | 24 | | | | | | | | | |
| 178 | 1 | 179 | 24 | | | | | | | | | |
| 180 | 3 | 180 | 7 | | | | | | | | | |
| 180 | 9 | 180 | 17 | | | | | | | | | |
| 181 | 3 | 181 | 4 | | | | | | | | | |
| 181 | 12 | 181 | 18 | | | | | | | | | |
| 182 | 1 | 182 | 6 | | | | | | | | | |
| 182 | 8 | 182 | 15 | privileged; hearsay | | | | | | | | |
| 182 | 23 | 183 | 12 | privileged; hearsay | | | | | | | | |
| 185 | 6 | 185 | 13 | | | | | | | | | |
| 189 | 10 | 189 | 14 | relevance; prejudicial | | | | | | | | |
| 202 | 16 | 203 | 5 | | | | | | | | | |
| 203 | 20 | 203 | 25 | | | | | | | | | |
| 204 | 5 | 204 | 8 | | | | | | | | | |
| 204 | 10 | 204 | 17 | | | | | | | | | |
| 204 | 19 | 204 | 19 | | | | | | | | | |
| 211 | 9 | 211 | 21 | foundation; speculation; opinion testimony | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 212 | 2 | 212 | 18 | foundation; speculation; opinion testimony | | | | | | | |
| 225 | 5 | 225 | 17 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 226 | 17 | 227 | 4 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 228 | 4 | 229 | 8 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 229 | 16 | 229 | 18 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 231 | 6 | 231 | 14 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 232 | 19 | 232 | 24 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 233 | 1 | 233 | 6 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 233 | 14 (begin with "Had") | 233 | 17 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 233 | 19 | 234 | 13 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 234 | 15 | 235 | 1 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 235 | 6 | 235 | 6 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 235 | 13 | 235 | 18 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 236 | 1 | 236 | 4 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 236 | 7 | 236 | 10 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 236 | 12 | 236 | 24 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 237 | 2 | 237 | 9 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |

| 237 | 11 | 237 | 20 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 237 | 22 | 238 | 1 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 238 | 3 | 238 | 12 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 240 | 22 | 240 | 23 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 241 | 2 | 241 | 22 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 241 | 24 | 242 | 20 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 242 | 22 | 243 | 8 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 243 | 20 | 244 | 7 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 244 | 14 | 245 | 13 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 245 | 15 | 246 | 3 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 246 | 5 | 246 | 6 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 246 | 9 | 246 | 11 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 246 | 13 | 246 | 13 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 246 | 15 | 248 | 4 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 248 | 6 | 248 | 16 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 248 | 24 | 249 | 22 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 249 | 24 | 250 | 6 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 250 | 9 | 251 | 14 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 251 | 16 | 252 | 7 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 252 | 23 | 253 | 5 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 253 | 12 | 253 | 22 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 253 | 24 | 254 | 12 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 254 | 14 | 254 | 25 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 255 | 2 | 255 | 8 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 255 | 10 | 255 | 11 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 255 | 13 | 256 | 3 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 256 | 5 | 256 | 6 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 256 | 11 | 258 | 1 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 258 | 3 | 258 | 18 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 259 | 2 | 259 | 23 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 259 | 25 | 260 | 25 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 261 | 2 | 261 | 24 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 262 | 7 | 262 | 10 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 262 | 12 | 263 | 6 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 263 | 8 | 264 | 18 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 264 | 20 | 264 | 21 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 264 | 23 | 265 | 6 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 265 | 8 | 266 | 1 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 266 | 3 | 266 | 7 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 266 | 18 | 267 | 11 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 267 | 16 | 268 | 11 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 268 | 15 | 268 | 23 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 268 | 25 | 269 | 3 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 269 | 19 | 271 | 4 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 271 | 9 | 272 | 5 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 272 | 11 | 273 | 5 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 273 | 7 | 273 | 21 | incomplete document; relevance for other properties; prejudicial; hearsay | | | | | | | |
| 274 | 14 | 274 | 19 | | | | | | | | |
| | | | | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | | | | Marina MacDonald 30(b)(6) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DEPOSITION DATE: | | | | 8/24/2022 | | | | | |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | COUNTER DESIGNATIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* | *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* |
| 8 | 11 | 8 | 13 | | | 18 | 14 | 19 | 1 | | |
| 11 | 5 | 11 | 13 | | | 20 | 11 | 20 | 19 | | |
| 12 | 12 | 12 | 14 | | | 21 | 12 | 21 | 20 | | |
| 19 | 17 (begin with "I") | 19 | 22 | | | 72 | 6 | 73 | 25 | | |
| 19 | 24 | 20 | 10 | | | 73 | 16 | 73 | 23 | | |
| 21 | 6 | 21 | 11 | | | 79 | 3 | 79 | 13 | | |
| 21 | 21 | 22 | 14 | | | 79 | 24 (start at | 80 | 3 | | |
| 24 | 25 | 26 | 13 | | | | | | | | |
| 27 | 21 | 27 | 23 (end with "Franchising") | | | | | | | | |
| 27 | 25 | 28 | 4 | | | | | | | | |
| 28 | 7 | 28 | 11 | | | | | | | | |
| 29 | 6 | 29 | 11 | | | | | | | | |
| 31 | 9 (begin with "Red") | 31 | 18 | | | | | | | | |
| 34 | 11 | 34 | 14 | | | | | | | | |
| 34 | 16 | 35 | 7 | | | | | | | | |
| 36 | 5 | 37 | 5 | | | | | | | | |
| 37 | 8 (begin with "the") | 37 | 20 | | | | | | | | |
| 38 | 2 | 38 | 20 | | | | | | | | |
| 39 | 5 | 39 | 15 | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 39 | 23 | 40 | 10 | | | | | | | | |
| 40 | 21 | 41 | 18 | | | | | | | | |
| 42 | 6 | 42 | 11 | | | | | | | | |
| 43 | 21 | 44 | 4 | | | | | | | | |
| 44 | 19 (begin with "What") | 44 | 25 | | | | | | | | |
| 45 | 3 | 45 | 3 | | | | | | | | |
| 45 | 9 | 45 | 20 | | | | | | | | |
| 47 | 7 | 47 | 24 | | | | | | | | |
| 48 | 5 | 49 | 10 | | | | | | | | |
| 49 | 12 | 49 | 15 | | | | | | | | |
| 49 | 19 (begin with "Did") | 49 | 21 | | | | | | | | |
| 49 | 23 | 49 | 23 | | | | | | | | |
| 50 | 1 (begin with "did") | 50 | 16 | | | | | | | | |
| 50 | 19 | 51 | 5 | | | | | | | | |
| 51 | 16 | 51 | 21 | | | | | | | | |
| 53 | 18 (begin with "Ms.") | 54 | 2 | privileged | | | | | | | |
| 54 | 5 | 54 | 6 | privileged | | | | | | | |
| 54 | 9 | 54 | 11 | privileged | | | | | | | |
| 54 | 14 | 54 | 19 | privileged | | | | | | | |
| 55 | 1 | 51 | 17 | privileged | | | | | | | |
| 56 | 10 | 56 | 13 | privileged | | | | | | | |
| 56 | 19 | 56 | 19 | privileged | | | | | | | |
| 58 | 24 | 59 | 12 | | | | | | | | |
| 59 | 20 | 60 | 10 | | | | | | | | |
| 61 | 17 | 62 | 2 | | | | | | | | |
| 63 | 8 | 63 | 13 | | | | | | | | |
| 63 | 15 | 64 | 13 | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 64 | 15 | 66 | 21 | | | | | | | | |
| 67 | 9 | 67 | 11 | | | | | | | | |
| 67 | 17 | 68 | 3 | | | | | | | | |
| 69 | 15 | 69 | 18 | | | | | | | | |
| 70 | 2 | 70 | 9 | privileged | | | | | | | |
| 70 | 21 | 71 | 5 | privileged | | | | | | | |
| 71 | 7 | 71 | 17 | | | | | | | | |
| | | | | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | McElroy, Tom |
|---|---|
| DEPOSITION DATE: | 7/6/2022 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections |
| 8 | 19 | 8 | 21 | | | | | |
| 8 | 24 | 9 | 3 | | | | | |
| 13 | 7 | 16 | 7 | 13:7-25, 14:1-25 and 15:1-19 Relevance | | | | |
| 16 | 11 | 16 | 16 | 16:11-16 Misleading; Assumes facts not in evidence | | | | |
| 16 | 20 | 18 | 20 | 16:20-22 Misleading; Assumes facts not in evidence | | | | |
| 18 | 23 | 22 | 6 | | | | | |
| 23 | 1 | 23 | 11 | | | | | |
| 24 | 10 | 24 | 12 | | | | | |
| 24 | 14 | 24 | 23 | | | | | |
| 25 | 7 | 25 | 8 | Relevance | | | | |
| 25 | 10 | 25 | 20 | Relevance | | | | |
| 25 | 22 | 26 | 4 | 25:22-25 and 26:1-4 Relevance | | | | |
| 26 | 20 | 27 | 13 | 26:20-23 Relevance; Speculation | | | | |
| 27 | 15 | 27 | 25 | | | | | |
| 28 | 3 | 28 | 9 | | | | | |
| 28 | 24 | 29 | 21 | 28:24-25 and 29:1-21 Relevance; hearsay | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 23 | 29 | 25 | 29:23-25 Relevance; hearsay | | | | | | | |
| 30 | 3 | 30 | 6 | Legal conclusion; speculation; relevance | | | | | | | |
| 30 | 8 | 30 | 8 | Legal conclusion; speculation; relevance | | | | | | | |
| 31 | 20 | 32 | 3 | 31:20-25 Relevance | | | | | | | |
| 32 | 5 | 32 | 11 | 32:1-11 Relevance | | | | | | | |
| 32 | 13 | 33 | 18 | 32:12-13 Relevance, 33:1-18 Speculation; Relevance | | | | | | | |
| 33 | 20 | 33 | 20 | Speculation; Relevance | | | | | | | |
| 34 | 8 | 34 | 10 | Relevance; Speculation | | | | | | | |
| 34 | 12 | 35 | 17 | 34:12-21 Relevance; Speculation | | | | | | | |
| 34 | 22 | 35 | 17 | | | | | | | | |
| 36 | 7 | 36 | 9 | | | | | | | | |
| 36 | 11 | 36 | 18 | | | | | | | | |
| 37 | 5 | 37 | 17 | | | | | | | | |
| 37 | 19 | 37 | 25 | 37:20-25 Relevance; legal conclusion; improper expert opinion | | | | | | | |
| 39 | 7 | 39 | 12 | Relevance; legal conclusion; improper expert opinion | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 39 | 14 | 40 | 9 | 39:14-25 and 40:1-9 Relevance; legal conclusion; improper expert opinion | | | | | | | | |
| 39 | 19 | 40 | 9 | 40:1-9 Relevance; improper expert opinion | | | | | | | | |
| 40 | 11 | 40 | 20 | 40:11 Relevance; improper expert opinion | | | | | | | | |
| 40 | 22 | 41 | 7 | | | | | | | | | |
| 44 | 6 | 44 | 12 | Relevance; Speculation | | | | | | | | |
| 44 | 14 | 45 | 8 | 44:14-24 Relevance; Speculation | | | | | | | | |
| 46 | 9 | 46 | 20 | | | | | | | | | |
| 46 | 23 | 47 | 1 | 46:23-25 Relevance, 47:1 Relevance; Improper Hypothetical | | | | | | | | |
| 47 | 3 | 47 | 17 | 47:3 and 47:5-17 Relevance; Improper hypothetical; speculation | | | | | | | | |
| 47 | 19 | 47 | 25 | 47:19 Relevance; Improper hypothetical; speculation | | | | | | | | |
| 48 | 13 | 48 | 24 | | | | | | | | | |
| 50 | 11 | 50 | 13 | Relevance; speculation | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | 15 | 50 | 25 | Relevance; speculation | | | | | | | |
| 53 | 1 | 53 | 4 | Relevance | | | | | | | |
| 53 | 6 | 53 | 11 | 53:6 Relevance | | | | | | | |
| 53 | 13 | 54 | 7 | | | | | | | | |
| 54 | 11 | 54 | 12 | | | | | | | | |
| 54 | 14 | 54 | 18 | | | | | | | | |
| 54 | 20 | 55 | 12 | 55:10-12 Improper opinion | | | | | | | |
| 55 | 14 | 55 | 18 | 55:14, 16-18 Improper opinion | | | | | | | |
| 55 | 20 | 55 | 23 | 55:20 Improper opinion | | | | | | | |
| 55 | 25 | 56 | 23 | 56:2-23 Speculation; Relevance | | | | | | | |
| 57 | 1 | 57 | 4 | Relevance; speculation | | | | | | | |
| 57 | 6 | 57 | 23 | 57:6-16, 17-23 Relevance; speculation | | | | | | | |
| 58 | 2 | 58 | 14 | Relevance | | | | | | | |
| 58 | 16 | 58 | 20 | 58:16, 18-20 Relevance; hearsay | | | | | | | |
| 58 | 22 | 60 | 2 | 58:22-25, 59:1-25 and 60:1-2 Relevance; hearsay | | | | | | | |
| 61 | 1 | 61 | 8 | Relevance; Speculation; Lack of Foundation | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | 10 | 61 | 14 | 61:10-11 Relevance; Speculation; Lack of Foundation, 61:13-14 Relevance; Lack of Foundation | | | | | | | | |
| 61 | 16 | 61 | 19 | Relevance; Lack of Foundation | | | | | | | | |
| 62 | 2 (begin with "You") | 62 | 20 | Relevance; hearsay | | | | | | | | |
| 62 | 22 | 63 | 7 | 62:22-25 and 63:1-7 Relevance; hearsay | | | | | | | | |
| 64 | 19 | 64 | 20 | Relevance; hearsay | | | | | | | | |
| 64 | 24 | 65 | 1 | 64:24-25 Relevance; hearsay, 65:1 Relevance; Speculation; Lack of Foundation; Legal conclusion | | | | | | | | |
| 65 | 18 | 66 | 4 | 65:18-25 and 66:1-4 Relevance; Speculation; Lack of Foundation; Legal conclusion | | | | | | | | |
| 66 | 6 | 66 | 10 | Relevance; Speculation; Lack of Foundation; Legal conclusion; relevance; subject to release | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | 12 | 66 | 16 | 66:12 Relevance; Speculation; Lack of Foundation; Legal conclusion; relevance; subject to release, 66:14-16 Speculation; Lack of Foundation; Legal conclusion; Improper opinion; relevance; subject to release | | | | | | | |
| 66 | 18 | 66 | 18 | 66:18 Speculation; Lack of Foundation; Legal conclusion; Improper opinion | | | | | | | |
| 67 | 20 | 67 | 22 | Improper opinion; speculation; lack of foundation; legal conclusion; subject to release; relevance | | | | | | | |
| 67 | 24 | 68 | 4 | 67:24 Improper opinion; speculation; lack of foundation; legal conclusion; subject to release; relevance, 68:1-4 Speculation; legal conclusion; lack of foundation;subject to release; relevance | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | 6 | 68 | 12 | 68:6-8 Speculation; legal conclusion; lack of foundation; subject to release; relevance, 68:10-12 Relevance; subject to release | | | | | | | |
| 68 | 14 | 68 | 18 | 68:14 Relevance; subject to release | | | | | | | |
| 68 | 20 | 68 | 20 | Speculation; Relevance improper expert opinion; subject to release | | | | | | | |
| | | | | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Moyer, James (Jay) |
|---|---|
| DEPOSITION DATE: | 3/18/2022 |

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | | *COUNTER DESIGNATIONS* | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* | *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* |
| 9 | 1 | 9 | 11 | No objection | | | | | | | |
| 14 | 12 | 14 | 15 | No objection | | | | | | | |
| 19 | 13 | 20 | 1 | No objection | | | | | | | |
| 22 | 10 | 23 | 1 | No objection | | | | | | | |
| 24 | 21 | 24 | 25 | Foundation | | | | | | | |
| 26 | 1 | 26 | 25 | No objection | | | | | | | |
| 30 | 3 | 33 | 7 | No objection | | 33 | 10 | 33 | 17 | | |
| 45 | 15 | 46 | 23 | No objection | | | | | | | |
| 49 | 4 | 50 | 17 | Compound | Form objection waived | 50 | 14 | 51 | 5 | should end at 51:4  (51:5 begins a new question) | |
| 66 | 8 | 66 | 23 | No objection | | 80 | 1 | 80 | 16 | | |
| 87 | 4 | 87 | 21 | No objection | | | | | | | |
| 95 | 23 | 96 | 8 | No objection | | | | | | | |
| 101 | 12 | 103 | 18 | No objection | | | | | | | |
| 119 | 2 | 119 | 5 | No objection | | | | | | | |
| 119 | 12 | 120 | 5 | Foundation | this is about the security K between Buckhead and Best. He says the doc doesnt look familiar | | | | | | |
| 124 | 24 | 125 | 9 | Foundation | | | | | | | |
| 125 | 13 | 125 | 20 | Foundation | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 125 | 22 | 126 | 8 | Foundation | | | | | | | | |
| 127 | 7 | 128 | 19 | No objection | | | | | | | | |
| 129 | 23 | 130 | 13 | No objection | | | | | | | | |
| 130 | 16 | 131 | 1 | No objection | | | | | | | | |
| 131 | 3 | 131 | 13 | No objection | | | | | | | | |
| 131 | 16 | 133 | 4 | Foundation | | | | | | | | |
| 133 | 6 | 134 | 21 | Irrelevant | Introducing document from which next few questions are based on | | | | | | | |
| 135 | 1 | 137 | 17 | No objection | | | | | | | | |
| 137 | 19 | 138 | 2 | Compound | not compound, asking if he reached out to safety and security to speak with them on that specific topic | | | | | | | |
| 138 | 5 | 138 | 5 | Compound | not compound, asking if he reached out to safety and security to speak with them on that specific topic | | | | | | | |
| 138 | 8 | 138 | 9 | No objection | | | | | | | | |
| 141 | 1 | 141 | 5 | No objection | | | | | | | | |
| 141 | 8 | 141 | 16 | No objection | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 142 | 24 | 143 | 22 | Foundation | unclear which question is being objected to. Asked to testify based on position as VP of operations overseeing that locaiton, based on a training included in an email exchange he was on | | | | | | |
| 143 | 24 | 146 | 4 | No objection | | | | | | | |
| 147 | 2 | 147 | 16 | No objection | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 148 | 1 | 148 | 3 | Vague, compound | not compound, asks if he believes property had issues with that group of things, which she aksed about separately before. Question is clear and asks whether he believes that property had issues with those things. Witness was able to answer question with no issues | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 148 | 6 | 148 | 11 | Vague, compound | not compound, asks if he believes property had issues with that group of things, which she aksed about separately before. Question is clear and asks whether he believes that property had issues with those things. Witness was able to answer question with no issues | | | | | | |
| 148 | 15 | 150 | 16 | Compound | not compound, asking if he reached out to safety and security to speak with them on that specific topic | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 150 | 18 | 151 | 20 | No objection | | 151 | 16 | 153 | 16 | | |
| 155 | 13 | 155 | 16 | Foundation, vauge | question asks witness to testify from his experience as VP of operations who at some point oversaw that hotel, based on language in exhibit | | | | | | |
| 155 | 19 | 156 | 10 | No objection | | | | | | | |
| 164 | 5 | 164 | 6 | No objection | | 162 | 5 | 164 | 2 | | |
| 164 | 21 | 165 | 25 | No objection | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 166 | 18 | 169 | 11 | Foundation | unclear which question is being objected to. line of questioning based on Exhibit 108, Moyer familiar with document, testifying to what information his properties, as VP of ops, had access to. | | | | | | |
| 169 | 13 | 170 | 15 | No objection | | | | | | | |
| 170 | 25 | 171 | 1 | No objection | | | | | | | |
| 171 | 23 | 174 | 8 | No objection | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 174 | 11 | 176 | 13 | Foundation, improper lay opinion | unclear which question is being objected to. line of questions does not call for expert testimony, asks for his opinion based on his training as VP of ops at RRI; waived form objection | | | | | | |
| 177 | 7 | 178 | 25 | Compound, foundation | waived form of question objection; testified he recalled getting the training, testified as VP of ops over the propety who dealt with training | 179 | 1 | 179 | 12 | | |
| 180 | 6 | 181 | 20 | No objection | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 181 | 25 | 182 | 2 | Hearsay, irrelevant, foundation | Doc not being used for the truth of the matter asserted. See Doc. 336, Plaintiffs' response to Defendants' Motion to Exclude Third Party Statements in Police Reports, relevant to whether Defendants adhered to policies and procedures, as VP of ops, he has knowledge and experience to testify to process, policy, and as to what should have | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 183 | 7 | 183 | 23 | Hearsay, irrelevant, foundation | Doc not being used for the truth of the matter asserted. See Doc. 336, Plaintiffs' response to Defendants' Motion to Exclude Third Party Statements in Police Reports, relevant to whether Defendants adhered to policies and procedures, as VP of ops, he has knowledge and experience to testify to process, policy, and as to what should have | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 184 | 1 | 184 | 8 | Hearsay, irrelevant, foundation | Doc not being used for the truth of the matter asserted. See Doc. 336, Plaintiffs' response to Defendants' Motion to Exclude Third Party Statements in Police Reports, relevant to whether Defendants adhered to policies and procedures, as VP of ops, he has knowledge and experience to testify to process, policy, and as to what should have | | | | | | |
| 184 | 10 | 185 | 25 | Foundation | Moyer, as VP of ops, has personal knoweldge of training, policies, and requirement | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 186 | 3 | 187 | 7 | Foundation | Moyer, as VP of ops, has personal knoweldge of training, policies, and requirement | | | | | | |
| 188 | 21 | 190 | 1 | Hearsay, irrelevant, foundation | See Doc. 336, Plaintiffs' response to Defendants' Motion to Exclude Third Party Statements in Police Reports, relevant to whether Defendants adhered to policies and procedures, as VP of ops, he has knowledge and experience to testify as to what should have been done in response to these reports | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 190 | 3 | 190 | 17 | Foundation, compound<br><br>as VP of ops, he has knowledge and experience to testify as to what should have been done in response to these reports; not a compound question, just specifies which guideline she's asking about | | | | | | | |
| 190 | 19 | 191 | 12 | Hearsay<br><br>See Doc. 336, Plaintiffs' response to Defendants' Motion to Exclude Third Party Statements in Police Reports | | | | | | | |
| 191 | 14 | 193 | 9 | No objection | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 193 | 15 | 194 | 22 | Hearsay, irrelevant, foundation, improper hypothetical | Plaintiffs' response to Defendants' Motion to Exclude Third Party Statements in Police Reports; relevant to whether Red Roof policies and procedures and whether they were followed, Moyer as VP of ops has knowledge and experience to testify on topic; Objection to hypothetical is unclear - no explanation as to why the | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 195 | 1 | 195 | 10 | Improper hypothetical<br><br>Objection to hypothetical is unclear - no explanation as to why the hypothetical is purportedly improper, in any event, the hypothetical is proper, as it is clear and complete | | | | | | | |
| 195 | 12 | 196 | 2 | Improper hypothetical<br><br>Objection to hypothetical is unclear - no explanation as to why the hypothetical is purportedly improper, in any event, the hypothetical is proper, as it is clear and complete | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| 196 | 5 | 197 | 19 | Foundation, improper hypothetical | | | | | | | |
|-----|---|-----|----|-----|-----|-----|-----|-----|-----|-----|-----|
| | | | | Objection to hypothetical is unclear - no explanation as to why the hypothetical is purportedly improper, in any event, the hypothetical is proper, as it is clear and complete; Moyer as VP of ops who oversaw that hotel has personal knowledge about layout of hotel and office | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 198 | 1 | 199 | 10 | Hearsay, foundation, irrelevant, improper hypothetical | Plaintiffs' response to Defendants' Motion to Exclude Third Party Statements in Police Reports; relevant to whether Red Roof followed reporting procedures and what procedures were, Moyer as VP of ops has knowledge and experience to testify on topic; Objection to hypothetical is unclear - no explanation as to why the hypothetical is | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 199 | 12 | 199 | 21 | Hearsay, foundation, irrelevant, improper hypothetical | Plaintiffs' response to Defendants' Motion to Exclude Third Party Statements in Police Reports; relevant to notice, Moyer as VP of ops has knowledge and experience to testify on topic, Objection to hypothetical is unclear - no explanation as to why the hypothetical is purportedly improper, in any event, the hypothetical is proper, as it is clear and | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| 199 | 23 | 200 | 9 | Hearsay, foundation, irrelevant, improper hypotehtical | nothing being introduced for the fact of the matter asserted, relevant to notice, unclear what the specific objection is on the hypothetical, but it is not incomplete and it is clear | | | | | | |
|-----|----|-----|---|------|------|---|---|---|---|---|---|
| 200 | 11 | 200 | 23 | No objection | | | | | | | |
| 201 | 3 | 201 | 20 | No objection | | | | | | | |
| 201 | 23 | 202 | 1 | No objection | | | | | | | |
| 204 | 4 | 205 | 22 | No objection | | 202 | 6 | 202 | 22 | | |
| 205 | 25 | 206 | 15 | Foundation | asking him to testify on an email that he wrote himself, and why he chose to write what is in the email | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 206 | 17 | 208 | 4 | Foundation, vague | unclear which question is being objected to. Line of questioning is asking him to testify on an email that he wrote himself, and why he chose to write what is in the email | | | | | | |
| 208 | 7 | 209 | 9 | No objection | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 209 | 14 | 211 | 21 | Foundation, argumentative, mistates prior testimony | unclear which question is being objected to. Line of questioning is asking Moyer to testify on an email that he wrote himself; the questions are not argumentative because they are not a conclusion but instead asking him to testify about why he wrote what he did; no misstating prior testimony, Moyer testified that he believed Buckhead had | | | | | | |
| 211 | 23 | 213 | 11 | No objection | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 213 | 13 | 219 | 21 | Foundation, argumentative, mistates prior testimony | unclear which question is being objected to. Section has no objections during deposition, so form objections waived(argumentative, misstates prior tesitmony); testifying as to his experience and perception of prostitution at the hotel, and the email where he wrote about prostitution at the hotel | 219 | 11 | 220 | 19 | | |
| 221 | 14 | 221 | 15 | No objection | | | | | | | |
| 221 | 21 | 224 | 3 | No objection | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 226 | 4 | 226 | 21 | Hearsay | Not being used for truth of the matter asserted (See Doc. 351, Response to Defendants' motion to Exclude Unverified Customer Reviews and Newspaper Articles) | | | | | | |
| 228 | 4 | 228 | 5 | No objection | | | | | | | |

| 228 | 14 | 232 | 19 | Improper hypotehtical, foundation | Moyer was VP of ops of various hotels and has knoweldge and experience based on his position and training to testify on questions. Objection to hypothetical is unclear - no explanation as to why the hypothetical is purportedly improper, in any event, the hypothetical is proper, as it is clear and complete | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| 232 | 22 | 233 | 22 | Improper hypotehtical, foundation | Moyer was VP of ops of various hotels and has knoweldge and experience based on his position and training to testify on questions. Objection to hypothetical is unclear - no explanation as to why the hypothetical is purportedly improper, in any event, the hypothetical is proper, as it is clear and complete | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 233 | 24 | 236 | 3 (end with "it") | Improper hypotehtical, foundation | Moyer was VP of ops of various hotels and has knowledge and knoweldge and experience based on his position and training to testify on questions. Objection to hypothetical is unclear - no explanation as to why the hypothetical is purportedly improper, in any event, the hypothetical is proper, as it is clear and complete | 236 | 5 | 237 | 2 | | |
| 245 | 22 | 245 | 23 | No objection | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 246 | 4 | 248 | 18 | Hearsay | Not being used for truth of the matter asserted (See Doc. 351, Response to Defendants' motion to Exclude Unverified Customer Reviews and Newspaper Articles) | 248 | 19 | 249 | 8 | | |
| 249 | 9 | 252 | 23 | Hearsay | Not being used for truth of the matter asserted (See Doc. 351, Response to Defendants' motion to Exclude Unverified Customer Reviews and Newspaper Articles) | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 253 | 14 | 256 | 8 | Foundation, improper lay opinion | unclear which question is being objected to. Moyer is testifying about an email he received and responsed to and his perception of that email, not asking for any expert opinion, just questions based on his knowledge and perception on the email | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 256 | 10 | 256 | 19 | Foundation<br><br>unclear which question is being objected to. Moyer is testifying about an email he received and responded to and his perception of that email | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 256 | 22 | 266 | 18 | Foundation, hearsay, irrelevant | Unclear what question is being objected to. Reports are not used for the truth of the matter asserted (See Doc. 351, Response to Defendants' motion to Exclude Unverified Customer Reviews and Newspaper Articles); testifying as VP of ops on what action was taken on reports of prostitution, relevant to notice and what RRI did in | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 266 | 20 | 271 | 10 | Hearsay | unclear which question is being objected to, but waived any form objection; Reports are not used for the truth of the matter asserted (See Doc. 351, Response to Defendants' motion to Exclude Unverified Customer Reviews and Newspaper Articles) | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 271 | 25 | 274 | 14 | Hearsay, irrelevant | unclear which question is being objected to, but waived any form objection; Reports are not used for the truth of the matter asserted (See Doc. 351, Response to Defendants' motion to Exclude Unverified Customer Reviews and Newspaper Articles); reviews relevant to show notice and response to reports | | | | | | |
| 274 | 17 | 274 | 23 | Irrelevant | relevant to show notice and procedures of how RRI responds to complaints | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 278 | 1 | 279 | 15 | Hearsay | Reports are not used for the truth of the matter asserted (See Doc. 351, Response to Defendants' motion to Exclude Unverified Customer Reviews and Newspaper Articles) | 279 | 16 | 279 | 21 | | |
| 281 | 9 | 282 | 16 | Heaersay | Reports are not used for the truth of the matter asserted (See Doc. 351, Response to Defendants' motion to Exclude Unverified Customer Reviews and Newspaper Articles) | 282 | 17 | 283 | 24 | | |
| 284 | 13 | 284 | 14 | No objection | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 284 | 25 | 287 | 2 | Hearsay | Reports are not used for the truth of the matter asserted (See Doc. 351, Response to Defendants' motion to Exclude Unverified Customer Reviews and Newspaper Articles) | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| 287 | 5 | 287 | 13 | Foundation, hearsay | Reports are not used for the truth of the matter asserted (See Doc. 351, Response to Defendants' motion to Exclude Unverified Customer Reviews and Newspaper Articles); asked to testify as VP of ops, based on his knowledge and training | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 287 | 16 | 288 | 17 | Foundation, hearsay | unclear whats being objected to. Reports are not used for the truth of the matter asserted (See Doc. 351, Response to Defendants' motion to Exclude Unverified Customer Reviews and Newspaper Articles); asked to testify as VP of ops, based on his knowledge and training, and who got that specific report | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| 289 | 4 | 290 | 24 | Hearsay, foundation<br><br>Reports are not used for the truth of the matter asserted (See Doc. 351, Response to Defendants' motion to Exclude Unverified Customer Reviews and Newspaper Articles); asked to testify as VP of ops, based on his knowledge and training, and who got that specific report | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 291 | 2 | 292 | 14 | Hearsay, foundation | | | | | | | | |
| | | | | Unclear what is being objected to. Reports are not used for the truth of the matter asserted (See Doc. 351, Response to Defendants' motion to Exclude Unverified Customer Reviews and Newspaper Articles); asked to testify as VP of ops, based on his knowledge and training, and who got that specific report | | | | | | | | |
| 293 | 9 | 293 | 22 | No objection | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 294 | 11 | 298 | 4 | Hearsay, irrelevant | Unclear what is being objected to. Reports are not used for the truth of the matter asserted (See Doc. 351, Response to Defendants' motion to Exclude Unverified Customer Reviews and Newspaper Articles); relevant to notice | 298 | 5 | 298 | 8 | | |
| 298 | 9 | 298 | 11 | No objection | | | | | | | |
| 298 | 18 | 301 | 12 | Hearsay | Not used for the truth of the matter asserted (See Doc. 351, Response to Defendants' motion to Exclude Unverified Customer Reviews and Newspaper Articles) | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 301 | 19 | 302 | 1 | Hearsay | Not used for the truth of the matter asserted (See Doc. 351, Response to Defendants' motion to Exclude Unverified Customer Reviews and Newspaper Articles) | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 302 | 7 | 305 | 25 | Hearsay | Not used for the truth of the matter asserted (See Doc. 351, Response to Defendants' motion to Exclude Unverified Customer Reviews and Newspaper Articles); asked to testify as VP of ops, based on his knowledge and training, and who got that specific report | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 306 | 10 | 308 | 14 | Hearsay | Not used for the truth of the matter asserted (See Doc. 351, Response to Defendants' motion to Exclude Unverified Customer Reviews and Newspaper Articles) | | | | | | |
| 310 | 4 | 311 | 20 | Hearsay, foundation, improper attorney testimony, argumentative | Not used for the truth of the matter asserted (See Doc. 351, Response to Defendants' motion to Exclude Unverified Customer Reviews and Newspaper Articles) | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 311 | 23 | 312 | 21 | Hearsay, foundation, improper attorney testimony, argumentative | Not used for the truth of the matter asserted (See Doc. 351, Response to Defendants' motion to Exclude Unverified Customer Reviews and Newspaper Articles) | | | | | | |
| 312 | 24 | 312 | 25 | Foundation | Moyer was VP of ops overseeing that hotel andhas knowlege and experience to testify on that question | | | | | | |
| 313 | 2 | 313 | 6 | No objection | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 313 | 8 | 313 | 17 | Vague, compound | Question is specific-- whether in hindsight he believed that the property had a problem with prostitution. Question was clear and witness understood the question | | | | | | |
| 313 | 19 | 314 | 8 | Vague, foundation | Question is specific--asks the witness to whether he believed there was a problem with prosttitution, taking into account the emails that wre reviewed. Moyer is being asked to testify as VP of ops who oversaw the hotel | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 314 | 10 | 315 | 17 | Vague, foundation, improper lay opinion | unclear what question is being objected to. Question specifically asks if he believes the property had issue with prostitution, not asking for expert opinion, asking for opinion based on his experience as VP of ops overseeing that hotel | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 315 | 19 | 315 | 20 | Vague, foundation, improper lay opinion | Question specifically asks if he believes the property had issue with prostitution, not asking for expert opinion, asking for opinion based on his experience as VP of ops overseeing that hotel | | | | | | |
| 315 | 25 | 316 | 6 | Vague, foundation, improper lay opinion | Question specifically asks if he believes the property had issue with prostitution, not asking for expert opinion, asking for opinion based on his experience as VP of ops overseeing that hotel | | | | | | |
| | | | | | | 329 | 7 | 329 | 11 | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 330 | 2 | 332 | 12 | | |
| | | | | | | 344 | 11 | 345 | 16 | | |
| | | | | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Park, John |
|---|---|
| DEPOSITION DATE: | 8/25/2022 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections |
| 9 | 22 | 9 | 24 | | | 93 | 23 | 94 | 2 | | |
| 10 | 6 | 10 | 8 | | | 94 | 4 | 94 | 8 | | |
| 14 | 14 (begin with "these") | 14 | 18 | | | | | | | | |
| 15 | 1 | 15 | 12 | | | | | | | | |
| 26 | 1 | 26 | 6 | | | | | | | | |
| 27 | 7 | 27 | 7 | | | | | | | | |
| 27 | 12 | 28 | 3 | | | | | | | | |
| 30 | 1 | 30 | 8 | | | | | | | | |
| 31 | 18 | 31 | 25 | | | | | | | | |
| 34 | 23 | 35 | 7 | | | | | | | | |
| 35 | 11 | 35 | 18 | | | | | | | | |
| 38 | 10 | 38 | 16 | | | | | | | | |
| 39 | 25 | 40 | 5 | | | | | | | | |
| 41 | 4 | 41 | 7 | | | | | | | | |
| 41 | 21 | 42 | 6 | | | | | | | | |
| 43 | 6 | 43 | 12 | | | | | | | | |
| 43 | 22 | 44 | 3 | | | | | | | | |
| 45 | 9 | 45 | 20 | | | | | | | | |
| 46 | 6 | 46 | 8 | | | | | | | | |
| 46 | 21 | 46 | 24 | | | | | | | | |
| 47 | 18 | 47 | 21 | | | | | | | | |
| 51 | 4 (begin with "we'll") | 51 | 9 | | | | | | | | |
| 51 | 25 | 52 | 3 | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | 11 | 54 | 9 | | | | | | | | |
| 55 | 6 | 56 | 2 | | | | | | | | |
| 56 | 22 | 57 | 11 | | | | | | | | |
| 57 | 14 | 57 | 18 | | | | | | | | |
| 58 | 22 | 59 | 13 | | | | | | | | |
| 60 | 9 | 60 | 12 | | | | | | | | |
| 60 | 14 | 60 | 16 (end with "office") | | | | | | | | |
| 60 | 20 | 60 | 21 | | | | | | | | |
| 61 | 9 | 61 | 9 | | | | | | | | |
| 61 | 24 | 62 | 7 | | | | | | | | |
| 63 | 1 | 63 | 12 | | | | | | | | |
| 63 | 22 | 64 | 3 | | | | | | | | |
| 65 | 17 | 65 | 20 | | | | | | | | |
| 65 | 24 | 65 | 25 | | | | | | | | |
| 66 | 5 (begin with "we") | 66 | 12 | | | | | | | | |
| 66 | 9 | 66 | 10 | | | | | | | | |
| 67 | 1 | 67 | 22 | | | | | | | | |
| 68 | 11 | 68 | 19 | | | | | | | | |
| 68 | 22 | 69 | 9 | | | | | | | | |
| 69 | 14 | 69 | 19 | | | | | | | | |
| 72 | 4 | 72 | 6 | | | | | | | | |
| 72 | 9 | 72 | 13 | | | | | | | | |
| 73 | 24 | 74 | 2 | | | | | | | | |
| 75 | 9 | 75 | 11 | | | | | | | | |
| 75 | 14 | 75 | 17 | | | | | | | | |
| 75 | 20 | 75 | 25 | | | | | | | | |
| 77 | 24 | 81 | 7 | | | | | | | | |
| 81 | 20 | 82 | 1 | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 83 | 24 (begin with "We") | 84 | 13 | | | | | | | | | |
| 84 | 23 | 86 | 6 | | | | | | | | | |
| 86 | 14 | 87 | 8 | | | | | | | | | |
| 87 | 16 | 89 | 9 | | | | | | | | | |
| 89 | 11 | 89 | 12 | | | | | | | | | |
| 91 | 17 | 91 | 19 | | | | | | | | | |
| 91 | 21 | 92 | 1 | | | | | | | | | |
| 92 | 7 | 92 | 13 | | | | | | | | | |
| 92 | 17 | 92 | 23 | | | | | | | | | |
| 92 | 25 | 93 | 5 | | | | | | | | | |
| 93 | 19 | 93 | 22 | | | | | | | | | |
| 94 | 9 | 94 | 12 | personal knowledge only | | | | | | | | |
| 94 | 23 | 94 | 23 | personal knowledge only | | | | | | | | |
| 98 | 1 | 98 | 7 | | | | | | | | | |
| 98 | 14 | 98 | 16 | | | | | | | | | |
| 98 | 18 | 98 | 18 | | | | | | | | | |
| 99 | 2 | 99 | 11 | | | | | | | | | |
| 101 | 2 | 101 | 7 | | | | | | | | | |
| 101 | 13 | 101 | 19 | relevance; prejudicial; no finding of punitives | | | | | | | | |
| 104 | 13 | 105 | 11 | relevance; prejudicial; no finding of punitives | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 105 | 14 | 106 | 4 | relevance; prejudicial; no finding of punitives | | | | | | | |
| 107 | 5 | 109 | 21 | relevance; prejudicial; no finding of punitives | | | | | | | |
| 109 | 25 | 111 | 19 | relevance; prejudicial; personal information | | | | | | | |
| 111 | 22 | 112 | 3 | | | | | | | | |
| 112 | 5 | 112 | 10 | | | | | | | | |
| 114 | 14 | 115 | 15 | relevance; prejudicial; personal information | | | | | | | |
| 116 | 22 | 117 | 2 | relevance; prejudicial | | | | | | | |
| 117 | 5 | 117 | 5 | relevance; prejudicial | | | | | | | |
| 117 | 8 | 117 | 23 | relevance; prejudicial | | | | | | | |
| 118 | 9 | 119 | 18 | relevance; prejudicial; personal information | | | | | | | |
| 122 | 17 | 122 | 25 | | | | | | | | |
| 124 | 14 | 125 | 17 | | | | | | | | |
| 125 | 22 | 126 | 20 | | | | | | | | |
| 127 | 14 | 129 | 4 | | | | | | | | |
| 129 | 13 | 130 | 3 | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 130 | 8 | 130 | 18 | relevance as other properties; prejudicial | | | | | | | | |
| 131 | 9 | 132 | 6 | relevance as other properties; prejudicial | | | | | | | | |
| 132 | 13 | 132 | 17 | relevance as other properties; prejudicial | | | | | | | | |
| 132 | 19 (begin with "let's") | 133 | 22 | relevance as other properties; prejudicial | | | | | | | | |
| 134 | 4 | 134 | 5 | relevance as other properties; prejudicial | | | | | | | | |
| 134 | 7 | 134 | 9 | relevance as other properties; prejudicial | | | | | | | | |
| 134 | 14 | 134 | 25 | relevance as other properties; prejudicial | | | | | | | | |
| 135 | 2 | 135 | 9 | relevance as other properties; prejudicial | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 135 | 17 | 135 | 21 | relevance as other properties; prejudicial | | | | | | | |
| 136 | 3 | 136 | 11 | relevance as other properties; prejudicial | | | | | | | |
| 137 | 15 | 137 | 17 | relevance as other properties; prejudicial | | | | | | | |
| 137 | 24 | 138 | 4 | relevance as other properties; prejudicial | | | | | | | |
| 138 | 14 | 138 | 19 | relevance as other properties; prejudicial | | | | | | | |
| 138 | 21 | 138 | 25 | relevance as other properties; prejudicial | | | | | | | |
| 139 | 11 | 140 | 6 | relevance as other properties; prejudicial | | | | | | | |
| 140 | 13 | 141 | 14 | relevance as other properties; prejudicial | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 141 | 18 | 142 | 8 | relevance as other properties; prejudicial | | | | | | | |
| 142 | 12 | 143 | 1 | relevance as other properties; prejudicial | | | | | | | |
| 143 | 5 | 143 | 10 | relevance as other properties; prejudicial | | | | | | | |
| 143 | 20 | 143 | 21 | relevance as other properties; prejudicial | | | | | | | |
| 143 | 23 | 144 | 20 | relevance as other properties; prejudicial | | | | | | | |
| 144 | 24 | 145 | 2 | relevance as other properties; prejudicial | | | | | | | |
| 145 | 12 | 145 | 13 | relevance as other properties; prejudicial | | | | | | | |
| 145 | 16 | 145 | 23 | relevance as other properties; prejudicial | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 146 | 3 | 148 | 12 | relevance as other properties; prejudicial | | | | | | | | |
| 148 | 24 | 149 | 7 | | | | | | | | | |
| 149 | 12 | 149 | 16 | | | | | | | | | |
| 149 | 19 | 149 | 25 | | | | | | | | | |
| 151 | 1 | 151 | 4 | personal knowledge only | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Sarkisian, Michelle | |
|---|---|---|
| DEPOSITION DATE: | 10/20/2021 | |
| | **Designations Can Only be Used if Witness is Unavailable to Testify Live** | |

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | | | *COUNTER DESIGNATIONS* | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* | *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* |
| 14 | 22 | 14 | 24 | | | | | | | | |
| 15 | 3 | 15 | 7 | | | | | | | | |
| 16 | 1 (begin with "So") | 22 | 4 | improper lay opinion; foundation; | | | | | | | |
| 23 | 6 (begin with "At") | 25 | 4 | hearsay; foundation;  lack of personal knowledge; | | 64<br>65<br>88<br>88 | 21<br>10<br>17<br>25 | 65<br>66<br>88<br>89 | 4<br>24<br>20<br>3 | | |
| 25 | 9 | 26 | 22 | hearsay; foundation; lack of personal knowledge; | | 67<br>68<br>69 | 13<br>5<br>25 | 67<br>68<br>70 | 22<br>18<br>10 | | |
| 27 | 1 | 27 | 8 | | | | | | | | |
| 27 | 14 (begin with "And") | 27 | 20 | | | | | | | | |
| 28 | 1 (begin with "Can") | 28 | 19 | hearsay; foundation; lack of personal knowledge; | | 86<br>87 | 8<br>1 | 86<br>87 | 23<br>11 | | |
| 29 | 1 | 29 | 3 | | | | | | | | |
| 29 | 10 | 29 | 15 | hearsay; lack of authentication; foundation; | | | | | | | |
| 29 | 21 (begin with "Does") | 30 | 13 | hearsay; lack of authentication; foundation; | | | | | | | |
| 30 | 20 (begin with "I") | 31 | 17 | hearsay; lack of authentication | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 21 (Begin with "So") | 32 | 10 | hearsay; lack of authentication | | 32 64 | 11 21 | 32 65 | 18 4 | | |
| 32 | 21 | 33 | 3 | | | | | | | | |
| 33 | 9 (begin with "And") | 34 | 5 | hearsay | | | | | | | |
| 34 | 12 | 34 | 15 | | | | | | | | |
| 35 | 6 (begin with "And") | 35 | 10 | | | | | | | | |
| 35 | 11 (begin with "if") | 35 | 25 | hearsay; foundation; lack of personal knowledge | | | | | | | |
| 36 | 3 | 36 | 7 | | | | | | | | |
| 36 | 10 (begin with "Could") | 37 | 17 | hearsay; foundation; no personal knowledge;  (37:3-37:4 - misleading/prejudicial; misstates prior  testimony) | | 73 74 75 | 7 22 4 | 74 74 76 | 15 24 22 | | |
| 38 | 12 | 39 | 10 | hearsay; foundation; lack of personal knowledge; | | 87 | 24 | 88 | 13 (end at not) | | |
| 39 | 15 | 39 | 19 | | | | | | | | |
| 39 | 23 | 39 | 23 | lack of personal knowledge; foundation; | | | | | | | |
| 39 | 25 (begin with "on") | 40 | 2 | | | | | | | | |
| 40 | 11 | 40 | 11 | hearsay; foundation; lack of personal knowledge; | | | | | | | |
| 40 | 12 (begin with "And") | 40 | 21 | | | | | | | | |
| 40 | 22 (begin with "yes") | 40 | 25 | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 6 (begin with "And") | 42 | 20 | relevance; hearsay; unduly prejudicial; | | | | | | | |
| 43 | 5 | 43 | 8 | relevance; hearsay; unduly prejudicial | | | | | | | |
| 43 | 13 (begin with "This") | 43 | 24 | relevance; hearsay; unduly prejudicial; speculation; foundation; | | | | | | | |
| 47 | 10 (Begin with "In") | 48 | 9 | relevance; unduly prejudicial; improper lay opinion; lack of personal knowledge; speculation; | | 78 83 84 | 2 24 12 | 78 84 84 | 17 4 14 | | |
| 48 | 12 | 48 | 12 | relevance; | | | | | | | |
| 48 | 14 | 49 | 10 | relevance; unduly prejudicial; improper lay opinion; lack of personal knowledge; speculation; | | | | | | | |
| 92 | 15 | 92 | 23 | | | | | | | | |
| | | | | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Stocker, Gregory |
|---|---|
| DEPOSITION DATE: | 5/11/2022 |

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | | *COUNTER DESIGNATIONS* | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* | *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* |
| 8 | 9 | 8 | 11 | | | | | | |
| 8 | 14 | 8 | 16 | | | | | | |
| 18 | 25 | 19 | 16 | | | | | | |
| 20 | 1 | 20 | 16 | | | | | | |
| 21 | 17 | 22 | 2 | | | | | | |
| 22 | 10 | 22 | 16 | | | | | | |
| 23 | 10 | 23 | 24 | | | | | | |
| 28 | 3 | 29 | 17 | | | | | | |
| 30 | 5 | 32 | 16 | | | | | | |
| 32 | 24 | 33 | 11 | | | | | | |
| 33 | 16 | 33 | 19 | | | | | | |
| 33 | 21 | 33 | 25 | | | | | | |
| 34 | 2 | 34 | 6 | | | | | | |
| 34 | 16 | 35 | 3 | | | | | | |
| 35 | 7 | 36 | 18 | | | | | | |
| 37 | 18 | 37 | 22 | | | | | | |
| 37 | 24 | 39 | 22 | | | | | | |
| 40 | 10 | 40 | 18 | | | | | | |
| 41 | 3 | 41 | 11 | | | | | | |
| 41 | 14 | 42 | 1 | | | | | | |
| 42 | 9 | 42 | 20 | | | | | | |
| 43 | 4 | 43 | 18 | | | | | | |
| 44 | 11 | 45 | 25 | | | | | | |
| 49 | 17 | 50 | 1 | | | | | | |
| 50 | 3 | 50 | 5 | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | 7 | 50 | 22 | | | 50 | 23 | 50 | 25 | | |
| 51 | 5 | 51 | 10 | | | 51 | 1 | 51 | 4 | | |
| 53 | 24 | 54 | 2 | | | | | | | | |
| 54 | 4 | 54 | 8 | | | | | | | | |
| 54 | 14 | 55 | 6 | | | | | | | | |
| 58 | 4 | 59 | 14 | | | | | | | | |
| 60 | 7 | 61 | 4 | | | | | | | | |
| 61 | 19 | 62 | 3 | | | | | | | | |
| 62 | 8 | 62 | 19 | | | | | | | | |
| | | | | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Stocker, Gregory |
|---|---|
| DEPOSITION DATE: | 5/11/2022 |

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | | *COUNTER DESIGNATIONS* | | | |
|---|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* | *Page/Line Begin* | *Page/Line End* | *Objections* | *Replies to Objections* |
| 9 | 17 | 9 | 19 | | | | | | |
| 9 | 22 | 9 | 25 | | | | | | |
| 10 | 4 | 10 | 22 | | | | | | |
| 15 | 14 | 15 | 19 | | | | | | |
| 17 | 7 | 17 | 10 | | | | | | |
| 26 | 10 | 26 | 23 | | | | | | |
| 27 | 10 | 27 | 25 | Legal Conclusion | | | | | |
| 28 | 11 | 28 | 14 | | | | | | |
| 28 | 16 | 29 | 1 | | | | | | |
| 29 | 3 | 29 | 3 | | | | | | |
| 29 | 5 | 29 | 11 | | | | | | |
| 29 | 21 | 29 | 22 | | | | | | |
| 31 | 3 (begin with "This") | 31 | 16 | | | | | | |
| 31 | 25 | 32 | 13 | | | | | | |
| 33 | 3 | 33 | 15 | | | | | | |
| 34 | 6 | 34 | 9 | | | | | | |
| 34 | 11 | 34 | 19 | | | | | | |
| 36 | 17 | 37 | 14 | | | | | | |
| 37 | 19 | 37 | 22 | | | | | | |
| 38 | 8 | 38 | 11 | | | | | | |
| 38 | 15 | 38 | 19 | | | | | | |
| 38 | 22 | 38 | 23 | | | | | | |
| 39 | 1 | 39 | 3 | | | | | | |
| 39 | 6 | 39 | 11 | | | | | | |
| 39 | 14 | 39 | 15 | | | | | | |
| 40 | 1 | 41 | 1 | | | | | | |
| 42 | 18 | 42 | 24 | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | 9 | 43 | 10 | Legal conclusion; Assumes duty that does not exist | | | | | | | |
| 43 | 12 | 43 | 16 | Legal conclusion; Assumes duty that does not exist | | | | | | | |
| 43 | 19 | 44 | 11 | 43:24-25 and 44:1-3 Legal conclusion; Assumes duty that does not exist | | | | | | | |
| 55 | 9 (begin with "What") | 55 | 11 | | | | | | | | |
| 55 | 13 | 55 | 15 | | | | | | | | |
| 55 | 20 | 56 | 12 | | | | | | | | |
| 57 | 4 | 57 | 14 | | | | | | | | |
| 57 | 20 | 57 | 23 | | | | | | | | |
| 59 | 17 (begin with "In") | 60 | 7 | | | | | | | | |
| 60 | 13 | 60 | 15 | | | | | | | | |
| 61 | 24 | 62 | 7 | | | | | | | | |
| 63 | 2 | 63 | 16 | | | | | | | | |
| 64 | 14 | 64 | 14 | | | | | | | | |
| 64 | 16 | 64 | 17 | | | | | | | | |
| 65 | 21 | 66 | 2 | | | | | | | | |
| 66 | 7 | 66 | 13 | | | | | | | | |
| 66 | 15 | 66 | 17 | | | | | | | | |
| 66 | 19 | 67 | 1 | | | | | | | | |
| 67 | 3 | 67 | 6 | | | | | | | | |
| 67 | 24 | 67 | 25 | | | | | | | | |
| 68 | 2 | 68 | 2 | | | | | | | | |
| 68 | 13 | 68 | 15 | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | 17 | 68 | 22 | | | | | | | | |
| 70 | 5 | 70 | 20 | 70:15-20 Relevance (seeks information about 2020) | | | | | | | |
| 77 | 5 | 77 | 19 | | | | | | | | |
| 78 | 4 | 78 | 13 | | | | | | | | |
| 82 | 9 | 82 | 14 | | | | | | | | |
| 82 | 18 | 83 | 3 | | | | | | | | |
| 83 | 12 | 83 | 14 | | | | | | | | |
| 83 | 16 | 83 | 25 | | | | | | | | |
| 94 | 23 | 95 | 6 | | | | | | | | |
| 95 | 8 | 95 | 14 | | | | | | | | |
| 96 | 7 | 96 | 13 | | | | | | | | |
| 96 | 15 | 96 | 16 | | | | | | | | |
| 100 | 14 | 101 | 6 | | | | | | | | |
| 102 | 3 | 102 | 5 | | | | | | | | |
| 102 | 9 | 102 | 13 | | | | | | | | |
| 120 | 22 | 120 | 22 | | | | | | | | |
| 121 | 5 | 122 | 4 | 121:17-15 and 122:1-2 Hearsay | | | | | | | |
| 122 | 6 | 122 | 12 | | | | | | | | |
| 122 | 15 | 122 | 15 | | | | | | | | |
| 122 | 17 | 122 | 17 | | | | | | | | |
| 123 | 4 | 123 | 15 | | | | | | | | |
| 123 | 19 | 129 | 23 | | | | | | | | |
| 124 | 4 | 124 | 7 | | | | | | | | |
| 124 | 9 (begin with "the") | 125 | 1 | 124:8-14 Hearsay | | | | | | | |
| 125 | 3 | 125 | 3 | | | | | | | | |
| 125 | 8 (begin with "Exhibit") | 126 | 4 | 125:22-25 and 126:1-6 Hearsay | | | | | | | |
| 126 | 6 | 126 | 19 | | | | | | | | |
| 127 | 5 | 127 | 15 | 127:5-11 Hearsay | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 128 | 2 | 128 | 2 | | | | | | | | |
| 128 | 10 | 128 | 21 | | | | | | | | |
| 129 | 9 | 129 | 10 | | | | | | | | |
| 129 | 16 | 129 | 17 | | | | | | | | |
| 130 | 3 | 130 | 6 | | | | | | | | |
| 132 | 19 | 133 | 21 | | | | | | | | |
| 134 | 19 | 134 | 22 | Hearsay | | | | | | | |
| 135 | 1 | 135 | 13 | 135:1-8 Hearsay | | | | | | | |
| 136 | 2 | 136 | 10 | 136:1-6 Hearsay | | | | | | | |
| 136 | 13 | 137 | 18 | | | | | | | | |
| 137 | 20 | 137 | 22 | | | | | | | | |
| 138 | 2 | 138 | 8 | | | | | | | | |
| 138 | 12 | 138 | 23 | | | | | | | | |
| 139 | 12 | 139 | 19 | | | | | | | | |
| 139 | 21 | 140 | 7 | | | | | | | | |
| 140 | 9 | 140 | 16 | | | | | | | | |
| 140 | 18 | 140 | 21 | | | | | | | | |
| 140 | 23 | 141 | 2 | | | | | | | | |
| 141 | 22 | 142 | 14 | | | | | | | | |
| 142 | 19 | 142 | 20 | | | | | | | | |
| 143 | 4 | 143 | 6 | | | | | | | | |
| 143 | 8 | 143 | 8 | | | | | | | | |
| 143 | 11 | 143 | 23 | | | | | | | | |
| 144 | 3 | 144 | 6 | | | | | | | | |
| 144 | 8 | 144 | 18 | | | | | | | | |
| 144 | 20 | 144 | 20 | | | | | | | | |
| 145 | 1 | 145 | 6 | | | | | | | | |
| 145 | 11 | 145 | 20 | 145:11-13 Hearsay | | | | | | | |
| 146 | 1 | 146 | 16 | | | | | | | | |
| 146 | 22 | 147 | 1 | | | | | | | | |
| 147 | 3 | 147 | 3 | | | | | | | | |
| 153 | 24 | 154 | 17 | | | | | | | | |
| 154 | 22 | 154 | 22 | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 155 | 14 (Begin with "Plaintiffs'") | 155 | 19 | | | | | | | | | |
| 156 | 23 | 157 | 12 | | | | | | | | | |
| 158 | 18 | 158 | 25 | | | | | | | | | |
| 159 | 6 | 159 | 8 | | | | | | | | | |
| 159 | 22 | 160 | 8 | | | | | | | | | |
| 161 | 7 | 161 | 25 | 161:12-18 Hearsay | | | | | | | | |
| 162 | 24 | 163 | 13 | | | | | | | | | |
| 165 | 5 | 165 | 7 | | | | | | | | | |
| 165 | 9 | 165 | 15 | | | | | | | | | |
| 166 | 1 | 166 | 7 | | | | | | | | | |
| 166 | 9 | 166 | 21 | | | | | | | | | |
| 168 | 16 | 168 | 24 | | | | | | | | | |
| 169 | 1 | 169 | 5 | | | | | | | | | |
| 169 | 16 | 169 | 19 | | | | | | | | | |
| 169 | 21 | 170 | 3 | | | | | | | | | |
| 170 | 16 | 170 | 24 | | | | | | | | | |
| 173 | 11 | 174 | 13 | 173:11-25 and 174:1-13 Relevance (not Smyrna or Buckhead) | | | | | | | | |
| 174 | 22 | 175 | 6 | 174:22-25 Relevance (not Smyrna or Buckhead) 175:1-6 Relevance | | | | | | | | |
| 175 | 10 | 176 | 3 | 175:10-25 Relevance, 176:1-3 Relevance (not Smyrna or Buckhead) | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 177 | 24 | 178 | 5 | 177:24-25 and 178:1-5 Relevance | | | | | | | | |
| 180 | 6 | 180 | 24 | Relevance (not Smyrna or Buckhead) | | | | | | | | |
| 181 | 1 | 181 | 3 | 181:1-18 Relevance | | | | | | | | |
| 181 | 6 | 181 | 18 | 181:1-18 Relevance | | | | | | | | |
| 183 | 6 | 183 | 6 | | | | | | | | | |
| 183 | 17 | 183 | 20 | | | | | | | | | |
| 183 | 25 | 184 | 13 | | | | | | | | | |
| 185 | 4 | 186 | 1 | | | | | | | | | |
| 189 | 16 | 189 | 21 | | | | | | | | | |
| 190 | 8 | 190 | 10 | | | | | | | | | |
| 190 | 18 | 190 | 20 | | | | | | | | | |
| 191 | 25 | 192 | 16 | 191:25 Relevance, 192:1-16 Relevance; (Patel's ownership) | | | | | | | | |
| 192 | 20 | 193 | 24 | 192:20-25 Relevance; (Patel's ownership), 193:1-24 Relevance | | | | | | | | |
| 194 | 7 | 194 | 24 | Relevance | | | | | | | | |
| 195 | 1 | 195 | 5 | 195:1-25 Relevance; hearsay | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 195 | 7 | 196 | 25 | 195:1-25 and 196:1-25 Relevance; hearsay | | | | | | | | |
| 197 | 6 | 198 | 16 | 197:6-25 Relevance; hearsay, 198:1-16 Relevance | | | | | | | | |
| 199 | 5 | 199 | 5 | | | | | | | | | |
| 199 | 8 | 200 | 2 | 199:8-25 and 200:1-2 Relevance | | | | | | | | |
| 200 | 4 | 200 | 4 | | | | | | | | | |
| 200 | 9 | 200 | 22 | Relevance | | | | | | | | |
| 204 | 7 | 204 | 14 | 203:1-7 and 204:7-14 Relevance | | | | | | | | |
| 204 | 25 | 205 | 7 | 204:25 Relevance | | | | | | | | |
| 207 | 1 | 207 | 18 | | | | | | | | | |
| 207 | 24 | 208 | 4 | | | | | | | | | |
| 208 | 10 | 208 | 15 | Relevance (post 2017; 2020 meeting) | | | | | | | | |
| 208 | 18 | 208 | 18 | | | | | | | | | |
| 208 | 23 | 209 | 12 | 208:23-25 Relevance (post 2017; 2020 meeting) | | | | | | | | |
| 209 | 14 | 210 | 2 | 209:10-12; 14-25 Relevance | | | | | | | | |
| 210 | 11 | 210 | 19 | 210:1-2; 11-25 Relevance | | | | | | | | |
| 210 | 21 | 211 | 3 | 210:11-25 and 211:1-3 Relevance | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Thomas, Michael |
|---|---|
| DEPOSITION DATE: | 2/2/2022 |

*AFFIRMATIVE DEPOSITION DESIGNATIONS*

*COUNTER DESIGNATIONS*

| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 12 | 11 | 14 | | | | | | | | |
| 14 | 8 (begin with "how") | 14 | 11 | | | | | | | | |
| 14 | 20 (begins with "in") | 15 | 4 | | | 15<br>127<br>127 | 14<br>2<br>15 | 15<br>127<br>128 | 16<br>5<br>10 | | |
| 15 | 17 | 16 | 1 | | | | | | | | |
| 16 | 4 (Begin with "who") | 16 | 13 | | | | | | | | |
| 17 | 10 (Begin with "And") | 19 | 12 | | | | | | | | |
| 19 | 16 | 19 | 18 | | | | | | | | |
| 20 | 8 | 20 | 11 | | | | | | | | |
| 21 | 8 | 21 | 18 | | | | | | | | |
| 22 | 1 | 22 | 8 | | | | | | | | |
| 22 | 18 | 22 | 21 | | | 22 | 24 | 23 | 6 | | |
| 23 | 11 | 25 | 15 | | | | | | | | |
| 25 | 18 | 26 | 2 | | | 25 | 3 | 25 | 20 | | |
| 27 | 2 | 27 | 7 | leading; speculation; improper lay opinion | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | 10 | 27 | 24 (end with "out") | speculation; unduly prejudicial | | 27 | 24 | 27 | 25 | | |
| 28 | 1 | 28 | 16 | | | | | | | | |
| 28 | 18 | 29 | 7 | | | | | | | | |
| 29 | 15 | 29 | 18 | | | | | | | | |
| 29 | 20 | 29 | 20 | | | | | | | | |
| 29 | 22 | 29 | 24 | speculation; no personal knowledge; | | 30 | 3 | 30 | 7 | | |
| 30 | 1 | 30 | 1 | | | | | | | | |
| 30 | 12 (Begin with "I") | 32 | 12 | speculation; leading; improper attorney testimony (32:7-12) | | | | | | | |
| 32 | 15 | 35 | 8 | speculation; leading; hearsay; speculation; lack of personal knowledge; | | | | | | | |
| 35 | 11 | 35 | 18 | speculation; no personal knowledge; | | | | | | | |
| 35 | 21 | 36 | 23 | | | | | | | | |
| 37 | 1 | 37 | 5 | | | | | | | | |
| 37 | 10 | 37 | 23 | leading; improper attorney testimony; | | | | | | | |
| 38 | 2 (begin with "if") | 38 | 17 | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 | 19 | 39 | 4 | | | | | | | | | |
| 39 | 5 (begin with "did") | 41 | 16 | | | | | | | | | |
| 41 | 19 | 41 | 25 | | | | | | | | | |
| 42 | 2 | 42 | 18 | | | | | | | | | |
| 42 | 20 | 42 | 20 | | | | | | | | | |
| 43 | 1 (begin with "but") | 43 | 5 | speculation; | | | | | | | | |
| 43 | 7 | 44 | 6 | | | | | | | | | |
| 44 | 8 | 44 | 20 | leading; hearsay; | | | | | | | | |
| 44 | 24 (begins with "were") | 45 | 17 | speculation; | | | | | | | | |
| 45 | 19 | 46 | 4 | speculation; lack of personal knowledge; | | | | | | | | |
| 46 | 7 | 46 | 10 | | | | | | | | | |
| 46 | 19 (begins with "did") | 48 | 6 | | | | | | | | | |
| 48 | 12 | 48 | 15 | leading; improper attorney testimony; speculation; foundation | | 49 51 58 60 | 25 18 24 17 | 50 51 59 61 | 13 22 11 8 | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | 17 | 48 | 21 | leading; improper attorney testimony; speculation; foundation | | 49 51 58 60 | 25 18 24 17 | 50 51 59 61 | 13 22 11 8 | | |
| 48 | 23 | 49 | 2 | leading; improper attorney testimony; speculation; foundation | | 49 51 58 60 | 25 18 24 17 | 50 51 59 61 | 13 22 11 8 | | |
| 51 | 23 | 53 | 1 | hearsay | | | | | | | |
| 53 | 3 | 53 | 10 | hearsay | | | | | | | |
| 54 | 4 | 54 | 15 | relevance; | | | | | | | |
| 76 | 17 | 76 | 25 | | | | | | | | |
| 77 | 20 | 78 | 15 | | | 77 78 | 12 16 | 77 78 | 19 20 | | |
| 78 | 21 | 79 | 18 | | | 79 | 19 | 80 | 5 | | |
| 83 | 7 (begin with "And") | 84 | 1 | | | 84 86 88 | 10 12 24 (begin with "this") | 85 86 89 | 21 25 22 (end with "some") | | |
| 84 | 6 | 85 | 18 | | | | | | | | |
| 95 | 3 | 98 | 10 | speculation; lack of personal knowledge; | | | | | | | |
| 98 | 13 (begin with "how") | 98 | 21 | | | | | | | | |
| 98 | 23 | 99 | 17 | | | | | | | | |
| 99 | 19 | 99 | 22 | | | 99 | 23 | 100 | 23 | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 24 | 101 | 5 | speculation; | | 101 | 6 | 101 | 12 | | |
| 101 | 14 | 102 | 1 | | | 102 | 2 | 102 | 12 | | |
| 103 | 4 | 103 | 19 | | | 103<br>104<br>105 | 20<br>21<br>18 | 104<br>105<br>106 | 5<br>9<br>7 | | |
| 106 | 8 | 108 | 11 | hearsay; speculation | | | | | | | |
| 108 | 11 (begins with "We") | 108 | 11 (end with "it") | hearsay; speculation | | | | | | | |
| 108 | 12 (begin with "you") | 108 | 23 | | | | | | | | |
| 109 | 2 | 109 | 4 | speculation; non responsive; | | | | | | | |
| 109 | 8 (begin with "did") | 110 | 2 | speculation; | | | | | | | |
| 110 | 7 | 111 | 4 | hearsay; speculation; lack of personal knowledge | | 111 | 5 | 111 | 23 | | |
| | | | | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Valerio, Joy |
|---|---|
| DEPOSITION DATE: | 1/13/2023 |

**Designations Can Only be Used if Witness is Unavailable to Testify Live**

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | Page/Line End | Objections | Replies to Objections | | Page/Line Begin | Page/Line End | Objections | Replies to Objections |
| 8 | 17 | 8 | 19 | | | | | |
| 9 | 1 | 9 | 11 | | | | | |
| 14 | 7 | 18 | 9 | Page 14, lines 11-25; Page 15 1-25: Hearsay Page 16, lines 18-25 Hearsay Page 17, line 1-10 Hearsay | 14:11-25, 15:1-25 - not hearsay, offered not for the truth but for the basis for why Ms. Valerio believed Fonseca was who he said he was and when and why Ms. Valerio came to the conclusion that JD3 was being trafficked.

16:18-25 and 17:1-10: not hearsay - these are not statements offered for the truth but questions Fonseca asked of Joy, references to photos he sent to her and she viewed, and the fact that he gave her his contact information, none of which is offered for the truth of any statement. | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 25 (begin with "Was") | 21 | 12 | Page 21, line 6-12 Speculation, lack of foundation, relevance | Defendants waived these objections by failing to object during deposition. And Ms. Valerio has a foundation for responding to the defense question about how her husband might respond because she is her husband's spouse. Moreoever, how JD3's parents responded to allegations that their daughter was involved in trafficking is relevant to this case about the trafficking of JD3. | 19 | 3 | 19 | 15 | | | |
| | | | | | | 22 | 12 | 23 | 8 | | | |
| | | | | | | 25 | 13 | 25 | 23 | | | |
| | | | | | | 26 | 7 | 26 | 14 | | | |
| | | | | | | 26 | 25 | 27 | 8 | | | |
| | | | | | | 27 | 9 | 27 | 21 | | | |
| | | | | | | 27 | 25 | 28 | 2 | | | |
| | | | | | | 28 | 6 | 28 | 10 | | | |
| | | | | | | 28 | 17 | 28 | 21 | | | |
| | | | | | | 29 | 14 | 29 | 16 | | | |
| | | | | | | 30 | 10 | 30 | 21 | | | |
| | | | | | | 32 | 12 | 32 | 21 | | | |
| | | | | | | 32 | 24 | 33 | 11 | | | |
| | | | | | | 33 | 16 | 33 | 23 | | | |
| | | | | | | 34 | 2 | 34 | 5 | | | |
| | | | | | | 34 | 7 | 34 | 11 | | | |
| | | | | | | 34 | 20 | 35 | 4 | | | |
| | | | | | | 35 | 15 | 35 | 24 | | | |
| | | | | | | 36 | 16 | 38 | 9 | | | |
| | | | | | | 38 | 15 | 41 | 10 | | | |
| | | | | | | 41 | 13 | 41 | 21 | | | |
| | | | | | | 43 | 2 | 43 | 4 | | | |
| | | | | | | 43 | 9 | 43 | 25 | | | |
| | | | | | | 44 | 5 | 44 | 11 | | | |
| | | | | | | 44 | 15 | 45 | 20 | | | |
| | | | | | | 46 | 1 | 46 | 4 | | | |
| | | | | | | 47 | 1 | 47 | 10 | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 49 | 21 | 49 | 24 | |
| | | | | | | 50 | 25 | 51 | 11 | |
| | | | | | | 64 | 2 | 64 | 7 | |
| | | | | | | 64 | 19 | 65 | 15 | |
| | | | | | | 65 | 20 | 65 | 23 | |
| | | | | | | 66 | 13 | 66 | 25 | |
| | | | | | | 67 | 23 | 69 | 7 | |
| | | | | | | 75 | 19 | 76 | 8 | |
| | | | | | | 76 | 10 | 76 | 13 | |
| | | | | | | 76 | 15 | 76 | 16 | |
| | | | | | | 76 | 25 | 78 | 5 | |
| | | | | | | 79 | 5 | 79 | 11 | |
| | | | | | | 81 | 6 | 81 | 9 | |
| | | | | | | 81 | 13 | 81 | 19 | |
| | | | | | | 81 | 21 | 81 | 21 | |
| | | | | | | 81 | 25 | 82 | 4 | |
| | | | | | | 82 | 8 | 82 | 25 | |
| | | | | | | 83 | 8 | 83 | 25 | |
| | | | | | | 84 | 5 | 84 | 5 | |
| | | | | | | 84 | 10 | 84 | 12 | |
| | | | | | | 84 | 14 | 84 | 15 | |
| | | | | | | 84 | 15 | 85 | 16 | |
| | | | | | | 86 | 2 | 86 | 3 | |
| | | | | | | 86 | 7 | 86 | 13 | |
| | | | | | | 86 | 16 | 87 | 20 | |
| | | | | | | 87 | 22 | 88 | 19 | |
| | | | | | | 90 | 12 | 90 | 18 | |
| | | | | | | 90 | 21 | 91 | 8 | |
| | | | | | | 91 | 17 | 91 | 24 | |
| | | | | | | 93 | 4 | 93 | 7 | |
| | | | | | | 93 | 9 | 94 | 10 | |
| | | | | | | 94 | 13 | 94 | 21 | |
| | | | | | | 95 | 11 | 95 | 18 | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | 9 | 97 | 5 | | | 98<br>109<br>112<br>113<br>114<br>115<br>115 | 8<br>8<br>23<br>21<br>21<br>9<br>18 | 99<br>109<br>113<br>113<br>114<br>115<br>115 | 25<br>23<br>6<br>23<br>25<br>16<br>18 | | | |
| 116 | 23 | 118 | 25 | Page 117, lines 24-25 Relevance; Page 118, lines 1-25 Relevance | JD3's feeling of unworthiness and shame is relevant to JD3's damages. | 119<br>120<br>121 | 1<br>5<br>3 | 120<br>120<br>121 | 2<br>7<br>6 | | | |
| 121 | 7 | 121 | 13 | | | 121<br>122<br>122<br>124<br>124 | 14<br>13<br>19<br>8<br>11 | 121<br>122<br>122<br>124<br>124 | 16<br>15<br>22<br>9<br>11 | | | |
| 126 | 3 (begin with "Mrs.") | 134 | 13 | Page 127, lines 24-25 Speculation Page 128, lines 1-8 Speculation | Does not call for speculation. Ms. Valerio describes how she felt based on what she saw and how JD3 appeared to her based on what Ms. Valerio saw. Moreover, defense did not object to the form of the question during deposition and thus waived form objections under Rule 32(b)(3). *See, e.g.*, *House v. Players' Dugout, Inc.*, No. 3:16-CV-00594-RGJ, 2021 WL 4898071, at *9 (W.D. Ky. Oct. 20, 2021) ("As Plaintiffs' objections to foundation and speculation could have been cured at the time of the deposition or relate to the form of the question or answer, they are waived under Fed. R. Civ. P. 32(d)(3)(A) and (B).") | 134<br>138<br>138<br>139<br>139<br>139<br>141<br>143<br>144<br>144<br>144<br>145<br>146<br>154<br>155<br>156<br>163<br>164 | 14<br>10<br>25<br>14<br>19<br>22<br>12<br>21<br>5<br>15<br>20<br>1<br>2<br>3<br>22<br>25<br>21<br>14 | 135<br>138<br>139<br>139<br>139<br>141<br>141<br>144<br>144<br>144<br>144<br>145<br>147<br>155<br>156<br>157<br>164<br>164 | 13<br>14<br>4<br>17<br>20<br>3<br>22<br>2<br>12<br>18<br>21<br>21<br>25<br>20<br>4<br>19<br>3<br>16 | | | |
| 167 | 10 | 167 | 12 | | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 167 | 14 | 170 | 25 | | | 175 | 11 | 176 | 16 | | |
| | | | | | | 184 | 6 | 184 | 7 | | |
| | | | | | | 184 | 9 | 184 | 9 | | |
| | | | | | | 188 | 11 | 189 | 19 | | |
| | | | | | | 191 | 14 | 191 | 21 | | |
| | | | | | | 191 | 23 | 191 | 23 | | |
| | | | | | | 191 | 25 | 192 | 3 | | |
| | | | | | | 192 | 7 | 192 | 13 | | |
| | | | | | | 192 | 15 | 192 | 15 | | |
| | | | | | | 192 | 17 | 192 | 22 | | |
| | | | | | | 192 | 24 | 192 | 25 | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Vittatoe, Vincent |
|---|---|
| DEPOSITION DATE: | 5/3/2022 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* | *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* |
| 5 | 4 | 5 | 5 | | | | | | | | |
| 6 | 9 | 6 | 14 | Page 6: lines 11-12 (legal conclusion; assumes facts not in evidence; misleading) | | | | | | | |
| 22 | 3 (begin with "Is") | 22 | 4 | | | | | | | | |
| 22 | 6 | 22 | 7 | | | | | | | | |
| 22 | 21 | 22 | 22 | | | | | | | | |
| 22 | 24 | 22 | 24 | | | 22 | 25 | 22 | 25 | | |
| 23 | 16 | 23 | 17 | | | 23 | 1 | 23 | 4 | | |
| 23 | 19 | 23 | 21 | | | 23 | 11 | 23 | 15 | | |
| 24 | 8 | 24 | 10 | | | | | | | | |
| 24 | 25 | 25 | 4 | | | | | | | | |
| 29 | 15 | 29 | 25 | | | | | | | | |
| 37 | 4 | 37 | 9 | | | | | | | | |
| 37 | 11 | 37 | 23 | | | | | | | | |
| 38 | 1 | 38 | 3 | | | | | | | | |
| 47 | 1 | 47 | 16 | | | | | | | | |
| 48 | 13 | 49 | 1 | | | | | | | | |
| 62 | 14 | 62 | 20 | | | | | | | | |
| 66 | 6 | 66 | 8 | | | | | | | | |
| 66 | 10 | 66 | 12 | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70 | 6 | 70 | 22 | Page 70: lines 12-22 (relevance; speculation; more prejudicial than probative) | | | | | | | | |
| 70 | 24 | 70 | 24 | | | | | | | | | |
| 71 | 4 | 71 | 6 | | | | | | | | | |
| 71 | 8 | 71 | 16 | | | | | | | | | |
| 73 | 4 | 73 | 14 | | | | | | | | | |
| 77 | 13 | 77 | 20 | | | | | | | | | |
| 78 | 24 | 79 | 12 | | | | | | | | | |
| 79 | 24 | 80 | 21 | Page 79: line 24 unnecessary/incomplete sentence | | | | | | | | |
| 101 | 13 | 101 | 16 | | | | | | | | | |
| 102 | 5 | 103 | 1 | | | | | | | | | |
| 115 | 22 | 116 | 9 | | | | | | | | | |
| 116 | 12 | 117 | 12 | | | | | | | | | |
| 118 | 4 | 118 | 14 | | | | | | | | | |
| 118 | 16 | 118 | 19 | | | | | | | | | |
| 120 | 20 | 121 | 6 | | | | | | | | | |
| 121 | 8 | 121 | 12 | | | | | | | | | |
| 121 | 14 | 122 | 2 | | | | | | | | | |
| 122 | 4 | 122 | 5 | | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 131 | 20 | 133 | 4 | Page 131: lines 20-25 (hearsay; relevance; more prejudicial than probative); Page 132: lines 1-25 (hearsay; relevance; more prejudicial than probative); Page 133: lines 1-4 (hearsay; relevance; more prejudicial than probative) | | | | | | | |
| 133 | 6 | 133 | 23 | Page 133: lines 6-23 (hearsay; relevance; more prejudicial than probative) | | | | | | | |
| 137 | 18 | 137 | 25 | Page 137: Lines 21-25 (improper question; leading; relevance; improper lay opinion; speculation; assumes facts not in evidence) | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 138 | 7 | 138 | 9 | Page 138: Lines 7-9 (relevance; legal conclusion; more prejudicial than probative) | | | | | | | |
| 138 | 11 | 138 | 11 | Page 138: Line 11 (relevance; legal conclusion; more prejudicial than probative) | | | | | | | |
| 138 | 13 | 138 | 16 | | | | | | | | |
| 138 | 19 | 139 | 10 | Page 138: Lines 19-26 (relevance; legal conclusion; more prejudicial than probative) | | | | | | | |
| 139 | 12 | 140 | 7 | Page 139: lines 23-25 (relevance) | | | | | | | |
| 140 | 23 | 141 | 8 | | | | | | | | |
| 141 | 10 | 141 | 19 | | | | | | | | |
| 144 | 4 | 145 | 5 | | | | | | | | |
| 145 | 10 | 145 | 12 | | | | | | | | |
| 145 | 16 | 145 | 19 | | | | | | | | |
| 145 | 21 | 146 | 7 | | | | | | | | |
| | | | | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Wehrle, Michelle |
|---|---|
| DEPOSITION DATE: | 8/9/2022 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* | *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* |
| 8 | 1 | 8 | 3 | | | | | | | | |
| 9 | 10 | 9 | 13 | | | 12<br>16<br>17 | 21<br>15<br>7 | 13<br>16<br>17 | 11<br>25<br>10 | | |
| 15 | 22 | 16 | 2 | | | | | | | | |
| 16 | 5 | 16 | 14 | | | | | | | | |
| 18 | 6 | 18 | 9 | | | | | | | | |
| 19 | 23 | 20 | 2 | | | | | | | | |
| 33 | 14 | 33 | 21 | | | 33 | 22 | 34 | 4 | | |
| 34 | 5 (begin with "so") | 36 | 21 | | | 157<br>158 | 5<br>8 (begin with "Mr.") | 158<br>160 | 2<br>24 | | |
| 53 | 23 | 54 | 6 | | | | | | | | |
| 54 | 11 | 54 | 11 | | | | | | | | |
| 54 | 15 | 55 | 5 | | | | | | | | |
| 55 | 8 (begin with "So") | 55 | 9 | Designation appears unclear - assume should end at 55:19. | | | | | | | |
| 56 | 5 | 56 | 9 | | | | | | | | |
| 57 | 5 | 57 | 10 | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | 19 (begin with "Section") | 58 | 3 | | | | | | | | |
| 58 | 7 | 58 | 19 | | | 41 41 42 43 43 43 44 48 52 | 15 25 22 5 10 19 18 18 21 | 41 42 43 43 43 43 44 48 53 | 23 6 2 5 12 21 19 25 14 | | |
| 58 | 25 | 59 | 7 | | | | | | | | |
| 59 | 12 | 59 | 19 | | | | | | | | |
| 59 | 21 | 60 | 9 | | | | | | | | |
| 60 | 17 | 61 | 5 | | | | | | | | |
| 61 | 9 (begin with "you said") | 61 | 16 | | | | | | | | |
| 61 | 19 | 61 | 21 | | | | | | | | |
| 62 | 14 | 62 | 17 | | | | | | | | |
| 67 | 1 | 67 | 13 | | | 67 | 14 | 67 | 23 | | |
| 67 | 24 | 68 | 1 | | | | | | | | |
| 68 | 3 | 68 | 4 | | | | | | | | |
| 68 | 6 | 68 | 7 | | | | | | | | |
| 82 | 22 (begin with "if") | 82 | 23 | | | | | | | | |
| 83 | 1 | 84 | 14 | | | | | | | | |
| 85 | 4 | 86 | 4 | | | | | | | | |
| 86 | 17 | 87 | 12 | | | | | | | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 87 | 15 (begin with "This") | 88 | 3 | | | | | | | | |
| 88 | 16 (begin with "This") | 89 | 8 | | | | | | | | |
| 90 | 25 | 91 | 3 | | | | | | | | |
| 91 | 6 | 91 | 6 | | | | | | | | |
| 94 | 18 | 94 | 23 | | | 95 | 8 (begin with "And") | 95 | 10 | | |
| 95 | 14 | 95 | 15 (end with "231") | | | 96<br>96 | 1<br>24 (begin with "As") | 96<br>97 | 3<br>5 | | |
| 95 | 17 | 95 | 25 | | | | | | | | |
| 98 | 8 | 100 | 5 | | | 100 | 6 | 100 | 14 | | |
| 100 | 23 | 101 | 8 | | | 101 | 9 | 101 | 23 | | |
| 102 | 19 | 104 | 15 | | | | | | | | |
| 104 | 24 (begin with "So") | 105 | 7 | | | 105<br>105<br>105 | 8<br>13<br>16 | 105<br>105<br>106 | 9<br>14<br>16 | | |
| 107 | 23 | 108 | 6 | | | 108<br>108 | 21<br>25 | 108<br>109 | 23<br>16 | | |
| 109 | 17 | 111 | 8 | hearsay; | | | | | | | |
| 111 | 25 | 113 | 2 | hearsay; | | | | | | | |
| 113 | 4 | 113 | 5 | misstates prior testimony | | | | | | | |
| 113 | 7 | 113 | 13 | | | | | | | | |
| 113 | 17 | 113 | 24 | | | | | | | | |
| 114 | 1 | 114 | 7 | | | 159 | 23 | 160 | 24 | | |
| 114 | 10 | 114 | 18 | | | 159 | 23 | 160 | 24 | | |
| 114 | 20 | 114 | 24 | | | 159 | 23 | 160 | 24 | | |

**ATTACHMENT J-1 PLAINTIFF DEPOSITION DESIGNATIONS WITH DEFENDANT OBJECTIONS AND COUNTERS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 115 | 2 | 115 | 23 | | | 159 | 23 | 160 | 24 | |
| 116 | 5 | 116 | 13 | | | 159 | 23 | 160 | 24 | |
| 116 | 15 | 117 | 4 | | | 159 | 23 | 160 | 24 | |
| 117 | 20 | 119 | 13 | | | 119 | 14 | 119 | 25 | |
| 120 | 8 | 121 | 7 | | | | | | | |
| 121 | 13 | 121 | 19 | | | | | | | |
| 121 | 23 | 121 | 25 | | | 122 | 1 | 122 | 7 | |
| 122 | 14 | 126 | 21 | | | | | | | |
| 126 | 24 | 127 | 1 | | | | | | | |
| 127 | 4 | 128 | 11 | | | 128<br>132<br>133<br>150 | 23<br>4<br>18<br>3 (begin at "preventing") | 130<br>132<br>134<br>150 | 15<br>9<br>1<br>5 | |
| 128 | 13 | 128 | 13 | | | 151 | 8 | 152 | 12 | |
| 136 | 22 | 138 | 4 | foundation; speculation; hearsay | | | | | | |
| 138 | 6 | 138 | 6 | | | | | | | |
| | | | | | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Andrew Alexander |
|---|---|
| DEPOSITION DATE: | 6/27/2022 |

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | | *COUNTER DESIGNATIONS* | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | *Page/Line End* | | *Objections* | *Replies to Objections* | *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* |
| 10 | 21 | 10 | 10 | 23 | | | | | | |
| 13 | 4 | 14 | 1 | | | | | | | |
| 15 | 9 | 15 | 14 | | | | | | | |
| 23 | 1 | 23 | 12 | | 25 | 4 | 25 | 9 | | |
| | | | | | 25 | 14 | 25 | 18 | | |
| | | | | | 25 | 20 | 25 | 20 | | |
| | | | | | 25 | 22 | 26 | 1 | | |
| | | | | | 26 | 4 | 26 | 24 | | |
| | | | | | 27 | 14 | 27 | 18 | | |
| | | | | | 28 | 1 | 28 | 7 | | |
| 36 | 5 | 36 | 16 | | 36 | 14 | 37 | 13 | | |
| 49 | 6 | 49 | 11 | | 45 | 16 | 46 | 5 | | |
| | | | | | 46 | 7 | 46 | 14 | | |
| | | | | | 47 | 25 | 48 | 9 | | |
| 49 | 15 | 50 | 2 | | | | | | | |
| 72 | 11 | 73 | 1 | | | | | | | |
| 73 | 5 | 73 | 10 | | 74 | 8 | 74 | 20 | | |
| | | | | | 78 | 16 | 78 | 19 | | |
| | | | | | 82 | 1 | 82 | 4 (end at "it.") | | |
| | | | | | 82 | 16 | 82 | 20 | | |
| | | | | | 86 | 11(begin at "But") | 86 | 23 | | |
| | | | | | 86 | 25 | 87 | 1 | | |
| | | | | | 87 | 3 | 87 | 11 | | |
| 93 | 13 | 94 | 17 | | 92 | 25 | 93 | 3 | | |
| | | | | | 93 | 6 | 93 | 12 | | |
| 95 | 15 | 95 | 24 | | 95 | 8 | 95 | 14 | | |
| | | | | | 98 | 1 | 98 | 4 | | |
| | | | | | 98 | 6 | 98 | 15 | | |
| | | | | | 100 | 17(begin at "When") | 101 | 8 | | |
| | | | | | 102 | 7 | 102 | 16 | | |
| | | | | | 102 | 19 | 102 | 25 | | |
| 105 | 4 | 105 | 11 | | 104 | 19 | 104 | 24 | | |
| 105 | 20 | 105 | 23 | | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 106 | 12 | 106 | 18 | | | 107 | 19 | 108 | 2 | | |
| | | | | | | 108 | 4 | 108 | 7 | | |
| | | | | | | 108 | 10 | 108 | 11 | | |
| | | | | | | 108 | 19 | 108 | 25 | | |
| 106 | 20 | 107 | 14 | | | | | | | | |
| 112 | 1 | 112 | 4 | | | 110 | 25 | 111 | 25 | | |
| 112 | 6 | 112 | 6 | | | | | | | | |
| 116 | 3 | 116 | 10 | | | 114 | 13 | 114 | 22 | | |
| | | | | | | 117 | 1 | 117 | 7 | | |
| 190 | 20 | 191 | 6 | | | 190 | 13 | 190 | 20 (end with "police.") | | |
| | | | | | | 191 | 7 | 191 | 9 (end with "minor.") | | |
| 191 | 9 | 191 | 11 | | | | | | | | |
| 191 | 16 | 191 | 24 | | | | | | | | |
| 229 | 21 | 229 | 23 | | | 229 | 13 | 229 | 16 | | |
| | | | | | | 229 | 19 | 229 | 19 | | |
| 229 | 25 | 230 | 2 | | | | | | | | |
| 230 | 12 | 231 | 8 | Irrelevant, prejudicial, confusing, and misleading.  There has been no evidence offered in this case that racial profiling is related to identifying prostitution and/or sex trafficking taking place at hotels, other than by Defendants to introduce irrelevant, prejudicial, and confusing evidence and to mislead the jury. | | | | | | | | |
| 232 | 2 | 232 | 9 | Irrelevant, prejudicial, confusing, | | | | | | | |
| 233 | 17 | 234 | 2 | | | | | | | | |
| 234 | 4 | 234 | 8 | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 234 | 10 | 235 | 15 | 234:25-236:7 Irrelevant, prejudicial, confusing, and misleading.  There has been no evidence offered in this case that racial profiling is related to identifying prostitution and/or sex trafficking taking place at hotels, other than by Defendants to introduce irrelevant, prejudicial, and confusing evidence and to mislead the jury. | | | | | | | | |
| 235 | 17 | 235 | 17 | See objection above | | | | | | | | |
| 235 | 19 | 236 | 2 | See objection above | | | | | | | | |
| 236 | 4 | 236 | 7 | See objection above | | 236 237 237 238 | 25 18 21 12 | 237 237 238 238 | 16 19 8 13 | | | | |
| 239 | 1 | 239 | 10 | 239:4-6, 8-10 Leading | | | | | | | | |
| 239 | 12 | 239 | 12 | | | | | | | | | |
| 239 | 14 | 239 | 16 | Leading | | | | | | | | |
| 239 | 18 | 239 | 18 | | | | | | | | | |
| 239 | 20 | 240 | 5 | Leading | | | | | | | | |
| 240 | 11 | 240 | 23 | | | | | | | | | |
| 240 | 25 | 240 | 25 | | | | | | | | | |
| 241 | 2 | 241 | 25 | | | 242 242 242 | 1 9 17 | 242 242 242 | 3 14 25 | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Jane Doe 1 (Kristin Krawczyk) |
|---|---|
| DEPOSITION DATE: | 6/9/2022-6/10/2022 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections |
| 7 | 5 | 7 | 12 | | | | | | | |
| 7 | 24 | 8 | 6 | | | 8 | 9 | 8 | 12 | |
| 8 | 24 | 9 | 1 | | | 9 | 2 | 9 | 3 | |
| 12 | 6 | 12 | 11 | | | | | | | |
| 12 | 22 | 12 | 23 | | | | | | | |
| 13 | 1 | 13 | 6 | | | | | | | |
| 14 | 6 | 14 | 9 | | | 14 | 10 | 14 | 11 | |
| 14 | 12 | 14 | 23 | | | | | | | |
| 15 | 12 | 15 | 15 | | | | | | | |
| 16 | 12 | 16 | 13 | | | 16 | 6 | 16 | 11 | |
| 17 | 1 | 20 | 13 | Relevance; Rule 403 (waste of time); Rule 404(b) | | | | | | |
| 24 | 1 | 24 | 2 | | | 24 | 3 | 24 | 9 | |
| 25 | 3 | 25 | 14 | Relevance; Rule 403 (prejudicial, confusion, waste of time); Rule 404(b) | | | | | | |
| 28 | 2 | 28 | 25 | Relevance; Rule 403 (prejudicial, confusion, waste of time); Rule 404(b) | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | COUNTER DESIGNATIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | Objections | Replies to Objections |
| 29 | 6 | 29 | 8 | Relevance; Rule 403 (prejudicial, confusion, waste of time); Rule 404(b) | | 29 | 9 | 29 | 12 | | |
| 34 | 7 | 34 | 11 | | | | | | | |
| 34 | 19 | 35 | 1 | | | 35 | 2 | 35 | 16 | | |
| 35 | 17 | 36 | 11 | | | 36 | 12 | 36 | 22 | | |
| 36 | 23 | 37 | 7 | | | 37 | 8 | 37 | 12 | | |
| 38 | 11 | 39 | 9 | | | | | | | |
| 39 | 13 | 39 | 14 | | | | | | | |
| 39 | 20 | 39 | 24 | | | | | | | |
| 40 | 7 | 40 | 15 | Relevance; Rule 403 (confusion, waste of time) | | 40 | 20 | 40 | 21 | | |
| 41 | 8 | 41 | 13 | | | 40 | 22 | 41 | 7 | | |
| | | | | | | 42 | 22 | 43 | 4 | | |
| 45 | 7 | 45 | 11 | Relevance; Rule 403 (confusion, waste of time) | | | | | | |
| 48 | 22 | 49 | 12 | | | | | | | |
| 49 | 17 | 49 | 17 | | | | | | | |
| 49 | 19 | 49 | 19 | | | | | | | |
| 50 | 5 | 50 | 8 | Relevance; Rule 403 (confusion) | | | | | | |
| 52 | 7 | 52 | 21 | | | | | | | |
| 53 | 20 | 53 | 22 | | | | | | | |
| 53 | 24 | 54 | 8 | | | | | | | |
| 54 | 12 | 56 | 10 | | | | | | | |
| 56 | 16 | 56 | 19 | | | | | | | |
| 56 | 25 | 57 | 13 | | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | *COUNTER DESIGNATIONS* | | | | |
|---|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | | *Page/Line End* | *Objections* | *Replies to Objections* | *Page/Line Begin* | | *Page/Line End* | *Objections* | *Replies to Objections* |
| 57 | 19 | 57 | 20 | | | | | | |
| 57 | 23 | 57 | 24 | | | | | | |
| 58 | 3 | 58 | 4 | | | | | | |
| 58 | 11 | 58 | 20 | | | 58 | 21 | 59 | 9 | |
| 60 | 15 | 60 | 16 | | | | | | |
| 60 | 18 | 60 | 20 | | | | | | |
| 60 | 22 | 61 | 9 | | | | | | |
| 61 | 24 | 62 | 1 | | | 62 | 2 | 62 | 20 | |
| 62 | 21 | 62 | 24 | | | | | | |
| 63 | 3 | 63 | 5 | | | | | | |
| 63 | 9 | 63 | 11 | | | 63 | 12 | 63 | 25 | |
| 64 | 1 | 64 | 9 | | | | | | |
| 64 | 14 | 64 | 18 | | | | | | |
| 72 | 18 | 73 | 3 | | | 73 | 4 | 73 | 10 | |
| 74 | 7 | 74 | 8 | | | 74 | 9 | 74 | 9 | |
| 74 | 13 | 74 | 14 | | | | | | |
| 77 | 1 | 77 | 5 | | | | | | |
| 77 | 15 | 78 | 8 | Relevance; Rule 403 (prejudice, confusion, waste of time); Rule 404(b) | | | | | | |
| 78 | 19 | 78 | 22 | Relevance; Rule 403(prejudice); Rule 404(b) | | | | | | |
| 79 | 16 | 79 | 25 | Relevance; Rule 403 (prejudice, confusion, waste of time); Rule 404(b) | | 80 | 13 | 80 | 21 | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | COUNTER DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|
| Page/Line Begin | Page/Line End | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections |
| 81 | 4 | 81 | 15 | Relevance; Rule 403 (prejudice, confusion, waste of time); Rule 404(b) | | | |
| 82 | 3 | 82 | 13 | Relevance; Rule 403 (prejudice, confusion, waste of time); Rule 404(b); Rule 609 | | | |
| 82 | 15 | 82 | 23 | Relevance; Rule 403 (prejudice, confusion, waste of time); Rule 404(b); Rule 609 | | | |
| 83 | 4 | 83 | 10 | Relevance; Rule 403 (prejudice, confusion, waste of time); Rule 404(b); Rule 609 | | | |
| 84 | 4 | 84 | 21 | Relevance; Rule 403 (prejudice, confusion, waste of time); Rule 404(b); Rule 609 | | | |
| 85 | 19 | 86 | 4 | Relevance; Rule 403(prejudice, confusion, waste of time) | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections |
| 86 | 14 | 87 | 2 | Relevance; Rule 403(prejudice, confusion, waste of time) | | | | | | | |
| 87 | 5 | 87 | 7 | Relevance; Rule 403(prejudice, confusion, waste of time) | | 87 | 8 | 87 | 9 | | |
| 87 | 10 | 87 | 25 | Relevance; Rule 403(prejudice, confusion, waste of time) | | | | | | | |
| 88 | 10 | 88 | 17 | Relevance; Rule 403(prejudice, confusion, waste of time) | | | | | | | |
| 93 | 13 | 93 | 23 | Relevance; Rule 403(prejudice, confusion, waste of time) | | | | | | | |
| 94 | 1 | 94 | 22 | Relevance; Rule 403(prejudice, confusion, waste of time) | | | | | | | |
| 96 | 14 | 97 | 4 | Relevance; Rule 403(prejudice, confusion, waste of time); Rule 404(b) | | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | | *COUNTER DESIGNATIONS* | | | |
| Page/Line Begin | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections |
|---|---|---|---|---|---|---|---|---|
| 97 | 22 | 98 | 13 | Relevance; Rule 403(prejudice, confusion, waste of time); Rule 404(b) | | | | |
| 98 | 23 | 99 | 2 | Relevance; Rule 403(prejudice, confusion, waste of time); Rule 404(b) | | | | |
| 99 | 5 | 99 | 8 | Relevance; Rule 403(prejudice, confusion, waste of time); Rule 404(b) | | | | |
| 99 | 17 | 99 | 18 | Relevance; Rule 403(prejudice, confusion, waste of time); Rule 404(b) | | | | |
| 99 | 24 | 100 | 21 | Relevance; Rule 403(prejudice, confusion, waste of time); Rule 404(b); Rue 609 | | | | |
| 100 | 24 | 101 | 1 | Relevance; Rule 403(prejudice, confusion, waste of time); Rule 404(b) | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | *COUNTER DESIGNATIONS* | | | | |
| *Page/Line Begin* | *Page/Line End* | *Objections* | *Replies to Objections* | *Page/Line Begin* | *Page/Line End* | *Objections* | *Replies to Objections* | |
| 101 | 6 | 102 | 14 | Relevance; Rule 403(prejudice, confusion, waste of time); Rule 404(b) | | | | |
| 102 | 18 | 103 | 13 | Relevance; Rule 403(prejudice, confusion, waste of time); Rule 404(b) | | | | |
| 103 | 18 | 104 | 10 | Relevance; Rule 403(prejudice, confusion, waste of time); Rule 404(b) | | | | |
| 105 | 11 | 105 | 16 | | | | | |
| 105 | 18 | 106 | 12 | | | | | |
| 106 | 20 | 106 | 23 | Relevance; Rule 403(prejudice, confusion, waste of time); Rule 404(b) | | | | |
| 107 | 6 | 107 | 15 | Relevance; Rule 403(prejudice, confusion, waste of time); Rule 404(b) | | | | |
| 112 | 17 | 113 | 2 | | | | | |
| 113 | 6 | 113 | 16 | | | | | |
| 114 | 9 | 114 | 11 | | | 114 | 12 | 115 | 15 | |
| 116 | 11 | 116 | 14 | | | | | |
| 117 | 7 | 118 | 17 | | | 118 | 18 | 118 | 24 | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | COUNTER DESIGNATIONS | | | | |
|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | Page/Line End | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | Objections | Replies to Objections |
| 118 | 25 | 119 | 8 | | | | | | |
| 119 | 15 | 121 | 18 | Relevance; hearsay; Rule 404(b) | | 121 | 19 | 121 | 24 | | |
| 122 | 9 | 122 | 17 | | | 122 | 18 | 122 | 24 | | |
| 123 | 16 | 123 | 23 | | | | | | |
| 124 | 13 | 124 | 18 | | | | | | |
| 127 | 16 | 127 | 17 | | | 125 | 4 | 126 | 15 | | |
| | | | | | | 126 | 18 | 127 | 8 | | |
| | | | | | | 127 | 10 | 127 | 14 | | |
| 127 | 19 | 127 | 19 | | | | | | |
| 127 | 21 | 128 | 2 | Relevance; Rule 403 (prejudice, confusion, waste of time, cumulative) | | | | | |
| 128 | 8 | 128 | 11 | | | | | | |
| 128 | 15 | 128 | 24 | Relevance; Rule 403 (prejudice, confusion, waste of time, cumulative) | | | | | |
| 129 | 18 | 131 | 5 | | | | | | |
| 131 | 21 | 131 | 23 | | | | | | |
| 132 | 11 | 132 | 17 | | | | | | |
| 133 | 2 | 133 | 4 | | | | | | |
| 133 | 21 | 133 | 24 | | | 133 | 2 | 133 | 20 | | |
| 134 | 8 | 134 | 13 | | | | | | |
| 134 | 20 | 135 | 2 | | | 134 | 19 | 134 | 19 | | |
| 135 | 6 | 135 | 25 | | | 135 | 3 | 135 | 5 | | |
| 137 | 6 | 137 | 13 | | | 137 | 14 | 138 | 4 | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | *COUNTER DESIGNATIONS* | | | | |
| *Page/Line Begin* | *Page/Line End* | *Objections* | *Replies to Objections* | *Page/Line Begin* | | *Page/Line End* | *Objections* | *Replies to Objections* |
|---|---|---|---|---|---|---|---|---|
| 138 | 18 | 139 | 1 | | | | | |
| 139 | 10 | 139 | 17 | | | | | |
| 139 | 23 | 139 | 24 | | | | | |
| 140 | 1 | 140 | 9 | | | | | |
| 142 | 2 | 142 | 9 | | | | | |
| 142 | 16 | 142 | 21 | 142 | 22 | 142 | 23 | |
| 142 | 24 | 143 | 6 | | | | | |
| 143 | 9 | 143 | 12 | | | | | |
| 144 | 9 | 144 | 18 | | | | | |
| 144 | 23 | 144 | 24 | | | | | |
| 145 | 4 | 145 | 7 | 145 | 8 | 145 | 10 | |
| 145 | 11 | 145 | 21 | | | | | |
| 145 | 24 | 146 | 8 | | | | | |
| 146 | 19 | 146 | 25 | | | | | |
| 147 | 12 | 147 | 18 | 147 | 19 | 148 | 14 | |
| 149 | 2 | 151 | 1 | Relevance; Rule 403 (confusion, waste of time) | | | | |
| 151 | 9 | 152 | 3 | Rule 403 (confusion, waste of time) | | | | |
| 154 | 2 | 154 | 21 | | | 154 | 22 | 154 | 25 | |
| 155 | 1 | 155 | 8 | | | | | |
| 155 | 10 | 155 | 16 | | | | | |
| 157 | 12 | 158 | 13 | | | | | |
| 158 | 15 | 158 | 15 | | 158 | 17 | 158 | 21 | |
| | | | | | 158 | 23 | 159 | 23 | |
| 162 | 6 | 162 | 7 | | | | | |
| 162 | 9 | 162 | 9 | | 161 | 15 | 161 | 16 | |
| | | | | | 161 | 18 | 162 | 4 | |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | COUNTER DESIGNATIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections |
| 162 | 11 | 162 | 12 | Misrepresents prior testimony | | | | | | | |
| 162 | 14 | 162 | 14 | Misrepresents prior testimony | | | | | | | |
| 162 | 16 | 162 | 19 | | | | | | | | |
| 162 | 23 | 163 | 1 | | | | | | | | |
| 163 | 3 | 163 | 5 | | | | | | | | |
| 163 | 8 | 163 | 13 | | | 163 | 14 | 163 | 21 (end with "Red Roof Inn") | | |
| 167 | 22 | 168 | 5 | | | | | | | | |
| 180 | 18 | 181 | 10 | | | | | | | | |
| 181 | 18 | 181 | 19 | | | 181 | 11 | 181 | 12 | | |
| 182 | 1 | 182 | 4 | | | | | | | | |
| 182 | 21 | 183 | 23 | Relevance; Rule 403 (prejudice, confusion, waste of time) | | 183 | 24 | 184 | 8 | | |
| 184 | 16 | 185 | 1 | | | 185 | 2 | 185 | 8 | | |
| 185 | 9 | 186 | 8 | | | | | | | | |
| 186 | 19 | 187 | 6 | | | | | | | | |
| 189 | 16 | 189 | 23 | | | | | | | | |
| 190 | 3 | 190 | 12 | | | | | | | | |
| 191 | 3 | 191 | 8 | | | 191 | 9 | 191 | 13 | | |
| 191 | 14 | 191 | 20 | | | 192 | 12 | 192 | 13 | | |
| 192 | 14 | 192 | 18 | | | 192 | 19 | 193 | 20 | | |
| 193 | 21 | 193 | 24 | | | 194 | 4 | 195 | 6 | | |
| | | | | | | 196 | 4 | 196 | 14 | | |
| 196 | 20 | 197 | 15 | | | 197 | 16 | 199 | 7 | | |
| 199 | 8 | 200 | 11 | | | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | COUNTER DESIGNATIONS | | | | |
|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | Objections | Replies to Objections |
| 200 | 13 | 200 | 13 | | | | | | |
| 200 | 15 | 200 | 16 | | | 200 | 17 | 202 | 22 | | |
| 203 | 18 | 204 | 12 | | | 203 | 3 | 203 | 17 | | |
| | | | | | | 204 | 13 | 205 | 7 | | |
| 205 | 8 | 205 | 17 | | | 205 | 17 | 207 | 1 | | |
| 207 | 5 | 207 | 14 | | | 207 | 15 | 207 | 21 | | |
| | | | | | | 208 | 7 (begin with "Who") | 208 | 21 | | |
| 208 | 25 | 209 | 5 | | | 208 | 22 | 208 | 24 | | |
| 210 | 11 | 210 | 20 | | | | | | | |
| 210 | 22 | 211 | 12 | | | | | | | |
| 211 | 19 | 212 | 9 | | | 212 | 10 | 213 | 23 | | |
| 213 | 24 | 214 | 19 | | | | | | | |
| 217 | 3 | 217 | 13 | | | 217 | 14 | 218 | 3 | | |
| 218 | 25 | 219 | 5 | | | | | | | |
| 219 | 12 | 219 | 25 | | | 220 | 1 | 220 | 14 | | |
| | | | | | | 221 | 9 | 221 | 15 | | |
| 224 | 11 | 224 | 15 | | | 222 | 24 | 223 | 10 | | |
| 224 | 17 | 224 | 18 | | | | | | | |
| 224 | 20 | 224 | 21 | | | | | | | |
| 224 | 23 | 224 | 23 | | | | | | | |
| 228 | 21 | 228 | 25 | | | | | | | |
| 231 | 23 | 231 | 25 | | | 231 | 9 (begin with "The") | 231 | 22 | | |
| 233 | 2 | 233 | 19 | | | | | | | |
| 234 | 2 | 234 | 15 | | | | | | | |
| 238 | 9 | 238 | 22 | | | 237 | 22 (begin with "How") | 238 | 8 | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | *COUNTER DESIGNATIONS* | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | | *Page/Line End* | *Objections* | *Replies to Objections* | *Page/Line Begin* | | *Page/Line End* | *Objections* | *Replies to Objections* |
| 241 | 5 | 241 | 12 | | | 240 | 10 | 240 | 4 | | |
| 241 | 14 | 241 | 21 | | | 241 | 13 | 241 | 13 | | |
| | | | | | | 242 | 4 | 242 | 8 | | |
| 247 | 17 | 247 | 23 | | | | | | | | |
| 248 | 4 | 248 | 6 | | | 248 | 7 | 248 | 17 | | |
| 249 | 11 | 250 | 5 | | | | | | | | |
| 257 | 4 | 257 | 11 | | | 257 | 12 | 257 | 19 | | |
| 257 | 20 | 258 | 3 | | | | | | | | |
| 258 | 7 | 258 | 10 | | | 258 | 11 | 258 | 11 | | |
| 258 | 12 | 258 | 17 | | | | | | | | |
| 259 | 2 | 259 | 10 | | | 258 | 18 | 259 | 1 | | |
| 259 | 16 | 259 | 20 | | | 259 | 21 | 260 | 7 | | |
| 263 | 18 | 264 | 3 | | | | | | | | |
| 265 | 21 | 266 | 23 | | | | | | | | |
| 267 | 5 | 267 | 6 | | | 267 | 7 | 267 | 8 (end with "Shivers") | | |
| 267 | 13 | 267 | 24 | | | | | | | | |
| 268 | 2 | 268 | 15 | | | | | | | | |
| 268 | 17 | 268 | 17 | | | | | | | | |
| 268 | 19 | 268 | 23 | 268:23: Calls for speculation | | | | | | |
| 268 | 25 | 268 | 25 | Calls for speculation | | | | | | |
| 269 | 2 | 269 | 3 | | | | | | | | |
| 269 | 6 | 269 | 7 | | | | | | | | |
| 269 | 9 | 269 | 14 | | | | | | | | |
| 269 | 19 | 270 | 2 | | | | | | | | |
| 270 | 12 | 270 | 24 | | | | | | | | |
| 271 | 7 | 271 | 14 | | | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | COUNTER DESIGNATIONS | | | | |
|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | Page/Line End | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | Objections | Replies to Objections |
| 274 | 24 | 275 | 3 | Relevance; Rule 404(b) | | | | |
| 275 | 10 | 275 | 14 | Relevance; Rule 404(b) | | | | |
| 275 | 18 | 276 | 23 | Relevance; Rule 404(b) | | | | |
| 277 | 25 | 278 | 17 | | | | | |
| 278 | 19 | 279 | 24 | | 278 | 18 | 278 | 18 | | |
| 280 | 1 | 280 | 13 | | 279 | 25 | 279 | 25 | | |
| 280 | 17 | 280 | 22 | | 280 | 14 | 280 | 16 | | |
| | | | | | 280 | 23 | 281 | 9 | | |
| 282 | 8 | 282 | 13 | | | | | | |
| 284 | 1 | 285 | 2 | | | | | | |
| 285 | 21 | 286 | 1 | | | | | | |
| Vol. 2 6/10/2022 | | | | | | | | |
| 295 | 1 | 296 | 7 | | | | | | |
| 296 | 17 | 296 | 23 | | | | | | |
| 297 | 4 | 298 | 17 | | 298 | 18 | 298 | 19 | | |
| 298 | 23 | 299 | 5 | | | | | | |
| 300 | 12 | 301 | 17 | | | | | | |
| 301 | 19 | 302 | 3 | | | | | | |
| 302 | 5 | 302 | 9 | | | | | | |
| 303 | 18 | 303 | 21 | | | | | | |
| 303 | 24 | 303 | 25 | | | | | | |
| 305 | 16 | 305 | 22 | | | | | | |
| 306 | 2 | 306 | 10 | | | | | | |
| 306 | 16 | 306 | 21 | | | | | | |
| 308 | 23 | 309 | 4 | | 308 | 1 | 308 | 2 | | |
| | | | | | 308 | 18 | 308 | 22 | | |
| 309 | 6 | 309 | 7 | | | | | | |
| 309 | 9 | 310 | 2 | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | *COUNTER DESIGNATIONS* | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* | *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* |
| 311 | 13 | 311 | 21 | | | | | | | | |
| 312 | 3 | 312 | 7 | | | | | | | | |
| 313 | 15 | 313 | 18 | | | 313 | 19 | 313 | 22 | | |
| 315 | 8 | 315 | 17 | | | 315 | 18 | 316 | 7 | | |
| 316 | 16 | 318 | 12 | Authentication; Relevance; Rule 403 (confusion, waste of time) | | | | | | | |
| 319 | 5 | 319 | 18 | | | 318 | 22 | 319 | 4 | | |
| | | | | | | 319 | 20 | 320 | 3 | | |
| 320 | 18 | 320 | 21 | | | | | | | | |
| 328 | 8 | 328 | 20 | | | 327 | 13 | 328 | 7 | | |
| 328 | 24 | 329 | 22 | | | | | | | | |
| 330 | 3 | 330 | 10 | | | 330 | 11 | 330 | 21 | | |
| 332 | 8 | 333 | 24 | | | | | | | | |
| 334 | 3 | 334 | 8 | Relevance; Rule 404(b) | | | | | | | |
| 334 | 15 | 334 | 21 | Relevance; Rule 404(b) | | | | | | | |
| 335 | 2 | 335 | 24 | Relevance; Rule 404(b); Rule 403 (confusion, prejudice, waste of time) | | | | | | | |
| 337 | 10 | 337 | 14 | Relevance; Rule 404(b); Rule 403 (confusion, prejudice, waste of time) | | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | | *COUNTER DESIGNATIONS* | | | | |
| *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* | *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 337 | 18 | 337 | 21 | Relevance; Rule 404(b); Rule 403 (confusion, prejudice, waste of time) | | 337 | 23 | 338 | 9 | | |
| 342 | 6 | 342 | 18 | Relevance; Rule 404(b); Rule 403 (as to 342:16-18) (confusion, waste of time) | | 342 | 19 | 342 | 20 | | |
| | | | | | | 343 | 5 | 343 | 8 | | |
| 343 | 11 | 343 | 18 | | | | | | | | |
| 343 | 23 | 344 | 9 | Relevance; Rule 404(b) | | | | | | | |
| 344 | 14 | 345 | 23 | Relevance; Rule 404(b) | | 345 | 24 | 345 | 25 | | |
| 346 | 1 | 347 | 5 | Relevance; Rule 403 (confusion, waste of time); Rule 412 | | | | | | | |
| 347 | 18 | 348 | 14 | Relevance; Rule 412 | | | | | | | |
| 348 | 22 | 349 | 8 | Relevance; Rule 412 | | | | | | | |
| 349 | 20 | 350 | 3 | | | | | | | | |
| 352 | 1 | 352 | 4 | Relevance; Rule 412 | | 352 | 5 | 352 | 13 | | |
| 352 | 15 | 352 | 21 | | | | | | | | |

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | | *COUNTER DESIGNATIONS* | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* | *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* |
| 353 | 19 | 353 | 21 | Relevance; Rule 404(b); Rule 403(prejudice, confusion, waste of time) | | | | | | | |
| 354 | 9 | 354 | 10 | Relevance; Rule 404(b); Rule 403(prejudice, confusion, waste of time) | | | | | | | |
| 354 | 14 | 354 | 22 | Relevance; Rule 404(b); Rule 403(prejudice, confusion, waste of time) | | | | | | | |
| 356 | 8 | 356 | 24 | Relevance; Rule 404(b); Rule 403(prejudice, confusion, waste of time) | | | | | | | |
| 357 | 10 | 357 | 15 | Relevance; Rule 404(b); Rule 403(prejudice, confusion, waste of time) | | 357 | 16 | 357 | 17 | | |
| 357 | 18 | 357 | 22 | Relevance; Rule 404(b); Rule 403(prejudice, confusion, waste of time) | | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | COUNTER DESIGNATIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections |
| 358 | 10 | 359 | 3 | Relevance; Rule 404(b); Rule 403(prejudice, confusion, waste of time) | | | | | | | |
| 360 | 24 | 361 | 7 | Relevance; Rule 404(b); Rule 403(prejudice, confusion, waste of time) | | | | | | | |
| 363 | 5 | 364 | 15 | Relevance; Rule 403 (confusion, waste of time) | | | | | | | |
| 365 | 1 | 365 | 13 | | | | | | | | |
| 367 | 10 | 367 | 25 | Relevance; Rule 403 (confusion, waste of time) | | | | | | | |
| 371 | 6 | 371 | 21 | | | | | | | | |
| 373 | 22 | 374 | 2 | | | | | | | | |
| 374 | 12 | 374 | 23 | | | | | | | | |
| 376 | 22 | 377 | 8 | | | | | | | | |
| 377 | 10 | 377 | 12 | | | 377 | 14 | 377 | 23 | | |
| 377 | 25 | 378 | 6 | | | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Jane Doe 1 (Kristin Krawczyk) |
|---|---|
| DEPOSITION DATE: | 9/22/2022-23 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | COUNTER DESIGNATIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | Page/Line End | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections |
| 6 | 17 | 6 | 25 | | | | | | |
| 8 | 8 | 8 | 12 | | | | | | |
| 8 | 16 | 8 | 24 | 8 | 25 | 9 | 2 | | |
| 9 | 4 | 9 | 13 | 9 | 14 | 10 | 11 | | |
| 12 | 5 | 13 | 2 | | | | | | |
| 13 | 18 | 14 | 3 | 13 | 3 | 13 | 7 | | |
| 14 | 5 | 14 | 12 | | | | | | |
| 16 | 10 | 17 | 8 | 17 | 9 | 17 | 13 | | |
| 19 | 9 | 19 | 22 | | | | | | |
| 20 | 2 | 20 | 20 | 20 | 21 | 20 | 23 | | |
| 20 | 24 | 22 | 5 | 22 | 6 | 22 | 23 | | |
| 27 | 2 | 28 | 1 | | | | | | |
| 28 | 6 | 29 | 3 | | | | | | |
| 31 | 22 | 32 | 6 | 32 | 10 | 32 | 12 | | |
| 32 | 13 | 32 | 19 | | | | | | |
| 34 | 3 | 34 | 5 | | | | | | |
| 34 | 19 | 35 | 13 | 35 | 14 | 36 | 1 | | |
| | | | | 36 | 14 | 36 | 25 | | |
| 38 | 15 | 38 | 19 | | | | | | |
| 38 | 21 | 39 | 4 | | | | | | |
| 40 | 18 | 41 | 20 | | | | | | |
| 42 | 4 | 42 | 8 | | | | | | |
| 45 | 2 | 45 | 11 | | | | | | |
| 46 | 14 | 46 | 21 | | | | | | |
| 47 | 7 | 48 | 16 | | | | | | |
| 49 | 20 | 50 | 11 | | | | | | |
| 54 | 22 | 54 | 24 | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | *COUNTER DESIGNATIONS* | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | | *Page/Line End* | *Objections* | *Replies to Objections* | *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* |
| 55 | 1 | 55 | 15 | | | | | | | |
| 58 | 16 | 59 | 3 | | | | | | | |
| 64 | 10 | 65 | 13 | | | | | | | |
| 66 | 25 | 67 | 3 | | | | | | | |
| 69 | 21 | 70 | 2 | | | 70 | 3 | 70 | 10 | |
| 71 | 2 | 71 | 9 | | | | | | | |
| 71 | 24 | 72 | 7 | | | 72 | 8 | 72 | 16 | |
| 73 | 3 | 73 | 21 | | | 72 | 25 | 73 | 2 | |
| 74 | 12 | 74 | 23 | | | | | | | |
| 76 | 1 | 76 | 16 | | | | | | | |
| 80 | 23 | 81 | 20 | | | | | | | |
| 91 | 23 | 92 | 4 | | | | | | | |
| 92 | 18 | 94 | 5 | | | | | | | |
| 94 | 17 | 95 | 8 | | | | | | | |
| 114 | 18 | 114 | 22 | | | | | | | |
| 115 | 3 | 115 | 11 | | | | | | | |
| 115 | 16 | 115 | 22 | | | 115 | 23 | 116 | 9 | |
| 116 | 10 | 116 | 18 | | | | | | | |
| 119 | 14 | 120 | 2 | | | | | | | |
| 120 | 7 | 121 | 7 | | | 121 | 8 | 122 | 2 | |
| 122 | 9 | 122 | 16 | | | 122 | 17 | 123 | 5 | |
| 125 | 17 | 125 | 23 | | | | | | | |
| 139 | 8 | 139 | 23 | Relevance; Rule 404(b); Rule 403 (prejudice, confusion, waste of time) | | | | | | | |
| 140 | 15 | 140 | 22 | | | | | | | |
| 144 | 6 | 145 | 4 | | | | | | | |
| 147 | 7 | 148 | 17 | | | | | | | |
| 149 | 1 | 149 | 14 | | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | *COUNTER DESIGNATIONS* | | | | | |
| *Page/Line Begin* | | *Page/Line End* | *Objections* | *Replies to Objections* | *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* |
|---|---|---|---|---|---|---|---|---|---|---|
| 150 | 18 | 150 | 24 | | | | | | | |
| 152 | 17 | 152 | 22 | | | | | | | |
| 153 | 12 | 154 | 3 | | | | | | | |
| 154 | 9 | 155 | 3 | | | | | | | |
| 157 | 19 | 158 | 4 | | | | | | | |
| 158 | 8 | 158 | 20 | | | 158 | 21 | 159 | 1 | |
| 160 | 7 | 160 | 21 | | | | | | | |
| 163 | 10 | 165 | 24 | | | | | | | |
| 167 | 8 | 167 | 16 | | | | | | | |
| 168 | 16 | 169 | 3 | | | | | | | |
| 169 | 12 | 170 | 5 | | | | | | | |
| 171 | 9 | 173 | 15 | | | | | | | |
| 173 | 19 | 173 | 25 | | | 174 | 1 | 174 | 6 | |
| 174 | 7 | 175 | 1 | | | 175 | 2 | 176 | 2 | |
| 177 | 13 | 177 | 17 | Relevance; Rule 404(b); Rule 403 (prejudice, confusion, waste of time) | | | | | | |
| 177 | 20 | 179 | 3 | Relevance; Rule 404(b); Rule 403 (prejudice, confusion, waste of time) | | | | | | |
| 180 | 6 | 180 | 12 | | | | | | | |
| 180 | 16 | 181 | 9 | | | | | | | |
| 182 | 10 | 182 | 14 | | | 182 | 15 | 182 | 19 | |
| | | | | | | 182 | 21 | 182 | 24 | |
| 183 | 7 | 183 | 9 | Authenticity, Hearsay, Relevance | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | *COUNTER DESIGNATIONS* | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* | *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* |
| 183 | 18 | 184 | 4 | Authenticity, Hearsay, Relevance | | | | | | | |
| 184 | 14 | 185 | 19 | Authenticity, Hearsay, Relevance | | 185 | 21 | 186 | 6 | | |
| 186 | 18 | 187 | 8 | Authenticity, Hearsay, Relevance | | | | | | | |
| 187 | 12 | 187 | 14 | | | | | | | | |
| 187 | 16 | 187 | 23 | | | | | | | | |
| 188 | 11 | 188 | 17 | Authenticity, Hearsay, Relevance | | | | | | | |
| 190 | 3 | 190 | 16 | Authenticity, Hearsay, Relevance | | | | | | | |
| 190 | 25 | 191 | 21 | Authenticity, Hearsay, Relevance | | | | | | | |
| 192 | 2 | 192 | 25 | Authenticity, Hearsay, Relevance | | | | | | | |
| 193 | 11 | 194 | 12 | | | | | | | | |
| 195 | 6 | 195 | 10 | Authenticity, Hearsay, Relevance; Rule 403 (prejudice, confusion, waste of time); Rule 404(b) | | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | | *COUNTER DESIGNATIONS* | | | | | |
| *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* | *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 195 | 23 | 198 | 11 | Rule 403 (prejudice, confusion, waste of time) | | | | | | | |
| 198 | 22 | 201 | 13 | | | 201 | 14 | 201 | 23 | | |
| 201 | 24 | 203 | 22 | | | | | | | | |
| 204 | 13 | 204 | 18 | | | | | | | | |
| 207 | 21 | 208 | 2 | | | 208 | 3 | 208 | 4 | | |
| 208 | 5 | 208 | 22 | | | 208 | 23 | 209 | 3 | | |
| 210 | 2 | 210 | 11 | Relevance; Rule 403 (confusion, waste of time) | | | | | | | |
| 210 | 24 | 211 | 1 | | | 210 | 20 | 210 | 23 | | |
| 211 | 11 | 211 | 16 | | | 211 | 17 | 211 | 24 | | |
| 213 | 13 | 213 | 25 | | | | | | | | |
| 215 | 14 | 216 | 12 | | | | | | | | |
| 217 | 7 | 217 | 18 | | | | | | | | |
| 218 | 2 | 218 | 4 | | | | | | | | |
| 219 | 8 | 219 | 22 | | | | | | | | |
| 220 | 4 | 220 | 19 | | | | | | | | |
| 220 | 24 | 222 | 2 | | | | | | | | |
| 222 | 14 | 222 | 19 | | | | | | | | |
| 225 | 6 | 226 | 18 | | | | | | | | |
| 226 | 22 | 227 | 12 | | | 227 | 13 | 227 | 20 | | |
| 228 | 20 | 229 | 3 | | | | | | | | |
| 236 | 3 | 236 | 6 | | | | | | | | |
| 240 | 23 | 241 | 2 | | | | | | | | |
| 241 | 12 | 241 | 24 | | | | | | | | |
| 242 | 9 | 242 | 13 | | | 242 | 14 | 242 | 16 | | |
| 242 | 17 | 243 | 9 | | | 243 | 10 | 243 | 12 | | |
| 243 | 14 | 243 | 24 | | | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | COUNTER DESIGNATIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | Page/Line End | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections | | |
| 244 | 6 | 244 | 22 | | | | | | |
| 245 | 5 | 245 | 13 | | | | | | |
| 245 | 18 | 246 | 15 | | | | | | |
| 248 | 3 | 249 | 8 | | | 249 | 9 | 249 | 20 | | |
| 249 | 21 | 251 | 4 | | | 251 | 5 | 251 | 20 | | |
| 254 | 6 | 254 | 22 | | | 254 | 25 | 255 | 5 | | |
| 255 | 10 | 255 | 25 | | | | | | |
| 256 | 3 | 256 | 10 | | | | | | |
| 256 | 19 | 257 | 3 | | | | | | |
| 263 | 16 | 264 | 18 | Relevance; Rule 403 (prejudice, confusion, waste of time); Rule 404(b) | | 264 | 19 | 265 | 2 | | |
| | | | | | | | | | |
| 265 | 3 | 266 | 1 | Relevance; Rule 403 (prejudice, confusion, waste of time); Rule 404(b) | | | | | |
| 266 | 23 | 267 | 14 | Relevance; Rule 403 (prejudice, confusion, waste of time); Rule 404(b) | | | | | |
| 268 | 1 | 268 | 7 | Relevance; Rule 403 (prejudice, confusion, waste of time); Rule 404(b) | | | | | |
| 268 | 13 | 268 | 17 | | | 268 | 18 | 269 | 2 | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | COUNTER DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|
| Page/Line Begin | Page/Line End | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections |
| 269 | 14 | 269 | 21 | | | 269 | 22 | 270 | 9 | | |
| Vol. 2 9/23/2022 | | | | | | | |
| 4 | 23 | 5 | 2 | | | | |
| 5 | 6 | 5 | 13 | | | | |
| 5 | 21 | 6 | 1 | | | | |
| 6 | 5 | 6 | 20 | 6 | 21 | 7 | 9 | | |
| 7 | 10 | 7 | 20 | | | | |
| 7 | 24 | 9 | 4 | 9 | 5 | 9 | 8 | | |
| 10 | 17 | 11 | 4 | | | | |
| 17 | 22 | 17 | 24 | | | | |
| 18 | 1 | 18 | 6 | | | | |
| 28 | 4 | 29 | 5 | | | | |
| 40 | 2 | 40 | 16 | | | | |
| 40 | 22 | 40 | 24 | | | | |
| 41 | 21 | 42 | 5 | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Nha Luan (Vickie) Lam |
|---|---|
| DEPOSITION DATE: | 3/11/2022 |

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | | | *COUNTER DESIGNATIONS* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | *Page/Line End* | | *Objections* | *Replies to Objections* | | *Page/Line Begin* | | *Page/Line End* | | *Objections* | *Replies to Objections* |
| 12 | 8 | 12 | 12 | | | | | | | | |
| 15 | 7 | 16 | 18 | | | | | | | | |
| 19 | 21 | 20 | 16 | | | | | | | | |
| 21 | 2 | 21 | 4 | | | | | | | | |
| 31 | 2 | 32 | 7 | | | | | | | | |
| 32 | 9 | 32 | 10 | | | | | | | | |
| 39 | 8 | 40 | 22 | | | | | | | | |
| 42 | 9 | 43 | 20 | | | | | | | | |
| 43 | 22 | 43 | 23 | | | | | | | | |
| 43 | 25 | 44 | 24 | | | | | | | | |
| 45 | 8 | 46 | 9 | | | | | | | | |
| 46 | 11 | 46 | 12 | | | 46 | 7 | 46 | 9 | | |
| 48 | 4 | 48 | 13 | | | | | | | | |
| 48 | 15 | 48 | 18 | | | | | | | | |
| 49 | 23 | 50 | 17 | | | 49 | 6 | 49 | 22 | | |
| 51 | 7 | 51 | 9 | | | | | | | | |
| 51 | 11 | 52 | 12 | | | | | | | | |
| 52 | 16 | 53 | 20 | | | | | | | | |
| 88 | 22 | 90 | 15 | | | | | | | | |
| 90 | 24 | 91 | 13 | | | | | | | | |
| 91 | 15 | 91 | 16 | | | | | | | | |
| 95 | 12 | 95 | 23 | | | | | | | | |
| 96 | 10 | 96 | 15 | | | 96 | 16 | 96 | 20 | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | 21 | 97 | 15 | | | 97 | 16 | 98 | 25 | | |
| | | | | | | 99 | 2 | 100 | 12 | | |
| | | | | | | 100 | 14 | 100 | 18 | | |
| | | | | | | 100 | 20 | 101 | 9 | | |
| | | | | | | 101 | 12 | 101 | 15 | | |
| 102 | 23 | 102 | 25 | | | | | | | | |
| 150 | 10 | 151 | 19 | | | 151 | 20 | 152 | 12 | | |
| 190 | 22 | 191 | 3 | | | 190 | 10 | 192 | 10 | | |
| 224 | 14 | 224 | 21 | | | 224 | 22 | 225 | 25 | | |
| | | | | | | 226 | 3 | 226 | 5 | | |
| | | | | | | 226 | 7 | 226 | 15 | | |
| | | | | | | 226 | 17 | 226 | 24 | | |
| 229 | 18 | 229 | 22 | | | 229 | 12 | 229 | 17 | | |
| 229 | 24 | 230 | 7 | | | | | | | | |
| 230 | 18 | 230 | 20 | | | 230 | 21 | 230 | 22 | | |
| | | | | | | 230 | 24 | 231 | 15 | | |
| 231 | 16 | 231 | 22 | | | 231 | 23 | 231 | 2 | | |
| | | | | | | 232 | 4 | 232 | 6 | | |
| 232 | 8 | 232 | 19 | | | | | | | | |
| 237 | 18 | 240 | 1 | | | | | | | | |
| 277 | 21 | 227 | 24 | | | 277 | 25 | 278 | 9 | | |
| 316 | 18 | 317 | 14 | | | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| WITNESS NAME: | George Limbert |
|---|---|
| DEPOSITION DATE: | 4/27/2022 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | COUNTER DESIGNATIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | Page/Line End | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections |
| 14 | 21 | 14 | 24 | | | | | | |
| 16 | 7 | 17 | 23 | | | | | | |
| 24 | 4 | 24 | 14 | | | | | | |
| 29 | 14 | 29 | 21 | 29 | 10 | 29 | 13 | | |
| | | | | 30 | 1 | 30 | 12 | | |
| 34 | 14 | 34 | 15 | 34 | 21 | 35 | 10 | | |
| 34 | 17 | 34 | 17 | | | | | | |
| 34 | 19 | 34 | 20 | | | | | | |
| 37 | 19 | 37 | 22 | | | | | | |
| 38 | 2 | 38 | 4 | | | | | | |
| 39 | 25 | 40 | 13 | | | | | | |
| 40 | 22 | 41 | 4 | 41 | 5 | 41 | 7 | | |
| | | | | 41 | 12 | 41 | 17 | | |
| 42 | 2 | 42 | 6 | | | | | | |
| 50 | 12 | 50 | 17 | | | | | | |
| 52 | 13 | 52 | 16 | 53 | 1 | 53 | 4 | | |
| 53 | 10 | 53 | 16 | 53 | 17 | 54 | 2 | | |
| | | | | 54 | 10 | 54 | 13 | | |
| 68 | 2 | 68 | 17 | 68 | 18 | 68 | 23 | | |
| | | | | 68 | 25 | 69 | 2 | | |
| 85 | 2 | 85 | 10 | 85 | 11 | 85 | 25 | | |
| 86 | 1 | 86 | 12 | 86 | 13 | 86 | 16 | | |
| | | | | 86 | 19 | 87 | 1 | | |
| | | | | 87 | 12 | 87 | 15 | | |
| | | | | 87 | 20 | 87 | 25 | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| WITNESS NAME: | George Limbert |
|---|---|
| DEPOSITION DATE: | 4/27/2022 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections |
| 98 | 4 | 98 | 13 | | | 96 | 17 | 97 | 9 | | |
| | | | | | | 97 | 12 | 97 | 13 | | |
| | | | | | | 98 | 14 | 99 | 2 | | |
| | | | | | | 99 | 5 | 99 | 7 | | |
| 114 | 21 | 115 | 7 | | | 113 | 3 | 113 | 13 | | |
| 139 | 12 | 139 | 22 | | | 139 | 23 | 140 | 22 | | |
| 184 | 6 | 184 | 16 | | | | | | | | |
| 184 | 18 | 184 | 21 | | | | | | | | |
| 184 | 23 | 185 | 3 | | | 185 | 4 | 185 | 5 | | |
| | | | | | | 185 | 7 | 185 | 15 | | |
| 185 | 22 | 186 | 25 | | | 185 | 18 | 185 | 21 | | |
| 186 | 2 | 186 | 13 | | | | | | | | |
| 187 | 1 | 187 | 6 | | | | | | | | |
| 187 | 19 | 188 | 3 | | | 188 | 4 | 188 | 10 | | |
| 189 | 8 | 189 | 14 | | | 188 | 18 | 189 | 5 | | |
| 190 | 2 | 190 | 15 | | | | | | | | |
| 191 | 5 | 191 | 7 | | | | | | | | |
| 192 | 6 | 192 | 17 | | | 192(begin with "Did") | 3 | 192 | 5 | | |
| | | | | | | 193 | 6 | 193 | 8 | | |
| | | | | | | 193 | 10 | 193 | 11 | | |
| 197 | 21 | 198 | 9 | | | 197 | 6 | 197 | 12 | | |
| | | | | | | 197 | 15 | 197 | 20 | | |
| | | | | | | 199 | 10 | 200 | 1 | | |
| | | | | | | 200 | 12 | 201 | 4 | | |
| | | | | | | 204 | 3 | 204 | 9 | | |
| | | | | | | 204 | 20 | 206 | 5 | | |
| | | | | | | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Meghan Harrsch (M.H.) |
|---|---|
| DEPOSITION DATE: | 10/5/2022 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | *Page/Line End* | | *Objections* | *Replies to Objections* | *Page/Line Begin* | *Page/Line End* | *Objections* | *Replies to Objections* |
| 8 | 23 | 9 | 3 | | | | | |
| 10 | 12 | 16 | 1 | Irrelevant, prejudicial, confusing and misleading. Her testimony is not that the "plaintiffs" tried to get her "in on something," only JD2. | | | | |
| 16 | 4 | 16 | 11 | | | | | |
| 16 | 22 | 17 | 5 | Nonresponsive, speculative, and asks for information she does not possess. | | | | |
| 18 | 15 | 18 | 19 | | | | | |
| 18 | 21 | 18 | 21 | | | | | |
| 19 | 3 | 19 | 7 | Speculation; asks for information she can't know. | | | | |
| 19 | 9 | 19 | 12 | See above. | | | | |
| 19 | 14 | 19 | 25 | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 2 | 21 | 17 | Irrelevant, prejudicial, confusing and misleading. The witness recants this testimony as to Kristin. | | 21 | 8 | 21 | 12 | | |
| 21 | 20 | 21 | 25 | | | | | | | | |
| 22 | 2 | 27 | 10 | Speculation; asks for information she can't know as to Kristin having sex with Bob Patel. | | | | | | | |
| 27 | 20 | 27 | 23 | Speculation; asks for information she can't know as to Micaela having sex with Bob Patel. | | | | | | | |
| 27 | 25 | 27 | 25 | See above. | | | | | | | |
| 28 | 2 | 28 | 3 | COME BACK | | | | | | | |
| 28 | 6 | 30 | 21 | Speculation; asks for information she can't know as to pimps ever paying employees. | | | | | | | |
| 30 | 23 | 30 | 24 | Speculation; asks for information she can't know about anyone ever paying any employee. | | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 1 | 31 | 1 | See above. | | | | | | | |
| 31 | 10 | 32 | 18 | | | | | | | | |
| 32 | 20 | 35 | 18 | | | | | | | | |
| 37 | 21 | 37 | 23 | Irrelevant, prejudicial, confusing and misleading. That hotel is not at issue in this case. | | | | | | | |
| 38 | 12 | 44 | 12 | Cumulative; these questions were asked and answered as to history with pimps and JD2 contacting her about the lawsuit. | | | | | | | |
| 44 | 14 | 46 | 12 | | | | | | | | |
| 46 | 19 | 51 | 10 | Cumulative; these questions were asked and answered as to which hotels she stayed at with which pimps and her drug history, keeping money from Shivers and spending it, keeping it "quiet." | | | | | | | |
| 51 | 12 | 54 | 20 | | | | | | | | |
| 55 | 5 | 55 | 7 | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 55 | 9 | 55 | 12 | | | | | | | |
| 56 | 10 | 56 | 25 | | | | | | | |
| 57 | 7 | 58 | 4 | Calls for legal conclusion. | | | | | | |
| 58 | 8 | 58 | 10 | See above. | | | | | | |
| 58 | 12 | 58 | 12 | See above. | | | | | | |
| 58 | 16 | 58 | 19 | See above. | | | | | | |
| 58 | 21 | 60 | 3 | See above. | | 60 | 4 | 60 | 9 | |
| 60 | 17 | 60 | 23 | Speculation; asks for information she can't possess as to wether Kwan was ever violent; and whether Micaela ever threatened violence or withheld drugs. | | | | | | |
| 60 | 25 | 62 | 23 | Cumulative; these questions were already asked and answered. | | 61 | 7 | 62 | 23 | |
| 63 | 15 | 64 | 7 | | | | | | | |
| 66 | 2 | 66 | 24 | | | | | | | |
| 67 | 2 | 68 | 19 | Irrelevant, prejudicial, confusing and misleading. The Microtel is not at issue in this lawsuit. | | 68 | 9 | 68 | 19 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 69 | 14 | 70 | 9 | Irrelevant, prejudicial, confusing and misleading as to asking if Kristin called anyone about joining the lawsuit, which the witness already testified never happened and vague, speculative, and leading as "she was involved in it in some way" after witness testified she had never talked to Kristin about it. | | | | | | |
| 71 | 4 | 71 | 15 | | | 71 | 4 | 71 | 10 | |
| 75 | 22 | 79 | 3 | | | 79 | 4 | 79 | 8 | |
| | | | | | | 79 | 10 | 79 | 18 | |
| | | | | | | 80 | 5 | 80 | 21 | |
| 81 | 12 | 83 | 10 | | | 81 | 2 | 81 | 12 | |
| 83 | 21 | 84 | 7 | | | | | | | |
| 85 | 9 | 85 | 18 | | | 84 | 20 (begin with "before") | 85 | 8 | |
| 87 | 14 | 87 | 25 | | | 86 | 3 | 86 | 22 | |
| 88 | 8 | 89 | 13 | | | 89 | 14 | 89 | 19 | |
| | | | | | | 89 | 24 | 90 | 12 | |
| 91 | 21 | 92 | 4 | | | | | | | |
| 92 | 9 | 92 | 12 | | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 92 | 14 | 92 | 19 | | | | | | | |
| 92 | 21 | 92 | 21 | | | 93 | 1 | 93 | 6 | |
| 95 | 25 | 96 | 19 | | | 95 | 16 | 95 | 24 | |
| 97 | 6 | 97 | 8 | | | 99 | 16 | 100 | 14 | |
| | | | | | | 100 | 21 | 101 | 4 | |
| 103 | 18 | 103 | 21 | | | 103 | 2 | 103 | 5 | |
| | | | | | | 103 | 8 | 103 | 12 | |
| 103 | 24 | 104 | 13 | | | 103 | 15 | 103 | 16 | |
| 104 | 16 | 104 | 16 | | | 104 | 20 | 104 | 24 | |
| | | | | | | 105 | 3 | 105 | 10 | |
| | | | | | | 106 | 2 | 106 | 5 | |
| | | | | | | 107 | 1 | 107 | 6 | |
| | | | | | | 107 | 18 | 108 | 11 | |
| | | | | | | 108 | 12 | 109 | 13 | |
| | | | | | | 109 | 21 | 110 | 5 | |
| 114 | 25 | 115 | 7 | Irrelevant as to where she lives (also unsafe) and what she wears there. | | 111 | 14 | 111 | 20 | |
| | | | | | | 111 | 23 | 112 | 14 | |
| 115 | 11 | 115 | 19 | | | | | | | |
| 115 | 23 | 116 | 6 | | | | | | | |
| 117 | 4 | 118 | 5 | | | 118 | 11 | 118 | 15 | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Tom McElroy |
|---|---|
| DEPOSITION DATE: | 7/6/2022 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | | COUNTER DESIGNATIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections |
| 8 | 4 | 8 | 9 | Attorney testimony; not admissible | | | | | | | |
| 8 | 24 | 8 | 25 | | | | | | | | |
| 9 | 1 | 9 | 3 | | | | | | | | |
| 15 | 23 | 15 | 25 | | | | | | | | |
| 17 | 4 | 17 | 9 | | | | | | | | |
| 18 | 10 | 18 | 20 | | | | | | | | |
| 21 | 25 | 21 | 25 | | | | | | | | |
| 22 | 1 | 22 | 16 | | | 22 24 24 | 17 10 14 | 23 24 24 | 11 12 23 | | |
| 27 | 23 | 27 | 25 | | | 26 27 | 20 15 | 27 27 | 13 21 | | |
| 28 | 3 | 28 | 9 | | | 30 30 | 3 8 | 30 30 | 6 8 | | |
| 48 | 25 | 48 | 25 | | | | | | | | |
| 49 | 1 | 49 | 6 | | | | | | | | |
| 49 | 25 | 49 | 25 | | | | | | | | |
| 50 | 1 | 50 | 2 | | | | | | | | |
| 50 | 4 | 50 | 9 | | | 50 50 | 11 15 | 50 50 | 13 25 | | |
| 55 | 22 | 55 | 23 | | | | | | | | |
| 55 | 25 | 55 | 25 | | | 56 57 57 | 2 1 6 | 56 57 57 | 23 4 16 | | |
| 70 | 14 | 70 | 25 | | | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 1 | 71 | 1 | | | | | | | | |
| 78 | 24 | 78 | 25 | | | | | | | | |
| 79 | 1 | 79 | 6 | 5-6 Argumentative, Mistates evidence, call for legal conclusion, vague | | | | | | | |
| 79 | 8 | 79 | 8 | see objection above | | | | | | | |
| 79 | 17 | 79 | 21 | Argumentative, Mistates evidence, assumes facts not in evidence | | | | | | | |
| 79 | 23 | 79 | 24 | see objection above | | | | | | | |
| 80 | 10 | 80 | 13 | | | | | | | | |
| 80 | 14 | 80 | 21 | 17-21 call for legal conclusion, assumes facts not in evidence, vague | | | | | | | |
| 80 | 23 | 80 | 23 | see objection above | | | | | | | |
| 80 | 25 | 80 | 25 | call for legal conclusion, assumes facts not in evidence, vague | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 81 | 1 | 81 | 2 | call for legal conclusion, assumes facts not in evidence, vague | | | | | | | |
| 81 | 20 | 81 | 25 | | | | | | | | |
| 82 | 1 | 82 | 2 | | | | | | | | |
| 82 | 16 | 82 | 25 | | | | | | | | |
| 83 | 1 | 83 | 3 | | | | | | | | |
| 83 | 6 | 82 | 25 | | | | | | | | |
| 84 | 1 | 84 | 25 | 23-25 - Argumentative, Mistates evidence, assumes facts not in evidence | | | | | | | |
| 85 | 2 | 85 | 2 | see objection above | | | | | | | |
| 85 | 13 | 85 | 24 | | | | | | | | |
| 88 | 8 | 88 | 14 | 14 - Argumentative, Mistates evidence, assumes facts not in evidence | | | | | | | |
| 88 | 16 | 88 | 19 | see objection above | | | | | | | |
| 88 | 23 | 88 | 23 | Argumentative, Mistates evidence, assumes facts not in evidence | | | | | | | |
| 88 | 25 | 88 | 25 | see objection above | | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 89 | 1 | 89 | 1 | see objection above | | | | | | | | |
| 89 | 11 | 89 | 13 | assumes facts not in evidence, vague | | | | | | | | |
| 89 | 24 | 89 | 25 | Argumentative, Mistakes evidence, assumes facts not in evidence | | | | | | | | |
| 90 | 1 | 90 | 1 | | | | | | | | | |
| 90 | 4 | 90 | 16 | | | | | | | | | |
| 91 | 4 | 91 | 8 | | | | | | | | | |
| 110 | 14 | 110 | 25 | | | | | | | | | |
| 111 | 24 | 111 | 25 | | | | | | | | | |
| 112 | 1 | 112 | 25 | | | 113 | 5 | 114 | 13 | | | |
| 115 | 17 | 115 | 24 | | | | | | | | | |
| 117 | 1 | 117 | 25 | 24-25 Argumentative, Mistakes evidence, calls for legal conclusions | | | | | | | | |
| 118 | 1 | 118 | 1 | | | | | | | | | |
| 118 | 8 | 118 | 16 | | | 118 118 | 7 17 | 118 118 | 7 24 | | | |
| 119 | 5 | 119 | 6 | | | | | | | | | |
| 119 | 8 | 119 | 12 | | | | | | | | | |
| 119 | 14 | 119 | 14 | | | | | | | | | |
| 119 | 16 | 119 | 25 | | | | | | | | | |
| 120 | 1 | 120 | 5 | | | | | | | | | |
| 120 | 7 | 120 | 7 | | | | | | | | | |
| 120 | 9 | 120 | 25 | | | | | | | | | |
| 121 | 1 | 121 | 9 | | | | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 121 | 25 | 121 | 25 | | | | | | | |
| 122 | 1 | 122 | 5 | | | 122 | 6 | 122 | 9 | |
| 122 | 19 | 122 | 21 | | | 122 | 12 | 122 | 18 | |
| 122 | 23 | 122 | 23 | | | | | | | |
| 123 | 10 | 123 | 21 | | | | | | | |
| 123 | 23 | 123 | 25 | | | | | | | |
| 124 | 1 | 124 | 2 | | | | | | | |
| 124 | 6 | 124 | 9 | Question is at line 4: vague | | | | | | |
| 124 | 11 | 124 | 19 | | | | | | | |
| 126 | 15 | 126 | 25 | | | | | | | |
| 127 | 1 | 127 | 1 | | | | | | | |
| 128 | 16 | 128 | 25 | | | | | | | |
| 128 | 1 | 128 | 15 | | | 129 | 16 | 129 | 17 | |
| 134 | 7 | 134 | 21 | | | 134 | 22 | 135 | 14 | |
| 137 | 16 | 137 | 25 | | | | | | | |
| 138 | 1 | 138 | 2 | | | 139 | 12 | 139 | 19 | |
| | | | | | | 139 | 25 | 140 | 7 | |
| | | | | | | 140 | 14 | 140 | 21 | |
| | | | | | | 140 | 24 | 140 | 24 | |
| | | | | | | 141 | 1 | 141 | 3 | |
| | | | | | | 141 | 5 | 141 | 12 | |
| | | | | | | 141 | 15 | 141 | 17 | |
| | | | | | | 141 | 21 | 141 | 24 | |
| | | | | | | 142 | 1 | 142 | 12 | |
| | | | | | | 142 | 14 | 142 | 20 | |
| | | | | | | 142 | 22 | 143 | 1 | |
| | | | | | | 143 | 3 | 143 | 7 | |
| | | | | | | 143 | 9 | 143 | 13 | |
| | | | | | | 143 | 15 | 143 | 19 | |
| | | | | | | 143 | 21 | 143 | 21 | |

| 144 | 7 | 144 | 18 | | | 144 145 146 | 19 22 3 | 145 146 146 | 20 1 3 | | |
|-----|---|-----|----|--|--|-------------|----------|-------------|--------|--|--|

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| WITNESS NAME: | James Moyer |
|---|---|
| DEPOSITION DATE: | 3/18/2022 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | | COUNTER DESIGNATIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections |
| 14 | 12 | 14 | 15 | | | | | | | | |
| 18 | 18 | 19 | 7 | | | | | | | | |
| 19 | 14 | 19 | 24 | | | | | | | | |
| 20 | 5 | 22 | 23 | | | | | | | | |
| 23 | 2 | 23 | 8 | | | | | | | | |
| 26 | 1 | 26 | 9 | | | 26 | 10 | 26 | 16 | | |
| 26 | 17 | 26 | 21 | | | | | | | | |
| 29 | 20 | 30 | 18 | | | 29 | 18 | 29 | 19 | | |
| 31 | 5 | 31 | 21 | | | | | | | | |
| 32 | 10 | 32 | 19 | | | 32 | 20 | 33 | 9 | | |
| 33 | 10 | 33 | 23 | | | | | | | | |
| 34 | 8 | 34 | 12 | | | | | | | | |
| 34 | 23 | 34 | 25 | | | 35 | 1 | 35 | 10 | | |
| 35 | 13 | 35 | 24 | | | | | | | | |
| 36 | 9 | 36 | 13 | | | | | | | | |
| 38 | 3 | 38 | 7 | | | | | | | | |
| 45 | 25 | 46 | 23 | | | 45 | 15 | 45 | 24 | | |
| 48 | 10 | 48 | 23 | | | | | | | | |
| 48 | 25 | 49 | 2 | | | | | | | | |
| 49 | 4 | 51 | 4 | | | 51 | 5 | 51 | 14 | | |
| 52 | 11 | 53 | 14 | | | 51 | 20 | 51 | 22 | | |
| | | | | | | 51 | 25 | 52 | 10 | | |
| 58 | 19 | 59 | 1 | | | 59 | 2 | 59 | 19 | | |
| 63 | 7 | 64 | 9 | | | | | | | | |
| 64 | 23 | 65 | 25 | | | 66 | 3 | 66 | 4 | | |
| 80 | 1 | 80 | 16 | | | | | | | | |
| 81 | 13 | 81 | 20 | | | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 118 | 5 | 118 | 12 | | | | | | | |
| 121 | 9 | 122 | 13 | | | 122 | 14 | 122 | 23 | |
| 123 | 20 | 124 | 4 | | | | | | | |
| 130 | 9 | 130 | 13 | | | 129 | 23 | 130 | 8 | |
| 130 | 16 | 131 | 1 | | | | | | | |
| 131 | 3 | 131 | 8 | | | 131 | 10 | 133 | 13 | |
| | | | | | | 131 | 16 | 133 | 4 | |
| | | | | | | 133 | 6 | 133 | 7 | |
| 134 | 15 | 134 | 16 | | | | | | | |
| 135 | 1 | 135 | 3 | | | | | | | |
| 135 | 7 | 135 | 16 | | | 135 | 17 | 136 | 3 | |
| 136 | 4 | 136 | 13 | | | 136 | 14 | 136 | 19 | |
| 136 | 20 | 136 | 25 | | | | | | | |
| 137 | 2 | 137 | 17 | | | | | | | |
| 137 | 19 | 137 | 21 | | | 137 | 23 | 138 | 2 | |
| | | | | | | 138 | 5 | 138 | 5 | |
| | | | | | | 138 | 9 | 138 | 9 | |
| 141 | 1 | 141 | 12 | | | 141 | 13 | 141 | 16 | |
| 143 | 4 | 143 | 8 | | | | | | | |
| 143 | 16 | 143 | 20 | | | | | | | |
| 143 | 24 | 143 | 25 | | | | | | | |
| 144 | 2 | 144 | 5 | | | 144 | 10 | 145 | 11 | |
| 145 | 13 | 145 | 23 | | | 145 | 24 | 146 | 4 | |
| 147 | 10 | 147 | 16 | | | 147 | 2 | 147 | 9 | |
| 149 | 24 | 150 | 16 | | | 148 | 15 | 149 | 23 | |
| 150 | 18 | 151 | 14 | | | | | | | |
| 151 | 16 | 152 | 5 | | | | | | | |
| 153 | 13 | 153 | 16 | | | 152 | 6 | 152 | 15 | |
| | | | | | | 152 | 17 | 152 | 23 | |
| | | | | | | 152 | 25 | 153 | 10 | |
| 154 | 11 | 154 | 16 | | | | | | | |
| 154 | 18 | 155 | 1 | | | | | | | |
| 155 | 3 | 155 | 5 | | | | | | | |
| 155 | 7 | 155 | 9 | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 155 | 13 | 155 | 16 | | | | | | | | |
| 155 | 22 | 156 | 6 | | | | | | | | |
| 156 | 11 | 156 | 14 | | | 156 | 15 | 157 | 2 | | |
| 159 | 4 | 159 | 15 | | | | | | | | |
| 160 | 5 | 161 | 7 | | | 161 | 8 | 161 | 11 | | |
| 161 | 13 | 161 | 21 | | | 161 | 22 | 162 | 1 | | |
| 162 | 5 | 163 | 10 | | | | | | | | |
| 163 | 12 | 163 | 13 | | | | | | | | |
| 163 | 15 | 163 | 19 | | | | | | | | |
| 163 | 23 | 164 | 2 | | | | | | | | |
| 164 | 5 | 164 | 6 | | | | | | | | |
| 164 | 16 | 164 | 19 | | | | | | | | |
| 164 | 21 | 164 | 25 | | | 165 | 1 | 165 | 2 | | |
| 165 | 3 | 165 | 10 | | | 165 | 11 | 165 | 20 | | |
| 167 | 3 | 167 | 16 | | | 167 | 17 | 167 | 18 | | |
| 167 | 19 | 168 | 5 | | | 168 | 6 | 168 | 22 | | |
| 168 | 23 | 169 | 6 | | | 169 | 7 | 169 | 11 | | |
| | | | | | | 169 | 13 | 170 | 16 | | |
| 171 | 23 | 172 | 7 | | | 172 | 8 | 173 | 4 | | |
| 173 | 5 | 175 | 13 | | | 175 | 14 | 176 | 13 | | |
| 179 | 1 | 179 | 5 | | | | | | | | |
| 179 | 7 | 179 | 12 | | | 179 | 25 | 181 | 4 | | |
| 181 | 9 | 181 | 16 | | | | | | | | |
| 192 | 8 | 193 | 7 | | | 191 | 23 | 192 | 7 | | |
| 195 | 19 | 195 | 21 | | | | | | | | |
| 213 | 16 | 217 | 10 | | | 209 | 14 | 211 | 21 | | |
| | | | | | | 211 | 23 | 213 | 11 | | |
| | | | | | | 213 | 13 | 213 | 14 | | |
| 218 | 12 | 219 | 21 | | | 219 | 11 | 219 | 21 | | |
| 229 | 2 | 230 | 16 | | | 228 | 4 | 229 | 1 | | |
| 230 | 18 | 231 | 11 | | | | | | | | |
| 231 | 13 | 231 | 17 | | | | | | | | |
| 231 | 25 | 232 | 11 | | | | | | | | |
| 232 | 14 | 232 | 19 | | | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 232 | 22 | 233 | 1 | | | 233 233 | 2 24 | 233 236 | 22 3 (end with "it") |
| 236 | 5 | 236 | 11 | | | | | | |
| 236 | 13 | 236 | 15 | | | | | | |
| 236 | 17 | 236 | 23 | | | | | | |
| 239 | 6 | 240 | 22 | | | 240 | 23 | 241 | 17 |
| 246 | 16 | 247 | 11 | | | 245 247 | 22 12 | 246 247 | 15 25 |
| 248 | 1 | 248 | 13 | | | 248 | 14 | 248 | 18 |
| 248 | 19 | 249 | 8 | | | 249 | 9 | 250 | 9 |
| 250 | 10 | 250 | 23 | | | | | | |
| 253 | 14 | 254 | 25 | | | 251 255 256 256 | 2 1 10 22 | 252 256 256 257 | 23 8 19 22 |
| 257 | 23 | 258 | 11 | | | 258 | 12 | 262 | 11 |
| 264 | 16 | 264 | 24 | | | 262 | 14 | 264 | 15 |
| 265 | 12 | 266 | 18 | | | | | | |
| 266 | 20 | 267 | 13 | | | | | | |
| 281 | 9 | 283 | 2 | | | | | | |
| 283 | 10 | 283 | 24 | | | 283 284 | 25 7 | 284 284 | 4 9 |
| 285 | 8 | 286 | 25 | | | 284 | 13 | 285 | 7 |
| | | | | | | 287 287 287 | 1 5 16 | 287 287 288 | 2 13 14 |
| 304 | 12 | 304 | 20 | | | 301 | 6 | 304 | 11 |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 313 | 15 | 313 | 24 | | | 312<br>312<br>313<br>3133<br>14<br>314<br>315<br>315 | 17<br>24<br>2<br>8<br>1<br>10<br>20<br>25 | 312<br>312<br>313<br>313<br>314<br>315<br>315<br>316 | 21<br>25<br>6<br>14<br>8<br>17<br>22<br>7 | | |
| 327 | 23 | 328 | 7 | | | | | | | | |
| 329 | 7 | 329 | 11 | | | | | | | | |
| 330 | 2 | 330 | 12 | | | | | | | | |
| 330 | 14 | 330 | 16 | | | | | | | | |
| 330 | 18 | 332 | 12 | | | | | | | | |
| 344 | 11 | 345 | 16 | | | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Gregory E. Stocker |
|---|---|
| DEPOSITION DATE: | 5/11/2022 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | | COUNTER DESIGNATIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections |
| 8 | 14 | 8 | 16 | | | | | | | |
| 18 | 25 | 18 | 25 | | | | | | | |
| 19 | 1 | 19 | 7 | | | | | | | |
| 19 | 13 | 19 | 24 | | | | | | | |
| 21 | 3 | 21 | 16 | | | | | | | |
| 22 | 17 | 22 | 23 | | | 22 | 24 | 23 | 8 | | |
| 24 | 9 | 24 | 23 | | | 24 | 24 | 26 | 3 | | |
| 26 | 4 | 26 | 25 | | | | | | | |
| 27 | 1 | 27 | 25 | | | | | | | |
| 28 | 1 | 28 | 25 | | | | | | | |
| 29 | 1 | 29 | 3 | | | 29 | 4 | 29 | 17 | | |
| 36 | 10 | 36 | 25 | | | 30 | 5 | 32 | 16 | | |
| | | | | | | 32 | 24 | 33 | 11 | | |
| | | | | | | 33 | 16 | 33 | 19 | | |
| | | | | | | 33 | 21 | 33 | 25 | | |
| | | | | | | 34 | 16 | 35 | 3 | | |
| | | | | | | 35 | 7 | 36 | 9 | | |
| 37 | 1 | 37 | 7 | | | 37 | 8 | 37 | 9 | | |
| | | | | | | 37 | 11 | 37 | 11 | | |
| 38 | 8 | 38 | 25 | | | 37 | 18 | 37 | 22 | | |
| | | | | | | 37 | 24 | 38 | 7 | | |
| 39 | 1 | 39 | 3 | | | 39 | 4 | 39 | 22 | | |
| | | | | | | 40 | 10 | 40 | 18 | | |
| | | | | | | 41 | 3 | 41 | 11 | | |
| 62 | 22 | 62 | 25 | | | 63 | 23 | 64 | 1 | | |
| | | | | | | 64 | 11 | 64 | 25 | | |
| 63 | 1 | 63 | 22 | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | 12 | 68 | 20 | | | | | | | | |
| 68 | 25 | 68 | 25 | | | | | | | | |
| 69 | 1 | 69 | 15 | | | 69 | 21 | 69 | 23 | | |
| | | | | | | 69 | 25 | 70 | 9 | | |
| | | | | | | 70 | 11 | 70 | 12 | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Gregory E. Stocker - 30(b)(6) Vol II |
|---|---|
| DEPOSITION DATE: | 9/21/2022 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | Objections | Replies to Objections |
| 243 | 22 | 243 | 24 | Leading | | | | | |
| 244 | 1 | 244 | 1 | Leading | | | | | |
| 244 | 3 | 244 | 6 | Leading | | | | | |
| 244 | 23 | 244 | 25 | Leading | | | | | |
| 245 | 1 | 245 | 1 | Leading | | | | | |
| 245 | 4 | 245 | 7 | Leading | | | | | |
| 245 | 9 | 245 | 9 | Leading | | | | | |
| 245 | 11 | 245 | 18 | | | 245 | 19 | 245 | 25 | | |
| 247 | 8 | 247 | 11 | | | | | | |
| 249 | 13 | 249 | 17 | Compound, irrelvant, prejudicial, confusing, and misleading.  There has been no evidence offered in this case that racial profiling is related to identifying prostitution and/or sex trafficking taking place at hotels, other than by Defendants to introduce irrelevant, prejudicial, and confusing evidence and to mislead the jury. | | | | | |
| 249 | 20 | 249 | 24 | Irrelvant, confusing, and misleading. See prior objection. | | | | | |
| 250 | 3 | 250 | 5 | See prior objection. | | | | | |
| 250 | 7 | 250 | 19 | 250:7-10 - see prior objection. | | | | | |
| 250 | 21 | 250 | 23 | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 250 | 25 | 250 | 25 | | | | | | | |
| 251 | 1 | 251 | 14 | | | | | | | |
| 251 | 22 | 251 | 25 | | | | | | | |
| 252 | 1 | 252 | 2 | | | | | | | |
| | | | | | | 260 | 19 | 260 | 20 | |
| | | | | | | 260 | 22 | 260 | 22 | |
| | | | | | | 260 | 24 | 260 | 25 | |
| | | | | | | 261 | 2 | 261 | 2 | |
| | | | | | | 261 | 4 | 261 | 5 | |
| | | | | | | 261 | 7 | 261 | 7 | |
| | | | | | | 261 | 9 | 261 | 9 | |
| | | | | | | 261 | 11 | 261 | 12 | |
| | | | | | | 261 | 14 | 261 | 16 | |
| | | | | | | 262 | 5 | 262 | 7 | |
| | | | | | | 262 | 9 | 262 | 11 | |
| | | | | | | 262 | 13 | 262 | 14 | |
| | | | | | | 262 | 16 | 262 | 16 | |
| | | | | | | 262 | 18 | 262 | 18 | |
| | | | | | | 262 | 21 | 262 | 22 | |
| | | | | | | 262 | 24 | 263 | 1 | |
| | | | | | | 263 | 4 | 263 | 14 | |
| | | | | | | 263 | 16 | 263 | 19 | |
| | | | | | | 263 | 21 | 263 | 21 | |
| | | | | | | 263 | 23 | 263 | 23 | |
| | | | | | | 263 | 25 | 264 | 3 | |
| | | | | | | 264 | 5 | 264 | 8 | |
| | | | | | | 264 | 10 | 264 | 11 | |
| | | | | | | 265 | 10 | 265 | 18 | |
| | | | | | | 265 | 20 | 265 | 21 | |
| | | | | | | 266 | 23 | 267 | 1 | |
| | | | | | | 267 | 11 | 268 | 3 | |
| | | | | | | 268 | 6 | 268 | 11 | |
| | | | | | | 269 | 7 | 269 | 24 | |
| | | | | | | 270 | 1 | 270 | 1 | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 270 | 3 | 270 | 5 | |
| | | | | | | 270 | 11 | 271 | 5 | |
| | | | | | | 271 | 7 | 271 | 7 | |
| | | | | | | 271 | 9 | 271 | 11 | |
| | | | | | | 271 | 13 | 271 | 13 | |
| | | | | | | 271 | 15 | 271 | 15 | |
| | | | | | | 271 | 17 | 271 | 18 | |
| | | | | | | 272 | 6 | 272 | 8 | |
| | | | | | | 272 | 11 | 272 | 15 | |
| | | | | | | 272 | 17 | 272 | 21 | |
| | | | | | | 272 | 23 | 273 | 1 | |
| | | | | | | 273 | 4 | 273 | 10 | |
| | | | | | | 273 | 13 | 273 | 16 | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| WITNESS NAME: | Vincent Vittatoe |
|---|---|
| DEPOSITION DATE: | 5/3/2022 |

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | *Objections* | *Replies to Objections* | *COUNTER DESIGNATIONS* | | | | *Objections* | *Replies to Objections* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | | *Page/Line End* | | | | *Page/Line Begin* | | *Page/Line End* | | | |
| 6 | 12 | 6 | 14 | | | | | | | | |
| 12 | 2 | 12 | 11 | | | | | | | | |
| 13 | 7 | 13 | 13 | | | | | | | | |
| 14 | 3 | 14 | 23 | | | | | | | | |
| 15 | 15 | 15 | 25 | | | | | | | | |
| 16 | 1 | 16 | 20 | | | 17 | 15 | 18 | 7 | | |
| | | | | | | 19 | 1 | 19 | 5 | | |
| | | | | | | 19 | 18 | 19 | 23 | | |
| 21 | 5 | 21 | 18 | | | 20 | 6 | 20 | 13 | | |
| 22 | 3 | 22 | 7 | | | 22 | 8 | 22 | 17 | | |
| | | | | | | 22 | 19 | 22 | 22 | | |
| | | | | | | 22 | 24 | 22 | 24 | | |
| | | | | | | 23 | 16 | 23 | 17 | | |
| | | | | | | 23 | 19 | 24 | 10 | | |
| | | | | | | 24 | 25 | 24 | 25 | | |
| 25 | 1 | 25 | 4 | | | | | | | | |
| 25 | 9 | 25 | 25 | | | | | | | | |
| 26 | 1 | 26 | 4 | | | | | | | | |
| 26 | 15 | 26 | 22 | | | | | | | | |
| 27 | 3 | 27 | 17 | | | | | | | | |
| 28 | 12 | 28 | 25 | | | | | | | | |
| 29 | 1 | 29 | 9 | | | | | | | | |
| 29 | 15 | 29 | 25 | | | | | | | | |
| 30 | 1 | 30 | 7 | | | | | | | | |
| 30 | 21 | 30 | 24 | | | 30 | 25 | 31 | 13 | | |
| 31 | 20 | 31 | 25 | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 1 | 32 | 11 | | | 32 | 22 | 33 | 7 | | |
| | | | | | | 33 | 20 | 34 | 8 | | |
| | | | | | | 34 | 19 | 35 | 1 | | |
| 35 | 2 | 35 | 19 | | | | | | | | |
| 36 | 16 | 36 | 24 | | | | | | | | |
| 37 | 1 | 37 | 3 | | | | | | | | |
| 37 | 22 | 37 | 23 | | | | | | | | |
| 38 | 1 | 38 | 3 | | | 39 | 19 | 39 | 25 | | |
| | | | | | | 40 | 3 | 40 | 4 | | |
| | | | | | | 40 | 6 | 40 | 8 | | |
| | | | | | | 40 | 10 | 40 | 16 | | |
| | | | | | | 41 | 6 | 41 | 8 | | |
| | | | | | | 41 | 12 | 41 | 22 | | |
| 47 | 1 | 47 | 16 | | | | | | | | |
| 48 | 13 | 48 | 25 | | | | | | | | |
| 49 | 1 | 49 | 14 | | | 49 | 15 | 49 | 21 | | |
| 49 | 22 | 49 | 25 | | | 50 | 3 | 50 | 5 | | |
| 50 | 1 | 50 | 2 | | | | | | | | |
| 53 | 15 | 53 | 25 | | | | | | | | |
| 54 | 1 | 54 | 8 | | | | | | | | |
| 54 | 10 | 54 | 23 | | | | | | | | |
| 56 | 4 | 56 | 15 | | | 56 | 16 | 56 | 21 | | |
| 56 | 22 | 56 | 25 | | | | | | | | |
| 57 | 1 | 57 | 2 | | | 57 | 3 | 57 | 11 | | |
| 57 | 12 | 57 | 25 | | | | | | | | |
| 58 | 1 | 58 | 15 | | | | | | | | |
| 58 | 17 | 58 | 19 | | | 58 | 21 | 58 | 25 | | |
| | | | | | | 59 | 10 | 59 | 11 | | |
| | | | | | | 59 | 17 | 60 | 3 | | |
| 60 | 12 | 60 | 25 | | | | | | | | |
| 61 | 1 | 61 | 15 | | | | | | | | |
| 61 | 17 | 61 | 18 | | | | | | | | |
| 62 | 14 | 62 | 25 | | | | | | | | |
| 63 | 1 | 63 | 12 | | | 64 | 22 | 64 | 25 | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | 1 | 65 | 6 | | | | | | | | |
| 65 | 7 | 65 | 17 | | | | | | | | |
| 66 | 6 | 66 | 8 | | | | | | | | |
| 66 | 10 | 66 | 25 | | | | | | | | |
| 67 | 2 | 67 | 8 | | | | | | | | |
| 67 | 16 | 67 | 17 | | | | | | | | |
| 67 | 19 | 67 | 24 | | | 67 | 25 | 68 | 5 | | |
| 69 | 9 | 69 | 18 | | | 69 | 19 | 70 | 5 | | |
| 70 | 6 | 70 | 11 | | | 70 | 12 | 70 | 22 | | |
| | | | | | | 70 | 24 | 70 | 24 | | |
| 71 | 17 | 71 | 25 | | | 71 | 4 | 71 | 6 | | |
| | | | | | | 71 | 8 | 71 | 16 | | |
| 72 | 1 | 72 | 3 | | | | | | | | |
| 72 | 8 | 72 | 19 | | | | | | | | |
| 72 | 23 | 72 | 25 | | | | | | | | |
| 73 | 1 | 73 | 16 | | | | | | | | |
| 73 | 18 | 73 | 25 | | | | | | | | |
| 74 | 1 | 74 | 15 | | | | | | | | |
| 74 | 18 | 74 | 22 | | | | | | | | |
| 74 | 24 | 74 | 25 | | | | | | | | |
| 75 | 1 | 75 | 3 | | | 75 | 11 | 76 | 3 | | |
| 76 | 24 | 76 | 25 | | | 76 | 18 | 76 | 23 | | |
| 77 | 1 | 77 | 2 | | | | | | | | |
| 77 | 13 | 77 | 20 | | | | | | | | |
| 77 | 25 | 77 | 25 | | | | | | | | |
| 78 | 1 | 78 | 2 | | | 78 | 24 | 79 | 12 | | |
| | | | | | | 79 | 23 | 80 | 21 | | |
| 81 | 7 | 81 | 25 | | | | | | | | |
| 82 | 1 | 82 | 19 | | | | | | | | |
| 83 | 4 | 83 | 7 | | | | | | | | |
| 83 | 14 | 83 | 25 | | | | | | | | |
| 84 | 1 | 84 | 19 | | | | | | | | |
| 84 | 25 | 84 | 25 | | | | | | | | |
| 85 | 1 | 85 | 3 | | | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | 5 | 85 | 16 | | | 85 | 20 | 85 | 23 | | |
| 85 | 24 | 85 | 25 | | | | | | | | |
| 86 | 1 | 86 | 1 | | | 86 | 2 | 86 | 8 | | |
| 86 | 9 | 86 | 14 | | | 86 | 15 | 86 | 20 | | |
| 86 | 21 | 86 | 25 | | | | | | | | |
| 87 | 1 | 87 | 2 | | | 87 | 3 | 87 | 15 | | |
| 87 | 16 | 87 | 25 | | | | | | | | |
| 88 | 1 | 88 | 1 | | | | | | | | |
| 88 | 13 | 88 | 25 | | | | | | | | |
| 89 | 1 | 89 | 23 | | | 89 | 24 | 90 | 2 | | |
| 90 | 6 | 90 | 13 | | | 90<br>90<br>91<br>91 | 14<br>17<br>1<br>8 | 90<br>90<br>91<br>91 | 15<br>24<br>6<br>15 | | |
| 92 | 14 | 92 | 21 | | | | | | | | |
| 93 | 2 | 93 | 19 | | | 93<br>93 | 20<br>24 | 92<br>94 | 22<br>1 | | |
| 94 | 9 | 94 | 20 | | | 94 | 21 | 94 | 23 | | |
| 95 | 17 | 95 | 25 | | | | | | | | |
| 96 | 1 | 96 | 18 | | | 96 | 21<br>(begin with "Did") | 97 | 2 | | |
| 97 | 3 | 97 | 19 | | | | | | | | |
| 98 | 15 | 98 | 17 | | | | | | | | |
| 98 | 19 | 98 | 22 | | | | | | | | |
| 99 | 15 | 99 | 23 | | | | | | | | |
| 100 | 5 | 100 | 10 | | | | | | | | |
| 101 | 13 | 101 | 16 | | | | | | | | |
| 102 | 5 | 102 | 8 | | | 102 | 9 | 102 | 19 | | |
| 102 | 20 | 102 | 23 | | | 102 | 24 | 103 | 1 | | |
| 103 | 2 | 103 | 10 | | | 103 | 21 | 103 | 25 | | |
| 105 | 22 | 105 | 25 | | | | | | | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 106 | 1 | 106 | 15 | | | 106 | 16 | 106 | 25 | | |
| | | | | | | 107 | 21 | 108 | 8 | | |
| 108 | 9 | 108 | 17 | | | 108 | 18 | 108 | 25 | | |
| 109 | 1 | 109 | 25 | | | | | | | | |
| 110 | 1 | 110 | 10 | | | 110 | 11 | 110 | 18 | | |
| 110 | 19 | 110 | 23 | | | | | | | | |
| 111 | 5 | 111 | 16 | | | 111 | 17 | 112 | 1 | | |
| 112 | 2 | 112 | 4 | | | | | | | | |
| 112 | 6 | 112 | 9 | | | 112 | 10 | 112 | 20 | | |
| | | | | | | 113 | 5 | 113 | 6 | | |
| | | | | | | 113 | 8 | 113 | 12 | | |
| 114 | 5 | 114 | 9 | | | 114 | 21 | 114 | 23 | | |
| | | | | | | 114 | 25 | 115 | 4 | | |
| 115 | 5 | 115 | 9 | | | 115 | 10 | 115 | 15 | | |
| 115 | 22 | 115 | 25 | | | | | | | | |
| 116 | 1 | 116 | 5 | | | 116 | 6 | 116 | 9 | | |
| | | | | | | 116 | 12 | 117 | 12 | | |
| | | | | | | 118 | 4 | 118 | 19 | | |
| | | | | | | 120 | 20 | 121 | 6 | | |
| | | | | | | 121 | 8 | 121 | 12 | | |
| | | | | | | 121 | 14 | 122 | 2 | | |
| | | | | | | 122 | 4 | 122 | 5 | | |
| 123 | 21 | 123 | 25 | | | | | | | | |
| 124 | 1 | 124 | 2 | | | 124 | 10 | 124 | 15 | | |
| 126 | 12 | 126 | 24 | | | | | | | | |
| 131 | 3 | 131 | 6 | | | | | | | | |
| 131 | 8 | 131 | 18 | | | 131 | 20 | 133 | 4 | | |
| | | | | | | 133 | 6 | 133 | 23 | | |
| 135 | 8 | 135 | 11 | | | | | | | | |
| 135 | 13 | 135 | 21 | | | 135 | 23 | 137 | 2 | | |
| | | | | | | 137 | 4 | 137 | 12 | | |
| | | | | | | 137 | 18 | 137 | 25 | | |
| | | | | | | 140 | 23 | 141 | 5 | | |

**ATTACHMENT J-2 DEFENDANT DEPOSITION DESIGNATIONS WITH PLAINTIFF OBJECTIONS AND COUNTERS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 141 | 6 | 141 | 8 | | | 141 | 10 | 142 | 7 | | |
| | | | | | | 142 | 16 | 142 | 24 | | |
| | | | | | | 143 | 5 | 143 | 8 | | |
| | | | | | | 143 | 12 | 143 | 23 | | |
| 141 | 10 | 141 | 19 | | | | | | | | |
| 150 | 12 | 150 | 25 | | | | | | | | |
| 151 | 1 | 151 | 7 | 3-7, 9 - Leading | | | | | | | |
| 151 | 9 | 151 | 13 | 10-13 - Leading | | | | | | | |
| 151 | 20 | 151 | 22 | Leading | | | | | | | |
| 151 | 24 | 151 | 25 | | | | | | | | |
| 152 | 1 | 152 | 3 | Leading | | | | | | | |
| 152 | 5 | 152 | 5 | | | | | | | | |
| 152 | 8 | 152 | 25 | | | | | | | | |
| 153 | 1 | 153 | 3 | | | 153 | 11 | 154 | 12 | | |