THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOES 1-4, | ) CIVIL ACTION FILE |
| | ) |
| Plaintiffs, | ) NO. 1:21-CV-04278-WMR |
| | ) |
| v. | ) |
| | ) |
| RED ROOF INNS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS AMENDED EXHIBIT LIST**

Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC (collectively "Defendants"), submit the following Amended Exhibit List. Defendants specifically amend their list to add the below 81 exhibits, beginning at Exhibit 268, only to the extent a particular W.K. witness is called by Plaintiffs specifically because of and based on the Court's *in limine* ruling on ECF No. 335 at the October 23, 2023 Pretrial Hearing. Defendants maintain, and do not waive, their objection that any evidence relating to the 11 W.K. plaintiffs is irrelevant and inadmissible as stated in their Motion in Limine, ECF No. 335, and fully incorporated herein.

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 1. | None | Plaintiff Jane Doe 1's Objections and Responses to Defendant HIS Chamblee, LLC's First Set of Continuing Interrogatories | |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 2. | None | Plaintiff Jane Doe 1's Objections and Responses to Defendants Hilton Worldwide Holdings, Inc.'s, Hilton Domestic Operating Company Inc.'s and Hilton Franchise Holding LLC's First Set of Interrogatories | |
| 3. | None | Plaintiff Jane Doe 1's Supplemental and Amended Objections and Responses to Defendant Kuzzins Buford's First Interrogatories | |
| 4. | None | Plaintiff Jane Doe 1's Objections and Responses to Defendant WHG SU Atlanta, LLC's First Set of Interrogatories | |
| 5. | None | Plaintiff Jane Doe 1's Objections and Responses to Defendant Red Roof Inns, Inc.'s Requests for Admission | |
| 6. | None | Plaintiff Jane Doe 1's Objections and Responses to Defendant Microtel Inns and Suites Franchising, Inc.'s First Interrogatories | |
| 7. | JD10000023-0000312 | Dekalb County Jail records | |
| 8. | JD10000005-0000022 | Probation Department records | |
| 9. | JD10000865-0000944 | State of Georgia, Gwinnett Superior Court criminal records | |
| 10. | JD1 4-6 | State of Georgia v. K.K. criminal court records | |
| 11. | JD10000800-0000849; JD1 Deposition Exhibit 7 | Fulton County Superior Court criminal records | |
| 12. | JD10000648-651 | Dekalb County Superior Court criminal records | |
| 13. | JD10001266-0001277 | Sandy Springs Police Department Incident Report and records | |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 14. | JD10000001-0000004; 697-706 | Duluth Municipal Court criminal records | |
| 15. | JD1 Deposition Exhibit 21 | Newport Police Department Incident Report and records | |
| 16. | JD1 Deposition Exhibit 11 | Atlanta Police Department Incident Report and records | |
| 17. | JD10000356-0000370 | Alpharetta Police Department Incident Report and records | |
| 18. | JD10000371-0000391 | Brookhaven Police Department Incident Report and records | |
| 19. | JD10000945-983 Pltf-SUB-JD1-000772-933 | Helen Ross McNabb Medical Center medical records | |
| 20. | JD10000629-0000696 | Dekalb County arrest and criminal records | |
| 21. | JD10001205-0001232 | Rosewell Police Department warrant and report | |
| 22. | JD10000318-0000354 | Gwinnett County Sherriff and Police Department records | |
| 23. | JD10000315-0000317; 855-864 | Bioreference Laboratories records | |
| 24. | JD10000392-0000394; JD10001278-0001322 | Cartersville Medical Center records | |
| 25. | JD10000401-475; 525-628 | Crossroads Treatment Center medical records | |
| 26. | JD10000707-799 | Emory Crawford Long Hospital records | |
| 28. | JD10000984; 986 | Various Photos of Jane Doe 1, produced in discovery | |
| 29. | JD10001191 | Jane Doe 1 Resume | |
| 30. | JD10001189-0001203 | Phoenix Direct Employment records | |
| 31. | RRI 013364 - 013366 | Affidavit of Meghan Harrsch | |
| 32. | JD10002224-0002237 | St. Jude's Recovery Center medical records | |
| 33. | JD10000476-0000524 | Georgia Treatment Center medical records | |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 34. | JD10001160-0001188; 1204 | Rescuing Hope records | |
| 35. | JD10001323-0001372 | Atlanta Medical Center medical records | |
| 36. | JD10001373-0002003 | Wellstar Kennestone records | |
| 37. | JD10001233-0001265 | Police Event Reports | |
| 38. | JD10000987-0001060 | Johns Creek Police Department Incident Reports and records | |
| 39. | JD10001061-0001159 | Lexington County Sheriff's Department Incident Reports and records | |
| 40. | JD10000850-0000854 | Gwinnett County Police Department Incident Report and records | |
| 41. | JD10000697-0000706 | Duluth Municipal Court and Duluth Police records | |
| 42. | None | Plaintiff Jane Doe 2's Objections and Responses to Defendants Hilton Worldwide Holdings, Inc.'s, Hilton Domestic Operating Company Inc.'s, and Hilton Franchise Holding LLC's First Set of Interrogatories | |
| 43. | None | Plaintiff Jane Doe 2's Objections and Responses to Defendant WHG SU Atlanta, LLC's First Set of Interrogatories | |
| 44. | None | Plaintiff Jane Doe 2's Objections and Responses to Defendant Red Roof Inns, Inc.'s Requests for Admission | |
| 45. | None | Plaintiff Jane Doe 2's Amended and Supplemental Objections and Responses to Defendant Kuzzins Buford, LLC's First Interrogatories | |
| 46. | None | Plaintiff Jane Doe 2's Objections and Responses to Defendant Microtel Inns and Suites Franchising, Inc.'s First Interrogatories | |
| 47. | None | Plaintiff Jane Doe 2's Objections and Responses to Defendant Varahi Hotel, LLC's Interrogatories | |

6145737.5

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 49. | Pltf-Sub-JD2-000010-29 | Merced Union High School academic records | |
| 50. | | May 20, 2020 Gilgal Letter | |
| 51. | RRI 013365 – 013368 | Text messages sent and received by Jane Doe 2 | |
| 52. | JD2 0000960 - 1216 | Various prostitution advertisements | |
| 53. | | Johns Creek Police Department Incident Reports and records | |
| 54. | | Various Johns Creek Police Department body camera footage | |
| 55. | JD20000781-0000799 | Cobb County Police Department Incident Report and records | |
| 57. | | Los Angeles Superior Court records | |
| 58. | | Marion County Superior Court records | |
| 59. | JD20004087-0004096 | Bend Treatment Center medical records | |
| 60. | JD20000800-0000810 | Cobb County criminal court records | |
| 61. | JD20000811-0000846 | C.O.R.E. Medical Clinic, Inc. records | |
| 62. | JD20000847-0000899 | Crossroads Treatment Center Medical Records | |
| 63. | JD20001888-0002391 | Peachford Behavioral Health records | |
| 64. | JD20002392-0002429 | Planned Parenthood records | |
| 65. | JD20002430-0002449 | Rescuing Hope records | |
| 66. | JD20002450-0002475 | Ridgeview records | |
| 67. | JD20002476-0002500; Pltf-SUB-JD2-000030-000065 | Rightside up records | |
| 68. | JD20001638-0001684 | Lakeview Behavioral Health records | |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 69. | JD20001698-0001744 | ML Health records | |
| 70. | JD20001745-0001877 | Northside Hospital Duluth records | |
| 71. | JD20000900-0000959 | Highland River Medical Records | |
| 72. | JD20001217-1627 | Photographs of Jane Doe 2 produced in discovery | |
| 74. | RRI 013365 – 013368 | Various text messages | |
| 75. | RRI 013369- RRI 013377 | Various journal notes | |
| 76. | RRI 013378 | Price list | |
| 77. | RRI 013379 - 013389 | Various journal entries | |
| 78. | JD20000031-0000065 | Metro Atlanta Recovery medical records | |
| 79. | None | Plaintiff Jane Doe 3's Objections and Responses to Defendants Hilton Worldwide Holdings, Inc.'s, Hilton Domestic Operating Company Inc.'s, and Hilton Franchise Holding LLC's First Set of Interrogatories | |
| 80. | None | Plaintiff Jane Doe 3's Objections and Responses to Defendant WHG SU Atlanta, LLC's First Set of Interrogatories | |
| 81. | None | Plaintiff Jane Doe 3's Supplemental ses to Defendant Kuzzins Buford, ries | |
| 82. | None | Plaintiff Jane Doe 3's Objections and Responses to Defendant Microtel Inns and Suites Franchising, Inc.'s First Interrogatories | |
| 83. | None | Plaintiff Jane Doe 3's Objections and Responses to Defendant Red Roof Inns, Inc.'s Request for Admission | |
| 84. | JD30000292 | Chiropractic Health Clinic Correspondence | |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 85. | JD30000001-0000005 | Dekalb Police Department Incident Reports and records | |
| 86. | JD3000025-0000028; 56 | State of GA v. S.M. criminal court records | |
| 87. | JD3 Deposition Exhibits 5, 13 | Sandy Springs Police Department Incident Report | |
| 88. | JD3 Deposition Exhibit 6 | Alpharetta Police Department Incident Reports and records | |
| 89. | JD3 Deposition Exhibits 7 and 11 | Roswell Police Department Incident Reports and records | |
| 90. | JD3 Deposition Exhibit 8 | Atlanta Police Department Incident Reports and records | |
| 91. | JD3 Deposition Exhibit 9 | Bossier Parish Sheriff Booking Report and records | |
| 92. | JD3 Deposition Exhibit 10 | Gwinnett County Police Department Incident Report and records | |
| 93. | JD30000010-0000024; 29-45 | Gwinnett County Superior Court records | |
| 94. | JD3 Deposition Exhibit 12 | Dekalb County Police Department Incident Reports and records | |
| 95. | JD30000310, 0000385-389 | Dunwoody Police Department Incident Reports and records | |
| 96. | JD3 Deposition Exhibit 15 | Lawrenceville Police Department Incident Reports and records | |
| 97. | JD30000072-0000075 | Louisiana State University Health Sciences Center medical records | |
| 98. | JD30000318-0000328 | Emerald Isle Counseling medical records | |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 99. | JD30000291 | Centered for Life Counseling Records | |
| 100. | JD30000177-182, 198, 201-203, 205-208, 210-213, 215-219, 222-225, 227-230, 234-237, 243-246, 248-251, 255-258; 431, 198-258, 431 | Various photographs of Jane Doe 3 | |
| 101. | JD30000170-176, 183-190, 196-197, 198-258 | Various emails relating to solicitation and advertising | |
| 102. | JD3 Deposition Exhibits, 19, E,G,H,K, 169, 214, 217,219,220,239-241,248,252,254,272,284,301,306,313, 315,331,345,352, 380, 396 | Excerpts of Jane Doe 3's social media accounts | |
| 103. | None | Fulton County Centennial High School records | |
| 104. | None | Fulton County Holcomb Bridge Middle School records | |
| 105. | JD30000078-0000169; Pltf-SUB-JD3000818-000896 | Wellstar Douglas Hospital medical records | |
| 106. | Pltf-SUB-JD3000813-000817 | Deuser & Associates medical records | |
| 107. | JD30000049-0000053; 56-62 | DeKalb State Court records | |
| 108. | JD30000054-0000055; 0000293-0000300 | Baton Rouge Police Records | |
| 109. | JD300000046-0000047 | Cobb County Police Records | |
| 110. | JD30000345-0000348 | Gwinnett County Sherriff records | |

8

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 111. | None | Plaintiff Jane Doe 4's Objections and Responses to Defendants Hilton Worldwide Holdings, Inc.'s, Hilton Domestic Operating Company Inc.'s, and Hilton Franchise Holding LLC's First Set of Interrogatories | |
| 112. | None | Plaintiff Jane Doe 4's Objections and Responses to Defendant Red Roof Inns, Inc's Requests for Admission | |
| 113. | None | Plaintiff Jane Doe 4's Objections and Responses to Defendant WHG SU Atlanta, LLC's First Set of Interrogatories | |
| 114. | Pltf-SUB-JD4-000001-000085 | Emory St. Joseph's Hospital medical records | |
| 115. | JD4 Deposition Exhibit 8 | Georgia Uniform Motor Vehicle Accident Reports | |
| 116. | JD40001505 | LabCorp medical records | |
| 117. | JD40001942-1945; 1973-1975; 1983-1985 | Bank of America bank records | |
| 118. | JD40001702-0001725; 2077-2078 | Eastman Credit Union records | |
| 119. | JD4 Deposition Exhibit 11 | Sandy Springs Police Department Incident Reports and records | |
| 120. | JD4 Deposition Exhibits 18 and 25 | Cobb County Police Department Incident Reports and records | |
| 121. | JD4 Deposition Exhibit 24 | Rosewell Police Department Incident Reports and records | |
| 122. | JD40002235 | Mercy Multiplied medical records | |
| 123. | JD40000364-0000622; 2340-2384 | Shepard Center Dictation Report | |
| 124. | JD4 Deposition Exhibits 15, 17, 19, and 20 | Peachford Behavioral Health Systems of Atlanta medical records | |
| 125. | JD40001233 | Wellspring Living medical records | |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 126. | JD40002236-0002242 | Midtown Urology records | |
| 127. | JD40001235 | Breakthrough Recovery Outreach, LLC records | |
| 128. | JD40000641-0000644 | Johnson City Medical Center records | |
| 129. | JD40000645 | Appalachian Emergency Physicians records | |
| 130. | JD40000646 | Indian Path Medical Center records | |
| 131. | JD40002235 | Mercy Ministry records | |
| 132. | JD40002428-0002472 | Wellstar Kennestone records | |
| 133. | JD4 Deposition Exhibit 29 | Various social media and Facebook posts by Jane Doe 4. | |
| 134. | JD4 Deposition Exhibit 6 | Publix payroll records | |
| 135. | Pltf-SUB-JD4-000086-000561 | Holston Medical Group | |
| 136. | JD400002487 | Facebook | |
| 137. | RRI 000677 - 000721 | Franchise Agreement by and between Red Roof Franchising, LLC and DMARC 2007-CD5 Druid Hills, LP | |
| 138. | RRI 000722 – 000758 | Exclusive Property Management Agreement for Atlanta Druid Hills | |
| 139. | RRI 000991 - 001102 | Property Management Agreement by and between FMW RRI NC LLC and RRI West Management, LLC | |
| 140. | RRI 000766 - 000771 | Limited Warranty Deed between RRI III LLC and DMARC 2007-CD5 Druid Hills Limited Partnership | |
| 141. | RRI 000263 - 000305 | Red Roof InnSider Employee Handbook | |
| 142. | RRI_WK_00011505 – 00011527 | Housekeeping Handbook, | |
| 143. | HB_NDGA_Red_Roof_00000140 - 193 | Red Roof Standards Manual, | |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 144. | HB_NDGA_Red_Roof_00000402 - 00000424 | Safety and Security Presentation | |
| 145. | RRI_WK_00002834 7-000028365 | Safety and Security Presentation | |
| 146. | HB_NDGA_Red_Roof_00000708 - 00001504 | Manager in Training Manual | |
| 147. | RRI_WK_00011168 – 00011306 | Operations Manual, Safety and Security December 2010 | |
| 148. | RRI_WK_00011789 - 00011817 | Red Roof Inn General Manager Safety and Security Presentation | |
| 149. | RRI 000809 - 000821 | Security Services Agreement between B.E.S.T., Inc. and Red Roof Inn #10130 | |
| 150. | RRI 001594 – 001605 | Security Services Agreement between Best Security and Red Roof Inns, Inc. | |
| 152. | RRI 001423 – 001476 | Franchise Agreement by and between Red Roof Franchising, LLC and Varahi Hotel, LLC | |
| 153. | RRI 000941 – 000984 | Franchise Agreement by and between Red Roof Franchising, LLC and FMW RRI NC LLC | |
| 154. | RRI 000137 – 000177 | GSR Inn Sider | |
| 155. | RRI 000178 – 000222 | GSR Inn Sider | |
| 156. | RRI000223 - 000262 | Inn Management Insider | |
| 157. | RRI_WK_00001879 - 00001888 | Security Guard Protection Agreement | |
| 158. | RRI 000466 – 000497 | Preventing & Reacting to Child Sex Trafficking | |
| 159. | RRI_WK_00001150 - 00001181 | Preventing & Reacting to Child Sex Trafficking | |
| 160. | RRI_WK_00012179 - 00012200 | Preventing & Reacting to Child Sex Trafficking Quiz, | |
| 161. | RRI 000923 - 000940 | Red Roof Inn Weekly e-Pak | |

6145737.5

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 162. | RRI 005311 - 005312 | January 22, 2016 Letter | |
| 163. | RRI_WK_0000559 6 – 00005598 | Email correspondence | |
| 164. | RRI_WK_0006838 5 – 00068389 | Email correspondence | |
| 165. | RRI_WK_0000424 6 – RRI_WK_0000424 7 | Email correspondence | |
| 166. | RRI_WK_0000561 3 – 00005614 | Email correspondence | |
| 167. | RRI_WK_0000303 3- 3036 | Email correspondence | |
| 168. | RRI_WK_0000041 9 – 00000421 | Email correspondence | |
| 169. | RRI_WK_0000422 5 | Email correspondence | |
| 170. | RRI_WK_0000124 8-00001249 | Smyrna Action Plan | |
| 171. | RRI_WK_0000431 2 – 00004315 | Email correspondence | |
| 172. | RRI_WK_0000054 8 – 00000609 | Smyrna Do Not Rent List | |
| 173. | RRI_WK_0000548 3 – 00005484 | Email correspondence | |
| 174. | RRI_WK_0000422 2 | Email correspondence | |
| 175. | RRI_WK_0000014 2 – 00000153 | Smyrna Franchise Visit | |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 176. | RRI_WK_00005267 – 00005268 | Email correspondence | |
| 177. | RRI_WK_00045335 – 00045336 | Email correspondence | |
| 178. | RRI_WK_00003033 – 3036 | Smyrna safety and security | |
| 179. | RRI_WK_00069567 – 00069568 | Incident Report | |
| 180. | RRI_WK_00048240 – 00048241 | Incident Report | |
| 181. | RRI_WK_00048266 – 00048267 | Incident Report | |
| 182. | RRI_WK_00000821 – 00000824 | Email correspondence | |
| 183. | RRI_WK_00000825 – 00000828 | Email correspondence | |
| 184. | RRI_WK_00005037 – 00005042 | Email correspondence | |
| 185. | RRI_WK_00004761 – 00004762 | Email correspondence | |
| 186. | RRI_WK_00004735 – 00004736 | Email correspondence | |
| 187. | RRI_WK_00033880 – 00033881 | Email correspondence | |
| 188. | RRI_WK_00000670 – 00000677 | Internal Audit Report | |
| 189. | RRI_WK_00061262 – 00061264 | Email correspondence | |
| 190. | RRI_WK_00012547 – 00012549 | Email correspondence | |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 211. | | Exhibit D2 to Deposition of Michael Beene | |
| 212. | | Exhibit 1 to Deposition of Michael Beene | |
| 213. | | Exhibit 2 to Deposition of Michael Beene | |
| 214. | | Exhibit 3 to Deposition of Michael Beene | |
| 215. | | Exhibit 5 to Deposition of Michael Beene | |
| 216. | | Exhibit 6 to Deposition of Michael Beene | |
| 217. | | Exhibit 7 to Deposition of Michael Beene | |
| 218. | | Exhibit 8 to Deposition of Michael Beene | |
| 219. | | Exhibit 9 to Deposition of Michael Beene | |
| 220. | | Exhibit 10 to Deposition of Michael Beene | |
| 221. | | Exhibit 11 to Deposition of Michael Beene | |
| 222. | | Exhibit 12 to Deposition of Michael Beene | |
| 223. | | Exhibit 13 to Deposition of Michael Beene | |
| 224. | | Exhibit 14 to Deposition of Michael Beene | |
| 225. | | Exhibit 15 to Deposition of Michael Beene | |
| 226. | | Exhibit 16 to Deposition of Michael Beene | |
| 227. | | Exhibit 17 to Deposition of Michael Beene | |
| 228. | | Exhibit 18 to Deposition of Michael Beene | |
| 229. | | Exhibit 19 to Deposition of Michael Beene | |
| 230. | | Exhibit 20 to Deposition of Michael Beene | |
| 231. | | Exhibit 21 to Deposition of Michael Beene | |
| 232. | | Exhibit 22 to Deposition of Michael Beene | |

6145737.5

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 233. | | Exhibit D2 to Deposition of Michael Beene | |
| 234. | | Exhibit D8 to Deposition of Anthony Crumbley | |
| 235. | | Exhibit D9 to Deposition of Anthony Crumbley | |
| 236. | | Exhibit D1 to Deposition of Tradelle Lacy | |
| 237. | | Exhibit 1 to Deposition of Tradelle Lacy | |
| 238. | | Exhibit 3 to Deposition of Tradelle Lacy | |
| 239. | | Exhibit 4 to Deposition of Tradelle Lacy | |
| 240. | | Exhibit 5 to Deposition of Tradelle Lacy | |
| 241. | | Exhibit D8 to Deposition of Tradelle Lacy | |
| 242. | | Exhibit D9 to Deposition of Tradelle Lacy | |
| 243. | | Invoices from Anique Whitmore | |
| 244. | | Invoices from David Williamson, MD | |
| 245. | | Invoices from Melanie Bliss, Ph.D. | |
| 246. | | Invoices from Alan Tallis | |
| 247. | | IME Video of JD1 (2022-0708) | |
| 248. | | IME Videos of JD2 A. part 1 2022-0629 B. part 2 2022-0817 | |
| 249. | | IME Videos of JD3 A. part 1 2022-0924 B. part 2 2022-1008 | |
| 250. | | IME Video of JD4 (2022-1009) | |
| 268. | DEF EXHIBIT 21 | Facebook screenshots | |
| 270. | DEF EXHIBIT 23 | Terrance Holt written statement | |
| 271. | DEF EXHIBIT 24 | 11/3/13 Incident Report | |
| 280. | DEF EXHIBIT 33 | Photo of WK in bra & pants "Turn up doe" | |
| 281. | DEF EXHIBIT 34 | Photo of WK In pink crop top covered in holes | |
| 282. | DEF EXHIBIT 35 | Photo "Cobbs Most Wanted" List: Whitney Skylar Karimi | |
| 284. | DEF EXHIBIT 37 | Photo of large sum of money "getting my bandz up" | |
| 285. | DEF EXHIBIT 38 | Photo female (no face) holding large sum of money "big bankin got my bandz up squadd" | |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 286. | DEF EXHIBIT 39 | Money on floor, unidentified female "my night" | |
| 288. | Plt. A.F. 000005-Pltf.A.F.000008 / Exhibit 5 to A.F. Deposition 8/31/2022 | Atlanta Police Department Records | |
| 295. | Deposition Exhibit 7 to A.F. Deposition 8/31/2022 | Twitter posts | |
| 307. | Pltf. C.A. 009964-009965; Pltf. C.A. 010321-010323 | C.A. Email Conversations w/ family/friends | |
| 310. | Pltf. C.A. 010047; Pltf. C.A. 010055-010056 | Hotel Reviews | |
| 312. | Pltf. C.A. 010068; Pltf. C.A. 010092-010096; Pltf. C.A. 010099-010106; Pltf. C.A. 010467-010469 | Emails w/ Lavan Chandra | |
| 320. | Exhibit 26 C.A.'s August 12, 2022 deposition | 5/6/2013 text message with Shayna | |
| 321. | Exhibit 27 C.A.'s August 12, 2022 deposition | text message with Bre | |
| 322. | Exhibit 28 C.A.'s August 12, 2022 deposition | sugardaddyforme.com profile | |
| 323. | Exhibit 29 C.A.'s August 12, 2022 deposition | a_kayy Instagram post | |
| 324. | Exhibit 30 C.A.'s August 12, 2022 deposition | muhlabunny Instagram post | |
| 325. | Exhibit 31 C.A.'s August 12, 2022 deposition | fashionfloozies Instagram post | |
| 326. | Exhibit 32 C.A.'s August 12, 2022 deposition | 2/1/2013 and 2/2/2013 email chain | |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 327. | Exhibit 33 C.A.'s August 12, 2022 deposition | photograph | |
| 328. | Exhibit 34 C.A.'s August 12, 2022 deposition | handwritten notes | |
| 330. | Exhibit 36 C.A.'s August 12, 2022 deposition | Instagram posts | |
| 331. | Exhibit 37 C.A.'s August 12, 2022 deposition | birthday invitation | |
| 334. | Exhibit 40 C.A.'s August 12, 2022 deposition | text message with Babysdad | |
| 335. | Exhibit 41 C.A.'s August 12, 2022 deposition | 12/7/2011 email from Ms. Ausley to family members | |
| 338. | Pltf. D.P. 017810- Pltf.D.P.017830 / Exhibit 17 to Deposition of D.P. | TextNow Exported Conversations Text | |
| 373. | Deposition Exhibit 14 to 6/30/22 Deposition of D.P. | Facebook Profile Picture | |
| 378. | Deposition Exhibit 21 to 6/30/22 Deposition of D.P. | Cobb County Police Reports 5/17/2017 | |
| 401. | Deposition Exhibit 8 to Deposition of E.H. 10/12/2022 | Photographs | |
| 402. | Deposition Exhibit 10 to Deposition of E.H. 10/12/2022 | News Article "Arrests made in Tuscaloosa prostitution detail" | |
| 403. | Deposition Exhibit 11 to Deposition of E.H. 10/12/2022 | Photograph | |
| 404. | Deposition Exhibit 12 to Deposition of E.H. 10/12/2022 | Photograph | |
| 409. | K.P. 0000578 - 741 | Facebook Messages | |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 417. | Exhibit 13 to July 14, 2022 Deposition of K.P. | Conversation | |
| 421. | Exhibit 17 to July 14, 2022 Deposition of K.P. | Choose up or Loose up Document | |
| 439. | Exhibit 60 to Deposition of M.M. 11/11/2021 | Coral Springs Police Department records | |
| 444. | Pltf.R.K.000011-Pltf.R.K.000013 / Exhibit 15 to Deposition of R.K. | State Court Case Summary Case No. 12-cr-380671 | |
| 447. | Pltf. R.K.-000027-Pltf.R.K.000031 / Exhibits 10 and 11 to Deposition of R.K. | Gwinnett Superior Court records | |
| 462. | Deposition Exhibit 9 to Deposition of R.K. 5/6/2022 | CJIS Data | |
| 463. | Deposition Exhibit 14 to Deposition of R.K. 5/6/2022 | Atlanta Police Department Records | |
| 464. | Deposition Exhibit 16 to Deposition of R.K. 5/6/2022 | Dunwoody Police Department Records | |
| 465. | Deposition Exhibit 17 to Deposition of R.K. 5/6/2022 | Atlanta Police /Fulton County Police Records | |
| 466. | Deposition Exhibits 18-30 to Deposition of R.K.  5/6/2022 | Facebook pages | |
| 470. | Exhibit 7 to Plaintiff R.P.'s April 14, 2022 Deposition | 4/27/12 DeKalb County Police Incident | |
| 472. | Exhibit 9 to Plaintiff R.P.'s April 14, 2022 Deposition | Facebook post | |
| 473. | Exhibit 10 to Plaintiff R.P.'s April 14, 2022 Deposition | Norcross Police Department Incident | |
| 474. | Exhibit 11 to Plaintiff R.P.'s April 14, 2022 Deposition | Facebook Posts | |

6145737.5

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 475. | Exhibit 12 to Plaintiff R.P.'s April 14, 2022 Deposition | Facebook Posts | |
| 476. | Exhibit 13 to Plaintiff R.P.'s April 14, 2022 Deposition | 12/9/13 Gwinnett County Police Incident Report | |
| 480. | Exhibit 17 to Plaintiff R.P.'s April 14, 2022 Deposition | Facebook Post | |
| 481. | Exhibit 18 to Plaintiff R.P.'s April 14, 2022 Deposition | Facebook Post | |
| 482. | Exhibit 19 to Plaintiff R.P.'s April 14, 2022 Deposition | 4/12/16 Gwinnett County Police Department | |
| 483. | Exhibit 20 to Plaintiff R.P.'s April 14, 2022 Deposition | Facebook Posts | |
| 484. | Exhibit 21 to Plaintiff R.P.'s April 14, 2022 Deposition | Norcross Police Department Records | |
| 485. | Exhibit 22 to Plaintiff R.P.'s April 14, 2022 Deposition | Facebook Posts | |
| 486. | Exhibit 23 to Plaintiff R.P.'s April 14, 2022 Deposition | 4/25/18 DeKalb County Police Records | |
| 490. | Pltf. T.H.000012-Pltf. T.H.000018 | Arlington Police Department Records | |
| 491. | Pltf. T.H.000019-Pltf. T.H.000030 | Fort Worth Police Department Records | |
| 495. | Pltf. T.H.000403-Pltf. T.H.000410 | Round Rock Police Department Reports | |
| 507. | Deposition Exhibit 14 to T.H. Deposition 5/5/2022 | Facebook Post | |
| 508. | Deposition Exhibit 15 to T.H. Deposition 5/5/2022 | Facebook Post | |
| 548. | Pltf. C.A. 000529-000573 | Personal Notebook | |
| 553. | Pltf. C.A. 000619 | Inmate money deposit statement | |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| 599. | Pltf.E.H.004403-4447 | Uber receipts | |
| 631. | Pltf. C.A.000468 – Pltf. C.A.000481 / Exhibit 4 to C.A. Deposition 3-3-2022 | Calendar | |
| 632. | Pltf. C.A.000588 / Exhibit 5 to C.A. Deposition 3-3-2022 | Email | |
| 633. | Pltf. C.A.000592-Pltf. C.A.000593; Pltf. C.A.000598-Pltf. C.A.000600; Pltf. C.A.000701-Pltf. C.A.000704 / Exhibit 6 to C.A. Deposition 3-3-2022 | Emails | |
| 636. | Pltf. C.A.000606 – Pltf. C.A.000611 Exhibit 9 to C.A. Deposition 3-3-2022 | Emails | |
| 637. | Pltf. C.A.000612 – Pltf. C.A.000618 Exhibit 10 to C.A. Deposition 3-3-2022 | Emails | |
| 641. | Pltf. C.A.000777 / Exhibit 14 to C.A. Deposition 3-3-2022 | Backpage email | |
| 642. | Pltf. C.A.001426 – Pltf. C.A.001429 / Exhibit 15 to C.A. Deposition 3-3-2022 | Backpage/craigslist emails | |
| 643. | Pltf. C.A.001770 – Pltf. C.A.001780 / Exhibit 16 to C.A. Deposition 3-3-2022 | Backpage emails | |
| 644. | Pltf. C.A.004193 / Exhibit 17 to C.A. Deposition 3-3-2022 | Backpage email | |
| 645. | Pltf. C.A.004150 / Exhibit 18 to C.A. Deposition 3-3-2022 | Email | |
| 647. | Pltf. C.A.001749 – Pltf. C.A.001750 / | Text messages | |

| Exhibit Number | Bates Range | Description | Objection |
|---|---|---|---|
| | Exhibit 20 to C.A. Deposition 3-3-2022 | | |
| 649. | Exhibit 22 to C.A. Deposition 3-3-2022 | Photograph | |
| 650. | Pltf. C.A.010092 – Pltf. C.A.010095; Pltf. C.A.004336; Pltf. C.A.004933 / Pltf. C.A.Exhibit 23 to C.A. Deposition 3-3-2022 | Emails/Text messages/Photograph | |
| 651. | Pltf. C.A.005502 / Exhibit 24 to C.A. Deposition 3-3-2022 | Text messages | |

Respectfully submitted,

GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com

/s/ Marcella C. Ducca
Marcella C. Ducca
Ga Bar No. 115079
Brandon D. Cox
Ga Bar No. 832025

TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:    216.592-5000
Facsimile:    216.592-5009
sandra.wunderlich@tuckerellis.com
chelsea.mikula@tuckerellis.com
ashley.saferight@tuckerellis.com

Sandra J. Wunderlich (*admitted pro hac vice*)
Chelsea Mikula (*admitted pro hac vice*)
C. Ashley Saferight (*admitted pro hac vice*)

*Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC*

6145737.5