IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JANE DOE 2-4; AND, CAROLYN LEVY GILLIAM AS THE ADMINISTRATOR OF THE ESTATE OF JANE DOE 1,** <br><br>     Plaintiff, <br><br>     v. <br><br> **RED ROOF INNS, INC.;** <br> **FMW RRI NC, LLC;** <br> **RED ROOF FRANCHISING, LLC; RRI WEST MANAGEMENT, LLC; VAHARI HOTEL, LLC; WESTMONT HOSPITALITY GROUP, INC.; AND,** <br> **RRI III, LLC** <br><br>     Defendants. | CIVIL ACTION FILE <br> NO. 1:21-cv-04278-WMR |

## NOTICE OF HEARING

Notice is hereby given that the Court sets a hearing to be conducted via **ZOOM VIDEO** on the Motion to Intervene [Doc 394], in this case for Tuesday, June 18, 2024 at 11:00 a.m. before the Honorable William M. Ray, II. The hearing will NOT be a live hearing in the courtroom. Instructions for **ZOOM VIDEO** will be sent separately from the docket on Monday, June 17th.

**Each side shall submit prior to the start of the hearing, a proposed order which includes findings of fact and conclusions of law for each motion being heard. Orders should be submitted by email to:** [sherri_lundy@gand.uscourts.gov](mailto:sherri_lundy@gand.uscourts.gov)**.**

SO ORDERED, this <u>9th</u> day of June, 2024.

_/s/ William M. Ray, II_
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE