# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cv-04278-WMR
## Jane Doe 1 et al v. Westmont Hospitality Group, Inc. et al
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 07/29/2024.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 10:00 A.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Geraldine Glover
DEPUTY CLERK: Sherri Lundy

ATTORNEY(S) PRESENT: Elisabeth Arko and Chelsea Mikula representing Defendants
Michael Baumrind, representing Plaintiffs
Robert Noens, representing intervenor

PROCEEDING CATEGORY: Motion Hearing(Motion Hearing Non-evidentiary);

MOTIONS RULED ON: [394]Motion to Intervene GRANTED IN PART & DENIED IN PART [394]Motion to Amend DEFERRED The Court conducted a hearing regarding the Motion and written order is being entered separately today.

MINUTE TEXT: The Court conducted a hearing regarding the Motion and written order is being entered separately today.

HEARING STATUS: Hearing Concluded.